AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-00265 |
| Robert P. Burke, | ) Assigned To : Judge Trevor N. McFadden |
| | ) Assign. Date : 5/30/2024 |
| | ) Description: Indictment (B) |
| *Defendants* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Robert P. Burke,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371 (Conspiracy); Count 3: 18 U.S.C. § 201(b)(2) (Bribery); Count 4: 18 U.S.C. §§ 208(a) (Acts Affecting a Personal Financial Interest); Count 5: 18 U.S.C. § 1001(a)(1)(Concealment of Material Facts)

Date: 05/30/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/30/24, and the person was arrested on *(date)* 05/31/24
at *(city and state)* Miami, FL

Date: 05/31/24

*Arresting officer's signature*

Hamilton Hicks   Special Agent
*Printed name and title*