AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-cr-00265 |
|  | ) | Assigned To : Judge Trevor N. McFadden |
| Meghan Messenger, | ) | Assign. Date : 5/30/2024 |
|  | ) | Description: Indictment (B) |
| *Defendants* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Meghan Messenger

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1: 18 U.S.C. § 371 (Conspiracy); Count 2: 18 U.S.C. § 201(b)(1) (Bribery).

Date: 05/30/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/30/24, and the person was arrested on *(date)* 5/31/24
at *(city and state)* New York, New York

Date: 5/31/24

*Arresting officer's signature*

Sebastian Gardner, Special Agent
*Printed name and title*