UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **ROBERT P. BURKE,** | : | Case No. 24-cr-265 (TNM) |
| **YONGCHUL "CHARLIE" KIM, and** | : | |
| **MEGHAN MESSENGER ,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The undersigned, a Trial Attorney for the Department of Justice, hereby notices his appearance in this matter as counsel of record for the United States.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

By:      /s/
Trevor Wilmot
Trial Attorney, Public Integrity Section
1301 New York Ave. NW
Washington, D.C. 20530
Trevor.Wilmot@usdoj.gov
(202) 514-1412
GA Bar No. 9366961