U UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 24–265 (TNM) |
| v. | : | |
| | : | |
| ROBERT P. BURKE, | : | |
| | : | |
| YONGCHUL "CHARLIE" KIM, and | : | |
| | : | |
| MEGHAN MESSENGER, | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO ADJOURN AND TO MODIFY CONDITIONS OF RELEASE**

Defendant Robert P. Burke, with the consent of the Government, hereby moves this Court to adjourn the arraignment in this matter for all Defendants until July 1, 2024, as well as to modify his conditions of release to allow for unrestricted travel throughout the United States. In support of his motion, Defendant states as follows:

All Defendants in this case made initial appearances on May 31, 2024. On June 7, 2024, this Court set the arraignment for tomorrow, June 13, 2024 at 10:00am. Thereafter, co-defendants informed the Court that they needed additional time to obtain private counsel and confirmed that they are available July 1, 2024, which was offered by the Court as a possible date for arraignment. Defendant Burke planned to go forward on the original scheduled date.

This afternoon, Defendant Burke boarded an aircraft in Fort Lauderdale to travel to Reagan International Airport for tomorrow's arraignment, but the flight was delayed several hours before being cancelled due to severe weather. There appear to be no alternate flights available that would get him here in time for the arraignment.

As this Court has indicated that July 1, 2024 is a good date for the co-defendants to be

arraigned, Defendant Burke respectfully requests that his arraignment also be adjourned to July 1, 2024 at 10:30am.  Defendant Burke consents to the exclusion of time until July 1, 2024.

Additionally, the magistrate judge sitting in the Southern District of Florida restricted Defendant Burke's travel to the Southern District of Florida and the District of Columbia.  Defendant Burke has work and personal travel plans to Pennsylvania for the rest of June and has regular trips for his work outside of these two districts, as well as the fact that his counsel is in the Eastern District of Virginia.  On the consent of the Government, Defendant Burke respectfully requests that this condition be removed and that he be permitted unrestricted travel within the United States.  Defendant Burke has already surrendered his passport.

WHEREFORE, Defendant Burke respectfully requests that this Court adjourn the arraignment for all Defendants to July 1, 2024 at 10:30am, and modify Defendant Burke's conditions of release to permit unrestricted travel within the United States.

Respectfully submitted,

Timothy C. Parlatore, Esq.
Parlatore Law Group, LLP
*Counsel for Defendant Robert P. Burke*
260 Madison Avenue, 17th Floor
New York, NY 10016
212-679-6312