**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                   Criminal Number   1:24-cr-00265-TNM

Yongchul "Charlie" Kim
            (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA          ☒  RETAINED          ☐  FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

William A. Burck (979677)
*(Attorney & Bar ID Number)*
Quinn Emanuel Urquhart & Sullivan LLP
*(Firm Name)*
1300 I Street NW, Suite 900
*(Street Address)*
Washington    D.C.        20005
*(City)*          *(State)*          *(Zip)*
202-538-8000
*(Telephone Number)*