𝕸𝖓𝖎𝖙𝖊𝖉 𝖘𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙
𝕱𝖔𝖗 𝖙𝖍𝖊 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝖔𝖋 𝕮𝖔𝖑𝖚𝖒𝖇𝖎𝖆
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                            Case No. 24-CR-00265(TNM)

        - *against* -                     **NOTICE OF APPEARANCE**

ROBERT P. BURKE,
YONGCHUL "CHARLIE KIM", and
MEGHAN MESSENGER,

                      *Defendants*.

-------------------------------------------------------------X

MSSRS:

𝕻𝖑𝖊𝖆𝖘𝖊 𝕿𝖆𝖐𝖊 𝕹𝖔𝖙𝖎𝖈𝖊 that the above-named Defendant, MEGHAN MESSENGER, has retained the undersigned to represent him in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, New York
           July 10, 2024

                                          Respectfully Submitted,

                                          ____/s/_____
                                          STEVEN A. METCALF II, ESQ.
                                          *Attorney for Mr. Messenger*
                                          Metcalf & Metcalf, P.C.
                                          99 Park Avenue, Suite 810
                                          New York, NY 10016
                                          (*Office*) 646.253.0514
                                          (*Fax*) 646.219.2012

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served today, July 10, 2024, upon all counsel for all parties to this proceeding through the court's electronic filing system ("ECF").

/s/

_____

STEVEN A. METCALF II

Dated: 7/10/2024