AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cr-00265-TNM |
| Burke, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Yongchul "Charlie" Kim .

Date:   07/26/2024

*Attorney's signature*

Christopher J. Clore (pro hac vice)
*Printed name and bar number*

51 Madison Ave., 22nd Floor
New York, NY 10010
*Address*

christopherclore@quinnemanuel.com
*E-mail address*

(212) 849-7000
*Telephone number*

(212) 849-7100
*FAX number*