UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 24–265 (TNM) |
| v. | : | |
| | : | |
| ROBERT P. BURKE, | : | |
| | : | |
| YONGCHUL "CHARLIE" KIM, and | : | |
| | : | |
| MEGHAN MESSENGER, | : | |
| | : | |
| Defendants. | : | |

**STATUS REPORT**

The United States, by and through its undersigned attorneys, hereby files this report to update the Court on the status of discovery in advance of the August 2, 2024, hearing.

The discovery in this case includes: (1) government records from the Department of Defense ("DoD"), the Navy, and U.S. Office of Personnel Management; (2) grand jury subpoena returns from approximately 19 business entities; (3) data obtained pursuant to orders issued under 18 U.S.C. §§ 2703(d) and 3122; (4) search warrant materials from three electronic devices, three emails accounts and two iCloud accounts; (5) materials from the case files of the Federal Bureau of Investigation ("FBI"), Department of Defense Office of the Inspector General ("DoD-OIG"), Defense Criminal Investigative Service ("DCIS"), and Navy Criminal Investigative Service ("NCIS"); and (6) recorded interviews and transcripts.   The government estimates that there will be well in excess of 205 gigabytes of discovery, containing at least 889,211 documents, consisting of at least 2,773,735 pages of documents.   These calculations do not include the data recovered, pursuant to a search warrant, from the Defendants' three phones and two iCloud accounts.

To date, the government has provided defense counsel with extensive discovery and

expects to make at least two additional, substantial productions of material over the next two months.

On June 23, 2024, the Court entered a protective order as to discovery provided to Burke. D.E. 15. On June 24, 2024, the government provided Discovery Productions 1 and 2 to Burke.[1] This included over 108.5 gigabytes of data, containing approximately 496,097, consisting of 807,781 pages of documents, including:

- 40,718 pages of documents from the DoD-OIG;
- 1,443 pages of documents from the DCIS;
- 2,152 pages of documents from the NCIS;
- 3,316 pages of documents from the FBI;
- 217,633 pages of documents of search warrant materials from Messenger and Kim's Microsoft email accounts;
- 9,179 pages of search warrant materials from Burke's Gmail account;
- 109,083 pages of grand jury subpoena returns from 19 entities; and
- Audio recordings and transcripts from 12 witness interviews.

The government expects to produce Discovery Production 3 by mid-August. This production is estimated to be over 96.74 gigabytes of data, containing 393,114 documents, consisting of 1,965,954 pages. This includes materials from the case files of DoD-OIG, DCIS, the FBI, as well as video recordings and grand jury transcripts. In September, the government

---

[1] On July 3, 2024, following the entry of an amended discovery order, the government provided Discovery Productions 1 and 2 to defense counsel for Kim. On July 16, 2024, following the filing of his notice of appearance, the government provided Discovery Productions 1 and 2 to defense counsel for Messenger.

2

intends to produce Discovery Production 4 which will include, among other materials, the scoped search warrant materials obtained from the phones of Burke, Kim and Messenger.

Respectfully submitted,

MATTHEW M. GRAVES  
UNITED STATES ATTORNEY  
D.C. Bar No. 481052  

/s/  
Joshua Rothstein  
Assistant United States Attorney  
NY Bar Number 4453759  
601 D Street N.W.  
Washington, DC 20530  
Office: (202) 252-4490  

COREY R. AMUNDSON  
Chief, Public Integrity Section  
U.S. Department of Justice  

/s/  
Trevor Wilmot  
Kathryn E. Fifield  
Trial Attorneys  
1301 New York Ave. NW  
Washington, D.C. 20530  
Office: (202) 514-1412