AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cr-00265-TNM |
| Burke, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Yongchul "Charlie" Kim            .

Date:   08/05/2024

/s/ Avi Perry
*Attorney's signature*

Avi Perry (DC Bar No. 90023480)
*Printed name and bar number*

1300 I Street, NW, Suite 900
Washington, DC 20005

*Address*

aviperry@quinnemanuel.com
*E-mail address*

(202) 538-8000
*Telephone number*

(202) 538-8100
*FAX number*