UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                               Plaintiffs,          **NOTICE OF APPEARANCE**

-v-

                                                Case No: 1:24-cr-00265-TNM

ROBERT P. BURKE,
YONGCHUL "CHARLIE KIM", and
MEGHAN MESSENGER,

                               Defendants,
------------------------------------------------------------------X

S I R S:

**PLEASE TAKE NOTICE** that the Defendant, MEGHAN MESSENGER, hereby appears in the above-entitled action, and that the undersigned has been retained as Attorney for Defendant MEGHAN MESSENGER and demands that a copy of the complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: July 12, 2024
        White Plains, New York

                                              /s/ ROCCO D'AGOSTINO
                                              Rocco F. D'Agostino (RD8768)
                                              *Attorney for* MEGHAN MESSENGER
                                              445 Hamilton Avenue, Suite 605
                                              White Plains, NY 10601
                                              Email:  Rdagost463@aol.com
                                              (914) 682-1993