**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---------------------------------------------X
UNITED STATES OF AMERICA

   -against-                                              Case No.: 1:24-cr-00265-TNM

ROBERT P. BURKE, et. al.
---------------------------------------------X

## DEFENDANT ROBERT BURKE'S MOTION TO MODIFY BRIEFING SCHEDULE

Defendant Admiral Robert P. Burke, through his counsel, respectfully moves this Court to modify the briefing schedule on the Join Motion to Sever Trial, which this Court set on August 2, 2024. The reasons for this request are personal family issues which have affected Defense Counsel's ability to complete the motion by the original deadline. Defendant therefore respectfully requests that the filing deadlines each be extended by 3 days, from Fridays to Mondays, as follows:

| Event | Current deadline | New Deadline |
|---|---|---|
| Motion due by Burke | 8/23/2024 | 8/26/2024 |
| Opposition by Government | 9/6/2024 | 9/9/2024 |
| Replies from all Defendants | 9/13/2024 | 3/16/2024 |

Undersigned counsel has conferred with other counsel in the case. The Government consents to this application. Defendants Kim and Messenger do not oppose this application, as long as it does not alter the status conference date currently set for 9/23/2024 at 10:00 AM.

WHEREFORE, Defendant Burke respectfully requests that this Court extend all briefing deadlines by three days and keep the conference date as it is currently scheduled.

Respectfully submitted,

Timothy C. Parlatore
Parlatore Law Group, LLP
*Counsel for Admiral Robert P. Burke*
260 Madison Avenue, 17th Floor
New York, NY 10016