UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 24–265 (TNM) |
| v. : | |
| : | |
| ROBERT P. BURKE, : | |
| : | |
| YONGCHUL "CHARLIE" KIM, and : | |
| : | |
| MEGHAN MESSENGER, : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S RESPONSE TO DEFENDANTS' YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S JOINT MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS (D.E. 39)**

The United States of America, by and through its undersigned attorneys, hereby respectfully files this Response to Defendants Kim's and Messenger's Motion for Early Return of Trial Subpoenas. The Government has no opposition to the Defendants' request for an order permitting a return date of November 15, 2024, for the subpoenas set forth in its motion.

|  | Respectfully submitted, |
|---|---|
| MATTHEW M. GRAVES | COREY R. AMUNDSON |
| UNITED STATES ATTORNEY | Chief, Public Integrity Section |
| D.C. Bar No. 481052 | U.S. Department of Justice |
| By: /s/ | /s/ |
| Joshua Rothstein | Trevor Wilmot |
| Assistant United States Attorney | Kathryn E. Fifield |
| NY Bar Number 4453759 | Trial Attorneys |
| 601 D Street N.W. | 1301 New York Ave. NW |
| Washington, DC 20530 | Washington, D.C. 20530 |
| Office: (202) 252-4490 | Office: (202) 514-1412 |

1