UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 24–265 (TNM)** |
| v. | : | |
| | : | |
| **ROBERT P. BURKE,** | : | |
| | : | |
| **YONGCHUL "CHARLIE" KIM, and** | : | |
| | : | |
| **MEGHAN MESSENGER,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Rebecca G. Ross is entering her appearance in the above-captioned matter as counsel for the United States of America.

        Respectfully submitted,

        MATTHEW GRAVES
        United State Attorney

By:    /s/ *Rebecca G. Ross*
        Rebecca Ross (N.Y. BAR #5590666)
        Assistant United States Attorney
        601 D Street N.W.
        Washington, D.C.  20530
        Rebecca.Ross2@usdoj.gov
        (202) 815-8982