UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT P. BURKE, et al.<br><br>Defendants. | Case No. 24-cr-265 (TNM) |

# MOTION TO WITHDRAW

Undersigned counsel respectfully seeks leave of the Court to withdraw as counsel of record in this case. Effective October 4, 2024, undersigned counsel will no longer serve as counsel of record in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:  /s/Joshua Rothstein
Joshua Rothstein
NY Bar No. 4453759
Assistant United States Attorney
601 D St. NW
Washington, DC  20530
(202) 262-4490
Joshua.Rothstein@usdoj.gov