# EXHIBIT 6

# REDACTED

DOJ-0000470802

DOJ-0000470803



DOJ-0000470804

DOJ-0000470805

DOJ-0000470806

DOJ-0000470807

DOJ-0000470808

DOJ-0000470809

DOJ-0000470810

DOJ-0000470811

DOJ-0000470812

DOJ-0000470813

DOJ-0000470814

DOJ-0000470815

DOJ-0000470816

DOJ-0000470817

DOJ-0000470818

DOJ-0000470819

DOJ-0000470820

DOJ-0000470821

DOJ-0000470822

DOJ-0000470823

DOJ-0000470824

DOJ-0000470825

DOJ-0000470826

DOJ-0000470827

DOJ-0000470828

DOJ-0000470829

DOJ-0000470830

DOJ-0000470831

DOJ-0000470832

DOJ-0000470833

DOJ-0000470834

DOJ-0000470835

DOJ-0000470836

DOJ-0000470837