# EXHIBIT 9

# REDACTED

DOJ-0000697688

DOJ-0000697689

DOJ-0000697690

DOJ-0000697691

DOJ-0000697692

DOJ-0000697693

DOJ-0000697694

DOJ-0000697695

DOJ-0000697696

DOJ-0000697697

DOJ-0000697698

DOJ-0000697699

DOJ-0000697700

DOJ-0000697701

DOJ-0000697702

DOJ-0000697703

DOJ-0000697704

DOJ-0000697705

DOJ-0000697706

DOJ-0000697707

DOJ-0000697708

DOJ-0000697709

DOJ-0000697710

DOJ-0000697711

DOJ-0000697712

DOJ-0000697713

DOJ-0000697714

DOJ-0000697715

DOJ-0000697716

DOJ-0000697717

DOJ-0000697718

DOJ-0000697719

DOJ-0000697720

DOJ-0000697721

DOJ-0000697722

DOJ-0000697723

DOJ-0000697724

DOJ-0000697725

DOJ-0000697726

DOJ-0000697727

DOJ-0000697728

DOJ-0000697729

DOJ-0000697730

DOJ-0000697731

DOJ-0000697732

DOJ-0000697733

DOJ-0000697734

DOJ-0000697735

DOJ-0000697736

DOJ-0000697737

DOJ-0000697738

DOJ-0000697739

DOJ-0000697740

DOJ-0000697741