UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

--------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-                          Case No.: 1:24-cr-00265-TNM

ROBERT BURKE, et. al.

--------------------------------------------------X

**DEFENDANT ROBERT BURKE'S NOTICE OF EXPERT WITNESS**

Defendant Burke had identified two potential expert witnesses, but has not yet retained either, on the subject of government contracting procedures, particularly within the U.S. Navy. The reason Defendant Burke has not yet retained these experts is that he does not yet know whether such expert testimony will be required.

As discussed more fully in the Motion to Dismiss, the Indictment misrepresents the contracting process within the U.S. Navy in an effort to allege that Defendant Burke approved, or ordered the approval of a contract for Company A. As we know very little about how the Government intends to prove this allegation, we are unable to retain an expert and have them present opinions, as required under Fed.R.Cr.P. 16(b)(1)(C)(3). Once the Government files their responsive brief, we will know whether an expert is required or not and what they should be opining on. This expert may even become necessary to testify at a hearing on the motion to dismiss, depending on the Government's response.

Admiral Burke therefore reserves his right to identify an expert witness until he can properly determine if one will be necessary.

Respectfully submitted,

Timothy C. Parlatore, Esq.
Parlatore Law Group, LLP
*Counsel for Admiral Burke*
260 Madison Avenue, 17th Floor
New York, New York 10016