UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 24–265 (1) (TNM) |
| v. | : | |
| | : | |
| ROBERT P. BURKE, | : | |
| | : | |
| Defendant. | : | |

## JOINT NOTICE OF PROPOSED JURY INSTRUCTIONS AND *VOIR DIRE*

In accordance with this Court's September 23, 2024, minute order, the Government and Defendant Robert P. Burke hereby provides notice of its proposed final jury instructions and proposed *voir dire*. The proposed final jury instructions are attached as Exhibit A. The proposed final jury instructions include Defendant Burke's proposed edits, which the Government objects to. The proposed *voir dire* is attached as Exhibit B.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

By:    /s/ Rebecca G. Ross

Rebecca G. Ross
Assistant United States Attorneys
601 D Street N.W.
Washington, DC 20530

Trevor Wilmot
Kathryn E. Fifield
Trial Attorneys
1301 New York Ave. NW
Washington, D.C. 20530