UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-                       Case No.: 1:24-cr-00265-TNM

ROBERT BURKE, et. al.
------------------------------------------------X

**DEFENDANT ROBERT BURKE'S REPLY TO NOTICE OF EXPERT WITNESS**

As stated in his notice, Defendant Burke did not yet know whether expert testimony would be required but would know more once the Government files their responsive brief to the motion to dismiss. As the Government's opposition indicates that there is not a reasonable dispute that Admiral Burke did not have the authority to grant the contract, it appears that no expert witness will be required.

                                                    Respectfully submitted,

                                                    Timothy C. Parlatore, Esq.
                                                    Parlatore Law Group, LLP
                                                    *Counsel for Admiral Burke*
                                                    260 Madison Avenue, 17th Floor
                                                    New York, New York 10016