# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

---------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                        Case No.: 1:24-cr-00265-TNM

ROBERT P. BURKE, et. al.
---------------------------------------------X

## DEFENDANT ROBERT BURKE'S MOTION TO RESCHEDULE CONFERENCE

Defendant Admiral Robert P. Burke, through his counsel, respectfully requests that this Court reschedule the pretrial conference, currently scheduled for April 11, 2025 to April 10, 2025. The reason for this request is a scheduling conflict for counsel. Counsel for the Government indicated that they consent to this application.

WHEREFORE, Defendant Burke respectfully requests that this Court reschedule the pretrial conference from April 11, 2025 to April 10, 2025.

                                                    Respectfully submitted,

                                                    Timothy C. Parlatore
                                                    Parlatore Law Group, LLP
                                                    *Counsel for Admiral Robert P. Burke*
                                                    260 Madison Avenue, 17th Floor
                                                    New York, NY 10016