UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 24–265 (TNM) |
| v. | : | |
| | : | |
| ROBERT P. BURKE, | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' SUPPLEMENT TO ITS MOTION *IN LIMINE* TO ADMIT CERTAIN EVIDENCE AND ARGUMENT

On November 29, 2024, the Government moved *in limine* for a pre-trial order finding authentic certain records pursuant to Federal Rule of Evidence 902. ECF No. 66. Defendant Burke indicated he did not object to the authenticity of those records, but reserved the right to object on other grounds. *See* ECF No. 88.

Since November 29, 2024, the Government has obtained additional declarations, attached hereto as Attachment A, intended to satisfy Federal Rule of Evidence 901. This includes declarations from the following entities and individuals:

- U.S. Department of the Navy
- Next Jump, Inc.
- PowerTrain, Inc.
- Defendants Charlie Kim and Meghan Messenger

The Government incorporates its arguments from its original motion *in limine*, *see* ECF No. 66, and moves for a pre-trial order finding that the records introduced through the use of the certifications attached as Attachment A are authentic.

1

                EDWARD R. MARTIN
                UNITED STATES ATTORNEY
                D.C. Bar No. 481866

By:   /s/_____
        Rebecca G. Ross (NY Bar Number 5590666)
        Assistant United States Attorney
        601 D Street N.W.
        Washington, DC 20530
        Office: (202) 252-4490

        /s/_____
        Trevor Wilmot
        Kathryn E. Fifield
        Trial Attorneys
        Public Integrity Section
        1301 New York Ave. NW
        Washington, D.C. 20530
        Office: (202) 514-1412