# EXHIBIT 1
# REDACTED



DOJ-0002968767