UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT P. BURKE,<br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>Defendants. | Case No. 1:24-cr-00265-TNM |

**UNOPPOSED AND JOINT MOTION TO MODIFY BRIEFING SCHEDULE BY DEFENDANTS YONGCHUL "CHARLIE" KIM AND MEGHAN MESSENGER**

Defendants Charlie Kim and Meghan Messenger ("Movants") jointly move to extend the pretrial briefing schedule by two weeks. The government does not oppose the relief sought in this motion.

Adm. Burke's trial is scheduled to begin on May 6, 2025, and the government estimates that its case in chief will take approximately two weeks. *See* Tr. (Transcript of April 10, 2025 Pretrial Conference) at 127:6-7. Per the Court's February 19, 2025 minute order, motions *in limine*, to suppress, and to dismiss and 404(b) and expert notices related to Movants' trial are due on May 16, 2025, opposition briefs are due on June 6, 2025, and reply briefs and joint proposed final jury instructions/*voir dire* are due on June 27, 2025.

Given the current trial schedule for Adm. Burke, Movants respectfully request that the Court extend the pretrial briefing schedule by two weeks, moving the deadlines as follows:

| Submission | Current Deadline | Requested Deadline |
|---|---|---|
| Motions *in limine*, to suppress, and to dismiss; 404(b) notice; expert disclosures | May 16, 2025 | May 30, 2025 |

1

| Oppositions to motions *in limine*, to suppress, and to dismiss | June 6, 2025 | June 20, 2025 |
|---|---|---|
| Replies in support of motions *in limine*, to suppress, and to dismiss; joint proposed final jury instructions/*voir dire* | June 27, 2025 | July 11, 2025 |

Counsel for Movants conferred with counsel for the government, and counsel for the government stated on May 1, 2025, that the government does not oppose the extension sought in this motion.

Respectfully submitted,

DATED May 2, 2025                  */s/ William A. Burck*
                                    William A. Burck

Rocco F. D'Agostino                William A. Burck (DC Bar No.: 979677)
(Bar No. NY0592)                   Avi Perry (DC Bar No.: 90023480)
445 Hamilton Ave., Suite 605       Rachel G. Frank (DC Bar No.: 1659649)
White Plains, NY 10601             John (Fritz) Scanlon (DC Bar No.: 983169)
Tel: (914) 682-1993                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                   1300 I Street NW, Suite 900
*Counsel for Defendant Meghan*     Washington, D.C. 20005
*Messenger*                        Tel: (202) 538-8000
                                   Fax: (202) 538-8100
                                   williamburck@quinnemanuel.com
                                   aviperry@quinnemanuel.com
                                   rachelfrank@quinnemanuel.com
                                   fritzscanlon@quinnemanuel.com

                                   Christopher Clore (*pro hac vice*)
                                   QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                   295 5th Ave
                                   New York, NY 10016
                                   Tel: (212) 849-7000
                                   Fax: (212) 849-8100
                                   christopherclore@quinnemanuel.com

                                   *Counsel for Defendant Yongchul "Charlie" Kim*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, a copy of the foregoing Motion was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF and served to all counsel of record via electronic mail.

                                                /s/ *William A. Burck*
                                              William A. Burck (DC Bar No.: 979677)

Dated: May 2, 2025