CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: 24-CR-265-1 (TNM)
)
)
ROBERT P. BURKE )
)

## NOTE FROM JURY

Judge – Can we get a definition for "other particular matter" under Count 4, element 3?

Date: 5/15/2025

Time: 12:28 pm

FOREPERSON



**United States District Court
for the District of Columbia
Washington, D.C. 20001**

CHAMBERS OF
TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE

    The term "particular matter" includes only matters that involve deliberation, decision, or action that is focused upon the interests of specific persons, or a discrete and identifiable class of persons. The term may include matters which do not involve formal parties and may extend to legislation or policy making that is narrowly focused on the interests of a discrete and identifiable class of persons. It does not, however, cover consideration or adoption of broad policy options directed to the interests of a large and diverse group of persons. The particular matters covered by this part include a judicial or other proceeding, application or request for a ruling or other determination, contract, claim, controversy, charge, accusation or arrest.

*/s/ TNMcFadden*