| | | UNITED STATES OF AMERICA | | Criminal No. 1:24-cr-00265-TNM |
|---|---|---|---|---|
| Government | [x] | VS. | | |
| Plaintiff | [ ] | ROBERT P. BURKE | | |
| Defendant | [ ] | | | |
| Joint | [ ] | | | |
| Court | [ ] | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 001 | 2018 – Burke's Office of Government Ethics ("OGE") 278 Form | | | | 5-14-2025 |
| 002 | Timeline Summary Chart | | | | 12:25 PM |
| 003 | 2019 – Burke's OGE 278 Form | | | | |
| 004 | 2019.08.14 – Email from Kim to Burke, Messenger RE: Navy/NxJ: Status | | | | |
| 005 | 2019.10.25 – Email from Rotert to Beyler, et al. FW: Status of Next Jump Contract | | | | |
| 006 | 2019.11.12 – Email from Platz to Mietus, et al. RE: Navy POC | | | | |
| 007 | 2019.11.17 – Email from Ross to Fuller, Beyler, et al. RE: follow up item | | | | |
| 008 | 2020 – Burke's OGE 278 Form | | | | |
| 009 | 2020.05.07 – Email from Burke to Naval Senior Leadership RE: Standards of Conduct Guidance | 05/07/2025 | 05/07/2025 | Sebastian Gardner | |
| 010 | 2020.06.25 – Email from Nowell to Kim, et al. RE: Leadership Challenges Navigating BLM | | | | |
| 011 | 2020.07.03 – Email from Messenger to Parker, Kim RE: Invstr | 5-7-2025 | Objection | - | - |
| 012 | 2020.09.23 – Email from Messenger to Burke, Kim RE: Quick Update… | | | | |
| 013 | 2020.10.25 – Email from Messenger to Kim, et al. RE: some deep reactions from weiei | | | | |
| 014 | 2021 – Burke's OGE 278 Form | | | | |
| 015 | 2021.03.05 – Email from Kim to Burke, et al. RE: MDMP…Re: Update from Next Jump | | | | |
| 016 | 2021.03.05 – Email from Burke to Raimondo, B. Burke RE: Checking in | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |

1

Government [x]
Plaintiff    [ ]
Defendant    [ ]
Joint        [ ]
Court        [ ]

UNITED STATES OF AMERICA
VS.
ROBERT P. BURKE

Criminal No. 1:24-cr-00265-TNM

| | | | | | |
|---|---|---|---|---|---|
| 017 | 2021.03.09 – Email from Beyler to Black, et al. FW: MDMP…Re: Update from Next Jump | 05/07/2025 | 05/07/2025 | Juliet Beyler | |
| 018 | 2021.03.22 – Email from Messenger to Burke, Kim RE: Moran/Herm | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 019 | 2021.04.08 – Invitation to Update from Next Jump MS Teams VTC | Stipulated | 05/06/2025 | Juliet Beyler | |
| 020 | 2021.04.13 – Email from Kim to Next Jump Investors, Messenger RE: Follow up: Next jump Update… | | | | |
| 021 | 2021.04.19 – Email from Messenger to Rolnick, et al. RE: Time to connect tonight? | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 022 | 2021.04.20 – WhatsApp Call between Kim and Burke | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 023 | 2021.04.21 – Email from Kim to Messenger, et al. RE: OMM from Haley Serna (Next Jump) | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 024 | 2021.04.26 – Email from Kim to Next Jump Internal Team RE: Bob Burke… Fwd: VIP Invite: Saturday Aug 14 (NYC) | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 025 | 2021.04.30 – Email from Shriram to Kim, Messenger RE: VIP invite – "future of work" | | | | |
| 026 | 2021.05.07 – Email from Kim to Messenger, et al. RE: Bill Moran Fwd: For our meeting today | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 027 | 2021.05.07 – Email from Messenger to Next Jump Internal Team FWD: For our meeting today | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 028 | 2021.05.10 – Email from Messenger to Kunkel, Kim RE: Bill Moran FWD: For our meeting today | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 029 | 2021.05.19 – Email from Burke to Beyler FW: Juliet FW: VIP Invite: Saturday Aug 14 (NYC) | | | | |
| 030 | 2021.06.19 – Photos of Burke and Canedo in Paris | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 031 | 2021.07.12 – Email from Kim to Messenger RE: Staff m | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 032 | 2021.07.14 – Email from Kim to Burke RE: Hello Next Jump, and if you are in the DC area on the 23rd of July | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 033 | 2021.07.14 – Email from Kim to Platz, et al. RE: Reservation Confirmation for the Ritz-Carlton, Washington, D.C. | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |

2

| | | | | | |
|---|---|---|---|---|---|
| Government | [x] | | | | |
| Plaintiff | [ ] | UNITED STATES OF AMERICA | | Criminal No. 1:24-cr-00265-TNM | |
| Defendant | [ ] | VS. | | | |
| Joint | [ ] | ROBERT P. BURKE | | | |
| Court | [ ] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 034 | 2021.07.14 – Email from Marriott Bonvoy to Next Jump Corporate Card RE: Ritz-Carlton Pentagon Reservation Confirmation | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 035 | 2021.07.14 – Email from Marriott Bonvoy to Next Jump Corporate Card RE: Ritz-Carlton Pentagon Reservation Confirmation | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 036 | 2021.07.15 – Email from Burke to Moran RE: Checking In and Next Jump | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 037 | 2021.07.16 – Burke's Official D.C. Trip Book | Stipulated | 05/06/2025 | Sebastian Gardner | |
| 038 | 2021.07.23 – Messenger's Belga Café Itemized and Signed Cardholder Agreement Receipts | Stipulated | 05/06/2025 | Sebastian Gardner | |
| 039 | 2021.07.23 – Email from Kim to Culver, Messenger RE: Quick uodate | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 040 | 2021.07.23 – Email from Fuller to Kim, et al. RE: Quick uodate | | | | |
| 041 | Admiral Robert Burke Navy Portrait | 05/12/2025 | 05/12/2025 | Bradley Appleman | |
| 042 | 2021.07.23-24 – WhatsApp Messages between Burke and Canedo | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 042A | 2021.07.23 – WhatsApp Message Summary Chart | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 042B | 2021.07.24 – WhatsApp Message Summary Chart | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 043 | 2021.07.24 – Email from Messenger to Cignetti FWD: Quick uodate | 5-8-2025 | Objection | - | - |
| 044 | 2021.07.19-24 – Burke's Ritz-Carlton Pentagon City Folio | Stipulated | 05/06/2025 | Sebastian Gardner | |
| 045 | 2021.07.27 – Email from Rolnick to Burke RE: LLC Formation Info | | | | |
| 046 | 2021.07.28 – Email from Kim to Next Jump Investors RE: Next Jump Investor Update: Q1 2021 | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 047 | 2021.07.28 – Email from Messenger to Next Jump Internal Team FW: Next Jump Investor Update Q1 2021 | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |

| Government | [x] | | | | |
|---|---|---|---|---|---|
| Plaintiff | [ ] | UNITED STATES OF AMERICA | | Criminal No. 1:24-cr-00265-TNM | |
| Defendant | [ ] | VS. | | | |
| Joint | [ ] | ROBERT P. BURKE | | | |
| Court | [ ] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 048 | 2021.08.10 – Email from Beyler to Koebler RE: Contracting options…RE: Pricing Proposal: Personnel #'s | 05/07/2025 | 05/07/2025 | Juliet Beyler | |
| 049 | 2021.08 – WhatsApp Messages between Burke and Kim | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 050 | 2021.08.26 – Burke's Signed Request for Voluntary Retirement | Stipulated | 05/06/2025 | Sebastian Gardner | |
| 051 | 2021.09.13 – Email from Beyler to Burke, Meyer RE: NxJ Sailor feedback | 05/07/2025 | 05/07/2025 | Juliet Beyler | |
| 052 | 2021.09.14 – Email from Kim to Messenger RE: Navy/Burke | | | | |
| 053 | 2021.09.14 – Email from Messenger to Fuller, et al. RE: Navy Update – FW: [Non-DoD Source] Re: Login/Screens/Gate 1 Proposal… | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 054 | 2021.09.15 – Email from Burke to Beyler RE: How are You? | 05/07/2025 | 05/07/2025 | Juliet Beyler | |
| 055 | 2021.09.19 – Email from Thomas to Burke RE: YouTube Family | | | | |
| 056 | 2021.09.23 – Email from Kim to Next Jump Internal Team RE: Bob Burke Fwd: Develop-Mental-GPS Feedback | Stipulated | 05/06/2025 | Sebastian Gardner | |
| 057 | 2021.10.12 – Invitation for Kim, Messenger RE: Bob Burke – WhatsApp Video | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 058 | 2019.11.09 – Email from Kim to Burke, Messenger FWD: Next week… | 05/07/2025 | 05/07/2025 | Sebastian Gardner | |
| 059 | 2021.11.04 – Email from Burke to Kim, et al. FW: Requested Bios | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 060 | 2021.11.10 – Appleman's Annual Ethics, Standards of Conduct & MPM 1301-907 Brief PowerPoint Presentation | 05/12/2025 | 05/12/2025 | Bradley Appleman | |
| 061 | 2021.11.12 – Email from VORNADO to Burke RE: Mobile Visitor Credential from Next Jump Inc | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 062 | 2021.11.15 – Email from Amtrack Etickets to Burke RE: Amtrak E-Ticket and Receipt for One-Way Trip from Providence to New York City | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |

4

| Government | [x] | | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | [ ] | UNITED STATES OF AMERICA | | | Criminal No. 1:24-cr-00265-TNM | |
| Defendant | [ ] | VS. | | | | |
| Joint | [ ] | ROBERT P. BURKE | | | | |
| Court | [ ] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 063 | 2021.11.15-19 – Burke's Official Navy Travel Records | | | | | |
| 064 | 2021.11.16 – Photo of Burke and Canedo in New York City | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 065 | 2021.11.16 – Email from VORNADO to Kim RE: BOB BURKE has arrived at 512 West 22nd Street | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 066 | 2021.11.16 – Email from Kim to Next Jump Internal Team RE: Burke/Navy | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 067 | 2021.11.16 – Email from Kim to Collette, et al. RE: OMM from Michael Collette (WORLD) | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 068 | 2021.11.18 – Email from Messenger to Kim RE: Tweet by David Burkus on Twitter | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 069 | 2021.11.22 – Draft of All hands meeting notes 11.22.2021 | 5-8-2025 | Objection | - | | - |
| 070 | 2021.11.24 – Email from Appleman to Beyler FW: [Non-DoD Source] Re: Leadership Academy course 1-2 Dec | | | | | |
| 071 | 2021.11.24 – Email from Beyler to Appleman, et al. FW: [Non-DoD Source] Re: Leadership Academy course 1-2 Dec | | | | | |
| 072 | 2021.11.29 – Email from Burke to Beyler RE: Next Jump – Gift Issuance | | | | | |
| 073 | 2021.12.10 – Invitation from Burke to Kim, Messenger RE: WHATSAPP Phone Call – Next Jump | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 074 | 2021.12.15 – Email from Beyler to Meyer, et al. RE: Next Jump Travel Recommendations | 05/07/2025 | 05/07/2025 | Juliet Beyler | | |
| 075 | 2021.12.15 – Email from Kim to Next Jump Internal Team FW: Pricing Proposal for Navy | Stipulated | 5-6-2025 | | | |
| 076 | 2021.12.16 – Email from Kim to Collette, et al. RE: Navy Fwd: [Non-DoD Source] Pricing Proposal for Navy | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 077 | 2021.12.16 – Email from Burke to Kim, Messenger RE: [Non-DoD Source] Pricing Proposal for Navy | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 078 | 2021.12.17 – Email from Beyler to Baker, et al. FW: Pricing Proposal for Navy | Stipulated | 05/6/2025 | Juliet Beyler | | |
| 079 | 2021.12.17 – Email from Hooker to Kraus FW: Pricing Proposal for Navy | 05/07/2025 | 05/07/2025 | Amanda Kraus | | |

5

| Government | [x] | | | |
|---|---|---|---|---|
| Plaintiff | [ ] | UNITED STATES OF AMERICA | | Criminal No. 1:24-cr-00265-TNM |
| Defendant | [ ] | VS. | | |
| Joint | [ ] | ROBERT P. BURKE | | |
| Court | [ ] | | | |

| | | | | | |
|---|---|---|---|---|---|
| 080 | 2021.12.17 – Email from Beyler to Johansmeier RE: Training Requirements | 05/07/2025 | 05/07/2025 | Amanda Kraus | |
| 081 | 2021.12.20 – Email from Hooker to Kraus RE: Next Jump | | | | |
| 082 | 2021.12.20 – Email from Kraus to Hooker RE: Next Jump | | | | |
| 083 | 2021.12.20 – Email from DeStefano to Kraus, et al. RE: CONTRACTING POC | | | | |
| 084 | 2021.12.20 – Email from Burke to Kim, Messenger RE: Pricing Proposal for Navy | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 085 | 2021.12.21 – Email from Jesukiewicz to Johansmeier FWD: CONTRACT WITH NEXT JUMP | Stipulated | 5-6-2025 | | |
| 086 | 2021.12.23 – Email from Beyler to Burke, Meyer FW: Request Approval to Proceed: Next Jump Contract | | | | |
| 087 | 2021.12.28 – Email from Baker to Beyler, et al. FW: [Non-DoD Source] RE: CONTRACT WITH NEXT JUMP | | | | |
| 088 | 2022 – Burke's OGE 278 Form | 5-13-2025 | 5-13-2025 | Bradley Appleman | |
| 089 | 2022.01.05 – Email from Kim to Messenger RE: CK Notes | | | | |
| 090 | 2022.01.05 – Email from Kim to Burke, Messenger RE: NxJ Training Agenda | | | | |
| 091 | 2022.01.05 – Email from Feemster to Kraus, et al. RE: [Non-DoD Source] Task order and Modification for Next Jump | 05/07/2025 | 05/07/2025 | Amanda Kraus | |
| 092 | 2022.01.10 – Email from Messenger to Next Jump Internal Team RE: Buzz from Italy… | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 093 | 2022.01.10 – Kim Business Credit Card Charge: Ristorante Antonio & Antonio | 5-8-2025 | — | Sebastian Gardner | |
| 094 | 2022.01.27 – Email from Burke to Kim, Messenger RE: quick reading… | | | | |
| 095 | 2022.02.08 – Email from Kraus to Nicasio, et al. RE: Next Jump Feedback for staffing | 05/07/2025 | 05/07/2025 | Amanda Kraus | |

| Government | [x] | | UNITED STATES OF AMERICA | | | Criminal No. 1:24-cr-00265-TNM | |
|---|---|---|---|---|---|---|---|
| Plaintiff | [ ] | | VS. | | | | |
| Defendant | [ ] | | ROBERT P. BURKE | | | | |
| Joint | [ ] | | | | | | |
| Court | [ ] | | | | | | |
| 096 | 2022.02.14 – Email from Beyler to Kraus, et al. RE: NxJ – request for contract expansion | 05/07/2025 | 05/07/2025 | Juliet Beyler | |
| 097 | 2022.03.12 – Email from Burke to Beattie FW: Next Jump – Naples – Thank You. | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 098 | 2022.03.14 – Email from Kim to Burke, Messenger RE: Uk navy Fwd: Thank you | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 099 | 2022.03.28 – Email from Burke to Caudle FW: Next Jump – Naples – Thank you. | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 100 | 2022.03.29 – Email from Burke to Messenger, Kim RE: Cameron to JimHRN -- Fwd: [Invite] MINI-event: 1-Day Leadership Academy [focused on 4 types of decision making] | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 101 | 2022.04.05 – Email from Kim to Caudle, et al. RE: Intro | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 102 | 2022.04.06 – Email from Kim to Kim RE: Notes/ TO DO WED | | | | |
| 103 | 2022.04.15 – Transcript of Recorded Phone Calls between Burke and Canedo | | | | |
| 103.1 | 2022.04.15 – Initial Recorded Phone Call between Burke and Canedo | | | | |
| 103.1A | Clip A | | | | |
| 103.1B | Clip B | | | | |
| 103.1C | Clip C | | | | |
| 103.1D | Clip D | | | | |
| 103.1E | Clip E | | | | |
| 103.2 | 2022.04.15 – Second Recorded Phone Call between Burke and Canedo | | | | |
| 103.2A | Clip A | | | | |
| 103.2B | Clip B | | | | |
| 104 | 2022.04.22 – Draft of Appleman's Post-Government Employment Opinion for Burke | | | | |

7

| Government | [x] | | UNITED STATES OF AMERICA | | Criminal No. 1:24-cr-00265-TNM |
|---|---|---|---|---|---|
| Plaintiff | [ ] | | VS. | | |
| Defendant | [ ] | | ROBERT P. BURKE | | |
| Joint | [ ] | | | | |
| Court | [ ] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 105 | 2022.04.29 – Appleman Signed Post-Government Employment Opinion for Burke | 5-13-2025 | 5-13-2025 | Bradley Appleman | |
| 106 | 2022.04.29 – Email from Kim to B. Burke, Messenger RE: Visit to Naples | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 107 | 2022.05.02 – Email from Kim to Next Jump Internal Team RE: Touching Eden | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 108 | 2022.05.03 – Email from Kim to Next Jump Internal Team RE: Uk navy guy Fwd: A Huge Thank you! | 5-8-2025 | Objection | - Sebastian Gardner | - |
| 109 | 2022.05.04 – Email from Burke to Kim, et al. RE: My Last Day | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 110 | 2022.05.06 – Email from Kim to Next Jump Internal Team RE: Burke | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 111 | 2022.05.07 – Email from Burke to Appleman RE: Request for Legal Opinion | Stipulated | 05/6/2025 | Sebastian Gardner (05/08) | |
| 112 | 2022.05.12 – Burke's Signed Post-Government Employment Advice Opinion Request Form | Stipulated | 5/6/2025 | Bradley Appleman | |
| 113 | 2022.05.13 – Appleman's Signed Post-Government Employment Opinion RE: Next Jump | | | | |
| 114 | 2022.05.13 – Email from Burke to Kim, Messenger RE: Paperwork | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 115 | 2022.05.16 – Email from Kim to Burke, Messenger RE: Paperwork | | | | |
| 116 | 2022.05.19 – Email from Venkatachalam to Cox RE: Invoice from Next Jump to PowerTrain | | | | |
| 117 | 2022.05.20 – Email from Kim to Venkatachalam, et al. RE: Invoice from Next Jump to PowerTrain | | | | |
| 118 | 2022.05.20 – Email from Venkatachalam to Kim, et al. RE: Invoice from Next Jump to PowerTrain | | | | |
| 119 | 2022.05.20 – Email from Messenger to Burke, Kim RE: Paperwork | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 120 | 2022.05.24 – Email from Burke to Kim, Messenger RE: Ben Key Email | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 121 | 2022.05.24 – Email from Kim to Burke, Messenger RE: Next Jump Offer Letter | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |

8

| Government | [x] | | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | [ ] | UNITED STATES OF AMERICA | | | Criminal No. 1:24-cr-00265-TNM | |
| Defendant | [ ] | VS. | | | | |
| Joint | [ ] | ROBERT P. BURKE | | | | |
| Court | [ ] | | | | | |
| 122 | 2022.05.24 – Email from Kim to McCoy, Next Jump Internal Team FW: Next Jump Offer Letter | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 123 | 2022.05.25 – Email from Messenger to Burke, Kim RE: Personnel Projects | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 124 | 2022.05.25 – Email from Messenger to Lombardi FW: Personnel Projects | | | | |
| 125 | 2022.05.25 – Email from Kim to Next Jump Internal Team FW: Next Jump Offer Letter | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 126 | 2022.05.26 – Burke Signed Next Jump Offer Letter | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 127 | 2022.05.26 – Email from Burke to Appleman RE: Request for Legal Opinion | Stipulated | 5-6-2025 | | |
| 128 | 2022.05.26 – Kim, Messenger Countersigned Burke Next Jump Offer Letter | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 129 | 2022.05.30 – Email from Messenger to Burke, Kim RE: Personnel Projects | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 130 | 2022.06.01 – Email from Burke to Kim, Messenger RE: Personnel Projects | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 131 | INTENTIONALLY BLANK | | | | |
| 132 | 2022.06.23 – Email from Garrison to Burke RE: Notification | | | | |
| 133 | 2022.07.18 – Email from Burke to Appleman RE: Termination OGE-278 | Stipulated | 5-6-2025 | | |
| 134 | 2022.07.18 – Email from Burke's @eu.navy.mil account to Gmail account RE: Termination OGE-278 | 05/08/2025 | 05/08/2025 | Sebastian Gardner | |
| 135 | 2022.10.03 – Email from Chavez-Bello to Burke RE: Glossary | 05/07/2025 | 05/07/2025 | Sebastian Gardner | |
| 136 | 2021.07.23 – Canedo replica of napkin drawing from D.C. meeting with Burke, Kim, Messenger | | | | |
| 137 | 2022.10.24 – Email from Kim to Next Jump Internal Team FW: OMM from Bob Burke (Next Jump) | | | | |
| 138 | 2022.10.25 – Email from Kim to Burke, Messenger Re: OMM from Bob Burke (Next Jump) | | | | |

| | | UNITED STATES OF AMERICA | | | Criminal No. 1:24-cr-00265-TNM |
|---|---|---|---|---|---|
| Government | [x] | | | | |
| Plaintiff | [ ] | VS. | | | |
| Defendant | [ ] | ROBERT P. BURKE | | | |
| Joint | [ ] | | | | |
| Court | [ ] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 139 | 2022.12.01 – Email from McCoy to Kim, et al. RE: Next Jump Q3 2022 Consolidated Income Statement (Unaudited) | | | | |
| 140 | 2022.12.19 – Email from Messenger to Burke, et al. RE: Sales V1 | | | | |
| 141 | 2023.01.15 – Email from B. Burke to Burke RE: Ltr | | | | |
| 142 | 2023.01.17 – Email from Messenger to Kim RE: My homework so far done over small little sprints over weekend | | | | |
| 143 | 2023.01.17 – Email from Burke to Kim, Messenger RE: Personal | Stipulated | 05/06/2025 | Sebastian Gardner | |
| 144 | 2023.01.17 – Email from Kim to Next Jump Internal Team RE: Bob…FW: Personal | | | | |
| 145 | 2023.02.04 – Email from Kim to Messenger RE: Tweet by Harry Stebbings on Twitter | | | | |
| 146 | 2022.12.30 – PowerTrain Deliverable Receipt form for Naples, Rota On-Site training, etc. | Stipulated | 05/06/2025 | Amanda Kraus | |
| 147 | Kim Driver's License | Stipulated | 05/06/2025 | Sebastian Gardner | |
| 148 | Messenger Driver's License | Stipulated | 05/06/2025 | Sebastian Gardner | |
| 149 | Burke Next Jump Stock Option Grant Letter | | | | |
| 150 | 2023.10.03 – Transcript of Recorded Interview by Defense Criminal Investigative Service, Naval Criminal Investigative Service of Burke | 5-13-2025 | 5-13-2025 | Mary Eversman | |
| 150.1 | 2023.10.03 – Recorded Interview by Defense Criminal Investigative Service, Naval Criminal Investigative Service of Burke | | | | |
| 150.1A | Clip A | 5-13-2025 | 5-13-2025 | Mary Eversman | |
| 150.1B | Clip B | 5-13-2025 | 5-13-2025 | Mary Eversman | |
| 150.1C | Clip C | | | | |
| 150.1D | Clip D | 5-13-2025 | 5-13-2025 | Mary Eversman | |

| Government [x] | | UNITED STATES OF AMERICA | | | Criminal No. 1:24-cr-00265-TNM | |
|---|---|---|---|---|---|---|
| Plaintiff [ ] | | VS. | | | | |
| Defendant [ ] | | ROBERT P. BURKE | | | | |
| Joint [ ] | | | | | | |
| Court [ ] | | | | | | |
| 151 | 2023.11.12 – Burke's Next Jump Employee Profile | | | | | |
| 152 | Photos of Next Jump Offices | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 153 | 2021.04.08 – Email from Burke to Genoble RE: Weekly Flag SITREP 1 to 7 April 2021 | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 154 | 2021.12.15 – Email from Kim to Next Jump Internal Team RE: UK Royal Navy…FW: Phil Halley…FW: OUR 1 ask… | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 155 | 2022.10.05 – WhatsApp Message from Messenger to Kim RE: Burke | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 156 | 2021.05.11 – Email from Beyler to Lacore email FW: Bill Moran Fwd: For our meeting today | Stipulated | 05/06/2025 | Juliet Beyler | | |
| 157 | 2021.11.30 – Burke Signed Memo RE: Gift of Free Attendance to Next Jump Leadership Academy, 1-2 December 2021 | Stipulated | 5-6-2025 | | | |
| 158 | 2021.11.29 – Email from Appleman to Bartek-Santiago RE: Next Jump | | | | | |
| 159 | 2022.05.09 – Email from Burke to Appleman, Broadus FW: Request for Legal Opinion | 5-13-2025 | 5-13-2025 | Bradley Appleman | | |
| 160 | 2020.08.10 – Email from Koebler to Beyler RE: email | | | | | |
| 161 | 2020.04.20 – Email from Kim to Messenger, et al. FWD: What's in the news? | | | | | |
| 162 | 2021.04.20 – Email from Kim to Next Jump Internal Team, et al. RE: Two potential driving strategies | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 163 | 2021.07.22 – Email from Venkatachalam to Kunkel RE: Navy/Bob Burke GAME PLAN | | | | | |
| 164 | 2021.05.11 – Email from Kunkel to Messenger, et al. RE: Bill Moran Fwd: For our meeting today | | | | | |
| 165 | 2022.03.11 – Email from Messenger to Fuller, et al. RE: Brief for Burke | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 166 | 2022.05.25 – Email from Kim to Next Jump Internal Team RE: UK Navy: Catchup | 05/08/2025 | 05/08/2025 | Sebastian Gardner | | |
| 167 | 2023.10.11 – Email from McCoy to Kim, et al. RE: Lift off | | | | | |

| | | UNITED STATES OF AMERICA | | | Criminal No. 1:24-cr-00265-TNM | |
|---|---|---|---|---|---|---|
| Government | [x] | | | | | |
| Plaintiff | [ ] | VS. | | | | |
| Defendant | [ ] | ROBERT P. BURKE | | | | |
| Joint | [ ] | | | | | |
| Court | [ ] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 168 | 2022.07.28 – Email from Kim to McCoy, et al. RE: Next Jump Investor Update… | | | | | |
| 169 | 2021.12.17 – Email from Hooker to Kraus RE: Pricing Proposal for Navy | | | | | |
| 170 | 2022.04.28 – Burke Signed, Handwritten Post-Government Employment Advice Opinion Request Form | 5-13-2025 | 5-13-2025 | Bradley Appleman | | |
| 171 | 2022.07.28 – Email from Kim to Investors RE: Next Jump Investor Update… | | | | | |
| 172 | 2021.04.09 – Email from Kim to Investors RE: Next Jump Update… | | | | | |
| 173 | 2021.07.23 – Messenger Business Credit Card Charge: Belga Cafe | Stipulated | 05/06/2025 | Sebastian Gardner | | |
| 174 | INTENTIONALLY BLANK | | | | | |
| 175 | 2022.05.25 – Email from Estrada to Appleman RE: ADM Burke Stock Act Notification Memo | 5-13-2025 | 5-13-2025 | Bradley Appleman | | |
| D001 | Time Zone Demonstrative | 05/07/2025 | - | Sebastian Gardner | - | |

12