| | | United States | | | | |
|---|---|---|---|---|---|---|
| Government | ☐ | vs. | | | Civil/Criminal No. | 24 CR 265 |
| Plaintiff | ☐ | | | | | |
| Defendant | ✓ | Burke | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| A | Email - 4-13-21 Charlie Kim to Investors | 5-12-2025 | — | Agent Gardner | |
| B | Email 12-18-20 Charlie Kim to Next Jump | 5-12-2025 | — | Agent Gardner | |
| C | Email 9-9-22 Charlie Kim to Burke | 5-12-2025 | — | Agent Gardner | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |