# UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**
    Plaintiff,

vs.                         Case No.: **24-CR-265-1 (TNM)**

**ROBERT P. BURKE**
    Defendant.

## COUNSELS' ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

_____
COUNSEL FOR GOVERNMENT

_5-14-25_
DATE

_____
COUNSEL FOR DEFENDANT

_5-14-25_
DATE