CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ROBERT P. BURKE

Civil/Criminal No.: 24-CR-265-1 (TNM)

### NOTE FROM JURY

Jury has reached a verdict on all four counts

Date: 5/19/25
Time: 11:47 am

FOREPERSON