UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :
:  CRIMINAL NO. 24–265 (TNM)
ROBERT P. BURKE  :
:

**VERDICT FORM**

1. As to Count One of the Indictment (Conspiracy), we the jury unanimously find the Defendant, Robert P. Burke [check one]:

    ✓
    _____                              _____
    GUILTY                                  NOT GUILTY

2. As to Count Three of the Indictment (Bribery), we the jury unanimously find the Defendant, Robert P. Burke [check one]:

    ✓
    _____                              _____
    GUILTY                                  NOT GUILTY

3. As to Count Four of the Indictment (Acts Affecting a Personal Financial Interest), we the jury unanimously find the Defendant, Robert P. Burke [check one]:

    ✓
    _____                              _____
    GUILTY                                  NOT GUILTY

4. As to Count Five of the Indictment (Concealment of Material Facts), we the jury unanimously find the Defendant, Robert P. Burke [check one]:

    ✓
    _____                              _____
    GUILTY                                  NOT GUILTY

So say we all.

5/19/25                                    _____
DATE                                       FOREPERSON SIGNATURE