```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
        *  *  *  *  *  *  *  *  *  *  *  *  *  *     )
 3      UNITED STATES OF AMERICA,               )     Criminal Action
                                                )     No. 24-00265-1
 4                      Plaintiff,              )
                                                )
 5        vs.                                   )
                                                )
 6      ROBERT P. BURKE,                        )     Washington, D.C.
                                                )     May 8, 2025
 7                      Defendant.              )     9:34 a.m.
                                                )     MORNING SESSION
 8      *  *  *  *  *  *  *  *  *  *  *  *  *  *     )

 9

10                      TRANSCRIPT OF JURY TRIAL
                 BEFORE THE HONORABLE TREVOR N. McFADDEN
11                    UNITED STATES DISTRICT JUDGE

12
        APPEARANCES:
13
        FOR THE GOVERNMENT:      REBECCA G. ROSS, ESQ.
14                               UNITED STATES ATTORNEY'S OFFICE
                                   FOR THE DISTRICT OF COLUMBIA
15                               601 D Street, Northwest
                                 Washington, D.C. 20530
16
                                 TREVOR C. WILMOT, ESQ.
17                               KATHRYN E. FIFIELD, ESQ.
                                 U.S. DEPARTMENT OF JUSTICE
18                               1301 New York Avenue, Northwest
                                 Suite 1000
19                               Washington, D.C. 20530

20      FOR THE DEFENDANT:       TIMOTHY PARLATORE, ESQ.
                                 PARLATORE LAW GROUP, LLP
21                               260 Madison Avenue
                                 17th Floor
22                               New York, New York 10016

23                               ANTOINETTE QUINN O'NEILL
                                 PARLATORE LAW GROUP
24                               15411 West Waddell Road
                                 Suite 102
25                               Surprise, Arizona 85379
```

```
 1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                                Official Court Reporter
 2                              United States District Court for the
                                  District of Columbia
 3                              333 Constitution Avenue, Northwest
                                Room 6706
 4                              Washington, D.C. 20001
                                (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2

3    WITNESS:                                            PAGE

4    SEBASTIAN GARDNER
          Direct Examination                              9

5

6

     EXHIBITS ADMITTED
7
     Government's Exhibit No. 16                          10
8    Government's Exhibit No. 18                          12
     Government's Exhibit No. 153                         15
9    Government's Exhibit No. 21                          17
     Government's Exhibit No. 162                         20
10   Government's Exhibit No. 22                          22
     Government's Exhibit No. 23                          24
11   Government's Exhibit No. 24                          28
     Government's Exhibit No. 152                         32
12   Government's Exhibit No. 26                          35
     Government's Exhibit No. 27                          37
13   Government's Exhibit No. 28                          39
     Government's Exhibit No. 31                          43
14   Government's Exhibit No. 32                          46
     Government's Exhibit No. 33                          49
15   Government's Exhibit Nos. 34 and 35                  50
     Government's Exhibit No. 36                          52
16   Government's Exhibit No. 30                          58
     Government's Exhibit No. 42                          62
17   Government's Exhibit No. 42-A                        65
     Government's Exhibit No. 39                          78
18   Government's Exhibit No. 42-B                        85
     Government's Exhibit No. 46                          97
19   Government's Exhibit No. 47                         105
     Government's Exhibit No. 49                         108
20   Government's Exhibit No. 53                         112
     Government's Exhibit No. 57                         119
21   Government's Exhibit No. 59                         120

22

23

24

25

 1                  THE COURT:  Good morning.

 2                  MS. ROSS:  Good morning, your Honor.

 3                  THE COURTROOM DEPUTY:  Your Honor, this is

 4      Criminal Case 24-265-1, United States of America versus

 5      Robert P. Burke.

 6                  Counsel, please come forward to identify

 7      yourselves for the record, starting with the Government.

 8                  MS. ROSS:  Good morning, your Honor.  Rebecca

 9      Ross, Trevor Wilmot and Kathryn Fifield on behalf of the

10      United States.  And joining us at counsel table is paralegal

11      Stephanie Creel.

12                  THE COURT:  Good morning, folks.

13                  MS. ROSS:  Good morning.

14                  MR. PARLATORE:  And good morning, your Honor.

15      Timothy Parlatore along with Antoinette O'Neill on behalf of

16      Admiral Burke.

17                  THE COURT:  Good morning.

18                  MR. PARLATORE:  Good morning.

19                  THE COURT:  Are we ready to resume?

20                  MS. ROSS:  Yes, your Honor.

21                  THE COURT:  Great.

22                  MR. PARLATORE:  One --

23                  THE COURT:  Yes.

24                  MR. PARLATORE:  I do have one quick issue to raise

25      before we bring the jury in, if you don't mind.

1              THE COURT:  Sure.

2              MR. PARLATORE:  All right.  Your Honor, yesterday,

3    when Ms. Kraus was testifying, one of the things that she

4    testified to on her direct -- she was asked whether she had

5    filed a complaint about what she had been asked to do with

6    Next Jump.  And she said that she did file a complaint with

7    the command inspector general.

8              This is not something that we had in discovery.

9    There's no complaint or report or anything from the

10    inspector general.  And in fact, from her initial interview

11    with the DOD inspector general, which was back in -- on

12    August 8th of 2022, she was asked about communications with

13    the local inspector general.  And at that time, she said

14    that she was interviewed, that Next Jump had been accused of

15    racism, and so she was asked questions about a conversation.

16    But she didn't witness any racism on the part of anybody at

17    Next Jump; it was a third-party discussion on a former Next

18    Jump employee who made accusations of racism against the

19    employer.

20              Yet what she said yesterday was that she filed a

21    complaint related to this contract.

22              And so -- and I'm not suggesting that the

23    Government has intentionally withheld something.  But if a

24    complaint was filed, then the Navy certainly has a copy of

25    that.  They certainly have whatever was done with it.  And

1    it's something that should have been, you know, provided by

2    the Navy to the government, and certainly NCIS would have

3    had it, and it should have been turned over.

4          And so, from my perspective, either she filed a

5    complaint, they looked at it and they said, you know, the

6    same thing that the lawyers said at the time, which is

7    everything was done correctly, in which case, under *Brady*,

8    we should have had it.

9          Or it's quite possible that she lied about it

10   yesterday, in which case, if there is no record of a

11   complaint whatsoever, that's something else that we should

12   know, but certainly it's something that, you know, we need

13   to be able to figure out -- to address with the jury because

14   they have been told that there was a separate IG complaint

15   filed on this by Ms. Kraus.

16         THE COURT:  All right.  Have you talked with the

17   Government about this, sir?

18         MR. PARLATORE:  Yes.  I emailed them last night

19   about it.  And they said essentially they've turned over

20   everything and that they had a witness interview where she

21   had disclosed to an agent prior that she had filed a

22   complaint.  But it doesn't seem that they have anything

23   beyond that.

24         THE COURT:  Okay.  Yes.  I mean, it sounds to me

25   like this is something that you can and perhaps did deal

1    with on cross-examination.  And I'm not sure that there's

2    all that much to do beyond that.

3         Obviously, if there's someplace the Government

4    should be looking, great.  But -- yeah.

5         MR. PARLATORE:  The issue is, your Honor, that

6    because we didn't know at the time whether this was

7    something that was, you know, false or whether it's

8    something that did happen and that there was just an issue

9    with discovery, you know, that's the problem, is that we

10   were handcuffed from being able to properly cross-examine

11   her because, if she lied and there was no IG investigation,

12   that's something that, you know, we should have had.  If she

13   didn't --

14        THE COURT:  What do you mean?

15        MR. PARLATORE:  Meaning that when the

16   Government --

17        THE COURT:  I don't know what you mean, you should

18   have had that.

19        MR. PARLATORE:  So the Government asked her

20   whether she had filed a complaint on direct examination.

21        And she said, yes, she had filed a complaint with

22   the IG.

23        So -- and as the Government said last night to

24   me -- or early this morning, apparently this was something

25   she had said in a prior interview.  So if she had filed a

1    complaint, we should have had discovery on that.  I should

2    have been able to have that discovery so that I could

3    properly cross-examine her on it.

4                THE COURT:  Yes.  I understand.

5                MR. PARLATORE:  If we didn't have any, it hampered

6    me in my ability to cross-examine her on it, and so, you

7    know, really we need to know, was there a complaint?

8    Because if the Navy has no record of her ever filing a

9    complaint, then that's something that, you know, rather than

10   cross-examination -- that's something that we can deal with

11   a different way.

12               THE COURT:  Okay.  So, Ms. Ross, are you handling

13   this?

14               MS. ROSS:  Yes.

15               So we -- so defense counsel has had information

16   that she made this complaint.  We did produce that both in

17   the OIG transcript, which defense counsel has, as well as an

18   MOI that --

19               THE COURT:  Are those actually the complaints or

20   are those her saying that she --

21               MS. ROSS:  Her saying about the complaints.

22               THE COURT:  All right.  But wouldn't there be a

23   record of the complaint if there was one?

24               MS. ROSS:  We're trying to track that down, your

25   Honor.

1          THE COURT:  Okay.  It sounds like something that

2     you all should have had.  But, yes, please work on that

3     quickly.

4          All right.  Let's bring in the jury.

5          THE COURTROOM DEPUTY:  Jury panel.

6          (Whereupon, the jury entered the courtroom at 9:40

7     a.m. and the following proceedings were had:)

8          THE COURT:  Good morning, folks.  I hope you all

9     had a good evening.  Welcome back.  We're ready to continue

10    the direct testimony of Agent Gardner.

11         Sir, you may have a seat.  And I'll remind you

12    you're still under oath.

13         Ms. Ross.

14    (SEBASTIAN GARDNER, GOVERNMENT WITNESS, PREVIOUSLY SWORN.)

15                  CONTINUED DIRECT EXAMINATION

16    BY MS. ROSS:

17    Q.  Good morning, Agent Gardner.

18    A.  Good morning.

19    Q.  So yesterday, we went through how you built your

20    investigation.  We talked a little bit about Next Jump and

21    the Defendant.  And then we started to go through your

22    investigation more chronologically.  So I want to pick up

23    where we left off.

24         MS. ROSS:  I'm going to ask, can we please pick

25    up -- and pull up, just for the witness, what has been

1    marked as Government Exhibit 16, please.

2    BY MS. ROSS:

3    Q.  There we go.  Do you see Government Exhibit 16 in front

4    of you?

5    A.  I do.

6    Q.  What is this?

7    A.  This is an email.

8        MS. ROSS:  The Government moves to admit and

9    publish what's been marked as Government Exhibit 16.

10       MS. O'NEILL:  No objection, your Honor.

11       THE COURT:  Without objection, 16 is in and may be

12   published to the jury.

13       (Whereupon, Government's Exhibit No. 16 was

14   entered into evidence.)

15   BY MS. ROSS:

16   Q.  Agent Gardner, who is this email from?

17   A.  Robert Burke at his personal email.

18   Q.  And what date is this sent?

19   A.  March 5th, 2021.

20   Q.  Who does the Defendant send this email to?

21   A.  Jim Raimondo.

22   Q.  And who is Jim Raimondo?

23   A.  He's a member of the military who served with Burke.

24   Q.  And did he also send this to Barbara Burke?

25   A.  He did.

1    Q.  And if you know, who is Barbara Burke?

2    A.  She is Robert Burke's spouse.

3    Q.  What does the Defendant write in this email?

4    A.  Hi, Jim.  Thanks for checking in.  Hope Patrick is

5    hanging in there.  I keep expecting him to bail.

6           Just heard from Meghan and Charlie.  Going to Zoom

7    with them next week.  I'm sure it's another sales pitch, but

8    it's worth it to hear them talk.

9           Hope to get out your way sometime soon.  Take

10   care.

11   Q.  So we see here that the Defendant described his call

12   with Next Jump as another sales pitch.  At this point,

13   March 5th, 2021, did Next Jump have a contract with the

14   Navy?

15   A.  They did not.

16   Q.  And we see that this was March 5th, 2021.  When was the

17   last time that Next Jump had an active contract with the

18   Navy?

19   A.  That would have been approximately two years prior, in

20   the fall of 2019.

21          MS. ROSS:  Next, can we please bring up, just for

22   the witness, Government Exhibit 18, please.

23   BY MS. ROSS:

24   Q.  Agent Gardner, what is this exhibit?

25   A.  This is an email.

```
 1                   MS. ROSS:  The Government moves to admit and
 2       publish what's been marked as Government Exhibit 18, please.
 3                   MS. O'NEILL:  No objection, your Honor.
 4                   THE COURT:  Without objection, 18 is in and may be
 5       published to the jury.
 6                   (Whereupon, Government's Exhibit No. 18 was
 7       entered into evidence.)
 8       BY MS. ROSS:
 9       Q.  Agent Gardner, just focusing your attention at the
10       bottom email, what is the date that bottom email is sent?
11       A.  March 20th, 2021.
12       Q.  Who's it from?
13       A.  It's from Charlie Kim.
14       Q.  And who does Kim send this email to?
15       A.  He sends it to Robert Burke at both his official and his
16       personal email, and he CC's Meghan Messenger.
17       Q.  And can you read just that first paragraph, please.
18       A.  Bob:  Meghan and I connected separately with Bill Moran
19       and also Herm this week.  It's the old gang.  We email
20       connected Herm with Moran also.  Bill doing some interesting
21       work with Coach K (Duke).
22       Q.  If you know, who is Herm referring to there?
23       A.  Herm Shelanski.
24       Q.  And who is that?
25       A.  He's a Navy inspector general.
```

1  Q.  And we see a reference there to Bill Moran.  If you

2  know, who is that?

3  A.  He's a former senior member of the Navy.

4  Q.  Can you please read the next paragraph.

5  A.  I don't know what your schedule is like next week.  But

6  any chance one of your evenings next week we could touch

7  base, even 30 minutes?  Any of the days.  We'll move things

8  around.

9  Q.  Now, going to the response to this email, what does the

10  Defendant respond next?

11  A.  When or what?

12  Q.  What does he say there?

13  A.  Charlie, Meghan:  I'm at sea most of the week on IKE,

14  then flying straight to North Macedonia Friday-Saturday for

15  their first anniversary ceremony as a NATO member and to

16  close our NATO liaison office (mission complete), so this

17  coming week is completely out.

18         Will ask Roger to set it up.

19  Q.  So we see that the Defendant included a Roger Meyer on

20  this email.  Who is that, Agent Gardner?

21  A.  He was an aide to Burke.

22  Q.  Looking at the top email, who sends that top email?

23  A.  Meghan Messenger.

24  Q.  And can you read that email, please?

25  A.  Roger, we see a tentatively scheduled VTC for Thursday,

1    8 April, at 1600 CET from Dan Rolnick.  We can make that

2    work.  Wanted to clarify who will be attending.  Assumption

3    is just Bob.  Correct?

4    Q.  We see somebody named Dan Rolnick in this email.  If you

5    know, who is that, Agent Gardner?

6    A.  He's a flag aide to Robert Burke.

7    Q.  So we see here that Messenger wrote:  Wanted to clarify

8    who will be attending.  Assumption is just Bob.  Correct?

9            If you know, Agent Gardner, did the VTC happen on

10   April 8th, 2021?

11   A.  Yes.

12   Q.  Was the Defendant the only person from the Navy on that

13   WhatsApp call?

14   A.  He was not.

15   Q.  At this point, did Next Jump have a contract with the

16   Navy?

17   A.  It did not.

18            MS. ROSS:  Next can we please bring up, just for

19   the witness, Government Exhibit 153, please.

20   BY MS. ROSS:

21   Q.  Agent Gardner, what is this?

22   A.  This is an email.

23            MS. ROSS:  The Government moves to admit and

24   publish what's been marked as Government Exhibit 153.

25            MS. O'NEILL:  Your Honor, can I have a moment,

```
 1    please?
 2              THE COURT:  Sure.
 3              MS. O'NEILL:  No objection, your Honor.
 4              THE COURT:  Without objection, 153 is in and may
 5    be published to the jury.
 6              (Whereupon, Government's Exhibit No. 153 was
 7    entered into evidence.)
 8    BY MS. ROSS:
 9    Q.  Agent Gardner, who sent this email?
10    A.  Robert Burke.
11    Q.  On what date?
12    A.  April 8th, 2021.
13    Q.  And where was the Defendant stationed at this time?
14    A.  Italy.
15    Q.  What was his rank?
16    A.  He was a four-star admiral.
17    Q.  Now, I won't have you read this whole thing.  But
18    looking at this email, can you just read the paragraph
19    beginning "That's my dream," the fifth paragraph there?
20    A.  That's my dream lineup to come in after me to continue
21    the work Gene and I have done to operationalize this place.
22    There might be other ideas, too.
23              I bring this up because I'm looking at the
24    earliest I can go.  I'm out of gas, and I have not been able
25    to teach myself to truly rise above the crap and start
```

1    acting like an executive.  Don't seem to be able to get it.

2    My micromanagement/perfectionist DNA pulls me back into the

3    trenches every time, and I hate it, and I hate that about

4    myself.

5    Q.  We see here that the Defendant wrote, I'm out of gas,

6    and that he was looking at the earliest I can go.

7            Agent Gardner, at this point -- so April 8th,

8    2021 -- had the Defendant put in his retirement papers?

9    A.  He had not.

10   Q.  So again, we see this email is April 8th, 2021.  When in

11   relation to the VTC that the Defendant had scheduled with

12   Kim and Messenger and other Navy personnel was this?

13   A.  I believe it was just a few days prior.

14            MS. ROSS:  Next can we please bring up, just for

15   the witness, what has been marked as Government Exhibit 21.

16   BY MS. ROSS:

17   Q.  What is this exhibit?

18   A.  This is an email.

19            MS. ROSS:  The Government moves to admit and

20   publish what's been marked as Government Exhibit 21.

21            MS. O'NEILL:  Your Honor, may I have a minute,

22   please?

23            THE COURT:  Sure.

24            MS. O'NEILL:  No objection, your Honor.

25            THE COURT:  Without objection, 21 is in and may be

 1    published to the jury.

 2                (Whereupon, Government's Exhibit No. 21 was

 3    entered into evidence.)

 4                MS. ROSS:  Can we go to Page 2 of this exhibit,

 5    please.

 6    BY MS. ROSS:

 7    Q.  Agent Gardner, looking at the bottom email, who is that

 8    from?

 9    A.  The bottom email is from Charlie Kim.

10    Q.  And who does he send it to?

11    A.  He sends the email to Robert Burke's official and

12    personal email, and he CC's Meghan Messenger.

13    Q.  On what date?

14    A.  April 15th, 2021.

15    Q.  And how long after the VTC call between Kim and

16    Messenger and the Defendant and other Navy personnel was

17    this email?

18    A.  Just over a week.

19    Q.  Did Kim include any other Navy personnel on this email?

20    A.  He did not.

21    Q.  What is the subject line there?

22    A.  Time to connect tonight?

23    Q.  And can you just read that email, please?

24    A.  Bob, any chance you're free today between 7:30 to 9:00

25    p.m. (Naples, Italy, time) or 1:30 to 1:30 p.m. Eastern

```
 1    Time?  We have an unexpected 90-minute block open.  Connect
 2    quickly from last week's discussion.  We could do video, but
 3    also happy to just call on Meghan's mobile (917-921-3766).
 4    Not sure if your mobile is the same from before.
 5    Q.  How does the Defendant respond?
 6    A.  Charlie, I'm on a VTC with D.C. right now.  Going late.
 7    Sorry.  Thanks for asking.
 8    Q.  And what did Kim say in response?
 9    A.  Sorry you're stuck in D.C. meeting.  Sounds like fun.
10    We're here late.  Even 15 minutes.  If you get, just call.
11    Q.  And going back to Page 1, please, how does the Defendant
12    respond?
13    A.  Charlie, we broke pretty late last night.  Lots going
14    on.  I will be in a hotel in Turkey Monday evening, say
15    between 8:00 to 9:00 p.m. that time zone, plus-seven hours
16    from you, so 1:00 to 2:00 p.m. your time.  Any chance you
17    can talk then?  My number is 39-335-825-7933.  I'm also on
18    WhatsApp at that number, which avoids international
19    long-distance charges.  But let me call you if you prefer.
20    Let me know of other times Monday evening timeframe for me
21    and let me see what I can do to move things around.
22    Q.  What date is that email?
23    A.  Friday, April 16th, 2021.
24    Q.  And who responds to this email?
25    A.  Meghan Messenger.
```

1    Q.  And how does she respond?

2    A.  Bob:  I think Charlie tried to WhatsApp you.  Not sure

3    if it went through.  But yes, let's connect on Monday, 8:00

4    to 9:00 your time.  We can do it through WhatsApp.

5    Q.  And now looking at the next email, what does Burke do

6    with Messenger's email?

7    A.  He forwards the email to Dan Rolnick.

8    Q.  And then does Rolnick respond?

9    A.  He does.

10   Q.  And can you read that email, please?

11   A.  Good afternoon, Ms. Messenger and Mr. Kim.

12   Unfortunately, Admiral Burke's plans changed last minute and

13   he will be unavailable for a call tonight.  However, the

14   same time tomorrow, Tuesday (8:00 9:00 CET; 1:00 to 2:00

15   CST) may work if you're available.  Thank you for your

16   understanding.

17   Q.  And then what does Messenger respond at the top there?

18   A.  Okay.  Tomorrow it is.

19   Q.  What date is that, Agent Gardner?

20   A.  She sent the email on Monday, April 19th.

21   Q.  And did that call take place the next day?

22   A.  It did.

23        MS. ROSS:  Can we please pull up, just for the

24   witness, what's been marked as Government Exhibit 162,

25   please.

1    BY MS. ROSS:

2    Q.  Agent Gardner, what is this?

3    A.  This is an email.

4         MS. ROSS:  The Government moves to admit and

5    publish Government Exhibit 162, please.

6         MS. O'NEILL:  Is that a one-page document or a

7    two-page document?

8         MS. ROSS:  It's a one-page document.

9         MS. O'NEILL:  No objection.

10         THE COURT:  Without objection, 162 is in and may

11    be published for the jury.

12         (Whereupon, Government's Exhibit No. 162 was

13    entered into evidence.)

14    BY MS. ROSS:

15    Q.  Agent Gardner, who sends this email?

16    A.  Charlie Kim.

17    Q.  And we see on that "to" line there's a listserv called

18    team strategy committee.  Did you investigate that listserv?

19    A.  We did.

20    Q.  And what did you learn?

21    A.  It involves or includes the senior-most members of Next

22    Jump.

23    Q.  And we see a bunch of other names on that "to" line.

24    Are those all other employees of Next Jump?

25    A.  Yes.

1   Q.  What date does Kim send this email?

2   A.  Tuesday, April 20th, 2021.

3   Q.  And when in relation to the email we just saw scheduling

4   a call with the Defendant was this?

5   A.  This was the next day.

6   Q.  And can you read the last paragraph, please.

7   A.  Idea if no-huddle offense.  Burke is managing the

8   Ukraine/Russia potential war effort while in Turkey and

9   still try to connect with us in his hotel room in off hours.

10  Just insanity.

11  Q.  And, Agent Gardner, again, did you find evidence that a

12  call between Kim and Messenger and the Defendant took place

13  the next day?

14  A.  Yes.

15          MS. ROSS:  Can we please pull up, just for the

16  witness, what has been marked as Government Exhibit 22,

17  please.

18  BY MS. ROSS:

19  Q.  What is this exhibit, Agent Gardner?

20  A.  This is an extraction report.

21          MS. ROSS:  The Government moves to admit and

22  publish what's been marked as Government Exhibit 22.

23          MS. O'NEILL:  No objection, your Honor.

24          THE COURT:  Without objection, 22 is in and may be

25  published for the jury.

 1                (Whereupon, Government's Exhibit No. 22 was

 2      entered into evidence.)

 3      BY MS. ROSS:

 4      Q.  Agent Gardner, this exhibit looks a little different

 5      than what we've been looking at.  Can you just explain for

 6      the jury what this is?

 7      A.  So this first page is a cover page for what is known as

 8      a Cellebrite extraction report.  Cellebrite is a tool that

 9      can be used to extract digital devices, so text messages,

10      phone calls, different apps and content.  And this cover

11      page lists a lot of the key identifiers of the device that

12      was extracted.

13      Q.  We see a name on this page, Sleeth.  Who is that?

14      A.  So Sleeth, that is Emily Sleeth.  She is a member of the

15      FBI's computer analysis response team, or CART.  They're our

16      computer experts.  And she's the one who assisted with this

17      extraction.

18                MS. ROSS:  Can we go to Page 2 of this exhibit,

19      please.

20      BY MS. ROSS:

21      Q.  So we see here a call log.  Agent Gardner, what is a

22      call log?

23      A.  A call log -- as I mentioned, we're able to extract the

24      contents of the phone.  It lists, effectively, all the phone

25      calls that have occurred in a certain timeframe that we set

1    those parameters to.

2              So on this case, we see a call log of one, and

3    it's because there was one specific phone call being looked

4    for on April 20th, 2021.

5    Q.  And, Agent Gardner, was this an extraction of Charlie

6    Kim's phone?

7    A.  It was.

8    Q.  And so in other words, was the call that was indicated

9    here found on Charlie Kim's phone?

10   A.  It was.

11   Q.  And what does this call log indicate?

12   A.  It indicates that a video call occurred.  And on the far

13   right, you see source info.  It was a WhatsApp call between

14   Charlie Kim, Kim's phone, and Robert Burke's phone.  And the

15   call lasted just over an hour.

16   Q.  So something that we see under the source info, it says

17   WhatsApp.  It may be obvious, Agent Gardner, but what is

18   WhatsApp?

19   A.  WhatsApp is like an encrypted messaging service, similar

20   to others that are commonly found on the market.

21             MS. ROSS:  Next can we please pull up what's been

22   marked as Government Exhibit 23, please.

23   BY MS. ROSS:

24   Q.  Agent Gardner, what is this exhibit?

25   A.  This is an email.

1          MS. ROSS:  The Government moves to admit

2     Government Exhibit 23.

3          MS. O'NEILL:  Your Honor, we stand on our prior

4     objection.

5          THE COURT:  All right.  I'm overruling the

6     objection for the reasons stated in our prior meeting.  But

7     obviously, your objection is preserved.

8          You may -- we'll admit the exhibit.

9          (Whereupon, Government's Exhibit No. 23 was

10    entered into evidence.)

11    BY MS. ROSS:

12    Q.  Agent Gardner, who is this email from?

13    A.  This email is from Charlie Kim.

14    Q.  And who does he send it to?

15    A.  He sends it to Meghan Messenger and he CC's Greg Kunkel

16    and, as we previously discussed, the listserv team strategy

17    committee.

18    Q.  When was this email sent?

19    A.  Wednesday -- well, it says -- the email says April 21st,

20    2021.  But as we mentioned, with UTC time, those hours,

21    like, before and after midnight kind of get hairy with the

22    conversions.  So likely very late on April 20th, 2021.

23    Q.  And how long after the call between Kim and Messenger

24    and the Defendant was this sent?

25    A.  Just a few hours.

1    Q.  Can you please read the first three paragraphs of this

2    email.

3    A.  Of course.

4         To give you more context, I was explaining to

5    Meghan what prepared me for Burke meeting.  It was the

6    highest-stakes meeting to date, and the tiniest wrong move

7    would/could lose all trust, come across slimy.  Was eggshell

8    crushing.  We had so much since Friday into whole weekend.

9    McCoy note.  Then with Becky Graham Tarun.  And Brendan with

10   school.  And what does Meghan do?  We argued nonstop on this

11   all Monday, Tuesday, today up until 10X.  Then again until

12   ten minutes before Burke.

13        But I explained to Meghan, that's what best

14   prepared me for Burke meeting.  If I felt the slightest --

15   slightest eggshell with Meghan, I would have thought Meghan

16   was passive-aggressively telling me that I am being slimy

17   versus she said when Burke stepped away for a second, she

18   felt slimy.  He wants to work for us, but we're asking for a

19   deal first.

20        I was nervous but calm.  If there were eggshells

21   with MM, I would think she's telling me that CK being slimy

22   and I would have been tilt enough for Burke to sense an NQR.

23   Q.  We see a lot of acronyms in this email, so I want to go

24   back to that glossary that we discussed earlier in your

25   testimony.

1           MS. ROSS:  Can we please bring up what was

2    previously admitted as Government Exhibit 135 next to this

3    exhibit, please.

4    BY MS. ROSS:

5    Q.  I want to focus on the second sentence.  It says:  I

6    explained to Meghan what prepared me for the Burke meeting.

7    It was the highest-stakes meeting to date, and the tiniest

8    wrong move would/could lose all trust, come across slimy,

9    was eggshell crushing.

10          And then, in the second paragraph, we saw that

11   term again, "eggshell crushing."  And Kim wrote:  If I felt

12   the slightest -- the slightest eggshell with Meghan, I would

13   have thought that Meghan was passively-aggressively telling

14   me that I'm being slimy versus she said when Burke steps

15   away for a second, she felt slimy.  He wants to work for us,

16   but we're asking for a deal first.

17          So in these sentences we see the phrase

18   "eggshell."  The phrase "eggshell," according to the

19   glossary there, what does that mean?

20   A.  Eggshells.  We use the term "eggshells" to refer to

21   sensitive topics that we consciously or unconsciously avoid

22   discussing.  It comes from the expression walking on

23   eggshells.

24   Q.  Okay.  In the email, we also see that Kim wrote:  We

25   argued nonstop on this all Monday, Tuesday today, up until

1    10X, then again until ten min. before Burke.

2              The reference there to 10X, according to the

3    glossary, what is that a reference to, Agent Gardner?

4    A.  According to the glossary, 10X:  A ritual that provides

5    a forum for Next Jumpers to practice receiving and giving

6    feedback.  In the setup, a participant presents their work

7    and thought process to an audience, plus a panel of at least

8    two senior judges.  Afterwards, the audience uses the

9    feedback app to give feedback, followed by live feedback

10   from the senior coaches.  There are at least two judges to

11   provide diversity of thought.

12   Q.  And then in the third paragraph, we see that Kim wrote:

13   But if there are eggshells with MM, I would think she's

14   telling me that CK being slimy, and I would have been tilt

15   enough for Burke to sense NQR.

16             Now, first, MM, whose initials are those?

17   A.  Meghan Messenger.

18   Q.  And CK?

19   A.  Charlie Kim.

20   Q.  And we see the reference there for Burke to sense NQR.

21   According to the glossary, what does NQR mean?

22   A.  NQR means not quite right.  This is used to describe

23   someone's intuition when something is off, even if they are

24   not able to clearly articulate the issue.

25   Q.  Okay.  Thank you.

1          MS. ROSS:  We can take the glossary down and --

2     take down 135.

3     BY MS. ROSS:

4     Q.  And we're going to focus just back on Exhibit 23.  Can

5     you just read the rest of this email, please?

6     A.  Of course.

7          Eggshells are poison, espec. with the same team

8     because not -- because everyone not crushed leads to

9     second-guessing and not trusting anyone and any comment.

10    Any NQR gets magnified.  And you have a lot right now.

11    NQRs.

12         MS. ROSS:  Next can we please pull up what has

13    been marked as Government Exhibit 24, please.  Just for the

14    witness, please.

15    BY MS. ROSS:

16    Q.  What is this exhibit, Agent Gardner?

17    A.  This is an email.

18         MS. ROSS:  The Government moves to admit and

19    publish what's been marked as Government Exhibit 24.

20         MS. O'NEILL:  May I have a moment, your Honor?

21         THE COURT:  Sure.

22         MS. O'NEILL:  No objection, your Honor.

23         THE COURT:  Without objection, 24 is in and may be

24    published to the jury.

25         (Whereupon, Government's Exhibit No. 24 was

1     entered into evidence.)

2     BY MS. ROSS:

3     Q.  We're going to look at the bottom email first, Agent

4     Gardner.  Who is that from?

5     A.  The bottom email is from Meghan Messenger.

6     Q.  Who does she send it to?

7     A.  She sends the email to Robert Burke, at his official and

8     personal email, as well as Barbara Burke.  And she CC's

9     Charlie Kim.

10    Q.  Again, who is Barbara Burke?

11    A.  That is Robert Burke's spouse.

12    Q.  What is the subject line of this email?

13    A.  Bob Burke, forward:  VIP invite.  Saturday, August 14th,

14    NYC.

15              MS. ROSS:  Next to Exhibit 24, can we please pull

16    up what was previously admitted as Exhibit 23, please.

17    BY MS. ROSS:

18    Q.  So in this email that Kim sent after that WhatsApp call,

19    we see the date was April 21st, but you testified it was

20    likely late in the night of April 20th.

21              This was the email in which Kim wrote:  He want to

22    work for us, but we're asking for a deal first.

23              How soon after Kim sent that email does Messenger

24    then reach out to the Defendant and to his wife?

25    A.  Just a few days later.

1    Q.  Thank you.

2            MS. ROSS:  We can take Exhibit 23 down.  We'll

3    just focus again on Exhibit 24.

4    BY MS. ROSS:

5    Q.  And can you read just the top three paragraphs of this

6    email, please?

7    A.  Of course.

8            Bob/Barbara:  Sorry.  Meant to email you sooner on

9    this.  Can't comprehend the volume of madness.  For some

10   reason, since April 5, been nonstop and accelerating.  Know

11   it pales in comparison to the work you're doing.

12           Barbara, heard you're teaching/public talks and

13   becoming quite the mixologist.  Homemade limoncello.

14           We would love to invite you both to our new

15   headquarters opening event (August 14, NYC; see below for

16   event details).  We have the who's who coming:  celebs,

17   athletes, billionaires, TED talk, author/researchers, just

18   real good people doing good work also.

19           We are offering two first-class tickets, plus

20   hotel, Friday through Sunday, for this event.  However, not

21   sure if you're able to accept it, given your position.  We

22   were going to extend the same invite to Juliet plus one

23   guest as well, unless you thought someone else would benefit

24   from coming to this event.

25   Q.  And that reference there to Juliet, if you know, who is

```
1    that, Agent Gardner?

2    A.  Juliet Beyler.

3            MS. ROSS:  Can we go to Page 2, please.

4    BY MS. ROSS:

5    Q.  I won't have you read all this, Agent Gardner.  But we

6    do see a reference here to the U.K.  What was Next Jump's

7    ties to the U.K.?

8    A.  They have an office located in the U.K.

9    Q.  And then in the rest of this email -- again, I won't

10   have you read it -- but what does Kim provide details of?

11   A.  He provides details of the VIP event that was previously

12   mentioned on August 14th.

13           MS. ROSS:  Can we go back to Page 1, please.

14   BY MS. ROSS:

15   Q.  So we see that in the bottom email that Messenger wrote:

16   We would love to invite you both to our new headquarters

17   opening event.

18           Agent Gardner, during the time period of your

19   investigation, did Next Jump's U.S. offices change

20   locations?

21   A.  Their New York office did, yes.

22   Q.  And where did they move to?

23   A.  They moved to a pretty swanky place in New York City.

24           MS. ROSS:  Can we just bring up for the witness

25   what has been marked as Government Exhibit 152, please.
```

1    BY MS. ROSS:

2    Q.  Agent Gardner, what is this?

3    A.  These are pictures of the Next Jump office.

4    Q.  And how do you know?

5    A.  They were taken from Next Jump's website and I've also

6    been to the office.

7    Q.  And are these true and accurate pictures of Next Jump's

8    headquarters?

9    A.  They are.

10             MS. ROSS:  The Government moves to admit and

11   publish what's been marked as Government Exhibit 152.

12             MS. O'NEILL:  No objection, your Honor.

13             THE COURT:  Without objection, 152 is in and may

14   be published to the jury.

15             (Whereupon, Government's Exhibit No. 152 was

16   entered into evidence.)

17   BY MS. ROSS:

18   Q.  Looking at Page 1, Agent Gardner, what are these

19   pictures of?

20   A.  These are pictures of Next Jump's New York City office.

21             MS. ROSS:  And can we just click through the pages

22   of this exhibit, please.  We'll go to the end.

23   BY MS. ROSS:

24   Q.  Agent Gardner, are those all pictures of offices and

25   amenities at Next Jump's headquarters?

1    A.  Yes.

2    Q.  Okay.

3          MS. ROSS:  Can we please bring up -- bring back up

4    Government Exhibit 24, please.  We'll finish going through

5    that email.

6    BY MS. ROSS:

7    Q.  We'll focus here on Page 1.

8          How does the Defendant respond to Messenger's

9    invitation to this event?

10   A.  Meghan, thanks so much for the invite.  I forwarded to

11   Juliet as well.  She's the perfect choice from my

12   perspective.

13         Very exciting day for you both and Next Jump, to

14   be sure.  Regrettably, I must decline your generous offer,

15   given that we are looking at possibly hiring your company

16   here in our theater.  At this point, I do not think I'll be

17   in the area for other reasons.  So please do not hold

18   anything for me or Barbara.

19         I defer to Juliet on her ability/desire to attend.

20   She'll also need a legal review.  Not a given that she'll

21   clear that hurdle.  But again, thanks so much for thinking

22   of us and for the very kind offer.

23   Q.  We see here that the Defendant mentioned a legal review.

24   If you know, what is that referring for?

25   A.  Given their positions within the Navy -- given

1    their positions with the Navy, their interactions with

2    commercial business, events such as this need to be combed

3    over by members of their legal team within the Navy for an

4    ethics review to ensure that they can or cannot attend.

5    Q.  And what does Kim do with the Defendant's response there

6    at the top?

7    A.  He forwards the email to Team MV Class of 2020.

8    Q.  Did you investigate the Team MV Class of 2020 listserv?

9    A.  We did.

10   Q.  And what did you learn?

11   A.  It's a listserv of select members of Next Jump who can

12   be added to or removed from the listserv on a yearly basis.

13   Q.  What does Kim write in this email?

14   A.  Intent of our invite and the first-class tickets,

15   showing office, was to show power.  His declining is a good

16   signal.  Believe the verbal he gave could be closing soon.

17            And yes, Tarun, U.K. Develop-Mental Gym No. 2

18   starts as soon as Navy contract.

19   Q.  So we see that he wrote:  As soon as Navy contract.  At

20   this point, what was Next Jump's contractual relationship

21   with the Navy?

22   A.  They did not have one.

23   Q.  And we see, just before that, that Kim says:  Believe

24   the verbal he gave could be closing soon.

25            Agent Gardner, when he says "the verbal he gave,"

1    who is the "he" he's referring to there?

2    A.  Robert Burke.

3    Q.  And how soon after the Defendant and Kim and Messenger

4    spoke on that approximately hourlong WhatsApp call was this

5    email sent?

6    A.  Approximately one week.

7             MS. ROSS:  Can we please bring up what has been

8    marked as Government Exhibit 26 just for the witness,

9    please.

10   BY MS. ROSS:

11   Q.  Agent Gardner, what is this?

12   A.  This is an email.

13            MS. ROSS:  The Government moves to admit and

14   publish Government Exhibit 26.

15            MS. O'NEILL:  Your Honor, we stand on our previous

16   objection.

17            THE COURT:  All right.  I'm overruling the

18   objections for the reasons I gave in the pretrial

19   conference.  Exhibit 26 is admitted and may be published to

20   the jury.

21            (Whereupon, Government's Exhibit No. 26 was

22   entered into evidence.)

23   BY MS. ROSS:

24   Q.  Agent Gardner, can you read the email there on May 5th,

25   2021, from Charlie Kim?

1    A.  Of course.

2         Bob:  We just caught up with Bill Moran again.

3    Think you're going to try and connect with him when you're

4    in Florida.  His conflict of interest had nothing to do with

5    the Navy.  Another startup that he's part of.  And after, he

6    realized we're not competitive and he can access all our

7    content at no cost.

8         And we're also reviewing to potentially become an

9    investor out of Next Jump ventures, our internal venture

10   fund.  Getting on their investor call next week.

11   Q.  Now, looking at the Defendant's response, can you read

12   just the first paragraph of that response, please.

13   A.  Thanks, Charlie.  We're going to talk next week.  Think

14   I'm behind the conversation as usual.  Juliet working

15   options and angles hard for funding our project.  As always,

16   we are in the throes of budget review with new

17   administration, which is looking to fund badly neglected

18   social programs, so we are getting an understandably hard

19   scrub.

20   Q.  Now looking at the top email, who does Kim forward the

21   Defendant's response to?

22   A.  Several Next Jump employees, including Meghan Messenger.

23   Q.  And what does he say in that email, Agent Gardner?

24   A.  Please don't forward this.  Sharing with our new

25   partners.  Much to figure out, but having this type of

1    support from the four-star is unheard-of.

2              MS. ROSS:  Next can we please pull up Government

3    Exhibit 27.

4    BY MS. ROSS:

5    Q.  Agent Gardner, what is this?

6    A.  This is an email.

7              MS. ROSS:  The Government moves to admit and

8    publish Government Exhibit 27.

9              MS. O'NEILL:  Your Honor, again, we stand on our

10   previous objection.

11             THE COURT:  I'm admitting it for the reasons

12   previously stated.  27 is in and may be published to the

13   jury.

14             (Whereupon, Government's Exhibit No. 27 was

15   entered into evidence.)

16   BY MS. ROSS:

17   Q.  Agent Gardner, that email in the center of the page from

18   the Defendant at 8:59:02, is that the same email that we

19   just reviewed?

20   A.  It is.

21   Q.  And looking at the header at the top there, what does

22   Messenger do with the Defendant's email?

23   A.  She forwards the email to the listserv we've previously

24   discussed, Team MV Class of 2020.

25   Q.  And what does she say in this email?

1    A.  Please don't forward this email.  We aren't going to

2    update the company until this is closed.  We read Glassdoor

3    and know there are enemies within.  Trusting this group and

4    sharing the inside of where we are with Navy.  A lot to

5    navigate, but getting this type of support from a four-star

6    admiral is unheard-of.

7    Q.  Messenger wrote here:  We read Glassdoor and know there

8    are enemies within.

9           If you know, what is Glassdoor?

10   A.  Glassdoor is a website that employees can anonymously

11   review a company, so prospective employees can kind of get

12   an unvarnished take of what it's really like to work

13   somewhere.

14   Q.  We also see that Messenger wrote:  Sharing the inside of

15   where we are with the Navy.

16          Just to be clear, Agent Gardner, did Next Jump

17   have a contract with the Navy at this point?

18   A.  They did not.

19          MS. ROSS:  Next can we please pull up, just for

20   the witness, what has been marked as Government Exhibit 28.

21   BY MS. ROSS:

22   Q.  Agent Gardner, what is Exhibit 28?

23   A.  This is an email.

24          MS. ROSS:  The Government moves to admit and

25   publish Government Exhibit 28.

1          MS. O'NEILL:  Your Honor, we stand on our previous

2     objection.

3          THE COURT:  Overruled for the reasons previously

4     stated.

5          Exhibit 28 is in and may be published to the jury.

6          (Whereupon, Government's Exhibit No. 28 was

7     entered into evidence.)

8          MS. ROSS:  Can we please go to Page 2 of this

9     exhibit.

10    BY MS. ROSS:

11    Q.  Looking at the email that Kim sent to the Defendant on

12    May 10th at 11:31 p.m., what did Kim write there?

13    A.  Bob:  Working late night with Meghan.  I think your head

14    count of sailors between Europe and Africa is approx. 20K?

15         According to that -- assuming that number, would

16    it help if we put together a proposal outlining the

17    programs, tech/apps, onsite training plus virtual call and

18    email support, outlining how we would help upgrade your

19    sailors in leadership, decisionmaking, creativity and

20    innovation, most important skills in this new century?

21         If the head count is 20K, I think a $20 million

22    proposal is what would make the most sense, inclusive of the

23    technology, programs and support.

24         Thoughts?  Happy to have a short call this week to

25    explain our thinking.

1   Q.  And looking at the next email in this thread, what does
2   Messenger do with that email?
3   A.  She forwards the email to the team strategy committee as
4   well as Lokeya Venkatachalam.
5   Q.  Who is that, Agent Gardner?
6   A.  She's an employee or was an employee with Next Jump.
7   Q.  And can you read just the first line in the last
8   paragraph of this email.
9   A.  You said the first line of the last paragraph?
10  Q.  Yes, please.
11  A.  At 20K head count, no way we could justify $50, then
12  spend -- then next step, roll out to all Navy.  The pricing
13  would be out of whack and look like we are taking advantage
14  of Burke.
15  Q.  And what was the first line of this email, Agent
16  Gardner?
17  A.  The first line of the email?
18  Q.  Yes.
19  A.  FYI, email to Burke.
20  Q.  Now, when Messenger says, Next step, roll out to all
21  Navy, if you know, what is that referring to?
22  A.  That's referring to their overall plan to get a smaller
23  deal with the Navy and then expand and become a larger
24  contract where they're offering training to the entire Navy.
25  Q.  Now, going back to Page 1, who does this top email say

1    it is from?

2    A.  Meghan Messenger is on the "sent" line of the email.

3    Q.  And then in the body of the email, who does it say

4    actually sent it?

5    A.  It says this is CK, or Charlie Kim.

6    Q.  Now, I won't have you read this whole thing, but I just

7    want to highlight a few of the bullet points here.

8        Can you read just that first line under "my

9    thoughts are," beginning "share little"?

10   A.  Of course.

11       Share little, meaning don't send attachments,

12   don't send files.  You're going to push to oversell him.

13   Q.  And if you know, who is that "him" referring to?

14   A.  In this context, it's tough to say, since there are

15   multiple members being spoken about in this paragraph with

16   all the bullet points.

17   Q.  Then in Bullet Point 3, can you read that?  Who are they

18   talking about there?

19   A.  Let him know that CK and MM have been communicate [sic]

20   quite a bit separately with Burke and Moran.  Moran coming

21   to the opening event and may bring Coach K.

22   Q.  And next, can you please read the sixth line beginning

23   with "Burke, talking"?

24   A.  Burke, talking with MM and CK quite a bit.  Discussed

25   Next Jump Navy work.  Two options:  Go through Gilday, skip

1    Lescher (between us), meaning share with him but keep B/W --

2    between you and Jim for whole Navy or do a deal in Burke's

3    world of Europe/Africa.  MM and CK, given those two options,

4    without hesitation.  Said in Burke's world.

5    Q.  And towards the end, can you read the line beginning

6    with "Juliet," please?

7    A.  Juliet, working behind the scenes to help make this

8    happen for Burke.  Last note you saw (GK) was Burke saying

9    challenges, but not impossible and will make happen.

10   Q.  You see that he wrote:  Will make happen.  What is that

11   referring to?

12   A.  A Navy contract.

13   Q.  Now, looking at the bottom of this email, can you read

14   the paragraph beginning "Navy contract"?

15   A.  Navy contract.  We want to ultimately be a contract to

16   DOD.  However, fastest way probably is to find a contract

17   vehicle, but unlike last time, paying 30 to 40 percent

18   commission take.  Wants a more standard (5 percent).

19   Q.  And can you read the next paragraph, please?

20   A.  Ask Jim about head count in Europe and Africa.  Think

21   Google says 20,000 sailors.  Probably half officers, half

22   enlisted?  Discussion was $50 million contract.  But CK and

23   MM, reviewing the head count, think 20 million is the right

24   range.

25   Q.  Just to be clear, who proposed that $20 million

1    contract?

2    A.  Kim and Messenger.

3    Q.  Okay.  Now we're going to move forward in time just a

4    little bit along the chronology of your investigation.  I

5    want to talk about the summer of 2021.

6           In the summer of 2021, where was the Defendant

7    primarily located?

8    A.  He would be in Naples, or Italy.

9    Q.  And how about Next Jump?  Where were their offices at

10   the time?

11   A.  Primarily in New York City.

12   Q.  And did Next Jump have a contract with the Navy in the

13   summer of 2021?

14   A.  They did not.

15          MS. ROSS:  Can we please pull up what has been

16   marked as Government Exhibit 31, please.

17   BY MS. ROSS:

18   Q.  What is this?

19   A.  This is an email.

20          MS. ROSS:  The Government moves to admit and

21   publish Government Exhibit 31.

22          MS. O'NEILL:  No objection, your Honor.

23          THE COURT:  Without objection, 31 is in and may be

24   published to the jury.

25          (Whereupon, Government's Exhibit No. 31 was

```
 1    entered into evidence.)

 2    BY MS. ROSS:

 3    Q.  Agent Gardner, who is this email from?

 4    A.  Charlie Kim.

 5    Q.  Who does he send it to?

 6    A.  Meghan Messenger.

 7    Q.  When?

 8    A.  Monday, July 12th, 2021.

 9    Q.  What is the subject line there?

10    A.  Staff M.

11    Q.  Now, at this point, how long after the reference to the

12    $50 million Navy contract and the $20 million Navy contract

13    was this, in the email that we just looked at in Government

14    Exhibit 28?

15    A.  I don't recall the specific date of the previous email.

16         MS. ROSS:  Can we bring back up Government Exhibit

17    28, please.

18    BY MS. ROSS:

19    Q.  What was the date here, Agent Gardner?

20    A.  May 12th, 2021.

21         MS. ROSS:  And can we go back to Government

22    Exhibit 31, please.

23    BY MS. ROSS:

24    Q.  What is the date of this email?

25    A.  July 12th, 2021.
```

1    Q.  So we skipped in time about two months, Agent Gardner?

2    A.  That is correct.

3    Q.  And what does Kim send to Messenger?

4    A.  A picture of a graph or flow chart.

5    Q.  What is the name of the chart?

6    A.  Burke/Navy proposal.

7    Q.  Can you just walk us through this, Agent Gardner?

8    A.  Of course.  On the left side you see a box with pilot

9    No. 2, Europe/Africa Navy.  Then that feeds into two lines

10   of boxes, moving to the right.  On the top half, above the

11   dotted line you see all-Navy, Pentagon.  And then further

12   that box flows into DOD.

13          The bottom line, EDU schoolhousing.

14          And then there's another box, EDU, air university.

15   Q.  And then at the top where we see Burke/Navy proposal,

16   under that we see July 9th, Juliet back in office.

17          Juliet:  Who is that a reference to?

18   A.  Juliet Beyler.

19          MS. ROSS:  Next can we please pull up what has

20   been marked as Government Exhibit 32, please.

21   BY MS. ROSS:

22   Q.  What is Exhibit 32?

23   A.  This is an email.

24          MS. ROSS:  The Government moves to admit and

25   publish Government Exhibit 32.

1          MS. O'NEILL:  No objection, your Honor.

2          THE COURT:  Without objection, 32 is in and may be

3    published to the jury.

4          (Whereupon, Government's Exhibit No. 32 was

5    entered into evidence.)

6    BY MS. ROSS:

7    Q.  Agent Gardner, I want to focus at the email in the

8    bottom of Page 1.  We see that this is an email from Robert

9    Thomas.  Who is that?

10   A.  He was a senior enlisted in the United States Navy.

11   Q.  And who does he send this email to?

12   A.  He sends this email to Charlie Kim and Meghan Messenger.

13   Q.  What date?

14   A.  July 13th, 2021.

15   Q.  What is the subject line of this email?

16   A.  Hello, Next Jump, and if you are in the D.C. area on the

17   23rd of July.

18   Q.  Now, looking at the paragraph at the bottom of the page,

19   starting with "I know you two are busy," can you read that

20   paragraph, please?

21   A.  Of course.

22          I know you two are busy, but in the off chance one

23   of you might be in the D.C. area, I would be honored if you

24   attended this time-honored tradition on Friday, 23 July, at

25   1000 in the National Museum of the U.S. Navy, located on the

1    Washington Navy Yard.  No speaking requirement, just an

2    opportunity to see some old friends and tell some sea

3    stories.  Admiral Burke, Admiral (Retired) Foggo, Mr. Chris

4    Gardner, maybe Admiral (Retired) Stavridis and Director Cox,

5    to name a few, will deliver some parting shots.  Then, after

6    the ceremony, we'll muster up for a hosted reception at

7    Osteria Morini to tell some more sea stories.  It should be

8    a low-stress and fun time.

9    Q.  We see here that Robert Thomas references a time-honored

10   tradition.  What is he referring, to, Agent Gardner?

11   A.  His retirement.

12   Q.  What does Kim do with the invite from Robert Thomas?

13   A.  He forwards it to Robert Burke.

14   Q.  And what does he say?

15   A.  Bob:  Meghan and I are looking at our schedules.  Are

16   you in town for this event?

17   Q.  And what event is he referring to?

18   A.  The retirement ceremony.

19   Q.  How does the Defendant respond?

20   A.  Robert Burke, using his personal email, responds:

21   Charlie, yes, I will.  If you and Meghan are coming down,

22   maybe we can get together for lunch after the event on

23   Friday?

24   Q.  Does the Defendant include his official Navy email

25   address on this?

1    A.  He does not.

2    Q.  And then looking at the email at the top of the page,

3    how does Charlie Kim respond?

4    A.  Bob, we just RSVP'd for the event.  Think there was a

5    reception afterwards.  Do you want to skip and go out to

6    lunch?  You may have better recommendations of where to go.

7    We can reserve it if you let us know.  Or did you plan on

8    attending for a little while and then leave from reception?

9           Alternatively, we'll arrive Thursday afternoon if

10   you wanted to meet Thursday evening instead.

11   Q.  What date does he send this email?

12   A.  Wednesday, July 14th.

13          MS. ROSS:  Thank you.  We can take this exhibit

14   down.

15   BY MS. ROSS:

16   Q.  Did Kim and Messenger attend this retirement party for

17   Rob Thomas?

18   A.  They did.

19   Q.  Did the Defendant?

20   A.  He did.

21   Q.  Did they meet for lunch?

22   A.  They did.

23          MS. ROSS:  Next can we pull up, just for the

24   witness, what has been marked as Government Exhibit 33,

25   please.

1    BY MS. ROSS:

2    Q.  What is this exhibit?

3    A.  This is an email.

4           MS. ROSS:  The Government moves to admit and

5    publish Government Exhibit 33.

6           MS. O'NEILL:  No objection, your Honor.

7           THE COURT:  Without objection, 33 is in and may be

8    published to the jury.

9           (Whereupon, Government's Exhibit No. 33 was

10   entered into evidence.)

11   BY MS. ROSS:

12   Q.  Looking at the email at the bottom of the first page,

13   who is it from?

14   A.  Nadia Bajan.

15   Q.  Who is that?

16   A.  She's an employee at Next Jump.

17   Q.  What is the subject line?

18   A.  Reservation confirmation No. 87471231 for the

19   Ritz-Carlton, Washington, D.C.

20   Q.  And what does she write there?

21   A.  Thank you, Darrell.  Hi, Charlie and Meghan.  Also, just

22   in case you need the confirmation number for each room, here

23   they are.

24   Q.  We're going to skip some of the back-and-forth here,

25   Agent Gardner.  But what does Charlie Kim respond at 3:24?

1    A.  Also, Meghan and I looking up.  Making sure it's the

2    right Ritz.  Could be the wrong one.  The one we book is in

3    viewing distance of the Pentagon.  Pentagon City in

4    Arlington, Virginia.  Think maybe you booked the wrong one.

5    Q.  And how does Nadia Bajan respond at the top?

6    A.  Hi, Charlie.  So confirming that we need to book the

7    Ritz in Pentagon City, Arlington, Virginia.  So sorry.  We

8    thought the one in D.C.  No problem.  On the phone with

9    Marriott now to make the change, and we will also make sure

10   club-level rooms and connecting rooms.  Will send you an

11   email -- will send you an update shortly.

12            MS. ROSS:  Next can we please pull up, just for

13   the witness, what has been marked as Government Exhibit 34

14   and also Government Exhibit 35, please.

15   BY MS. ROSS:

16   Q.  Agent Gardner, what are these two exhibits?

17   A.  These are confirmation emails for a hotel reservation.

18            MS. ROSS:  The Government moves to admit and

19   publish Government Exhibits 34 and 35.

20            MS. O'NEILL:  No objection, your Honor.

21            THE COURT:  Without objection, 34 and 35 are in

22   and may be published to the jury.

23            (Whereupon, Government's Exhibit Nos. 34 and 35

24   were entered into evidence.)

25

1    BY MS. ROSS:

2    Q.  Agent Gardner, looking first at Government Exhibit 34,

3    what date does this reservation cover?

4    A.  Thursday, July 22nd, 2021, through Friday, July 23rd,

5    2021.

6    Q.  And when was Rob Thomas's retirement reception?

7    A.  Friday, July 23rd.

8    Q.  And then the reservation number there, what are the last

9    four digits?

10   A.  7930.

11   Q.  Now looking at Government Exhibit 35, what date is this

12   reservation for?

13   A.  The same day as the previous one, July 22nd through

14   July 23rd.

15   Q.  Is it for a separate room?

16   A.  It is.

17   Q.  How do you know?

18   A.  It's a different confirmation number.

19   Q.  So just to be clear, how many rooms did Kim reserve at

20   the Ritz-Carlton during Rob Thomas's retirement party?

21   A.  Two.

22        MS. ROSS:  Next can we please pull up, just for

23   the witness, what has been marked as Government Exhibit 36,

24   please.

25

```
1    BY MS. ROSS:

2    Q.  Agent Gardner, what is Government Exhibit 36?

3    A.  This is an email.

4             MS. ROSS:  The Government moves to admit and

5    publish Government Exhibit 36.

6             MS. O'NEILL:  May I have a moment, your Honor?

7             THE COURT:  Sure.

8             MR. PARLATORE:  Your Honor, we're just checking

9    the redactions.  I don't know if this might be a good time

10   to take a midmorning break.

11            THE COURT:  No.

12            MR. PARLATORE:  Okay.  We'll work on it.

13            MS. O'NEILL:  Your Honor, we stand on our previous

14   objection.

15            THE COURT:  All right.  Over objection, 36 is in

16   and may be published to the jury.

17            (Whereupon, Government's Exhibit No. 36 was

18   entered into evidence.)

19   BY MS. ROSS:

20   Q.  Agent Gardner, who is this email from?

21   A.  This email is from Robert Burke at his personal email

22   address.

23   Q.  Who does he send it to?

24   A.  Bill Moran.

25   Q.  Again, who is that?
```

1    A.   He was a senior member of the United States Navy.

2    Q.   What did the Defendant write here?

3    A.   Bill, I'm going to see Charlie and Meghan next week in

4    D.C.  I'm working on getting a contract in place for another

5    small pilot program, like we did when I was in N1, this time

6    with our NAVEUR operational forces, with this iteration of

7    their program being a little more palatable in a

8    ship/squadron environment and less dependent on apps,

9    et cetera.

10          They keep dropping your name and telling me I need

11   to talk with you about what you're doing with them.  They

12   suggested Herm Shelanski was involved.  I'm sure it's meant

13   as a teaser, because they always seem to stop short of

14   describing an actual specific project, and I'm not sure if

15   I'll be walking into an ambush when I see them.  I love them

16   both, but Charlie is always working an angle.  I'm also

17   aware that they are dropping my name, and we are not

18   currently doing anything together.

19          So I wanted to check with you.  If you are working

20   on something and can share, I'll be in your time zone

21   starting tomorrow (Friday) night, and would love to talk

22   with you in any case.

23          Sir, thanks for any info and advice on the Next

24   Jump front, and hope to talk to you soon.

25   Q.  Anywhere in this email, Agent Gardner, did the Defendant

1   tell Bill Moran that he had asked to work for Next Jump?

2   A.  No.

3   Q.  Anywhere in this email, Agent Gardner, did the Defendant

4   tell Bill Moran that they had asked for a deal first?

5   A.  No.

6   Q.  Anywhere in this email, Agent Gardner, did the Defendant

7   tell Bill Moran that he had referred to work with Next Jump

8   as "our project"?

9   A.  No.

10  Q.  We see here the Defendant references a time zone at the

11  bottom.  Where was Burke at this time?

12  A.  He was in Italy.

13  Q.  And what was the date?

14  A.  Thursday, July 15th, 2021.

15  Q.  Did he travel to the United States after this, Agent

16  Gardner?

17  A.  He did.

18          MS. ROSS:  Next, can we please pull up what has

19  already been admitted as Government Exhibit 37.

20  BY MS. ROSS:

21  Q.  What is this exhibit, Agent Gardner?

22  A.  This is a trip book, effectively a nicely curated

23  itinerary.

24  Q.  For who?

25  A.  For Robert Burke.

1          MS. ROSS:  And can we just click through this and

2     go to Page 4, please.

3     BY MS. ROSS:

4     Q.  Looking at Page 4, when did the Defendant leave Naples?

5     A.  Friday, July 16th.

6     Q.  When did he return?

7     A.  Returned Saturday, July 24th.

8          MS. ROSS:  And can we go to Page 5, please.

9     BY MS. ROSS:

10    Q.  Where did the Defendant stay?

11    A.  He stayed at the Ritz-Carlton in Pentagon City, the same

12    hotel that Kim and Messenger stayed at.

13         MS. ROSS:  Can we click through to Page 10 of this

14    exhibit, please.

15    BY MS. ROSS:

16    Q.  Agent Gardner, on Friday, July 23rd, 2021, what was the

17    itinerary for the Defendant?

18    A.  Starting at 6:00 a.m. until about 9:15, breakfast, PT.

19    And they were told to don summer white, which is what you

20    think of with the nice Navy uniforms.  From 9:15 to 9:45,

21    transit in a sedan to the Navy Yard.

22         From 10:00 a.m. to 11:30 was the retirement

23    ceremony, speaker, National Museum of U.S. Navy at the

24    Washington Navy Yard.

25         From 11:30 to 11:40, in a sedan they were going to

1    transit to the reception.

2            From 11:40 to 3:00 p.m. was the official reception

3    at the Osteria Moriani at 301 Water Street, Southeast.

4            And from 3:00 to 3:30, transit back to the hotel.

5            And executive time from 3:30 till 10:00 p.m.

6    Q.  Now, this itinerary, Agent Gardner, is there any

7    indication that the Defendant had a business lunch scheduled

8    that day?

9    A.  No.

10   Q.  Any indication that he had a personal lunch scheduled

11   that day?

12   A.  No.

13   Q.  In the course of your investigation, did you find any

14   evidence that he told anyone he needed to block off time for

15   a lunch that day?

16   A.  No.

17   Q.  Again, it says retirement ceremony.  Whose retirement

18   ceremony was he attending?

19   A.  Rob Thomas's.

20   Q.  The same one that Kim and Messenger were invited to?

21   A.  That is correct.

22           MS. ROSS:  Next can we please pull up what has

23   already been admitted as Government Exhibit 44, please.

24   BY MS. ROSS:

25   Q.  What is this, Agent Gardner?

1    A.  This is a hotel receipt for the Ritz-Carlton.

2    Q.  And who is it for?

3    A.  Robert Burke.

4    Q.  What dates does it indicate the Defendant stayed here at

5    the Pentagon City Ritz-Carlton?

6    A.  From July 19th until July 24th, 2021.

7    Q.  Including the day of Rob Thomas's retirement?

8    A.  That is correct.

9    Q.  Thank you.

10         MS. ROSS:  We can take that down.

11   BY MS. ROSS:

12   Q.  Now, did the Defendant stay at the Ritz-Carlton alone,

13   Agent Gardner?

14   A.  He did not.

15   Q.  Who was with him?

16   A.  Denese Canedo.

17   Q.  Who is Denese Canedo?

18   A.  She's an individual that Robert Burke was having a

19   sexual extramarital affair with at the time.

20         MS. ROSS:  Can we please bring up, just for the

21   witness, what has been marked as Government Exhibit 30,

22   please.

23   BY MS. ROSS:

24   Q.  Agent Gardner, what is this?

25   A.  This is a photo of Denese Canedo and Robert Burke, with

1    some metadata accompanying it.

2              MS. ROSS:  The Government moves to admit and

3    publish Government Exhibit 30.

4              MS. O'NEILL:  No objection, your Honor.

5              THE COURT:  Without objection, 30 is in and may be

6    published to the jury.

7              (Whereupon, Government's Exhibit No. 30 was

8    entered into evidence.)

9    BY MS. ROSS:

10   Q.  Agent Gardner, who is in this photo?

11   A.  Denese Canedo is on the left and Robert Burke is on the

12   right.

13   Q.  Where was it taken?

14   A.  Paris.

15   Q.  And going to Page 2, again, who is in this photo?

16   A.  Again, Denese Canedo on the left and Robert Burke on the

17   right.

18   Q.  And where was it taken?

19   A.  Also in Paris.

20   Q.  What are the dates on these photos?

21   A.  June 19th, 2021.

22   Q.  So approximately how many weeks before the Defendant and

23   Canedo traveled to Washington, D.C., were these photos

24   taken?

25   A.  These photos were approximately a month before the trip

 1    to Washington, D.C., for the retirement ceremony.

 2            MS. ROSS:  Can we please bring up, just for the

 3    witness, what has been marked as Government Exhibit 42,

 4    please.

 5    BY MS. ROSS:

 6    Q.  Agent Gardner, what is this exhibit?

 7    A.  This is a cover page for a phone extraction.

 8            MS. ROSS:  The Government moves to admit and

 9    publish for the jury Government Exhibit 42.

10            MS. O'NEILL:  Your Honor, may we be heard?

11            THE COURT:  Yes.  Please approach.

12            (Whereupon, the following bench conference was

13    held:)

14            MS. O'NEILL:  So, your Honor, we would object on

15    hearsay grounds.  So this is -- this agent received a phone

16    from Denese Canedo, and it was not done through a search

17    warrant.  It was something she had possession of.  What we

18    would object to is that -- so this is her extraction that

19    includes all of the text messages between Burke and Canedo

20    that are still on her phone.

21            And the problem with including them through this

22    agent or -- introducing them through this agent instead of

23    through Denese Canedo is that it gives it -- it gives them

24    credibility instead of having to go through their witness

25    that they know has severe credibility issues, and being able

1    to identify with that witness that she had ample time, like

2    a year, even, to delete messages that she wanted to delete,

3    and that she was -- she has all the bias against Admiral

4    Burke and was the one who initiated this investigation

5    because she was mad about the professional -- or their

6    unprofessional relationship and thought he had an abuse of

7    power.

8            And so allowing this to come in through this

9    agent, who is an FBI agent, who has all kinds of

10   credibility, instead of forcing the Government to -- the

11   prosecution to put it in through Denese Canedo, who's on

12   their witness list, is unfair and, through 403, should not

13   be allowed.

14           Because if Denese Canedo was on the stand when

15   this came in and I was able to cross-examine her on the fact

16   that she had the opportunity to delete text messages, that

17   she has the bias against Admiral Burke, it could severely

18   decrease the credibility of this exhibit in the

19   Government -- or in the jury's mind.

20           And if this exhibit is admitted through this

21   witness, then they don't have to call her, and then I don't

22   get that opportunity.

23           THE COURT:  All right.

24           MR. PARLATORE:  I think the --

25           THE COURT:  We are not doing round-robins here.

1          MS. O'NEILL:  And, your Honor, because he got

2     this -- he got -- he did the extraction through a phone that

3     he got through Denese Canedo, there was no -- this witness

4     cannot lay the proper foundation.

5          Because -- what he can say is this is what was on

6     the phone, because it's what's pulled off of Cellebrite.

7     But he cannot say this is an accurate depiction of the text

8     messages sent on each of these days.  He can't even say that

9     she didn't take his phone and send the messages himself

10    [sic] because she had access to him and his phone in his

11    hotel room to do so.

12          THE COURT:  Can you respond on the foundation?

13          MS. ROSS:  Your Honor, we filed a 902(14) cert for

14    these, so that was docketed.  Pursuant to 902(14), your

15    Honor found that these were authentic messages taken from

16    her phone, which means these are the text messages from her

17    phone.

18          If they think that something is missing, then they

19    can call Denese Canedo or -- if they want, and cross-examine

20    her on it.  These are authentic messages.  The messages are

21    admissible as party opponent statements.  We're not

22    admitting Denese Canedo's statements for the truth.  They're

23    going to the effect on the listener.  It completes the

24    context of the call.

25          These are authentic messages and they are

1    admissible.  If they think there is something missing from

2    them, then they can handle that on cross-examination.  That

3    goes to weight, not to admissibility.

4              THE COURT:  All right.  I'm denying the objection.

5    First, I agree with the Government that the defense can call

6    Ms. Canedo.  I think they can also point out -- probably

7    make a lot of the same points through cross-examination of

8    Agent Gardner, that he doesn't know if some were deleted.

9    And I think the Government has the better of the argument on

10   foundation.

11             So I'm denying the objection.

12             MS. ROSS:  Thank you, your Honor.

13             THE COURT:  Let's go about ten more minutes and

14   then we'll break.

15             MS. ROSS:  Thanks.

16             (Whereupon, the following proceedings were had in

17   open court:)

18             THE COURT:  The objection is overruled.  Exhibit

19   42 is in and may be published to the jury.

20             (Whereupon, Government's Exhibit No. 42 was

21   entered into evidence.)

22   BY MS. ROSS:

23   Q.  Agent Gardner, what is this exhibit?

24   A.  This front page is a cover page for a phone extraction,

25   similar to the phone extraction we saw earlier.

1    Q.  And it says it was created by Zurich Shanahan.  Who is

2    that?

3    A.  So Zurich is effectively the Emily Sleeth of DCIS.  She

4    works in their computer section and is able to do these

5    phone extractions.

6    Q.  And going to Page 2 of this exhibit, what does this page

7    indicate?

8    A.  This has the identifiers of the cellphone as well as who

9    the phone belonged to.

10   Q.  And who is that?

11   A.  Denese Canedo.

12          MS. ROSS:  And can we go to Page 3, please.

13   BY MS. ROSS:

14   Q.  Agent Gardner, what is the date and time of this top

15   message?

16   A.  This top message was from July 24th, 2021, at 4:46 p.m.

17   Q.  And going to Page 87, what is the date and time of this

18   message?

19   A.  July 23rd, 2021, at 11:37 a.m.

20   Q.  So it goes in reverse chronological order?

21   A.  That is correct.

22   Q.  And does this have all of the relevant communications

23   between Canedo and Burke between July 23rd, 2021, at

24   11:36:44 a.m. and 4:46:06 p.m. on July 4th [sic], 2021?

25          MS. O'NEILL:  Objection, your Honor.  Foundation.

1           THE COURT:  Overruled.

2           You can deal with that in cross.

3           You may proceed.

4           THE WITNESS:  Yes.  This includes all the messages

5    that were on her phone that are relevant over this time

6    period.

7           MS. ROSS:  Next, just for the witness, can we

8    please bring up what has been marked as Government Exhibit

9    42-A.

10   BY MS. ROSS:

11   Q.  Agent Gardner, is this a summary chart of the relevant

12   WhatsApp messages between Canedo and the Defendant on

13   July 23rd, 2021?

14   A.  Yes.

15   Q.  And are these messages contained in Exhibit 42 which we

16   just looked at and admitted into evidence?

17   A.  Yes, they are.

18   Q.  Are those messages voluminous?

19   A.  They are.

20   Q.  Did you help prepare and verify the information in this

21   summary chart?

22   A.  Yes.

23   Q.  And will it help aid the Court and the jury in

24   understanding the relevant communications between Canedo and

25   the Defendant on July 23rd, 2021?

1    A.  Yes, I believe it will.

2          MS. ROSS:  The Government moves to admit and

3    publish what's been marked as Government Exhibit 42-A.

4          MS. O'NEILL:  Your Honor, we object on foundation

5    and cumulative.

6          THE COURT:  All right.  I'm overruling the

7    objection.  42-A is in.  It may be published to the jury.

8          (Whereupon, Government's Exhibit No. 42-A was

9    entered into evidence.)

10   BY MS. ROSS:

11   Q.  Looking here at Page 1 first, who are these messages

12   exchanged between, Exhibit [sic] Gardner?

13   A.  Yes.  The messages in blue on the left are from Denese

14   Canedo.  The messages in green on the right are with Robert

15   Burke.

16   Q.  On what date?

17   A.  July 23rd, 2021.

18   Q.  The date of Rob Thomas's retirement party?

19   A.  Yes.

20   Q.  Who is this top message from?

21   A.  Denese Canedo.

22   Q.  At what time?

23   A.  11:37 a.m.

24   Q.  And can you read the top message, please?

25   A.  Where is lunch?  I'm thinking of joining you after all.

1    We can play it straight.

2    Q.  It's not showing up as zoomed-in on your screen, but it

3    is on Ms. Creel's, so we're going to try to make that

4    happen.

5    A.  I can try and squint, I guess.

6    Q.  There we go.

7    A.  Thank you.

8    Q.  Sorry.  Can you read those top three messages, please?

9    A.  Of course.  Oh, the zoomed-in went away again.  It's

10   back.  And it's gone.

11   Q.  I think it's back for good.

12           Let's try this again.  Can you please read these

13   messages, Agent Gardner?

14   A.  Of course.

15           Denese Canedo wrote:  Where is lunch?  I'm

16   thinking of joining you after all.  We can play it straight.

17           Canedo continues:  P.S., I applied for the

18   Stratcom job, then played dumb and sent Juliet an excited

19   FYI note advising her that I had and that I looked forward

20   to the next steps in this process.  XOXO, with an emoji.

21           Burke responded:  Awesome.

22   Q.  And can you continue reading this exchange, please?

23   Just the next three messages on this page.

24   A.  Canedo responded:  All of it awesome?  Including lunch?

25           Burke responded:  We're at the Navy Yard

1    waterfront area for reception.  Going to move to business

2    lunch with Next Jump nearby, but don't know which restaurant

3    yet.

4                Canedo responded:  Ooh.  Go to Belga Café.  Great

5    steaks and mussels.

6    Q.  We see that the Defendant referenced a business lunch

7    with Next Jump.  Did you find any evidence that the

8    Defendant reported this lunch to the Navy?

9    A.  I have not seen anything to suggest that.

10   Q.  Was time blocked off for a business lunch in the trip

11   book provided to the Defendant that we looked at?

12   A.  It was not.

13   Q.  And did you find any evidence that the Defendant invited

14   anybody else from his command to this business lunch with

15   Next Jump?

16   A.  No.

17   Q.  In fact, what email did the Defendant use to coordinate

18   that lunch?

19   A.  His personal email.

20               MS. ROSS:  We can go to Page 2 of this exhibit,

21   please.

22   BY MS. ROSS:

23   Q.  And can you just continue reading the messages, please.

24   A.  Of course.

25               Canedo responded:  Unless steak too heavy for

```
 1    lunch.

 2              She continued:  It's very European.  Brick walls.

 3              Canedo continued:  White tablecloths.  Immaculate

 4    service.  Or come instead to lunch I [sic] Crystal City,

 5    Jaleo's?

 6              MS. ROSS:  And can we go to the next page, please.

 7    BY MS. ROSS:

 8    Q.  Can you just continue reading, Agent Gardner.

 9    A.  Canedo continued:  I'm getting dressed now.  Belga Café

10    is near 8th and I.  I can reserve a table if you approve the

11    venue and give me a number of people.

12              She continued:  Sorry.  It's Belva [sic] Café.

13    They are open lunch and have tables available, not crowded

14    today.

15              She then respond with a link to Belga Café.

16    BY MS. ROSS:

17    Q.  And, Agent Gardner, is Belga Café located in the

18    District of Columbia?

19    A.  It is.

20              MS. ROSS:  Can we please go to the next page.

21    BY MS. ROSS:

22    Q.  Can you continue reading, Agent Gardner.

23    A.  Canedo continued:  Have superlative wine list and bar,

24    and then sent a lips emoji.

25              Burke responded:  Let's do something we can walk
```

1    to.  We are at Osteria Morini, 301 Water Street, Southeast.

2           Burke continued:  Say 1:30.  Four, counting you.

3    If you are already there, I can play it as you are my

4    assistant if you want.  But I don't care if they know.  Just

5    be aware:  They both know Barbara.

6           Canedo responded:  Google says it's a 20-minute

7    walk from your location.

8    Q.  Agent Gardner, we see that the Defendant referenced four

9    people.  If you know, who were those four people?

10   A.  Those four included Burke, Canedo, Meghan Messenger and

11   Charlie Kim.

12   Q.  And we'll go to Page 5.  If you could continue reading,

13   Agent Gardner.

14   A.  Canedo responded:  I suggest you say I'm an old

15   colleague and friend from your VCNO time.  Me in DUSN.

16   Haven't seen each other in a year, but you know I studied at

17   Columbia, closing in on retirement, and hopeful to get back

18   to NYC one day.

19          Canedo continued:  Just thought I would enjoy

20   learning about them, while simultaneously catching up, since

21   I'd asked you to meet for coffee this week but your schedule

22   didn't permit that.  What do you think?  Are either close

23   with Barbara?

24   Q.  We'll go to Page 6.  Please continue reading, Agent

25   Gardner.

Gardner - DIRECT - By Ms. Ross

1    A.  Canedo continued:  I see you, XOXO.  Online, XOXO.

2         Burke responded:  Perfect on story.  Can you

3    please find a place a bit closer?  There must be 20 within

4    100 yards.  Or we can meet outside reception and walk in to

5    something near together.

6         Burke continued:  You are here?

7         Canedo responded:  Are the Jump PP there at

8    reception?

9         No.  Not there.  You said 1:30.

10        MS. ROSS:  Can we go to Page 7.

11   BY MS. ROSS:

12   Q.  And can you read the messages on this page, please.

13   A.  Burke responded:  Sitting to my left.

14        Canedo responded:  I recommend going further than

15   right next to Navy Yard, espec. with you in uniform, both bc

16   of them and bc of me.

17        Burke responded:  1:30 is perfect, but they want

18   to have a more intimate conversation.  Meghan already

19   talking about job.

20        Canedo responded:  I can pick you three up and

21   drive us?

22        Burke responded:  I have a driver.  Don't want to

23   get into all of that because then Dan, Ham, et al., will tag

24   along.

25   Q.  Agent Gardner, looking at that message at the top here,

1    where it says 1:30 is perfect, they want to have a more

2    intimate conversation, Meghan already talking about job:

3    First, where were Kim and Messenger and the Defendant at

4    this time?

5    A.  They were at the reception for Rob Thomas.

6    Q.  And we see the Defendant wrote:  Meghan already talking

7    about a job.

8         Did you find any evidence that while the Defendant

9    was in the District of Columbia, he reported the fact that

10   Meghan was talking to him about a job?

11   A.  No.

12        MS. ROSS:  Can we go to Page 8 of this exhibit,

13   please.

14        THE COURT:  Why don't we stop here for our morning

15   break.

16        Let's come back in ten minutes.

17        Agent Gardner, I'll direct you not to discuss the

18   contents of your testimony with anyone over the break.

19        THE WITNESS:  Yes, your Honor.

20        THE COURT:  Thank you.

21        (Whereupon, the jury exited the courtroom at 11:02

22   a.m. and the following proceedings were had:)

23        THE COURT:  All right.  Thanks, folks.  See you in

24   ten minutes.

25        MS. ROSS:  Thank you, your Honor.

```
 1              (Thereupon a recess was taken, after which the
 2    following proceedings were had:)
 3              THE COURT:  You can have a seat, Agent.
 4              MR. WILMOT:  Beg your pardon, Judge.
 5              May I have an opportunity -- we've been looking
 6    into this issue with the complaint concerning Alison --
 7    Amanda Kraus.
 8              THE COURT:  Yes.
 9              MR. WILMOT:  I've got some more information.  I'd
10    like to discuss it with Mr. Parlatore for just a moment
11    before we speak to your Honor, if that's okay, just so I can
12    let him know what's going on.
13              THE COURT:  Yes.  I mean --
14              MR. WILMOT:  I don't know if that will solve
15    anything.
16              THE COURT:  You two might even --
17              MR. PARLATORE:  I would love to talk to
18    Mr. Wilmot.
19              THE COURT:  Great.  Please do.  I mean, as far as
20    I'm concerned, I think you two can step out if you want.  I
21    mean, we've got -- your colleagues are handling this matter.
22    But I want to keep moving.
23              MR. WILMOT:  Okay.  I understand.  Thanks, Judge.
24              THE COURTROOM DEPUTY:  Jury panel.
25              (Whereupon, the jury entered the courtroom at
```

1    11:17 a.m. and the following proceedings were had:)

2            THE COURT:  All right.  Welcome back, ladies and

3    gentlemen.  We're ready to continue with the testimony of

4    Agent Gardner.

5            Agent Gardner, I'll remind you you're still under

6    oath.

7            THE WITNESS:  Yes.

8            THE COURT:  Ms. Ross.

9            MS. ROSS:  Can we please bring back up Government

10    Exhibit 42-A, please.

11    BY MS. ROSS:

12    Q.  We'll just continue reading, Agent Gardner.

13            MS. ROSS:  So we'll pick up on Page 8, please.

14            Here we go.  We're on Government Exhibit 42-A,

15    Page 8.

16    BY MS. ROSS:

17    Q.  Can you continue reading, Agent Gardner.

18    A.  Of course.

19            Canedo wrote:  Does intimate mean I'm not invited?

20    Or that you tell them, beyond out [sic] being friends, I am

21    a trusted friend and confidant?

22            She continued:  Roger.  I will leave hotel

23    shortly.

24            Canedo continued:  I will look now at closer

25    venues.  Can't guarantee if it's across from reception that

1    Dan, Ham or 100 other peeps you know will be there.

2           Burke responded:  No.  Neither.  Just a place to

3    have a conversation.  Can't keep texting.

4           MS. ROSS:  And can we go to Page 9, please.

5    BY MS. ROSS:

6    Q.  Agent Gardner, can you continue reading.

7    A.  Canedo responded:  They have a private back room/table

8    available to us at Belva [sic].  Out of view of public and

9    other guests.

10          She continued:  Okay.

11          Burke responded:  All stop.  I have an idea to

12   make this work.  We'll meet you at Belva at 1:30 or a few

13   later.  Got to get off the phone.

14          Canedo responded:  Roger.  I'll be there and will

15   have a rez.

16          MS. ROSS:  And can we please go to the next page.

17   BY MS. ROSS:

18   Q.  And can you continue reading?

19   A.  Canedo responded:  On my way.

20          Rez is under Dina Capelle.  Suggest introducing me

21   as that.

22   Q.  Can you read the next messages, please.

23   A.  Did you park car in the lot in front of Macy's?  Or

24   where I had it?  Precise location you left POV, please?

25          MS. ROSS:  And then can we go to the next page,

1    please.

2    BY MS. ROSS:

3    Q.  Can you continue reading Page 11, Agent Gardner.

4    A.  Canedo continued:  In car.  In car.  See you in five.

5    Three minutes away, minus parking.

6         She continued:  At red light.  What's my name?

7    And then four question marks.

8    Q.  Going to Page 12, can you read just the top two messages

9    there, please?

10   A.  Canedo continued:  I added your name to rez.  Name,

11   question mark, question mark, question mark, question mark.

12   Q.  And what time was the date of that last message?

13   A.  1:48 p.m., 51 seconds, on July 23rd, 2021.

14        MS. ROSS:  Can we please pull back up Government

15   Exhibit 37, please, and go to Page 10.

16   BY MS. ROSS:

17   Q.  Agent Gardner, where was the Defendant's -- where did

18   the Defendant's itinerary for July 23rd indicate he was

19   supposed to be at that time?

20   A.  The official reception at the Osteria Morini, 301 Water

21   Street, Southeast.

22   Q.  Thank you.

23        MS. ROSS:  We can take this exhibit down.

24   BY MS. ROSS:

25   Q.  Agent Gardner, did you also issue a grand jury subpoena

1    to the Belga Café?

2    A.  We did.

3    Q.  Why did you do that?

4    A.  To corroborate the story that a lunch had taken place at

5    the Belga Café.

6            MS. ROSS:  Can we please bring up what has already

7    been admitted as Government Exhibit 38, please.

8    BY MS. ROSS:

9    Q.  What is this exhibit?

10    A.  This is a receipt from the Belga Café.

11    Q.  And what is the date on this receipt?

12    A.  July 23rd, 2021.

13    Q.  And how about the time there?

14    A.  3:46 p.m.

15    Q.  And approximately how many hours after the WhatsApp

16    messages between the Defendant and Canedo talking about this

17    reservation ended was this?

18    A.  Approximately two hours later.

19    Q.  And how much was this bill for?

20    A.  With tip, $292.

21            MS. ROSS:  And can we go to Page 2, please.

22    BY MS. ROSS:

23    Q.  Looking at the name on the credit card, whose name is

24    listed there?

25    A.  Meghan Messenger.

1          MS. ROSS:  Next can we please bring up, just for

2     the witness, what has previously been admitted as Government

3     Exhibit 173.

4     BY MS. ROSS:

5     Q.  Agent Gardner, what is this?

6     A.  This is a credit card statement from Amex for a Next

7     Jump corporate card.

8     Q.  Who does the card belong to?

9     A.  The top line is Charlie Kim.

10    Q.  And what dates does this statement cover?

11    A.  This statement that we're looking at closed on July

12    29th, 2021.  So it includes basically all of July 2021.

13    Q.  And going to Page 2, what is that charge?

14    A.  This is a charge for a card belonging to Meghan

15    Messenger under the Next Jump corporate card.  And it is a

16    charge on July 23rd, 2021, at Belga Café in Washington, D.C.

17    Q.  And is that the same amount that was on the receipt that

18    we just looked at from the Belga Café?

19    A.  Yes, it is.

20          MS. ROSS:  Next can we please bring up, just for

21    the witness, what has been marked as Government Exhibit 39.

22          THE COURTROOM DEPUTY:  173, was that only for the

23    witness?

24          MS. ROSS:  That was only for the witness.

25          THE COURTROOM DEPUTY:  I didn't publish it.  Did

1    you want that?

2    BY MS. ROSS:

3    Q.  Agent Gardner, we're just going to show this to the jury

4    since it was not on their screen.  Just -- can you please

5    tell the jury, what is the first page of this exhibit?

6    A.  This is the cover page for an Amex credit card statement

7    for a Next Jump corporate card.

8    Q.  And then going to the second page, is this the charge

9    that you just testified about, Agent Gardner?

10   A.  Yes, it is.

11   Q.  Thank you.

12           MS. ROSS:  We can take that exhibit down.

13           Next now -- just for the witness, please, can we

14   please bring up Government Exhibit 39.

15   BY MS. ROSS:

16   Q.  Agent Gardner, what is this?

17   A.  This is an email.

18           MS. ROSS:  The Government moves to admit and

19   publish for the jury Government Exhibit 39.

20           MS. O'NEILL:  Your Honor, we stand on our previous

21   objection.

22           THE COURT:  All right.  Over objection, 39 is in.

23           (Whereupon, Government's Exhibit No. 39 was

24   entered into evidence.)

25           THE COURT:  It may be published to the jury.

1    BY MS. ROSS:

2    Q.  Agent Gardner, looking at the bottom email, who is it

3    from?

4    A.  The bottom email is from Charlie Kim.

5    Q.  Who does he send it to?

6    A.  Team strategy committee -- it's the listserv we

7    mentioned within Next Jump -- as well as Lokeya

8    Venkatachalam.

9    Q.  On what date?

10   A.  July 23rd, 2021.

11   Q.  So the same date that was on the Belga Café receipt?

12   A.  That is correct.

13   Q.  What is the subject line?

14   A.  There's a typo, but I believe it's supposed to say quick

15   update.  The "P" is an "O" in the email subject.

16   Q.  And can you please read this email, Agent Gardner?

17   A.  Of course.

18         Burke.  Crazy day.  Five hours.  Would stayed all

19   night -- we stayed.

20         In short, starting with his command almost ASAP.

21   But smaller, single-digit million deal, but in this year's

22   budget.  Make data showing results and will take two paths

23   of increased contract, one in October 1 budget under culture

24   of excellence work between three fleet commanders.  He has

25   one of three votes and, with data, could get it done.  He

1    will then take the data to CNO Gilday for larger, all-Navy

2    deal.

3           We talked also of July 2022, him joining Next

4    Jump.  Wants to come in NYC office.  Talked salary, equity,

5    et cetera.  He was very excited.  Wanted to resign next

6    week.  Told him to hold off and first launch this Part 1.

7           He didn't expect to talk that specifically on

8    future with Next Jump.  Once we got on it, he couldn't stop

9    talking of anything else.

10          At 12:00 p.m., he told us he had 2:00 p.m.

11   meeting, but once Meghan told him what we wanted to talk

12   about, he canceled everything.

13          The legal part, have to navigate smart.  Lots in

14   there, too, and more info we need to get.  But in short,

15   it's a win.

16   BY MS. ROSS:

17   Q.  Agent Gardner, just a couple of questions here.  So

18   first, we see that Kim wrote:  We talked also of July 2022,

19   him joining Next Jump.

20          Did you find any evidence that while the Defendant

21   was here in the District of Columbia, he reported that to

22   the Navy?

23   A.  No.

24   Q.  And we see here that Kim also wrote:  Talked salary,

25   equity, et cetera.

1    Did you find any evidence that while the Defendant

2   was here in the District of Columbia, he told anyone at the

3   Navy that he had discussed salary and equity with Kim and

4   Messenger?

5   A.  No.

6   Q.  And we see here that Kim wrote:  He was very excited.

7   He wanted to resign next week.  Told him to hold off and

8   first launch this Part 1.

9    Agent Gardner, based on your review of the

10  evidence, what is your understanding of Part 1 there?

11  A.  Part 1 was the plan to get a smaller deal in with the

12  Navy, expand it to a larger deal, and then eventually Burke

13  would retire and join Next Jump as an employee.

14  Q.  In other words, is that the increased contract that Kim

15  referenced earlier in this email?

16  A.  Yes.

17  Q.  Looking at the next email, what does Kim write next?

18  A.  One more thing.  His close friend/colleague joined.

19  She's deputy director to Under Secretary of Navy.  Very

20  senior and think is going to be an important ally.  She

21  joined as a friend to help navigate discussion and looking

22  out for him.  He trusts her.  We won her over, too.

23    Also August 14 event.  He's going to try and

24  really come.  She may also.

25  Q.  Just looking at the top email, who did Kim send this

1    email to?

2    A.  He forwards it to Meghan Messenger and Laura Culver.

3    Q.  Who is Laura Culver?

4    A.  A Next Jump employee.

5    Q.  What does Kim write there?

6    A.  Keeping you on the inside track of info.  Don't forward

7    this note.

8            MS. ROSS:  Can we please bring up, just for the

9    witness, what has been marked as Government Exhibit 43,

10   please.

11   BY MS. ROSS:

12   Q.  Agent Gardner, what is this?

13   A.  This is an email.

14           MS. ROSS:  The Government moves to admit and

15   publish Government Exhibit 43, please.

16           MS. O'NEILL:  May I have a moment, your Honor?

17           THE COURT:  Yes.

18           MS. O'NEILL:  Your Honor, may we be heard?

19           THE COURT:  Yes.

20           Parties, approach.

21           (Whereupon, the following bench conference was

22   held:)

23           THE COURT:  So this is Messenger's --

24           MS. O'NEILL:  It's to her mom and to her sister.

25           THE COURT:  What's the basis?

1          MS. ROSS:  Your Honor, we briefed this at the

2    pretrial.  We think there are three avenues for admitting

3    this.  The first is we believe it's an excited utterance.

4    We also believe it's admissible as a present sense

5    impression.  And we also believe it is admissible as a

6    then-existing state of mind.

7          THE COURT:  And to -- you determine all of that

8    from this email?

9          MS. ROSS:  Yes, your Honor.

10         So basically, what Ms. Messenger says in this

11   email is that it's a crazy day, it was a long day, it was so

12   real.  Then she writes -- and it's kind of her unfiltered

13   thoughts about that email, so the fact that, you know, she's

14   excited, she's revved up, she's talking about it almost

15   immediately after lunch ended, shows that it's going not

16   only to her excitement, but also to what she is feeling at

17   the time, her present sense of what was happening, the terms

18   of their deal.

19         And then --

20         MS. O'NEILL:  Your Honor, it's our understanding

21   that --

22         THE COURT:  I can read it.

23         MS. ROSS:  And then also, in terms of the present

24   sense impression, it describes her -- it describes the event

25   that she was at, the lunch.  She perceived that lunch

1    firsthand, and it was made more or less contemporaneously to

2    that lunch as she perceived it.

3                THE COURT:  Isn't it the next day?

4                MS. ROSS:  It's shortly after that.  I think, if

5    you look at the timestamp based on the UTC -- I don't have

6    it in front of me, but I believe it was written just later

7    that day, your Honor.

8                THE COURT:  All right.  I agree that this is not

9    appropriate to bring in.

10               (Whereupon, the following proceedings were had in

11   open court:)

12               THE COURT:  All right.  The objection is

13   sustained.

14               MS. ROSS:  Next, just for the witness, can we

15   please bring up what has been marked as Government Exhibit

16   42-B.

17   BY MS. ROSS:

18   Q.  Agent Gardner, is this a summary chart of the relevant

19   WhatsApp messages between Canedo and the Defendant on July

20   24th, 2021?

21   A.  Yes.

22   Q.  And are these messages all contained in Exhibit 42,

23   which was the extraction from Ms. Canedo's phone and --

24   which we previously admitted into evidence?

25   A.  Correct.

1    Q.  And are these messages voluminous?

2    A.  They are.

3    Q.  And did you help prepare and verify the information in

4    the summary chart?

5    A.  Yes.

6    Q.  And will it help aid the Court and the jury in

7    understanding the relevant communications between Canedo and

8    the Defendant on July 24th, 2021?

9    A.  Yes.

10              MS. ROSS:  The Government moves to admit and

11   publish Government Exhibit 42-B.

12              MS. O'NEILL:  Your Honor, we object on foundation

13   and cumulative.

14              THE COURT:  All right.  Overruled.  42-B is in and

15   may be published to the jury.

16              (Whereupon, Government's Exhibit No. 42-B was

17   entered into evidence.)

18   BY MS. ROSS:

19   Q.  Agent Gardner, looking here at Page 1, again, who are

20   these messages exchanged between?

21   A.  Robert Burke's messages are in green on the right.  And

22   Denese Canedo's are in blue on the left.

23   Q.  And again, what is the date of this?

24   A.  July 24th, 2021.

25   Q.  So is this the day after the Defendant and Ms. Canedo

1    met with Kim and Messenger --

2    A.  Yes.

3    Q.  -- at the Belga Café?

4    A.  Correct.

5    Q.  Can you read just those top three messages, please.

6    A.  Robert Burke wrote:  At the plane.  I love life with

7    you.  I'm so in love with you.  With two emojis after.

8            Canedo responded, several hours later:  He's been

9    very attentive.  Not left my side.

10            Burke responded:  Charlie sent me a note.

11   Q.  And then the next three messages.  Can you read those,

12   please?

13   A.  Canedo responded:  Really?

14            Burke responded:  They loved you.

15            Canedo responded:  Do tell.

16            MS. ROSS:  Can we go to Page 2 of this exhibit.

17   BY MS. ROSS:

18   Q.  Will you just continue reading, please, Agent Gardner.

19   A.  Canedo continued:  More, more Details.

20            Burke responded:  Wanted to know what you thought.

21            Canedo responded:  Wow.

22            Canedo continued:  So they know, ha-ha.

23            Burke responded:  I told them you were impressed.

24            Canedo responded:  Personal email or using

25   official email?

1              MS. ROSS:  Can we go to Page 3.

2              THE WITNESS:  Burke responded:  Using this.

3      WhatsApp.

4              Canedo responded:  Copy.  Did they say/ask

5      anything else?

6      BY MS. ROSS:

7      Q.  Can you continue reading.

8      A.  Burke responded:  They might know.  Could certainly tell

9      you mattered to me.  No, no direct questions.

10             Canedo responded with a kiss emoji.

11             MS. ROSS:  Can we go to Page 4, please.

12     BY MS. ROSS:

13     Q.  Go ahead.

14     A.  Burke responded:  I asked him to write out a job

15     description.  But I've essentially agreed to work for them.

16             Canedo responded:  What words did they use that

17     you're translating to they loved me?  LOL.

18     Q.  Pausing here, briefly, Agent Gardner, we see this

19     message at the top of the screen:  I asked him to write out

20     a job description, but I've essentially agreed to work for

21     them.

22             Who sent this message?

23     A.  Robert Burke.

24     Q.  And when he said, "I've essentially agreed to work for

25     them," who is he referring to?

1    A.   Charlie Kim and Meghan Messenger with Next Jump.

2    Q.   And, Agent Gardner, in the course of your investigation,

3    did you find that while the Defendant was here in the

4    District of Columbia, he reported to anybody at the Navy

5    that he had asked Kim and Messenger to write out a job

6    description?

7    A.   No.

8    Q.   Did you find any evidence that the Defendant reported to

9    the Navy that he had essentially agreed to work for Kim and

10   Messenger?

11   A.   No.

12   Q.   And, Agent Gardner, based on your review of the

13   evidence, when a four-star Navy admiral has agreed to work

14   for somebody, is that something that he has to report?

15            MS. O'NEILL:  Objection, your Honor.  Foundation.

16   This witness's opinion on this is not relevant.

17            THE COURT:  Sustained.

18   BY MS. ROSS:

19   Q.   Agent Gardner, have you -- in the course of your

20   investigation, have you reviewed the Navy's ethics rules and

21   guidance?

22   A.   Yes.

23   Q.   Have you talked to witnesses familiar with those rules?

24   A.   Yes.

25   Q.   And have they talked to you about the Navy's ethics

1    rules and guidance?

2    A.  Yes.

3    Q.  And did you learn about the Navy's ethics rules and

4    guidance governing job negotiations?

5    A.  Yes.

6    Q.  And, Agent Gardner, is it your understanding, based on

7    your investigation and on your review of those rules, that

8    the Defendant had to report that he had agreed to work for

9    Next Jump?

10              MS. O'NEILL:  Objection, your Honor.  Hearsay.

11              THE COURT:  Sustained.

12    BY MS. ROSS:

13    Q.  Agent Gardner, can you please continue reading.

14    A.  Canedo continued:  OM gosh.

15              She continued:  Make sure you use your important

16    words.  I could consider XYZ.  LOL.

17              Was it 10 percent equity in entire biz or just

18    whatever projects you'd work on?  It was hard to hear with

19    500K base salary ringing in my ears.  LOL.

20              Burke responded:  Smitten.  Also said my Elle

21    Woods comment was spot on and appreciated my concerns about

22    you being a double agent based on you flipping and hitting

23    them with insightful questions.

24              MS. ROSS:  Can we pull this back up?  Thank you.

25

1    BY MS. ROSS:

2    Q.  Agent Gardner --

3            MS. ROSS:  I'm sorry.  Can we please go to the

4    next page.  I'm sorry.  We're going to go to Page 5.

5    BY MS. ROSS:

6    Q.  Can you please continue reading?

7    A.  Canedo continued:  Ha-ha.  Flipping?

8            Burke responded:  10 percent in total co.  I would

9    be a junior co-owner, third behind Meghan.

10   Q.  Stopping there --

11           MS. ROSS:  Can we pull those back up, please?

12   BY MS. ROSS:

13   Q.  Agent Gardner, stopping there, looking at this last

14   message here, we see that the Defendant wrote:  10 percent

15   in total co.  I would be a junior co-owner, third behind

16   Meghan.

17           Agent Gardner, in the course of your

18   investigation, did you find any evidence that the Defendant

19   had discussed becoming a junior co-owner at Next Jump?

20   A.  Discussed just in general?

21   Q.  I'm sorry.  That he reported that he had discussed being

22   a junior co-owner at Next Jump to the Navy.

23   A.  No.

24   Q.  In the course of your investigation, did you find any

25   evidence that the Defendant reported to the Navy that he

1    would have 10 percent in total co-ownership at Next Jump?

2    A.  No.

3    Q.  Can we please continue reading.

4    A.  Canedo responded:  From dumb blond?  Oh my God.

5         Burke responded:  Innocent, not dumb.

6    Q.  Now looking at Page 6.  Will you just read this page,

7    please, Agent Gardner.

8    A.  Canedo responded:  Did they clarify that or is this your

9    interpretation?  The 10 percent thing.  Did they use the

10   word "junior partner"?

11        Burke responded:  I asked.  He wants all his team

12   to own some of the company so he can pay lower salary and

13   incentive performance through ownership.

14        Canedo responded:  Wow.

15        Burke responded:  Yes.  With a "sort of" in front.

16   Q.  Agent Gardner, in the course of your investigation, did

17   you find that the Defendant reported to the Navy that he was

18   going to own a portion of Next Jump?

19   A.  No.

20        MS. ROSS:  Can we go to Page 7, please.

21   BY MS. ROSS:

22   Q.  Can you continue reading, please, Agent Gardner.

23   A.  Canedo responded:  That's brilliant.  And then a smiley

24   face emoji.

25        And then:  Yes.  Because there's nada junior about

1    you, baby.

2              She continued:  You're a Zeus and an Adonis.

3              Burke responded:  With that kind of offer, I

4    really need to understand what will be expected.  Thus my

5    ask for the job description.

6              Canedo responded:  Yes.

7    Q.  Agent Gardner, looking at that second message there from

8    the Defendant, when he said, "Thus my ask for the job

9    description," did you find that the Defendant reported to

10   anybody at Navy that he was talking to Next Jump about a job

11   and had asked for a job discussion -- description?  I'm

12   sorry.

13   A.  Not at that time.

14   Q.  Thank you.

15             MS. ROSS:  Can we go to Page 8.

16   BY MS. ROSS:

17   Q.  Can you please continue reading, Agent Gardner.

18   A.  Canedo responded:  I'm happy you followed up and

19   apparently asked good questions.  Holy shit.

20             She continued:  I need a moment.

21             Burke responded:  Get some C and K.  Mega doses

22   for a few weeks.  I take 5,000 milligrams of C a day.  Most

23   multis have less than 10 percent of that.

24             Canedo responded:  Back to meg and C?

25   Q.  And then going to Page 9, can you read just those top

 1    five messages there, please?

 2             MS. ROSS:  Can we zoom in on the top five.  Thank

 3    you.

 4    BY MS. ROSS:

 5    Q.  Will you just read those, please, Agent Gardner.

 6    A.  Burke responded:  Yes.

 7             Canedo responded:  TXS for the advice.  Let's play

 8    doctor when I see you again.  So...

 9             Burke responded:  Okay?

10             Canedo responded:  To what extent do you

11    think/believe the job for you is tied (or not) to the

12    contract/trial with NAVEUR?  That made me nervous.

13    Q.  Agent Gardner, does the Defendant answer this question?

14    A.  He does.

15             MS. ROSS:  Can we go to Page 10 of this exhibit,

16    please.  And can we zoom in on the second message.

17    BY MS. ROSS:

18    Q.  And how does the Defendant respond to Canedo's question

19    there about whether the job was tied to the contract?

20    A.  He responds:  Technically, zero.  But he desires that I

21    be able to have a personal testimonial.

22             MS. ROSS:  Can we please skip a bit and go to Page

23    12 of this exhibit, please.

24    BY MS. ROSS:

25    Q.  Can you read just the bottom five messages, please.

1    A.  Canedo said:  Do you know how expensive it is to live in

2    NYC?  Would we buy or rent or do they have any executive

3    housing in their high-tech "has everything else" compound?

4            Burke responded:  Ungodly.  Most expensive in U.S.

5    No exec housing.  I would rent at first to figure out the

6    lay of the land and if I'm going to stay.

7            Canedo responded:  Okay.

8            MS. ROSS:  Can we go to Page 13, please.

9    BY MS. ROSS:

10   Q.  Can you continue reading the messages on Page 13.

11   A.  Canedo responded:  I this, I that?  What?

12           Burke responded:  Not sure we'd be in a financial

13   position to buy until after making a few years' worth of

14   that salary.

15           Canedo responded:  Where do they live?

16           Burke responded:  I caught myself.  Before you

17   told me.  See last "we" text.

18           Canedo responded:  Yes, with several emojis.

19           Burke responded:  Both live in Manhattan.

20           MS. ROSS:  Can we go to Page 15, please.

21   BY MS. ROSS:

22   Q.  Can you read the messages here, please.

23   A.  I've been there quite recently.  It's not bad, but we

24   don't want to be across bridges or tunnels.

25   Q.  Agent Gardner, I'm actually going to ask you to stop

1    there and we're going to just skip forward to Page 18,

2    please.  Can you just read the rest of the messages here.

3    A.  Yes.

4             Canedo said:  Do you lean one way or the other?

5    Aussies or NJ?

6             Burke responded:  NJ for three reasons.  There is

7    now a real offer.  It gets us out of the DOD rut and it is

8    different from work than I've done before.  You know I'm

9    depending on you to run our LLC and be my EA?

10   Q.  Thank you, Agent Gardner.

11            If you know, what is the reference to the Aussies

12   here?

13   A.  That would be the Australian Navy.

14   Q.  What is he talking about or referencing here, if you

15   know?

16   A.  Obviously as a senior leader in the U.S. Navy, and the

17   Aussies being our ally, Robert Burke had connections over

18   there, and had contemplated potentially working with the

19   Aussie Navy upon retirement.

20   Q.  And did he end up working with the Aussies after he

21   retired?

22   A.  No.

23   Q.  Where did he end up working?

24   A.  He worked at Next Jump, or NJ.

25   Q.  At any point while the Defendant was in the District of

Gardner - DIRECT - By Ms. Ross

1   Columbia, so around July 23rd and July 24th, 2021, did you

2   find any evidence that the Defendant told anyone at the Navy

3   that he discussed a job or had reported to anyone at the

4   Navy that he had discussed a job at Next Jump with Kim and

5   Messenger at the Belga Café?

6          MS. O'NEILL:  Your Honor, objection.  Asked and

7   answered.

8          THE COURT:  Overruled.

9   BY MS. ROSS:

10  Q.  Let me ask again, Agent Gardner.  At any point while the

11  Defendant was in the District of Columbia, so around

12  July 23rd and July 24th, 2021, did you find any evidence

13  that the Defendant told anyone at the Navy that he had

14  discussed a job at Next Jump with Kim and Messenger at the

15  Belga Café?

16  A.  No.

17  Q.  How about after the Defendant left the District of

18  Columbia?  At any point did you find any evidence that the

19  Defendant reported to the Navy that he had discussed a job

20  at Next Jump at the Belga Café --

21  A.  No.

22  Q.  -- on July 23rd or 24th?

23  A.  No.

24         MS. ROSS:  Next can we please pull up, just for

25  the witness, what has been marked as Government Exhibit 46.

```
 1   BY MS. ROSS:

 2   Q.  What is this, Agent Gardner?

 3   A.  This is an email.

 4        MS. ROSS:  The Government moves to admit and

 5   publish Government Exhibit 46.

 6        We can scroll through this, if you need us to.

 7        MS. O'NEILL:  Your Honor, we stand on our previous

 8   objection.

 9        THE COURT:  Over objection, 46 is in for the

10   reasons stated at the pretrial conference.

11        (Whereupon, Government's Exhibit No. 46 was

12   entered into evidence.)

13        MS. ROSS:  Can we please publish for the jury.

14   Thank you.

15   BY MS. ROSS:

16   Q.  Agent Gardner, who is this email from?

17   A.  This email is from Charlie Kim.

18   Q.  On what date?

19   A.  Wednesday, July 28th, 2021.

20   Q.  How many days after the Belga Café meeting is that?

21   A.  Approximately five days.

22   Q.  And who does he send this email to?

23   A.  So he sends it to himself, he CC's Meghan Messenger and

24   Kevin McCoy and then BCC's investors of Next Jump.

25        MS. ROSS:  Can we please go to Page 7 of this
```

1    exhibit, please.  Sorry.  We're going back to the second

2    page.

3    BY MS. ROSS:

4    Q.  Agent Gardner, looking here, did the Defendant attach

5    anything to this email?

6            MS. O'NEILL:  Your Honor, mischaracterization of

7    the evidence.

8            MS. ROSS:  I'm sorry.  Excuse me.  I misspoke.

9    BY MS. ROSS:

10   Q.  Agent Gardner, did Charlie Kim attach anything to this

11   email?

12   A.  Yes.

13   Q.  And what did he attach?

14   A.  An investor letter and a slides investor letter.

15   Q.  Before reviewing the attachments, can you read just the

16   first paragraph, please.

17   A.  Yes.

18            Dear investors:  This investor update has been

19   sitting in our inbox as we've wanted to give an update timed

20   with key developments in our Navy relationship.

21            A series of meetings culminated to an in-person

22   D.C. meeting with a four-star Navy admiral last Friday,

23   which was an important discussion to give a proper update on

24   what is happening and what is next on the Navy and Business

25   2.  See below for additional update from Kevin McCoy, our

1    new head of finance and operations.  Kevin has been with us

2    for over 20 years and has been MD of our U.K. office.

3    Q.  So we see that Kim wrote in this email that -- which was

4    an important discussion to give a proper update on what is

5    happening and what is next on the Navy and Business 2.

6              Agent Gardner, if you know, what was Next

7    Jump's -- what was the -- what was Business 2's revenue at

8    the time?

9    A.  The revenue was zero at the time.

10             MS. ROSS:  Can we please go to Page 7 of this

11   exhibit.

12   BY MS. ROSS:

13   Q.  Was this attached to that email, Agent Gardner?

14   A.  Yes.

15   Q.  Then looking at the third graph there at the bottom,

16   what does that depict with respect to Biz 2's revenue?

17   A.  So this graph shows, starting back in Quarter 2 of 2018,

18   Next Jump business revenue in millions of dollars.  It peaks

19   to 3.2 in Quarter 1 '19 and then goes to zero in Quarter 2

20   of '19 and extends to Quarter 1 of 2021.

21   Q.  Now going to Page 8 of this exhibit, what is the heading

22   on this letter?

23   A.  Quarter 1 2021 investor letter.

24   Q.  And what did the investor letter Q1 inform the investors

25   with respect to Biz 2?  Can you just read the bullet point

1    beginning with fixed fee revenue, Biz 2, please?

2    A.  Fixed fee revenue, Biz 2, includes secured revenue from

3    organizations using Next Jump HR software and technology to

4    help create and improve workplace culture and

5    decisionmaking.  There was no revenue for Biz 2 in Quarter 1

6    2021 and Quarter 1 2020.

7            MS. ROSS:  Can we please go back to Page 2 of this

8    exhibit.

9    BY MS. ROSS:

10   Q.  Can you pick up where we left off after that first

11   paragraph and read just the next two paragraphs there,

12   please.

13   A.  BLUF, bottom line up front:  Navy relationship is

14   progressing into three phases.  In Phase 3, four-star Navy

15   Admiral Burke is looking to join Next Jump as a full-time

16   employee in July 2022.  Please keep this information as

17   privileged and confidential.

18            In our engagement with Bob Burke, four-star Navy

19   admiral in charge of Europe and Africa, former head of Navy

20   HR, CNP, former number two of Navy, VCNO, he proposed two

21   options as a way forward:

22            Option 1:  Larger, all-Navy deal, 640,000 sailors,

23   where he would champion us to CNO Gilday and VCNO Lescher.

24            Option 2:  Smaller, Europe and Africa Navy deal,

25   14,000 sailors, all under Bob Burke's command, before going

1    for a larger, all-Navy deal.

2    Q.  Can you read just the top sentence of that next

3    paragraph, please?

4    A.  After much discussion and back-and-forth, as well as

5    learning from the last pilot program, we decided Option 2

6    was the smarter, more strategic path to success.

7    Q.  And, Agent Gardner, just to be clear, in this email, who

8    did Kim indicate proposed that option?

9    A.  Who proposed the smaller deal?

10   Q.  Yes.

11   A.  As stated in the email, it was Burke's suggestion.

12   Q.  Then can you read the next paragraph, please, starting

13   with "starting under Burke's command."

14   A.  Starting under Burke's command and control will help us

15   build the tangible proof and results before scaling to an

16   all-Navy deal.  This is a very precise and deliberate

17   approach.

18   Q.  Stopping you there, we see that Kim wrote that the Navy

19   relationship is progressing into three phases.

20          Does Kim tell the investor what those three phases

21   are?

22   A.  He does.

23   Q.  And -- so can you read those phases for us?  We're going

24   to start there where it says Phase 1.  What was Phase 1 of

25   this deal?

1    A.  Phase 1:  Single-digit millions contract to start almost

2    immediately in Burke's Navy 2021 budget.  Fiscal year ends

3    September 30, 2021.  Key objective:  To produce demonstrable

4    metrics of success in Navy Europe and Africa.  We are going

5    to start with their destroyer ships and P-8 planes,

6    squadrons, a little less than 2,000 head count.

7    Q.  Now, just to be clear, did Next Jump have a contract

8    with the Navy at this time?

9    A.  No, they did not.

10   Q.  We see here that Kim wrote:  Phase 1, single-digit

11   millions contract to start almost immediately in Burke's

12   Navy 2021 budget.

13          Was Next Jump able to get a contract during the

14   2021 fiscal year?

15   A.  No.

16   Q.  Did they get a contract shortly after that?

17   A.  Yes.

18   Q.  And when, approximately?

19   A.  Approximately December -- late December of 2021, early

20   January 2022.

21   Q.  And we see that Kim wrote:  The key objective of Phase 1

22   is to produce demonstratable [sic] metrics of success in

23   Navy Europe.

24          Based on your review of the evidence, what was the

25   goal of getting those demonstrable metrics?

1    A.  So then they can use those metrics to pitch to a larger,

2    all-Navy deal.

3          MS. ROSS:  Can we please go to Page 3.  So we're

4    going to continue looking at the phases here.

5    BY MS. ROSS:

6    Q.  Can you read, please, what Phase 2 of this three-phase

7    plan was?

8    A.  Phase 2:  Armed with this success/metrics report from

9    Phase 1, Burke would then sponsor a discussion towards a

10   larger Navy contract in two parts.

11         Part 1:  Upgrade engagement in Burke's world of

12   Europe and Africa into the 2022 Navy budget, starting

13   October 1, 2021, under their culture of excellence program.

14         Burke holds one of three votes within the three

15   fleet commanders, all four-stars who command the war

16   fighting sailors on mission, in the use of this budget,

17   likely to be in the double-digit millions.

18         Part 2:  Upgrade to all-Navy contract.  Armed with

19   the data from Phase 1, Burke would help navigate the

20   decisionmaking process with CNO Gilday and VCNO Lescher.

21   Likely to be in the triple-digit millions.

22   Q.  And how about Phase 3?  What was Phase 3 as Kim

23   described there?

24   A.  Phase 3:  July 2022, Burke would join Next Jump as a

25   full-time employee in our NYC office.  Having run HR in the

1    Navy for three years, as well as the F-100 relationships he

2    has built, we believe he will be a strategic player in

3    helping us expand our Business 2 HR software business into

4    the F-500 world, our Business 1 Perks At Work clients.

5    Please keep this confidential.  We will share more as we are

6    able.

7    Q.  Agent Gardner, just to be clear, based on your review of

8    the evidence, what was your understanding of Phase 1 of the

9    Defendant's engagement with Kim and Messenger?

10   A.  Phase 1 was effectively getting a foot in the door so

11   then they can get results to expand to Phase 2 and then,

12   after Phase 2, Burke would join Next Jump upon retirement

13   from the Navy.

14   Q.  And again, Phase 2 more specifically, what is your

15   understanding of what Phase 2 was there?

16   A.  Burke would sponsor discussions towards getting larger

17   deals with the Navy.

18   Q.  And so Phase 3, it says here that Burke would join Next

19   Jump as a full-time employee in our New York City office.

20          Did that happen, Agent Gardner?

21   A.  It did.

22   Q.  And approximately how many months after that meeting did

23   he do that?

24   A.  After the July 2021 meeting?  He joined the fall of

25   2022, so approximately 15 months.

1          MS. ROSS:  Next can we please pull up, just for

2      the witness, what has been marked as Government Exhibit 47.

3      BY MS. ROSS:

4      Q.  What is this, Agent Gardner?

5      A.  This is an email.

6          MS. ROSS:  The Government moves to admit and

7      publish for the jury what has been marked as Government

8      Exhibit 47.

9          MS. O'NEILL:  Your Honor, we stand on our previous

10     objection.

11         THE COURT:  47 is in over objection.  The

12     Government may publish.

13         MS. ROSS:  Thank you, your Honor.

14         (Whereupon, Government's Exhibit No. 47 was

15     entered into evidence.)

16     BY MS. ROSS:

17     Q.  Agent Gardner, I'm going to direct you to the middle of

18     the page there, the email from Kenny Ackerman.  First, Agent

19     Gardner, who is Kenny Ackerman?

20     A.  He's an investor with Next Jump.

21     Q.  And we see here that he's responding in a chain of

22     emails.  Just to be clear, what email is he responding to?

23     A.  The investor update that we've been discussing.

24         MS. ROSS:  Can we go to Page 2 of this exhibit,

25     please.

1    BY MS. ROSS:

2    Q.  And is this the email in which Kim laid out the

3    three-phase plan?

4    A.  Yes.

5    Q.  Going back to Page 1, can you please read just

6    Paragraphs 2 and 4 of Ackerman's email, the one beginning

7    "you've been talking."

8    A.  Yes.

9         You've been talking about a Navy deal for many

10   years now.  What about trying to secure deals with

11   Fortune 500 companies and others?  You spoke of their piqued

12   interest a couple of years ago when you presented at a

13   conference.  Seems to me you are putting all your eggs in

14   one basket with the Navy with absolutely no guarantee of

15   success.  Either way, I think it makes sense to try and

16   capture business elsewhere.

17        Paragraph 4?

18   Q.  Yes, please.

19   A.  As an investor in Next Jump, I've watched the company

20   basically stagnate for 20 years, with no benefits to its

21   shareholders.  IMO, it's past time to make a serious move,

22   and financial markets have never been better.  We are all

23   getting old waiting for something big to happen.

24   Q.  What does Kim do with this email from Kenny Ackerman?

25   It's at the bottom there.

1    A.  He forwards the email to Meghan Messenger.

2    Q.  And then looking at the top email, what does Messenger

3    do?

4    A.  Messenger forwards the email to the team strategy

5    committee listserv, John Hilliard and Lokeya Venkatachalam.

6    Q.  And can you read her email, please?

7    A.  Yes.

8            Giving Lokeya and John, our TPs with Strat,

9    sharing a little bit more the need for speed and urgency.

10   We are under the gun everywhere.

11   Q.  Agent Gardner, I won't bring up that Next Jump glossary

12   again.  But have you reviewed that glossary for the meaning

13   of TP?

14   A.  Yes.

15   Q.  And what does that mean?

16   A.  Training partner.

17           MS. ROSS:  Next can we please bring up for the

18   witness what has been marked as Government Exhibit 49,

19   please.

20   BY MS. ROSS:

21   Q.  Agent Gardner, what is this an image of?

22   A.  This is a screenshot of a conversation with Bob Burke.

23           MS. ROSS:  The Government moves to admit and

24   publish Government Exhibit 49.

25           MS. O'NEILL:  May I have just a moment, your

1    Honor?

2              THE COURT:  Sure.

3              MS. O'NEILL:  I just want to verify, this is a

4    one-page document?

5              MS. ROSS:  It is, yes.

6              MS. O'NEILL:  We would object on hearsay and

7    foundation.

8              THE COURT:  Do you want to try to lay a foundation

9    for this?

10   BY MS. ROSS:

11   Q.  Agent Gardner, where was this image found?

12   A.  This image was in an email as well as in Charlie Kim's

13   phone.

14   Q.  So was this screenshot part of an extraction of Charlie

15   Kim's phone?

16   A.  Yes.

17             MS. ROSS:  The Government moves to admit and

18   publish Government Exhibit 49.

19             THE COURT:  Over objection, 49 is in.

20             (Whereupon, Government's Exhibit No. 49 was

21   entered into evidence.)

22   BY MS. ROSS:

23   Q.  Agent Gardner, can you tell the jury, what is this an

24   image of?

25   A.  This is a conversation with Robert Burke.

1    Q.  Again, where was it found, exactly?

2    A.  This was attached to an email as well as located on

3    Charlie Kim's phone.

4    Q.  And we'll look at the email that was attached to it a

5    little bit later.  But just focusing here on the message

6    that was sent on Monday, August 23rd, what does Kim write

7    there?

8    A.  Bob, can't imagine what you and your team must go

9    through with Afghanistan.  We're ready to go as soon as

10   you're ready.  Let us know.

11   Q.  And when in relation to the lunch meeting at Belga Café

12   was this?

13   A.  Approximately one month later.

14          MS. ROSS:  Next can we please bring up for the

15   jury and for the witness, please, what has already been

16   admitted as Government Exhibit 50.

17   BY MS. ROSS:

18   Q.  Agent Gardner, what is this?

19   A.  This is a request for voluntary retirement from the

20   Navy.

21   Q.  And what is your understanding of the purpose of this?

22   A.  This is Admiral Burke requesting retirement formally

23   from the Navy.

24   Q.  What is the date of this letter?

25   A.  August 26th, 2021.

Gardner - DIRECT - By Ms. Ross

1    Q.  So approximately how many days after the Defendant

2    received the text message that said, "We're ready to go as

3    soon as you are ready" does the Defendant send this?

4    A.  Three days.

5    Q.  And can you read -- can you please just read Paragraphs

6    1, 2 and 4 of this letter, please.

7    A.  Yes.

8             No. 1:  Having completed over 39 years of active

9    service, I request transfer to the retired list to be

10   effective on the first day of May, 2021, or on the first day

11   of the month following confirmation of a qualified relief,

12   whichever is later.

13            Number 2:  I intend to request ten days'

14   permissive TDY and 30 days' separation leave.  I understand

15   that this is contingent upon confirmation of a qualified

16   relief.

17            Bullet Point 4 -- or I guess, in this, it's the

18   second No. 3:  I have read and thoroughly examined DOD

19   Directive 5500.07-R concerning pre- and post-retirement

20   standards of conduct and employment activities.  I further

21   understand that I may direct any questions to my area ethics

22   counselor at the Office of the Judge Advocate General, Code

23   13.

24   Q.  Agent Gardner, in the course of your investigation, have

25   you read DOD Directive 5500.07-R?

1    A.  I've reviewed it, yes.

2    Q.  And what is it?

3    A.  It's effectively a large document outlining the

4    standards of ethics and conduct.

5    Q.  And does that include a directive governing job

6    negotiations?

7    A.  Yes.

8    Q.  And we see here the Defendant said:  I further

9    understand I may direct any questions to my area ethics or

10   the Office of the Judge Advocate General.

11              If you know, Agent Gardner, did the Defendant have

12   an assigned ethics counselor?

13   A.  Yes.

14   Q.  Who was that?

15   A.  Brad Appleman.

16   Q.  Now, the Defendant wrote that he wants to transfer on

17   the retired list on the first day of May, 2022.  Is that

18   right?

19   A.  Yes.

20   Q.  And then he goes on to say he wants ten days of

21   permissive TDY and 30 days' separation leave.

22              When would that mean the Defendant's retirement

23   was effective, approximately?

24   A.  Approximately mid-June into early July.

25   Q.  And based on your review of the evidence, when did the

1    Defendant officially retire from the Navy?

2    A.  July 2022.

3            MS. ROSS:  Next can we please bring up, just for

4    the witness, what has been marked as Government Exhibit 53.

5    BY MS. ROSS:

6    Q.  What is this, Agent Gardner?

7    A.  This is an email.

8            MS. ROSS:  The Government moves to admit and

9    publish Government Exhibit 53.

10            MS. O'NEILL:  Your Honor, we would object to

11    hearsay.

12            THE COURT:  Overruled for the reasons previously

13    stated in the pretrial conference.

14            53 is admitted and may be published to the jury.

15            (Whereupon, Government's Exhibit No. 53 was

16    entered into evidence.)

17    BY MS. ROSS:

18    Q.  Agent Gardner, who is this email from?

19    A.  Meghan Messenger.

20    Q.  And who does she send it to?

21    A.  Graham Laming, Tom Fuller and several other Next Jump

22    employees, and CC's Charlie Kim.

23    Q.  What date does she send this?

24    A.  September 14th, 2021.

25    Q.  And can you please read the email.

1    A.  Wanted to give this team transparency/our UFC on our

2    Navy thinking.  We don't want Bob to get off the hook.  The

3    dollar amount is less significant at this stage, but

4    ideally, $1 million range contract before this month end

5    when their 2021 budget ends, September 30.

6             See WhatsApp note.  They have to spend the funds

7    they have left before fiscal year ends.

8             See Post-it note.  If contract comes, it triggers

9    several things in rapid succession.

10            Bob/Juliet:  Ability to interact directly with CK

11   and MM since no longer in contract phase.

12            Sailors/leaders of Navy training at Next Jump.

13   Academy-style work.  DevGPS.  10X.  FedRAMP plus contractor

14   status for Next Jump.  While in contact with Bob, support to

15   make those things happen.

16            In our POV, the contract size is less important

17   than the things it triggers, including being able to say

18   we're in partnership with the Navy.

19   Q.  Agent Gardner, based on the three-phase plan and your

20   review of the evidence, we see that Meghan Messenger wrote:

21   In our POV, the contract size is less important than the

22   thing it triggers.

23            What was kind of the goal of the thing that it

24   triggers?  What is that referring to?

25   A.  Well, this would kind of refer to Phase 1, getting that

1    smaller contract that they can then use to generate a

2    larger, all-Navy contract afterwards.

3    Q.  And was there an image embedded in this email?

4    A.  There was.

5    Q.  Can you read what's written there on the image?

6    A.  On the top, $1 million contract.  Bob and Juliet.  Visit

7    MM and CK.  Sailors to Next Jump.  FedRAMP, contract.

8    Q.  Agent Gardner, if you know, what is FedRAMP?

9    A.  FedRAMP is essentially authorizing software to be used

10   on government systems.  It's a certification that allows

11   that, in very layman's terms.

12   Q.  And then just looking again at the text of this email,

13   we see that Messenger wrote:  We don't want Bob to get off

14   the hook.

15          Was there also an image attached to this email, or

16   an attachment to this email?

17   A.  Yes.

18          MS. ROSS:  Can we go to Page 2.

19   BY MS. ROSS:

20   Q.  Under where it says "today" -- so this is the text

21   message that we read a little bit earlier.  But looking at

22   it here, attached to this email, what is written there?

23   A.  Bob:  Heard Juliet and team still evaluating the

24   proposal.  We've had quite a lot of resources on hold to

25   help support this Navy work.  I'm excited for us to get back

 1    into the swing of partnership, advancing sailor judgment and
 2    building great decisionmaking teams.  Our thinking is after
 3    we begin, Meghan and I will plan a trip out there.
 4    Q.  And --
 5              MS. ROSS:  Thank you.  We can take this down.
 6              Can we please pull up and publish for the jury
 7    what has already been admitted as Government Exhibit 56,
 8    please.
 9    BY MS. ROSS:
10    Q.  Looking at the bottom email, who is that bottom email
11    from?
12    A.  The bottom email is from Robert Burke.
13    Q.  Using which account there?
14    A.  His official email account.
15    Q.  And who does he send it to?
16    A.  Charlie Kim and Meghan Messenger.
17    Q.  What's the date of that email?
18    A.  September 22nd, 2021.
19    Q.  And the subject line?
20    A.  Develop-Mental GPS feedback.
21    Q.  And can you read that paragraph at the bottom of the
22    page, please?
23    A.  Charlie/Meghan:  Sorry it has taken so long for me to
24    get back to you.  Lots of excuses, but I've finally had the
25    time to look at Develop-Mental GPS myself and sit down with

1    sailors using it with minimal guidance.  I pasted some

2    unfiltered sailor feedback below for your reference.  Since

3    it is unfiltered and we did not tell them what we were

4    looking for, it's a bit all over the map.

5            My big takeaway, after looking at the tool itself

6    and talking to the sailors who provided this feedback, the

7    tool in and of itself does not stand on its own.

8            MS. ROSS:  Going to Page 2, please.

9    BY MS. ROSS:

10   Q.  Can you just read the paragraph at the end that begins

11   "sorry."

12   A.  Sorry.  Not the quick win you were looking for.  My life

13   has settled down somewhat, back to its normal level of no

14   time, but I am available to talk this week or next, if

15   helpful.

16   Q.  And we saw that the Defendant mentioned feedback.  Did

17   he include some of that feedback in this email?

18   A.  Yes.

19   Q.  And I won't have you read all of the feedback, but to

20   keep it short, can you just read the feedback from the clerk

21   E-6 there?

22   A.  Clerk E-6:  Confusing and unclear how to use the

23   material.  Don't think this would be helpful.  Just another

24   survey.

25   Q.  And now going back to Page 1, how does Kim respond to

 1    the Defendant's email?

 2    A.  Bob:  Haven't had a chance to digest/read your note

 3    below.  We've been buried, as we are holding our first

 4    leadership academy in our offices all day today (NYC,

 5    Boston, London simultaneously).  How do we schedule for you

 6    to come see us in NYC?  Soon.

 7    Q.  And how does the Defendant respond to that?

 8    A.  Thanks, Charlie.  Take your time.  Would love to visit.

 9    First chance will likely be mid-November.  Have some work in

10    Newport, 17/18 November.  Could potentially tack on a day

11    before or after.  Look forward to talking.

12    Q.  And then what does the Defendant write in response?

13    A.  The Defendant or Charlie Kim at the bottom?

14    Q.  What did the Defendant write there at 8:58 a.m.?

15    A.  Thanks, Charlie.  Take your time.  Would love to visit.

16    First chance will likely be mid-November.  Have some work in

17    Newport 17/18 November.  Could potentially tack on a day

18    before or after.  Look forward to talking.

19    Q.  I'm sorry.  I know I just made you read that twice.  I

20    apologize.

21            What does Kim write in response to that?

22    A.  What works better, 16 or 19th of November?  We can clear

23    up those dates.  Let's pencil in so we don't schedule over

24    them.  Pick one of the two.  Either looks good right now.

25    Q.  Then can you read the response?

1    A.  Charlie, no idea if I can make this work yet.  But

2    speaking tentatively, 16th looks promising.  Will follow up

3    with you soonest.

4    Q.  And then what does Kim do with that email?

5    A.  Forwards it to the listserv team Next Jump partners.

6    Q.  Did you investigate that -- that listserv?

7    A.  Yes.

8    Q.  And what did you learn?

9    A.  It's select members of the Next Jump team, more senior

10   individuals.

11   Q.  And what does Kim write in that email?

12   A.  FYI.  Always moving oars in the water.  Speed.  Smart,

13   decisive action.

14   Q.  Agent Gardner, did you find evidence that the Defendant

15   went to Next Jump's office and met with Kim and Messenger as

16   they discussed in this email?

17   A.  Yes.

18   Q.  And was that on November 16th, as they discussed in this

19   email?

20   A.  Yes.

21   Q.  And prior to November 16th, did the Defendant and Kim

22   and Messenger continue speaking?

23   A.  Yes.

24           MS. ROSS:  Can we please pull up, just for the

25   witness, what has been marked as Government Exhibit 57.

1    BY MS. ROSS:

2    Q.  What is this, Agent Gardner?

3    A.  This is a meeting invite.

4            MS. ROSS:  The Government moves to admit and

5    publish Government Exhibit 57.

6            MS. O'NEILL:  No objection, your Honor.

7            THE COURT:  Without objection, 57 is in and may be

8    published to the jury.

9            (Whereupon, Government's Exhibit No. 57 was

10   entered into evidence.)

11           MS. ROSS:  Thank you.

12   BY MS. ROSS:

13   Q.  We're going to start with Page 2, please.  Just looking

14   at the email here, who's it from?

15   A.  Roger Meyer.

16   Q.  And who does he send it to?

17   A.  Charlie Kim.

18   Q.  On what date?

19   A.  October 5th, 2021.

20   Q.  And what's the subject line?

21   A.  WhatsApp video with Admiral Burke.

22   Q.  And can you read that email, please?

23   A.  Sir, Admiral Burke asked me to reach out to see if you

24   would be available for a WhatsApp video between 1800 and

25   1900 CET in the next couple of weeks.  As of now, I can

1   offer the following dates:  11, 12, 18 or 21 October; 1, 2

2   November.

3   Q.  And now going to Page 1 of this exhibit, and just

4   looking at the bottom, does Kim respond?

5   A.  He does.

6   Q.  And what does he say there?

7   A.  Roger, sorry it's been so crazy busy on our end.  Will

8   try and look at these times later today and revert.

9   Q.  Who does he include on that response?

10  A.  Roger Meyer and Meghan Messenger.

11  Q.  Now, just looking at the top email briefly, what date

12  does Kim say works for him and Messenger?

13  A.  November 2nd.

14          MS. ROSS:  Can we please bring up, just for the

15  witness, Government Exhibit 59, please.

16  BY MS. ROSS:

17  Q.  What is Exhibit 59, Agent Gardner?

18  A.  It is an email.

19          MS. ROSS:  The Government moves to admit and

20  publish Government Exhibit 59.

21          MS. O'NEILL:  No objection, your Honor.

22          THE COURT:  Without objection, 59 is in and may be

23  published to the jury.

24          (Whereupon, Government's Exhibit No. 59 was

25  entered into evidence.)

1    BY MS. ROSS:

2    Q.  Agent Gardner, who is this email from?

3    A.  Robert Burke.

4    Q.  Who does he send it to?

5    A.  Charlie Kim and Meghan Messenger.  And he CC's Juliet

6    Beyler, Kyle Gantt, James Merchant, Cameron Chen and Ben

7    Reynolds.

8    Q.  Agent Gardner, who are Eugene Black, Kyle Gantt, James

9    Merchant, Cameron Chen and Benjamin Reynolds?

10   A.  They're all senior leaders with the Navy under Burke's

11   command in Naples and Rota.

12   Q.  And what is the date of this email?

13   A.  Thursday, November 4th, 2021.

14   Q.  And can you please read the first paragraph of this

15   email.

16   A.  Charlie/Meghan:  Thanks for your call on Tuesday and for

17   your flexibility on how we might put together a small pilot

18   program in place at U.S. Naval Forces Europe.

19   Q.  Stopping you there, we see the Defendant wrote:  Thanks

20   for your call on Tuesday.

21           What would the date have been of that call?

22   A.  November 2nd.

23   Q.  Was that the date Kim confirmed for the WhatsApp call in

24   the email we just saw?

25   A.  Yes.

1    Q.  And can you please continue reading the second

2    paragraph, please.

3    A.  I've attached bios for the (up to) four people I'd like

4    to send to your 1/2 December leadership academy course.

5    We'll provide travel and lodging for them.  Appreciate your

6    offer to take them into the course.  They are all gifted

7    leaders, thought leaders in our organization, and each has a

8    promising career outlook with a high likelihood of further

9    promotion and positions of increasing responsibility.

10            I have not had the chance to confirm that Kyle and

11   Cameron will be available, but I wanted to get this to you

12   today as promised.

13   Q.  So we see here that the Defendant says:  I have not had

14   the chance to confirm that Kyle and Cameron will be

15   available, but wanted to get this to you today as promised.

16            Even though the Defendant had not received

17   confirmation from Kyle and Cameron, are they included on

18   this email?

19   A.  They are.

20   Q.  We also see that the Defendant said that "I've attached

21   bios for the (up to) four people I'd like to send to your

22   1/2 December leadership academy course."

23            Did the Defendant attach those documents to this

24   email?

25   A.  Yes.

1      MS. ROSS:  Can we please scroll through to Page 6

2  of this exhibit.

3  BY MS. ROSS:

4  Q.  Agent Gardner, were those bios that the Defendant had

5  attached to this email?

6  A.  Yes.

7      MS. ROSS:  Can we please go back to Page 1.

8  BY MS. ROSS:

9  Q.  Can you continue reading just the last two paragraphs of

10  that email, please?

11  A.  I've copied each of them on the email so you have their

12  contact info.  Some are at sea and may not be in a position

13  to respond in a timely manner.

14      I'll get back to you in a few days with a straw

15  man for next steps on the pilot program.

16      MS. ROSS:  Next can we please pull up, just for

17  the witness, what has been marked as --

18      THE COURT:  Actually, why don't we stop there for

19  lunch.

20      Ladies and gentlemen, I'll ask you to come back at

21  1:35 for resumed testimony from Agent Gardner.

22      Agent Gardner, I'll direct you not to discuss the

23  contents of your testimony with anyone over the lunch break.

24      THE WITNESS:  Yes, your Honor.

25      THE COURT:  Thanks.

1              (Whereupon, the jury exited the courtroom at 12:24

2     p.m. and the following proceedings were had:)

3              THE COURT:  Mr. Parlatore, were you all able to

4     resolve the issue?

5              MR. WILMOT:  I have an update I can give on that.

6              THE COURT:  Why don't we talk -- deal with it at

7     1:30.

8              See you all then.

9              (Thereupon, a luncheon recess was taken.)

10              (Morning session concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **<u>CERTIFICATE</u>**

2

3                  I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10                  Dated this 8th day of May, 2025.

11

12              <u>/s/ Lisa Edwards, RDR, CRR</u>
                Official Court Reporter
13              United States District Court for the
                  District of Columbia
14              333 Constitution Avenue, Northwest
                Washington, D.C. 20001
15              (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$20** [3] - 39:21, 42:25, 44:12
**$292** [1] - 76:20
**$50** [3] - 40:11, 42:22, 44:12

## '

**'19** [2] - 99:19, 99:20

## /

**/s** [1] - 125:12

## 1

**1** [41] - 18:11, 31:13, 32:18, 33:7, 40:25, 46:8, 65:11, 79:23, 80:6, 81:8, 81:10, 81:11, 85:19, 99:19, 99:20, 99:23, 100:5, 100:6, 100:22, 101:24, 102:1, 102:10, 102:21, 103:9, 103:11, 103:13, 103:19, 104:4, 104:8, 104:10, 106:5, 110:6, 110:8, 113:4, 113:25, 114:6, 116:25, 120:1, 120:3, 123:7
**1/2** [1] - 122:4, 122:22
**10** [10] - 3:7, 55:13, 75:15, 89:17, 90:8, 90:14, 91:1, 91:9, 92:23, 93:15
**100** [2] - 70:4, 74:1
**1000** [2] - 1:18, 46:25
**10016** [1] - 1:22
**102** [1] - 1:24
**105** [1] - 3:19
**108** [1] - 3:19
**10:00** [2] - 55:22, 56:5
**10th** [1] - 39:12
**10X** [5] - 25:11, 27:1, 27:2, 27:4, 113:13
**11** [2] - 75:3, 120:1
**112** [1] - 3:20
**119** [1] - 3:20
**11:02** [1] - 71:21
**11:17** [1] - 73:1
**11:30** [2] - 55:22,

55:25
**11:31** [1] - 39:12
**11:36:44** [1] - 63:24
**11:37** [2] - 63:19, 65:23
**11:40** [2] - 55:25, 56:2
**12** [4] - 3:8, 75:8, 93:23, 120:1
**120** [1] - 3:21
**12:00** [1] - 80:10
**12:24** [1] - 124:1
**12th** [3] - 44:8, 44:20, 44:25
**13** [3] - 94:8, 94:10, 110:23
**1301** [1] - 1:18
**135** [2] - 26:2, 28:2
**13th** [1] - 46:14
**14** [2] - 30:15, 81:23
**14,000** [1] - 100:25
**14th** [4] - 29:13, 31:12, 48:12, 112:24
**15** [4] - 3:8, 18:10, 94:20, 104:25
**152** [5] - 3:11, 31:25, 32:11, 32:13, 32:15
**153** [5] - 3:8, 14:19, 14:24, 15:4, 15:6
**15411** [1] - 1:24
**15th** [2] - 17:14, 54:14
**16** [7] - 3:7, 10:1, 10:3, 10:9, 10:11, 10:13, 117:22
**1600** [1] - 14:1
**162** [5] - 3:9, 19:24, 20:5, 20:10, 20:12
**16th** [5] - 18:23, 55:5, 118:2, 118:18, 118:21
**17** [1] - 3:9
**17/18** [2] - 117:10, 117:17
**173** [2] - 77:3, 77:22
**17th** [1] - 1:21
**18** [7] - 3:8, 11:22, 12:2, 12:4, 12:6, 95:1, 120:1
**1800** [1] - 119:24
**1900** [1] - 119:25
**19th** [4] - 19:20, 57:6, 58:21, 117:22
**1:00** [2] - 18:16, 19:14
**1:30** [8] - 17:25, 69:2, 70:9, 70:17, 71:1, 74:12, 124:7
**1:35** [1] - 123:21
**1:48** [1] - 75:13

## 2

**2** [39] - 17:4, 22:18, 31:3, 34:17, 39:8, 45:9, 58:15, 63:6, 67:20, 76:21, 77:13, 86:16, 98:25, 99:5, 99:17, 99:19, 99:25, 100:1, 100:2, 100:5, 100:7, 100:24, 101:5, 103:6, 103:8, 103:18, 104:3, 104:11, 104:12, 104:14, 104:15, 105:24, 106:6, 110:6, 110:13, 114:18, 116:8, 119:13, 120:1
**2's** [2] - 99:7, 99:16
**2,000** [1] - 102:6
**20** [5] - 3:9, 42:23, 70:3, 99:2, 106:20
**20,000** [1] - 42:21
**20-minute** [1] - 69:6
**20001** [2] - 2:4, 125:14
**2018** [1] - 99:17
**2019** [1] - 11:20
**202** [2] - 2:4, 125:15
**2020** [4] - 34:7, 34:8, 37:24, 100:6
**2021** [64] - 10:19, 11:13, 11:16, 12:11, 14:10, 15:12, 16:8, 16:10, 17:14, 18:23, 21:2, 23:4, 24:20, 24:22, 35:25, 43:5, 43:6, 43:13, 44:8, 44:20, 44:25, 46:14, 51:4, 51:5, 54:14, 55:16, 57:6, 58:21, 63:16, 63:19, 63:23, 63:24, 64:13, 64:25, 65:17, 75:13, 76:12, 77:12, 77:16, 79:10, 84:20, 85:8, 85:24, 96:1, 96:12, 97:19, 99:20, 99:23, 100:6, 102:2, 102:3, 102:12, 102:14, 102:19, 103:13, 104:24, 109:25, 110:10, 112:24, 113:5, 115:18, 119:19, 121:13
**2022** [10] - 5:12, 80:3, 80:18, 100:16, 102:20, 103:12, 103:24, 104:25, 111:17, 112:2

**2025** [2] - 1:6, 125:10
**20530** [2] - 1:15, 1:19
**20K** [3] - 39:14, 39:21, 40:11
**20th** [5] - 12:11, 21:2, 23:4, 24:22, 29:20
**21** [6] - 3:9, 16:15, 16:20, 16:25, 17:2, 120:1
**21st** [2] - 24:19, 29:19
**22** [6] - 3:10, 21:16, 21:22, 21:24, 22:1
**22nd** [3] - 51:4, 51:13, 115:18
**23** [8] - 3:10, 23:22, 24:2, 24:9, 28:4, 29:16, 30:2, 46:24
**23rd** [19] - 46:17, 51:4, 51:7, 51:14, 55:16, 63:19, 63:23, 64:13, 64:25, 65:17, 75:13, 75:18, 76:12, 77:16, 79:10, 96:1, 96:12, 96:22, 109:6
**24** [9] - 3:10, 3:11, 28:13, 28:19, 28:23, 28:25, 29:15, 30:3, 33:4
**24-00265-1** [1] - 1:3
**24-265-1** [1] - 4:4
**24th** [9] - 55:7, 57:6, 63:16, 84:20, 85:8, 85:24, 96:1, 96:12, 96:22
**26** [5] - 3:12, 35:8, 35:14, 35:19, 35:21
**260** [1] - 1:21
**26th** [1] - 109:25
**27** [5] - 3:12, 37:3, 37:8, 37:12, 37:14
**28** [9] - 3:11, 3:13, 38:20, 38:22, 38:25, 39:5, 39:6, 44:14, 44:17
**28th** [1] - 97:19
**29th** [1] - 77:12
**2:00** [3] - 18:16, 19:14, 80:10
**2nd** [2] - 120:13, 121:22

## 3

**3** [10] - 41:17, 63:12, 87:1, 100:14, 103:3, 103:22, 103:24, 104:18, 110:18

**3.2** [1] - 99:19
**30** [11] - 3:16, 13:7, 42:17, 57:21, 58:3, 58:5, 58:7, 102:3, 110:14, 111:21, 113:5
**301** [3] - 56:3, 69:1, 75:20
**31** [6] - 3:13, 43:16, 43:21, 43:23, 43:25, 44:22
**32** [7] - 3:11, 3:14, 45:20, 45:22, 45:25, 46:2, 46:4
**33** [5] - 3:14, 48:24, 49:5, 49:7, 49:9
**333** [2] - 2:3, 125:14
**34** [6] - 3:15, 50:13, 50:19, 50:21, 50:23, 51:2
**35** [7] - 3:12, 3:15, 50:14, 50:19, 50:21, 50:23, 51:11
**354-3269** [2] - 2:4, 125:15
**36** [6] - 3:15, 51:23, 52:2, 52:5, 52:15, 52:17
**37** [3] - 3:12, 54:19, 75:15
**38** [1] - 76:7
**39** [8] - 3:13, 3:17, 77:21, 78:14, 78:19, 78:22, 78:23, 110:8
**39-335-825-7933** [1] - 18:17
**3:00** [2] - 56:2, 56:4
**3:24** [1] - 49:25
**3:30** [2] - 56:4, 56:5
**3:46** [1] - 76:14

## 4

**4** [7] - 55:2, 55:4, 87:11, 106:6, 106:17, 110:6, 110:17
**40** [1] - 42:17
**403** [1] - 60:12
**42** [7] - 3:16, 59:3, 59:9, 62:19, 62:20, 64:15, 84:22
**42-A** [7] - 3:17, 64:9, 65:3, 65:7, 65:8, 73:10, 73:14
**42-B** [5] - 3:18, 84:16, 85:11, 85:14, 85:16
**43** [3] - 3:13, 82:9, 82:15
**44** [1] - 56:23

**46** [6] - 3:14, 3:18, 96:25, 97:5, 97:9, 97:11

**47** [5] - 3:19, 105:2, 105:8, 105:11, 105:14

**49** [7] - 3:14, 3:19, 107:18, 107:24, 108:18, 108:19, 108:20

**4:46** [1] - 63:16

**4:46:06** [1] - 63:24

**4th** [2] - 63:24, 121:13

---

**8**

**8** [7] - 1:6, 14:1, 71:12, 73:13, 73:15, 92:15, 99:21

**85** [1] - 3:18

**85379** [1] - 1:25

**87** [1] - 63:17

**87471231** [1] - 49:18

**8:00** [3] - 18:15, 19:3, 19:14

**8:58** [1] - 117:14

**8:59:02** [1] - 37:18

**8th** [7] - 5:12, 14:10, 16:7, 16:10, 68:10, 125:10

---

**9**

**9** [3] - 3:4, 74:4, 92:25

**90-minute** [1] - 18:1

**902(14** [2] - 61:13, 61:14

**917-921-3766)** [1] - 18:3

**97** [1] - 3:18

**9:00** [4] - 17:24, 18:15, 19:4, 19:14

**9:15** [2] - 55:18, 55:20

**9:34** [1] - 1:7

**9:40** [1] - 9:6

**9:45** [1] - 55:20

**9th** [1] - 45:16

---

**A**

**a.m** [10] - 1:7, 9:7, 55:18, 55:22, 63:19, 63:24, 65:23, 71:22, 73:1, 117:14

**ability** [3] - 8:6, 113:10, 125:7

**ability/desire** [1] - 33:19

**able** [16] - 6:13, 7:10, 8:2, 15:24, 16:1, 22:23, 27:24, 30:21, 59:25, 60:15, 63:4, 93:21, 102:13, 104:6, 113:17, 124:3

**absolutely** [1] - 106:14

**abuse** [1] - 60:6

**academy** [4] - 113:13, 117:4, 122:4, 122:22

**academy-style** [1] - 113:13

**accelerating** [1] - 30:10

**accept** [1] - 30:21

**access** [2] - 36:6, 61:10

**accompanying** [1] - 58:1

**according** [5] - 26:18, 27:2, 27:4, 27:21, 39:15

**account** [2] - 115:13, 115:14

**accurate** [2] - 32:7, 61:7, 125:4

**accusations** [1] - 5:18

**accused** [1] - 5:14

**Ackerman** [3] - 105:18, 105:19, 106:24

**Ackerman's** [1] - 106:6

**acronyms** [1] - 25:23

**acting** [1] - 16:1

**Action** [1] - 1:3

**action** [2] - 118:13

**active** [2] - 11:17, 110:8

**activities** [1] - 110:20

**actual** [1] - 53:14

**added** [2] - 34:12, 75:10

**additional** [1] - 98:25

**address** [3] - 6:13, 47:25, 52:22

**administration** [1] - 36:17

**Admiral** [11] - 4:16, 19:12, 47:3, 47:4, 60:3, 60:17, 100:15, 109:22, 119:21, 119:23

**admiral** [5] - 15:16, 38:6, 88:13, 98:22, 100:19

**admissibility** [1] - 62:3

**admissible** [4] - 61:21, 62:1, 83:4, 83:5

**admit** [31] - 10:8, 12:1, 14:23, 16:19, 20:4, 21:21, 24:1, 24:8, 28:18, 32:10, 35:13, 37:7, 38:24, 43:20, 45:24, 49:4, 50:18, 52:4, 58:2,

---

59:8, 65:2, 78:18, 82:14, 85:10, 97:4, 105:6, 107:23, 108:17, 112:8, 119:4, 120:19

**admitted** [13] - 26:2, 29:16, 35:19, 54:19, 56:23, 60:20, 64:16, 76:7, 77:2, 84:24, 109:16, 112:14, 115:7

**ADMITTED** [1] - 3:6

**admitting** [1] - 37:11, 61:22, 83:2

**Adonis** [1] - 92:2

**advancing** [1] - 115:1

**advantage** [1] - 40:13

**advice** [2] - 53:23, 93:7

**advising** [1] - 66:19

**Advocate** [2] - 110:22, 111:10

**affair** [1] - 57:19

**Afghanistan** [1] - 109:9

**Africa** [6] - 39:14, 42:20, 100:19, 100:24, 102:4, 103:12

**afternoon** [2] - 19:11, 48:9

**afterwards** [3] - 27:8, 48:5, 114:2

**agent** [7] - 6:21, 59:15, 59:22, 60:9, 89:22

**Agent** [149] - 9:10, 9:17, 10:16, 11:24, 12:9, 13:20, 14:5, 14:9, 14:21, 15:9, 16:7, 17:7, 19:19, 20:2, 20:15, 21:11, 21:19, 22:4, 22:21, 23:5, 23:17, 23:24, 24:12, 27:3, 28:16, 29:3, 31:1, 31:5, 31:18, 32:2, 32:18, 32:24, 34:25, 35:11, 35:24, 36:23, 37:5, 37:17, 38:16, 38:22, 40:5, 40:15, 44:3, 44:19, 45:1, 45:7, 46:7, 47:10, 49:25, 50:16, 51:2, 52:2, 52:20, 53:25, 54:3, 54:6, 54:15, 54:21, 55:16, 56:6, 56:25, 57:13, 57:24, 58:10, 59:6, 62:8, 62:23, 63:14, 64:11, 66:13,

---

68:8, 68:17, 68:22, 69:8, 69:13, 69:24, 70:25, 71:17, 72:3, 73:4, 73:5, 73:12, 73:17, 74:6, 75:3, 75:17, 75:25, 77:5, 78:3, 78:9, 78:16, 79:2, 79:16, 80:17, 81:9, 82:12, 84:18, 85:19, 86:18, 87:18, 88:2, 88:12, 88:19, 89:6, 89:13, 90:2, 90:13, 90:17, 91:7, 91:16, 91:22, 92:7, 92:17, 93:5, 93:13, 94:25, 95:10, 96:10, 97:2, 97:16, 98:4, 98:10, 99:6, 99:13, 101:7, 104:7, 104:20, 105:4, 105:17, 105:18, 107:11, 107:21, 108:11, 108:23, 109:18, 110:24, 111:11, 112:6, 112:18, 113:19, 114:8, 118:14, 119:2, 120:17, 121:2, 121:8, 123:4, 123:21, 123:22

**aggressively** [2] - 25:16, 26:13

**ago** [1] - 106:12

**agree** [2] - 62:5, 84:8

**agreed** [6] - 87:15, 87:20, 87:24, 88:9, 88:13, 89:8

**ahead** [1] - 87:13

**aid** [2] - 64:23, 85:6

**aide** [2] - 13:21, 14:6

**air** [1] - 45:14

**al** [1] - 70:23

**Alison** [1] - 72:6

**all-Navy** [8] - 45:11, 80:1, 100:22, 101:1, 101:16, 103:2, 103:18, 114:2

**allowed** [1] - 60:13

**allowing** [1] - 60:8

**allows** [1] - 114:10

**ally** [2] - 81:20, 95:17

**almost** [4] - 79:20, 83:14, 102:1, 102:11

**alone** [1] - 57:12

**alternatively** [1] - 48:9

**Amanda** [1] - 72:7

**ambush** [1] - 53:15

**amenities** [1] - 32:25

**America** [1] - 4:4

**AMERICA** [1] - 1:3

---

**5**

**5** [5] - 30:10, 42:18, 55:8, 69:12, 90:4

**5,000** [1] - 92:22

**50** [2] - 3:15, 109:16

**500** [1] - 106:11

**500K** [1] - 89:19

**51** [1] - 75:13

**52** [1] - 3:15

**53** [5] - 3:20, 112:4, 112:9, 112:14, 112:15

**5500.07-R** [2] - 110:19, 110:25

**56** [1] - 115:7

**57** [5] - 3:20, 118:25, 119:5, 119:7, 119:9

**58** [1] - 3:16

**59** [6] - 3:21, 120:15, 120:17, 120:20, 120:22, 120:24

**5th** [5] - 10:19, 11:13, 11:16, 35:24, 119:19

---

**6**

**6** [3] - 69:24, 91:6, 123:1

**601** [1] - 1:15

**62** [1] - 3:16

**640,000** [1] - 100:22

**65** [1] - 3:17

**6706** [1] - 2:3

**6:00** [1] - 55:18

---

**7**

**7** [4] - 70:10, 91:20, 97:25, 99:10

**78** [1] - 3:17

**7930** [1] - 51:10

**7:30** [1] - 17:24

**Amex** [2] - 77:6, 78:6
**amount** [2] - 77:17, 113:3
**ample** [1] - 60:1
**analysis** [1] - 22:15
**angle** [1] - 53:16
**angles** [1] - 36:15
**anniversary** [1] - 13:15
**anonymously** [1] - 38:10
**answer** [1] - 93:13
**answered** [1] - 96:7
**Antoinette** [1] - 4:15
**ANTOINETTE** [1] - 1:23
**apologize** [1] - 117:20
**app** [1] - 27:9
**aPPEARANCES** [1] - 1:12
**Appleman** [1] - 111:15
**applied** [1] - 66:17
**appreciate** [1] - 122:5
**appreciated** [1] - 89:21
**approach** [3] - 59:11, 82:20, 101:17
**appropriate** [1] - 84:9
**approve** [1] - 68:10
**approx** [1] - 39:14
**apps** [2] - 22:10, 53:8
**April** [15] - 14:1, 14:10, 15:12, 16:7, 16:10, 17:14, 18:23, 19:20, 21:2, 23:4, 24:19, 24:22, 29:19, 29:20, 30:10
**area** [6] - 33:17, 46:16, 46:23, 67:1, 110:21, 111:9
**argued** [2] - 25:10, 26:25
**argument** [1] - 62:9
**Arizona** [1] - 1:25
**Arlington** [2] - 50:4, 50:7
**armed** [2] - 103:8, 103:18
**arrive** [1] - 48:9
**articulate** [1] - 27:24
**ASAP** [1] - 79:20
**assigned** [1] - 111:12
**assistant** [1] - 69:4
**assisted** [1] - 22:16

**assuming** [1] - 39:15
**assumption** [2] - 14:2, 14:8
**athletes** [1] - 30:17
**attach** [4] - 98:4, 98:10, 98:13, 122:23
**attached** [8] - 99:13, 109:2, 109:4, 114:15, 114:22, 122:3, 122:20, 123:5
**attachment** [1] - 114:16
**attachments** [2] - 41:11, 98:15
**attend** [3] - 33:19, 34:4, 48:16
**attended** [1] - 46:24
**attending** [4] - 14:2, 14:8, 48:8, 56:18
**attention** [1] - 12:9
**attentive** [1] - 86:9
**ATTORNEY'S** [1] - 1:14
**audience** [2] - 27:7, 27:8
**August** [7] - 5:12, 29:13, 30:15, 31:12, 81:23, 109:6, 109:25
**Aussie** [1] - 95:19
**Aussies** [4] - 95:5, 95:11, 95:17, 95:20
**Australian** [1] - 95:13
**authentic** [3] - 61:15, 61:20, 61:25
**author/researchers** [1] - 30:17
**authorizing** [1] - 114:9
**available** [7] - 19:15, 68:13, 74:8, 116:14, 119:24, 122:11, 122:15
**Avenue** [4] - 1:18, 1:21, 2:3, 125:14
**avenues** [1] - 83:2
**avoid** [1] - 26:21
**avoids** [1] - 18:18
**aware** [2] - 53:17, 69:5
**awesome** [2] - 66:21, 66:24

---

**B**

---

**B/W** [1] - 42:1
**baby** [1] - 92:1
**back-and-forth** [2] - 49:24, 101:4

**bad** [1] - 94:23
**badly** [1] - 36:17
**bail** [1] - 11:5
**Bajan** [2] - 49:14, 50:5
**bar** [1] - 68:23
**Barbara** [8] - 10:24, 11:1, 29:8, 29:10, 30:12, 33:18, 69:5, 69:23
**base** [2] - 13:7, 89:19
**based** [9] - 81:9, 84:5, 88:12, 89:6, 89:22, 102:24, 104:7, 111:25, 113:19
**basis** [2] - 34:12, 82:25
**basket** [1] - 106:14
**bc** [2] - 70:15, 70:16
**BCC's** [1] - 97:24
**Becky** [1] - 25:9
**become** [2] - 36:8, 40:23
**becoming** [2] - 30:13, 90:19
**BEFORE** [1] - 1:10
**beg** [1] - 72:4
**begin** [1] - 115:3
**beginning** [7] - 15:19, 41:9, 41:22, 42:5, 42:14, 100:1, 106:6
**begins** [1] - 116:10
**behalf** [2] - 4:9, 4:15
**behind** [4] - 36:14, 42:7, 90:9, 90:15
**Belga** [16] - 67:4, 68:9, 68:15, 68:17, 76:1, 76:5, 76:10, 77:16, 77:18, 79:11, 86:3, 96:5, 96:15, 96:20, 97:20, 109:11
**belong** [1] - 77:8
**belonged** [1] - 63:9
**belonging** [1] - 77:14
**below** [4] - 30:15, 98:25, 116:2, 117:3
**Belva** [3] - 68:12, 74:8, 74:12
**Ben** [1] - 121:6
**bench** [2] - 59:12, 82:21
**benefit** [1] - 30:23
**benefits** [1] - 106:20
**Benjamin** [1] - 121:9
**best** [2] - 25:13, 125:7
**better** [4] - 48:6, 62:9, 106:22, 117:22
**between** [21] - 17:15,

17:24, 18:15, 21:12, 23:13, 24:23, 39:14, 42:1, 42:2, 59:19, 63:23, 64:12, 64:24, 65:12, 76:16, 79:24, 84:19, 85:7, 85:20, 119:24
**Beyler** [3] - 31:2, 45:18, 121:6
**beyond** [3] - 6:23, 7:2, 73:20
**bias** [2] - 60:3, 60:17
**big** [2] - 106:23, 116:5
**Bill** [7] - 12:18, 13:1, 36:2, 52:24, 54:1, 54:4, 54:7
**bill** [3] - 12:20, 53:3, 76:19
**billionaires** [1] - 30:17
**bios** [3] - 122:3, 122:21, 123:4
**bit** [10] - 9:20, 41:20, 41:24, 43:4, 70:3, 93:22, 107:9, 109:5, 114:21, 116:4
**Biz** [5] - 99:16, 99:25, 100:1, 100:2, 100:5
**biz** [1] - 89:17
**Black** [1] - 121:8
**block** [2] - 18:1, 56:14
**blocked** [1] - 67:10
**blond** [1] - 91:4
**blue** [2] - 65:13, 85:22
**BLUF** [1] - 100:13
**Bob** [20] - 12:18, 14:3, 14:8, 17:24, 19:2, 29:13, 36:2, 39:13, 47:15, 48:4, 100:18, 100:25, 107:22, 109:8, 113:2, 113:14, 114:6, 114:13, 114:23, 117:2
**Bob/Barbara** [1] - 30:8
**Bob/Juliet** [1] - 113:10
**body** [1] - 41:3
**book** [4] - 50:2, 50:6, 54:22, 67:11
**booked** [1] - 50:4
**Boston** [1] - 117:5
**bottom** [25] - 12:10, 17:7, 17:9, 29:3, 29:5, 31:15, 42:13, 45:13, 46:8, 46:18, 49:12,

54:11, 79:2, 79:4, 93:25, 99:15, 100:13, 106:25, 115:10, 115:12, 115:21, 117:13, 120:4
**box** [3] - 45:8, 45:12, 45:14
**boxes** [1] - 45:10
**Brad** [1] - 111:15
**Brady** [1] - 6:7
**break** [5] - 52:10, 62:14, 71:15, 71:18, 123:23
**breakfast** [1] - 55:18
**Brendan** [1] - 25:9
**brick** [1] - 68:2
**bridges** [1] - 94:24
**briefed** [1] - 83:1
**briefly** [2] - 87:18, 120:11
**brilliant** [1] - 91:23
**bring** [29] - 4:25, 9:4, 11:21, 14:18, 15:23, 16:14, 26:1, 31:24, 33:3, 35:7, 41:21, 44:16, 57:20, 59:2, 64:8, 73:9, 76:6, 77:1, 77:20, 78:14, 82:8, 84:9, 84:15, 107:11, 107:17, 109:14, 112:3, 120:14
**broke** [1] - 18:13
**budget** [8] - 36:16, 79:22, 79:23, 102:2, 102:12, 103:12, 103:16, 113:5
**build** [1] - 101:15
**building** [1] - 115:2
**built** [2] - 9:19, 104:2
**bullet** [3] - 41:7, 41:16, 99:25
**Bullet** [2] - 41:17, 110:17
**bunch** [1] - 20:23
**buried** [1] - 117:3
**Burke** [104] - 4:5, 4:16, 10:17, 10:23, 10:24, 11:1, 12:15, 13:21, 14:6, 15:10, 19:5, 21:7, 25:5, 25:12, 25:14, 25:17, 25:22, 26:6, 26:14, 27:1, 27:15, 27:20, 29:7, 29:8, 29:10, 29:13, 35:2, 40:14, 40:19, 41:20, 41:23, 41:24, 42:8, 47:3, 47:13, 47:20, 52:21, 54:11, 54:25, 57:3, 57:18, 57:25, 58:6, 58:11,

58:16, 59:19, 60:4, 60:17, 63:23, 65:15, 66:21, 66:25, 68:25, 69:2, 69:10, 70:2, 70:6, 70:13, 70:17, 70:22, 74:2, 74:11, 79:18, 81:12, 86:6, 86:10, 86:14, 86:20, 86:23, 87:2, 87:8, 87:14, 87:23, 89:20, 90:8, 91:5, 91:11, 91:15, 92:3, 92:21, 93:6, 93:9, 94:4, 94:12, 94:16, 94:19, 95:6, 95:17, 100:15, 100:18, 103:9, 103:14, 103:19, 103:24, 104:12, 104:16, 104:18, 107:22, 108:25, 109:22, 115:12, 119:21, 119:23, 121:3

**BURKE** [1] - 1:6

**Burke's** [16] - 11:2, 17:11, 19:12, 23:14, 29:11, 42:2, 42:4, 85:21, 100:25, 101:11, 101:13, 101:14, 102:2, 102:11, 103:11, 121:10

**Burke/Navy** [2] - 45:6, 45:15

**Business** [5] - 98:24, 99:5, 99:7, 104:3, 104:4

**business** [9] - 34:2, 56:7, 67:1, 67:6, 67:10, 67:14, 99:18, 104:3, 106:16

**busy** [3] - 46:19, 46:22, 120:7

**buy** [2] - 94:2, 94:13

**BY** [124] - 2:1, 9:16, 10:2, 10:15, 11:23, 12:8, 14:20, 15:8, 16:16, 17:6, 20:1, 20:14, 21:18, 22:3, 22:20, 23:23, 24:11, 26:4, 28:3, 28:15, 29:2, 29:17, 30:4, 31:4, 31:14, 32:1, 32:17, 32:23, 33:6, 35:10, 35:23, 37:4, 37:16, 38:21, 39:10, 43:17, 44:2, 44:18, 44:23, 45:21, 46:6, 48:15, 49:1, 49:11, 50:15, 51:1, 52:1, 52:19, 54:20, 55:3,

55:9, 55:15, 56:24, 57:11, 57:23, 58:9, 59:5, 62:22, 63:13, 64:10, 65:10, 67:22, 68:7, 68:16, 68:21, 70:11, 73:11, 73:16, 74:5, 74:17, 75:2, 75:16, 75:24, 76:8, 76:22, 77:4, 78:2, 78:15, 79:1, 80:16, 82:11, 84:17, 85:18, 86:17, 87:6, 87:12, 88:18, 89:12, 90:1, 90:5, 90:12, 91:21, 92:16, 93:4, 93:17, 93:24, 94:9, 94:21, 96:9, 97:1, 97:15, 98:3, 98:9, 99:12, 100:9, 103:5, 105:3, 105:16, 106:1, 107:20, 108:10, 108:22, 109:17, 112:5, 112:17, 114:19, 115:9, 116:9, 119:1, 119:12, 120:16, 121:1, 123:3, 123:8

## C

**Café** [17] - 67:4, 68:9, 68:12, 68:15, 68:17, 76:1, 76:5, 76:10, 77:16, 77:18, 79:11, 86:3, 96:5, 96:15, 96:20, 97:20, 109:11

**calm** [1] - 25:20

**Cameron** [5] - 121:6, 121:9, 122:11, 122:14, 122:17

**canceled** [1] - 80:12

**Canedo** [74] - 57:16, 57:17, 57:25, 58:11, 58:16, 58:23, 59:16, 59:19, 59:23, 60:11, 60:14, 61:3, 61:19, 62:6, 63:11, 63:23, 64:12, 64:24, 65:14, 65:21, 66:15, 66:17, 66:24, 67:4, 67:25, 68:3, 68:9, 68:23, 69:6, 69:10, 69:14, 69:19, 70:1, 70:7, 70:14, 70:20, 73:19, 73:24, 74:7, 74:14, 74:19, 75:4, 75:10, 76:16, 84:19, 85:7, 85:25, 86:8, 86:13, 86:15, 86:19, 86:21, 86:22, 86:24, 87:4,

87:10, 87:16, 89:14, 90:7, 91:4, 91:8, 91:14, 91:23, 92:6, 92:18, 92:24, 93:7, 93:10, 94:1, 94:7, 94:11, 94:15, 94:18, 95:4

**Canedo's** [4] - 61:22, 84:23, 85:22, 93:18

**cannot** [3] - 34:4, 61:4, 61:7

**Capelle** [1] - 74:20

**capture** [1] - 106:16

**car** [3] - 74:23, 75:4

**card** [8] - 76:23, 77:6, 77:7, 77:8, 77:14, 77:15, 78:6, 78:7

**care** [2] - 11:10, 69:4

**career** [1] - 122:8

**Carlton** [6] - 49:19, 51:20, 55:11, 57:1, 57:5, 57:12

**CART** [1] - 22:15

**Case** [1] - 4:4

**case** [5] - 6:7, 6:10, 23:2, 49:22, 53:22

**catching** [1] - 69:20

**caught** [2] - 36:2, 94:16

**CC's** [7] - 12:16, 17:12, 24:15, 29:8, 97:23, 112:22, 121:5

**celebs** [1] - 30:16

**Cellebrite** [3] - 22:8, 61:6

**cellphone** [1] - 63:8

**center** [1] - 37:17

**century** [1] - 39:20

**ceremony** [7] - 13:15, 47:6, 47:18, 55:23, 56:17, 56:18, 59:1

**cert** [1] - 61:13

**certain** [1] - 22:25

**certainly** [5] - 5:24, 5:25, 6:2, 6:12, 87:8

**CERTIFICATE** [1] - 125:1

**certification** [1] - 114:10

**certify** [1] - 125:4

**CET** [3] - 14:1, 19:14, 119:25

**cetera** [3] - 53:9, 80:5, 80:25

**chain** [1] - 105:21

**challenges** [1] - 42:9

**champion** [1] - 100:23

**chance** [9] - 13:6, 17:24, 18:16, 46:22, 117:2, 117:9, 117:16, 122:10, 122:14

**change** [2] - 31:19, 50:9

**changed** [1] - 19:12

**charge** [5] - 77:13, 77:14, 77:16, 78:8, 100:19

**charges** [1] - 18:19

**Charlie** [44] - 11:6, 12:13, 13:13, 17:9, 18:6, 18:13, 19:2, 20:16, 23:5, 23:9, 23:14, 24:13, 27:19, 29:9, 35:25, 36:13, 41:5, 44:4, 46:12, 47:21, 48:3, 49:21, 49:25, 50:6, 53:3, 53:16, 69:11, 77:9, 79:4, 86:10, 88:1, 97:17, 98:10, 108:12, 108:14, 109:3, 112:22, 115:16, 117:8, 117:13, 117:15, 118:1, 119:17, 121:5

**Charlie/Meghan** [2] - 115:23, 121:16

**chart** [6] - 45:4, 45:5, 64:11, 64:21, 84:18, 85:4

**check** [1] - 53:19

**checking** [2] - 11:4, 52:8

**Chen** [2] - 121:6, 121:9

**choice** [1] - 33:11

**Chris** [1] - 47:3

**chronological** [1] - 63:20

**chronologically** [1] - 9:22

**chronology** [1] - 43:4

**City** [9] - 31:23, 32:20, 43:11, 50:3, 50:7, 55:11, 57:5, 68:4, 104:19

**CK** [10] - 25:21, 27:14, 27:18, 41:5, 41:19, 41:24, 42:3, 42:22, 113:10, 114:7

**clarify** [3] - 14:2, 14:7, 91:8

**Class** [3] - 34:7, 34:8, 37:24

**class** [2] - 30:19, 34:14

**clear** [9] - 33:21, 38:16, 42:25, 51:19, 101:7, 102:7, 104:7, 105:22, 117:22

**clearly** [1] - 27:24

**clerk** [2] - 116:20, 116:22

**click** [3] - 32:21, 55:1, 55:13

**clients** [1] - 104:4

**close** [3] - 13:16, 69:22, 81:18

**closed** [2] - 38:2, 77:11

**closer** [2] - 70:3, 73:24

**closing** [3] - 34:16, 34:24, 69:17

**club** [1] - 50:10

**club-level** [1] - 50:10

**CNO** [3] - 80:1, 100:23, 103:20

**CNP** [1] - 100:20

**co** [7] - 90:8, 90:9, 90:15, 90:19, 90:22, 91:1

**co-owner** [4] - 90:9, 90:15, 90:19, 90:22

**co-ownership** [1] - 91:1

**Coach** [2] - 12:21, 41:21

**coaches** [1] - 27:10

**Code** [1] - 110:22

**coffee** [1] - 69:21

**colleague** [1] - 69:15

**colleagues** [1] - 72:21

**Columbia** [11] - 2:2, 68:18, 69:17, 71:9, 80:21, 81:2, 88:4, 96:1, 96:11, 96:18, 125:13

**COLUMBIA** [2] - 1:1, 1:14

**combed** [1] - 34:2

**coming** [5] - 13:17, 30:16, 30:24, 41:20, 47:21

**command** [8] - 5:7, 67:14, 79:20, 100:25, 101:13, 101:14, 103:15, 121:11

**commanders** [2] - 79:24, 103:15

**comment** [2] - 28:9, 89:21

**commercial** [1] - 34:2

**commission** [1] -

42:18
**committee** [5] - 20:18, 24:17, 40:3, 79:6, 107:5
**commonly** [1] - 23:20
**communicate** [1] - 41:19
**communications** [4] - 5:12, 63:22, 64:24, 85:7
**companies** [1] - 106:11
**company** [5] - 33:15, 38:2, 38:11, 91:12, 106:19
**comparison** [1] - 30:11
**competitive** [1] - 36:6
**complaint** [17] - 5:5, 5:6, 5:9, 5:21, 5:24, 6:5, 6:11, 6:14, 6:22, 7:20, 7:21, 8:1, 8:7, 8:9, 8:16, 8:23, 72:6
**complaints** [2] - 8:19, 8:21
**complete** [2] - 13:16, 125:6
**completed** [1] - 110:8
**completely** [1] - 13:17
**completes** [1] - 61:23
**compound** [1] - 94:3
**comprehend** [1] - 30:9
**computer** [3] - 22:15, 22:16, 63:4
**concerned** [1] - 72:20
**concerning** [2] - 72:6, 110:19
**concerns** [1] - 89:21
**concluded** [1] - 124:10
**conduct** [2] - 110:20, 111:4
**conference** [6] - 35:19, 59:12, 82:21, 97:10, 106:13, 112:13
**confidant** [1] - 73:21
**confidential** [2] - 100:17, 104:5
**confirm** [2] - 122:10, 122:14
**confirmation** [7] - 49:18, 49:22, 50:17, 51:18, 110:11,

110:15, 122:17
**confirmed** [1] - 121:23
**confirming** [1] - 50:6
**conflict** [1] - 36:4
**confusing** [1] - 116:22
**connect** [5] - 17:22, 18:1, 19:3, 21:9, 36:3
**connected** [2] - 12:18, 12:20
**connecting** [1] - 50:10
**connections** [1] - 95:17
**consciously** [1] - 26:21
**consider** [1] - 89:16
**constitutes** [1] - 125:4
**Constitution** [2] - 2:3, 125:14
**contact** [2] - 113:14, 123:12
**contained** [2] - 64:15, 84:22
**contemplated** [1] - 95:18
**contemporaneously** [1] - 84:1
**content** [2] - 22:10, 36:7
**contents** [3] - 22:24, 71:18, 123:23
**context** [3] - 25:4, 41:14, 61:24
**contingent** [1] - 110:15
**continue** [26] - 9:9, 15:20, 66:22, 67:23, 68:8, 68:22, 69:12, 69:24, 73:3, 73:12, 73:17, 74:6, 74:18, 75:3, 86:18, 87:7, 89:13, 90:6, 91:3, 91:22, 92:17, 94:10, 103:4, 118:22, 122:1, 123:9
**continued** [22] - 68:2, 68:3, 68:9, 68:12, 68:23, 69:2, 69:19, 70:1, 70:6, 73:2, 73:24, 74:10, 75:4, 75:6, 75:10, 86:19, 86:22, 89:14, 89:15, 90:7, 92:2, 92:20
**CONTINUED** [1] - 9:15
**continues** [1] - 66:17

**contract** [38] - 5:21, 11:13, 11:17, 14:15, 34:18, 34:19, 38:17, 40:24, 42:12, 42:14, 42:15, 42:16, 42:22, 43:1, 43:12, 44:12, 53:4, 79:23, 81:14, 93:19, 102:1, 102:7, 102:11, 102:13, 102:16, 103:10, 103:18, 113:4, 113:8, 113:11, 113:16, 113:21, 114:1, 114:2, 114:6, 114:7
**contract/trial** [1] - 93:12
**contractor** [1] - 113:13
**contractual** [1] - 34:20
**control** [1] - 101:14
**conversation** [7] - 5:15, 36:14, 70:18, 71:2, 74:3, 107:22, 108:25
**conversions** [1] - 24:22
**coordinate** [1] - 67:17
**copied** [1] - 123:11
**copy** [2] - 5:24, 87:4
**corporate** [3] - 77:7, 77:15, 78:7
**correct** [9] - 14:3, 14:8, 45:2, 56:21, 57:8, 63:21, 79:12, 84:25, 86:4
**correctly** [1] - 6:7
**corroborate** [1] - 76:4
**cost** [1] - 36:7
**Counsel** [1] - 4:6
**counsel** [3] - 4:10, 8:15, 8:17
**counselor** [2] - 110:22, 111:12
**count** [6] - 39:14, 39:21, 40:11, 42:20, 42:23, 102:6
**counting** [1] - 69:2
**couple** [3] - 80:17, 106:12, 119:25
**course** [22] - 25:3, 28:6, 30:7, 36:1, 41:10, 45:8, 46:21, 56:13, 66:9, 66:14, 67:24, 73:18, 79:17, 88:2, 88:19, 90:17, 90:24, 91:16, 110:24, 122:4, 122:6, 122:22

**COURT** [87] - 1:1, 4:1, 4:12, 4:17, 4:19, 4:21, 4:23, 5:1, 6:16, 6:24, 7:14, 7:17, 8:4, 8:12, 8:19, 8:22, 9:1, 9:8, 10:11, 12:4, 15:2, 15:4, 16:23, 16:25, 20:10, 21:24, 24:5, 28:21, 28:23, 32:13, 35:17, 37:11, 39:3, 43:23, 46:2, 49:7, 50:21, 52:7, 52:11, 52:15, 58:5, 59:11, 60:23, 60:25, 61:12, 62:4, 62:13, 62:18, 64:1, 65:6, 71:14, 71:20, 71:23, 72:3, 72:8, 72:13, 72:16, 72:19, 73:2, 73:8, 78:22, 78:25, 82:17, 82:19, 82:23, 82:25, 83:7, 83:22, 84:3, 84:8, 84:12, 85:14, 88:17, 89:11, 96:8, 97:9, 105:11, 108:2, 108:8, 108:19, 112:12, 119:7, 120:22, 123:18, 123:25, 124:3, 124:6
**Court** [6] - 2:1, 2:2, 64:23, 85:6, 125:12, 125:13
**court** [2] - 62:17, 84:11
**COURTROOM** [5] - 4:3, 9:5, 72:24, 77:22, 77:25
**courtroom** [4] - 9:6, 71:21, 72:25, 124:1
**cover** [7] - 22:7, 22:10, 51:3, 59:7, 62:24, 77:10, 78:6
**Cox** [1] - 47:4
**crap** [1] - 15:25
**crazy** [3] - 79:18, 83:11, 120:7
**create** [1] - 100:4
**created** [1] - 63:1
**creativity** [1] - 39:19
**credibility** [4] - 59:24, 59:25, 60:10, 60:18
**credit** [3] - 76:23, 77:6, 78:6
**Creel** [1] - 4:11
**Creel's** [1] - 66:3
**Criminal** [2] - 1:3, 4:4
**cross** [10] - 7:1, 7:10, 8:3, 8:6, 8:10, 60:15,

61:19, 62:2, 62:7, 64:2
**cross-examination** [4] - 7:1, 8:10, 62:2, 62:7
**cross-examine** [5] - 7:10, 8:3, 8:6, 60:15, 61:19
**crowded** [1] - 68:13
**CRR** [3] - 2:1, 125:3, 125:12
**crushed** [1] - 28:8
**crushing** [3] - 25:8, 26:9, 26:11
**Crystal** [1] - 68:4
**CST** [1] - 19:15
**culminated** [1] - 98:21
**culture** [3] - 79:23, 100:4, 103:13
**Culver** [2] - 82:2, 82:3
**cumulative** [2] - 65:5, 85:13
**curated** [1] - 54:22

## D

**D.C** [16] - 1:6, 1:15, 1:19, 2:4, 18:6, 18:9, 46:16, 46:23, 49:19, 50:8, 53:4, 58:23, 59:1, 77:16, 98:22, 124:14
**Dan** [5] - 14:1, 14:4, 19:7, 70:23, 74:1
**Darrell** [1] - 49:21
**data** [4] - 79:22, 79:25, 80:1, 103:19
**date** [36] - 10:18, 12:10, 15:11, 17:13, 18:22, 19:19, 21:1, 25:6, 26:7, 29:19, 44:15, 44:19, 44:24, 46:13, 48:11, 51:3, 51:11, 54:13, 63:14, 63:17, 65:16, 65:18, 75:12, 76:11, 79:9, 79:11, 85:23, 97:18, 109:24, 112:23, 115:17, 119:18, 120:11, 121:12, 121:21, 121:23
**Dated** [1] - 125:10
**dates** [5] - 57:4, 58:20, 77:10, 117:23, 120:1
**days** [10] - 13:7, 16:13, 29:25, 61:8,

97:20, 97:21, 110:1, 110:4, 111:20, 123:14
**days'** [3] - 110:13, 110:14, 111:21
**DCIS** [1] - 63:3
**deal** [23] - 6:25, 8:10, 25:19, 26:16, 29:22, 40:23, 42:2, 54:4, 64:2, 79:21, 80:2, 81:11, 81:12, 83:18, 100:22, 100:24, 101:1, 101:9, 101:16, 101:25, 103:2, 106:9, 124:6
**deals** [2] - 104:17, 106:10
**dear** [1] - 98:18
**December** [4] - 102:19, 122:4, 122:22
**decided** [1] - 101:5
**decisionmaking** [4] - 39:19, 100:5, 103:20, 115:2
**decisive** [1] - 118:13
**decline** [1] - 33:14
**declining** [1] - 34:15
**decrease** [1] - 60:18
**Defendant** [94] - 1:7, 9:21, 10:20, 11:3, 11:11, 13:10, 13:19, 14:12, 15:13, 16:5, 16:8, 16:11, 17:16, 18:5, 18:11, 21:4, 21:12, 24:24, 29:24, 33:8, 33:23, 35:3, 37:18, 39:11, 43:6, 47:19, 47:24, 48:19, 53:2, 53:25, 54:3, 54:6, 54:10, 55:4, 55:10, 55:17, 56:7, 57:4, 57:12, 58:22, 64:12, 64:25, 67:6, 67:8, 67:11, 67:13, 67:17, 69:8, 71:3, 71:6, 71:8, 76:16, 80:20, 81:1, 84:19, 85:8, 85:25, 88:3, 88:8, 89:8, 90:14, 90:18, 90:25, 91:17, 92:8, 92:9, 93:13, 93:18, 95:25, 96:2, 96:11, 96:13, 96:17, 96:19, 98:4, 110:1, 110:3, 111:8, 111:11, 111:16, 112:1, 116:16, 117:7, 117:12, 117:13, 117:14, 118:14, 118:21, 121:19, 122:13, 122:16,

122:20, 122:23, 123:4
**DEFENDANT** [1] - 1:20
**Defendant's** [9] - 34:5, 36:11, 36:21, 37:22, 75:17, 75:18, 104:9, 111:22, 117:1
**defense** [3] - 8:15, 8:17, 62:5
**defer** [1] - 33:19
**delete** [3] - 60:2, 60:16
**deleted** [1] - 62:8
**deliberate** [1] - 101:16
**deliver** [1] - 47:5
**demonstrable** [2] - 102:3, 102:25
**demonstratable** [1] - 102:22
**Denese** [17] - 57:16, 57:17, 57:25, 58:11, 58:16, 59:16, 59:23, 60:11, 60:14, 61:3, 61:19, 61:22, 63:11, 65:13, 65:21, 66:15, 85:22
**denying** [2] - 62:4, 62:11
**DEPARTMENT** [1] - 1:17
**dependent** [1] - 53:8
**depict** [1] - 99:16
**depiction** [1] - 61:7
**DEPUTY** [5] - 4:3, 9:5, 72:24, 77:22, 77:25
**deputy** [1] - 81:19
**describe** [1] - 27:22
**described** [2] - 11:11, 103:23
**describes** [2] - 83:24
**describing** [1] - 53:14
**description** [6] - 87:15, 87:20, 88:6, 92:5, 92:9, 92:11
**desires** [1] - 93:20
**destroyer** [1] - 102:5
**details** [3] - 31:10, 31:11, 86:19
**details)** [1] - 30:16
**determine** [1] - 83:7
**Develop** [3] - 34:17, 115:20, 115:25
**Develop-Mental** [3] - 34:17, 115:20, 115:25
**developments** [1] - 98:20
**DevGPS** [1] - 113:13

**device** [1] - 22:11
**devices** [1] - 22:9
**different** [5] - 8:11, 22:4, 22:10, 51:18, 95:8
**digest/read** [1] - 117:2
**digit** [5] - 79:21, 102:1, 102:10, 103:17, 103:21
**digital** [1] - 22:9
**digits** [1] - 51:9
**Dina** [1] - 74:20
**DIRECT** [1] - 9:15
**direct** [9] - 5:4, 7:20, 9:10, 71:17, 87:9, 105:17, 110:21, 111:9, 123:22
**Direct** [1] - 3:4
**Directive** [2] - 110:19, 110:25
**directive** [1] - 111:5
**directly** [1] - 113:10
**director** [1] - 81:19
**Director** [1] - 47:4
**disclosed** [1] - 6:21
**discovery** [4] - 5:8, 7:9, 8:1, 8:2
**discuss** [3] - 71:17, 72:10, 123:22
**discussed** [14] - 24:16, 25:24, 37:24, 41:24, 81:3, 90:19, 90:20, 90:21, 96:3, 96:4, 96:14, 96:19, 118:16, 118:18
**discussing** [2] - 26:22, 105:23
**discussion** [9] - 5:17, 18:2, 42:22, 81:21, 92:11, 98:23, 99:4, 101:4, 103:9
**discussions** [1] - 104:16
**distance** [2] - 18:19, 50:3
**DISTRICT** [4] - 1:1, 1:1, 1:11, 1:14
**district** [1] - 125:13
**District** [11] - 2:2, 2:2, 68:18, 71:9, 80:21, 81:2, 88:4, 95:25, 96:11, 96:17, 125:13
**diversity** [1] - 27:11
**DNA** [1] - 16:2
**docketed** [1] - 61:14
**doctor** [1] - 93:8
**document** [3] - 20:6, 20:7, 20:8, 108:4,

111:3
**documents** [1] - 122:23
**DOD** [6] - 5:11, 42:16, 45:12, 95:7, 110:18, 110:25
**dollar** [1] - 113:3
**dollars** [1] - 99:18
**don** [1] - 55:19
**done** [6] - 5:25, 6:7, 15:21, 59:16, 79:25, 95:8
**door** [1] - 104:10
**doses** [1] - 92:21
**dotted** [1] - 45:11
**double** [2] - 89:22, 103:17
**double-digit** [1] - 103:17
**down** [12] - 8:24, 28:1, 28:2, 30:2, 47:21, 48:14, 57:10, 75:23, 78:12, 115:5, 115:25, 116:13
**dream** [2] - 15:19, 15:20
**dressed** [1] - 68:9
**drive** [1] - 70:21
**driver** [1] - 70:22
**dropping** [2] - 53:10, 53:17
**Duke)** [1] - 12:21
**dumb** [2] - 66:18, 91:4, 91:5
**during** [3] - 31:18, 51:20, 102:13
**DUSN** [1] - 69:15

## E

**E-6** [2] - 116:21, 116:22
**EA** [1] - 95:9
**earliest** [2] - 15:24, 16:6
**early** [3] - 7:24, 102:19, 111:24
**ears** [1] - 89:19
**Eastern** [1] - 17:25
**EDU** [2] - 45:13, 45:14
**Edwards** [1] - 125:12
**EDWARDS** [2] - 2:1, 125:3
**effect** [1] - 61:23
**effective** [2] - 110:10, 111:23
**effectively** [5] - 22:24, 54:22, 63:3,

104:10, 111:3
**effort** [1] - 21:8
**eggs** [1] - 106:13
**eggshell** [7] - 25:7, 25:15, 26:9, 26:11, 26:12, 26:18
**eggshells** [6] - 25:20, 26:20, 26:23, 27:13, 28:7
**either** [4] - 6:4, 69:22, 106:15, 117:24
**Elle** [1] - 89:20
**elsewhere** [1] - 106:16
**email** [188] - 10:7, 10:16, 10:17, 10:20, 11:3, 11:25, 12:10, 12:14, 12:16, 12:19, 13:9, 13:20, 13:22, 13:24, 14:4, 14:22, 15:9, 15:18, 16:10, 16:18, 17:7, 17:9, 17:11, 17:12, 17:17, 17:19, 17:23, 18:22, 18:24, 19:5, 19:6, 19:7, 19:10, 19:20, 20:3, 20:15, 21:1, 21:3, 23:25, 24:12, 24:13, 24:18, 24:19, 25:2, 25:23, 26:24, 28:5, 28:17, 29:3, 29:5, 29:7, 29:8, 29:12, 29:18, 29:21, 29:23, 30:6, 30:8, 31:9, 31:15, 33:5, 34:7, 34:13, 35:5, 35:12, 35:24, 36:20, 36:23, 37:6, 37:17, 37:18, 37:22, 37:23, 37:25, 38:1, 38:23, 39:11, 39:18, 40:1, 40:2, 40:3, 40:8, 40:15, 40:17, 40:19, 40:25, 41:2, 41:3, 42:13, 43:19, 44:3, 44:13, 44:15, 44:24, 45:23, 46:7, 46:8, 46:11, 46:12, 46:15, 47:20, 47:24, 48:2, 48:11, 49:3, 49:12, 50:11, 52:3, 52:20, 52:21, 53:25, 54:3, 54:6, 67:17, 67:19, 78:17, 79:2, 79:4, 79:15, 79:16, 81:15, 81:17, 81:25, 82:1, 82:13, 83:8, 83:11, 83:13, 86:24, 86:25, 97:3, 97:16, 97:17, 97:22, 98:5, 98:11,

99:3, 99:13, 101:7, 101:11, 105:5, 105:18, 105:22, 106:2, 106:6, 106:24, 107:1, 107:2, 107:4, 107:6, 108:12, 109:2, 109:4, 112:7, 112:18, 112:25, 114:3, 114:12, 114:15, 114:16, 114:22, 115:10, 115:12, 115:14, 115:17, 116:17, 117:1, 118:4, 118:11, 118:16, 118:19, 119:14, 119:22, 120:11, 120:18, 121:2, 121:12, 121:15, 121:24, 122:18, 122:24, 123:5, 123:10, 123:11

**emailed** [1] - 6:18

**emails** [2] - 50:17, 105:22

**embedded** [1] - 114:3

**Emily** [2] - 22:14, 63:3

**emoji** [4] - 66:20, 68:24, 87:10, 91:24

**emojis** [2] - 86:7, 94:18

**employee** [9] - 5:18, 40:6, 49:16, 81:13, 82:4, 100:16, 103:25, 104:19

**employees** [5] - 20:24, 36:22, 38:10, 38:11, 112:22

**employer** [1] - 5:19

**employment** [1] - 110:20

**encrypted** [1] - 23:19

**end** [7] - 32:22, 42:5, 95:20, 95:23, 113:4, 116:10, 120:7

**ended** [2] - 76:17, 83:15

**ends** [3] - 102:2, 113:5, 113:7

**enemies** [2] - 38:3, 38:8

**engagement** [3] - 100:18, 103:11, 104:9

**enjoy** [1] - 69:19

**enlisted** [2] - 42:12, 46:10

**ensure** [1] - 34:4

**entered** [30] - 9:6, 10:14, 12:7, 15:7,

17:3, 20:13, 22:2, 24:10, 29:1, 32:16, 35:22, 37:15, 39:7, 44:1, 46:5, 49:10, 50:24, 52:18, 58:8, 62:21, 65:9, 72:25, 78:24, 85:17, 97:12, 105:15, 108:21, 112:16, 119:10, 120:25

**entire** [2] - 40:24, 89:17

**environment** [1] - 53:8

**equity** [4] - 80:4, 80:25, 81:3, 89:17

**espec** [2] - 28:7, 70:15

**ESQ** [4] - 1:13, 1:16, 1:17, 1:20

**essentially** [6] - 6:19, 87:15, 87:20, 87:24, 88:9, 114:9

**et** [4] - 53:9, 70:23, 80:5, 80:25

**ethics** [8] - 34:4, 88:20, 88:25, 89:3, 110:21, 111:4, 111:9, 111:12

**Eugene** [1] - 121:8

**Europe** [8] - 39:14, 42:20, 100:19, 100:24, 102:4, 102:23, 103:12, 121:18

**Europe/Africa** [2] - 42:3, 45:9

**European** [1] - 68:2

**evaluating** [1] - 114:23

**evening** [4] - 9:9, 18:14, 18:20, 48:10

**evenings** [1] - 13:6

**event** [14] - 30:15, 30:16, 30:20, 30:24, 31:11, 31:17, 33:9, 41:21, 47:16, 47:17, 47:22, 48:4, 81:23, 83:24

**events** [1] - 34:2

**eventually** [1] - 81:12

**everywhere** [1] - 107:10

**evidence** [51] - 10:14, 12:7, 15:7, 17:3, 20:13, 21:11, 22:2, 24:10, 29:1, 32:16, 35:22, 37:15, 39:7, 44:1, 46:5,

49:10, 50:24, 52:18, 56:14, 58:8, 62:21, 64:16, 65:9, 67:7, 67:13, 71:8, 78:24, 80:20, 81:1, 81:10, 84:24, 85:17, 88:8, 88:13, 90:18, 90:25, 96:2, 96:12, 96:18, 97:12, 98:7, 102:24, 104:8, 105:15, 108:21, 111:25, 112:16, 113:20, 118:14, 119:10, 120:25

**exactly** [1] - 109:1

**examination** [5] - 7:1, 7:20, 8:10, 62:2, 62:7

**EXAMINATION** [1] - 9:15

**Examination** [1] - 3:4

**examine** [5] - 7:10, 8:3, 8:6, 60:15, 61:19

**examined** [1] - 110:18

**excellence** [2] - 79:24, 103:13

**exchange** [1] - 66:22

**exchanged** [2] - 65:12, 85:20

**excited** [6] - 66:18, 80:5, 81:6, 83:3, 83:14, 114:25

**excitement** [1] - 83:16

**exciting** [1] - 33:13

**excuse** [1] - 98:8

**excuses** [1] - 115:24

**exec** [1] - 94:5

**executive** [3] - 16:1, 56:5, 94:2

**Exhibit** [148] - 3:7, 3:8, 3:8, 3:9, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 10:1, 10:3, 10:9, 10:13, 11:22, 12:2, 12:6, 14:19, 14:24, 15:6, 16:15, 16:20, 17:2, 19:24, 20:5, 20:12, 21:16, 21:22, 22:1, 23:22, 24:2, 24:9, 26:2, 28:4, 28:13, 28:19, 28:25, 29:15, 29:16, 30:2, 30:3,

31:25, 32:11, 32:15, 33:4, 35:8, 35:14, 35:19, 35:21, 37:3, 37:8, 37:14, 38:20, 38:22, 38:25, 39:5, 39:6, 43:16, 43:21, 43:25, 44:14, 44:16, 44:22, 45:20, 45:22, 45:25, 46:4, 48:24, 49:5, 49:9, 50:13, 50:14, 50:23, 51:2, 51:11, 51:23, 52:2, 52:5, 52:17, 54:19, 56:23, 57:21, 58:3, 58:7, 59:3, 59:9, 62:18, 62:20, 64:8, 64:15, 65:3, 65:8, 65:12, 73:10, 73:14, 75:15, 76:7, 77:3, 77:21, 78:14, 78:19, 78:23, 82:9, 82:15, 84:15, 84:22, 85:11, 85:16, 96:25, 97:5, 97:11, 105:2, 105:8, 105:14, 107:18, 107:24, 108:18, 108:20, 109:16, 112:4, 112:9, 112:15, 115:7, 118:25, 119:5, 119:9, 120:15, 120:17, 120:20, 120:24

**exhibit** [37] - 11:24, 16:17, 17:4, 21:19, 22:4, 22:18, 23:24, 24:8, 26:3, 28:16, 32:22, 39:9, 48:13, 49:2, 54:21, 55:14, 59:6, 60:18, 60:20, 62:23, 63:6, 67:20, 71:12, 75:23, 76:9, 78:5, 78:12, 86:16, 93:15, 93:23, 98:1, 99:11, 99:21, 100:8, 105:24, 120:3, 123:2

**exhibits** [1] - 50:16

**EXHIBITS** [1] - 3:6

**Exhibits** [1] - 50:19

**existing** [1] - 83:6

**exited** [2] - 71:21, 124:1

**expand** [4] - 40:23, 81:12, 104:3, 104:11

**expect** [1] - 80:7

**expected** [1] - 92:4

**expecting** [1] - 11:5

**expensive** [2] - 94:1, 94:4

**experts** [1] - 22:16

**explain** [2] - 22:5,

39:25

**explained** [2] - 25:13, 26:6

**explaining** [1] - 25:4

**expression** [1] - 26:22

**extend** [1] - 30:22

**extends** [1] - 99:20

**extent** [1] - 93:10

**extract** [2] - 22:9, 22:23

**extracted** [1] - 22:12

**extraction** [11] - 21:20, 22:8, 22:17, 23:5, 59:7, 59:18, 61:2, 62:24, 62:25, 84:23, 108:14

**extractions** [1] - 63:5

**extramarital** [1] - 57:19

**F**

**F-100** [1] - 104:1

**F-500** [1] - 104:4

**face** [1] - 91:24

**fact** [5] - 5:10, 60:15, 67:17, 71:9, 83:13

**fall** [2] - 11:20, 104:24

**false** [1] - 7:7

**familiar** [1] - 88:23

**far** [2] - 23:12, 72:19

**fastest** [1] - 42:16

**FBI** [1] - 60:9

**FBI's** [1] - 22:15

**FedRAMP** [4] - 113:13, 114:7, 114:8, 114:9

**fee** [2] - 100:1, 100:2

**feedback** [11] - 27:6, 27:9, 115:20, 116:2, 116:6, 116:16, 116:17, 116:19, 116:20

**feeds** [1] - 45:9

**felt** [4] - 25:14, 25:18, 26:11, 26:15

**few** [9] - 16:13, 24:25, 29:25, 41:7, 47:5, 74:12, 92:22, 94:13, 123:14

**FIFIELD** [1] - 1:17

**Fifield** [1] - 4:9

**fifth** [1] - 15:19

**fighting** [1] - 103:16

**figure** [3] - 6:13, 36:25, 94:5

**file** [1] - 5:6

**filed** [10] - 5:5, 5:20, 5:24, 6:4, 6:15, 6:21, 7:20, 7:21, 7:25, 61:13
**files** [1] - 41:12
**filing** [1] - 8:8
**finally** [1] - 115:24
**finance** [1] - 99:1
**financial** [2] - 94:12, 106:22
**finish** [1] - 33:4
**first** [39] - 12:17, 13:15, 22:7, 25:1, 25:19, 26:16, 27:16, 29:3, 29:22, 30:19, 34:14, 36:12, 40:7, 40:9, 40:15, 40:17, 41:8, 49:12, 51:2, 54:4, 62:5, 65:11, 71:3, 78:5, 80:6, 80:18, 81:8, 83:3, 94:5, 98:16, 100:10, 105:18, 110:10, 111:17, 117:3, 117:9, 117:16, 121:14
**first-class** [2] - 30:19, 34:14
**firsthand** [1] - 84:1
**fiscal** [3] - 102:2, 102:14, 113:7
**five** [6] - 75:4, 79:18, 93:1, 93:2, 93:25, 97:21
**fixed** [2] - 100:1, 100:2
**flag** [1] - 14:6
**fleet** [2] - 79:24, 103:15
**flexibility** [1] - 121:17
**flipping** [2] - 89:22, 90:7
**Floor** [1] - 1:21
**Florida** [1] - 36:4
**flow** [1] - 45:4
**flows** [1] - 45:12
**flying** [1] - 13:14
**focus** [5] - 26:5, 28:4, 30:3, 33:7, 46:7
**focusing** [2] - 12:9, 109:5
**Foggo** [1] - 47:3
**folks** [3] - 4:12, 9:8, 71:23
**follow** [1] - 118:2
**followed** [2] - 27:9, 92:18
**following** [11] - 9:7, 59:12, 62:16, 71:22, 72:2, 73:1, 82:21,

84:10, 110:11, 120:1, 124:2
**foot** [1] - 104:10
**FOR** [4] - 1:1, 1:13, 1:14, 1:20
**forces** [1] - 53:6
**Forces** [1] - 121:18
**forcing** [1] - 60:10
**foregoing** [1] - 125:4
**formally** [1] - 109:22
**former** [4] - 5:17, 13:3, 100:19, 100:20
**forth** [2] - 49:24, 101:4
**Fortune** [1] - 106:11
**forum** [1] - 27:5
**forward** [12] - 4:6, 29:13, 36:20, 36:24, 38:1, 43:3, 66:19, 82:6, 95:1, 100:21, 117:11, 117:18
**forwarded** [1] - 33:10
**forwards** [9] - 19:7, 34:7, 37:23, 40:3, 47:13, 82:2, 107:1, 107:4, 118:5
**foundation** [9] - 61:4, 61:12, 62:10, 63:25, 65:4, 85:12, 88:15, 108:7, 108:8
**four** [16] - 15:16, 37:1, 38:5, 51:9, 69:2, 69:8, 69:9, 69:10, 75:7, 88:13, 98:22, 100:14, 100:18, 103:15, 122:3, 122:21
**four-star** [7] - 15:16, 37:1, 38:5, 88:13, 98:22, 100:14, 100:18
**four-stars** [1] - 103:15
**free** [1] - 17:24
**Friday** [12] - 13:14, 18:23, 25:8, 30:20, 46:24, 47:23, 51:4, 51:7, 53:21, 55:5, 55:16, 98:22
**Friday-Saturday** [1] - 13:14
**friend** [3] - 69:15, 73:21, 81:21
**friend/colleague** [1] - 81:18
**friends** [2] - 47:2, 73:20
**front** [7] - 10:3, 53:24, 62:24, 74:23, 84:6, 91:15, 100:13
**full** [4] - 100:15,

103:25, 104:19, 125:5
**full-time** [3] - 100:15, 103:25, 104:19
**Fuller** [1] - 112:21
**fun** [2] - 18:9, 47:8
**fund** [2] - 36:10, 36:17
**funding** [1] - 36:15
**funds** [1] - 113:6
**future** [1] - 80:8
**FYI** [3] - 40:19, 66:19, 118:12

# G

**gang** [1] - 12:19
**Gantt** [2] - 121:6, 121:8
**Gardner** [150] - 9:10, 9:17, 10:16, 11:24, 12:9, 13:20, 14:5, 14:9, 14:21, 15:9, 16:7, 17:7, 19:19, 20:2, 20:15, 21:11, 21:19, 22:4, 22:21, 23:5, 23:17, 23:24, 24:12, 27:3, 28:16, 29:4, 31:1, 31:5, 31:18, 32:2, 32:18, 32:24, 34:25, 35:11, 35:24, 36:23, 37:5, 37:17, 38:16, 38:22, 40:5, 40:16, 44:3, 44:19, 45:1, 45:7, 46:7, 47:4, 47:10, 49:25, 50:16, 51:2, 52:2, 52:20, 53:25, 54:3, 54:6, 54:16, 54:21, 55:16, 56:6, 56:25, 57:13, 57:24, 58:10, 59:6, 62:8, 62:23, 63:14, 64:11, 65:12, 66:13, 68:8, 68:17, 68:22, 69:8, 69:13, 69:25, 70:25, 71:17, 73:4, 73:5, 73:12, 73:17, 74:6, 75:3, 75:17, 75:25, 77:5, 78:3, 78:9, 78:16, 79:2, 79:16, 80:17, 81:9, 82:12, 84:18, 85:19, 86:18, 87:18, 88:2, 88:12, 88:19, 89:6, 89:13, 90:2, 90:13, 90:17, 91:7, 91:16, 91:22, 92:7, 92:17, 93:5, 93:13, 94:25, 95:10, 96:10, 97:2, 97:16, 98:4, 98:10, 99:6,

99:13, 101:7, 104:7, 104:20, 105:4, 105:17, 105:19, 107:11, 107:21, 108:11, 108:23, 109:18, 110:24, 111:11, 112:6, 112:18, 113:19, 114:8, 118:14, 119:2, 120:17, 121:2, 121:8, 123:4, 123:21, 123:22
**GARDNER** [2] - 3:4, 9:14
**gas** [2] - 15:24, 16:5
**Gene** [1] - 15:21
**General** [2] - 110:22, 111:10
**general** [6] - 5:7, 5:10, 5:11, 5:13, 12:25, 90:20
**generate** [1] - 114:1
**generous** [1] - 33:14
**gentlemen** [2] - 73:3, 123:20
**gifted** [1] - 122:6
**Gilday** [4] - 41:25, 80:1, 100:23, 103:20
**given** [6] - 30:21, 33:15, 33:20, 33:25, 42:3
**GK** [1] - 42:8
**Glassdoor** [4] - 38:2, 38:7, 38:9, 38:10
**glossary** [8] - 25:24, 26:19, 27:3, 27:4, 27:21, 28:1, 107:11, 107:12
**goal** [2] - 102:25, 113:23
**God** [1] - 91:4
**Google** [2] - 42:21, 69:6
**gosh** [1] - 89:14
**governing** [2] - 89:4, 111:5
**GOVERNMENT** [2] - 1:13, 9:14
**government** [2] - 6:2, 114:10
**Government** [121] - 4:7, 5:23, 6:17, 7:3, 7:16, 7:19, 7:23, 10:1, 10:3, 10:8, 10:9, 11:22, 12:1, 12:2, 14:19, 14:23, 14:24, 16:15, 16:19, 16:20, 19:24, 20:4, 20:5, 21:16, 21:21, 21:22, 23:22, 24:1, 24:2, 26:2, 28:13, 28:18,

28:19, 31:25, 32:10, 32:11, 33:4, 35:8, 35:13, 35:14, 37:2, 37:7, 37:8, 38:20, 38:24, 38:25, 43:16, 43:20, 43:21, 44:13, 44:16, 44:21, 45:20, 45:24, 45:25, 48:24, 49:4, 49:5, 50:13, 50:14, 50:18, 50:19, 51:2, 51:11, 51:23, 52:2, 52:4, 52:5, 54:19, 56:23, 57:21, 58:2, 58:3, 59:3, 59:8, 59:9, 60:10, 60:19, 62:5, 62:9, 64:8, 65:2, 65:3, 73:9, 73:14, 75:14, 76:7, 77:2, 77:21, 78:14, 78:18, 78:19, 82:9, 82:14, 82:15, 84:15, 85:10, 85:11, 96:25, 97:4, 97:5, 105:2, 105:6, 105:7, 105:12, 107:18, 107:23, 107:24, 108:17, 108:18, 109:16, 112:4, 112:8, 112:9, 115:7, 118:25, 119:4, 119:5, 120:15, 120:19, 120:20
**Government's** [56] - 3:7, 3:8, 3:8, 3:9, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 10:13, 12:6, 15:6, 17:2, 20:12, 22:1, 24:9, 28:25, 32:15, 35:21, 37:14, 39:6, 43:25, 46:4, 49:9, 50:23, 52:17, 58:7, 62:20, 65:8, 78:23, 85:16, 97:11, 105:14, 108:20, 112:15, 119:9, 120:24
**GPS** [2] - 115:20, 115:25
**Graham** [2] - 25:9, 112:21
**grand** [1] - 75:25
**graph** [3] - 45:4, 99:15, 99:17
**great** [5] - 4:21, 7:4, 67:4, 72:19, 115:2
**green** [2] - 65:14, 85:21

**Greg** [1] - 24:15
**grounds** [1] - 59:15
**group** [1] - 38:3
**GROUP** [2] - 1:20, 1:23
**guarantee** [2] - 73:25, 106:14
**guess** [2] - 66:5, 110:17
**guessing** [1] - 28:9
**guest** [1] - 30:23
**guests** [1] - 74:9
**guidance** [4] - 88:21, 89:1, 89:4, 116:1
**gun** [1] - 107:10
**Gym** [1] - 34:17

**H**

**ha-ha** [2] - 86:22, 90:7
**hairy** [1] - 24:21
**half** [3] - 42:21, 45:10
**Ham** [2] - 70:23, 74:1
**hampered** [1] - 8:5
**handcuffed** [1] - 7:10
**handle** [1] - 62:2
**handling** [2] - 8:12, 72:21
**hanging** [1] - 11:5
**happy** [3] - 18:3, 39:24, 92:18
**hard** [3] - 36:15, 36:18, 89:18
**hate** [2] - 16:3
**head** [8] - 39:13, 39:21, 40:11, 42:20, 42:23, 99:1, 100:19, 102:6
**header** [1] - 37:21
**heading** [1] - 99:21
**headquarters** [4] - 30:15, 31:16, 32:8, 32:25
**hear** [2] - 11:8, 89:18
**heard** [5] - 11:6, 30:12, 59:10, 82:18, 114:23
**hearsay** [4] - 59:15, 89:10, 108:6, 112:11
**heavy** [1] - 67:25
**held** [2] - 59:13, 82:22
**hello** [1] - 46:16
**help** [12] - 39:16, 39:18, 42:7, 64:20, 64:23, 81:21, 85:3,

85:6, 100:4, 101:14, 103:19, 114:25
**helpful** [2] - 116:15, 116:23
**helping** [1] - 104:3
**hereby** [1] - 125:3
**Herm** [5] - 12:19, 12:20, 12:22, 12:23, 53:12
**hesitation** [1] - 42:4
**hi** [1] - 11:4, 49:21, 50:6
**high** [2] - 94:3, 122:8
**high-tech** [1] - 94:3
**highest** [2] - 25:6, 26:7
**highest-stakes** [2] - 25:6, 26:7
**highlight** [1] - 41:7
**Hilliard** [1] - 107:5
**himself** [2] - 61:9, 97:23
**hiring** [1] - 33:15
**hitting** [1] - 89:22
**hold** [4] - 33:17, 80:6, 81:7, 114:24
**holding** [1] - 117:3
**holds** [1] - 103:14
**holy** [1] - 92:19
**homemade** [1] - 30:13
**Honor** [61] - 4:2, 4:3, 4:8, 4:14, 4:20, 5:2, 7:5, 8:25, 10:10, 12:3, 14:25, 15:3, 16:21, 16:24, 21:23, 24:3, 28:20, 28:22, 32:12, 35:15, 37:9, 39:1, 43:22, 46:1, 49:6, 50:20, 52:6, 52:8, 52:13, 58:4, 59:10, 59:14, 61:1, 61:13, 61:15, 62:12, 63:25, 65:4, 71:19, 71:25, 72:11, 78:20, 82:16, 82:18, 83:1, 83:9, 83:20, 84:7, 85:12, 88:15, 89:10, 96:6, 97:7, 98:6, 105:9, 105:13, 108:1, 112:10, 119:6, 120:21, 123:24
**HONORABLE** [1] - 1:10
**honored** [3] - 46:23, 46:24, 47:9
**hook** [2] - 113:2, 114:14
**hope** [4] - 9:8, 11:4, 11:9, 53:24

**hopeful** [1] - 69:17
**hosted** [1] - 47:6
**hotel** [9] - 18:14, 21:9, 30:20, 50:17, 55:12, 56:4, 57:1, 61:11, 73:22
**hour** [1] - 23:15
**hourlong** [1] - 35:4
**hours** [8] - 18:15, 21:9, 24:20, 24:25, 76:15, 76:18, 79:18, 86:8
**housing** [2] - 94:3, 94:5
**HR** [4] - 100:3, 100:20, 103:25, 104:3
**huddle** [1] - 21:7
**hurdle** [1] - 33:21

**I**

**idea** [3] - 21:7, 74:11, 118:1
**ideally** [1] - 113:4
**ideas** [1] - 15:22
**identifiers** [2] - 22:11, 63:8
**identify** [2] - 4:6, 60:1
**IG** [3] - 6:14, 7:11, 7:22
**IKE** [1] - 13:13
**image** [7] - 107:21, 108:11, 108:12, 108:24, 114:3, 114:5, 114:15
**imagine** [1] - 109:8
**immaculate** [1] - 68:3
**immediately** [3] - 83:15, 102:2, 102:11
**IMO** [1] - 106:21
**important** [7] - 39:20, 81:20, 89:15, 98:23, 99:4, 113:16, 113:21
**impossible** [1] - 42:9
**impressed** [1] - 86:23
**impression** [2] - 83:5, 83:24
**improve** [1] - 100:4
**in-person** [1] - 98:21
**inbox** [1] - 98:19
**incentive** [1] - 91:13
**include** [5] - 17:19, 47:24, 111:5, 116:17, 120:9
**included** [3] - 13:19,

69:10, 122:17
**includes** [5] - 20:21, 59:19, 64:4, 77:12, 100:2
**including** [5] - 36:22, 57:7, 59:21, 66:24, 113:17
**inclusive** [1] - 39:22
**increased** [2] - 79:23, 81:14
**increasing** [1] - 122:9
**indicate** [5] - 23:11, 57:4, 63:7, 75:18, 101:8
**indicated** [1] - 23:8
**indicates** [1] - 23:12
**indication** [2] - 56:7, 56:10
**individual** [1] - 57:18
**individuals** [1] - 118:10
**info** [6] - 23:13, 23:16, 53:23, 80:14, 82:6, 123:12
**inform** [1] - 99:24
**information** [5] - 8:15, 64:20, 72:9, 85:3, 100:16
**initial** [1] - 5:10
**initials** [1] - 27:16
**initiated** [1] - 60:4
**innocent** [1] - 91:5
**innovation** [1] - 39:20
**insanity** [1] - 21:10
**inside** [2] - 38:4, 38:14, 82:6
**insightful** [1] - 89:23
**inspector** [5] - 5:7, 5:10, 5:11, 5:13, 12:25
**instead** [4] - 48:10, 59:22, 59:24, 60:10, 68:4
**intend** [1] - 110:13
**intent** [1] - 34:14
**intentionally** [1] - 5:23
**interact** [1] - 113:10
**interactions** [1] - 34:1
**interest** [2] - 36:4, 106:12
**interesting** [1] - 12:20
**internal** [1] - 36:9
**international** [1] - 18:18
**interpretation** [1] -

91:9
**interview** [3] - 5:10, 6:20, 7:25
**interviewed** [1] - 5:14
**intimate** [3] - 70:18, 71:2, 73:19
**introducing** [2] - 59:22, 74:20
**intuition** [1] - 27:23
**investigate** [3] - 20:18, 34:8, 118:6
**investigation** [14] - 7:11, 9:20, 9:22, 31:19, 43:4, 56:13, 60:4, 88:2, 88:20, 89:7, 90:18, 90:24, 91:16, 110:24
**investor** [11] - 36:9, 36:10, 98:14, 98:18, 99:23, 99:24, 101:20, 105:20, 105:23, 106:19
**investors** [3] - 97:24, 98:18, 99:24
**invitation** [1] - 33:9
**invite** [8] - 29:13, 30:14, 30:22, 31:16, 33:10, 34:14, 47:12, 119:3
**invited** [3] - 56:20, 67:13, 73:19
**involved** [1] - 53:12
**involves** [1] - 20:21
**issue** [7] - 4:24, 7:5, 7:8, 27:24, 72:6, 75:25, 124:4
**issues** [1] - 59:25
**Italy** [4] - 15:14, 17:25, 43:8, 54:12
**iteration** [1] - 53:6
**itinerary** [4] - 54:23, 55:17, 56:6, 75:18
**itself** [2] - 116:5, 116:7

**J**

**Jaleo's** [1] - 68:5
**James** [2] - 121:6, 121:8
**January** [1] - 102:20
**Jim** [5] - 10:21, 10:22, 11:4, 42:2, 42:20
**job** [20] - 66:18, 70:19, 71:2, 71:7, 71:10, 87:14, 87:20, 88:5, 89:4, 92:5, 92:8,

92:10, 92:11, 93:11,
93:19, 96:3, 96:4,
96:14, 96:19, 111:5
**John** [2] - 107:5,
107:8
**join** [5] - 81:13,
100:15, 103:24,
104:12, 104:18
**joined** [3] - 81:18,
81:21, 104:24
**joining** [5] - 4:10,
65:25, 66:16, 80:3,
80:19
**JUDGE** [1] - 1:11
**Judge** [4] - 72:4,
72:23, 110:22, 111:10
**judges** [2] - 27:8,
27:10
**judgment** [1] - 115:1
**Juliet** [15] - 30:22,
30:25, 31:2, 33:11,
33:19, 36:14, 42:6,
42:7, 45:16, 45:17,
45:18, 66:18, 114:6,
114:23, 121:5
**July** [48] - 44:8,
44:25, 45:16, 46:14,
46:17, 46:24, 48:12,
51:4, 51:7, 51:13,
51:14, 54:14, 55:5,
55:7, 55:16, 57:6,
63:16, 63:19, 63:23,
63:24, 64:13, 64:25,
65:17, 75:13, 75:18,
76:12, 77:11, 77:12,
77:16, 79:10, 80:3,
80:18, 84:19, 85:8,
85:24, 96:1, 96:12,
96:22, 97:19, 100:16,
103:24, 104:24,
111:24, 112:2
**Jump** [68] - 5:6, 5:14,
5:17, 5:18, 9:20,
11:12, 11:13, 11:17,
14:15, 20:22, 20:24,
32:3, 33:13, 34:11,
36:9, 36:22, 38:16,
40:6, 41:25, 43:9,
43:12, 46:16, 49:16,
53:24, 54:1, 54:7,
67:2, 67:7, 67:15,
70:7, 77:7, 77:15,
78:7, 79:7, 80:4, 80:8,
80:19, 81:13, 82:4,
88:1, 89:9, 90:19,
90:22, 91:1, 91:18,
92:10, 95:24, 96:4,
96:14, 96:20, 97:24,
99:18, 100:3, 100:15,
102:7, 102:13,

103:24, 104:12,
104:19, 105:20,
106:19, 107:11,
112:21, 113:12,
113:14, 114:7, 118:5,
118:9
**Jump's** [9] - 31:6,
31:19, 32:5, 32:7,
32:20, 32:25, 34:20,
99:7, 118:15
**Jumpers** [1] - 27:5
**June** [2] - 58:21,
111:24
**junior** [6] - 90:9,
90:15, 90:19, 90:22,
91:10, 91:25
**jury** [46] - 4:25, 6:13,
9:4, 9:5, 9:6, 10:12,
12:5, 15:5, 17:1,
20:11, 21:25, 22:6,
28:24, 32:14, 35:20,
37:13, 39:5, 43:24,
46:3, 49:8, 50:22,
52:16, 58:6, 59:9,
62:19, 64:23, 65:7,
71:21, 72:24, 72:25,
75:25, 78:3, 78:5,
78:19, 78:25, 85:6,
85:15, 97:13, 105:7,
108:23, 109:15,
112:14, 115:6, 119:8,
120:23, 124:1
**JURY** [1] - 1:10
**jury's** [1] - 60:19
**JUSTICE** [1] - 1:17
**justify** [1] - 40:11

## K

**Kathryn** [1] - 4:9
**KATHRYN** [1] - 1:17
**keep** [8] - 11:5, 42:1,
53:10, 72:22, 74:3,
100:16, 104:5, 116:20
**keeping** [1] - 82:6
**Kenny** [3] - 105:18,
105:19, 106:24
**Kevin** [3] - 97:24,
98:25, 99:1
**key** [4] - 22:11,
98:20, 102:3, 102:21
**Kim** [88] - 12:13,
12:14, 16:12, 17:9,
17:15, 17:19, 18:8,
19:11, 20:16, 21:1,
21:12, 23:14, 24:13,
24:23, 26:11, 26:24,
27:12, 27:19, 29:9,
29:18, 29:21, 29:23,

31:10, 34:5, 34:13,
34:23, 35:3, 35:25,
36:20, 39:11, 39:12,
41:5, 43:2, 44:4, 45:3,
46:12, 47:12, 48:3,
48:16, 49:25, 51:19,
55:12, 56:20, 69:11,
71:3, 77:9, 79:4,
80:18, 80:24, 81:3,
81:6, 81:14, 81:17,
81:25, 82:5, 86:1,
88:1, 88:5, 88:9, 96:4,
96:14, 97:17, 98:10,
99:3, 101:8, 101:18,
101:20, 102:10,
102:21, 103:22,
104:9, 106:2, 106:24,
109:6, 112:22,
115:16, 116:25,
117:13, 117:21,
118:4, 118:11,
118:15, 118:21,
119:17, 120:4,
120:12, 121:5, 121:23
**Kim's** [6] - 23:6,
23:9, 23:14, 108:12,
108:15, 109:3
**kind** [7] - 24:21,
33:22, 38:11, 83:12,
92:3, 113:23, 113:25
**kinds** [1] - 60:9
**kiss** [1] - 87:10
**known** [1] - 22:7
**Kraus** [3] - 5:3, 6:15,
72:7
**Kunkel** [1] - 24:15
**Kyle** [5] - 121:6,
121:8, 122:10,
122:14, 122:17

## L

**ladies** [2] - 73:2,
123:20
**laid** [1] - 106:2
**Laming** [1] - 112:21
**land** [1] - 94:6
**large** [1] - 111:3
**larger** [9] - 40:23,
80:1, 81:12, 100:22,
101:1, 103:1, 103:10,
104:16, 114:2
**last** [18] - 6:18, 7:23,
11:17, 18:2, 18:13,
19:12, 21:6, 40:7,
40:9, 42:8, 42:17,
51:8, 75:12, 90:13,
94:17, 98:22, 101:5,
123:9
**lasted** [1] - 23:15

**late** [7] - 18:6, 18:10,
18:13, 24:22, 29:20,
39:13, 102:19
**launch** [2] - 80:6,
81:8
**Laura** [2] - 82:2, 82:3
**LAW** [2] - 1:20, 1:23
**lawyers** [1] - 6:6
**lay** [3] - 61:4, 94:6,
108:8
**layman's** [1] - 114:11
**leader** [1] - 95:16
**leaders** [3] - 121:10,
122:7
**leadership** [4] -
39:19, 117:4, 122:4,
122:22
**leads** [1] - 28:8
**lean** [1] - 95:4
**learn** [4] - 20:20,
34:10, 89:3, 118:8
**learning** [2] - 69:20,
101:5
**least** [2] - 27:7, 27:10
**leave** [5] - 48:8, 55:4,
73:22, 110:14, 111:21
**left** [12] - 9:23, 45:8,
58:11, 58:16, 65:13,
70:13, 74:24, 85:22,
86:9, 96:17, 100:10,
113:7
**legal** [4] - 33:20,
33:23, 34:3, 80:13
**Lescher** [3] - 42:1,
100:23, 103:20
**less** [7] - 53:8, 84:1,
92:23, 102:6, 113:3,
113:16, 113:21
**letter** [7] - 98:14,
99:22, 99:23, 99:24,
109:24, 110:6
**level** [2] - 50:10,
116:13
**liaison** [1] - 13:16
**lied** [2] - 6:9, 7:11
**life** [2] - 86:6, 116:12
**light** [1] - 75:6
**likelihood** [1] - 122:8
**likely** [6] - 24:22,
29:20, 103:17,
103:21, 117:9, 117:16
**limoncello** [1] -
30:13
**line** [22] - 17:21,
20:17, 20:23, 29:12,
40:7, 40:9, 40:15,
40:17, 41:2, 41:8,
41:22, 42:5, 44:9,
45:11, 45:13, 46:15,
49:17, 77:9, 79:13,

100:13, 115:19,
119:20
**lines** [1] - 45:9
**lineup** [1] - 15:20
**link** [1] - 68:15
**lips** [1] - 68:24
**Lisa** [1] - 125:12
**LISA** [2] - 2:1, 125:3
**list** [4] - 60:12, 68:23,
110:9, 111:17
**listed** [1] - 76:24
**listener** [1] - 61:23
**lists** [2] - 22:11,
22:24
**listserv** [11] - 20:17,
20:18, 24:16, 34:8,
34:11, 34:12, 37:23,
79:6, 107:5, 118:5,
118:6
**live** [4] - 27:9, 94:1,
94:15, 94:19
**LLC** [1] - 95:9
**LLP** [1] - 1:20
**local** [1] - 5:13
**located** [5] - 31:8,
43:7, 46:25, 68:17,
109:2
**location** [2] - 69:7,
74:24
**locations** [1] - 31:20
**lodging** [1] - 122:5
**log** [5] - 22:21,
22:22, 22:23, 23:2,
23:11
**Lokeya** [4] - 40:4,
79:7, 107:5, 107:8
**LOL** [3] - 87:17,
89:16, 89:19
**London** [1] - 117:5
**long-distance** [1] -
18:19
**look** [9] - 29:3,
40:13, 73:24, 84:5,
109:4, 115:25,
117:11, 117:18, 120:8
**looked** [7] - 6:5,
23:3, 44:13, 64:16,
66:19, 67:11, 77:18
**looking** [52] - 7:4,
13:22, 15:18, 15:23,
16:6, 17:7, 19:5, 22:5,
32:18, 33:15, 36:11,
36:17, 36:20, 37:21,
39:11, 40:1, 42:13,
46:18, 47:15, 48:2,
49:12, 50:1, 51:2,
51:11, 55:4, 65:11,
70:25, 72:5, 76:23,
77:11, 79:2, 81:17,
81:21, 81:25, 85:19,

90:13, 91:6, 92:7, 98:4, 99:15, 100:15, 103:4, 107:2, 114:12, 114:21, 115:10, 116:4, 116:5, 116:12, 119:13, 120:4, 120:11
**looks** [3] - 22:4, 117:24, 118:2
**lose** [2] - 25:7, 26:8
**love** [9] - 30:14, 31:16, 53:15, 53:21, 72:17, 86:6, 86:7, 117:8, 117:15
**loved** [2] - 86:14, 87:17
**low** [1] - 47:8
**low-stress** [1] - 47:8
**lower** [1] - 91:12
**lunch** [26] - 47:22, 48:6, 48:21, 56:7, 56:10, 56:15, 65:25, 66:15, 66:24, 67:2, 67:6, 67:8, 67:10, 67:14, 67:18, 68:1, 68:4, 68:13, 76:4, 83:15, 83:25, 84:2, 109:11, 123:19, 123:23
**luncheon** [1] - 124:9

**M**

**Macedonia** [1] - 13:14
**Macy's** [1] - 74:23
**mad** [1] - 60:5
**Madison** [1] - 1:21
**madness** [1] - 30:9
**magnified** [1] - 28:10
**man** [1] - 123:15
**managing** [1] - 21:7
**Manhattan** [1] - 94:19
**manner** [1] - 123:13
**map** [1] - 116:4
**March** [4] - 10:19, 11:13, 11:16, 12:11
**mark** [4] - 75:11
**marked** [35] - 10:1, 10:9, 12:2, 14:24, 16:15, 16:20, 19:24, 21:16, 21:22, 23:22, 28:13, 28:19, 31:25, 32:11, 35:8, 38:20, 43:16, 45:20, 48:24, 50:13, 51:23, 57:21, 59:3, 64:8, 65:3, 77:21, 82:9, 84:15, 96:25, 105:2, 105:7,

107:18, 112:4, 118:25, 123:17
**market** [1] - 23:20
**markets** [1] - 106:22
**marks** [1] - 75:7
**Marriott** [1] - 50:9
**material** [1] - 116:23
**matter** [1] - 72:21
**mattered** [1] - 87:9
**McCoy** [3] - 25:9, 97:24, 98:25
**McFADDEN** [1] - 1:10
**MD** [1] - 99:2
**mean** [11] - 6:24, 7:14, 7:17, 26:19, 27:21, 72:13, 72:19, 72:21, 73:19, 107:15, 111:22
**meaning** [4] - 7:15, 41:11, 42:1, 107:12
**means** [2] - 27:22, 61:16
**meant** [2] - 30:8, 53:12
**meet** [5] - 48:10, 48:21, 69:21, 70:4, 74:12
**meeting** [14] - 18:9, 24:6, 25:5, 25:6, 25:14, 26:6, 26:7, 80:11, 97:20, 98:22, 104:22, 104:24, 109:11, 119:3
**meetings** [1] - 98:21
**meg** [1] - 92:24
**mega** [1] - 92:21
**Meghan** [49] - 11:6, 12:16, 12:18, 13:13, 13:23, 17:12, 18:25, 24:15, 25:5, 25:10, 25:13, 25:15, 26:6, 26:12, 26:13, 27:17, 29:5, 33:10, 36:22, 39:13, 41:2, 44:6, 46:12, 47:15, 47:21, 49:21, 50:1, 53:3, 69:10, 70:18, 71:2, 71:6, 71:10, 76:25, 77:14, 80:11, 82:2, 88:1, 90:9, 90:16, 97:23, 107:1, 112:19, 113:20, 115:3, 115:16, 120:10, 121:5
**Meghan's** [1] - 18:3
**member** [5] - 10:23, 13:3, 13:15, 22:14, 53:1
**members** [5] - 20:21, 34:3, 34:11, 41:15,

118:9
**Mental** [3] - 34:17, 115:20, 115:25
**mentioned** [6] - 22:23, 24:20, 31:12, 33:23, 79:7, 116:16
**Merchant** [2] - 121:6, 121:9
**message** [15] - 63:15, 63:16, 63:18, 65:20, 65:24, 70:25, 75:12, 87:19, 87:22, 90:14, 92:7, 93:16, 109:5, 110:2, 114:21
**messages** [38] - 52:9, 59:19, 60:2, 60:16, 61:8, 61:9, 61:15, 61:16, 61:20, 61:25, 64:4, 64:12, 64:15, 64:18, 65:11, 65:13, 65:14, 66:8, 66:13, 66:23, 67:23, 70:12, 74:22, 75:8, 76:16, 84:19, 84:22, 85:1, 85:20, 85:21, 86:5, 86:11, 93:1, 93:25, 94:10, 94:22, 95:2
**messaging** [1] - 23:19
**messenger** [1] - 83:10
**Messenger** [57] - 12:16, 13:23, 14:7, 16:12, 17:12, 17:16, 18:25, 19:11, 19:17, 21:12, 24:15, 24:23, 27:17, 29:5, 29:23, 31:15, 35:3, 36:22, 37:22, 38:7, 38:14, 40:2, 40:20, 41:2, 43:2, 44:6, 45:3, 46:12, 48:16, 55:12, 56:20, 69:10, 71:3, 76:25, 77:15, 81:4, 82:2, 86:1, 88:1, 88:5, 88:10, 96:5, 96:14, 97:23, 104:9, 107:1, 107:2, 107:4, 112:19, 113:20, 114:13, 115:16, 118:15, 118:22, 120:10, 120:12, 121:5
**Messenger's** [3] - 19:6, 33:8, 82:23
**met** [2] - 86:1, 118:15
**metadata** [1] - 58:1
**metrics** [4] - 102:4, 102:22, 102:25, 103:1

**Meyer** [3] - 13:19, 119:15, 120:10
**micromanagement/ perfectionist** [1] - 16:2
**mid** [3] - 111:24, 117:9, 117:16
**mid-June** [1] - 111:24
**mid-November** [2] - 117:9, 117:16
**middle** [1] - 105:17
**midmorning** [1] - 52:10
**midnight** [1] - 24:21
**might** [6] - 15:22, 46:23, 52:9, 72:16, 87:8, 121:17
**military** [1] - 10:23
**milligrams** [1] - 92:22
**million** [9] - 39:21, 42:22, 42:23, 42:25, 44:12, 79:21, 113:4, 114:6
**millions** [5] - 99:18, 102:1, 102:11, 103:17, 103:21
**min** [1] - 27:1
**mind** [3] - 4:25, 60:19, 83:6
**minimal** [1] - 116:1
**minus** [1] - 75:5
**minute** [2] - 16:21, 19:12
**minutes** [7] - 13:7, 18:10, 25:12, 62:13, 71:16, 71:24, 75:5
**mischaracterizatio n** [1] - 98:6
**missing** [2] - 61:18, 62:1
**mission** [2] - 13:16, 103:16
**misspoke** [1] - 98:8
**mixologist** [1] - 30:13
**MM** [9] - 25:21, 27:13, 27:16, 41:19, 41:24, 42:3, 42:23, 113:11, 114:7
**mobile** [2] - 18:3, 18:4
**MOI** [1] - 8:18
**mom** [1] - 82:24
**moment** [7] - 14:25, 28:20, 52:6, 72:10, 82:16, 92:20, 107:25
**Monday** [8] - 18:14, 18:20, 19:3, 19:20,

25:11, 26:25, 44:8, 109:6
**month** [4] - 58:25, 109:13, 110:11, 113:4
**months** [3] - 45:1, 104:22, 104:25
**Moran** [10] - 12:18, 12:20, 13:1, 36:2, 41:20, 52:24, 54:1, 54:4, 54:7
**Moriani** [1] - 56:3
**Morini** [3] - 47:7, 69:1, 75:20
**morning** [13] - 4:1, 4:2, 4:8, 4:12, 4:13, 4:14, 4:17, 4:18, 7:24, 9:8, 9:17, 9:18, 71:14
**Morning** [1] - 124:10
**MORNING** [1] - 1:7
**most** [6] - 13:13, 20:21, 39:20, 39:22, 92:22, 94:4
**move** [8] - 13:7, 18:21, 25:6, 26:8, 31:22, 43:3, 67:1, 106:21
**moved** [1] - 31:23
**moves** [30] - 10:8, 12:1, 14:23, 16:19, 20:4, 21:21, 24:1, 28:18, 32:10, 35:13, 37:7, 38:24, 43:20, 45:24, 49:4, 50:18, 52:4, 58:2, 59:8, 65:2, 78:18, 82:14, 85:10, 97:4, 105:6, 107:23, 108:17, 112:8, 119:4, 120:19
**moving** [3] - 45:10, 72:22, 118:12
**MR** [19] - 4:14, 4:18, 4:22, 4:24, 5:2, 6:18, 7:5, 7:15, 7:19, 8:5, 52:8, 52:12, 60:24, 72:4, 72:9, 72:14, 72:17, 72:23, 124:5
**MS** [312] - 4:2, 4:8, 4:13, 4:20, 8:14, 8:21, 8:24, 9:16, 9:24, 10:2, 10:8, 10:10, 10:15, 11:21, 11:23, 12:1, 12:3, 12:8, 14:18, 14:20, 14:23, 14:25, 15:3, 15:8, 16:14, 16:16, 16:19, 16:21, 16:24, 17:4, 17:6, 19:23, 20:1, 20:4, 20:6, 20:8, 20:9, 20:14, 21:15, 21:18, 21:21, 21:23, 22:3,

22:18, 22:20, 23:21,
23:23, 24:1, 24:3,
24:11, 26:1, 26:4,
28:1, 28:3, 28:12,
28:15, 28:18, 28:20,
28:22, 29:2, 29:15,
29:17, 30:2, 30:4,
31:3, 31:4, 31:13,
31:14, 31:24, 32:1,
32:10, 32:12, 32:17,
32:21, 32:23, 33:3,
33:6, 35:7, 35:10,
35:13, 35:15, 35:23,
37:2, 37:4, 37:7, 37:9,
37:16, 38:19, 38:21,
38:24, 39:1, 39:8,
39:10, 43:15, 43:17,
43:20, 43:22, 44:2,
44:16, 44:18, 44:21,
44:23, 45:19, 45:21,
45:24, 46:1, 46:6,
48:13, 48:15, 48:23,
49:1, 49:4, 49:6,
49:11, 50:12, 50:15,
50:18, 50:20, 51:1,
51:22, 52:1, 52:4,
52:6, 52:13, 52:19,
54:18, 54:20, 55:1,
55:3, 55:8, 55:9,
55:13, 55:15, 56:22,
56:24, 57:10, 57:11,
57:20, 57:23, 58:2,
58:4, 58:9, 59:2, 59:5,
59:8, 59:10, 59:14,
61:1, 61:13, 62:12,
62:15, 62:22, 63:12,
63:13, 63:25, 64:7,
64:10, 65:2, 65:4,
65:10, 67:20, 67:22,
68:6, 68:7, 68:16,
68:20, 68:21, 70:10,
70:11, 71:12, 71:25,
73:9, 73:11, 73:13,
73:16, 74:4, 74:5,
74:16, 74:17, 74:25,
75:2, 75:14, 75:16,
75:23, 75:24, 76:6,
76:8, 76:21, 76:22,
77:1, 77:4, 77:20,
77:24, 78:2, 78:12,
78:15, 78:18, 78:20,
79:1, 80:16, 82:8,
82:11, 82:14, 82:16,
82:18, 82:24, 83:1,
83:9, 83:20, 83:23,
84:4, 84:14, 84:17,
85:10, 85:12, 85:18,
86:16, 86:17, 87:1,
87:6, 87:11, 87:12,
88:15, 88:18, 89:10,
89:12, 89:24, 90:1,

90:3, 90:5, 90:11,
90:12, 91:20, 91:21,
92:15, 92:16, 93:2,
93:4, 93:15, 93:17,
93:22, 93:24, 94:8,
94:9, 94:20, 94:21,
96:6, 96:9, 96:24,
97:1, 97:4, 97:7,
97:13, 97:15, 97:25,
98:3, 98:6, 98:8, 98:9,
99:10, 99:12, 100:7,
100:9, 103:3, 103:5,
105:1, 105:3, 105:6,
105:9, 105:13,
105:16, 105:24,
106:1, 107:17,
107:20, 107:23,
107:25, 108:3, 108:5,
108:6, 108:10,
108:17, 108:22,
109:14, 109:17,
112:3, 112:5, 112:8,
112:10, 112:17,
114:18, 114:19,
115:5, 115:9, 116:8,
116:9, 118:24, 119:1,
119:4, 119:6, 119:11,
119:12, 120:14,
120:16, 120:19,
120:21, 121:1, 123:1,
123:3, 123:7, 123:8,
123:16

    **multiple** [1] - 41:15
    **multis** [1] - 92:23
    **Museum** [2] - 46:25,
55:23
    **mussels** [1] - 67:5
    **must** [3] - 33:14,
70:3, 109:8
    **muster** [1] - 47:6
    **MV** [3] - 34:7, 34:8,
37:24

## N

    **N1** [1] - 53:5
    **nada** [1] - 91:25
    **Nadia** [2] - 49:14,
50:5
    **name** [10] - 22:13,
45:5, 47:5, 53:10,
53:17, 75:6, 75:10,
76:23
    **named** [1] - 14:4
    **names** [1] - 20:23
    **Naples** [4] - 17:25,
43:8, 55:4, 121:11
    **National** [2] - 46:25,
55:23
    **NATO** [2] - 13:15,

13:16
    **Naval** [1] - 121:18
    **NAVEUR** [2] - 53:6,
93:12
    **navigate** [4] - 38:5,
80:13, 81:21, 103:19
    **Navy** [104] - 5:24,
6:2, 8:8, 11:14, 11:18,
12:25, 13:3, 14:12,
14:16, 16:12, 17:16,
17:19, 33:25, 34:1,
34:3, 34:18, 34:19,
34:21, 36:5, 38:4,
38:15, 38:17, 40:12,
40:21, 40:23, 40:24,
41:25, 42:2, 42:12,
42:14, 42:15, 43:12,
44:12, 45:9, 45:11,
46:10, 46:25, 47:1,
47:24, 53:1, 55:20,
55:21, 55:23, 55:24,
66:25, 67:8, 70:15,
80:1, 80:22, 81:3,
81:12, 81:19, 88:4,
88:9, 88:13, 90:22,
90:25, 91:17, 92:10,
95:13, 95:16, 95:19,
96:2, 96:4, 96:13,
96:19, 98:20, 98:22,
98:24, 99:5, 100:13,
100:14, 100:18,
100:19, 100:20,
100:22, 100:24,
101:1, 101:16,
101:18, 102:2, 102:4,
102:8, 102:12,
102:23, 103:2,
103:10, 103:12,
103:18, 104:1,
104:13, 104:17,
106:9, 106:14,
109:20, 109:23,
112:1, 113:2, 113:12,
113:18, 114:2,
114:25, 121:10
    **Navy's** [3] - 88:20,
88:25, 89:3
    **NCIS** [1] - 6:2
    **near** [2] - 68:10, 70:5
    **nearby** [1] - 67:2
    **need** [12] - 6:12, 8:7,
33:20, 34:2, 49:22,
50:6, 53:10, 80:14,
92:4, 92:20, 97:6,
107:9
    **needed** [1] - 56:14
    **neglected** [1] - 36:17
    **negotiations** [2] -
89:4, 111:6
    **nervous** [2] - 25:20,

93:12
    **never** [1] - 106:22
    **new** [6] - 30:14,
31:16, 36:16, 36:24,
39:20, 99:1
    **New** [8] - 1:18, 1:22,
31:21, 31:23, 32:20,
43:11, 104:19
    **Newport** [2] -
117:10, 117:17
    **next** [65] - 11:7,
11:21, 13:4, 13:5,
13:6, 13:10, 14:18,
16:14, 19:5, 19:21,
21:5, 21:13, 23:21,
26:2, 28:12, 29:15,
36:10, 36:13, 37:2,
38:19, 40:1, 40:12,
41:22, 42:19, 45:19,
48:23, 50:12, 51:22,
53:3, 54:18, 56:22,
64:7, 66:20, 66:23,
68:6, 68:20, 70:15,
74:16, 74:22, 74:25,
77:1, 77:20, 78:13,
80:5, 81:7, 81:17,
84:3, 84:14, 86:11,
90:4, 96:24, 98:24,
99:5, 100:11, 101:2,
101:12, 105:1,
107:17, 109:14,
112:3, 116:14,
119:25, 123:15,
123:16
    **Next** [78] - 5:6, 5:14,
5:17, 9:20, 11:12,
11:13, 11:17, 14:15,
20:21, 20:24, 27:5,
31:6, 31:19, 32:3,
32:5, 32:7, 32:20,
32:25, 33:13, 34:11,
34:20, 36:9, 36:22,
38:16, 40:6, 40:20,
41:25, 43:9, 43:12,
46:16, 49:16, 53:23,
54:1, 54:7, 67:2, 67:7,
67:15, 77:6, 77:15,
78:7, 79:7, 80:3, 80:8,
80:19, 81:13, 82:4,
88:1, 89:9, 90:19,
90:22, 91:1, 91:18,
92:10, 95:24, 96:4,
96:14, 96:20, 97:24,
99:6, 99:18, 100:3,
100:15, 102:7,
102:13, 103:24,
104:12, 104:18,
105:20, 106:19,
107:11, 112:21,
113:12, 113:14,

114:7, 118:5, 118:9,
118:15
    **nice** [1] - 55:20
    **nicely** [1] - 54:22
    **night** [7] - 6:18, 7:23,
18:13, 29:20, 39:13,
53:21, 79:19
    **NJ** [3] - 95:5, 95:6,
95:24
    **no-huddle** [1] - 21:7
    **nonstop** [2] - 25:10,
26:25, 30:10
    **normal** [1] - 116:13
    **North** [1] - 13:14
    **Northwest** [4] - 1:15,
1:18, 2:3, 125:14
    **Nos** [2] - 3:15, 50:23
    **note** [8] - 25:9, 42:8,
66:19, 82:7, 86:10,
113:6, 113:8, 117:2
    **notes** [1] - 125:5
    **nothing** [1] - 36:4
    **November** [11] -
117:9, 117:10,
117:16, 117:17,
117:22, 118:18,
118:21, 120:2,
120:13, 121:13,
121:22
    **NQR** [6] - 25:22,
27:15, 27:20, 27:21,
27:22, 28:10
    **NQRs** [1] - 28:11
    **number** [9] - 18:17,
18:18, 39:15, 49:22,
51:8, 51:18, 68:11,
100:20, 110:13
    **NYC** [8] - 29:14,
30:15, 69:18, 80:4,
94:2, 103:25, 117:4,
117:6

## O

    **O'NEILL** [47] - 1:23,
10:10, 12:3, 14:25,
15:3, 16:21, 16:24,
20:6, 20:9, 21:23,
24:3, 28:20, 28:22,
32:12, 35:15, 37:9,
39:1, 43:22, 46:1,
49:6, 50:20, 52:6,
52:13, 58:4, 59:10,
59:14, 61:1, 63:25,
65:4, 78:20, 82:16,
82:18, 82:24, 83:20,
85:12, 88:15, 89:10,
96:6, 97:7, 98:6,
105:9, 107:25, 108:3,

108:6, 112:10, 119:6, 120:21
**O'Neill** [1] - 4:15
**oars** [1] - 118:12
**oath** [2] - 9:12, 73:6
**object** [6] - 59:14, 59:18, 65:4, 85:12, 108:6, 112:10
**objection** [54] - 10:10, 10:11, 12:3, 12:4, 15:3, 15:4, 16:24, 16:25, 20:9, 20:10, 21:23, 21:24, 24:4, 24:6, 24:7, 28:22, 28:23, 32:12, 32:13, 35:16, 37:10, 39:2, 43:22, 43:23, 46:1, 46:2, 49:6, 49:7, 50:20, 50:21, 52:14, 52:15, 58:4, 58:5, 62:4, 62:11, 62:18, 63:25, 65:7, 78:21, 78:22, 84:12, 88:15, 89:10, 96:6, 97:8, 97:9, 105:10, 105:11, 108:19, 119:6, 119:7, 120:21, 120:22
**objections** [1] - 35:18
**objective** [2] - 102:3, 102:21
**obvious** [1] - 23:17
**obviously** [3] - 7:3, 24:7, 95:16
**occurred** [2] - 22:25, 23:12
**October** [4] - 79:23, 103:13, 119:19, 120:1
**OF** [5] - 1:1, 1:3, 1:10, 1:14, 1:17
**offense** [1] - 21:7
**offer** [6] - 33:14, 33:22, 92:3, 95:7, 120:1, 122:6
**offering** [2] - 30:19, 40:24
**Office** [2] - 110:22, 111:10
**OFFICE** [1] - 1:14
**office** [13] - 13:16, 31:8, 31:21, 32:3, 32:6, 32:20, 34:15, 45:16, 80:4, 99:2, 103:25, 104:19, 118:15
**officers** [1] - 42:21
**offices** [4] - 31:19, 32:24, 43:9, 117:4
**official** [9] - 12:15, 17:11, 29:7, 47:24,

56:2, 75:20, 86:25, 115:14, 125:12
**Official** [1] - 2:1
**officially** [1] - 112:1
**OIG** [1] - 8:17
**old** [4] - 12:19, 47:2, 69:14, 106:23
**OM** [1] - 89:14
**once** [2] - 80:8, 80:11
**one** [32] - 4:22, 4:24, 5:3, 8:23, 13:6, 20:6, 20:8, 22:16, 23:2, 23:3, 30:22, 34:22, 35:6, 46:22, 50:2, 50:4, 50:8, 51:13, 56:20, 60:4, 69:18, 79:23, 79:25, 81:18, 95:4, 103:14, 106:6, 106:14, 108:4, 109:13, 117:24
**one-page** [3] - 20:6, 20:8, 108:4
**online** [1] - 70:1
**onsite** [1] - 39:17
**ooh** [1] - 67:4
**open** [4] - 18:1, 62:17, 68:13, 84:11
**opening** [3] - 30:15, 31:17, 41:21
**operational** [1] - 53:6
**operationalize** [1] - 15:21
**operations** [1] - 99:1
**opinion** [1] - 88:16
**opponent** [1] - 61:21
**opportunity** [4] - 47:2, 60:16, 60:22, 72:5
**option** [2] - 100:22, 101:8
**Option** [2] - 100:24, 101:5
**options** [4] - 36:15, 41:25, 42:3, 100:21
**order** [1] - 63:20
**organization** [1] - 122:7
**organizations** [1] - 100:3
**Osteria** [4] - 47:7, 56:3, 69:1, 75:20
**outlining** [3] - 39:16, 39:18, 111:3
**outlook** [1] - 122:8
**outside** [1] - 70:4
**overall** [1] - 40:22
**overruled** [6] - 39:3, 62:18, 64:1, 85:14,

96:8, 112:12
**overruling** [3] - 24:5, 35:17, 65:6
**oversell** [1] - 41:12
**own** [3] - 91:12, 91:18, 116:7
**owner** [4] - 90:9, 90:15, 90:19, 90:22
**ownership** [2] - 91:1, 91:13

**P**

**P-8** [1] - 102:5
**p.m** [14] - 17:25, 18:15, 18:16, 39:12, 56:2, 56:5, 63:16, 63:24, 75:13, 76:14, 80:10, 124:2
**P.S** [1] - 66:17
**PAGE** [1] - 3:3
**Page** [61] - 17:4, 18:11, 22:18, 31:3, 31:13, 32:18, 33:7, 39:8, 40:25, 46:8, 55:2, 55:4, 55:8, 55:13, 58:15, 63:6, 63:12, 63:17, 65:11, 67:20, 69:12, 69:24, 70:10, 71:12, 73:13, 73:15, 74:4, 75:3, 75:8, 75:15, 76:21, 77:13, 85:19, 86:16, 87:1, 87:11, 90:4, 91:6, 91:20, 92:15, 92:25, 93:15, 93:22, 94:8, 94:10, 94:20, 95:1, 97:25, 99:10, 99:21, 100:7, 103:3, 105:24, 106:5, 114:18, 116:8, 116:25, 119:13, 120:3, 123:1, 123:7
**page** [30] - 20:6, 20:7, 20:8, 22:7, 22:11, 22:13, 37:17, 46:18, 48:2, 49:12, 59:7, 62:24, 63:6, 66:23, 68:6, 68:20, 70:12, 74:16, 74:25, 78:5, 78:6, 78:8, 90:4, 91:6, 98:2, 105:18, 108:4, 115:22
**pages** [1] - 32:21
**palatable** [1] - 53:7
**pales** [1] - 30:11
**panel** [3] - 9:5, 27:7, 72:24
**papers** [1] - 16:8

**Paragraph** [1] - 106:17
**paragraph** [23] - 12:17, 13:4, 15:18, 15:19, 21:6, 26:10, 27:12, 36:12, 40:8, 40:9, 41:15, 42:14, 42:19, 46:18, 46:20, 98:16, 100:11, 101:3, 101:12, 115:21, 116:10, 121:14, 122:2
**paragraphs** [4] - 25:1, 30:5, 100:11, 123:9
**Paragraphs** [2] - 106:6, 110:5
**paralegal** [1] - 4:10
**parameters** [1] - 23:1
**pardon** [1] - 72:4
**Paris** [2] - 58:14, 58:19
**park** [1] - 74:23
**parking** [1] - 75:5
**Parlatore** [4] - 4:15, 72:10, 124:3
**PARLATORE** [17] - 1:20, 1:20, 1:23, 4:14, 4:18, 4:22, 4:24, 5:2, 6:18, 7:5, 7:15, 7:19, 8:5, 52:8, 52:12, 60:24, 72:17
**Part** [6] - 80:6, 81:8, 81:10, 81:11, 103:11, 103:18
**part** [4] - 5:16, 36:5, 80:13, 108:14
**participant** [1] - 27:6
**parties** [1] - 82:20
**parting** [1] - 47:5
**partner** [2] - 91:10, 107:16
**partners** [1] - 36:25, 118:5
**partnership** [2] - 113:18, 115:1
**parts** [1] - 103:10
**party** [5] - 5:17, 48:16, 51:20, 61:21, 65:18
**passive** [1] - 25:16
**passive-aggressively** [1] - 25:16
**passively** [1] - 26:13
**passively-aggressively** [1] - 26:13
**past** [1] - 106:21
**pasted** [1] - 116:1
**path** [1] - 101:6

**paths** [1] - 79:22
**Patrick** [1] - 11:4
**pausing** [1] - 87:18
**pay** [1] - 91:12
**paying** [1] - 42:17
**peaks** [1] - 99:18
**peeps** [1] - 74:1
**pencil** [1] - 117:23
**Pentagon** [6] - 45:11, 50:3, 50:7, 55:11, 57:5
**people** [6] - 30:18, 68:11, 69:9, 122:3, 122:21
**perceived** [2] - 83:25, 84:2
**percent** [7] - 42:17, 89:17, 90:8, 90:14, 91:1, 91:9, 92:23
**percent)** [1] - 42:18
**perfect** [4] - 33:11, 70:2, 70:17, 71:1
**performance** [1] - 91:13
**perhaps** [1] - 6:25
**period** [2] - 31:18, 64:6
**Perks** [1] - 104:4
**permissive** [2] - 110:14, 111:21
**permit** [1] - 69:22
**person** [2] - 14:12, 98:21
**personal** [10] - 10:17, 12:16, 17:12, 29:8, 47:20, 52:21, 56:10, 67:19, 86:24, 93:21
**personnel** [3] - 16:12, 17:16, 17:19
**perspective** [2] - 6:4, 33:12
**phase** [4] - 103:6, 106:3, 113:11, 113:19
**Phase** [21] - 100:14, 101:24, 102:1, 102:10, 102:21, 103:6, 103:8, 103:9, 103:19, 103:22, 103:24, 104:8, 104:10, 104:11, 104:12, 104:14, 104:15, 104:18, 113:25
**phases** [5] - 100:14, 101:19, 101:20, 101:23, 103:4
**phone** [28] - 22:10, 22:24, 23:3, 23:6, 23:9, 23:14, 50:8,

59:7, 59:15, 59:20, 61:2, 61:6, 61:9, 61:10, 61:16, 61:17, 62:24, 62:25, 63:5, 63:9, 64:5, 74:13, 84:23, 108:13, 108:15, 109:3

**photo** [3] - 57:25, 58:10, 58:15

**photos** [3] - 58:20, 58:23, 58:25

**phrase** [2] - 26:17, 26:18

**pick** [6] - 9:22, 9:24, 70:20, 73:13, 100:10, 117:24

**picture** [1] - 45:4

**pictures** [5] - 32:3, 32:7, 32:19, 32:20, 32:24

**pilot** [5] - 45:8, 53:5, 101:5, 121:17, 123:15

**piqued** [1] - 106:11

**pitch** [3] - 11:7, 11:12, 103:1

**place** [9] - 15:21, 19:21, 21:12, 31:23, 53:4, 70:3, 74:2, 76:4, 121:18

**Plaintiff** [1] - 1:4

**plan** [7] - 40:22, 48:7, 81:11, 103:7, 106:3, 113:19, 115:3

**plane** [1] - 86:6

**planes** [1] - 102:5

**plans** [1] - 19:12

**play** [4] - 66:1, 66:16, 69:3, 93:7

**played** [1] - 66:18

**player** [1] - 104:2

**plus** [6] - 18:15, 27:7, 30:19, 30:22, 39:17, 113:13

**plus-seven** [1] - 18:15

**point** [12] - 11:12, 14:15, 16:7, 33:16, 34:20, 38:17, 44:11, 62:6, 95:25, 96:10, 96:18, 99:25

**Point** [2] - 41:17, 110:17

**points** [3] - 41:7, 41:16, 62:7

**poison** [1] - 28:7

**portion** [1] - 91:18

**position** [3] - 30:21, 94:13, 123:12

**positions** [3] - 33:25, 34:1, 122:9

**possession** [1] - 59:17

**possible** [1] - 6:9

**possibly** [1] - 33:15

**post** [1] - 110:19

**Post** [1] - 113:8

**Post-it** [1] - 113:8

**post-retirement** [1] - 110:19

**potential** [1] - 21:8

**potentially** [4] - 36:8, 95:18, 117:10, 117:17

**POV** [3] - 74:24, 113:16, 113:21

**power** [2] - 34:15, 60:7

**PP** [1] - 70:7

**practice** [1] - 27:5

**pre** [1] - 110:19

**precise** [2] - 74:24, 101:16

**prefer** [1] - 18:19

**prepare** [2] - 64:20, 85:3

**prepared** [3] - 25:5, 25:14, 26:6

**present** [3] - 83:4, 83:17, 83:23

**presented** [1] - 106:12

**presents** [1] - 27:6

**preserved** [1] - 24:7

**pretrial** [4] - 35:18, 83:2, 97:10, 112:13

**pretty** [2] - 18:13, 31:23

**previous** [9] - 35:15, 37:10, 39:1, 44:15, 51:13, 52:13, 78:20, 97:7, 105:9

**PREVIOUSLY** [1] - 9:14

**previously** [10] - 24:16, 26:2, 29:16, 31:11, 37:12, 37:23, 39:3, 77:2, 84:24, 112:12

**pricing** [1] - 40:12

**primarily** [2] - 43:7, 43:11

**private** [1] - 74:7

**privileged** [1] - 100:17

**problem** [3] - 7:9, 50:8, 59:21

**proceed** [1] - 64:3

**proceedings** [8] - 9:7, 62:16, 71:22, 72:2, 73:1, 84:10, 124:2, 125:6

**process** [3] - 27:7, 66:20, 103:20

**produce** [3] - 8:16, 102:3, 102:22

**produced** [1] - 125:6

**professional** [1] - 60:5

**program** [6] - 53:5, 53:7, 101:5, 103:13, 121:18, 123:15

**programs** [3] - 36:18, 39:17, 39:23

**progressing** [2] - 100:14, 101:19

**project** [3] - 36:15, 53:14, 54:8

**projects** [1] - 89:18

**promised** [2] - 122:12, 122:15

**promising** [2] - 118:2, 122:8

**promotion** [1] - 122:9

**proof** [1] - 101:15

**proper** [3] - 61:4, 98:23, 99:4

**properly** [2] - 7:10, 8:3

**proposal** [5] - 39:16, 39:22, 45:6, 45:15, 114:24

**proposed** [4] - 42:25, 100:20, 101:8, 101:9

**prosecution** [1] - 60:11

**prospective** [1] - 38:11

**provide** [3] - 27:11, 31:10, 122:5

**provided** [3] - 6:1, 67:11, 116:6

**provides** [2] - 27:4, 31:11

**PT** [1] - 55:18

**public** [1] - 74:8

**publish** [33] - 10:9, 12:2, 14:24, 16:20, 20:5, 21:22, 28:19, 32:11, 35:14, 37:8, 38:25, 43:21, 45:25, 49:5, 50:19, 52:5, 58:3, 59:9, 65:3, 77:25, 78:19, 82:15, 85:11, 97:5, 97:13, 105:7, 105:12, 107:24, 108:18, 112:9, 115:6, 119:5, 120:20

**published** [24] -

10:12, 12:5, 15:5, 17:1, 20:11, 21:25, 28:24, 32:14, 35:19, 37:12, 39:5, 43:24, 46:3, 49:8, 50:22, 52:16, 58:6, 62:19, 65:7, 78:25, 85:15, 112:14, 119:8, 120:23

**pull** [23] - 9:25, 19:23, 21:15, 23:21, 28:12, 29:15, 37:2, 38:19, 43:15, 45:19, 48:23, 50:12, 51:22, 54:18, 56:22, 75:14, 89:24, 90:11, 96:24, 105:1, 115:6, 118:24, 123:16

**pulled** [1] - 61:6

**pulls** [1] - 16:2

**purpose** [1] - 109:21

**pursuant** [1] - 61:14

**push** [1] - 41:12

**put** [4] - 16:8, 39:16, 60:11, 121:17

**putting** [1] - 106:13

## Q

**Q1** [1] - 99:24

**qualified** [2] - 110:11, 110:15

**Quarter** [7] - 99:17, 99:19, 99:20, 99:23, 100:5, 100:6

**questions** [7] - 5:15, 80:17, 87:9, 89:23, 92:19, 110:21, 111:9

**quick** [3] - 4:24, 79:14, 116:12

**quickly** [2] - 9:3, 18:2

**QUINN** [1] - 1:23

**quite** [7] - 6:9, 27:22, 30:13, 41:20, 41:24, 94:23, 114:24

## R

**racism** [3] - 5:15, 5:16, 5:18

**Raimondo** [2] - 10:21, 10:22

**raise** [1] - 4:24

**range** [2] - 42:24, 113:4

**rank** [1] - 15:15

**rapid** [1] - 113:9

**rather** [1] - 8:9

**RDR** [3] - 2:1, 125:3,

125:12

**reach** [2] - 29:24, 119:23

**read** [66] - 12:17, 13:4, 13:24, 15:17, 15:18, 17:23, 19:10, 21:6, 25:1, 28:5, 30:5, 31:5, 31:10, 35:24, 36:11, 38:2, 38:7, 40:7, 41:6, 41:8, 41:17, 41:22, 42:5, 42:13, 42:19, 46:19, 65:24, 66:8, 66:12, 70:12, 74:22, 75:8, 79:16, 83:22, 86:5, 86:11, 91:6, 92:25, 93:5, 93:25, 94:22, 95:2, 98:15, 99:25, 100:11, 101:2, 101:12, 101:23, 103:6, 106:5, 107:6, 110:5, 110:18, 110:25, 112:25, 114:5, 114:21, 115:21, 116:10, 116:19, 116:20, 117:19, 117:25, 119:22, 121:14

**reading** [21] - 66:22, 67:23, 68:8, 68:22, 69:12, 69:24, 73:12, 73:17, 74:6, 74:18, 75:3, 86:18, 87:7, 89:13, 90:6, 91:3, 91:22, 92:17, 94:10, 122:1, 123:9

**ready** [7] - 4:19, 9:9, 73:3, 109:9, 109:10, 110:2, 110:3

**real** [3] - 30:18, 83:12, 95:7

**realized** [1] - 36:6

**really** [5] - 8:7, 38:12, 81:24, 86:13, 92:4

**reason** [1] - 30:10

**reasons** [8] - 24:6, 33:17, 35:18, 37:11, 39:3, 95:6, 97:10, 112:12

**REBECCA** [1] - 1:13

**Rebecca** [1] - 4:8

**receipt** [5] - 57:1, 76:10, 76:11, 77:17, 79:11

**received** [3] - 59:15, 110:2, 122:16

**receiving** [1] - 27:5

**recently** [1] - 94:23

**reception** [12] - 47:6,

48:5, 48:8, 51:6, 56:1, 56:2, 67:1, 70:4, 70:8, 71:5, 73:25, 75:20

**recess** [2] - 72:1, 124:9

**recommend** [1] - 70:14

**recommendations** [1] - 48:6

**record** [4] - 4:7, 6:10, 8:8, 8:23

**red** [1] - 75:6

**redactions** [1] - 52:9

**refer** [2] - 26:20, 113:25

**reference** [10] - 13:1, 27:2, 27:3, 27:20, 30:25, 31:6, 44:11, 45:17, 95:11, 116:2

**referenced** [3] - 67:6, 69:8, 81:15

**references** [2] - 47:9, 54:10

**referencing** [1] - 95:14

**referred** [1] - 54:7

**referring** [11] - 12:22, 33:24, 35:1, 40:21, 40:22, 41:13, 42:11, 47:10, 47:17, 87:25, 113:24

**regrettably** [1] - 33:14

**related** [1] - 5:21

**relation** [3] - 16:11, 21:3, 109:11

**relationship** [5] - 34:20, 60:6, 98:20, 100:13, 101:19

**relationships** [1] - 104:1

**relevant** [7] - 63:22, 64:5, 64:11, 64:24, 84:18, 85:7, 88:16

**relief** [2] - 110:11, 110:16

**remind** [2] - 9:11, 73:5

**removed** [1] - 34:12

**rent** [2] - 94:2, 94:5

**report** [6] - 5:9, 21:20, 22:8, 88:14, 89:8, 103:8

**reported** [11] - 67:8, 71:9, 80:21, 88:4, 88:8, 90:21, 90:25, 91:17, 92:9, 96:3, 96:19

**REPORTED** [1] - 2:1

**Reporter** [2] - 2:1,

125:12

**request** [3] - 109:19, 110:9, 110:13

**requesting** [1] - 109:22

**requirement** [1] - 47:1

**reservation** [6] - 49:18, 50:17, 51:3, 51:8, 51:12, 76:17

**reserve** [3] - 48:7, 51:19, 68:10

**resign** [2] - 80:5, 81:7

**resolve** [1] - 124:4

**resources** [1] - 114:24

**respect** [2] - 99:16, 99:25

**respond** [18] - 13:10, 18:5, 18:12, 19:1, 19:8, 19:17, 33:8, 47:19, 48:3, 49:25, 50:5, 61:12, 68:15, 93:18, 116:25, 117:7, 120:4, 123:13

**responded** [62] - 66:21, 66:24, 66:25, 67:4, 67:25, 68:25, 69:6, 69:14, 70:2, 70:7, 70:13, 70:14, 70:17, 70:20, 70:22, 74:2, 74:7, 74:11, 74:14, 74:19, 86:8, 86:10, 86:13, 86:14, 86:15, 86:20, 86:21, 86:23, 86:24, 87:2, 87:4, 87:8, 87:10, 87:14, 87:16, 89:20, 90:8, 91:4, 91:5, 91:8, 91:11, 91:14, 91:15, 91:23, 92:3, 92:6, 92:18, 92:21, 92:24, 93:6, 93:7, 93:9, 93:10, 94:4, 94:7, 94:11, 94:12, 94:15, 94:16, 94:18, 94:19, 95:6

**responding** [2] - 105:21, 105:22

**responds** [3] - 18:24, 47:20, 93:20

**response** [11] - 13:9, 18:8, 22:15, 34:5, 36:11, 36:12, 36:21, 117:12, 117:21, 117:25, 120:9

**responsibility** [1] - 122:9

**rest** [3] - 28:5, 31:9,

95:2

**restaurant** [1] - 67:2

**results** [3] - 79:22, 101:15, 104:11

**resume** [1] - 4:19

**resumed** [1] - 123:21

**retire** [2] - 81:13, 112:1

**retired** [3] - 95:21, 110:9, 111:17

**Retired** [2] - 47:3, 47:4

**retirement** [19] - 16:8, 47:11, 47:18, 48:16, 51:6, 51:20, 55:22, 56:17, 57:7, 59:1, 65:18, 69:17, 95:19, 104:12, 109:19, 109:22, 110:19, 111:22

**return** [1] - 55:6

**returned** [1] - 55:7

**revenue** [8] - 99:7, 99:9, 99:16, 99:18, 100:1, 100:2, 100:5

**reverse** [1] - 63:20

**revert** [1] - 120:8

**review** [12] - 33:20, 33:23, 34:4, 36:16, 38:11, 81:9, 88:12, 89:7, 102:24, 104:7, 111:25, 113:20

**reviewed** [4] - 37:19, 88:20, 107:12, 111:1

**reviewing** [3] - 36:8, 42:23, 98:15

**revved** [1] - 83:14

**Reynolds** [2] - 121:7, 121:9

**rez** [2] - 74:15, 75:10

**Rez** [1] - 74:20

**ringing** [1] - 89:19

**rise** [1] - 15:25

**ritual** [1] - 27:4

**Ritz** [8] - 49:19, 50:2, 50:7, 51:20, 55:11, 57:1, 57:5, 57:12

**Ritz-Carlton** [6] - 49:19, 51:20, 55:11, 57:1, 57:5, 57:12

**Road** [1] - 1:24

**rob** [1] - 56:19

**Rob** [6] - 48:17, 51:6, 51:20, 57:7, 65:18, 71:5

**Robert** [31] - 4:5, 10:17, 11:2, 12:15, 14:6, 15:10, 17:11, 23:14, 29:7, 29:11, 35:2, 46:8, 47:9,

47:12, 47:13, 47:20, 52:21, 54:25, 57:3, 57:18, 57:25, 58:11, 58:16, 65:14, 85:21, 86:6, 87:23, 95:17, 108:25, 115:12, 121:3

**ROBERT** [1] - 1:6

**robins** [1] - 60:25

**Roger** [8] - 13:18, 13:19, 13:25, 73:22, 74:14, 119:15, 120:7, 120:10

**roll** [2] - 40:12, 40:20

**Rolnick** [4] - 14:1, 14:4, 19:7, 19:8

**Room** [1] - 2:3

**room** [4] - 21:9, 49:22, 51:15, 61:11

**room/table** [1] - 74:7

**rooms** [3] - 50:10, 51:19

**ROSS** [267] - 1:13, 4:2, 4:8, 4:13, 4:20, 8:14, 8:21, 8:24, 9:16, 9:24, 10:2, 10:8, 10:15, 11:21, 11:23, 12:1, 12:8, 14:18, 14:20, 14:23, 15:8, 16:14, 16:16, 16:19, 17:4, 17:6, 19:23, 20:1, 20:4, 20:8, 20:14, 21:15, 21:18, 21:21, 22:3, 22:18, 22:20, 23:21, 23:23, 24:1, 24:11, 26:1, 26:4, 28:1, 28:3, 28:12, 28:15, 28:18, 29:2, 29:15, 29:17, 30:2, 30:4, 31:3, 31:4, 31:13, 31:14, 31:24, 32:1, 32:10, 32:17, 32:21, 32:23, 33:3, 33:6, 35:7, 35:10, 35:13, 35:23, 37:2, 37:4, 37:7, 37:16, 38:19, 38:21, 38:24, 39:8, 39:10, 43:15, 43:17, 43:20, 44:2, 44:16, 44:18, 44:21, 44:23, 45:19, 45:21, 45:24, 46:6, 48:13, 48:15, 48:23, 49:1, 49:4, 49:11, 50:12, 50:15, 50:18, 51:1, 51:22, 52:1, 52:4, 52:19, 54:18, 54:20, 55:1, 55:3, 55:8, 55:9, 55:13, 55:15, 56:22, 56:24, 57:10, 57:11, 57:20, 57:23, 58:2,

58:9, 59:2, 59:5, 59:8, 61:13, 62:12, 62:15, 62:22, 63:12, 63:13, 64:7, 64:10, 65:2, 65:10, 67:20, 67:22, 68:6, 68:7, 68:16, 68:20, 68:21, 70:10, 70:11, 71:12, 71:25, 73:9, 73:11, 73:13, 73:16, 74:4, 74:5, 74:16, 74:17, 74:25, 75:2, 75:14, 75:16, 75:23, 75:24, 76:6, 76:8, 76:21, 76:22, 77:1, 77:4, 77:20, 77:24, 78:2, 78:12, 78:15, 78:18, 79:1, 80:16, 82:8, 82:11, 82:14, 83:1, 83:9, 83:23, 84:4, 84:14, 84:17, 85:10, 85:18, 86:16, 86:17, 87:1, 87:6, 87:11, 87:12, 88:18, 89:12, 89:24, 90:1, 90:3, 90:5, 90:11, 90:12, 91:20, 91:21, 92:15, 92:16, 93:2, 93:4, 93:15, 93:17, 93:22, 93:24, 94:8, 94:9, 94:20, 94:21, 96:9, 96:24, 97:1, 97:4, 97:13, 97:15, 97:25, 98:3, 98:8, 98:9, 99:10, 99:12, 100:7, 100:9, 103:3, 103:5, 105:1, 105:3, 105:6, 105:13, 105:16, 105:24, 106:1, 107:17, 107:20, 107:23, 108:5, 108:10, 108:17, 108:22, 109:14, 109:17, 112:3, 112:5, 112:8, 112:17, 114:18, 114:19, 115:5, 115:9, 116:8, 116:9, 118:24, 119:1, 119:4, 119:11, 119:12, 120:14, 120:16, 120:19, 121:1, 123:1, 123:3, 123:7, 123:8, 123:16

**Ross** [4] - 4:9, 8:12, 9:13, 73:8

**Rota** [1] - 121:11

**round** [1] - 60:25

**round-robins** [1] - 60:25

**RSVP'd** [1] - 48:4

**rules** [5] - 88:20,

88:23, 89:1, 89:3, 89:7
**run** [2] - 95:9, 103:25
**rut** [1] - 95:7

## S

**sailor** [2] - 115:1, 116:2
**sailors** [9] - 39:14, 39:19, 42:21, 100:22, 100:25, 103:16, 114:7, 116:1, 116:6
**sailors/leaders** [1] - 113:12
**salary** [6] - 80:4, 80:24, 81:3, 89:19, 91:12, 94:14
**sales** [2] - 11:7, 11:12
**Saturday** [3] - 13:14, 29:13, 55:7
**saw** [6] - 21:3, 26:10, 42:8, 62:25, 116:16, 121:24
**say/ask** [1] - 87:4
**scaling** [1] - 101:15
**scenes** [1] - 42:7
**schedule** [4] - 13:5, 69:21, 117:5, 117:23
**scheduled** [4] - 13:25, 16:11, 56:7, 56:10
**schedules** [1] - 47:15
**scheduling** [1] - 21:3
**school** [1] - 25:10
**schoolhousing** [1] - 45:13
**screen** [3] - 66:2, 78:4, 87:19
**screenshot** [2] - 107:22, 108:14
**scroll** [2] - 97:6, 123:1
**scrub** [1] - 36:19
**sea** [4] - 13:13, 47:2, 47:7, 123:12
**search** [1] - 59:16
**seat** [2] - 9:11, 72:3
**SEBASTIAN** [2] - 3:4, 9:14
**second** [11] - 25:17, 26:5, 26:10, 26:15, 28:9, 78:8, 92:7, 93:16, 98:1, 110:18, 122:1
**second-guessing** [1] - 28:9

seconds [1] - 75:13
**Secretary** [1] - 81:19
**section** [1] - 63:4
**secure** [1] - 106:10
**secured** [1] - 100:2
**sedan** [2] - 55:21, 55:25
**see** [72] - 10:3, 11:11, 11:16, 13:1, 13:19, 13:25, 14:4, 14:7, 16:5, 16:10, 18:21, 20:17, 20:23, 22:13, 22:21, 23:2, 23:13, 23:16, 25:23, 26:17, 26:24, 27:12, 27:20, 29:19, 30:15, 31:6, 31:15, 33:23, 34:19, 34:23, 38:14, 42:10, 45:8, 45:11, 45:15, 45:16, 46:8, 47:2, 47:9, 53:3, 53:15, 54:10, 67:6, 69:8, 70:1, 71:6, 71:23, 75:4, 80:18, 80:24, 81:6, 87:18, 90:14, 93:8, 94:17, 98:25, 99:3, 101:18, 102:10, 102:21, 105:21, 111:8, 113:6, 113:8, 113:20, 114:13, 117:6, 119:23, 121:19, 122:13, 122:20, 124:8
**seem** [3] - 6:22, 16:1, 53:13
**select** [2] - 34:11, 118:9
**send** [28] - 10:20, 10:24, 12:14, 17:10, 21:1, 24:14, 29:6, 41:11, 41:12, 44:5, 45:3, 46:11, 48:11, 50:10, 50:11, 52:23, 61:9, 79:5, 81:25, 97:22, 110:3, 112:20, 112:23, 115:15, 119:16, 121:4, 122:4, 122:21
**sends** [8] - 12:15, 13:22, 17:11, 20:15, 24:15, 29:7, 46:12, 97:23
**senior** [10] - 13:3, 20:21, 27:8, 27:10, 46:10, 53:1, 81:20, 95:16, 118:9, 121:10
**senior-most** [1] - 20:21
**sense** [8] - 25:22, 27:15, 27:20, 39:22,

83:4, 83:17, 83:24, 106:15
**sensitive** [1] - 26:21
**sent** [18] - 10:18, 12:10, 15:9, 19:20, 24:18, 24:24, 29:18, 29:23, 35:5, 39:11, 41:2, 41:4, 61:8, 66:18, 68:24, 86:10, 87:22, 109:6
**sentence** [2] - 26:5, 101:2
**sentences** [1] - 26:17
**separate** [2] - 6:14, 51:15
**separately** [2] - 12:18, 41:20
**separation** [2] - 110:14, 111:21
**September** [4] - 102:3, 112:24, 113:5, 115:18
**series** [1] - 98:21
**serious** [1] - 106:21
**served** [1] - 10:23
**service** [3] - 23:19, 68:4, 110:9
**session** [1] - 124:10
**SESSION** [1] - 1:7
**set** [2] - 13:18, 22:25
**settled** [1] - 116:13
**setup** [1] - 27:6
**seven** [1] - 18:15
**several** [5] - 36:22, 86:8, 94:18, 112:21, 113:9
**severe** [1] - 59:25
**severely** [1] - 60:17
**sexual** [1] - 57:19
**Shanahan** [1] - 63:1
**share** [5] - 41:9, 41:11, 42:1, 53:20, 104:5
**shareholders** [1] - 106:21
**sharing** [4] - 36:24, 38:4, 38:14, 107:9
**Shelanski** [2] - 12:23, 53:12
**ship/squadron** [1] - 53:8
**ships** [1] - 102:5
**shit** [1] - 92:19
**short** [5] - 39:24, 53:13, 79:20, 80:14, 116:20
**shortly** [4] - 50:11, 73:23, 84:4, 102:16
**shots** [1] - 47:5

show [2] - 34:15, 78:3
**showing** [3] - 34:15, 34:15, 66:2, 79:22
**shows** [2] - 83:15, 99:17
**sic** [8] - 41:19, 61:10, 63:24, 65:12, 68:4, 68:12, 73:20, 102:22
**sic]** [1] - 74:8
**side** [2] - 45:8, 86:9
**signal** [1] - 34:16
**significant** [1] - 113:3
**similar** [2] - 23:19, 62:25
**simultaneously** [1] - 69:20
**simultaneously)** [1] - 117:5
**single** [3] - 79:21, 102:1, 102:10
**single-digit** [3] - 79:21, 102:1, 102:10
**sister** [1] - 82:24
**sit** [1] - 115:25
**sitting** [2] - 70:13, 98:19
**sixth** [1] - 41:22
**size** [2] - 113:16, 113:21
**skills** [1] - 39:20
**skip** [5] - 41:25, 48:5, 49:24, 93:22, 95:1
**skipped** [1] - 45:1
**Sleeth** [4] - 22:13, 22:14, 63:3
**slides** [1] - 98:14
**slightest** [4] - 25:14, 25:15, 26:12
**slimy** [8] - 25:7, 25:16, 25:18, 25:21, 26:8, 26:14, 26:15, 27:14
**small** [2] - 53:5, 121:17
**smaller** [6] - 40:22, 79:21, 81:11, 100:24, 101:9, 114:1
**smart** [2] - 80:13, 118:12
**smarter** [1] - 101:6
**smiley** [1] - 91:23
**smitten** [1] - 89:20
**so..** [1] - 93:8
**social** [1] - 36:18
**software** [3] - 100:3, 104:3, 114:9
**solve** [1] - 72:14
**someone** [1] - 30:23

someplace [1] - 7:3
**sometime** [1] - 11:9
**somewhat** [1] - 116:13
**somewhere** [1] - 38:13
**soon** [11] - 11:9, 29:23, 34:16, 34:18, 34:19, 34:24, 35:3, 53:24, 109:9, 110:3, 117:6
**sooner** [1] - 30:8
**soonest** [1] - 118:3
**sorry** [17] - 18:7, 18:9, 30:8, 50:7, 66:8, 68:12, 90:3, 90:4, 90:21, 92:12, 98:1, 98:8, 115:23, 116:11, 116:12, 117:19, 120:7
**sort** [1] - 91:15
**sounds** [3] - 6:24, 9:1, 18:9
**source** [2] - 23:13, 23:16
**Southeast** [3] - 56:3, 69:1, 75:21
**speaker** [1] - 55:23
**speaking** [3] - 47:1, 118:2, 118:22
**specific** [2] - 23:3, 44:15, 53:14
**specifically** [2] - 80:7, 104:14
**speed** [2] - 107:9, 118:12
**spend** [2] - 40:12, 113:6
**spoken** [1] - 41:15
**sponsor** [2] - 103:9, 104:16
**spot** [1] - 89:21
**spouse** [2] - 11:2, 29:11
**squadrons** [1] - 102:6
**squint** [1] - 66:5
**staff** [1] - 44:10
**stage** [1] - 113:3
**stagnate** [1] - 106:20
**stakes** [2] - 25:6, 26:7
**stand** [10] - 24:3, 35:15, 37:9, 39:1, 52:13, 60:14, 78:20, 97:7, 105:9, 116:7
**standard** [1] - 42:18
**standards** [2] - 110:20, 111:4
**star** [7] - 15:16, 37:1, 38:5, 88:13, 98:22,

100:14, 100:18
**stars** [1] - 103:15
**start** [6] - 15:25,
101:24, 102:1, 102:5,
102:11, 119:13
**started** [1] - 9:21
**starting** [10] - 4:7,
46:19, 53:21, 55:18,
79:20, 99:17, 101:12,
101:13, 101:14,
103:12
**starts** [1] - 34:18
**startup** [1] - 36:5
**state** [1] - 83:6
**statement** [4] - 77:6,
77:10, 77:11, 78:6
**statements** [2] -
61:21, 61:22
**States** [7] - 2:2, 4:4,
4:10, 46:10, 53:1,
54:15, 125:13
**STATES** [4] - 1:1,
1:3, 1:11, 1:14
**stationed** [1] - 15:13
**status** [1] - 113:14
**Stavridis** [1] - 47:4
**stay** [3] - 55:10,
57:12, 94:6
**stayed** [5] - 55:11,
55:12, 57:4, 79:18,
79:19
**steak** [1] - 67:25
**steaks** [1] - 67:5
**stenographic** [1] -
125:5
**step** [3] - 40:12,
40:20, 72:20
**Stephanie** [1] - 4:11
**stepped** [1] - 25:17
**steps** [3] - 26:14,
66:20, 123:15
**still** [5] - 9:12, 21:9,
59:20, 73:5, 114:23
**stop** [6] - 53:13,
71:14, 74:11, 80:8,
94:25, 123:18
**stopping** [4] - 90:10,
90:13, 101:18, 121:19
**stories** [2] - 47:3,
47:7
**story** [2] - 70:2, 76:4
**straight** [3] - 13:14,
66:1, 66:16
**Strat** [1] - 107:8
**Stratcom** [1] - 66:18
**strategic** [2] - 101:6,
104:2
**strategy** [5] - 20:18,
24:16, 40:3, 79:6,
107:4

**straw** [1] - 123:14
**Street** [4] - 1:15,
56:3, 69:1, 75:21
**stress** [1] - 47:8
**stuck** [1] - 18:9
**studied** [1] - 69:16
**style** [1] - 113:13
**subject** [9] - 17:21,
29:12, 44:9, 46:15,
49:17, 79:13, 79:15,
115:19, 119:20
**subpoena** [1] - 75:25
**success** [4] - 101:6,
102:4, 102:22, 106:15
**success/metrics** [1]
- 103:8
**succession** [1] -
113:9
**suggest** [3] - 67:9,
69:14, 74:20
**suggested** [1] -
53:12
**suggesting** [1] - 5:22
**suggestion** [1] -
101:11
**Suite** [2] - 1:18, 1:24
**summary** [4] - 64:11,
64:21, 84:18, 85:4
**summer** [4] - 43:5,
43:6, 43:13, 55:19
**Sunday** [1] - 30:20
**superlative** [1] -
68:23
**support** [6] - 37:1,
38:5, 39:18, 39:23,
113:14, 114:25
**supposed** [2] -
75:19, 79:14
**Surprise** [1] - 1:25
**survey** [1] - 116:24
**sustained** [3] -
84:13, 88:17, 89:11
**swanky** [1] - 31:23
**swing** [1] - 115:1
**SWORN** [1] - 9:14
**systems** [1] - 114:10

**T**

**table** [2] - 4:10,
68:10
**tablecloths** [1] - 68:3
**tables** [1] - 68:13
**tack** [2] - 117:10,
117:17
**tag** [1] - 70:23
**takeaway** [1] - 116:5
**talks** [1] - 30:12
**tangible** [1] - 101:15

**Tarun** [2] - 25:9,
34:17
**TDY** [2] - 110:14,
111:21
**teach** [1] - 15:25
**teaching/public** [1] -
30:12
**Team** [3] - 34:7,
34:8, 37:24
**team** [14] - 20:18,
22:15, 24:16, 28:7,
34:3, 40:3, 79:6,
91:11, 107:4, 109:8,
113:1, 114:23, 118:5,
118:9
**teams** [1] - 115:2
**teaser** [1] - 53:13
**tech** [1] - 94:3
**tech/apps** [1] - 39:17
**technically** [1] -
93:20
**technology** [2] -
39:23, 100:3
**TED** [1] - 30:17
**ten** [7] - 25:12, 27:1,
62:13, 71:16, 71:24,
110:13, 111:20
**tentatively** [2] -
13:25, 118:2
**term** [2] - 26:11,
26:20
**terms** [3] - 83:17,
83:23, 114:11
**testified** [3] - 5:4,
29:19, 78:9
**testifying** [1] - 5:3
**testimonial** [1] -
93:21
**testimony** [6] - 9:10,
25:25, 71:18, 73:3,
123:21, 123:23
**text** [9] - 22:9, 59:19,
60:16, 61:7, 61:16,
94:17, 110:2, 114:12,
114:20
**texting** [1] - 74:3
**THE** [101] - 1:1, 1:10,
1:13, 1:14, 1:20, 4:1,
4:3, 4:12, 4:17, 4:19,
4:21, 4:23, 5:1, 6:16,
6:24, 7:14, 7:17, 8:4,
8:12, 8:19, 8:22, 9:1,
9:5, 9:8, 10:11, 12:4,
15:2, 15:4, 16:23,
16:25, 20:10, 21:24,
24:5, 28:21, 28:23,
32:13, 35:17, 37:11,
39:3, 43:23, 46:2,
49:7, 50:21, 52:7,
52:11, 52:15, 58:5,

59:11, 60:23, 60:25,
61:12, 62:4, 62:13,
62:18, 64:1, 64:4,
65:6, 71:14, 71:19,
71:20, 71:23, 72:3,
72:8, 72:13, 72:16,
72:19, 72:24, 73:2,
73:7, 73:8, 77:22,
77:25, 78:22, 78:25,
82:17, 82:19, 82:23,
82:25, 83:7, 83:22,
84:3, 84:8, 84:12,
85:14, 87:2, 88:17,
89:11, 96:8, 97:9,
105:11, 108:2, 108:8,
108:19, 112:12,
119:7, 120:22,
123:18, 123:24,
123:25, 124:3, 124:6
**theater** [1] - 33:16
**then-existing** [1] -
83:6
**Thereupon** [2] -
72:1, 124:9
**they've** [1] - 6:19
**think/believe** [1] -
93:11
**thinking** [6] - 33:21,
39:25, 65:25, 66:16,
113:2, 115:2
**third** [5] - 5:17,
27:12, 90:9, 90:15,
99:15
**third-party** [1] - 5:17
**Thomas** [5] - 46:9,
47:9, 47:12, 48:17,
71:5
**Thomas's** [5] - 51:6,
51:20, 56:19, 57:7,
65:18
**thoroughly** [1] -
110:18
**thoughts** [3] - 39:24,
41:9, 83:13
**thread** [1] - 40:1
**three** [22] - 25:1,
30:5, 66:8, 66:23,
70:20, 75:5, 79:24,
79:25, 83:2, 86:5,
86:11, 95:6, 100:14,
101:19, 101:20,
103:6, 103:14, 104:1,
106:3, 110:4, 113:19
**three-phase** [3] -
103:6, 106:3, 113:19
**throes** [1] - 36:16
**Thursday** [6] - 13:25,
48:9, 48:10, 51:4,
54:14, 121:13
**tickets** [2] - 30:19,

34:14
**tied** [2] - 93:11,
93:19
**ties** [1] - 31:7
**tilt** [2] - 25:22, 27:14
**time-honored** [2] -
46:24, 47:9
**timed** [1] - 98:19
**timeframe** [2] -
18:20, 22:25
**timely** [1] - 123:13
**timestamp** [1] - 84:5
**Timothy** [1] - 4:15
**TIMOTHY** [1] - 1:20
**tiniest** [2] - 25:6,
26:7
**tip** [1] - 76:20
**today** [9] - 17:24,
25:11, 26:25, 68:14,
114:20, 117:4, 120:8,
122:12, 122:15
**together** [5] - 39:16,
47:22, 53:18, 70:5,
121:17
**Tom** [1] - 112:21
**tomorrow** [3] -
19:14, 19:18, 53:21
**tonight** [2] - 17:22,
19:13
**took** [1] - 21:12
**tool** [3] - 22:8, 116:5,
116:7
**top** [29] - 13:22,
19:17, 30:5, 34:6,
36:20, 37:21, 40:25,
45:10, 45:15, 48:2,
50:5, 63:14, 63:16,
65:20, 65:24, 66:8,
70:25, 75:8, 77:9,
81:25, 86:5, 87:19,
92:25, 93:2, 101:2,
107:2, 114:6, 120:11
**topics** [1] - 26:21
**total** [3] - 90:8,
90:15, 91:1
**touch** [1] - 13:6
**tough** [1] - 41:14
**towards** [3] - 42:5,
103:9, 104:16
**town** [1] - 47:16
**TP** [1] - 107:13
**TPs** [1] - 107:8
**track** [2] - 8:24, 82:6
**tradition** [2] - 46:24,
47:10
**training** [4] - 39:17,
40:24, 107:16, 113:12
**TRANSCRIPT** [1] -
1:10
**transcript** [3] - 8:17,

125:5, 125:6
**transfer** [2] - 110:9, 111:16
**transit** [3] - 55:21, 56:1, 56:4
**translating** [1] - 87:17
**transparency/our** [1] - 113:1
**travel** [2] - 54:15, 122:5
**traveled** [1] - 58:23
**trenches** [1] - 16:3
**TREVOR** [2] - 1:10, 1:16
**Trevor** [1] - 4:9
**TRIAL** [1] - 1:10
**tried** [1] - 19:2
**triggers** [4] - 113:8, 113:17, 113:22, 113:24
**trip** [4] - 54:22, 58:25, 67:10, 115:3
**triple** [1] - 103:21
**triple-digit** [1] - 103:21
**true** [3] - 32:7, 125:4, 125:5
**truly** [1] - 15:25
**trust** [2] - 25:7, 26:8
**trusted** [1] - 73:21
**trusting** [2] - 28:9, 38:3
**trusts** [1] - 81:22
**truth** [1] - 61:22
**try** [9] - 21:9, 36:3, 66:3, 66:5, 66:12, 81:23, 106:15, 108:8, 120:8
**trying** [2] - 8:24, 106:10
**Tuesday** [6] - 19:14, 21:2, 25:11, 26:25, 121:16, 121:20
**tunnels** [1] - 94:24
**Turkey** [2] - 18:14, 21:8
**turned** [2] - 6:3, 6:19
**twice** [1] - 117:19
**two** [25] - 11:19, 20:7, 27:8, 27:10, 30:19, 41:25, 42:3, 45:1, 45:9, 46:19, 46:22, 50:16, 51:21, 72:16, 72:20, 75:8, 76:18, 79:22, 86:7, 100:11, 100:20, 103:10, 117:24, 123:9
**two-page** [1] - 20:7
**TXS** [1] - 93:7

**type** [2] - 36:25, 38:5
**typo** [1] - 79:14

## U

**U.K** [5] - 31:6, 31:7, 31:8, 34:17, 99:2
**U.S** [7] - 1:17, 31:19, 46:25, 55:23, 94:4, 95:16, 121:18
**UFC** [1] - 113:1
**Ukraine/Russia** [1] - 21:8
**ultimately** [1] - 42:15
**unavailable** [1] - 19:13
**unclear** [1] - 116:22
**unconsciously** [1] - 26:21
**under** [16] - 6:7, 9:12, 23:16, 41:8, 45:16, 73:5, 74:20, 77:15, 79:23, 100:25, 101:13, 101:14, 103:13, 107:10, 114:20, 121:10
**Under** [1] - 81:19
**understandably** [1] - 36:18
**unexpected** [1] - 18:1
**unfair** [1] - 60:12
**unfiltered** [3] - 83:12, 116:2, 116:3
**unfortunately** [1] - 19:12
**ungodly** [1] - 94:4
**unheard** [2] - 37:1, 38:6
**unheard-of** [2] - 37:1, 38:6
**uniform** [1] - 70:15
**uniforms** [1] - 55:20
**UNITED** [4] - 1:1, 1:3, 1:11, 1:14
**United** [6] - 4:4, 4:10, 46:10, 53:1, 54:15, 125:13
**united** [1] - 2:2
**university** [1] - 45:14
**unless** [2] - 30:23, 67:25
**unlike** [1] - 42:17
**unprofessional** [1] - 60:6
**unvarnished** [1] - 38:12
**up** [70] - 9:22, 9:25, 11:21, 13:18, 14:18,

15:23, 16:14, 19:23, 21:15, 23:21, 25:11, 26:1, 26:25, 28:12, 29:16, 31:24, 33:3, 35:7, 36:2, 37:2, 38:19, 43:15, 44:16, 45:19, 47:6, 48:23, 50:1, 50:12, 51:22, 54:18, 56:22, 57:20, 59:2, 64:8, 66:2, 69:20, 70:20, 73:9, 73:13, 75:14, 76:6, 77:1, 77:20, 78:14, 82:8, 83:14, 84:15, 89:24, 90:11, 92:18, 95:20, 95:23, 96:24, 100:10, 100:13, 105:1, 107:11, 107:17, 109:14, 112:3, 115:6, 117:23, 118:2, 118:24, 120:14, 122:3, 122:21, 123:16
**update** [10] - 38:2, 50:11, 79:15, 98:18, 98:19, 98:23, 98:25, 99:4, 105:23, 124:5
**upgrade** [3] - 39:18, 103:11, 103:18
**urgency** [1] - 107:9
**uses** [1] - 27:8
**usual** [1] - 36:14
**UTC** [2] - 24:20, 84:5
**utterance** [1] - 83:3

## V

**VCNO** [4] - 69:15, 100:20, 100:23, 103:20
**vehicle** [1] - 42:17
**Venkatachalam** [3] - 40:4, 79:8, 107:5
**venture** [1] - 36:9
**ventures** [1] - 36:9
**venue** [1] - 68:11
**venues** [1] - 73:25
**verbal** [3] - 34:16, 34:24, 34:25
**verify** [3] - 64:20, 85:3, 108:3
**versus** [3] - 4:4, 25:17, 26:14
**video** [4] - 18:2, 23:12, 119:21, 119:24
**view** [1] - 74:8
**viewing** [1] - 50:3
**VIP** [2] - 29:13, 31:11
**Virginia** [2] - 50:4,

50:7
**virtual** [1] - 39:17
**visit** [3] - 114:6, 117:8, 117:15
**volume** [1] - 30:9
**voluminous** [2] - 64:18, 85:1
**voluntary** [1] - 109:19
**votes** [2] - 79:25, 103:14
**vs** [1] - 1:5
**VTC** [5] - 13:25, 14:9, 16:11, 17:15, 18:6

## W

**Waddell** [1] - 1:24
**waiting** [1] - 106:23
**walk** [4] - 45:7, 68:25, 69:7, 70:4
**walking** [2] - 26:22, 53:15
**walls** [1] - 68:2
**wants** [7] - 25:18, 26:15, 42:18, 80:4, 91:11, 111:16, 111:20
**war** [2] - 21:8, 103:15
**warrant** [1] - 59:17
**Washington** [11] - 1:6, 1:15, 1:19, 2:4, 47:1, 49:19, 55:24, 58:23, 59:1, 77:16, 125:14
**watched** [1] - 106:19
**water** [1] - 118:12
**Water** [3] - 56:3, 69:1, 75:20
**waterfront** [1] - 67:1
**website** [2] - 32:5, 38:10
**Wednesday** [3] - 24:19, 48:12, 97:19
**week** [16] - 11:7, 12:19, 13:5, 13:6, 13:13, 13:17, 17:18, 35:6, 36:10, 36:13, 39:24, 53:3, 69:21, 80:6, 81:7, 116:14
**week's** [1] - 18:2
**weekend** [1] - 25:8
**weeks** [3] - 58:22, 92:22, 119:25
**weight** [1] - 62:3
**welcome** [2] - 9:9, 73:2
**West** [1] - 1:24
**whack** [1] - 40:13
**WhatsApp** [18] -

14:13, 18:18, 19:2, 19:4, 23:13, 23:17, 23:18, 23:19, 29:18, 35:4, 64:12, 76:15, 84:19, 87:3, 113:6, 119:21, 119:24, 121:23
**whatsoever** [1] - 6:11
**whichever** [1] - 110:12
**white** [2] - 55:19, 68:3
**whole** [4] - 15:17, 25:8, 41:6, 42:2
**wife** [1] - 29:24
**WILMOT** [6] - 1:16, 72:4, 72:9, 72:14, 72:23, 124:5
**Wilmot** [2] - 4:9, 72:18
**win** [2] - 80:15, 116:12
**wine** [1] - 68:23
**withheld** [1] - 5:23
**WITNESS** [7] - 3:3, 9:14, 64:4, 71:19, 73:7, 87:2, 123:24
**witness** [38] - 5:16, 6:20, 9:25, 11:22, 14:19, 16:15, 19:24, 21:16, 28:14, 31:24, 35:8, 38:20, 48:24, 50:13, 51:23, 57:21, 59:3, 59:24, 60:1, 60:12, 60:21, 61:3, 64:7, 77:2, 77:21, 77:23, 77:24, 78:13, 82:9, 84:14, 96:25, 105:2, 107:18, 109:15, 112:4, 118:25, 120:15, 123:17
**witness's** [1] - 88:16
**witnesses** [1] - 88:23
**won** [1] - 81:22
**Woods** [1] - 89:21
**word** [1] - 91:10
**words** [4] - 23:8, 81:14, 87:16, 89:16
**workplace** [1] - 100:4
**works** [3] - 63:4, 117:22, 120:12
**world** [4] - 42:3, 42:4, 103:11, 104:4
**worth** [2] - 11:8, 94:13
**would/could** [2] - 25:7, 26:8

**wow** [2] - 86:21, 91:14
**write** [15] - 11:3, 34:13, 39:12, 49:20, 53:2, 81:17, 82:5, 87:14, 87:19, 88:5, 109:6, 117:12, 117:14, 117:21, 118:11
**writes** [1] - 83:12
**written** [3] - 84:6, 114:5, 114:22
**wrote** [27] - 14:7, 16:5, 26:11, 26:24, 27:12, 29:21, 31:15, 34:19, 38:7, 38:14, 42:10, 66:15, 71:6, 73:19, 80:18, 80:24, 81:6, 86:6, 90:14, 99:3, 101:18, 102:10, 102:21, 111:16, 113:20, 114:13, 121:19

## X

**XOXO** [3] - 66:20, 70:1
**XYZ** [1] - 89:16

## Y

**Yard** [5] - 47:1, 55:21, 55:24, 66:25, 70:15
**yards** [1] - 70:4
**year** [5] - 60:2, 69:16, 102:2, 102:14, 113:7
**year's** [1] - 79:21
**yearly** [1] - 34:12
**years** [7] - 11:19, 99:2, 104:1, 106:10, 106:12, 106:20, 110:8
**years'** [1] - 94:13
**yesterday** [4] - 5:2, 5:20, 6:10, 9:19
**York** [8] - 1:18, 1:22, 31:21, 31:23, 32:20, 43:11, 104:19
**yourselves** [1] - 4:7

## Z

**zero** [3] - 93:20, 99:9, 99:19
**Zeus** [1] - 92:2
**zone** [3] - 18:15, 53:20, 54:10

**Zoom** [1] - 11:6
**zoom** [2] - 93:2, 93:16
**zoomed** [2] - 66:2, 66:9
**zoomed-in** [2] - 66:2, 66:9
**Zurich** [2] - 63:1, 63:3