

**INSPECTOR GENERAL**
**DEPARTMENT OF DEFENSE**
DEFENSE CRIMINAL INVESTIGATIVE SERVICE

2022003471-80WB-A0                                                                 January 10, 2025

**BURKE, ROBERT P (et al.)**

<u>**MEMORANDUM OF INTERVIEW: INTERVIEW CHASITY RIVERA**</u>

On January 10, 2025, the reporting agent and Investigator Mary Beth Eversman, Naval Criminal Investigative Service telephonically interviewed former NextJump, Inc. (NXJ) employee Chasity Rivera, 83 Arrowhead Lane, Riverhead, NY.  Rivera was contacted pursuant to a post she made online at Reddit.com regarding her former employer NXJ.  The purpose of the interview was about her experiences while working at NXJ.  Rivera provided the following information in sum:

After obtaining a degree in criminology from The State University of New York, Old Westbury College in 2013, she began working temporary jobs.  In 2016 she started a temporary position with NXJ as a receptionist because the full time NXJ receptionist was on maternity leave.  After working at NXJ for approximately one year she interviewed at NXJ for a full-time human resources position.  Although she worked at NXJ, she still went through a formal interview process where she was judged by other NXJ employees based on work she completed.  She stated NXJ would award red (which indicated fail) and green (which indicated pass) stickers, and if you received enough green stickers at the end of a lengthy interview process you would pass the interview.  She passed her interview and was offered a full-time position at NXJ.  She stated the human resources position included her working on payroll, benefits, business operations and administrative tasks specifically for the Perks at Work program.

Upon being hired she believed the work she would perform was specific to the Perks at Work program, but over time she was tasked by NXJ to also work on their leadership training programs.  She stated there are two parts to NXJ's business, Perks at Work and the Leadership Academy/leadership training programs.  Around December 2021, she quit working at NXJ because it became too stressful for her.  She stated it was a toxic work environment, which she described as "cult like".  Charlie Kim and Meghan Messenger were the Co-CEO's of NXJ.  She referred to Kim and Messenger as Siamese twins, and that Kim was the primary decision maker.  During the time of COVID 19 telework was prevalent and NXJ's expectation was for employees to work around the clock.  It was unacceptable to log off between 5-6pm after working a full day.  She had a 6-month-old daughter at that time and there was no consideration for her home life.

Additionally, NXJ required employees to disclose personal information about themselves to include perceived flaws as part of their employment.  It was not made clear by NXJ upon being hired that sharing personal matters was requisite for employment at NXJ.  NXJ maintains a list of their bottom five (lowest preforming) employees.  NXJ employees were required to attend self-improvement workshops and make presentations which disclosed personal matters.  NXJ sponsored H1B visa employees who felt they were stuck and had no choice but to comply with

| Designation Indicator: <br><br>**Controlled by:** DCIS <br>**CUI Category:** LEI <br>**Limited Dissemination Control:** FEDCON <br>**POC:** 703-604-8600 | **WARNING** <br>This document is the property of the Department of Defense Office of Inspector General, Defense Criminal Investigative Service (DCIS).  Distribution of this document to other entities without authorization from DCIS is prohibited. |
|---|---|

NXJ's requests for self-improvement because their immigration status was contingent on their visa work program which was sponsored by NXJ. If you did not agree with Kim's way of doing things he would blacklist you and make your work life very difficult.

In addition to the Perks at Work program, NXJ provides leadership training, which includes their Leadership Academy and the Feedback App. NXJ Leadership Academy training was offered for free to both government agencies and non-government companies. The Feedback App is a computer-based application where you provide feedback to the individual being evaluated based on what they did wrong. She recalled government agencies such as the Central Intelligence Agency (CIA), Army, Navy and Air Force attending leadership training at NXJ. She specifically recalled the CIA expressing their concerns with NXJ's leadership training and the Feedback App, resulting in a heated discussion where the CIA almost walked out. The negative responses the CIA received from the Feedback App left them feeling disrespected by the NXJ panel who provided the feedback to them. She recalled DoD agencies expressing that NXJ leadership training and the Feedback App would not work for them too. Kim was not happy with that response. Kim wanted DoD contracts really bad, he would not stop talking directly to people within DoD, he would continually push for DoD to conduct business with NXJ and tried to obtain government contracts. The Feedback App was not something the DoD was interested in, no one adopted the Feedback App. Non-government companies may have been slightly more receptive to the Feedback App, but no one really bought into it. She was not sure if all leadership training sessions were recorded, but recalled it was common for NXJ to record training sessions and suggested NXJ may still be in possession of the recordings. She described preparing for leadership academies as a grueling process, usually starting at 9am and going until Midnight. Her focus was on helping facilitate and getting through training blocks during the Leadership Academy.

There was severe employee turnover at NXJ because of employee dissatisfaction with work conditions, to include being tasked to work on leadership training after being hired specifically to work on Perks at Work. When asked about wthe NXJ does not fire its employee's motto, she replied NXJ would make your life miserable and you would choose to quit. She recalled former NXJ employees Nicole Heffernan and Amir Ezeldin both receiving severance packages and thought agents speaking to them about their experiences at NXJ may be worthwhile. It was ironic to her that amidst the Black Lives Matter (BLM) movement a company like NXJ who advocates for personal development/growth and who promotes diversity/hires minorities, that NXJ neither denounced nor stood for the BLM movement.

Perks at work was NXJ's primary source of revenue, she was not aware of income from the Leadership Academy. NXJ had investors that helped with funding and the investors had meetings with NXJ every so often. When Kim was asked by investors why NXJ is focusing on the leadership academy he would have to sell the leadership academy concept to investors to soothe them because there was no revenue being generated from it. She specifically identified Kevin Parker as an investor who was dissatisfied with Kim's focus of resources on the Leadership Academy because it was not generating revenue. She described the leadership academy as setting up leaders for growth and what set NXJ apart from other companies is their Feedback App. The concept of the Feedback App is to promote growth, but it was not well

WARNING
This document is the property of the Department of Defense Office of Inspector General, Defense Criminal Investigative Service (DCIS). Distribution of this document to other entities without authorization from DCIS is prohibited.

received because it focuses on an individual's flaws.  To her knowledge no government agencies and/or private companies purchased the Feedback App.  NXJ employees would download and test the Feedback App.  During test runs of the Feedback App, which included high ranking DoD officials, the overall response was the Feedback App was not going to work for DoD and it would not be implemented into DoD service branches.  DoD provided a repeated response to NXJ that the Feedback App was not going to work for them, and Kim would not accept that response.

She recalled NXJ eventually signed a contract with DoD for leadership training and NXJ employees received bonuses after the DoD contract was signed.  It was common for Kim to disclose to NXJ employees he was working on DoD contracts.  Kim would share both good and bad news, but never went into depth on the details.  She was not sure why Kim thought the government was a better candidate compared to private companies for NXJ leadership training.  No one was showing interest in leadership training and the Feedback App.  She suspects Kim wanted to find someone who could make NXJ's leadership training and Feedback app "blow up" and "take off", but it didn't pan out that way.  Kim and Messenger put the most effort into government contracts.  She suspects Daryl Platz was hired because he was a retired Marine.  She stated Platz was not satisfied working at NXJ, he was looking to leave NXJ too.  Other than Kunkel and Fuller, Platz was NXJ's primary point of contact for government contracts.  NXJ tried to obtain contracts via their relationships and personal interactions with government personnel, not via the usual method of proposals being solicited by the government and NXJ responding to solicitations posted by the government.  Kim had direct relationships with government personnel, he disclosed this to employees during NXJ's Monday meetings.  Kim's direct relationships and influence with DoD and other government personnel is how NXJ would try to obtain contracts.   If things were not going well Kim would say things like we will find ways and show DoD how it can work for them.

Kim interacted with some well know individuals within the leadership and personal development arena to include Ray Dalio, Berne Brown and Simon Sinek.  Kim shared the Feedback App with them, but none of them bought into it.  It was not uncommon for NXJ to offer certain individuals free office space within NXJ so they could experience how things were done at NXJ.  Sinek was one of those offered space at NXJ, but Kim got rid of Sinek because he did not buy into the concept of the Feedback App, in part because it focuses on negative feedback.  Kim did not respect anyone who did not agree with him.  Another example of this is a Harvard PhD candidate (NFI) was doing her thesis on the Feedback App.  She was provided free office space within NXJ, but when Kim learned her thesis was not in favor of the Feedback App Kim took away her office space at NXJ and tried to prevent her thesis from being published.  Additionally, NXJ investor Parker was offered free office space within NXJ and when Parker disagreed with Kim and expressed his discontent with NXJ Parker lost his office space at NXJ.  She stated Kim is not an honest man, Kim is sneaky, Kim does not settle and will stop at nothing to get his way.

She recalled seeing news articles published about NXJ's business interactions with DoD, and that some former NXJ colleagues communicated with her about the article at that time.  The last time she contacted Platz was prior to the news articles being published.  She doesn't specifically recall the name Robert Burke or if she ever met Burke in person.  NXJ dealt with a lot of DoD

WARNING
This document is the property of the Department of Defense Office of Inspector General, Defense Criminal Investigative Service (DCIS).  Distribution of this document to other entities without authorization from DCIS is prohibited.

personnel. She stated Daryl Platz is a retired Marine who was the executive assistant for Kim and Messenger. Greg Kunkel and Tom Fuller were the other senior leaders at NXJ. When asked if the name Sam Skinner sounded familiar, she believed Skinner worked in the NXJ Boston MA or United Kingdom office.

Upon conclusion of the interview Rivera informed she would attempt to locate documents, messages, photos of the war room and any other information she may have to share with the reporting agent (Attachment 1).

**Attachment(s):**

1) Email and Screen shots provided by Rivera

Prepared by Thomas Haarstick, 10NY          Approved by Victor Sanguanboon, 80WB


DISTR:  FBI (Gardner)/NCIS ( Eversman)/DoJ (Wilmot)

**WARNING**

This document is the property of the Department of Defense Office of Inspector General, Defense Criminal Investigative Service (DCIS). Distribution of this document to other entities without authorization from DCIS is prohibited.