**DEPARTMENT OF DEFENSE**
**OFFICE OF INSPECTOR GENERAL**

**DEPUTY INSPECTOR GENERAL**
**FOR ADMINISTRATIVE INVESTIGATIONS**

**RECORDED TRANSCRIPTION**

x - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - x

**INTERVIEW OF**

*Captain Nina M. Nicasio*
*U.S. Navy*

*August 25, 2022*

x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**THIS DOCUMENT IS DESIGNATED CONTROLLED UNCLASSIFIED INFORMATION (CUI). Neither this document nor information contained in this document will be disclosed outside the Department of Defense Office of Inspector General without the approval of the Deputy Inspector General for Administrative Investigations.**

**Controlled by: DoD OIG, Administrative Investigations**
**CUI Category: Law Enforcement**
**Distribution/Dissemination Controls: FEDCON**
**POC: Marguerite C. Garrison/703-604-8500**

DOJ-0000022395

1

1    P R O C E E D I N G S

2         MS. RAINES:  Today is August 25, 2022 and the time is 9:09

3    a.m. Eastern Standard Time. I am Jessica Raines with the

4    Department of Defense, Office of Inspector General. With me today

5    is my colleague Mr. Anthony Febbo, and the witness Captain Nina

6    Nicasio We are conducting this telephonic interview between the

7    investigators located in Virginia and Captain Nicasio located in

8    Naples, Italy. We are conducting this interview as part of our

9    investigation into allegations that Admiral Robert Burke abused

10   his authority and abused his position. At this time Captain

11   Nicasio, I ask you to acknowledge you understand this interview

12   is being recorded.

13        CAPT NICASIO:  I understand.

14        MS. RAINES:  Also please acknowledge that I previously

15   provided you a copy of the DoD OIG Privacy Act Notice.

16        CAPT NICASIO:  Yes, Mrs. Raines provided me all of this

17   information that is essential to this interview.

18        MS. RAINES:  I will now administer you the oath. Please

19   raise your right hand.

20        CAPT NICASIO:  My right hand is raised.

21        Whereas:

22   CAPTAIN NINA NICASIO

23        was called as a witness, was sworn, and provided the

24   following testimony:

25   E X A M I N A T I O N

DOJ-0000022396

1       BY MS RAINES:

2       Q:  Please state your name spelling out your first and

3  last name?

4       A:  Nina, N-I-N-A. My middle name is Michelle,

5  M-I-C-H-E-L-L-E. My last name is Nicasio, N-I-C-A-S as in

6  Sam-I-O.

7       Q:  Please tell us your rank and component.

8       A:  I am a Commander, O6, Captain in the United States

9  Navy, and I am -- I think that's what you asked me.

10      Q:  Yes. What is your duty position and organization?

11      A:  I am the N1, which is the Manpower and Personnel

12  Director at Naval Forces Europe, Naval Forces Africa, and

13  Commander Sixth Fleet Forces.

14      Q:  How long have you been in your position?

15      A:  I have been in this position since September of 2020,

16  so almost two years.

17      Q:  How long have you been with Naval Forces

18  Europe/Africa?

19      A:  Two years. It is the same position. It's two commands

20  together. It's an echelon two command which is Naval Forces

21  Europe and Naval Forces Africa, and then there's an echelon three

22  command which is Commander Sixth Fleet Forces. So they're a

23  zippered together staff, "ech" two and "ech" three; and I've been

24  with them the same time because I am the N1 for both Naval Forces

25  Europe and Africa as well as Sixth Fleet.

DOJ-0000022397

3

1       Q:  What other positions have you held with Naval Forces

2   Europe/Africa?

3       A:  None other than this one.

4       Q:  Who oversees your work on a daily basis?

5       A:  Mrs. Beyler, Juliet, J-U-L-I-E-T, Beyler, B-E-Y-L-E-R.

6   She is the Executive Director and the Chief of Staff of Naval

7   Forces Europe/Naval Forces Africa and Commander Sixth Fleet

8   Forces.

9       Q:  Who is your supervisor?

10      A:  Ms. Beyler. Would you like me to spell her name again?

11      Q:  No, you do not just the first time. Thank you.

12      A:  Okay.

13      Q:  Who is in your rating chain?

14      A:  My rating chain is I work directly for Ms. Beyler. I

15  am supposed to be rated by Naval Forces Europe and Africa per my

16  UIC, my UIC is the Unit Identification Code. That code is 00061.

17  So I was detailed here to be in that UIC. However, and I'm not

18  certain of who made the agreement, the person who is my reporting

19  senior that rates me on my fitness report, which is a performance

20  evaluation report is Vice Admiral Eugene, E-U-G-E-N-E, Black,

21  B-L-A-C-K.

22      Q:  Tell us about your specific duties regarding Naval

23  Forces Europe and Africa.

24      A:  So as the Manpower Director of Personnel, I handle all

25  military pay issues for our enlisted, officers, as well as

DOJ-0000022398

4

1    reservists who report here and they are either assigned to this

2    command, Naval Forces Europe/Naval Forces Africa or Sixth Fleet.

3    Or if they are reservists and they're mobilized. I am responsible

4    for all of their pay and personnel matters. I also oversee the

5    N11 Department which is Human Resources Office, H-U-M-A-N

6    R-E-S-O-U-R-C-E-S O-F-F-I-C-E, and with that said, we do all

7    hiring actions for the European AOR. We work with our

8    counterparts who are also in Rota, Spain in our OCHR which is the

9    Office of Civilian Human Resources, our counterparts there. I am

10   in charge of the N15 Department -- we really consider it branch

11   heads and that is Contingency Office. That is any time we have to

12   mobilize reservists or we have to provide requests for support

13   the acronym is R-F-S. We are responsible for identifying people,

14   not just the European AOR, but throughout our – it's called

15   BSO-60 and its Budget Sequencing Office which is really United

16   States Fleet Forces, and we have to work in conjunction with them

17   because they basically own all of our money. Although we are

18   still a four-star command, we still have to go through them and

19   request their permission for anything that we need regarding our

20   budget, as well as any hiring actions. If we were going to over

21   execute for our manning to bring civilians in, we still have to

22   go through them. And I also own the N12 Department which is

23   Manpower, strictly manpower. Manpower is basically all of the

24   billets within our area of responsibility. That is the AOR. So if

25   someone needs a new billet, they need requirements to be

DOJ-0000022399

5

1    developed, they need to identify where we can drawdown in certain
2    resources to plus up in another area throughout the area of
3    responsibility, that is what that office is responsible for. And
4    lastly, I'm sorry there's two others. One is N13 and that's
5    strictly, that's probably where I should have started off, that
6    is strictly the whole pay and personnel for the officers, and
7    enlisted, and mobilized reservists. That office is responsible
8    for all of that, but it's also responsible for all officer
9    manning, bringing manning from the states and from other parts of
10   the Fleet, as well as enlisted manning to ensure that we are
11   staffed properly and the threshold for all enlisted and officer
12   manning is 80 percent. So as long as we stay above that or above
13   that threshold we're doing pretty well. So I am responsible for
14   that to ensure that we are continuing to meet our constraints,
15   and our deadlines, and our deliverables, and getting these people
16   on station on time, in a timely manner. Lastly, it's called N16.
17   It's called Professional Development and that is strictly all of
18   our training that we do throughout the area of responsibility. It
19   could be professional development. It could be anything that's
20   retirement seminar related. We have several officers and enlisted
21   that are retiring out of this command. So we make sure that we
22   can provide them the services that they need to be prepared when
23   they start their transition. That can include resume writing.
24   That can include developing their -- let's say elevator speech.
25   Just being prepared to understand how the transition from being

DOJ-0000022400

6

1    in the military to now being a civilian and what that looks like

2    and if they're interested in going into federal services, are

3    they interested in going into the private sector. We try to have

4    these development programs to identify for our transitioning

5    officer and enlisted personnel. So, those are the branches that

6    work under N1 and I am responsible for all of those functions and

7    responsibilities within the N1 cognizant.

8        Q:  Regarding the duties you just discussed, what specific

9    duties did you have regarding the Commander, Naval Forces

10   Europe/Africa?

11       A:  Nothing. I never dealt with Vice Admiral Bob Burke,

12   with the exception of when I would have to brief POM. POM, P-O-M,

13   is a program, let me look it up, I'm sorry because I always go

14   blank on the O. It's probably something budget, but let me see

15   what POM stands for, the acronym. Give me one second I'm sorry. I

16   want to make sure that -- okay. So it's the Program Objective

17   Memorandum. And this is basically when we're looking five years

18   out at positions that we would like to bring on line and we have

19   to buy them from basically the Navy. So we have to identify is

20   that in correlation with our mission? Do we have the funds to --

21   not necessarily us, but does big Navy have the funds to support

22   these billets that we want to bring on line, and is it in

23   accordance with being a good steward of tax payer dollars. So

24   there was a couple of times that I've had since I've been here

25   where I have had to interact with him because me and probably six

DOJ-0000022401

7

1    other people who have part of the POM. I am not the program

2    manager for the POM, but there is a labor aspect that N1 is

3    responsible for and there's been two times I've had to brief him

4    on the labor aspect that we were coming in with from all of the

5    other directorates providing N1 their inputs on all the

6    positions. It could include civilian positions, or it could

7    include enlisted or officer positions, that we are requesting for

8    big Navy to pay for us so that we can add those billets

9    themselves to our staff to achieve our mission. So those are the

10   only times that I really interacted with him with the exception

11   of one other. We have a Commander's Update Brief. At the time

12   when he was here, it was every Wednesday at I think it was at

13   1300. Now that we have a new Admiral on board, he has asked for

14   them to be scaled back and we have that every other Wednesday at

15   1300. The time that I had to, I did not interact necessarily with

16   him. It was in a group setting. I had to brief our manning

17   numbers to depict our manning posture for Naval Forces Europe and

18   Africa as well as Sixth Fleet. So I never had a lot of

19   interaction with Admiral Burke. We just -- although I -- on

20   organizational structure because my UIC, my unit identification

21   code that I told you initially was 00061, I am ordered into that

22   UIC and per our organizational structure, Admiral Burke was

23   responsible for Joint Forces Command as well as he was, his title

24   was Naval Forces Europe/Naval Forces Africa. So technically, I

25   should have been reporting to him. However, I'm not sure how that

DOJ-0000022402

8

1    decision was made, but it was prior to my arrival, even my

2    predecessor did not report to him even though for unit

3    identification code correlated under his cognizance I still

4    worked for Vice Admiral Black who is Commander, Sixth Fleet

5    Forces. So he was the one that would rate me and do my

6    performance evaluation. I had probably, other than those three

7    times that I've just explained, had no interaction with Admiral

8    Burke.

9        Q:  Tell us about any duties related to Admiral Burke's

10   travels that you might have been involved in.

11       A:  I am not involved in any of his travel. He is in the

12   Office of the Commander, which is, that's in a whole other part

13   of Naples. He is in Lago Patria, that's where his home base is,

14   Joint Forces Command. I am not assigned to that unit

15   identification code. I have nothing to do with his travel. I have

16   nothing to do with him whatsoever.

17       Q:  In your duty position, who were the COMEUR/COMAF staff

18   members you spent the most time with during your duty day?

19       A:  Ms. Jeannie, J-E-A-N-N-I-E, English, E-N-G-L-I-S-H.

20   She is the N1 Deputy, so she is my Deputy. I will say at the time

21   it was Ms. Eylee, E-Y-L-E-E, Garcia, G-A-R-C-I-A hyphen Morales,

22   M-O-R-A-L-E-S. At the time she was our Human Resources Office

23   Director. She has since departed about three months ago. Her

24   relief is Ms. Lisa, L-I-S-A, Alcivar, A-L-C-I-V-A-R, and

25   honestly, that is mainly who I deal with on a daily basis because

DOJ-0000022403

9

```
 1    our Executive Director, Ms. Juliette Beyler is more concerned
 2    with civilian personnel matters than she is with the military due
 3    to the fact that military doesn't really bleed into her official
 4    responsibilities, and our military posture for enlisted,
 5    officers, as well as reservists is extremely, I would say
 6    healthy. It's at a higher threshold and we have a lot of, I would
 7    say attrition within our civilian population here due to the fact
 8    of schools, medical care that cannot be received here by
 9    civilians as well as their dependents, and as well as spouses not
10    being able to work while they're here, or they're not able to get
11    a job while they're here. So those are the three main people in
12    the past two years that I normally deal with on a daily basis. I
13    speak to everyone obviously that are within my directorate, but
14    on a daily basis that's who I normally have my battle rhythms
15    with more than anyone.
16         Q:  Was Ms. Beyler your supervisor the entire time you
17    were in NAVEUR/NAVAF?
18         A:  No. Rear Admiral Nancy, N-A-N-C-Y, Lacore,
19    L-A-C-O-R-E. She was at the time the Chief of Staff. It was a
20    position that as I was told, it was a relevant position. It was a
21    position that was funded and when we brought Ms. Beyler, or not
22    me, but when Ms. Beyler was hired to come out to Naval Forces
23    Europe and Africa, the Chief of Staff Billet was supposed to go
24    away because it was no longer funded. However, Rear Admiral
25    Lacore ended up coming out here on orders that the CNO actually
```

DOJ-0000022404

10

1    issued for her. So in that process which was before I even got

2    here, I was told there was some hardship about that because the

3    Executive Director, Ms. Juliet Beyler was under the impression

4    that she was not only going to be the Executive Director, but

5    slash the Chief of Staff. But now you have an Executive Director

6    and with Admiral Lacore being on deck, you have now a Chief of

7    Staff. So the waters were somewhat muddied and by the time I got

8    here it felt for me, very uncomfortable but discombobulated

9    because I've never had to report to an ED, and then come back and

10   report directly to a Chief of Staff. It always felt like they

11   were competing, and if you wanted to interject as Chief of Staff

12   within the organizational structure, I should have normally just

13   reported to her. Which I would say toward the end of her tenure

14   that's how the battle rhythm kind of became. I had daily briefs

15   with the Chief of Staff. I had meetings throughout the day. She

16   was obviously in attendance at a great deal of them because her

17   position is more of an N1 focus, manpower, personnel, pay, and

18   performance issues. But I will tell you there were multiple times

19   that the ED, Executive Director Ms. Juliet Beyler would call me

20   to her office and give me guidance or give me direction and I

21   would find out that she never had that discussion with the Chief

22   of Staff Admiral Lacore. So obviously there was some contention,

23   but now we don't have a Chief of Staff. That's a separate

24   position. We have an Executive Director/Chief of Staff. So I

25   report now directly to Ms. Juliet Beyler.

DOJ-0000022405

1       Q:  When did Rear Admiral Lacore depart?

2       A:  Let's see. Give me a second, I don't know the exact

3  date but I could look back on a calendar and see if her day was

4  there. I do believe it was around the beginning of the summer. I

5  really don't know the exact date. I would have to look back at

6  that and I could provide that information to you, but I don't

7  even have a calendar anymore, they took it out of the system. So

8  I'm going to say probably late May/early to mid-June because I

9  know that she had two daughters that were still in school here at

10  the DODEA school, the Department of Defense Education School, and

11  I know that her husband and her -- I'm sorry her husband I

12  believe returned about a week or two first because he was flying

13  with their animal and she was trying to remain here on station so

14  her two daughters could finish the ninth grade and the 10th

15  grade. So I'm going to say my kids also attend the school so I

16  think they got out of school let me tell you, around the 8th of

17  June. So I believe she either left a couple of days prior to that

18  date or a couple of days after that date. I do not have the exact

19  date, but I can ask someone who would probably know. I just don't

20  have it on the calendar. Her calendar no longer resides in our

21  distro system.

22       Q:  And this is June 2022?

23       A:  Yes, ma'am.

24       MS. RAINES:  Mr. Febbo, do you have any additional

25  follow-up questions at this time?

DOJ-0000022406

12

1          MR. FEBBO:  No, I do not.

2          BY MS. RAINES:

3          Q:  Captain Nicasio, what is your role in the hiring of

4     personnel who support Naval Forces Europe/Africa?

5          A:  So I don't have any -- other than owning the Human

6     Resources Department because it falls under the umbrella of the

7     Manpower and Personnel and Pay Directorate, I do not participate

8     in classifying or advertising a position. That is not my role.

9     That would be someone within the N11 Branch because we have

10    several other employees that are over there, one being Lisa

11    Alcivar, that I spoke about because she was the relief or she

12    basically got the job after Ms. Eylee Garcia-Morales departed. As

13    far as the hiring panel I've only, I've been here for two years

14    almost in September and I sat on one hiring panel. So I'm going

15    to be as transparent with you as I can. I always decline to sit

16    on any of these panels because the first thing is I think it's a

17    conflict of interest. My HR Department will tell you it is not,

18    but the reason why I feel this way is because I work in such

19    close coordinate correlation with a lot of these people that they

20    come back and they work -- they go to the region and then they

21    come back to work over here at Naval Forces Europe/Africa. It's

22    pretty much a revolving door. I've had people that I've now met.

23    They have been here for seven years, nine years, one just left

24    and he was here for 12 years. So a lot of times because they are

25    the Directorate themselves and I am the Director, and our

DOJ-0000022407

13

1    functionalities are in parallel correlation with one another, I

2    do not want to be a part of that because I don't want anyone to

3    ask any questions. I don't want to be put in a situation where I

4    will not be able to respond, where I don't feel comfortable in

5    responding, or that I'm not authorized to respond. So I only sat

6    on one hiring panel, and it was for I believe the N35 position,

7    and that was the last after -- just getting the experience I

8    wanted to see kind of how it was, I made the decision to not do

9    that anymore. I don't want to be part of those actions, those

10   hiring actions. So if anything, I get the report, I see which

11   positions are being advertised, which ones need to be classified,

12   which positions need to have their positions description revised,

13   relooked at, reassessed by our Human Resource Office that is

14   located in Rota, and to brief the Executive Director in

15   conjunction with Ms. Lisa Alcivar who is the Branch Head for

16   Human Resources. I am with her every time she goes because me

17   being the Director, I should be with my team. I have overall

18   ownership of this, but when it comes to doing the work and making

19   those calls that need to be made in order for our hiring action

20   to go forward, I am not that person. I am the overall manager of

21   all of these programs. I am not, I don't want to see the worker

22   bee, but I am not the person who is taking action to make these

23   things happen.

24        Q:  Tell us about the hiring for the position of the

25   Director of the Commander's Action Group.

DOJ-0000022408

1       A:  So just like I said, full transparency. When I got

2   here it was the, I think the second week of September 2020. The

3   last e-mail that I have shows that this whole process with the

4   Commander's Action Group person started back September 17th of

5   2020. So just for your all's info because these e-mails that you

6   provided to me, I looked through all of my e-mails and I had a

7   colleague who has since retired from the Navy. He's a fellow

8   captain. He was also someone -- I'm a human resources officer. So

9   he was one of our cornerstones, let's just say in the human

10  resource community. It's a 1200 community known as human

11  resources. His name is Captain, retired now, David, D-A-V-I-D,

12  Kemp, K-E-M-P. He had at one time, about three or four N1s ago,

13  he was here at Naval Forces Europe and Naval Forces Africa as

14  well as Sixth Fleet. I believe at the time he worked with Mr.

15  Joseph, J-O-S-E-P-H Naman, N-A-M-A-N. I want to find the exact

16  e-mail because he reached out to me, meaning Captain David Kemp

17  reached out to me on, and this is December. Okay. He reached out

18  to me as well as another Captain who has since retired about a

19  month ago, who is also a Human Resource Officer. His name is

20  Captain retired Donald, D-O-N-A-L-D Wilkinson, W-I-L-K-I-N-S-O-N.

21  The reason why I believe Captain Kemp who was the N1, Manpower

22  Director at Department of Chief of Naval Operations located in

23  DC, I believe he reached out to myself and Captain Wilkinson

24  because we are both N1s. Captain Wilkinson prior to his

25  retirement a month ago, he was the N1 Manpower Director at United

DOJ-0000022409

1   States Fleet Forces. And so he reach out to me because Captain

2   Kemp was also at one time the N1 here about four N1s removed from

3   me. So he reached out to us and he sends me an e-mail which I

4   have no problem sending to you, he said, "Nina and Don, Joe was

5   the Deputy N3 in MOC," which is Maritime, M-A-R-I-T-I-M-E

6   Operations, O-P-E-R-A-T-I-O-N-S, Center, C-E-N-T-E-R. "He was the

7   MOC Director at CNE/CNA." We used to be known as Chief of Naval

8   Europe/Chief of Naval Africa, but it's now NAVEUR, you have to

9   spell it out that way, NAVEUR/NAVAF/Sixth Fleet, "When I,"

10  meaning Captain Kemp, was the N1 there and he is a rock star, "We

11  went to hell and back together trying to shift the staff there

12  from the 2000's wine in chief fleet back to an operational fleet

13  staff capable of conducting a full range of combat operations

14  including sustained carrier operations in theater. Something you

15  are all used to now. Anything you can do to help him work through

16  this from your end would be appreciated. I am biased, but you

17  won't find a better GS15 CAG Director than Joe. Thanks." At that

18  time I do not respond back to Captain Kemp because he had kind of

19  done some more things in the past since I have been in the seat

20  asking me to check on the status of the hiring action. I just

21  started like not saying, "Okay I'll get back to you," and then

22  just never replied. I just stopped responding altogether because

23  they knew exactly what he was doing and I felt that that was

24  unethical in itself. So Mr. Naman at the time, on December 30 at

25  1450 Italian time, I'm sorry I think its CST he responded and

DOJ-0000022410

1   said, "Dave, thank you for the assist. As usual you continue to

2   demonstrate that you are highly skilled combat HR officer that

3   amplifies our lethality. I hope we keep you close after June,"

4   because that's when he was due to retire, "because we need people

5   like you leading the effort. Nina and Don, I regret the out of

6   the blue nature of this, but I am running out of options from my

7   end and I want a shot at this job. I know that I can be a force

8   multiplier for Naval Forces Africa and Europe if given the chance

9   to show the command what I bring to the table. I don't want an

10  unknown/unexplained item to prevent my application from being

11  seen by this command." So what he means by that is Mr. Naman sent

12  an e-mail to Captain Kemp on the same day December 30 at 1351

13  basically saying, "It was great catching up with you. Glad you

14  and your family are doing well." He says that, "He has had an

15  impasse with Navy Employment Information Center on this and since

16  they are doing everything by e-mail significant points of my

17  arguments are getting lost in translation." I can send you this

18  e-mail. You can read the entire quick story, but the bottom line

19  is the job announcement opened in USAJobs for the Commander's

20  Action Group on the 15 December 2020. It closed on December 21st,

21  2020. Mr. Naman says that he submitted his application on the

22  15th of December which included his resume, his DD 214, tack 1.

23  His DD 214, tack 4, and his statement of service which he says,

24  "This is the order I attach the documents as this is the order

25  they are asked for on the application and it is also the order

DOJ-0000022411

1   that they are in his documents on USAJobs." He then proceeds to

2   go in and say that, "He made one adjustment to his application on

3   December 6th to modify his resume slightly, but he didn't change

4   anything else." He then said, "He received immediate confirmation

5   of receipt for his application on the website and via e-mail for

6   both the 15th as well is 16th of December application

7   submission." He goes on to say that, "On December 23rd, he was

8   notified via e-mail that he was not referred for the Commander's

9   Action Group Director Job because the veteran documents that he

10  provided did not reflect his of character service." Which I

11  believe is the statement of service is what he meant. He said,

12  "He immediately contacted the Navy EIC," which is the Navy

13  Employment Information Center, "via e-mail because it was the

14  only option at that time due to COVID to determine the reason

15  behind the denial of referral for this job. After six days he

16  received a response that said that the DD214," he did don't

17  mention tack one or tack four, "that the DD214 that was attached

18  to his application did not show character service." He said, "He

19  was told that only his resume and the DD214, tack 1, was attached

20  to his application, ,ad throughout the many e-mails that he

21  exchanged with the Navy Employment Information Center, no one

22  could explain why his DD214, tack 4, and statement of service

23  were not on his application." He said, "The only response that he

24  kept receiving is that the Navy Employment Center could not make

25  changes to or add to his application." He said that, "The e-mail

DOJ-0000022412

1   exchanges with Navy Employment Information Center implied from

2   their side that he had made a mistake, or failed to attach the

3   documents because he was scrambling to get his application

4   together." He said, "I have had my resume and all required

5   documents on USAJobs for almost a year. That he has also been

6   applying for jobs on USAJobs since January 2020." He attached a

7   screen capture of his USAJob, my documents page that shows his

8   two DD 214's, I believe that's tack one and tack four, and his

9   statement of service that shows that the DD214's were uploaded on

10  October 8, 2020. He writes in parentheses, "Over two months prior

11  to the Commander's Action Group Director Job opening, and the

12  statement of service was uploaded on January 3, 2020." He says,

13  "This clearly demonstrates that all documents in the question has

14  been on the USAJobs website for months. The attachment of the

15  second DD214, tack 4, and the statement of service to the

16  Commander Action Group Director application came from the uploads

17  on the USAJobs website, not externally, another possible cause of

18  the issues surmised by Navy Employment Information Center, but

19  all three of these documents were uploaded to the Commander's

20  Action Group Director application from the USAJobs website in the

21  order they appear along with his resume." And lastly he says, "As

22  you see in the screen capture, I'm familiar with the correct way

23  to upload the label," Sorry, "way to upload and label the

24  documents since the two DD214s are uploaded and labeled as DD214s

25  as well is the statement of service is uploaded and labeled as

DOJ-0000022413

1    other. Another potential cause proposed by Navy Employment

2    Information Center." So, he goes on to say that he's in Hawaii at

3    the time. He is -- due to the time, that he just wants a shot at

4    this job. He's not asking for special consideration or someone to

5    overlook something in his record. He said, "He's retiring in two

6    days from the date that he sent this e-mail with over 31 years of

7    service. He's retiring as a Captain that has held command at the

8    O5 and the O6 levels for the past 10 years, yada, yada, yada."

9    Those kind of things. He just emphasized at the very end, he

10   says, "Bottom line. I want a shot at this job. If the command

11   decides that I am not the person for it, so be it. I just want a

12   shot. Not getting a shot because of an unexplained issue is wrong

13   and I'm going to fight this with every tool in my bag." So that

14   was the e-mail that he sent to Captain retired Dave Kemp, and

15   that's when Captain Kemp sends me and retired Captain Donald

16   Wilkinson an e-mail basically asking us for help. I did not

17   respond back. So that's kind of when this all came to my

18   attention, and I believe I had the conversation with my deputy

19   Ms. Jeannie English about this. I said, "Did you see an e-mail

20   from," because I believe he e-mailed her, Mr. Naman that is. And

21   I think I was on the, but to be honest with you I cannot find

22   that e-mail so maybe I was not on the e-mail or she printed it

23   off and showed me. I just can't recall at this time because I

24   don't find it in my sent items, my saved items, Jeannie's PST, I

25   don't have it in my inbox. I don't have it anywhere. So it could

DOJ-0000022414

1    have been her showing me this. But I believe she responded

2    because he reached out to her asking her for help because I did

3    not respond back. And in the process of him asking her, I think

4    she was able to go into the system which I do not have access to

5    the system, I'm also not a civilian so I'm not granted that

6    access, but she went into the system. I don't know if it was

7    USAJobs, if it was an OCHR network. I just I don't know what the

8    system is, but she went in and she identified what he had done

9    wrong. And so I guess when he went in and he made the change,

10   let's say he made a slight change to the resume, I believe he

11   reference that, and at the time when he initially uploaded

12   everything, he uploaded everything. The next day when he went in

13   to make a slight change, I believe the system, from my memory --

14   the system you have to re-upload everything again. Like the

15   system negates everything that you did. If you make a slight

16   change you have to then go back and upload your statement of

17   service, your DD214, tack 1 and tack four, as well as your

18   resume, and he did not do that. Therefore, in that process, he

19   did not make the certification. So from Ms. Eylee Garcia and the

20   e-mail that she sent – okay, let me see where it starts. Eylee

21   Garcia at the time was our N11. I sent her and Ms. Jeannie

22   English as well as Ms. Lisa Alcivar who was the GS12 at the time,

23   she was program analyst, now she is a GS13. She's the new Eylee.

24   She is the HRO Manager, or Human Resource Office Manager. So on

25   January, and I'll send this to you as well, January 29, I sent an

DOJ-0000022415

1    e-mail at 1556 Italy time, to Eylee, Jeannie, as well as Lisa and

2    I said, "Amy." Who at the time was Ms. Beyler's Executive

3    Assistant, her name is A-M-Y, Amy, Younger, Y-O-U-N-G-E-R. She

4    has since departed about three months ago. She is a Lieutenant

5    Commander. So I said, "Amy just called me and asked have I heard

6    anything from Stephen Crowley, a perspective IG?" And I said,

7    "No. I haven't. So what the ED was told was that he is either

8    under investigation by Navy , or has an investigation on someone

9    and that is why he has been slow rolling the process." He was

10   being considered by Admiral Burke and Ms. Juliet Beyler for our

11   IG, Inspector General position at the time. "The ED is supposed

12   to call Navy IG before our," it's called the DONSA, it's the day

13   of no scheduled activity. It's something that's really for our

14   staff. This is not a fleet wide program. This is basically if you

15   have a holiday on a Friday you'll get that Monday off, or vice

16   versa. You have a holiday on Monday, you'll get that Friday off

17   because it allows you the time to spend with your children. They

18   tried to ensure that the schools are similar in their schedule

19   and agenda and that pairs with our days of no scheduled

20   activities, therefore that we can go and see Europe, or spend

21   time together as a family, or just go work out, whatever you

22   desire. But that's what the DONSA means to find out. Like I said,

23   "Amy was under the impression that we all knew about this, which

24   we did not." Now where it goes into the CAG I said, "Also, Amy's

25   said that the hiring panel for the Commander's Action Group

DOJ-0000022416

1    narrows the list down to three candidates and those were

2    presented to the COM," which is Commander Robert, a.k.a. Bob

3    Burke. "He did not like any of those candidates and he wants the

4    job to be re-announced. The Chief of Staff Admiral Lacore, has to

5    rewrite the job announcement and I'm not sure when we will be

6    directed to re-advertise. Thanks." So that was that 3:56. At

7    1602, Ms. Eylee Garcia-Morales responded to my e-mail. She said,

8    "Ma'am, this is unfortunate, but that possibly would explain

9    things. I am not sure if the DCOS," which is the Deputy Chief of

10   Staff, "is aware of the situation. He has been following up with

11   Mr. Croley," because that Inspector General position works for

12   the Deputy Chief of Staff. His name is Michael, M-I-C-H-A-E-L. He

13   is a Captain in the United States Navy. His spelling of his last

14   name is MacNichol, M-A-C lowercase N-I-C-H-O-L. Let me go back to

15   that. "He has," meaning Captain Michael McNichol, "has been

16   following up with Mr. Croley," the gentleman that was being

17   considered for the IG position at the time, "following up with

18   Mr. Croley at our behest. Hopefully things will be cleared up

19   soon. Thank you for the update." This is regarding the CAG, the

20   Commander Action Group. "Lisa and I were wondering why things

21   were moving so," capital SO, "slowly on the select event." Then

22   she wrote me right back a couple minutes later. I can give you

23   the time if I can find the page. The time that she wrote me back

24   is, I think it's the first page. It was, now I can't -- it

25   doesn't say it. I will have to pull it up because it's the

DOJ-0000022417

1    printer cut it off. But anyway, "she," when I refer to she is Ms.

2    Eylee Garcia-Morales, she said, "Ma'am, one additional note I

3    sent Amy," Lieutenant Commander Amy Younger, "and Dyrek," he is a

4    Commander retired now, Commander Deryk, D-E-R-Y-K Peterson,

5    P-E-T-E-R-S-O-N, "a note earlier about the Commander's Action

6    Group." So let me read that again. "One additional note. I sent

7    Lieutenant Commander Younger and Commander Peterson a note

8    earlier about the Commander's Action Group." This where I want to

9    emphasize. "Office of Civilian Human Resources, OCHR Stennis,"

10   S-T-E-N-N-I-S, "will require a 90 day waiting period to

11   re-announce the position unless a detailed explanation can be

12   provided as to why the other approximately 40 candidates on the

13   certificate were not qualified for the position with a detailed

14   justification as to the qualification each lacks." And to my

15   knowledge from what I recall is that Admiral Burke and Ms. Juliet

16   Beyler could not provide any justification for those 40 people

17   that made the certification to show that they were not qualified

18   for the position. That's why they made the certification in the

19   first place. So therefore, since neither of them could provide

20   that information to my team, specifically Ms. Eylee

21   Garcia-Morales, and Ms. Jeannie English, we had to wait 90 days

22   to re-advertise the position, and that position was the

23   Commander's Action Group. Therefore, after that happened and I

24   honestly don't have any information on how that went after 90

25   days because I wanted no part of this. I said, "Hey, keep me in

1    the loop." The Chief of Staff is in the loop. We as a team are in

2    the loop, but when it came to dealing with this hire, this was

3    strictly the Executive Director, Ms. Juliet Beyler and Admiral

4    Robert Bob Burke. This was their detail, and once that 90 days

5    happened, we were told to re-advertise the position, and I

6    believe that there were two or three candidates that were

7    selected, Mr. Joseph Naman was one of those for the three people

8    to interview for the Commander's Action Group, and he was the one

9    who was selected. He was selected by Admiral Burke as well as

10   Executive Director, Juliet Beyler. I believe Ms. Beyler was on

11   his hiring panel. No one in my department in the N1 shop was on

12   that panel. There are three people total. I believe the -- I

13   don't know honestly the third person, but the second person was

14   Mr. Anthony, A-N-T-H-O-N-Y Stainbrook, S-T-A-I-N-B-R-O-O-K. He

15   was at the time our N50. So that's our Policy and Plans, and he

16   had been here in Naples at the same, well I don't know if it was

17   the same position, but I will say within the Naval Forces

18   Africa/Europe and Sixth Fleet, he had been here for a total of 12

19   years. So the ED wanted someone who would really understand I

20   guess the Commander's Action Group position and what questions

21   needed to be posed to this individual. So he was one of the

22   hiring panel members, Ms. Juliet Beyler was one of the panel

23   members as well, and I do not recall who the other person was.

24   I'm sure we have that on somewhere on file and I can get that

25   information from our HRO Department, Human Resources Office

DOJ-0000022419

25

1   department.

2        Q:  I have a couple of follow-up questions for you

3   regarding the statement you just provided.

4        A:  Sure.

5        Q:  You stated earlier that you felt that it was unethical

6   what Captain Kemp was doing. Why did you feel it was unethical?

7        A:  Because as I had previously mentioned he had contacted

8   me a couple of times about the civilian who was interested in

9   getting a position here on staff and there was really nothing I

10  could do. Hey, this job is being advertised on USAJobs. That's

11  what the person needs to do is they need to provide the

12  information and upload it within USAJobs. I mean you don't give

13  it to me and I go walk it up and say this is the guy or this is

14  the girl. There's a process and I made that very clear, and I

15  think because honestly he is senior to me, I don't even have

16  three years in as Captain yet, but he was approaching his 30th

17  year. He was also going up for Admiral. He did not select.

18  Someone else selected for Admiral in our community. I kind of

19  think he thought because of his position, he was the Deputy Chief

20  of Naval Operations, the N1 for the Deputy Chief of Naval

21  Operations. He was very senior over me. He was one of the

22  candidates for our Admiral, and I think he thought, I wouldn't

23  say -- I want to use words like shake me down, but I think he

24  kind of utilized his position to possibly try to intimidate me.

25  And that was not going to work. I totally respected who he was,

DOJ-0000022420

1    what this position was. I understood his questions, but that to

2    me was not professional and manner because I can't do anything

3    extra for you because you have a friend that is looking for a job

4    to come out to Italy. They have to do what everyone else does as

5    a civilian when they want to get a position. They have to apply

6    through USAJobs and I always would mentioned to him, "We

7    advertised on a daily basis. So there might be a job that's on

8    there on Tuesday that might not be there on Wednesday, but you

9    might have three new additional jobs." So, the first two times

10   about another two people who I don't remember who they were, he

11   was asking me questions like, "Hey, like if they were to send you

12   their resume to you?" "No, it doesn't work like that, and I would

13   also think because you are were the N1 four times removed, you

14   would know. You've actually got a really good reputation while

15   you were here. I remember VCNO at the time was Bob Burke, Admiral

16   Bob Burke. He really lauded and provided a lot of accolades for

17   Captain retired Dave Kemp. So I would think he would know that

18   that is not the process, and I felt that it was unprofessional

19   and I felt that what he was asking me to do was unethical. So

20   when he sends me an e-mail with Mr. Naman on the e-mail trail as

21   well as my counterpart at Fleet Forces, Captain retired Donald

22   Wilkerson, asking me like, "Hey, can you kind of help look into

23   this?" "No, I can't because Mr. Joseph Naman was incorrect on

24   what he did. Maybe he wasn't familiar really with USAJobs. He had

25   served 31 years in uniform on behalf of our great nation, but

DOJ-0000022421

27

1  that's still not an excuse that he should get any preference over

2  anyone else who is applying. He went in. He made a change. He

3  failed to upload everything that he needed to upload again

4  because he made a change. His claim was he didn't know that.

5  Well, you know I'm sorry. But that's the breaks. That's what

6  happens when you make a change, or maybe you're unfamiliar with

7  the system." So he was willing to, meaning Captain retired David

8  Kemp, was willing to reach out to me to see if I could help and

9  offer support. And the reason why I say it was unprofessional and

10  it was in my opinion unethical is because he had done that twice

11  before with other employees who did not get a position here, but

12  asking me to do something that he knows that he wouldn't have

13  done, especially when he served in this capacity, and the same

14  capacity that I served. So I felt some kind away about it, that's

15  why did not respond back to his e-mail.

16      Q:  We're going to ask that you provide us copies at the

17  end of this interview of those e-mail.

18      A:  Absolutely.

19      Q:  The ones that you discussed, we'll have you send us

20  copies.

21      A:  Yes. I will.

22      Q:  Regarding those e-mails, tell us about any

23  interactions you had with Admiral Burke.

24      A:  I have not had any interactions with Admiral Burke,

25  other than the two times that I told you I briefed him on our

DOJ-0000022422

1    Program Objective Memorandum, which is POM, as well as briefing

2    at the Commanders Update Brief on our military enlisted and

3    officer manning. I barely saw him because he was only in the

4    building every Wednesday and where he works is out of the

5    building that I work -- he's on the same campus, but he's not

6    even in the same building that I work in and the only time I

7    would see him would be in the Commanders Update Brief. Because

8    all of the Inco Directors and Deputies have to be present for

9    this, and at that time I would see him, but I don't interact with

10   him. The only time that I did interact with him at the Commanders

11   Update Brief is when I had to brief our manning posture for all

12   of Naval Forces Europe/Africa and Sixth Fleet. So I didn't have

13   any interaction with him. I will tell you the first time I

14   briefed him on our POM submission which is our Program Objective

15   Memorandum that was really my first interaction with him. Okay,

16   his nickname here, I didn't know him I had been on deck for two

17   weeks, his nickname was "Bipolar Bob". And so as we're talking

18   about some of our issues that we want to submit for our Program

19   Objective Memorandum so that we can bring additional manpower on

20   board to support the mission, he got very irate. He was --

21   directed towards me no one else, and he told me, "You can't

22   bullshit a bullshitter," as I was briefing him, "because I've

23   played all these games that you're trying to play. We're not

24   going to submit all these issues." "Roger that, sir." I mean I

25   don't know what else I could say. So that was my really only

1    interaction with him. I will never forget that because I had just

2    really got on board and I was trying to figure out what Program

3    Objective Memorandum were in the first place, let alone trying to

4    brief someone that I never had any interaction with. That was my

5    first interaction with him and he was pretty pissed off at me,

6    told me, you know, "You can't bullshit a bullshitter." And to

7    basically go back to the drawing board because we're not

8    submitting it. And after a couple of other people had their time

9    to brief him, he excused himself he left the room and that was

10   it.

11         Q:  What does the name "Bipolar Bob" mean?

12         A:  I don't know. I can't speak for everybody, but I will

13   just tell you one of my friends who was extremely close in the

14   human resources community. She herself is a human resource

15   officer, and she has, at the time when he was the Vice Chief of

16   Naval Operations she had to go to D.C. to do briefs for her

17   position and she, you know, briefed him often. And she said, "You

18   know his name is Bipolar Bob." This was the first time I heard

19   about it. This is before I even got on deck. Because I was like,

20   "Hey, have you ever met Admiral Burke? She was like, "Yes I have

21   and let me tell you about him." So she spoke her piece and she

22   said his nickname is "Bipolar Bob". And I said, "What does that

23   mean?" She said, "Well, he can go off the drop of a dime and then

24   two seconds later be the nicest person in the world. He's very

25   charming, nice, kind, ask you about your kids, and then will cuss

DOJ-0000022424

1    you out in a heartbeat and be done with it." And so when I got

2    here after that happened and the people that were in the room

3    with me, they wanted to see if I was doing okay after the fact.

4    They were like, "Are you okay? You know that's how he is. I know

5    that's your first interaction, but he's "Bipolar Bob." So all I

6    can -- I didn't ask them like what do you mean? I just know that

7    my friend, she had told me her interaction with him and she said,

8    "You know he is "Bipolar Bob." So I kind of reverted back to what

9    she said because he was very, very kind in the brief up until I

10   spoke, and it wasn't just me that was speaking. I had two people

11   that were calling in from outside like, it's called SVTC, so

12   Secret Video Teleconferencing. One's name was Romy, R-O-M-Y, and

13   to be honest with you, I would have to look up his last name. He

14   was here for a little bit when I got here but he was the Manpower

15   Officer, he was the N12 that I spoke about, and my Deputy at the

16   time still was Jeannie English, and Romy had said some things

17   about like the labor and our shortages, and where we are going to

18   ask for additional manpower. Okay, and Romy's name is Romeo,

19   R-O-M-E-O, Dacones, D-A-C-O-N-E-S. Romy and Jeannie were calling

20   in from the outside, the Secret Video Teleconferencing and Romy

21   spoke up because he had been in the shop five years here at Naval

22   Forces Europe and he's trying to give some specifics on the

23   billets and why we were requesting this additional manpower and

24   then that's when Admiral Burke looked directly at me and said,

25   "You can't bull shit a bullshitter." And wrinkled his paper and I

DOJ-0000022425

31

1   was really taken aback by that because it was a pretty

2   non-confrontational, non-emotional brief up until that point.

3   After I briefed it and Romy chimed in as to why these billets are

4   being requested by the different directorates throughout the

5   command. I guess that irritated him he was upset about it. So,

6   did I go out and say, "That's why he's "Bipolar Bob?" No. This is

7   the first time I interacted with this gentleman, but like I said

8   my friend who I had spoken to before I had gotten on this had

9   interaction with him, and she made the comment that he was known

10  as "Bipolar Bob".

11          Q:  Regarding the e-mails for the CAG hiring position, did

12  Admiral Burke chime in on any of those e-mails? Was he on any of

13  those e-mails?

14          A:  To my knowledge, the ones that I have, no ma'am. He

15  was not. I don't even really have anything from Ms. Beyler even

16  on these e-mails. This is strictly between my Deputy, Jeannie

17  English, and at the time my N11, Eylee Garcia-Morales, and Lisa

18  Alcivar who's now the new N11 -- were mainly the ones on these

19  e-mails. I don't have anything from Admiral Burke.

20          Q:  Regarding the justification how did you find out that

21  it was Admiral Burke or Ms. Beyler who had to provide that

22  justification if they're not on these e-mails. How did they get

23  brought into the process?

24          A:  Because Ms. Eylee Garcia who was our N11, she was the

25  one who had contact with the Office of Civilian Human Resource,

DOJ-0000022426

1    Stennis. She was the one that came back and said that they are

2    requiring a 90-day waiting period to re-announce the position.

3    They also told her that there was a need to have a detailed

4    explanation needed to be provided because 40 of those people who

5    made the cert and were obviously qualified, they were qualified

6    candidates, we have to provide a justification as to why these 40

7    people -- per person, by the way, not just one broad

8    generalization justification for 40 people. It had to be per

9    individual that a justification needed to be provided to say,

10   "Ms. Jessica Raines is not qualified due to X, Y, Z." And then,

11   "Nina Nicasio isn't qualified due to X, Y, and Z." And nobody

12   could provide that explanation. And when I say no one, I mean it

13   would necessarily be my team, it would be Admiral Burke and Ms.

14   Beyler because she was taken direction from him. She reports

15   directly to him, so he was the one saying, "I don't want any of

16   these people. I don't care who made the certification. I don't

17   want any of these people." But OCHR, Office of Civilian Human

18   Resources, responded back to Ms. Eylee Garcia-Morales stating,

19   "Excuse me. There are 40 qualified candidates. If you cannot

20   provide justification for each candidate stating that they are

21   not qualified, you will have to wait 90 days." And that is in the

22   e-mail that I will send you. "You have to wait 90 days to

23   re-advertise the position." So this was something she said. I

24   wasn't in on those discussions. I think there were a couple of

25   times myself and Ms. English were in on discussion with at the

DOJ-0000022427

1    time Admiral Lacore. I guess she met with the Executive Director

2    Ms. Juliet Beyler and she would say, "Well Ms. Beyler wanted me

3    to tell you guys that the Admiral is not happy with the people

4    that made the cert. So because he can't provide the

5    justification,, we're going to go ahead and wait. We're going to

6    pause this whole process, wait the 90 days, and then we'll

7    re-advertise." I do recall when Jeannie and I walked out of the

8    office I said, "This is very murky. I don't want no part of

9    this." I said, "I think this is so, once again unethical,

10   preferential treatment." It was my understanding that, and this

11   is not anything I heard from Admiral Burke himself but it was

12   passed down from Admiral Burke to Ms. Beyler to Admiral Lacore,

13   that Mr. Joseph Naman at one time worked for Admiral Burke. He

14   was either his Executive Assistant when he was in uniform, or he

15   was also his Commander's Action Group. He could have been both. I

16   don't know, I don't know this gentleman, so I don't know what his

17   background is in I even tried to look them up in our Navy

18   systems. But because he retired, they only archive it so you

19   can't see the archives when you're on active duties. That's like

20   that's with Navy Historical Society. So I can only see people who

21   are serving currently in their pay grade. So I don't know what

22   his relationship was, but that is what I had heard from Admiral

23   Lacore. So that's why he wanted him, and he was not satisfied

24   with the 40 people that were qualified because in essence he was

25   holding the position from Mr. Joseph Naman. Now, I don't believe

DOJ-0000022428

1   Ms. Beyler or even Mr. Burke would tell you that, but we all knew

2   the reason why we were pausing this advertisement because he

3   wasn't happy and he wanted his person that he liked, that he was

4   comfortable with, that he possibly had worked for him at one time

5   or the other, he wanted that individual and he wanted to make

6   sure since he could not provide any justification on the 40

7   qualified candidates, he wanted to make sure that when we

8   re-advertise the position that he would make the certification.

9       Q:  Regarding the statement that you made that he wasn't

10  satisfied, how were you provided this feedback that he wasn't

11  satisfied?

12      A:  This was word-of-mouth from my Chief of Staff, Admiral

13  Lacore when she met with me and my deputy about this whole

14  process and she said that he was not satisfied with the 40

15  candidates, as well as Ms. Eylee Garcia-Morales, she also

16  provided that and that is in the e-mail. Now how she got that

17  word I don't know but it says it right here about the 40

18  candidates that were qualified for the position but we have to

19  provide the justification. And then the one e-mail that I read to

20  you -- this is the Lieutenant Commander Amy Younger, and this is

21  still on the same e-mail string with Eylee Garcia-Morales when I

22  said, "Also Lieutenant Commander Younger said that the hiring

23  panel for the Commander's Action Group narrowed the list down to

24  three candidates and presented them to Admiral Burke. He did not

25  like any of them." That was coming from Amy, Lieutenant Commander

DOJ-0000022429

1    Younger to me. "And he wants the job to be re-announced. The

2    Chief of Staff has to rewrite for the job announcement and not

3    sure when we will all be directed to re-advertise. Thanks." I

4    sent that to my Deputy, Jeannie English, Ms. Lisa Alcivar, as

5    well as Ms. Haley Garcia-Morales, and then from that she's the

6    one came back with, "On an additional note, OCHR will require a

7    90 day waiting period to re-announced the position, etcetera"

8    (1:07:01)

9        Q:  Regarding the feedback to Admiral Lacore tell us how

10    she knew that Admiral Burke wasn't happy with the 40 names on the

11    list.

12        A:  This is the -- she has daily, not daily, I think she

13    might've had daily but from what I recall when she was here she

14    had at least a weekly sync with the ED and this was her sit down

15    discussions. They would meet face-to-face. She would go over all

16    of the things that was under her cognizance meaning

17    administrative matter, pay and personnel, manning challenges,

18    manpower, hiring actions, anything like that Admiral Lacore the

19    former Chief of Staff would brief to the Executive Director Ms.

20    Juliet Beyler. When this whole process was going on out of that

21    meeting Admiral Lacore was informed by Ms. Beyler that Bob Burke,

22    Mr. Bob Burke was not happy with any of the 40 people because it

23    didn't have Mr. Joseph Naman on the list. So I'm going to make

24    the assumption that how would the Admiral even know that? Well I

25    think he him and Mr. Joseph Naman had a conversation as well and

DOJ-0000022430

1    I believe that maybe Joseph Naman said, "Sir, Navy Employment

2    whatever, was telling me one thing and I went in there and I

3    uploaded my resume and all the required documents and then next

4    day I made one change then all of those things were removed from

5    the system and therefore that's why did not make the

6    certification. I am," this is all an assumption, but specific to

7    your question is my chief of staff at the time Admiral Lacore had

8    a meeting with me and my deputy Jeannie English and told us that.

9    So it wasn't I heard or I saw, or the COM specifically told me. I

10   had no interaction with him, but this was from her meeting with

11   the Executive Director Ms. Juliet Beyler that he was not happy.

12   He was not happy about the process, and yes, grant it there are

13   40 people that are highly qualified but because he cannot provide

14   justification he wants us to wait for 90 days to re-advertise the

15   position. And that was word-of-mouth, and I will definitely try

16   to find if anything, I haven't found it yet, but if anything I

17   will try to find if Admiral Lacore put that in writing anywhere.

18   But like I said she had to rewrite the job announcement. So that

19   was her tasking from the Executive Director Ms. Juliet Beyler.

20        Q:   Tell us why the job announcement had to be rewritten.

21        A:   I don't know. This is my conversation with Lieutenant

22   Commander Younger. She said that, "The COS has to rewrite for the

23   job announcement and not sure when we will be directed to

24   re-advertise." That I don't know. And I will do some digging but

25   that does not come to memory as to why.

DOJ-0000022431

1      Q:  Tell us why the proposed position description was

2  changed from the deputy Commander to director for the Commander's

3  Action Group.

4      A:  So, I can't say that I know that exact reason. I

5  believe that is something that the Executive Director Ms. Juliet

6  Beyler had requested for my team to do. What I will tell you is

7  there was the deputy Commander Action Group, Commander, O5 Navy

8  who was in that position at the time before Mr. Naman came on

9  board. His name is, now is a Captain, Jason J-A-S-O-N, Barrett,

10 B-A-R-R-E-T. He departed about six months ago to go to major

11 command because he was an O6 selected by the time he left he put

12 Captain on, the rank of Captain on. He was the only one that at

13 the time in that office because there was no Commander's Action

14 Group billet at all. There was no GS15. There is no civilian STE

15 full-time equivalency in that department at the time. It was just

16 a Navy Captain, or net sorry Navy Commander who is a Captain by

17 the time he left was in that position and it was the Director of

18 Commander -- or I'm sorry, the Deputy of Commander Action Group.

19 So when this position I believe this GS15 position was created

20 that position from, this is hearsay, from the Chief of Staff to

21 me and my deputy Ms. English and Ms. English may have more

22 information on this because some of these e-mails, a lot of times

23 I won't say they keep me off, but when it strictly between the ED

24 and like let's say Jeannie or Ms. Eylee Garcia-Morales, they have

25 a lot more experience than I do in HR and she just wants results.

DOJ-0000022432

1    She's not looking for me to then task it down. She just wants

2    them to respond. Because they have, both of them 15 plus years

3    just specifically working civilian matters. So when that

4    conversation was had by the ED to my deputy Jeannie English the

5    whole creation of this billet was to make it the director of the

6    Commander's Action Group with having the deputy which was a Navy

7    Commander still under that, but that position is what the

8    Commander, Bob Burke wanted it to be. He wanted to have that

9    position itself to be the director. He wanted the GS15 to be in

10   charge, not the Commander who was only a deputy.

11         Q:  Tell us about Admiral Burke's role in the hiring

12   action.

13         A:  To my knowledge Admiral Burke does not have any role

14   in the hiring actions. None of this goes to him. At all. This one

15   was I want to say a pretty intense and somewhat different because

16   this was something he wanted to have created. This was a position

17   he wanted to have on staff. It was a high, obviously a high cost

18   position as a GS15. We were trying to get away from having so

19   many senior people on staff because there's obviously a cost

20   constraint with that that comes along with it, but this is what

21   he wanted, and this is what he articulated to the Executive

22   Director Ms. Juliet Beyler and with that she articulated that to

23   as well as my team, Jeannie English and Ms. Eylee Garcia-Morales.

24         Q:  Tell us about any other times when Admiral Burke

25   recommended a particular person for a position.

DOJ-0000022433

1    A:  I honestly don't recall anything other than this but

2    let me think. I'm just thinking of the new positions at least

3    within the time that he was here and yeah. I cannot recall

4    anything and I'm just only familiar with the position for Mr.

5    Joseph Naman.

6        Q:  You stated that the position came on the books on 15

7    December 2020 and was closed on 21 December 2020. Is it normal --

8        A:  That's when the advertising came out, yes on USAJobs.

9        Q:  Is that normal for a five to six day announcement?

10       A:  I think there was a reason why they had to keep it for

11   that length of time because it's a -- I believe it's like

12   veterans preference. There was a reason, I don't recall. This was

13   two years ago and like I said I was fairly new but from what I

14   understood is I believe that there some office of human -- some

15   Office of Civilian Human Resources there was a requirement that

16   the amount of time this position has to be advertised. So I don't

17   have the OPM rules. I can look into that. It depends on what the

18   position is. That's the first thing. And what the history of that

19   position because like I said at one time it had already been

20   advertised which was the initial time that he applied. Now I

21   don't have the timeline on the second time after 90 days having

22   to wait what the timeline was and how long that was advertised

23   for so I don't have the reasoning behind it and I just know it

24   really is dependent upon the position. And if the position states

25   you know 30 percent veteran or if you're a spouse, a spouse

DOJ-0000022434

40

1    higher because spouses have preference in terms of being overseas

2    they have spouse preference here especially because it's so hard

3    for spouses to get employment out in town due to the SOFA

4    agreements. So it depends on what the position is. Sometimes I've

5    seen it three days and I've seen it this length of time, it

6    really depends but like I will say I am not the manager of the

7    hiring action. That is my N11. She communicates with the

8    classifier who then communicates with the human resource office

9    in Rota, Spain. They're the ones who advertise all of our

10   positions. So they, that office itself does all the

11   advertisement. We just say, "Hey, this is the position we want to

12   go forward. We're requesting for it to be advertised." Then they

13   will make the determination of the position and how long it needs

14   to be advertised.

15        Q:  Explain the by name request for the CAG position.

16        A:  I don't think there was a by name request. I just know

17   that if you have a by name request for military you usually,

18   you're usually going to -- it's going to accompany a letter of

19   recommendation by your previous or your current chain of command,

20   your parent chain of command going to your gaining command and

21   why this person is the best qualified or the most qualified. I

22   don't recall this being a by name request. It was just this is

23   the guy I want. At one time I worked with him. Like I said this

24   is all hearsay it was all spoken to me from meetings that was had

25   by I'm going to assume Mr. Burke to the ED Juliet Beyler, then

DOJ-0000022435

1  Juliet Beyler to Admiral Lacore, then Admiral Lacore to myself

2  and my deputy Ms. Jeannie English. So he at one time had worked

3  with this gentleman. I guess he knows his quality of work. This

4  is who he wants in that position and basically that is why the

5  position was created in the first place. He wanted someone who

6  understands Commander's Action Group and from the meetings,

7  several meetings I had with the Admiral at the time he was the

8  most qualified candidate because he served under Admiral Burke at

9  one time and was also the Commander's Action Group. So all I can

10  say from reading all the e-mails and putting the timeline

11  together Admiral Burke used to be the Director of Maritime

12  Operations here at Sixth Fleet. He was a one star at one time.

13  This is kind of came to me meaning Captain retired Dave Kemp his

14  e-mail said to me reading that when he said he at one time was

15  the N3 and he also was the Maritime Operations Officer here at

16  Sixth Fleet. Now it's starting to come to me that that's when

17  they work together. That he worked here during the time that

18  Admiral Burke was the one star and he was the Director of

19  Maritime Operations. And with that said the position that Mr.

20  Naman had at the time he was in uniform, and at the time Admiral

21  Burke was in uniform that position reported directly to Admiral

22  Burke. So possibly he had worked with him and served with him and

23  that is why he it was made known to me that he wanted this

24  individual to be the Commander's Action Group.

25       Q:  At this time we've been going about 90 minutes so

DOJ-0000022436

42

1  we're going to take --

2       A:  Yes.

3       Q:  -- a break and will come back --

4       A:  Okay.

5       Q:  -- and finish up this portion of regarding the CAG

6  hiring and then we'll jump into the next section.

7       A:  Okay. How long is this going to take because I'm a

8  single mom and so I would like to know because I need to go home

9  at a certain time so is there a certain time this is going to be

10 going until so I can make other plans?

11      Q:  I would think we probably have another good 90 minutes

12 left max.

13      A:  Okay. Okay.

14      Q:  So after we take --

15      A:  And so how long is the break for?

16      Q:  Five minutes. Just long enough to --

17      A:  Okay.

18      Q:  -- stretch our legs, water, restroom, and then we'll

19 come back right back. So it's about 1030 time. That would be what

20 4:30 your time?

21      A:  Yes.

22      Q:  We'll come back at 35 after the hour and then we'll

23 finish up.

24      A:  Okay. Do you want me to hang up and you call back or

25 just hang on the line?

DOJ-0000022437

43

1      Q:  You can put your phone on hold. I'm going to go on

2  mute and we're going to pause the recorders.

3      A:  Okay.

4      Q:  The time --

5      A:  Okay. Sounds good.

6      Q:  The time is now 10:29 and we are pausing for a break.

7      A:  Okay.

8      [The interview paused at 10:29 a.m., August 25, 2022.]

9      [The interview resumed at 10:35 a.m., August 25, 2022.]

10      MS. RAINES:  The time is now 10:35 a.m., Eastern Standard

11  Time. On the line is myself, Jessica Raines, Mr. Anthony Febbo my

12  colleague, and the witness Captain Nina Nicasio.

13      BY MS. RAINES:

14      Q:  Captain Nicasio, if you could at this time pull up the

15  e-mail dated Thursday, September 17, 2020. It would be Tab A

16  e-mail.

17      A:  Yes, I have it.

18      Q:  Please look at the e-mail --

19      A:  Okay.

20      Q:  -- and walk us through what's going on in the e-mail.

21  Walk us through this e-mail.

22      A:  Okay. So like I aforementioned this was probably my

23  second week in the seat. So to be honest with you reading through

24  this I can't recall what the three COAs were, but so, "I had an

25  in call with Ms. Beyler today." I don't even recall that first or

DOJ-0000022438

44

1  third meeting I'm not sure, but, "one thing she mentioned was

2  that we needed to provide her a viable option that's not a

3  permanent position. She mentioned having three COAs regarding the

4  CAG position for the retired O6, and that after her meeting last

5  night with the COM, Commander, he wanted a civilian to serve as

6  the Commander's Action Group for continuity purposes and that he

7  was not interested in the billet being a two year term hire." I

8  really don't remember what the two year term hire was, but "Let's

9  meet to discuss possible COAs to pitch to her. Looking to get on

10  her schedule sometime next week; sooner than later, however, I

11  have indoc on Tuesday and Thursday." So, honestly I don't

12  remember. I even tried to look for this e-mail. This one other

13  than you sending it I don't even recall what the sit down was,

14  and honestly I don't even recall why I met with her because like

15  I said the person I reported to directly on a daily basis was

16  Rear Admiral Nancy Lacore. So why -- hello?

17      Q:  Yes I'm still here.

18      A:  Hello?

19      Q:  We're still here.

20      A:  Okay. Why I -- why I sat with Ms. Beyler I don't

21  recall. Why she called me up I don't recall. But I don't even

22  recall those three COAs discussion and it sounds like to me he

23  was retired and when they're talking about a civilian to serve

24  for possibly a two-year term hire I don't remember us ever doing

25  anything like that. So I don't recall to be honest with you. I'm

DOJ-0000022439

1    going to continue to still look I just don't understand what I

2    was saying and what the two-year term hire is. I mean this was

3    something she offered. I'm not really familiar with the process

4    in the two weeks that I was here it's like I don't even recall. I

5    think it was trial by fires. Just trying to figure it all out.

6    This is my first tour as a Captain and my first time really

7    leading N1 in any initiative. So I don't, I wish I could have

8    more. I read through it. I was looking through my e-mails. I'm

9    like Jeannie's not here by the way she is in Salt Lake City this

10   week for a conference. So I can't even ask her what it was, and I

11   tried Eylee before we got on the phone for the last couple of

12   days and she is unfortunately out of the office as well. So I

13   don't recall what I was referring to or what the conversation

14   was, or the discussion, or the way ahead, or what she was even

15   proposing meeting Ms. Beyler, but I'll have to keep trying to

16   look. That's really all I can provide.

17        Q:  Tell us about any discussions you had regarding the by

18   name request.

19        A:  So when you say by name request you really can't do

20   that with regard to this position because he had never served in

21   federal service. So there could be no by name request if you're

22   talking about the formality. Because this was a promotion for

23   him. This was his first time serving as a civilian. So there

24   would be no by name last. Now if he was in the military and that

25   was a position that the Admiral wanted him to have and there was

DOJ-0000022440

1    someone else that was detailed into the position like say for
2    instance me and him are both due to rotate. My detailer and our
3    placement officer they're the person that works with the command
4    to ensure that Nina will go to this billet. The specific billet
5    that I'm in right now. So say myself Mr. Naman were both up for
6    orders but Admiral Burke really doesn't want me to serve as his
7    Commander's Action Group. He would submit a by name request to
8    Mr. Naman's detailer and that by name request would also go to
9    the placement officer because the placement officer details all
10   of the billets for the command and say, "I'm sure Nina is a great
11   candidate but I don't want her. I want Mr. Naman. I'm nominating
12   him to come work for me and then that usually it's a four-star
13   three-star, or even at two star, the detailers, the officer
14   community, even the placement officer are going to honor that
15   because a four-star or someone in that very senior leadership
16   billet position asking for someone by name. As far as Mr. Naman.
17   He never served as a civilian ever. This was his first gig in the
18   federal service. So in terms of by name there was no formality.
19   It was just something that from my understanding that Admiral
20   Burke at one time had worked with this individual. He wanted him
21   to serve as his Commander's Action Group, to be the director of
22   that position, and that is my understanding. My understanding is
23   that Admiral Burke wanted this position to be created. I am
24   assuming because this isn't anything I found in an e-mail or even
25   like a recurring discussion, but I'm assuming after this whole

DOJ-0000022441

1    position was stood up Admiral Burke either had the intent to

2    create the position for him or he had the intent after the

3    position was created to, "Hey Joseph Naman would be a good

4    candidate for this position." I don't know which one it could

5    have been but there's no by name request for him per se with it

6    comes to formality because this is his first time is a civilian

7    but from my understanding and from the conversations I had with

8    Admiral Lacore and her conversations with Admiral Beyler and what

9    Admiral Beyler, or I'm sorry Mrs. Beyler. And what Ms. Beyler

10   told Admiral Lacore that Admiral Burke wanted was he wanted the

11   specific individual, Mr. Joseph Naman to be his director of

12   Commander Action Group.

13        Q:  Tell us how a direct hire works.

14        A:  I believe a direct hire would work is say if you're a

15   GS12 at the region which is here on the same campus as Naval

16   Forces Europe or I could be conflating the two, but there's a

17   GS12 position here. You can directly hire that individual because

18   they meet the qualifications. So it's a lateral to come over to

19   this position because you're not giving them a promotion. They're

20   just coming into another position but it's at the same grade and

21   the same series. So you can directly hire someone, but if it's a

22   promotion they have to compete that position. Now there's a

23   certain time period you have to keep the position open, like I

24   said it could be three days, I've seen it like seven days but

25   it's dependent of the position. It's dependent of the

DOJ-0000022442

1    qualifications. It's dependent on if it's open just for spouses?

2    Is it open for veterans that have 30 percent or more disability

3    claim? It really does depend. So if it's a direct you're just

4    really doing a lateral over to a position from a GS12 to a GS12.

5    But if it's a GS12 to a 13 they will have to compete. They will

6    have to advertise that position to compete the position because

7    it's a promotion.

8         Q:  Now can you please look at the e-mail dated 20

9    September 2021 Tab B?

10        A:  Yes.

11        Q:  Walk us through this e-mail.

12        A:  Okay. This is from Admiral Lacore to myself and Ms.

13   English. "No need to look for other hire --" or, I'm sorry. "No

14   need to look for other quick hiring actions. The individual the

15   COM wants isn't eligible until next July. Back to the drawing

16   board with the boss on this." From my understanding, and I might

17   be able to find something in my e-mail. There were some things

18   that I saw from Rear Admiral Lacore but I didn't find the exact

19   e-mail that kind of references this. Mr. Naman was still in

20   uniform and as a Navy retiree, this is something I think from the

21   Obama error that the Navy individual, or the person who is

22   applying to civil service and you're coming out of uniform you

23   have to wait 180 days to get into federal service. So, because he

24   had not I guess retired looking at this e-mail of Monday,

25   September 21st, I got here maybe two and a half weeks prior to

DOJ-0000022443

49

1    that. I don't know when he officially retired, but he wasn't even

2    eligible to apply because he was still technically in uniform.

3    From what I'm reading this and what I remember is that he was

4    still a military member and he was in D.C. I think, or not D.C.,

5    Hawaii at the time and he was transitioning from Hawaii out of

6    uniform and he was applying for jobs over here specifically the

7    Commander's Action Group because he made it very clear that that

8    is the position that he wanted. So, because he wasn't eligible

9    until next July back to the drawing board with the boss on this.

10   So probably, well let's, not me and my deputy, but her engage Ms.

11   Beyler to have Ms. Beyler engage him as to, "Okay. How do you

12   want to proceed? What do you want? Are you looking for a military

13   member? What do you want the position to be? Not it's the

14   Director of the Commander's Action Group. Is there someone in

15   specific, in particular you want? Do you want a military?" I

16   don't know. I guess she was more or less saying like this person

17   is not going to get a uniform. He's not eligible to even apply.

18   He has to wait 180 days before he can even apply for federal

19   service, and then after that how long is that going to take? So

20   let's go back to the drawing board and let's go back to the boss

21   and not necessarily me, but she is going to work with the ED to

22   go back to the boss and ask well what do you want to do now? What

23   is the way ahead now since this is -- this COA is not going to

24   work>

25        Q:  By "he" who are you referring to?

DOJ-0000022444

1       A:  Admiral Lacore. Because she is the one who addressed

2    this e-mail to myself and Ms. Jeannie English.

3       Q:  By "he", when you say "he wasn't available", who is

4    the he? Who is this e-mail talking about?

5       A:  Oh, I'm sorry. Mr. Joseph Naman. He was not available.

6    Mr. Joseph Naman because he was on active duty at the time, he

7    was a Naval Captain and from his e-mail to Captain retired David

8    Kemp he had served 31 years in the Navy. So I'm assuming he was

9    still in the Navy and he has to, he Mr. Joseph Naman has to wait

10   the required 180 days to even apply for a federal job.

11      Q:  Describe the prior relationship between Admiral Burke

12   and Mr. Naman.

13      A:  I do not have any knowledge of what their relationship

14   was other than from trying to put the pieces of the puzzle

15   together from these e-mails it appears that when Admiral Burke

16   was here in uniform as a one star for the Director of Maritime

17   Operation Mr. Naman was the MOC, the Maritime Operation Center

18   Director and he worked under Admiral Burke who was the Director

19   of Maritime Operation. So from that, I'll leave that to decide,

20   then from the discussions we had, when I say we, I'm talking

21   about Ms. Beyler, Admiral Lacore, and my deputy Ms. English, and

22   Ms. Eylee Garcia-Morales. The conversations that we have had

23   during that time of, that period of time when this person, let's

24   just say, or the COM, Admiral Burke was wanting to stand this

25   Commander's Action Group Director Position. It was reference that

DOJ-0000022445

1   by the ED to Admiral Lacore, to -- from Admiral Lacore lips to me

2   and my deputy, Jeannie English and Ms. Eylee Garcia-Morales that

3   COM, Commander Admiral black, or I'm sorry, Admiral Burke had at

4   one time worked with Mr. Naman, or Mr. Naman at one time worked

5   for Admiral Burke, and he wanted him to get this position, the

6   Director of the Commander's Action Group because he knew his work

7   ethic, that he was good at his job, and that he was the right

8   person meaning Mr. Joseph Naman was the right person for this

9   position.

10          Q:  Regarding direct hire was Mr. Joseph Naman able to be

11  a direct hire? Could he be regarded as a direct hire?

12          A:  From the position he's in now or to another position?

13          Q:  Coming into the CAG position. When he applied for --

14          A:  No. He could not be a direct hire because a direct

15  hire is someone who already had been in federal service. He was

16  strictly in the military at the time. So he never held the

17  position with the federal service. So he like I said had to be

18  180 allotted time frame to be able to even apply. But let's say,

19  I think he's only been here almost a year possibly, maybe it's a

20  little over a year. I would have to look at his record but let's

21  say now he wants to go back to D.C. Mr. Naman wants to go back to

22  D.C. and he wants to apply for a GS15 position. He could be a

23  direct hire because it's a GS15 position, and if he's qualified,

24  and he also has veterans, Mr. Naman has veterans' preference. Mr.

25  Naman could very well be a direct hire. But coming into this

DOJ-0000022446

52

1    respective position know he could not because he had never held

2    federal service.

3         Q:  Regarding the certificate for the December 2020 job

4    announcements, the certificate of eligibles, tell us the review

5    process for that certificate.

6         A:  So I don't do that review process. I would have to

7    really defer that to Ms. Lisa Alcivar or Ms. Eylee Garcia-Morales

8    for that. So I am a manager. I am not the program owner of some

9    of these processes. So I could tell you but I don't think it

10   would be the correct step-by-step process and I would have to

11   defer you to those two employees they could better walk you

12   through the process than I could.

13        Q:  Did the director for the -- did the position for the

14   director of the CAG have to be announced on USAJobs?

15        A:  Yes. It's a new position altogether on top of that. We

16   have never had this position, so yes it did.

17        Q:  Tell us about any interviews for the December 2020

18   certificate of eligibles.

19        A:  I was not part of that process either if there was any

20   interviews nothing to my knowledge because I wouldn't be involved

21   in that aspect of any of the hiring actions. That would be a

22   conflict of interest, so that's why I have recuse myself from any

23   of these panels, any of reviewing of position description, a

24   hiring action, an advertisement, a classification, I am not, that

25   is not my job. I will tell you that is not what I do. I do have

DOJ-0000022447

53

1    people within respective positions that own those processes. So

2    that wouldn't be anything that I would be aware of. I don't

3    recall that discussion ever with my human resources team, nor do

4    I recall it with my deputy Ms. Jeannie English.

5         Q:  Who is the hiring official for the certificates of

6    eligibles for the December 2020 certificate of eligibles?

7         A:  I believe it was Ms. Beyler the Executive Director.

8    She was also on the panel, the hiring panel for Mr. Naman. I

9    believe she was the deciding official as well. She was a hiring

10   manager.

11        Q:  Regarding the cancellation of the December 2020

12   certificate tell us more about that.

13        A:  I don't have any further information other than the

14   e-mail that I'm going to send you dated January 29th with my

15   conversation with the flag -- the executive flag aide or Ms.

16   Beyler the Executive Director stating that Commander Bob Burke

17   was not satisfied with the three candidates. That list was

18   presented to him. He didn't like any of them and he wanted the

19   job to be re-announced. Therefore the COS had to rewrite for the

20   job announcement and we, meaning N1, N11, the HR, the human

21   resource department were not sure when we would be directed to

22   re-advertise. We would be waiting for that direction coming from

23   Admiral Lacore which would then be passed down by Ms. Beyler, the

24   ED which would have been passed down by Admiral Burke himself.

25        Q:  And by "her" you meant Ms. Beyler?

DOJ-0000022448

54

1        A:  Ms. Beyler, Executive Director, yes.

2        Q:  Please now look at the e-mail dated April 2nd, 2021,

3    Tab C

4        A:  Okay. Give me one second. April 2nd, yes. Yes, I have

5    it. It's the, I'm sorry, the Chief of Staff at the time Admiral

6    Lacore to my deputy Jeannie English and I was CCed on this

7    e-mail. "Changes required to the announcement text. It have a

8    number." Believe that's the job advertisement number or sequence

9    code.

10        Q:  Walk us through this e-mail.

11        A:  Okay let me go to the beginning. Okay really starts

12    with my, hold on. Okay. So it starts March 31st, an e-mail from

13    my deputy to Ms. Tammy Williams. I believe, she is a senior human

14    resources specialist at the Office a Civilian Human Resources

15    which is the Stennis Operation Center located in Stennis,

16    Mississippi. She, her subject line is, "The changes required to

17    the announcement text." My deputy Jeannie English says to Mrs.

18    Williams that, "Ms. Beyler directed changes to the announcement

19    under qualifications. Specifically the specialized experience."

20    She said, Jeannie English said, "She made the edits in the USA

21    staffing pool announcement text. She also copied below as she was

22    directed the text to read." And it lists what the qualification

23    should state and Jeannie then ends the e-mail with, "Thank you

24    for your support getting this announced as soon as possible.

25    Please let me were Eylee Garcia-Morales know if you have any

DOJ-0000022449

1    questions." Mrs. Williams writes back that same day on March 31st

2    at, well it's 1:07 her time, 1307. I think they are Central

3    Standard Time because it's Mississippi and she says to Jeannie my

4    deputy, Haley is CCed on this, the former N11 and myself that

5    she, "Made the requested changes as she could allow for the

6    previous changes requested." She said, "If you want me to be Navy

7    specific I can only advertise this position to Department of Navy

8    personnel. I cannot open to the requested," I don't know what AOC

9    is. I think it's all official components but I could be

10   incorrect, probably am, "as it would be an unfair practice to

11   other parties without a Navy background. So also I'd have to be

12   careful in my wording as I have to measure the experience on a

13   resume. Therefore, please work with the manager on the requested

14   changes that is not Naval specific, or let me know to change my

15   all official components." I'm not sure what the acronym of AOC is

16   there, and, "I will proceed." Ms. English, okay that's COS. Okay.

17   So Ms. English writes back that same day to our Chief of Staff,

18   Nancy Lacore, Admiral Lacore, and ccs me. Takes Ms. Eylee

19   Garcia-Morales off of the e-mail. She advises the COS or,

20   "Informs the COS that she received the guidance from Mrs.

21   Williams below the reference that changes -- that indicates the

22   changes to that announcement. Ms. Jeannie English said she

23   contacted Mrs. Williamson receive more clarification. She,

24   meaning Mrs. Williams, stated that the announcement would not

25   pass an audit in terms of adhering to prohibited personnel

DOJ-0000022450

1   practices as written if any variance of the word Navy is used.

2   For example, Naval while advertising to the current federal

3   workforce narrowing the verbiage of the announcement to Navy

4   specific experience while opening the announcement to the current

5   federal workforce gives the impression of an unfair advantage to

6   naval personnel. Unless narrowing the area of consideration to

7   only Department of the Navy she, Mrs. Williams will allow

8   maritime as it does not point to the Department of the Navy

9   specifically." I don't know who was the deciding factor on

10  putting maritime in that position, but I know that it didn't come

11  from me. I do not believe it came from Ms. Eylee Garcia-Morales

12  because she has not really a Navy background nor Ms. Jeannie

13  English. She has an Army background. So that maritime, that word

14  maritime either came from Admiral Lacore, the Executive Director

15  Ms. Beyler although she is a Marine, a retired Marine. She is a

16  sister service. The Marines are sister service at the Navy, and

17  Admiral Bob Burke. He's obviously, he's a submariner by trade and

18  he had 40 years I believe by the time he retired. So as far as

19  that maritime that had to come from either one of those three

20  individuals. So, to go on to say, "Here is the prohibited

21  personnel practice. An agency official shall not give an

22  unauthorized advantage in order to improve or injure the --

23  ensure the employment prospects of any person, and it gives the

24  code. Regarding the experience statements they need to be

25  miserable. Knowledge cannot be measured in a resume. That is why

DOJ-0000022451

1    the statements were adjusted to inform potential candidates that

2    they will be measured on their experience in those areas. I am

3    tracking down the contact information for the director of Stennis

4    to confirm the information provided by Mrs. Williams but I wanted

5    you to have essay on this latest development and seek your

6    direction." So she is asking Ms. Jeannie English is asking for

7    guidance and direction from our Chief of Staff at the time,

8    Admiral Lacore. So what I see is it says there is -- let me see

9    if this is -- okay. Admiral Lacore wrote back on the blackberry.

10   She sent -- she dated this on the 31st March as well 2021 to Ms.

11   Beyler. I was not on that e-mail. Ms. English was on that e-mail,

12   nor was Ms. Eylee Garcia-Morales on that e-mail. So she just

13   said, "Attached. Very respectfully the Chief of Staff." I don't

14   know if there was an attachment because I don't have that in

15   front of me, but apparently there was an attachment that

16   accompanied that email to Ms. Beyler from Admiral Lacore. So on

17   April 1st Ms. Beyler, the Executive Director says, "I'm sorry I'm

18   being so prickly on this, but number one it does not make sense

19   the way she wrote it meaning she, meaning Mrs. Williams. "I'm"

20   meaning the ED, "Saying that she's fine with the maritime but I

21   think the end of the sentence needs to say as we wrote it. We," I

22   don't know who the Wii is, is it her, Admiral Lacore, the ED, Ms.

23   Juliet Beyler? Is it inputs that the ED where Admiral Lacore, ED

24   Ms. Juliet Beyler or Admiral Lacore solicited from my team Ms.

25   Eylee Garcia-Morales or Ms. Jeannie English? I'm not sure who we

DOJ-0000022452

1    she's referring to but she says, "As we wrote it. She's okay with

2    numbers two and three. Number four she added a strategic

3    oversight to the end that now makes the sentence not make sense."

4    I'm not really sure where she's going with that but, "In her

5    opinion adding that strategic oversight that Mrs. Williams added

6    in she doesn't feel," Ms. Beyler, the ED, "does not feel like the

7    sentence at that point now makes any sense." Ms. Beyler says,

8    "She is not sure why they're fighting on this." I believe that

9    she says, "They're are Stennis." Mrs. Williams and her team

10   possibly but the people that who are working on this for Naval

11   Forces Europe/Africa and Sixth Fleet, their team at Stennis

12   they're fighting us, our Command Naval Forces Europe on this. She

13   goes, "Maritime makes sense. The other refusals not so much." I

14   don't know what she means and sometimes she does speak somewhat

15   vague so that's what she said. Admiral Lacore then goes to write

16   my deputy Ms. English and cc me and she goes, "Jeannie, the

17   feedback from Ms. Beyler so that we can re-attack. This was based

18   on what you," Jeannie English, "attached to this e-mail

19   yesterday." I don't know what that attachment entails, but maybe

20   it's just the list of qualifications that missing was provided

21   from Mrs. Williams. It goes on again from April 1st, this is

22   Jeannie to Admiral Lacore and to CC myself. "So the Chief of

23   Staff, the updates have been made to the announcement. The new

24   version is attached and Ms. English provided the specialized

25   experience that is listed below." She says to the Admiral, "If

DOJ-0000022453

1    you approve this version Ms. Jeannie can open tomorrow and close

2    the announcement on the 8th." Ms. Jeannie stipulates this and

3    what she added to the announcement, the verbiage that she had it.

4    It says, "Your resume," meaning any applicant, "Your resume must

5    demonstrate at least one year specialized experience at or

6    equivalent to the GS14 grade level or pay band federal service or

7    equivalent experience in the private or public sector.

8    Specialized experience must demonstrate the following:  Number

9    one, advising senior leadership in the development and

10   implementation of maritime strategic plans and policy. In

11   assessing those plans and policies to improve program

12   effectiveness. Number two, providing technical experience,

13   overseeing the planning and execution of major efforts to

14   implement new systems and/or processes. Number three, utilizing

15   experience with operations, policies, applicable laws,

16   regulations, rules, practices and procedures specific to maritime

17   operation. And number four, liaising with domestic and foreign

18   military officers and senior executive service level management

19   officials. Note, this information must be supported in your

20   resume to be considered for the position." So, Admiral Lacore

21   then writes back a little later that day around 1845 Italian time

22   to Ms. English cc me it says, "Jeannie, I" meaning Admiral

23   Lacore, "I can live with this. I" meaning Admiral Lacore, "Just

24   forwarded to the ED Ms. Beyler and recommend we go with it.

25   I'll," meaning Admiral Lacore, "I'll let you know as soon as I

DOJ-0000022454

1  hear. Thank you." So with that said Jeannie writes back to

2  Admiral Lacore later that evening as well, "Thank you ma'am. Mrs.

3  Williams will be working for the next hour because they are on a

4  different time zone. I do believe we're seven hours ahead. If I",

5  Ms. English, "gets approval by then it can open tomorrow,"

6  meaning the job announcement, "otherwise her back off," meaning

7  Mrs. Williams back off, "we'll have to action it tomorrow which

8  will make it open on Monday since they don't open announcements

9  over a weekend." When they say "they" it is OCHR, Office of

10  Civilian Human Resources, Stennis. "She" Mrs. Williams, "is

11  standing by. Thought and ready to submit as soon as we" meaning

12  we're going to get our direction from the ED ultimately but the

13  ED says to Admiral Lacore, "Hey Nancy, tell your team" meaning

14  Nina Nicasio, Jeannie English, and Eylee Garcia, "That she gave

15  the thumbs up" meeting Ms. Beyler, "gave the thumbs up and

16  approval to go ahead and submit the job announcement." So Mrs.

17  Williams is just waiting for us to take action, you know, to get

18  all of this copacetic with the chain of command, our senior

19  leadership. So with that said Admiral Lacore writes back two

20  minutes later and says, "Thanks Jeannie. Sorry to keep you

21  hanging like this." Okay I want to make sure, this is the next

22  hour. And then the next one I have is Admiral Lacore is that

23  7:51, yeah, 7:51 because the last one was Admiral recorded

24  Jeannie at 7:12. So it's 7:51 Admiral Lacore writes an e-mail to

25  Ms. Jeannie English, and cc me on their and says, "Thumbs up." So

DOJ-0000022455

1    thumbs up and as I decipher this is that, "Hey, the ED, Ms.

2    Beyler hold Admiral Lacore that we're good to go. She's happy

3    with the changes. Go forth and tell your folks to, meaning you're

4    N1 team to go ahead and make contact with Mrs. Williams and her

5    Office of Civilian Human Resources Department because we want to

6    go ahead and move out on the advertisement. So please confirm the

7    opening and closing dates when you" something "them." Maybe she

8    said when you get them or when you know them, or when you are

9    aware of them. She left a word out. "It doesn't have to be

10   today." So Jeannie writes back the next day and to Admiral Lacore

11   and cc myself, "Ma'am, the opening closing date of this

12   announcement will be, it says the open date is 5 April and the

13   close date is 12th of April." And her last e-mail to the COS is

14   four minutes later after she had just sent that e-mail she said,

15   Ms. English sent to Admiral core CCed me and said, "Chief of

16   Staff" which is Admiral Lacore, "Also wanted to share the direct

17   link to the announcement. It will be inactive to apply until the

18   5th of April Eastern Standard Time." The COS then responds about

19   an hour later, been our in two minutes later and says, "Thanks

20   Jeannie. Let's hope that the desires," I think she met desired,

21   she says, "desires candidate makes the cert." So who the desired

22   candidate is she obviously doesn't state that but from all of the

23   conversations and the meetings in the sidebars and the talks that

24   myself and Ms. English had and Ms. Eylee Garcia-Morales had with

25   Admiral Lacore that desired candidate was Joseph Naman for the

DOJ-0000022456

62

1    director of the Commanders Actions Group position. Ma'am, are you

2    there?

3        Q:  Yes, I was just making sure you were done. I'm giving

4    you plenty of time.

5        A:  Oh, I am done. I'm sorry.

6        Q:  Okay.

7        A:  I wanted to make sure. I'm sorry I'm being very

8    thorough but I am really trying to recall --

9        Q:  No worries.

10       A:  -- all of this and just looking through all of this

11   these e-mails is pretty robust. So I want to make sure that I'm

12   representing what I think the tone of the e-mail was or implied.

13       Q:  Now that you reviewed that e-mail tell us about the

14   changes to the duty position, to the duty description.

15       A:  So I don't have the initial -- what the initial

16   advertisement was in front of me. Like I said I don't -- I will

17   tell you right now I might have been on the e-mails but I'm not

18   the one who worked on that but I can also tell you the COS, the

19   Chief of Staff, Admiral Lacore didn't -- she was a reservist.

20   There's no ill will or disparaging comments I have to think about

21   a reservist, but this definitely was not her background she was

22   doing what she was told by the Executive Director Ms. Julia

23   Beyler. As far as me this is definitely not my background and

24   when I say "this", human resources for civilians is not my

25   background. I am a human resources officer but I'm strictly for

DOJ-0000022457

1    military let's just say military purposes and anything that would

2    pertain to military service. So I will tell you I don't know what

3    the initial advertisement look like, and what it read. I couldn't

4    recall if I did as far as changes these are changes that

5    obviously the Executive Director Ms. Beyler wanted to have

6    written in and encompass in the advertisement because Mrs.

7    Williams from OCHR Stennis, her recommendations so it wouldn't

8    look like there was preferential treatment or we were

9    marginalizing one set of group of people who had a different

10   background and it wasn't strictly for Navy or the Naval service.

11   So I don't know what the initial advertisement read and I did not

12   have any input on the rewrite of the advertisement and quite

13   honestly I don't think they would want me to because I wouldn't

14   know what I was writing or how to weigh it out because as Ms.

15   English said it has to be -- it can't just be written on your

16   resume. There has to be basically a percentage of like what those

17   factors are like the Douglas Factors like what percentage of what

18   that is involved in the job would meet the criteria in order to

19   be qualified for the position. So Admiral Lacore and even though

20   I read in a previous e-mail that she per Lieutenant Commander

21   younger who was the executive agent or flag assistant to the

22   Executive Director Ms. Beyler although she said the COS needs to

23   rewrite the advertisement or the job description, I would have to

24   look back at that. I think it's -- oh she has to rewrite the job

25   announcement, the Chief of Staff did not do that. Admiral Lacore

DOJ-0000022458

1   had no clue how to do that so she would send it to me and I would

2   say, "Okay, Jeannie and Eylee this is what you all need to work

3   on because this is basically -- this is what they do. I handled

4   mainly military but I do manage for both, military and civilian.

5   I just know I am not the subject matter expert, nor is Ms. Beyler

6   for that matter of fact. There's a lot of back and forth between

7   her, and Ms. English, and Md. Eylee Garcia-Morales on things that

8   she used to want to be done and should they had to advise her,

9   "Ma'am, per OCHR for OPM we are not able to do that." Or, "You

10  cannot write it that way." Or you cannot -- whatever it was that

11  she wanted a lot of time she would have to be counseled or guided

12  on how things needed to be done because I don't think she truly

13  understood the process she is a tier 3 SES she was being OPNAV

14  N1. She had a group of people probably up to 50 to 60 people that

15  just worked for her so when she said something it was done. So I

16  don't think there was a lot of pushback or come back to say,

17  "Hey, you're wrong. You don't know what you're doing. But that's

18  not how the operations work." And she does not have a human

19  resources background herself at all. So now she's -- my N11 shop

20  is postured to have six people. We have one person and that one

21  person now is Lisa Alcivar. So a lot of times Jeannie English my

22  deputy because she's coming with a whole repertoire of HR

23  background she would have to get involved and assist and try to

24  assist Ms. Beyler on guiding her in the right way on what can be

25  said or what can be done, or, "You can't do things this way,

DOJ-0000022459

1    ma'am. It goes against laws, employment laws." So I will tell you

2    even though it was referenced that the COS has to rewrite the job

3    announcement the COS did not write anything. She gave it to me to

4    give to Jeannie Eylee, or even Lisa. I don't know who I gave it

5    to or how it came down. I'm not even sure I recall, but anything

6    that COM, Admiral Burke wanted the ED to do, Juliet Beyler she

7    would then push it down to Admiral Lacore who obviously did not

8    have, that was not her background either. She's an aviator so she

9    has no knowledge of human resources, to push to me while I really

10   concentrate on military HR I would push it to my deputy who has

11   out of all of them, out of Eylee Garcia-Morales, and Lisa Alcivar

12   she has more knowledge in that field so she would be the one to

13   make any changes. She could tell you what was probably the

14   initial advertisement to what became the advertisement, to what

15   verbiage was changed, what was added, what was deleted and she

16   was the one that had, obviously as you see she was the one that

17   had the coms with Mrs. Williams. So she was the person that had

18   this tasking for action.

19        Q:  Regarding the certificate what's the difference

20   between a 90 day pause and a re-announce or is there a

21   difference?

22        A:  I don't recall if there is a difference. I don't think

23   it's a pause itself. I think we have to pause because we can't

24   provide a justification and therefore after 90 days then we can

25   re-announce. So I probably conflate the two but it was 90 days

DOJ-0000022460

1    because no one meaning Admiral Black, I'm sorry I work for

2    Admiral Black. Admiral Burke or Executive Director Juliet Beyler

3    could specify why none of the 40 people who made the certificate

4    were not qualified when they were. They made the certificate. So

5    I don't think it was necessarily a pause that was the warning I

6    used, but we had to wait for 90 days to re-advertise. So

7    obviously we did take a pause because we didn't do anything with

8    those 40 people, but we had to wait 90 days so we could

9    re-advertise.

10        Q:  Was this a normal process for NAVEUR/NAVAF?

11        A:  Not to my knowledge. And no. It has -- I can tell you

12   right now it's not ever been this way ever since before this or

13   after this. No.

14        Q:  Tell us the difference between a hiring manager and an

15   approving official.

16        A:  So I know the hiring manager is part of the hiring

17   panel and for instance in this regard Mr. Naman's position that

18   he was applying to before he got selected the hiring manager who

19   was basically let's say a president of the board, right? They're

20   the person that's going to make the final decision. She was the

21   one that led to Ms. Beyler. She led the hiring panel. Everyone

22   was given an opportunity to ask their questions and I will tell

23   you the only hiring panel that I sat on there were numbered

24   questions. It was the same question for every person that I

25   interviewed. So I took questions three and four, but I did that

DOJ-0000022461

1    for the three candidates that we selected off of that

2    certification. So every question is the same for every interview.

3    So let's just say the hiring manager is Ms. Beyler in this case

4    and the other two people Mr. Stainbrook being one of them and the

5    other individual I am not sure who was, she is the person that

6    makes the decision and says, this is the person I want to hire

7    for the position. You said approving official I don't know. I

8    don't know.

9        Q:  Okay. Is it typical for Ms. Beyler to sit on these

10   types of panels?

11       A:  I have never seen her sit on any other panel before my

12   time here because she was here probably about three or four

13   months prior to me getting here. I never heard that she had so I

14   believe that when that happened it was mainly because nobody in

15   my directorate Ms. English, Ms. Eylee Garcia-Morales or Ms. Lisa

16   Alcivar, Lisa Alcivar at the time was a GS12. So she was

17   typically she's too junior because this is for a GS15 position.

18   Ms. Eylee Garcia-Morales she was a GS13 but due to the position

19   her position of authority she could have qualified to sit on that

20   hiring panel, but I don't know why the decision was made as to

21   who was sitting on that panel but Mr. Stainbrook was a GS15. The

22   other individual, I'm not sure who that was they had to be a GS15

23   or an O6, or possibly one of the Admirals, and then Ms. Beyler

24   obviously is an SES tier 3. So I've never heard of her sitting a

25   panel. She's not typically ever on a panel. I've never heard of

DOJ-0000022462

1    her like I said since before or even during my time here. She's

2    never set any other hiring panels. Why she set that panel we can

3    all speculate. I have my druthers as to why I think, but I can't

4    prove anything but it seems pretty odd that a tier 3 SES who has

5    a lot more important things to do but sit on the panel for

6    something that her boss Admiral Burke has directed her to stand

7    up meaning this position. He wanted this position. She was the

8    one that needed to execute it, and by the way when he was the

9    Vice Chief of Naval Operations Ms. Beyler work for him. So she

10   came out here to Naples because he wanted her to be here. There

11   was no position on staff for an executive director. The only

12   positions that -- I'm sorry, only commands that have the

13   executive director position are United States Fleet Forces

14   Command as well as Commander Pacific, so PACFLEET, Commander

15   Pacific Fleet, they have an executive director.

16   NAVEUR/NAFAF/Sixth Fleet at the time before her arrival there was

17   no such position. When he was, and this is from her to me because

18   she had told me the story how she got here, this was part of my

19   in brief with her, they were at a party. I don't know who's party

20   it was, but he had mentioned to her that he was not confirmed yet

21   but he was -- his name was provided to be the Commander of Naval

22   Forces Europe/Africa and Joint Force Staff, or Joint Force

23   Command NATO and he was looking for someone of her caliber to

24   basically join him out here and although they did not have a

25   position created for her at the time he would make sure that that

DOJ-0000022463

69

1   would happen. She said she went home and talk to her husband

2   about it and probably within a week she made the decision to come

3   out here. So, I don't know why Ms. Beyler was on that hiring

4   panel, but I can only speculate why she was. So, that's my

5   answer.

6        Q:  Tell us about the selection panel interview for the

7   April 2021 candidates.

8        A:  Okay. Can you repeat that again?

9        Q:  Tell us about the selection panel interview for the

10  April 2021 candidates.

11       A:  Mrs. Raines, I do not have that information and I was

12  not part of that process.

13       Q:  For the April --

14       A:  So I don't know how that.

15       Q:  Okay. So for the April 2021 certificate we understand

16  Admiral Burke was part of the second interview of top can for the

17  CAG position. Can you tell us more about that?

18       A:  I don't have any additional information other than

19  what I read to you earlier throughout the e-mails that he had

20  narrowed the list down to three candidates, and those candidates

21  were presented to the -- Admiral Burke and he did not like any of

22  them. So that was the -- I think that was the first iteration of

23  the announcement as far as the second and how that all played out

24  I was not part of that so I don't know. I don't have any

25  information on that.

DOJ-0000022464

1    Q:  Walk us through the process after a candidate

2    selection is made.

3    A:  Well I believe that they're obviously notified and

4    they're notified to say that, "Hey, you made the certification."

5    Other than that I don't know the entire process, but I do know

6    that they are notified that they qualify, they made the

7    certification. As far as I believe HRO, Rota, Human Resource

8    Office Rota, they are our HRO that service us here in this AOR in

9    Naval Forces Europe, and Africa, and Sixth Fleet. They provide us

10   the list. Usually Ms., now, Lisa Alcivar, and Jeannie English get

11   the list. They go through it, they come through it. They will --

12   at the time they would brief Admiral Lacore let her know -- let

13   her know that, "Hey, this is the list. These are the people that

14   qualified." Sometimes for example there are 40 people that made

15   the list, well they don't want and when I say they leadership at

16   the time doesn't want 40 people to be interviewed. That's going

17   to take too much time too many man hours. So leadership has

18   directed that we normally whittle it down to three to five

19   candidates, who's the most qualified, who's the best qualified,

20   and then the hiring panel process will start. Ms. Lisa Alcivar

21   her job at the time and now is still the same because she's the

22   only employee in our human resources department but she would

23   pick up the phone let's say to the director. So in this case it

24   was Ms. Beyler. "Hey Ms. Beyler. How are you? Jeannie and myself

25   we narrow down the list because there were 40 employees or 40

DOJ-0000022465

1  candidates. We narrowed it down to three candidates. They're

2  highly qualified." Maybe shall give a little bit of detail about

3  each and some of them may be local hires, some of them may have

4  been here at one time or another and served in uniform and/or as

5  a civilian, or they're coming from D.C. and they've done this job

6  forever so they have a specialized skill set that is needed. Ms.,

7  at the time Admiral Lacore would say, "Well, wait one. Let me go

8  and brief Ms. Beyler." Ms. Beyler would say, "Okay. I trust what

9  they're, what N11 the human resource department is going to do."

10  So then Lisa Alcivar would then call up let's say it's N6. And

11  six does -- they're like cyber security. They do all the computer

12  network, things like that. So they would call up that

13  directorate, Captain Martin in this situation. "Hey, Captain

14  Martin we have three people. We had a total of 40 people that

15  made the cert but we had to really narrow it down and who was the

16  most qualified. Of these three people who would you like to have

17  on the hiring panel?" And he would probably mention who he wants

18  and if they don't qualify, meaning if they are, since this is a

19  GS15 position they need to be a Captain or a GS15 themselves.

20  Sure, could an Admiral sit one of these panels? Yes. Like I said

21  I don't know why Ms. Beyler would've done that, but let's just

22  say an Admiral sits. They have one of the panels. They have more

23  things to do. So she would, Ms. Lisa Alcivar would say, "Okay. So

24  Captain Martin you want to have Billy Bob who is a GS15 and

25  Captain Smuckatelly who's an O6, great. Are you going to be the

DOJ-0000022466

1    hiring manager because this is your directorate?" He could say

2    yes or he can say, "You know what, let me ask Nina Nicasio

3    because she's an O6 as well." And I don't want to have any

4    dealings with this because I don't want anybody to say that I

5    picked my preference because either they know where they don't

6    know who the people are but let's say they do know the person.

7    They don't want to be tied with that so they would probably ask

8    one of their counterparts who's an inco directorate, "Hey, Nina,

9    could you sit on the hiring panel for me because I don't -- you

10   know I don't feel comfortable." "Roger that." So you have three

11   people in the hiring panel and that's how the process starts. And

12   like I said list of questions are the same for every applicant

13   and you are usually like, "Okay. Nina, you're taken two and

14   three." "Roger that." Your -- whoever the hiring manager is,

15   whoever the hiring panel person themselves is they're the ones

16   that are going to tell you which -- they're going to ask you

17   which questions do you feel you want to ask, but if you start to

18   kind of deviate from those questions they will bring you back in

19   like, "Uh, huh [negative response]. We're not supposed to go down

20   that lane because that's kind of off the topic and you're getting

21   the questions that it's unfair to other people because they

22   weren't able to continue forward moving with more information to

23   provide. So stay on task. Stay on the question." So that's that

24   process.

25           Q:   Roughly how many hiring actions do you see a year?

DOJ-0000022467

73

1      A:  I wouldn't know off the top of my head. I would say

2   100 plus. I don't know. I don't have that number.

3      Q:  After a hiring manager makes a recommendation say for

4   example the Commander's Action Group does Admiral Burke need to

5   be the final endorser for the approval? Who is the final

6   endorser?

7      A:  For that detail I think the final endorser was the

8   executive director Ms. Beyler. She probably said, "Hey, Joseph

9   Naman did the interview, did really well. Myself and the panel

10  agreed that he was the most qualified. Boss, if you want we can

11  go forward and I can work with N11, the HR department and we can

12  move out on this so that we can make final offer to him." So she

13  would have been in the situation.

14     Q:  Regarding hiring actions for the command group for

15  NAVEUR/NAVAF, the command group how many actions do you think per

16  year?

17     A:  I don't see any because they wouldn't come to me but I

18  would say possibly Lisa Alcivar and Jeannie English see 100 plus

19  if I'm guessing. Not having that information.

20     Q:  That's directly for the command group, not for NAVEUR?

21     A:  When you say "command group", are we talking about

22  Joint Forces command over at NATO because as you know Admiral

23  Burke was dual hatted. He's Naval Forces Africa and Europe and is

24  also Joint Forces Command for the NATO element, for all of the

25  European and Sixth Fleet, some parts of Sixth Fleet AOR, area of

DOJ-0000022468

1    responsibility. So when you say the command group are you talking

2    about his team over there or are you talking about the team here?

3        Q:  His team over there. Say the front office. Maybe I

4    should call them the front office.

5        A:  I have -- yes. I have no dealings with them. We do not

6    deal with each other on really any level at all. So I wouldn't

7    know what they did. They have a totally separate mission and they

8    have their own N1 department, they have their own manpower

9    people, they have their own HR department. We do not blur the

10   lines when it comes to the Joint Forces because there NATO. We

11   are not NATO. They have different governing doctrines then we do.

12   So we cannot play with them at all. We're only under the umbrella

13   of that Commander over there because he is also dual hatted with

14   Naval Forces Europe and Africa. The Sixth Fleet Commander is

15   Admiral Black. So even those lines don't blur. So if I have

16   anything to deal with the Commander it's because of the programs

17   that I manage, but in terms of working with his staff over at the

18   Joint Forces Command I have no interaction whatsoever.

19       Q:  Explain the recruitment incentive at Naval Forces

20   Europe Africa.

21       A:  From my knowledge I believe, and I saw some e-mails on

22   this. I wish I would have read up on it and printed it out, but I

23   believe Mr. Naman had asked for an incentive for recruitment. I

24   believe there's only two things that you can ask for either like

25   an incentive pay, something like that or incentive, because

DOJ-0000022469

1    you're being recruited and there's something else. And I honestly

2    don't remember but I will look through my e-mails because I saw

3    that he had asked for something of that nature but it was -- I

4    was CCed on the e-mail and I don't recall what it was, but I

5    think it was one of the other and he only got one but I don't

6    know which one it was. I do remember during that time when we

7    were having this discussion, when I say we, myself, Lisa Alcivar,

8    and Eylee Garcia, as well as Jeannie English. Mr. Naman had asked

9    for something, an incentive for his recruitment, and Fleet Forces

10   who is our BSO, again I'd have to look up what BSO is, but anyway

11   we have to get approval from, I'll look it up. We have to ask for

12   approval from our BSO because they're the ones who own all of our

13   money. We had to get approval, and when Ms. Beyler was moving

14   over from D.C. to this job she had also asked for one of these

15   incentive pay and I guess she wanted to move her catamaran over

16   here and our BSO which is Fleet Forces said no. So she didn't get

17   it approved, but he had asked for one of the other and what I was

18   told by Ms. Eylee Garcia-Morales is that the majority of the

19   people when they're coming over to these positions they're not

20   aware of their even being such a program like this. So it's a

21   budget submitting office which is the BSO and that's Fleet

22   Forces. Well anyways people aren't aware of this so they don't

23   know about it and even what to ask for, and I remember Eylee

24   Garcia-Morales commented that she thought that was odd that the

25   majority of the people that come here for a position never ask

DOJ-0000022470

1    for any of these incentives but he knew exactly what to ask for.

2    And so I will definitely look for that e-mail because I do

3    remember reading something like that a little earlier today about

4    him asking for that.

5        MS. RAINES:  Mr. Febbo, do you have any follow-ups

6    questions at this time?

7        BY MR. FEBBO:

8        Q:  Captain Nicasio, you're mentioning about the Executive

9    Director serving as the hiring manager. Was there other --

10       A:  Yeah.

11       Q:  Was there other hiring actions that developed -- that

12   involve direct reports to Admiral Burke in that command group,

13   when he was there?

14       A:  No, not to my knowledge. No. I'm trying to think of

15   what his office entails. Right now obviously it entails a GS15,

16   the Commander's Action Group. He has a position that's not filled

17   right now. It was a Commander who was selected as a Captain who

18   was the deputy to the Commander's Action Group. He has -- his

19   name is Captain Mark, M-A-R-K, Lawrence, L-A-W-R-E-N-C-E. He is,

20   I think he's a his position says flag writer, but I don't think

21   that they write that on his FITREP because he is going for major

22   command and they want to make sure that it kind of waters down

23   what he's doing. So they probably give him another title when

24   they write his FITREP, but he is detailed as the flag writer.

25   There is a flag sec, his name is Commander Corey, C-O-R-E-Y,

1    Sylve, S-Y-L-V-E. He is the flag sec, and I'm trying to think if

2    there is, oh and I'm sorry. There's also a protocol officer that

3    works for him, and his name is Commander Michael, M-I-C-H-A-E-L,

4    Genta, G-E-N-T-A. Admiral Burke at the time also had a flag

5    assistant, or a flag aide. Her name was Lieutenant Commander

6    Michelle, M-I-C-H-E-L-L-E, Calarasu, C-A-L-A-R-A-S-U I believe.

7    So the only civilian in that position is Mr. Joseph Naman. The

8    rest are all military members.

9         Q:  Now you mentioned about Ms. Beyler not serving as the

10   hiring manager on other panels, was that -- would she have done

11   that for other sections within the command or like why is that

12   unusual?

13        A:  I think it's unusual because of her position within

14   the command and also her, you know it's not a rank, but let's

15   just say the tier 3 that's equivalent military wise as a three

16   star Admiral. So Admiral Black who is a three star he's Sixth

17   Fleet. He would not serve on a hiring panel. I mean I'm telling

18   you that wouldn't be his position and there would be no need for

19   it. You're a pretty top-heavy senior leadership command. You have

20   30 Navy Captain. You have a plethora of GS15's and 14's as a

21   matter of fact. You have some positions on staff that are

22   developmental. So they're hired in as a 14 but they can move up

23   as a 15. So why would you want a tier 3 SES to be on any hiring

24   panel? I would think that they would have more important things

25   to do and it would just seem a little odd that that would be the

DOJ-0000022472

78

1    case. So I have not heard her being on any other panel and there

2    would really would be no need for it just because of her

3    position.

4        Q:  So that hiring manager would be normally someone of

5    equivalent rank to the position like a Captain O6 or GS15 is that

6    what you're saying?

7        A:  Yes. Yes. Uh, huh [affirmative response]

8        Q:  That's all I have, thank you.

9        A:  Okay.

10       BY MS. RAINES:

11       Q:  Captain Nicasio, who is Denise Canedo?

12       A:  Denise Canedo, I don't know. How do you spell that

13   last name?

14       A:  C-A-N-E-D-O.

15       A:  No, I don't know who that is. I know Kenepa but not a

16   Canedo, and her name is Beth by the way so not same name.

17       Q:  Regarding Next Jump --

18       A:  UH, huh [affirmative response].

19       Q:  -- tell us what you know about the company Next Jump.

20       A:  Okay. So I will preference it as this. I was not

21   involved in any of this because I felt -- it felt very slimy. So

22   I excused myself on this as well but I will tell you what I know

23   about Next Jump.

24       Q:  And before you --

25       A:  Prior to this command --

DOJ-0000022473

1       Q:  Before you tell us.

2       A:  I'm sorry.

3       Q:  -- what you mean by "slimy" before you go into your

4    story?

5       A:  It seemed very -- it seemed like a contract that was

6    pushed through with the direction given to my team, my

7    professional development team. Her name is Amanda Krause and

8    Jeannie English who's my deputy. The contract, and I don't know

9    what the contract was. Maybe it was like $350,000.00, I don't

10   know what it was, what the amount was, but the direction that

11   came from the Executive Director to Admiral Lacore was to tell my

12   team the professional development team that Admiral Burke wants

13   Next Jump to come and provide training throughout the AOR and he

14   needs it now because Next Jump, the founder I think his name is

15   Charlie, I don't know his last name and there's Megan I don't

16   know her last Naman I will tell you my experience with Next Jump

17   because it was from my former command, but Charlie and Megan only

18   had a certain timeframe that they could come out and provide

19   training along with their team members from Next Jump. So we

20   needed to make it happen. And I said, "I'm not doing any of this.

21   This is not right." Anytime we have a contract we scheduled those

22   things. There's time -- it takes time to get a statement of work

23   and to be able to even schedule a contract and it has to be the

24   whole contract along with the statement of work, all of that

25   information has to be put forth through the Office of General

DOJ-0000022474

1    Counsel so that they can make sure that everything is copacetic,

2    it's legal to do and then Comptroller has to get involved to even

3    support this because the funding needs to be coming out of

4    Comptroller itself. So, how this was pushed so quick down to

5    professional development I made it very clear to Ms. English and

6    I made it very clear to Amanda Krause, I said, "Let me tell you

7    something. I know that you don't want to say no, and I'm not

8    saying that you're doing anything wrong because they're giving

9    you direction but you need to put everything as a memorandum for

10   record and everything that let's say is said to you by senior

11   leadership." I didn't specify who, "But everything that is said

12   to you by senior leadership you need to then go in the e-mail and

13   say, "Ma'am, per your -- per our discussion." or, "Ma'am, per

14   your guidance to me regarding Admiral Burke wanting the Next Jump

15   contract." "Whatever needed to be said you need to make sure that

16   that is written because what is being told to you is not going to

17   be written and if anything were to come back it's going to be

18   your ass and not theirs, and they will throw you under the bus

19   any day of the week." Because I had seen some things that were

20   happening N1 of them being this higher with Mr. Naman. I think

21   that was the wrong thing to do, but who am I? You know? I think

22   everybody saw it and for what it was worth so here we are today

23   even talking about it so obviously somebody had an issue with it,

24   but this -- I'm on the phone. This Next Jump contract posed an

25   issue to me and I just thought it was the wrong thing to do, I

DOJ-0000022475

1    thought it was, "Why are we trying to push you down the throats

2    of the professional development teams to make it happen within

3    the next two?" Like I didn't understand that at all. It made no

4    sense to me. The only excuse I was told was that, "This is when

5    Charlie and Megan from Next Jump can come out the 13th and

6    provide training, and to make it happen." And I will -- the

7    reason I knew of this this is why I felt some way about it I was

8    at Naval Special Warfare Command prior to coming here two years

9    ago. So I was there two years ago. So I was there for three

10   years. I was the N1 deputy, I worked with the Navy SEALs. The

11   VCNO, the Vice Chief of Naval Operations at the time was Admiral

12   Bob Burke. Guess what? Admiral Bob Burke hired the Next Jump and

13   Next Jump had training in New York City. I was identified by my

14   command to participate in the training and I will tell you if I

15   was civilian working in New York City where I worked for five

16   years before he joined the Navy that would be a great company to

17   work for. I think it was amazing. They had food there, they had

18   yoga, they had all these different retreats that you can do. They

19   supported your education. Had child care, all of those things.

20   But when you're in the military and you're also working for Naval

21   Special Warfare Command you don't have time to talk about your

22   feelings. You have a gun in your hand and you're trying to shoot

23   the enemy. So I was there as a human resource officer. Obviously

24   I'm not an operator, but I'm there with about six other

25   individuals from Naval Special Warfare Command and they were all

DOJ-0000022476

1   special Warfare Operators. They were Seals. They were pissed off

2   because they were like, "Excuse me, Charlie and Megan." Because

3   they were up in the front teaching a lot of these courses and

4   they had different people that were part of the structure meaning

5   of, when I say they, Charlie and Megan had different team members

6   that would come up and teach different topics, but there were

7   times a Charlie and Megan would get up and Charlie was very

8   emotional he cried several times which is very strange to people

9   in the military and there were some civilians there, but very,

10  very strange talking about his experiences and some of my SEALs

11  took issue with him because he did not understand what it was

12  like to ever serve in the military. He had been a civilian all of

13  his life and being a civilian in New York City is very different

14  than being a civilian in the federal service. So his way of

15  thought was very different than anything specific to the military

16  especially the Navy SEALs. We even say in the Navy that the Navy

17  SEALs aren't even part of the Navy. They're not. They operate

18  totally different. They do whatever they feel like they need to

19  do to get the mission done, and they're really budgeted. I will

20  say. We have a lot of constraints on this side of the Navy go to

21  Navy Special Warfare they get anything we want because they're

22  going forward to defend our nation. So, with that said a lot of

23  the Navy SEALs push back. They wrote pretty adverse exit

24  interviews on Charlie and Megan, and they didn't -- they didn't

25  feel like this was an effective program. So Next Jump also after

DOJ-0000022477

1    this training it was put out by the Vice Chief of Naval

2    Operations, Bob Burke and his team that Next Jump was, had this

3    app that you would have on your phone it was called DDO witches

4    develop -- deliberately developmental organization. And what that

5    meant was let's just say Jessica we work together. The building I

6    currently serve in we're not allowed to have our cell phones in

7    because it's SCIF. It's a secret building. But when I was at

8    Naval Special Warfare it was a SCIF as well but for some reason

9    the Vice Chief of Naval Operations Admiral Burke his office was

10   not SCIFed. It was not secret but if you downloaded this app

11   because as part of the contract that Admiral Burke he wanted to

12   have, and this is part of Next Jump, I guess it was like two or

13   three phases that were being rolled out but this is like let's

14   just say this app now is part of the phase 2 of the contract. Now

15   you did -- your people did the training, now they're going to

16   come back and they're going to provide training to the entire

17   command which I did and then they're going to roll out this app

18   that you put on your cell phone. It's called deliberately

19   developmental organization. Now what you do is Jessica me and you

20   are in a building and it's not secret, and any time you have an

21   issue or you just want to give me feedback, or whatever you can

22   get on the phone and upload your comments about me. It could be

23   adverse. It could be a positive. It could be a compliment, but

24   Next Jump really thought that this was a good program. He kind of

25   -- when I say he Charlie kind of built himself on this model

DOJ-0000022478

1    because this feedback was instantaneous, it was real time, and it

2    was supposed to make you either look at yourself a little

3    differently and say, "You know what?" And by the way the comments

4    were anonymous unless you really want to put your name on there

5    which nobody did. But let's just say Jessica says that I

6    overreact. "Let me take a good hard look at myself and let me

7    change my posture as I go forward in my day and really start to

8    look at myself as the employee I want to be." Well, I can tell

9    you right now this didn't work for Naval Special Warfare, one

10   because they're Navy SEALs and they said, "Hell no." Two, it was

11   a SCIFed environment so for eight hours a day you're working and

12   it's secret. You're not going to go outside to check your e-mail

13   to write a comment, and three the majority of the people other

14   than the operators that were they are at the headquarters were

15   civilians. So then we would have to pay them overtime, right? To

16   utilize this out because they're working off the clock. Can't do

17   that. So I will tell you there was like maybe two comments for

18   all Special Warfare. Now for the Vice Chief of Naval Operations

19   Office, and there were other commands that were part of this

20   little app rollout, the DDO, but his, Admiral Burke his office

21   was part of this you can look in, like I could look in to see

22   Jessica your command, and I could see all the comments for your

23   command. You can look in my -- Mike you can look and see all the

24   comments from my command. So everybody had full access if you

25   were part of the program -- as a program manager rolling this

DOJ-0000022479

85

1     program out. But there were a lot of comments and Admiral Black,

2     or sorry Burke felt that this was a very good program and that he

3     wanted to move forward with Next Jump but what my Admiral at

4     Special Warfare Command said, "They want too much money." They

5     wanted like 30 some million dollars. "They want too much money

6     and this is not a program that the Navy should be investing it's

7     time or energy in because this does not work for military. We

8     don't have time to talk about our feelings and how we should

9     adjust ourselves. We have enough feedback, and surveys, and focus

10    groups and things like that. We don't need an app to tell us how

11    to do our job." So, all I know is that Next Jump, died on the

12    vine, then Next Jump wanted to come out to WARCOM two years ago

13    to kind of pitch their operations on why they felt the Navy

14    should continue their contract because this is the benefits that

15    will come from having this in your organization. And at the time

16    my Admiral, Admiral Colin, C-O-L-I-N, Green, G-R-E-E-N, said,

17    "Not no but hell no. We're not doing it." And his recommendation

18    was, "We're done. We're done with this Next Jump. You guys need

19    to go back to New York or wherever you've got it go and do that

20    stuff somewhere else because it's not going to work. We're Navy

21    SEALs. That's just not our mission." So, with that said as time

22    goes by now I'm here in the seat and I'm being told that Admiral

23    Burke wants Next Jump and Charlie and Megan and their team to

24    come out and provide training throughout the AOR, the area of

25    responsibility, I think some of them went to Rota. I think some

DOJ-0000022480

86

1    of them went -- some of them went to Sig, or maybe they didn't

2    like, you know maybe the team came out and went to Rota, and then

3    they ended up flying -- the team meeting Next Jump team and then

4    they flew to Sigonella to provide training, I don't know. But I

5    just remember my experiences because I was the program manager

6    for Naval Special Warfare Command at the time for Next Jump and I

7    thought that it was pretty slimy. I didn't think it was a good

8    model for the Navy, and I had to provide my like my feedback to

9    Admiral Green as to why I thought that this would never work for

10   the Navy especially for the Navy SEALs, and that was that. And

11   from what I remember Next Jump didn't go forward. Like it was a

12   done deal. They didn't renew the contract, and I think that

13   would've been like phase three. I don't know what phase three

14   would have been. I think it was more like some of the

15   recommendations from the different program managers who were

16   doing this within their -- doing a deliberately developmental

17   organization app within their commands. Made the recommendation

18   of like, "Some people work in secret spaces. They cannot be on

19   the phone all day so you need to develop a link on the computer

20   so that they can go in and just say whatever they wanted to say."

21   But they also noted that this caused a lot of adversity in the

22   workforce because people were saying, you could tell it was very

23   immature, you could tell some people who made their comments they

24   had a bone to pick. You know we work with junior personnel to.

25   Some people are 18, 19 years old and you have somebody put in

DOJ-0000022481

1    their comments saying about their boss. And so that undermines

2    the supervisors. Their authority. It starts to cause adversity

3    and animosity in, you know just within the work structures and

4    some people are looking at others like, "They wrote that about

5    me. Did they? I don't know." And so a lot of people the feedback

6    was like, "This is going to work for our structure or the

7    military at all, not just the Navy, just period. So I know that

8    that was the goal of Megan and Charlie to get a contract with the

9    military so that they can push this program. So as years go by

10   now I'm here I get wind that Admiral Burke wants at Next Jump and

11   I said to Jeannie English and Amanda Krause who, "Why is he doing

12   that? That makes no sense. I mean we already did," I explain to

13   them what the whole program was what my role was in it. I said,

14   "We already know that it didn't work so why is he now trying to

15   push for this?" When I said that Mr. Johansmeier Ray, R-A-Y, and

16   I'm want to spell his name correctly, J-O-H-A-N-S-M-E-I-E-R, or

17   E-I-R, he's our Office of General Counsel. He had told me he had

18   heard that Admiral Burke was going to get a job with Next Jump

19   after he retired. And from that point I said, "I want no part of

20   this. This feels very slimy. You were the VCNO. This was a

21   program that you wanted. You I guess I don't know if he designed

22   it but you sought out the company that was able to provide you a

23   program such as this. You went forward with it. You rolled this

24   out. It was a pilot program for various commands throughout the

25   Navy. It didn't work. You got a lot of adequate feedback saying

DOJ-0000022482

88

1    this is not going to work and these are the reasons why. So now

2    you're trying to get a contract for Next Jump to come out to your

3    area of responsibility to provide training. Why?" I don't get it.

4    It made no sense. So it was more like, "Hey, this is what the COM

5    wants. Get it done." And I didn't want any part of that and I

6    will tell you our Chief of Staff at the time Admiral Lacore said,

7    "Listen. I don't know much about Next Jump. I don't really know

8    what it's about but this is what the boss wants." So we need to

9    try to cost out a contract, we need to work with the Comptroller.

10   We need to work with Office of General Counsel. We need to

11   provide a statement of work and Ms. Krause is responsible for

12   that. So I told her, and I told Ms. English who was trying to

13   help her I said, "You need to be very clear what you do and

14   anything you do you need to put a memorandum for the record

15   because if this comes back it's your ass and they will do that

16   and throw you under the bus. And so you know nothing about this

17   program." I just have a little bit of experience with it and I

18   didn't like it in the first place, but it just seems kind of odd

19   that here he was the Vice Chief of Naval Operations now he's the

20   Commander of Naval Forces Europe/Africa and Joint Forces Command

21   and he is within a small window of time frame he wants this

22   contract to hurry up and be approved and he wants team from Next

23   Jump to be out here in the AOR within a week. It didn't make much

24   sense to me. So that's what I know and that's why it felt pretty

25   slimy to me.

DOJ-0000022483

89

1      Q:  Explain the contract awarding process for Next Jump.

2      A:  I don't know. I wouldn't be able to tell you. I can

3  tell you what I have on Next Jump. I can provide these e-mails to

4  you both as well but from a Paul Jerkewitz, he's OPM, the

5  Director of USA Learning Knowledge Portal. He sent an e-mail to

6  Mr. Johansmeier and I would have to look for the date. Oh it's

7  December 21st. He said, "Hi, Ray. The process for USA Learning is

8  as follows. Everything we do is requirements base therefore we

9  need your requirements PWS," I think performance work statement,

10  "/Statement of work. Based on your requirements we provide a

11  ROM," I don't know what ROM is. It's not written out, "/Proposal

12  with assistance from our interrogator parentheses PowerTrain.

13  Upon agreement on the performance work statement and the RMO we

14  send you an inner agency form 7600 Alpha and Bravo. You can then

15  send us in MIPR," and a MIPR hold on I had to print that went

16  off. Give me one second. Military interdepartmental purchase

17  request, that's what a MIPR is. "And then you send us MIPR. Okay.

18  OPM issues a task order award against our IDIQ," I have no

19  knowledge of what that acronym stands for. "Only OPM can issue

20  task orders against our IDIQ. On average it takes 30 to 45 days

21  to award a task order after we received the assigned IAA and

22  MIPR. Given you are looking for January 10, 2022 start date, it

23  doesn't look like we can meet the date unless we have a complete

24  package today/ASAP. Attached is more background on USA Learning.

25  Please call if you want to discuss in more detail." So. That's

DOJ-0000022484

1    all I can say is that's probably my extent of contracting. You

2    would have to ask Captain Randy or Albert is his name but he goes

3    by Randy, A-L-B-E-R-T let's say middle name is Randy, R-A-N-D-Y,

4    Baker, B-A-K-E-R. He is our Comptroller. He manages all contracts

5    for Naval Station -- sorry. Naval Forces Europe/Africa Sixth

6    Fleet, and I would not know how that process is. You would have

7    to reach out to him for that information.

8        Q:  When you provide the e-mails regarding the CAG hire

9    can you provide any e-mails you have also regarding Next Jump?

10        A:  Absolutely. And Captain Baker who's Albert Baker,

11   Randy Baker he is also on these e-mails as well. There's other

12   people I think his deputy Peter Holmes, P-E-T-E-R H-O-L-M-E-S is

13   on here. He's a GS15. There's another gentleman in the OGC and

14   his name is Mr. Jonathan, J-O-N-A-T-H-A-N, Thow, T-H-O-W. He's

15   also on the e-mail along with Amanda Krause, and Jeannie English,

16   and myself. And there's a Mina, M-I-N-A, not Nina but Mina

17   Destafano, D-E-S-T-E-F-A-N-O. She's also on this e-mail and I

18   don't know who Mina Destafano is, but I will provide you all of

19   the e-mails.

20        Q:  Thank you. Tell us about the PowerTrain contract that

21   involved Next Jump.

22        A:  I don't have any knowledge of that. I'm sorry. I

23   really don't have any knowledge of this whole process, but please

24   ask me the questions but I do not have any knowledge of the

25   PowerTrain. I really don't know what that is other than what Mr.

DOJ-0000022485

1    Paul Jerkewitz mentions in here about PowerTrain. I don't know

2    what that is.

3         Q:  Tell us about Admiral Burke's involvement with Next

4    Jump and the Next Jump contract.

5         A:  I don't know what his involvement with the Next Jump

6    contract is other than the e-mails I do not see his name really

7    referenced on there. Maybe somebody said Admiral Burke really

8    wants to have this or we only have a certain amount of time

9    because Admiral Burke said that Charlie and Megan are only

10   available during this timeframe but as far as him having any,

11   like any hand in like pushing the statement of work or the

12   performance of work statement, no he wouldn't have done that. If

13   anything he just gives the order.

14        Q:  Tell us about any Next Jump trainings you might have

15   been involved in while at NAVEUR/NAVAF.

16        A:  None. Whatsoever. From what I know and reading to some

17   of these e-mails because I was not on the majority of these

18   e-mails it was done at Sigonella which is in Sicily and Rota,

19   Spain, and that is all I know. I don't believe -- I don't even

20   believe it was done with anybody here at NAVEUR but it could have

21   been. I just I didn't come across that. I didn't read anything

22   about anybody from here being part of a focus group for the Next

23   Jump training. I just read it was Sigonella and Rota.

24        Q:  Tell us about the social event hosted by Admiral Burke

25   related to Next Jump training.

DOJ-0000022486

1      A:   No. I have no knowledge of that. I could give you the

2    person who would know because Admiral Black or Burke as it was

3    told to me by my deputy Jeannie English he had selected Admiral

4    RDML, he's lower half. He's a one star. His name is Benjamin,

5    B-E-N-J-A-M-I-N, Reynolds, R-E-Y-N-O-L-D-S. He was our former

6    Director of Maritime, or I'm sorry, Director of Maritime

7    Headquarters, DMHQ, that's the acronym. He was here for

8    approximately a year and Admiral Burke wanted Admiral Reynolds

9    and Captain James, J-A-M-E-S, Merchant, M-E-R-C-H-A-N-T to be

10   part of this whole Next Jump session. So I was not invited. I did

11   find it to be odd considering I'm a woman as well as a minority

12   and a lot of the Next Jump training are all about diversity,

13   inclusion and equity but the two people that were picked and

14   chosen to be a part of this whole initiative with Next Jump were

15   two white guys. No females, no minorities. I thought that was

16   very strange and one being a one star made no sense to me either.

17   Why wouldn't you have a Captain, GS15, a Commander, something but

18   he pick a one star Admiral made zero sense to me. I had heard

19   that there was a, sorry that's our one MC. I had heard that

20   Admiral Burke had an event at his villa. I've never been to his

21   villa. I don't know where his villa is located, and apparently he

22   hosted the Next Jump maybe team, maybe Charlie, maybe Megan, I

23   don't know who was there but it was brought to my awareness that

24   Admiral Reynolds and Captain Merchant were invited as well and

25   they attended. That's all I know.

DOJ-0000022487

1    Q:  Tell us that Admiral Burke's retirement plans.

2    A:  I don't know anything about his retirement plans other

3  than the hearsay from Mr. Johansmeier, he is our Office General

4  Counsel. He's Ray Johansmeier and I spelt his name earlier. The

5  one thing about Mr. Johansmeier he has been here in uniform as a

6  JAG, a Judge Advocate now as a civilian. He is the office of

7  General Counsel so he advises on civilian matters, and he's a

8  gossiper. He's an older gentleman, probably 65 years old. We all

9  loved to listen to him because he knows everything about

10  everybody. Even if he doesn't know you he knows your business. So

11  when Mr. Johansmeier talks which he likes to come into my office

12  and Ms. English's office often he talks to her probably more

13  because I don't got time for the gossip and like I said right now

14  I'm married but my husband is in Japan. So I'm doing the single

15  parent thing for a while. So I don't have time to sit here and

16  gossip and go through whatever who's doing what. Go talk to

17  somebody else. Jeannie's nicer than me so she's listen to a lot

18  of things. Sometimes you come and tell me what she he said but

19  one day he came in here and he told me, you know we were talking

20  and he was like, "So when do you plan on retiring?" I was like,

21  "I haven't even made three years yet. I've got to be high three

22  to be able to retire and I'm not even at 24 years. So I have

23  three kids. They're young and one just one in the high school,

24  the rest of them are in elementary school so yeah. I'm staying

25  for 30, right? And my husband is also in the military." So he was

DOJ-0000022488

1    like, "Yeah, you know me and my wife we both were serving. She

2    got out." Told me his whole life story. Then he said, "You know

3    what Admiral Burke is going to do?" I said, "I sure don't. I

4    don't have any -- I don't have any interaction with a man so I

5    don't know what he's going to do." "Well I heard that he is going

6    to be working for Next Jump and he has a job waiting for him

7    after he retires in London." I said, "London?" And he says, "Yeah

8    Next Jump has an office there as well." I said, "Oh, I knew that

9    it was in Boston and New York but they have one in London?" He

10   was like, "Yeah." And I was like, "Oh, wow. I didn't know that. I

11   just didn't think you could do that." And he was like, "Well, you

12   know how Bob is." "No I don't. I don't know how Bob is because I

13   don't know Bob." But he told me that Bob also has his retirement

14   house in Jacksonville and I think it's West Palm or Palm Bay, or

15   something like that. I'm not familiar with that part of Florida

16   but he was going to -- his wife and him were going to go back

17   there for a while and then eventually move his things to London

18   because right now all of his belongings and his household goods

19   were being shipped to Florida so him and his wife were still in

20   the villa but they were, it's called stick furniture. So you're

21   basically it's loaner furniture that when people get here I don't

22   have their -- because it takes 90 days to get your stuff from the

23   states to get to Italy. So when you don't have your furniture

24   they give you loaner furniture so he said, "He still sleeping on

25   stick furniture but he's going to get established down there and

DOJ-0000022489

1    he's probably going to go up to London." And I said, "Oh, good

2    for him." That's all I know. I don't know anything about what

3    he's doing or where he is at. I will tell you my husband had to

4    help him with his DD214 because his staff over at Joint Forces

5    Command processed it wrong, the paperwork. My husband is the CO

6    of the. It used to be formally TSC Naples. It's TSC Europe now.

7    He's responsible for all of those things, to process people out

8    of the Navy, to gain people who are coming from other commands

9    who -- is responsible for separations and retirements. So, the

10    last time I heard from Admiral Burke it really wasn't from him,

11    it was from Ms. Beyler and there was an e-mail that he sent to

12    her and asking for her help with the team to help him with his

13    DD214. So she reached out to me and my husband and said, "Hey

14    Leo/Nina, can you help out? Admiral Burke needs to pick up his

15    DD214 tomorrow." And I think it's a NOSC. What does NOSC stand

16    for? It's Naval Operations Support Center. It's, where the

17    reserves so it's not a recruiting district but it's where the

18    reservist work out of. "He will need to go into the NOSC and get

19    his retirement ID. He has to surrender the current one that he

20    uses and get his retirement ID. Can you help?" My husband got on

21    the phone whoever was at the NOSC down and I think it was Palm

22    Bay or West Palm, sorry, like I said I'm getting them probably

23    confusing, but it's a Palm. "Can you get on the phone with the

24    person down in the NOSC and help him out so that when he,"

25    meaning Admiral Burke, "comes in tomorrow he'll have his

DOJ-0000022490

1    retirement ID." "Roger that." He turned it around in a day.

2    That's the last I heard anything about Admiral Burke. So he

3    wouldn't call me for those things anyway. I don't know if he

4    would even know who to call, but she only knew it because she is

5    very aware of my husband and me, and what our roles are and what

6    our jobs are and he's the one that services all of Europe. So

7    yeah.

8         Q:  Tell us about any discussions Admiral Burke had with

9    anyone regarding Next Jump.

10        A:  I don't know anything other than the hearsay from Mr.

11   Johansmeier. I haven't heard anything at all --

12        Q:  Tell us about --

13        A:  -- other than Mr. Johansmeier, sorry.

14        Q:  Tell us about any discussions regarding the Next Jump

15   contract Admiral Burke would have had with anyone.

16        A:  I wouldn't be privy to that. I don't know. I think

17   honestly that would be a question that needs to be posed to Ms.

18   Beyler. Admiral Nancy Lacore and possibly the Commander's Action

19   Group Mr. Joseph Naman. I mean he worked directly for Admiral

20   Burke. I'm pretty sure he knew what was going on. He delivers a

21   lot of the messages because they're over there in Lago Patria at

22   the Joint Forces Command and were all the way over here next to

23   the airport, the Naples Airport. So there's about a 45 minute

24   drive, a 35 or 45 minute drive depending on traffic. So if

25   anybody would know it would be those who are closest to him and

DOJ-0000022491

1    that one of those people would be Mr. Naman, the ED, and Admiral

2    Lacore because if the ED told Admiral Lacore which she did

3    because Admiral Lacore pushed the information down to Jeannie

4    English and Amanda Krause to start executing the contract they

5    would be the ones that you would need to speak to about that.

6           MS. RAINES:  Mr. Febbo, do you have any follow-up

7    questions at this time

8           MR. FEBBO:  No. I don't have any quick follow-up

9    questions, thanks.

10          BY MS. RAINES:

11          Q:  Captain Nicasio, we're almost done because I know

12    we're at --

13          A:  Yeah, no worries.

14          Q:  -- that time. So just to give you I'm nearing the end.

15    A couple more questions.

16          A:  Okay. Sure.

17          Q:  Tell us about any unusual behaviors by Admiral Burke

18    during any official trips that caused you concern.

19          A:  I have no knowledge of his official trips. I have not

20    heard anything about when he was out doing official business. Any

21    of his behaviors, demeanor, I haven't heard anything so I

22    couldn't comment on that I did not travel with him either that's

23    not part of my position.

24          Q:  What have others told you about any unusual behavior

25    by Admiral Burke?

DOJ-0000022492

98

1       A:  Yes actually. My friend Delmy Robinson, D-E-L-M-Y

2    Robinson, R-O-B-I-N-S-O-N. I want to preference this she would

3    kill me because this is something I have kept to myself for about

4    a year and a half. She was at the time Admiral Burke's protocol

5    officer. Delmy is from Honduras. She's got a slight accent. I've

6    known her for 19 years. We came in the Navy kind of together and

7    she's very, very beautiful. She is my friend but she's a

8    beautiful lady, right? So she's the protocol officer and the

9    expectation of the protocol officer at the time, I don't know

10    what this protocol officer does for the new Admiral, but the

11    expectation for her was she speaks Spanish and she also speaks

12    Italian. So a lot of times the caterers only spoke Italian so she

13    would be there to ensure that everything was set up properly,

14    they understood what their role was as a caterer, and what her

15    role was and as a protocol officer. So she would obviously have

16    to work with them, Mrs. Burke and whatever Admiral Burke wanted

17    as well. So I can't remember exactly when it was but it was

18    fairly close when I got here. My husband had to stay back in San

19    Diego for four months. So I was on stick furniture with my

20    children and I lived across the hall, I live in on-base housing,

21    I was across the hall living across the hall from Delmy. She had,

22    I probably -- seriously I was probably here maybe three and a

23    half weeks. She called me in tears and she said she needed to

24    speak to me and I said, "Sure." And it was a bout 11:30, I was

25    getting ready to go to sleep. My kids were asleep and they were

DOJ-0000022493

1    in school at that point. And I said look - actually it was on a

2    Friday but they had school all that week and I had a long week

3    myself so I said, "Well, come on in. We'll have some wine. We'll

4    talk about it." And she came to the door just physically upset,

5    breaking down, and I embraced her, "What's wrong? What happened?"

6    And we sat down and when she finally calmed down she told me that

7    when she was back in the kitchen at the villa, at the villa for

8    Admiral Burke she was speaking to the people I guess telling them

9    what they needed to do and what food they needed to bring out. He

10    came back there and he was intoxicated. She said during that time

11    he feeled her up. And I said -- felt her up and I said, "Well

12    what does that mean?" She said that, "He got very, very close. He

13    told her that she is a very beautiful woman and that," she was --

14    honestly she's our poster child for the HR community. She is the

15    one as a Lieutenant you'd still see pictures of her around the

16    Navy smiling and she's the Navy poster child, not just for the HR

17    community but for the Navy. She did a lot of Navy advertising and

18    she was also like the number one commanding officer for Navy

19    Recruiting District Miami in Florida and Admiral Burke had known

20    about her before she had even took the job so when he came back

21    he was telling her how beautiful she was. That, "He always knew

22    she was going to make it. He would see her on the posters and he

23    would always think how beautiful she was and who was she and that

24    he had heard that she had one all of these awards for being the

25    best CO and all over the United States and I mean she one all

DOJ-0000022494

1    kinds of awards." So he was like that -- "You are the one that I

2    always wanted to work for me and I think you're beautiful." And

3    as he's telling her this now she said, she felt a little nervous

4    but he's touching her arm, and he's rubbing it very slowly. He's

5    all the way from the shoulder all the way down towards the end.

6    She said she was in shock. She didn't know what to say because

7    she said she had seen him drunk. She even said, "Oh his wife is a

8    drunk." She was like, "I don't know how many times I've seen him

9    at parties and I've had to, you know, I'm there, I'm the protocol

10   officer." She said, "They're both drunks." She said, "But this

11   time he was off the chain. I had never seen him like this." So

12   she said that he continues to tell her how beautiful she was and

13   how close he got. And she kept backing up and she can he kept

14   coming forward and so she said, "What do I do?" She was selected

15   for Captain, she had not put it on yet she said, "What do I do?

16   If I mention this to him and then he's sober on Monday he's going

17   to be pissed off. He may uphold my promotion." And I'm like, "No.

18   Heck no. You need to say something because you're going to be

19   there for another year. You can't be going every day into the

20   office in an uncomfortable situation." So, we kind of role-played

21   like, "Okay. I'm him you are you and what would you say?" And I

22   was like, "Look. This is what I would recommend. I haven't been

23   in a situation like that but I would say that this." This is me

24   Delmy, "Hey, sir. I want to bring something to your attention. I

25   felt very uncomfortable on Friday. You know, you were drinking a

DOJ-0000022495

1    little too much and I know you were really trying to give me

2    compliments and accolades and I really appreciate that but I felt

3    uncomfortable because you were touching my arm, and you were

4    getting closer to me, and you were telling me how beautiful I

5    was." Like, "Sir I don't feel comfortable." So she said -- so she

6    said on that Monday she called me and told me, "Hey, this is what

7    I said. I kind of like what you told me to do and he denied ever

8    even doing that. He told her he wasn't even drinking." She said,

9    "Look. He's a drunk. He's an alcoholic. He was drinking. He was

10   tore up that day." And she said, "He denied that he was even

11   drinking and that he got up from his desk and just put his hands

12   in his pockets and said, [fire alarm activated]. Sorry, that's

13   our fire alarm. Can you still hear me?

14        Q:  Yes, I can.

15        A:  They're during the testing and it's in Italian. I'm

16   sorry.

17        Q:  That's okay.

18        A:  Give us a few seconds on that screen. [Fire alarm

19   activated] this is the last one. I'm not evacuating. It's just a

20   joke.

21        Q:  Okay.

22        A:  So with that said she told me what he said he got up

23   he put his hands in his pockets and said, "Yeah, okay. I won't

24   get near you. I won't do anything. I'm sorry if I offended you."

25   And he made it like it was her fault. And she said, "Sir, come

DOJ-0000022496

1  on. You've known me for," because she was here for a year.

2  "You've know me for a whole year. I was excited to come and work

3  for you. You've done a lot for the HR community. You were the

4  Vice Chief of Naval Operations. You know I don't know where this

5  is coming from." And he was like, "No. Forget it. No problem. Got

6  it, Delmy. I wasn't drinking but got it." So now a couple weeks

7  go by and she tells me that she's about to put on Captain. I'm a

8  little senior to her but she's about to put on Captain. She said

9  that she got a call from Admiral Burke to come into his office

10  and at the time his Executive Assistant, Captain retired now

11  Roger R-O-G-E-R Meyer, M-E-Y-E-R, was in the office. I will tell

12  you no one that I know of like Captain Meyer. He was a jerk. And

13  he didn't like Delmy and Delmy didn't like him but she said, you

14  know her family are on their way to see her get promoted and

15  everybody's like starting to make their way downstairs where all

16  of the flags are posted and this is at the Joint Forces Command.

17  So she said that Admiral Burke told her to sit down. And she said

18  she just knew something was up because Captain Meyer would never

19  be in there when she would go in there. He had nothing to do with

20  it. You know, it's a protocol issue. But she said he's sitting

21  behind the Admiral and he's looking at her really intent and

22  Admiral Burke says, "You know what, Delmy. We have a complaint

23  during the change of command that I had with Admiral Fogo." She

24  said, "Sir, I'm not understanding." He said, "Well there's a

25  complaint from Captain," Reggie I believe his name was, Reginald,

DOJ-0000022497

103

1    R-E-G-I-N-A-L-D-Baker, B-A-K-E-R. He's retired as well but he was

2    at the time [fire alarm activated]. Oh, good Lord. He was the

3    N52, Foreign Action Officer. So supposedly he submitted a

4    complaint. This was also around the George Floyd time but he

5    submitted a complaint stating that he felt discriminated against

6    because when he attended the change of command he and him and his

7    wife were set in the back and all of the white officers were

8    sitting in the front, and he did not understand why. So Admiral

9    Burke tried to tell Delmy, "This is because of you. What you

10   did." And she said, "Sir, I can pull all of the RSVPs. I don't

11   know who's who. I don't work over in NAVEUR and NAVAF. I work

12   here. And so if any of the RSVPs did not indicate the person's

13   rank or title they didn't sit in the front where the officers

14   were. You know, that's where the Captains would sit, or that's

15   where the GS15's would sit, or that's where the one stars would

16   sit." Or I mean the ED was there as well. I wasn't here at the

17   time during the change of command. That was before my time but

18   she said, "You know why would I -- I know my authority. Why would

19   I discriminate against somebody? Even know what he is. I've don't

20   even know who he is. And I can pull all of the RSVPs but if he

21   was not sat up in the front with the other Captains it's because

22   he put let's just say Mr. Reginald Baker and Ms.," whatever his

23   wife's name was because his wife came with him and his wife it's

24   a white woman and he's African-American. So she said, "I don't

25   understand why I'm being called in here but I guess my question

DOJ-0000022498

1  is what is the nature of this meeting?" And he said, "Well, you

2  know I'm thinking about maybe upholding your promotion because we

3  need to look into this complaint. And so Delmy's background she

4  is the Commandant right now DEOMI, I don't remember what the

5  acronym stands for and I could tell you but it's basically --

6  it's all diversity, equity and inclusion and it's at Patrick Air

7  Force Base. She's the Commandant right now and it's the Defense

8  Equal Opportunity Management Institution. She is the first female

9  Navy female and Latina. So she's like, "Wait a minute, sir. I'm

10  getting ready to go be the Commandant of DEOMI. I have a command

11  climate specialist background meaning it's all diversity, equity,

12  and inclusion." She said, "I don't know this person from Adam.

13  I've never seen him. I could pull all the information. I can show

14  you what was provided to me." And she always archive the list. So

15  whoever was going to be part of the entourage she put in an Excel

16  format. She said, "But if you're trying to accuse me of something

17  and you want to uphold my promotion." She said, "You know what,

18  sir? Everybody's going down because I'm going to have everybody

19  investigated in this office." She said, "Because my family is on

20  their way and they'll be here in 20 minutes." She said, "So if

21  you don't have anything further to say to me I'm asking can I be

22  excused?" And she said at that moment he put his pen down and

23  said, "Your excuse." So she called me after that and said, can

24  you believe this? Oh hold. He tried to threaten me, she said

25  because I -- why I feel like she's threatening me is because I

DOJ-0000022499

1    came to him and I confronted him about what he did and from that

2    he's looking at something to." Yes there was a complaint but the

3    complaint wasn't lodged against Delmy. I knew Captain Baker he

4    lodged a complaint against Admiral Burke and he thought Admiral

5    Burke was a racist and that's the reality, and when everything

6    happened with George Floyd Captain Baker was the one that like

7    conducted all of the focus groups or people within the command

8    who felt marginalized because reality is you walk -- look. I'm

9    half white. So you walked through the halls it's all white men.

10   There's one black woman and that's Admiral Howard, and then

11   there's one white woman but she's a woman and she was Sixth

12   Fleet. Everybody else that has ever held position here as an

13   Admiral has been a white man. And so that was some of the reasons

14   why Captain Baker was instructed to, "Hey, we want you to do the

15   focus groups. We want to see how everybody's feeling, you know

16   the whole country is really suffering right now and we want to

17   know if there is underlying racism amongst the ranks." But

18   Captain Baker specifically told me, "I didn't lodged that against

19   Delmy. I know who Delmy is. I know her. She doesn't know me but I

20   know her. I lodged that complaint against Admiral Burke." But

21   Admiral Burke almost upheld my friend's promotion because she

22   confronted him over something that he did and that was just wrong

23   to do. So I don't know. I wasn't there. I trust my friend over

24   him any day of the week so, like I said I have always made it a

25   point to not have any interactions with that office. That whole

DOJ-0000022500

1    entire office just seemed like it was a loose cannon over there

2    and I didn't want anything to do with any of that. And once she

3    told me that personally I lost a lot of respect for him. I did

4    because I believe he did it, and she wasn't the first person that

5    ever told me that he's an alcoholic and things like that, but I

6    don't know these people that well so I can't say, oh, I really

7    trust -- that but I trust Delmy. She is like my sister. So I

8    really trust her and I know that that night she was really hurt

9    and bothered by what had happened and she tried to do the right

10   thing to bring it to his attention and then he denied it and then

11   several weeks later he's trying to uphold her promotion and use

12   it as an excuse that someone lodged a complaint against her when

13   no one lodged a complaint against her. They lodged it against

14   him. So that's all I know.

15           Q:  For Lieutenant Robin --

16           A:  That's a lot but that's all I know.

17           Q:  For Lieutenant Robinson is her first name Delmy? How

18   do you spell that? Is it Delmy?

19           A:  Delmy, D-E-L-M-Y, Marina, M-A-R-I-N-A, and her last

20   name is Robinson.

21           Q:  You just use the term "he got very close. He touched

22   her." Describe that. What does she say? What does that mean?

23           A:  She said where she was standing there's that

24   separation. Let's say six feet. COVID, will use COVID rules. He

25   was like two feet and she kept moving back and he kept getting

DOJ-0000022501

107

1    closer to her. So his face, his eyes she could see him very

2    clearly. He just kept inching a little closer to her. He took his

3    hand and put it on her shoulder and worked it all the way down

4    and was rubbing her shoulder as she said but he was very close to

5    her and she kept backing up but he did not remove his hand. He

6    kept rubbing her shoulder and rubbing her arm.

7        Q:  When you stated she was promoted to Captain, is this

8    O6 Captain as in Navy Captain?

9        A:  Yes, Navy Captain, O6.

10       Q:  Did she take command and was she promoted?

11       A:  She promoted first and then several months later she

12   rotated to the DEOMI position. She is the Commandant of DEOMI

13   now. So she was the protocol officer to Admiral Burke when she

14   was here.

15       Q:  You mentioned someone lodged a complaint. To make sure

16   I understand this. Was this --

17       A:  Yes.

18       Q:  What was that complaint?

19       A:  This is -- this is Captain retired Reginald Baker. He

20   was our N52. He's a foreign action officer. He was the one that

21   had put forth the complaint and he specifically told me because I

22   confronted him like, "Hey, do you know what happened to Delmy?

23   They were going to -- meaning Admiral Burke was going to uphold

24   her promotion because he told her that you lodged a complaint

25   against her and you said her -- she sent you in the back behind

DOJ-0000022502

1   all of the white officers and you didn't understand why that

2   was." He said, "I didn't lodged a complaint against her. I lodged

3   the complaint against him because I think he has some issues, and

4   I think he did that on purpose and put me in the back." And I

5   said to him, "Well I will tell you my friend Delmy." He said,

6   "Yeah, I know her." "Okay. Well, my friend said she doesn't even

7   know you. She doesn't know what you look like." And he said,

8   "Yeah. I'm pretty sure she doesn't." I said, "She just put you

9   there because" [fire alarm activated]. Oh my goodness. Fire alarm

10  again. "She put you there because you signed an RSVP has Mr.

11  Reginald Baker and" And because his wife's name is actually Dove,

12  "Mrs. Dove Baker." And I said, "That's why she put you there."

13  And he was like, "I don't think she is the one that did it. I

14  think Admiral Burke did it." And I said, "I don't think it was

15  Admiral Burke. I mean I don't know if he sees these lists as to

16  who sits where and how many forks and knives you need to have.

17  She's the protocol officer. I don't think she did that

18  intentionally. She just didn't know who you were because you

19  didn't properly fill out the RSVP and indicate your rank." And he

20  said, "Well I didn't put that complaint forward towards her. I

21  put it directed towards him." And I said, "Do you think he has a

22  problem with black officers?" He said, "I absolutely do but what

23  proof did he have?" Like I asked him, "What proof do you have?"

24  He said, "I don't. I have a feeling." So, "Okay." I don't know

25  him like that and I certainly wasn't here during the change of

DOJ-0000022503

1    command. It was before my time. So that is who another person you

2    can speak to.

3        Q:  I am close to the readout. Confirming those are test

4    alarms, right? Your building is not on fire?

5        A:  Yes. So it is not.

6        Q:  Okay.

7        A:  No. They usually do it around this time and they do

8    that per duty section. So they run drills. So is just the people

9    they are here and they're on duty.

10       Q:  Describe how Admiral Burke spoke about other senior

11   officials.

12       A:  I don't -- like I said I don't know what he has said.

13   I have not heard him say anything about anybody to be honest with

14   you. I'm sure he may have but not to me or I haven't been in the

15   company of him saying anything.

16       Q:  When has Admiral Burke thrown someone out of a staff

17   meeting?

18       A:  Oh. I don't know. I didn't know that happen. But if

19   someone said that it happened I'm not aware of that.

20       Q:  How do you respond to the allegation that Admiral

21   Burke abused his authority by using his position for his own

22   private gain?

23       A:  I actually concur with that statement for these two

24   reasons why we're on the phone today. Mr. Naman and this next him

25   contract and only because I had interaction a long time ago with

DOJ-0000022504

1   this whole Next Jump. If I had never experienced that I probably

2   would have been all in the thick of putting this contract

3   together, running all over the place to get it all taken care of

4   and squared away but because I have knowledge of it I didn't want

5   any part of it. So I don't know who made that assessment or if

6   that's something you're coming up with but I would agree with

7   that statement.

8        Q:   And you agree with this statement because of?

9        A:   Because of the situation with Joseph Naman and how 40

10  people who were highly qualified professionals, one had also just

11  left NAVEUR/NAVAF. He had been here in uniform as a Marine then

12  became a civilian here. He had requisite knowledge. He was highly

13  revered by the people who had been here at the time. I met him. I

14  thought he was an amazing employee. He was very knowledgeable. He

15  made the certification or the certificate and he was one of the

16  40 that was part of that and he didn't get any consideration and

17  I think that that was really poor on leadership's part because

18  this was someone who had already worked here for an enormous

19  amount of time and he was someone who would work moved up within

20  the positions as well, and he wasn't given consideration but the

21  person who Admiral Burke wanted to have hired for the position

22  that person got another chance. If that would have been anyone

23  else that went in there, submitted their resume, uploaded all of

24  these things and then went back and made a change and then they

25  don't make the certificate, no one else would have been given

DOJ-0000022505

1    that opportunity but because of the relationship that Admiral

2    Burke had with Mr. Naman he was given that unfair advantage over

3    everyone else who was qualified for the position. And the Next

4    Jump only from what I told you and not dealing with the contract

5    here at NAVEUR but I just don't understand close relationship

6    between Next Jump when the Navy did not continue forward with the

7    contract and we're bringing people out here to provide some type

8    of training when we have people here that's in the command that

9    there is their job is to provide training and focus groups to get

10   at these issues with diversity, equity, and inclusion. We have a

11   diversity inclusion person. He's a civilian. We have a cultural

12   of excellence person and a sexual assault person and a command

13   climate specialist. So if, you know, there were challenges that

14   he was identifying and I don't even know why he made that

15   conclusion to have these people out because there was nothing

16   that was being reported as, "Oh, we're having challenges here or

17   this kind of behavior is taken place in your command." None of

18   that was reported to me because I own the developmental program.

19   So, none of that information was ever reported to me. It just

20   came down one day that, "Hey Admiral Burke wants this contract to

21   be funded and it needs to be funded like no later than whatever

22   date because these people need to -- it's the only time they can

23   come. And I just felt like to me that just -- it just didn't feel

24   right and so from what I know and from all the experiences I've

25   had with the next job I just didn't understand why he would even

DOJ-0000022506

112

1    want these people to come out at all because the model that Next

2    Jump was pushing didn't work the first time. The Navy didn't

3    renew the contract. The feedback was overwhelmingly, "This will

4    never work for military structure." So why in the world would he

5    now try to bring these people back out and then to hear that he

6    had them over to his house. I don't know if that constituted

7    official business but I just heard that he did and I don't know.

8    I think who he chose, the two people, the Admiral and the Captain

9    who he chose those people rarely said yes, or no to him. So he

10   didn't pick somebody who is going to challenge them and say, "Why

11   are we doing this? We have people here that could provide the

12   same training that this company that we're going to pay let's say

13   $350,000.00, whatever it was for why -- why are we asking these

14   people to come out and do this when we have people on station to

15   do it? But that didn't happen, but what I did hear from the

16   feedback was that from our command master chief who had got some

17   scuttlebutt saying, about the training that it was not good and I

18   know that Amanda Krause can provide you all of the feedback that

19   she was tasked to collect it after the training was provided and

20   she didn't let me read it so I don't know what it said but she

21   said that the feedback was not favorable at all. And some people

22   they commented, "This is slimy, somebody's getting a kickback." I

23   mean things like that. So she would be the person to give you

24   really all of the information but that's why I come to that

25   conclusion. I mean I've not heard about anything about Admiral

DOJ-0000022507

1   Black since he's been here. He's pretty fair and equitable and I

2   haven't really seen that when Admiral Burke was here. I didn't

3   see everyone receiving the same treatment but once again I also

4   didn't have a lot of interactions with him other than these two

5   instances.

6       Q:  You mentioned a Marine who was on the list. Who was

7   that name that you said was highly qualified?

8       A:  Oh no I didn't give you name of the person who was

9   highly qualified. His name was William, W-I-L-L-I-A-M, Chartier,

10  C-H-A-R-T-I-E-R He had been a former employer of I believe Sixth

11  Fleet actually and he was actually in uniform here as a Marine

12  but he was an older gentleman probably like in his late 50s,

13  early 60s but he had applied for that position and I know that

14  before he left had told me, "Oh, I'm going to apply for it." "Oh,

15  that would be great. You would be great in that position but

16  we'll see what happens." I said, "You're going back to Boston. I

17  mean your family's there. You might change your mind because your

18  family is there and you've been gone for so long." He's like,

19  "Yeah, but I'm still going to apply." I said, "Okay. Good luck to

20  you." And he did make the certification. Now I never talk to him

21  after that but I thought, "Well. He's a pretty viable candidate

22  but we're going to say we don't want any of these people and

23  we're going to wait for 90 days and re-advertise it and it just

24  so happens that the person Admiral Burke wanted got the position.

25      Q:  Do you recall the rank of the person, the Marine?

DOJ-0000022508

1    A:  He was a GS14. I think is a Marine, he was Lieutenant

2   Colonel, O5. Like I said he was in his late 50s, early 60s. So I

3   don't know when he retired. I have no clue, but I know he was

4   here in uniform because he came to see me once and we talked

5   about, "How did you get here?" And he was like, "Oh well I use to

6   serve in uniform here and then I was a Marine." Whatever his job

7   was as a Marine. I think he was like a logistician or something

8   like that but then he had a job here and so he had been here for

9   I think it was five years. Because you can go up to five years

10   that will enable for continuity to remain on station. So he was

11   here for five years and he had heard about the Commander's Action

12   Group position and he said that he intended on applying. So he

13   did, he made the cert, and obviously didn't get the job.

14    MS. RAINES:  Mr. Febbo, do you have any follow-up

15   questions at this time?

16    MR FEBBO:  No, I don't.

17    BY MS. RAINES:

18    Q:  Captain Nicasio, two more questions.

19    A:  Uh, huh [affirmative response].

20    Q:  Tell us about --

21    A:  Sure.

22    Q:  Tells about any discussions you have had with anyone

23   regarding these allegations against Admiral Burke.

24    A:  None.

25    Q:  What did Admiral Burke tell you about this

DOJ-0000022509

115

1    investigation?

2         A:  I have not ever spoken to Admiral Burke about anything

3    other than the things that I mentioned to you earlier in our

4    conversation, and I don't believe he would talk to me anyway. He

5    doesn't know me. So he has said nothing to me.

6         Q:  Describe any conversations you have heard regarding

7    these allegations against Admiral Burke.

8         A:  I haven't. I haven't heard of any allegations so

9    that's why when you called me, or I called you, I don't know who

10   called who initially I thought it was something I did. So I had

11   not heard anything, but I figured something would eventually come

12   over -- come of the Next Jump contract because per Amanda Krause

13   and the feedback that she got from the commands that were being

14   trained by next that they went to see in Rota and Sig that she

15   made a statement that someone wrote a comment that said, "It

16   seems like somebody's getting a kickback from this." So I was

17   like, "Oh, what is that mean?" She was like, "I don't know." So

18   she has all of those feedback comments and I think it would

19   probably something that you could ask her to share, but that was

20   - is from that comment alone I was just like, "Oh, it sounds like

21   to me somebody is going to or is thinking something either

22   they're going to do something or they're thinking something

23   because if they're already saying that somebody is getting a

24   kickback, "What does that mean?" She's like, "I don't know." She

25   said, "But they were not happy with the training. They felt that

DOJ-0000022510

1    it was ineffective and that they didn't understand. A lot of

2    people said--" she said, "When I say she, Amanda Krause said

3    that, "Why are these people here? Why are we training?" And they

4    were just told, the people that attended they were told that they

5    were told to be there. So there was no reason given." So she

6    said, "There was a lot of negative input and they were," they

7    meaning the participants for this training from Next Jump, "were

8    very unhappy about it." So I don't have any of those comments, no

9    feedback, didn't read them. These are just the discussions I had

10   with Amanda.

11        MS. RAINES:  Mr. Febbo, do you have any follow-up

12   questions at this time?

13        MR FEBBO:  No. I don't have any follow-up questions,

14   thanks.

15        BY MS. RAINES:

16        Q:  Captain Nicasio, before I read you out, I'd like to

17   remind you to please destroy any read ahead materials sent to you

18   regarding this interview and not to share them with anyone.

19        A:  Yes, ma'am. Will do.

20        Q:  Is there anything you thought we would ask that we did

21   not?

22        A:  No. I will get you all of those e-mails but I will

23   have to send them to you first thing in the morning, but like I

24   said I'm six hours ahead of you so by the time you get into work

25   tomorrow you'll have them.

DOJ-0000022511

117

1        Q:   Okay. Thank you. Is there any additional information

2   that you would like to provide?

3        A:   No. I think I've provide a lot. I don't have anything

4   additional to provide.

5        Q:   Who else should we talk to and why?

6        A:   So Eylee Garcia-Morales. She was the former and 11.

7   She does have knowledge of the whole Joe Naman position, person,

8   creation. She could tell you more than I could tell you, and she

9   could also explain the process a lot better about direct hire an

10  advertisement, and classification all of that because that is not

11  my background. Ms. Jeannie English, she is my deputy. She would

12  know more about the Next Jump and she was also part of the whole

13  Joe Naman position or creation. Ms. Lisa Alcivar, she would be

14  the person. She is now the former N11, the HRO. She would be the

15  person to speak to you about Mr. Naman. I know she was on a great

16  deal of the e-mails as I review but she was on some of the e-mail

17  strings. Ms. Amanda Krause, she is the N16 professional

18  development lead. She is the one that had to basically work to

19  get this Next Jump contract approved. She also was the one who

20  owned all of the feedback and she read through the comments and

21  expressed how unfavorable they are were. Mr. Ray Johansmeier, I

22  spelled his name earlier but he is our office of General Counsel.

23  He is on these Next Jump e-mails and I pulled. Speaking with Paul

24  Jukowatz or Jockowitz. It's just kind of going through the

25  process of, "Hey, what do we need? How do we do this?" I mean

DOJ-0000022512

1    it's scuttlebutt the things that he told me but he was the one

2    that told me. So I don't know if you want to ask him about that

3    but he's the one that told me about Admiral Burke getting a

4    position in London with Next Jump. I would say Captain Albert

5    Randy Baker. He is our current Comptroller as well as his deputy

6    Mr. Peter, P-E-T-E-R, Holmes, H-O-L-M-E-S. That's a Comptroller

7    and his deputy. I would, if you feel like it's noteworthy,

8    Captain Reginald Baker is retired now, but he lives in D.C. and

9    he's retired, and I don't know what he's doing with his life

10   other than being on Facebook with him but he might be a good

11   reference to contact and I'm sure I could give you his phone

12   number or contact information if you needed that, and I'm trying

13   to think if there's anybody else. Oh, and Admiral Lacore. Nancy

14   Lacore. She's in D.C. now as well and I think that she would be

15   someone that you would need to talk to because she's the one that

16   worked directly for our Executive Director Ms. Beyler and Ms.

17   Beyler herself would be someone that you would need to address

18   some of these things with because she was the one sitting across

19   the table in a room with Admiral Burke getting directions because

20   she reports directly to him and worked directly for him, or for

21   him.

22        Q:  Do you have any questions?

23        A:  I don't. I don't.

24        Q:  Do you have --

25        A:  Well, let me say this. I do have one question. With

DOJ-0000022513

119

1    all of these things said, he is retired now so what could come

2    about if any of these things are corroborated and proven that

3    these things happen, being a retired Admiral? Like is there any

4    jurisdiction over him? He's no longer serving.

5         Q:  So we are the factfinders and we will present the

6    information, and then that decision will come from another level.

7         A:  Okay.

8         Q:  So we're only gathering the information at this level.

9         A:  Sure.

10        Q:  Impartial factfinders to gather the information.

11        A:  Okay. That's the only question I had.

12        Q:  Do you any comments or concerns about the way we have

13   conducted this interview?

14        A:  No. Not at all. I probably -- during parts of this I

15   probably came off a little bit like agitated but there's just

16   some things I just don't know and when I was reviewing the three

17   e-mails that you sent me the first time I was like, "I don't even

18   remember that time being here and beyond being on deck for a

19   couple weeks." So some of it just not remembering. Not being

20   aware of it because I'm a new person here trying to figure it all

21   out. So if I and anyway came off as rude or sounded like I've got

22   a little bit of an attitude I did, but it wasn't directed toward

23   you. It was just like, "Shoot. I don't remember that." I can

24   barely remember what I did five years ago, or five minutes ago. I

25   can remember everything that my husband does wrong but I can't

DOJ-0000022514

1    remember necessarily what I did five minutes ago let alone two
     years ago.

2          Q:  If you remember anything else that you believe may be
     relevant to the investigation please contact me.

3          A:  I sure will.
           MS. RAINES:  Finally to protect integrity of the

4    investigation we ask that you not discuss the matters under

5    investigation or the questions we have asked you during the

6    investigation or during -- excuse me, during this interview with

7    anyone other than an attorney should you chose to consult one.

8    This does not apply --

9          CAPT NICASIO:  Absolutely.

10         MS. RAINES:  This does not apply to or restrict your right

11   to contact an IG or Member of Congress.

12         CAPT NICASIO:  Okay.

13         MS. RAINES:  If anyone asks you about your testimony or

14   the investigation please inform them that the DoD Office of the

15   Inspector General has asked you not to discuss the matter. If

16   anyone persists --

17         CAPT NICASIO:  Perfect.

18         MS. RAINES:  If anyone persists in asking you about your

19   investigation, excuse me, about your testimony, or the

20   investigation, or if you feel threatened in any manner because

21   you provided testimony please contact me.

22         CAPT NICASIO:  I will.

23         MS. RAINES:  The time now is 12:48 p.m. Eastern Standard

24   Time and this interview is concluded.

25    [The interview terminated at 12:48 p.m., August 25, 2022.]

DOJ-0000022515