UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT P. BURKE,<br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>Defendants. | Case No. 1:24-cr-00265-TNM |

[Proposed] ORDER GRANTING YONGCHUL "CHARLIE" KIM AND MEGHAN MESSENGER'S **OMNIBUS MOTION *IN LIMINE***

**AND NOW**, this _____ day of _____, 2025, upon consideration of Yongchul "Charlie" Kim and Meghan Messenger's Omnibus Motion *in Limine*, it is hereby **ORDERED** that the motion is **GRANTED**.

 

**Hon. Trevor N. McFadden**
**United States District Judge**