# ATTACHMENT A

**CERTIFICATE OF AUTHENTICITY
OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM,
OR FILE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11), (13), AND (14)**

I, Emily Sleeth attest and certify, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

1. By reason of my position and specialized training, I am authorized to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence. I have worked as an employee of the Federal Bureau of Investigation ("FBI") and have worked in my current position as a Digital Forensic Examiner at the FBI's Washington Field Office for over three years.

2. As a Digital Forensic Examiner, I have extensive training and experience making verified images of a variety of digital devices, including mobile devices and computer hard drives. I have completed training in multiple digital forensic disciplines, to include mobile device training on the tools used for this case and have successfully completed the FBI-sponsored Basic Mobile Device Training. Additionally, I have successfully completed the required annual proficiency exams which test the ability to successfully create a verified image/extraction of an original evidence item and identify the required artifacts that are pertinent to the investigation. During the course of my career, I have completed over 23 examinations consisting of more than 74 digital devices comprising more than 49 terabytes of data. I conducted these examinations on verified images/extractions containing data from the original devices that included a wide variety of computers, mobile devices, and loose media. I have also been responsible for training another Digital Forensic Examiner to properly handle evidence, acquire a verified image, and process using a variety of forensic software tools.

3. I am qualified to forensically extract and examine cellular telephones including iPhones and Android systems. I am qualified to authenticate the digital extractions referenced below because of my experience and training and because I had direct involvement in the creation of the digital extractions listed below:

| Item Identifier | Registered Owner Name | Description | Date of Extraction |
|---|---|---|---|
| 1B7 | Robert Burke | One (1) iPhone 13 [iPhone14,5 D17AP] running iOS 16.6 with S/N: GH1XLMWGG9; IMEI: 350183986589042; MSISDN: 15615281355; and UUID: 00008110-001C15361A6B801E | 10/25/2023 |
| 1B6 | Charlie Kim | One (1) iPhone 12 mini [iPhone13,1 D52gAP] running iOS 16.3.1 with S/N: F71DQ0BA0GRW; IMEI: 353005117207409; MSIDN: 16466237000, and UUID: 00008101-001369CA0E51003A | 10/05/2023 |
| 1B5 | Meghan Messenger | One (1) iPhone 12 mini [iPhone13,1 D52gAP] running iOS 16.6 with S/N: C7CDVD3E0GR9; IMEI: 353006116799545; MSIDN: 19179213766, and UUID: 00008101-000E09823644001E | 10/04/2023 |

4. I acquired the full filesystem extraction of 1B7 identified above on October 25, 2023, using specialized mobile device extraction hardware/software GrayKey. In my training and experience, this forensic software creates an accurate and reliable extraction of digital devices, and I have regularly relied on this tool to create accurate and reliable mobile device extractions in the past.

5. Furthermore, I know that the forensic extraction process completed for each of the devices described above because the software expressly indicated that the extractions were successful. The extraction process is regularly verified by the FBI, and at all times pertinent to the records certified here, the examination process functioned properly and normally.

6. I personally completed the above-described extraction of 1B7 as part of my regular employment with the FBI. The extraction completed successfully with no errors, and preserved the data from it, pursuant to established and regular FBI procedures for handling digital evidence.

7. After the full filesystem extractions for each of the devices described above were acquired, I processed the extractions using the forensic software Cellebrite Physical Analyzer. A scoped review was conducted on those full filesystem extractions. Following that scoped review, I generated scoped reports of the full filesystem extractions. Those scoped reports contain true and accurate data extracted from the devices described above, identified by FBI evidence identifications: 1B5, 1B6, and 1B7.

8. I further state that this certification is intended to satisfy Rules 902(11), (13) and (14) of the Federal Rules of Evidence.

Signed: *Emily Sleeth*
Examiner Emily Sleeth

Date: 11/20/24

# CERTIFICATE OF AUTHENTICITY
# OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11), (13), AND (14)

I, Zurich Shanahan attest and certify, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

1. By reason of my position and specialized training, I am authorized to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence. I have worked as an employee of the Defense Criminal Investigative Service ("DCIS") and have worked in my current position as a Computer Forensics Special Agent ("CFSA") at the DCIS Cyber Field Office since 2020.

2. As a CFSA, I have extensive training and experience making verified images of a variety of digital devices, including mobile devices and computer hard drives. I have completed training in multiple digital forensic disciplines, to include mobile device training on the tools used for this case and have successfully acquired the associated industry certifications including the Cellebrite Advanced Smartphone Analysis Examiner certification and the Magnet and GrayKey Advanced iOS Examinations training. Additionally, I have successfully completed the required annual proficiency exams which test the ability to successfully create a verified image of an original evidence item and identify the required artifacts that are pertinent to the investigation. During the course of my career, I have completed over 100 examinations consisting of more than 250 digital devices comprising more than 70 terabytes of data. I conducted these examinations on verified images containing data from the original devices that included a wide variety of computers, mobile devices, and loose media. I have also been responsible for training other Forensic Examiner Agents to properly handle evidence, acquire a verified image, and process using a variety of forensic software tools.

3. I am qualified to forensically image and examine cellular telephones including iPhones and Android systems. I am qualified to authenticate the digital extraction referenced below because of my experience and training and because I had direct involvement in the creation of the digital extraction listed below:

| Original Device | DCIS Evidence ID | Date of Extraction |
|---|---|---|
| Apple iPhone<br>Model: XR/A1984<br>IMEI: 357342099407913 | SN: DNPXR305KXKP | November 6, 2022 |

4. I produced the full filesystem extraction identified above on November 6, 2022, using specialized forensic imaging software GrayKey. In my training and experience, this forensic software creates an accurate and reliable extraction of digital devices, and I have regularly relied on this tool to create accurate and reliable mobile device extractions in the past.

5. Furthermore, I know that the forensic extraction process completed because the software expressly indicated that the extraction was successful. The extraction process is regularly verified by DCIS, and at all times pertinent to the records certified here, the examination process functioned properly and normally.

6. I personally completed the above-described extraction as part of my regular employment with DCIS. The extraction completed successfully with no errors, and preserved the data from it, pursuant to established and regular DCIS procedures for handling digital evidence.

7. After producing the full filesystem, a scoped review was conducted on that full filesystem extraction. Following that scoped review, I produced a scoped report of the filesystem extraction. That scoped report contains true and accurate data extracted from the device described above, identified by DCIS evidence identification, SN: DNPXR305KXKP.

8. I further state that this certification is intended to satisfy Rules 902(11), (13) and (14) of the Federal Rules of Evidence.

Signed: _____
SA Zurich Shanahan

Date:         ___November 15, 2024___