AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cr-265 (TNM) |
| YONGCHUL "CHARLIE" KIM and MEGHAN MESSENGER, | ) ) | |
| *Defendants* | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United State of America                                                                                          .

Date: 6/12/2025

/s/Joshua Rothstein
*Attorney's signature*

Joshua Rothstein (NY Bar Number 4453759 )
*Printed name and bar number*

601 D Street N.W.
Washington, DC 20530
*Address*

Joshua.Rothstein@usdoj.gov
*E-mail address*

(202) 252-7164
*Telephone number*

*FAX number*