UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>        Defendants. | Case No. 1:24-cr-00265-TNM |

**YONGCHUL "CHARLIE" KIM AND MEGHAN MESSENGER'S JOINT NOTICE REGARDING THE GOVERNMENT'S MOTION TO ADMIT CERTAIN EVIDENCE (ECF 178) AND NOTICE OF EXPERT WITNESS (ECF 181)**

Yongchul "Charlie" Kim and Meghan Messenger ("Defendants"), by and through their undersigned counsel, respectfully submit this notice regarding the government's (a) "Motion *In Limine* to Admit Certain Evidence," (ECF 178), and (b) "Notice of Expert Witness," (ECF 181).

Defendants do not oppose the government's "Motion *In Limine* to Admit Certain Evidence," (ECF 178), which seeks a pretrial ruling only on whether certain documents are authentic. Defendants will not challenge the documents' authenticity at trial. Defendants reserve the right to challenge the documents' admissibility at trial.

Defendants likewise reserve the right to object to the admissibility of any of the anticipated testimony described in the government's "Notice of Expert Witness," (ECF 181, 181-1).

\

Respectfully submitted,

DATED June 20, 2025                     /s/ William A. Burck
                                        William A. Burck

| | |
|---|---|
| Rocco F. D'Agostino (Bar No. NY0592) | William A. Burck (DC Bar No. 979677) |
| 445 Hamilton Ave., Suite 605 | Avi Perry (DC Bar No. 90023480) |
| White Plains, NY 10601 | Rachel G. Frank (DC Bar No. 1659649) |
| Tel: (914) 682-1993 | John (Fritz) Scanlon (DC Bar No. 983169) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| *Counsel for Defendant Meghan Messenger* | 1300 I Street NW, Suite 900 |
| | Washington, D.C. 20005 |
| | Tel: (202) 538-8000 |
| | Fax: (202) 538-8100 |
| | williamburck@quinnemanuel.com |
| | aviperry@quinnemanuel.com |
| | rachelfrank@quinnemanuel.com |
| | fritzscanlon@quinnemanuel.com |
| | |
| | Christopher Clore (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 295 5th Ave |
| | New York, NY 10016 |
| | Tel: (212) 849-7000 |
| | Fax: (212) 849-8100 |
| | christopherclore@quinnemanuel.com |
| | |
| | *Counsel for Defendant Yongchul "Charlie" Kim* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a copy of the foregoing motion was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF and served to all counsel of record via electronic mail.

                                            */s/ William A. Burck*
                                          William A. Burck (DC Bar No. 979677)

Dated: June 20, 2025