NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number  1:24-cr-00265-TNM-3

**MEGHAN MESSENGER**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*[signature]*

PLEASE PRINT THE FOLLOWING INFORMATION:

F. Joseph Warin (D.C. Bar No. 235978)
(Attorney & Bar ID Number)

GIBSON, DUNN & CRUTCHER LLP
(Firm Name)

1700 M St., N.W.
(Street Address)

Washington, D.C. 20036
(City)        (State)        (Zip)

(202) 887-3609
(Telephone Number)