NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  1:24-cr-00265-TNM-3

MEGHAN MESSENGER
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Reed Brodsky (pro hac vice)
*(Attorney & Bar ID Number)*

GIBSON, DUNN & CRUTCHER LLP
*(Firm Name)*

200 Park Avenue
*(Street Address)*

New York, New York, 10166
*(City)        (State)        (Zip)*

(212) 351-4000
*(Telephone Number)*