**From:** Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>
**Sent:** Tuesday, June 17, 2025 8:45 AM
**To:** Brett Raffish <brettraffish@quinnemanuel.com>; Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>
**Cc:** William Burck <williamburck@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Christopher Clore <christopherclore@quinnemanuel.com>; Kelly, Brian (USADC) <Brian.Kelly3@usdoj.gov>
**Subject:** Re: USA v. Burke et al., 1:24-cr-00265-TNM (D.D.C.)

[EXTERNAL EMAIL from trevor.wilmot@usdoj.gov]

Brett,
I attach the (d) Order with the Attachment. We do not intend to produce the Application, which was not prepared by an agent. Best, Trevor

**From:** Brett Raffish <brettraffish@quinnemanuel.com>
**Sent:** Friday, June 13, 2025 4:44:14 PM
**To:** Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>
**Cc:** William Burck <williamburck@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Christopher Clore <christopherclore@quinnemanuel.com>; Kelly, Brian (USADC) <Brian.Kelly3@usdoj.gov>
**Subject:** [EXTERNAL] RE: USA v. Burke et al., 1:24-cr-00265-TNM (D.D.C.)

Rebecca,

Thanks for sending this over. Can you please send us the application and attachment that are referenced in the order?

We may make a small production of email communications in the next few weeks. We do not intend to produce notes from our meeting with [redacted]. We took handwritten notes and did not record the meeting. We do not believe these notes are discoverable under Rule 26.2 or otherwise. If you disagree, please let us know.

Thanks,
Brett

**Brett Raffish**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900

Washington, D.C. 20005
202-538-9065 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
brettraffish@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>
**Sent:** Friday, June 13, 2025 10:46 AM
**To:** Brett Raffish <brettraffish@quinnemanuel.com>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>
**Cc:** William Burck <williamburck@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Christopher Clore <christopherclore@quinnemanuel.com>; Kelly, Brian (USADC) <Brian.Kelly3@usdoj.gov>
**Subject:** RE: USA v. Burke et al., 1:24-cr-00265-TNM (D.D.C.)

[EXTERNAL EMAIL from rebecca.ross2@usdoj.gov]

Counsel:

Please see attached for a copy of the order.

Relatedly, it has been some time since you have produced any reciprocal discovery to us. Should we expect any additional production(s) and what will they contain? For example, do you intend to produce any notes and recordings from your interview of ▉▉▉▉▉▉

Best,

Rebecca G. Ross
Assistant United States Attorney
Fraud, Public Corruption, and Civil Rights Section
United States Attorney's Office for the District of Columbia
Cell: (202) 815-8982

---

**From:** Brett Raffish <brettraffish@quinnemanuel.com>
**Sent:** Thursday, June 12, 2025 9:29 AM
**To:** Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>; Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>
**Cc:** William Burck <williamburck@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Christopher Clore <christopherclore@quinnemanuel.com>
**Subject:** [EXTERNAL] USA v. Burke et al., 1:24-cr-00265-TNM (D.D.C.)

Counsel,

Mr. Kim was notified earlier this week that ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. Can you please send us a copy of the court order or search warrant ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉? This information does not appear to be sealed, since Mr. Kim was notified.

Thanks,
Brett

Brett Raffish
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-9065 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
brettraffish@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.