UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO. 24–265 (TNM) |
| Yongchul "Charlie" Kim and | : | |
| Meghan Messenger, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## JOINT NOTICE OF PROPOSED JURY INSTRUCTIONS AND *VOIR DIRE*

In accordance with this Court's May 5, 2025, minute order, the Government and Defendants Yongchul "Charlie" Kim and Meghan Messenger hereby provide notice of the parties' proposed final jury instructions and proposed *voir dire*. The government's proposed final jury instructions are attached as Exhibit A. The Defendants' proposed edits to the government's proposed final jury instructions, which the Government objects to, are attached as Exhibit B. The proposed *voir dire* is attached as Exhibit C.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Rebecca G. Ross*
Rebecca G. Ross
Brian P. Kelly
Joshua Rothstein
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
Office: (202) 252-4490