# EXHIBIT C

**PROPOSED ADDITIONAL VOIR DIRE**

<u>Experience with the Military</u>

1.  Have you, or any of your family, close friends, or household members, ever served in the military?

2.  Do you, or any of your family, close friends, or household members, have a pending application for employment in the military?

3.  Have you had any unpleasant experiences with the Armed Services, and/or a member of the military, whether here in D.C. or elsewhere?

4.  In this case, you will likely hear testimony from members of the military. Do you have any beliefs or opinions about the military that would affect your ability to fairly and impartially evaluate the credibility of members of the military, simply because he or she is a member of the military?

5.  Do you have any beliefs or opinions about the military, and/or members of the military, that would make it difficult for you to remain fair and impartial to both the government and the Defendants throughout the trial in this case?

<u>Experience with Federal ~~Procurement and Contracting~~Government & Ethics</u>

6.  Have you, a close relative, or a close friend ever worked for the federal government, including as a contractor, consultant, or in any capacity?

Have you, a close relative, or a close friend ever worked in the area of federal procurement ~~or federal contracting~~?

1

7.

8.    Do you have strong feelings about government ethics rules or requirements that public officials avoid conflicts of interest?

Experience with Business Executives

6.

9.    Do you have any beliefs or opinions about successful business executives that would make it difficult for you to remain fair and impartial to both the government and the Defendants throughout the trial in this case?

10.  Would you have difficulty believing that educated, successful businesspeople could act in good faith while misunderstanding legal requirements?

11.  Have you or anyone close to you ever been recruited for a job while still employed elsewhere?

Understanding of Legal Standards

12.  Do you understand that the government must prove guilt beyond a reasonable doubt, and that defendants are not required to prove their innocence?

7.13.   If you learned that someone engaged in conduct that could be interpreted as wrong, but they genuinely believed it was legal, would you be able to consider both their actions and their intent in determining guilt?