# EXHIBIT A
# REDACTED

DOJ-0003536630

DOJ-0003536631