# EXHIBIT B
# REDACTED

DOJ-0000668812



DOJ-0000668813