# EXHIBIT C
# REDACTED

DOJ-0000036043