UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 24-CR-265 (TNM) |
| v. | : | |
| | : | |
| ROBERT P. BURKE, | : | |
| YONGCHUL "CHARLIE" KIM, and | : | |
| MEGHAN MESSENGER, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sarah Santiago is entering her appearance in this matter on behalf of the United States.

                                                                       Respectfully submitted,

                                                                         JEANINE FERRIS PIRRO
                                                                         United States Attorney

By:    /s/ *Sarah C. Santiago*
          Sarah C. Santiago
          D.C. Bar Number 724304
          Assistant United States Attorney
          601 D Street, N.W.
          Washington, D.C. 20530
          (202) 252-7249
          Sarah.Santiago2@usdoj.gov