UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 24–265 (2)(3) (TNM) |
| | : | |
| YONGCHUL "CHARLIE" KIM, and MEGHAN MESSENGER, | : | |
| | : | |
| Defendants. | : | |

### UNITED STATES' SUPPLEMENT TO ITS MOTION *IN LIMINE* TO ADMIT CERTAIN EVIDENCE AND ARGUMENT

On May 30, 2025, the Government moved *in limine* for a pre-trial order finding authentic certain records pursuant to Federal Rule of Evidence 902. ECF No. 178. On June 20, 2025, Defendants Kim and Messenger indicated they did not object to the authenticity of those records but reserved the right to object on other grounds. *See* ECF No. 200. On July 15, 2025, this Court admitted the noticed records as authentic. July 15, 2025, Min. Or.

Since May 30, 2025, the Government has obtained additional declarations, attached hereto as Attachment A, intended to satisfy Federal Rule of Evidence 902. This includes declarations from the following entities and individuals:

- U.S. Department of the Navy
- Law Offices of William Weisberg
- KPMG, LLP.
- Apple, Inc.

The Government incorporates its arguments from its original motion *in limine*, *see* ECF No. 178, and moves for a pre-trial order finding that the records introduced through the use of the

1

certifications attached as Attachment A are authentic.[1]

        Respectfully submitted,

        JEANINE FERRIS PERRO
        UNITED STATES ATTORNEY

By        /s/
        Rebecca G. Ross (NY Bar No. 5590666)
        Brian P. Kelly (DC Bar No. 983689)
        Joshua S. Rothstein (NY Bar. No. 4453759)
        Assistant United States Attorneys
        601 D Street NW
        Washington, DC 20530
        Office: (202) 252-4490

---

[1] On July 15, 2025, the Government issued a trial subpoena to Next Jump's counsel requesting, among other things, a business records certification for various documents in the Government's possession. The Government will file an additional supplement to its Motion *In Limine* upon receipt of the Next Jump certification.