UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF USA FOR 2703(d) ORDER FOR TWO ACCOUNTS SERVICED BY APPLE INC. FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. § 201 | SC No. 25-sc-865<br><br>**Filed Under Seal** |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Apple Inc. ("PROVIDER"), an electronic communication service provider and/or a remote computing service located in California, to disclose the records and other information described in Attachment A to this Order. The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that PROVIDER shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

Date:  
                                                  2025.05.27 12:07:12 -04'00'

UNITED STATES MAGISTRATE JUDGE

1

## ATTACHMENT A

I.  **The Account(s)**

The Order applies to certain records and information for any Apple Inc. ("PROVIDER") account(s) associated with the following identifier(s):

        charlieykim@gmail.com

        mmessenger@nextjump.com

and any preserved data and/or preservation numbers associated therewith.

II. **Records and other information to be disclosed**

    A.  **Information about the customer or subscriber of the Account(s)**

PROVIDER is required to disclose to the United States the following records and other information, if available, for each account or identifier listed in Part I of this Attachment ("Account(s)"), constituting information about the customer or subscriber of the Account(s):

    1. Names (including subscriber names, user names, and screen names);

    2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

    3. Local and long distance telephone connection records;

    4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

    5. Length of service (including start date) and types of service utilized;

    6. Telephone or instrument numbers (including MAC addresses), Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number

2

                ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

    7.    Other subscriber numbers or identities (including the registration IP address), including any current or past accounts linked to the Account(s) by telephone number, recovery or alternate e-mail address, IP address, or other unique device or user identifier; and

    8.    Means and source of payment for such service (including any credit card or bank account number) and billing records.

**B.    All records and other information relating to the Account(s) (except the contents of communications)**

PROVIDER is required to disclose to the United States the following records and other information, if available, for the Account(s) for the time period from October 1, 2023, to December 31, 2024, constituting all records and other information relating to the Account(s) (except the contents of communications), including:

    1.    ==Records of user activity that reflects each change to the Account(s) cloud settings and backup/storage preferences, to include the setting before and after the user activity, and the types of data to which the change of backup settings applied. For example, disclose whether the user of the Account(s) selected to stop backing up and saving text messages or emails to the cloud.==

    2.    ==For any such records, provide the date and time that the changes were made, as well as any associated log files; messaging logs; the date, time, length, and method of connections; data transfer volume; usernames; and source and destination Internet Protocol addresses.==

3