UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ROBERT P. BURKE, | :   24-CR-265 (TNM) |
| | : |
| YONGCHUL "CHARLIE" KIM, and | : |
| | : |
| MEGHAN MESSENGER, | : |
| | : |
| Defendants. | : |

### MOTION TO WITHDRAW

Undersigned counsel respectfully requests leave of the Court to withdraw as counsel for the United States in the above-captioned case. Effective July 21, 2025, the undersigned will no longer serve as counsel of record in this case.

Respectfully submitted,

EDWARD P. SULLIVAN
Acting Chief, Public Integrity Section
U.S. Department of Justice

_____/s/_____
Kathryn E. Fifield
Trial Attorney
1301 New York Ave. NW
Washington, D.C. 20530
Office: (202) 514-1412