UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 24–265 (2)(3) (TNM) |
| : | |
| YONGCHUL "CHARLIE" KIM, and : | |
| MEGHAN MESSENGER, : | |
| : | |
| Defendants. : | |

**UNITED STATES' NOTICE OF INTENT
REGARDING USE OF EVIDENCE UNDER FED. R. EVID. 404(B)**

On May 30, 2025, the United States filed a Notice of Intent to Introduce Evidence Under Rule 404(B) related to a second bribery scheme with a second senior military officer. (ECF 180). At this time, the Government does not intend to introduce evidence of this second bribery scheme in its case-in-chief. However, the Government reserves the right to seek to introduce Defendant Meghan Messenger's February 28, 2023, email (*See* Attachment A) and Defendant Yongchul "Charlie" Kim's March 1, 2023, email (*See* Attachment B), in cross-examination and/or in its rebuttal case, if relevant. Should the Government seek to introduce either document, it will provide advance notice to the Defendants and the Court.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By        /s/

Rebecca G. Ross (NY Bar No. 5590666)
Brian P. Kelly (DC Bar No. 983689)
Joshua S. Rothstein (NY Bar. No. 4453759)
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Office: (202) 252-4490