**From:** Meghan Messenger <mmessenger@nextjump.com>

**Sent:** Tuesday, February 28, 2023 8:05 PM

**To:** Team NxJ Partners <TeamNxJPartners@nextjump.com>; Mike Collette <mike@prototypetraining.com>

**Subject:** Update from Colorado

Yesterday we met with the US AirForce Academy, 35 leaders including several senior leaders along with Chief K (Senior Chief to
The Superintendent), Chris Miller retired 3-star and Tank (2-star at Space Command) joined.

We had several leaders ask afterward how to get a group of 10 going. Chris Miller suggested a special group he thinks particularly relevant to get this work to.

Today we met with the Space Command, Tank's command. He retires in July. He wants to start with 3 groups in his command of 81 people, including himself so we can get him certified. We discussed having him continue his work with us after he leaves the AirForce as one of our Leadership Coaches.  The objective is for him to take the last 4 months of his time at the AirForce to help introduce us to a couple groups that can approve a 1,000 person pilot ($1mm contract size). His first thought is the Space Force - about 4,500 people now growing to 16k within next year or 2. He knows this group well and they include leaders from all services, run by a 4-star who ultimately will be part of the Joint Chiefs. More opportunities he's pursuing and the goal is for him to lead the work with the AirForce on the ground for us. So he would be a consultant helping us run AF work. He was more than excited about this conversation as we had dinner with him and Chief K last night and how he's leaving the AF is unfortunate. Personal reasons he can't deploy so it's the end for him.

He was very impressed by the pricing model and small entry points - how fast leaders at many levels can make those decisions, under $10k. For large enterprises there are several pockets than can spend $1mm as a low enough threshold. The success of 1k people is enough to convince senior leaders to roll out in scale.

We iterated on the preso over night and todays was better - shorter and more succinct that we can start updating the  culture tour soon.

Sent from my iPhone