On Wed, Mar 1, 2023 at 12:42 AM Charlie Kim <ckim@nextjump.com> wrote:
Good to know. Thanks for the feedback

So much going on. Air Force academy will launch a few 10 packs. Space command 1 to start and quickly to 3. 32 people already indicated interest to tank.

But best is tank next 4 months making intros for Meghan and I to close 1000 person pilot programs in space force and Air Force

Get Outlook for iOS

**From:** Mike Collette <mike@prototypetraining.com>
**Sent:** Tuesday, February 28, 2023 8:29:36 PM
**To:** Meghan Messenger <mmessenger@nextjump.com>
**Cc:** Charlie Kim <ckim@nextjump.com>
**Subject:** Re: Did our best