# CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Julien Goltzman, hereby declare:

1. I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California. As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001 through APLiC000005 produced June 10, 2025 in response to the legal process served on Apple on June 3, 2025. I am authorized to submit this declaration on behalf of Apple.

2. Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3. With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

    a. made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

    b. kept in the course of a regularly conducted activity of Apple's business; and

    c. made as part of a regular practice of the activity of Apple's business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED: June 10, 2025

**APPLE INC.**

By: /s/ Julien Goltzman

Name: Julien Goltzman

Title: Legal Specialist, Apple Inc.