IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MEGHAN MESSENGER,<br><br>    Defendant. | Case No. 1:24-cr-00265-TNM-3 |

**MEGHAN MESSENGER'S MOTION FOR**
**SIMONE RIVERA'S ADMISSION PRO HAC VICE**

Pursuant to Local Rule 44.1(c), F. Joseph Warin, of Gibson, Dunn & Crutcher LLP (the "Movant") respectfully moves for admission and appearance of Simone Rivera *pro hac vice* in the above captioned matter as counsel of record for Meghan Messenger.  As set forth in the accompanying declaration, ("Exhibit A"), Simone Rivera is admitted, practicing, and a member in good standing of the bar of the State of New York.  This motion is supported and signed by F. Joseph Warin, an active and sponsoring member of the Bar of this Court.  A proposed order is attached.

Dated: July 24, 2025

                 Respectfully submitted,

                 */s/ F. Joseph Warin*
                 F. Joseph Warin (D.C. Bar No. 235978)
                 GIBSON, DUNN & CRUTCHER LLP
                 1700 M St., N.W.
                 Washington, D.C. 20036
                 Telephone: (202) 887-3609
                 fwarin@gibsondunn.com

                 *Counsel for Meghan Messenger*

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>MEGHAN MESSENGER,<br><br>                    Defendant. | Case No. 1:24-cr-00265-TNM-3 |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF SIMONE RIVERA**

I, Simone Rivera, declare and state as follows:

1. My full name is Simone Cruikshank Rivera.

2. I am an associate of the law firm of Gibson, Dunn & Crutcher LLP. My office address is located at 200 Park Avenue, New York City, New York 10166. My office telephone number is 212.351.6312.

3. I am admitted, practicing, and a member in good standing of the Bar of the State of New York (Bar No. 6000467).

4. I have not been disciplined by any bar, and there are no disciplinary proceedings pending against me in any jurisdiction.

5. In the past two years, I have not been admitted pro hac vice before this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2025.

_____
Simone Rivera

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MEGHAN MESSENGER,<br><br>    Defendant. | Case No. 1:24-cr-00265-TNM-3 |

**[PROPOSED] ORDER**

At the District of Columbia this ___ day of July 2025, having considered the Motion for Admission *Pro Hac Vice* of Simone Rivera (ECF No. ___) and the Declaration of Simone Rivera submitted in support of this Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that Simone Rivera be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above-captioned case.

Dated: _____.

_____
Hon. Judge Trevor N. McFadden
United States District Judge



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

---

    I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Simone Rivera

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 6, 2023**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on July 23, 2025.*

*Clerk of the Court*

CertID-00242696



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
Presiding Justice

**DARRELL M. JOSEPH**
Clerk of the Court

**KENNETH BAND**
**MELISSA KRAKOWSKI**
Deputy Clerks

**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
**RIAD P. WILLIAMS**
Associate Deputy Clerks

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*[signature]*

Darrell M. Joseph
Clerk of the Court

Revised October 2024