UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>　　　　　Defendants. | Case No. 1:24-cr-00265-TNM |

**[PROPOSED] ORDER**

At the District of Columbia this ___ day of _____ 2025, having considered the Motion for Admission *Pro Hac Vice* of Brett Raffish (ECF No. ___) and the Declaration of Brett Raffish submitted in support of this Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that Brett Raffish be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above-captioned case.

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Judge Trevor N. McFadden
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE