UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>Defendants. | Case No. 1:24-cr-00265-TNM<br><br>REDACTED |

### DECLARATION OF HAEJIN SHIM

I, Haejin Shim, make this Declaration pursuant to 28 U.S.C. § 1476. I hereby declare as follows:

1. I am the managing principal of Shim & Associates, P.C. I have been a member of the bar of the State of New York since 2005 and a member of the bar of the State of New Jersey since 2005. I submit this Declaration in Support of Yongchul "Charlie" Kim's, Meghan Messenger's, and Next Jump, Inc.'s Joint Opposition to the Government's Supplement to Motion *In Limine* (ECF 219) and Cross-Motion to Quash Trial Subpoena, Exclude Privileged Evidence, and Impose Sanctions. Because this declaration is being submitted for a limited purpose relating to the retention of William Weisberg as counsel to Next Jump, Mr. Weisberg's legal work for Next Jump, and two documents protected by both the attorney-client privilege and work product doctrine that I understand ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒, it does not set forth each and every fact that I have learned during the course of my representation of Next Jump. All dates are approximate unless otherwise indicated.

2. Since in or about 2014, I have served as Next Jump, Inc.'s outside general counsel. In this role, I have provided legal advice to Next Jump on a broad range of issues and matters, and

helped Next Jump obtain specialized legal advice at certain times from other attorneys. As such, I have personal knowledge of the facts set forth herein.

3. In or about 2018 and 2019, the law firm of White & Case LLP was retained to provide legal services to Next Jump in connection with ████████████████████████ ████████████████████████████████████████████████

4. During the course of White & Case's representation of Next Jump, White & Case engaged William Weisberg, an attorney who specialized in government contracts, to provide ████████████████ legal advice and legal services to Next Jump. ████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████ ████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████

5. In or about 2018 and 2019, Mr. Weisberg provided legal advice to Next Jump on various matters involving ████████████████ That advice was privileged and confidential, and included work product of both Mr. Weisberg and me. Mr. Weisberg primarily communicated with Next Jump through me. My communications to Next Jump relating to Mr. Weisberg's legal analysis were privileged and confidential, and included my work product.

6. For example, ████████████████████████████████████ ████████████████████████████████████████████████. That advice was privileged and confidential, and included work product of both Mr. Weisberg and me. My communications to

Next Jump relating to Mr. Weisberg's legal analysis were privileged and confidential, and included my work product.

7. Later in or about 2018, Mr. Weisberg provided legal advice to Next Jump regarding ███████████████████████████████████████████████████████████████████████████

8. Also in late 2018, Mr. Weisberg provided legal advice to Next Jump regarding ███████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████████████████████  █████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████████████████

9. Mr. Weisberg continued to provide legal advice to Next Jump regarding ████████████████████████████ through at least June 2019.

10. I was recently informed that ████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████  ██████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████

11.     I learned that Mr. Weisberg ████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████   ██████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

5

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of July 2025, in New York, New York.


DATED July 29, 2025        /s/ Haejin Shim
                           Haejin Shim

6