U UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 24–265 (TNM) |
| v. | : | |
| | : | |
| ROBERT P. BURKE, | : | |
| | : | |
| YONGCHUL "CHARLIE" KIM, and | : | |
| | : | |
| MEGHAN MESSENGER, | : | |
| | : | |
| Defendants. | : | |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant Robert P. Burke, with the consent of the Government and Probation Officer, hereby moves this Court for an extension of time to file objections to the Pre-Sentence Report from July 31, 2025 to August 11, 2025.

The reason for this extension is that the Defendant is working to provide a more detailed accounting in support of the guidelines calculations, specifically the dollar value of the "benefit received" and needs more time to compile and provide this information to the Probation Officer.

The length of the extension is based on the fact that undersigned counsel will be on active duty orders with the Navy from August 4-7, 2025 and will be unable to work on this case during that time.

I have been informed that at the pretrial conference, the Court indicated that Admiral Burke's sentencing will be adjourned. Undersigned counsel is beginning a trial in the Middle District of Pennsylvania on August 26, 2025, which is expected to last approximately two weeks, so we would respectfully request that the sentencing be rescheduled sometime after September 15, 2025. Because of this adjournment, the requested extension will not negatively affect any other

deadlines.

I have communicated with both the Government, as well as the Probation Officer, who have all indicated their consent to this application.

WHEREFORE, Defendant Burke respectfully requests that this Court grant an extension the time to file objections to the Pre-Sentence Report from July 31, 2025 to August 11, 2025.

Respectfully submitted,

Timothy C. Parlatore, Esq.
Parlatore Law Group, LLP
*Counsel for Defendant Robert P. Burke*
260 Madison Avenue, 17th Floor
New York, NY 10016
212-679-6312