UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

                              Plaintiffs,

      -v-                                                      Case 1:24-cr-00265 (TNM)

ROBERT P. BURKE,
YONGCHUL "CHARLIE KIM", and
MEGHAN MESSENGER,

                              Defendants,
-------------------------------------------------------------------X

## Motion to Withdraw

Undersigned counsel respectfully requests leave of the Court to withdraw as counsel for Defendant Meghan Messenger in the above-captioned case. Effective August 9, 2025, the undersigned will no longer serve as counsel of record for Defendant Meghan Messenger in this case.

Dated: August 9, 2025
       White Plains, New York

                                                         /s/ ROCCO D'AGOSTINO
                                                         Rocco F. D'Agostino (RD8768)
                                                         Attorney for MEGHAN MESSENGER
                                                         445 Hamilton Avenue, Suite 605
                                                         White Plains, NY 10601
                                                          Email:  Rdagost463@aol.com
                                                         (914) 682-1993