UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>    Defendants. | Case No. 1:24-cr-00265-TNM |

**YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S JOINT
<u>UNOPPOSED URGENT MOTION TO RETURN SEIZED PROPERTY</u>**

Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, Yongchul "Charlie" Kim and Meghan Messenger ("Movants") urgently move for the return of electronic devices seized by the government. Movants seek the return of Mr. Kim's phone (Apple iPhone 12 IMEI No. 353005117207409) and Mrs. Messenger's phone (Apple iPhone 12 IMEI No. 353006116799545). Movants do so for purposes of having a forensic expert review the devices in light of the government's 18 U.S.C. § 2703(d) application. The government does not oppose this motion.

Respectfully submitted,

DATED August 11, 2025  /s/ William A. Burck
William A. Burck

| | |
|---|---|
| Reed Brodsky<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Work: (212) 351-5334<br>Mobile: (917) 574-8200<br>rbrodsky@gibsondunn.com<br><br>*Counsel for Defendant Meghan Messenger* | William A. Burck (DC Bar No. 979677)<br>Avi Perry (DC Bar No. 90023480)<br>John (Fritz) Scanlon (DC Bar No. 983169)<br>Rachel G. Frank (DC Bar No. 1659649)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C.  20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br>williamburck@quinnemanuel.com<br>aviperry@quinnemanuel.com<br>fritzscanlon@quinnemanuel.com<br>rachelfrank@quinnemanuel.com<br><br>Christopher Clore (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 5th Avenue<br>New York, NY 10016<br>Tel: (212) 849-7000<br>Fax: (212) 849-8100<br>christopherclore@quinnemanuel.com<br><br>*Counsel for Defendant Yongchul "Charlie" Kim* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a copy of the foregoing motion was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF and served to all counsel of record via electronic mail.

                                                   */s/ William A. Burck*
                                                  William A. Burck (DC Bar No. 979677)

Dated: August 11, 2025