UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>Defendants. | Case No. 1:24-cr-00265-TNM |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(e), John F. Scanlon, of Quinn Emanuel Urquhart & Sullivan, LLP, respectfully moves for admission and appearance of Haejin Shim *pro hac vice* in the above captioned matter as counsel of record for Next Jump, Inc. As set forth in the accompanying declaration, ("Exhibit A"), Haejin Shim is admitted, practicing, and a member in good standing of the bar of the State of New Jersey. This motion is supported and signed by John F. Scanlon, an active and sponsoring member of the Bar of this Court. A proposed order is attached.

DATED: July 30, 2025

                                           */s/ John Scanlon*
                                           John F. Scanlon (D.C. Bar No. 9983169)
                                           QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
                                           1300 I Street NW, Suite 900
                                           Washington, District of Columbia 20005
                                           Tel: (202) 538-8000
                                           fritzscanlon@quinnemanuel.com