# Exhibit B



U.S. Department of Justice

_District of Columbia_
_Patrick Henry Building_
_601 D Street N.W._
_Washington, D.C.  20530_

July 31, 2025

VIA Electronic Mail

Custodian of Records
Next Jump, Inc.

Re:    U.S v. Yongchul Charlie Kim and Meghan Messenger
       Crim. No. 24-CR-00265 (TNM)
       Trial Subpoena No. TR20250731133557

Dear Next Jump, Inc.:

Enclosed is a trial subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with the trial of the above-referenced case.  **The subpoena directs you to appear on Monday, August 18, 2025, before Judge Trevor N. McFadden in Courtroom 2 at 9:00 AM. The subpoena also requires you to appear with the requested records as described in the attached subpoena.**

If you need the United States Attorney's Office to arrange your travel and accommodations, please contact our Witness Coordinator, Tonya Jones, at (202) 252-7133, or by email at TONYA.JONES@USDOJ.GOV.  Please call me immediately if there are any scheduling problems.

We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

Sincerely,

_/s/Rebecca G. Ross_
Rebecca G. Ross
Assistant United States Attorney
601 D Street N.W.  Room #5.1517
Washington, DC  20530
202-252-6937
rebecca.ross2@usdoj.gov

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

## District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Yongchul Charlie Kim and Meghan Messenger | ) | Case No. 24-CR-00265 (TNM) |
| | ) | |
| *Defendants* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     Next Jump, Inc.

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia 333 Constitution Avenue, N.W, Washington, D.C. 20001 | Courtroom No.: 2 |
|---|---|
| | Date and Time: Monday, August 18, 2025 at 9:00 AM |

You must also bring with you the following documents, electronically stored information, or objects:

See Attachment A

*(SEAL)*

Date: July 31, 2025

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America    /s/Rebecca G. Ross  who requests this subpoena, are:

Rebecca G. Ross, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street N.W.  Room #5.1517
Washington, DC  20530
Phone: 202-252-6937   Fax: 202-307-2304
Email: rebecca.ross2@usdoj.gov

Subpoena  #TR20250731133557
USAO #2023R00151
In re PVO:  18 U.S.C.§201
Preparer:  LVILLAMI

Attachment A

**DOCUMENTS TO BE PRODUCED:**

- Any and all slides, charts or demonstratives prepared for or presented at the December 2018 Next Jump Board Meeting;

- Any and all notes, minutes or recordings of the December 2018 Next Jump Board Meeting.

**RECORDS CAN BE PRODUCED TO:**

Special Agent Sebastian Gardner
Federal Bureau of Investigation
Washington Field Office
601 4th Street Northwest
Washington, DC 20535
Sgardner3@fbi.gov


Do not produce any records subject to an attorney-client privilege or other legal privilege.  If you withhold any responsive records due to legal privilege, provide a description or log of the records withheld.

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .

*(name of declarant)*

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR20250731133557 dated July 31, 2025, signed by Assistant United States Attorney <u>Rebecca G. Ross</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____

*(Brief description  of type of documents being subpoenaed)*

_____ responsive to the subpoena.  I understand  how these responsive documents were created.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .

*(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6),  "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

AO 89  (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  24-CR-00265 (TNM)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Next Jump, Inc.
was received by me on *(date)* _____.

_____

I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or, _____

I returned the subpoena unexecuted because: _____

_____
.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                        *Server's signature*

                               _____
                                        *Printed name and title*

                               _____
                                        *Server's address*


Additional information regarding attempted service, etc.:




**SUBPOENA #TR20250731133557**