# Exhibit C



U.S. Department of Justice

*District of Columbia*
*Patrick Henry Building*
*601 D Street N.W.*
*Washington, D.C.  20530*

August 6, 2025

VIA Electronic Mail

Next Jump, Inc.
Custodian of Records

               Re:    U.S v. Yongchul Charlie Kim and Meghan Messenger
                        Crim. No. 24-CR-00265 (TNM)
                        Trial Subpoena No. TR20250806133716

Dear Next Jump, Inc.:

      Enclosed is a trial subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with the trial of the above-referenced case. **The subpoena directs you to appear on Monday, August 18, 2025, before Judge Trevor N. McFadden in Courtroom 2 at 9:00 AM. The subpoena also requires you to appear with the requested records as described in the attached subpoena.** The subpoena also requires you to appear with the requested records as described in the attached subpoena.

      If you need the United States Attorney's Office to arrange your travel and accommodations, please contact our Witness Coordinator, Tonya Jones, at (202) 252-7133, or by email at TONYA.JONES@USDOJ.GOV.  Please call me immediately if there are any scheduling problems.

      We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

                                                          Sincerely,

                                                           /s/Rebecca G. Ross
                                                           Rebecca G. Ross
                                                            Assistant United States Attorney
                                                            601 D Street N.W.  Room #5.1517
                                                           Washington, DC  20530
                                                          202-252-6937
                                                          rebecca.ross2@usdoj.gov

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| v. | ) |
| Yongchul Charlie Kim and Meghan Messenger | ) Case No. 24-CR-00265 (TNM) |
| | ) |
| *Defendants* | ) |

### District of Columbia

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:   Next Jump, Inc.
      Custodian of Records

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia<br>333 Constitution Avenue, N.W,<br>Washington, D.C. 20001 | Courtroom No.: 2 |
|---|---|
| | Date and Time: Monday, August 18, 2025 at 9:00 AM |

   You must also bring with you the following documents, electronically stored information, or objects:

### See Attachment A

(SEAL)

Date: August 6, 2025

                                                                                  *CLERK OF COURT*

                                                                                  _____
                                                                                  *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America , _____ who requests this subpoena, are:

Rebecca G. Ross, Assistant United States Attorney            Subpoena #TR20250806133716
United States Attorney's Office for the District of Columbia  USAO #2023R00151
601 D Street N.W. Room #5.1517                                In re PVO: 18 U.S.C.§201
Washington, DC 20530                                          Preparer: LVILLAMI
Phone: 202-252-6937  Fax: 202-307-2304
Email: rebecca.ross2@usdoj.gov

Attachment A

**DOCUMENTS TO BE PRODUCED:**

- Any and all communications from or to Meghan Messenger or Charlie Kim related to the April 15, 2019, "Ethics and Compliance in Government Contracts" training provided by William Weisberg;

- All records and communications related to meeting invite requests, acceptances or declinations and attendance related to the April 15, 2019, "Ethics and Compliance in Government Contracts" training provided by William Weisberg;

- Any calendar entries, whether electronic or in hard copy, for Meghan Messenger and Charlie Kim for April 15, 2019;

- All records and communications related to the storage of the video of the presentation or slides from the presentation on a share drive or in another format allowing the further viewing of the April 15, 2019. "Ethics and Compliance in Government Contracts" training provided by William Weisberg;

- All records and communications related to the identification of those individuals who accessed or viewed the April 15, 2019. "Ethics and Compliance in Government Contracts" training provided by William Weisberg, after the live presentation was complete.

**RECORDS CAN BE PRODUCED TO:**

Special Agent Sebastian Gardner
Federal Bureau of Investigation
Washington Field Office
601 4th Street Northwest
Washington, DC 20535
Sgardner3@fbi.gov

Do not produce any records subject to an attorney-client privilege or other legal privilege. If you withhold any responsive records due to legal privilege, provide a description or log of the records withheld.

Case No. 24-CR-00265 (TNM)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Next Jump, Inc. _____
was received by me on *(date)* _____.

_____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or, _____

☐ I returned the subpoena unexecuted because: _____

_____
.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____                        _____
                                                                    *Server's signature*

                                            _____
                                                                    *Printed name and title*

                                            _____
                                                                    *Server's address*

Additional information regarding attempted service, etc.:

**SUBPOENA #TR20250806133716**

PLEASE Read FIN-1 instructions before completing this form. Original and one copy required.

**BILL TO:** UNITED STATES ATTORNEY'S OFFICE - DISTRICT OF COLUMBIA
FINANCE SECTION, 601 D STREET N.W., WASHINGTON, D.C.  20530
202-252-1700

DCN (FINANCE use only) **If blank please call 202-252-1700**   C1   LP

## *ADVICE OF OBLIGATION / RECEIVING REPORT*

| 1. AUSA | 2. SUPPORT PERSON | 3. REQUESTING DIV | 4. TELEPHONE CONTACT | 5. USAO NUMBER | 6. GJ DATE |
|---|---|---|---|---|---|
| Rebecca G. Ross | LVILLAMI | CRIMINAL DIVISION | 202-252-6937 | 2023R00151 | |

| 7. CASE NAME | 8. CASE NUMBER | 9. ACCOUNT TYPE | 10. GJ NUMBER |
|---|---|---|---|
| | 24-CR-00265 | DIR O   OCDETF O   HCF O   AF O   ACE O | |

| 11. ESTIMATED DELIVERY DATE | 12. EST. COST (If Over $3,000, MUST be submitted to PROCUREMENT SECT.) | 13. VENDOR NAME | 14. VENDOR TAX I.D. |
|---|---|---|---|
| 8/18/2025 | $75.00 | Next Jump, Inc. Custodian of Records | |

**15. TYPE OF OBLIGATION**

O TRANSCRIPT (Grand Jury)             (25225)         O CONSULTANT                              (25107/25LC)
O TRANSCRIPT (Court)                      (25225)         ● LEGAL RESEARCH                       (25213)
O TRANSCRIPT (Deposition)              (25225)         O CERTIFIED CONVICTION              (25213)
O FILING (Copy Abstract of Title, Filing Document Required)   (25215)     O OTHER (Specify below)     (25107)
O STENOGRAPHY& INTERPRETER SERVICES    (25206)

**16. TYPE OF TRANSCRIPT REQUESTED** | **16a. For Court Reporter requests ONLY** | **17. TRANSCRIPT TYPE** | **18. TRANSCRIPT FORMAT**

O REGULAR                         O SPECIAL (Hourly – Approval Required)       O COPY          O FULL PAGE
O INTERMEDIATE               O EXPEDITE (Approval Required)                  O ORIGINAL   O CONDENSED
O DAILY (Approval Required)   O EXPRESS (Approval Required) (3 Days)   O TAPE           O ELECTRONIC

**19. REQUESTED ITEM**

TR20250806133716

| 20. SIGNATURE OF REQUESTOR | 21. DATE | 22. APPROVED BY (Must have OBD-234 on File) | 23. DATE |
|---|---|---|---|
| Typed/Printed Name of Requestor | | Typed/Printed Name of Approving Official | |

| 24. FUNDS CERTIFICATION | 25. DATE | | |
|---|---|---|---|

**26. INVOICE**

| Number and Date of Order | Date of Delivery or Service | Articles of Service(s) | Transcript Type | Quantity | Unit Price Cost | Per | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

Payee Signature: _____   Date: _____   *No payments should be made unless expenses are itemized.

**27. CERTIFICATION**
*I certify that these goods and/or services were received on _____ (date) and accepted on _____ (date).  Oral purchase was authorized and no confirming order has been issued."*

_____           _____
                        SIGNATURE                                                                                 DATE

Printed or Typed Name and Title: _____

ORIGINAL – Finance        COPY – Originating Office                                                                    FIN-1  07/14

# **DECLARATION OF CUSTODIAN OF RECORDS**

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
*(name of declarant)*

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR20250806133716 dated August 6, 2025, signed by Assistant United States Attorney <u>Rebecca G. Ross</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
*(Brief description of type of documents being subpoenaed)*
_____ responsive to the subpoena.  I understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .
*(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

| U.S. Department of Justice | Request for Financial Information Under the Right to Financial Privacy Act (RFPA) |
|---|---|
| Washington, D.C. 20530 | (Order, Invoice and Receiving Report) |

This form shall be used when requesting financial records of individuals and partnerships of five or fewer individuals under the RFPA.

| 1 Requisition/Commitment No. and Tracking No: **TR20250806133716** | 2 Date Order Prepared: **8/6/2025** | 3 USAO Number: **2023R00151** |
|---|---|---|

## Section A - Order and Reimbursement Limit

| 4A Name and Address of Financial Institution: **Next Jump, Inc. Custodian of Records** | 4B Name of Financial Institution Representative: |
|---|---|
| | 4C Telephone Number: |
| | 4D E-Mail Address: |

| 5A Deliver Records To: **Rebecca G. Ross** **601 D Street N.W. Room #5.1517** **Washington, DC  20530** | 5B Send Completed USA-211 Form & Invoice To: | 6 Return Date **8/18/2025** |
|---|---|---|

7A Remarks: Do not proceed with compliance if the total cost will exceed  $200.00  without prior approval.  To obtain approval, call the requestor listed in Item 22. If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.  Please see attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor (AUSA): **Rebecca G. Ross/LVILLAMI** | 9 USAO Telephone Number: **202-252-6937** | 10 Date of request: **8/6/2025** |
|---|---|---|

## Section B - Financial Institution Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number: | | Unit Price | | |
|---|---|---|---|---|
| 11B Tax ID Number: | Quantity | Cost | Per | Amount |
| 11C Service(s)/Records Provided: | | | | |
| a. Searching and processing costs (clerical or technical personnel) | | $22.00 | Hour | $0.00 |
| b. Searching and processing costs (management/supervisory personnel | | $30.00 | Hour | $0.00 |
| c. Searching and processing costs (computer support specialist) | | $30.00 | Hour | $0.00 |
| d. Reproduction Costs (Photocopying) - **Note: Copy charges will be disallowed if the information is stored electronically, unless the US Attorney's Office requests paper. | | $0.25 | Page | $0.00 |
| e. Reproduction Costs (Paper Copies of Microfiche: provide justification) | | $0.25 | Frame | $0.00 |
| f. Reproduction Costs (Duplicate Microfiche: provide justification) | | $0.50 | Microfiche | $0.00 |
| g. Storage Media Cost (e.g., Compact Disc, DVD, etc., at Actual Cost) | | | | $0.00 |
| h. Transportation Costs (Direct Costs Only) | | | | $0.00 |

In Item #12, pursuant to 18 U.S.C. § 1001, I certify under penalty of perjury that, to the best of my knowledge, the services invoiced above (or in an invoice submitted along with this certification) accurately identify the actual quantities of hours, pages, and microfiche and that any other charges represent the actual costs of the services or goods being invoiced or, if actual costs cannot be identified, the charges represent good faith estimates of the actual or direct costs. I further certify under penalty of perjury that all services invoiced were not performed relative to corporate accounts and pertain only to accounts of individuals or partnerships of five or fewer individuals.

| 12A Name of Financial Institution Official: | 12B Signature of Institution Official: | 13 Date Signed: | 14 Total Amount Claimed By Financial Institution | |
|---|---|---|---|---|

## Section C - Receiving Report

| | | | 15 Disallowance (See Attached) |
|---|---|---|---|
| 16 Date Materials Received: | 17 I certify that the articles and services listed were received: | 18 Date Signed: | 19 Net to Financial Institution |

| 20 Right to Financial Privacy Act - Public Law 95-630 (12 U.S.C. 3401-3422) Request Pursuant To:    (Check One Only) | SPENDING OBJECT CODE 25202 | 21 Signature of Reviewing Official:    Date: |
|---|---|---|
| | SUB SPENDING OBJECT CODE | 22 Accounting/Funding Information: |

| SECTION | | | |
|---|---|---|---|
| ☐ | 3404 | Customer Authorization | 2545 |
| ☐ | 3405 | Administrative Subpoena or Summons | 2545 |
| ☐ | 3406 | Search Warrant | 2545 |
| ☐ | 3407 | Judicial Subpoena | 2545 |
| ☐ | 3408 | Formal Written Request | 2545 |
| **X** | 3413 | Grand Jury Subpoena | 2545 |
| ☐ | 3414 | Special Procedures | 2545 |

Activity Group/Code:

Fund Code:

Finance Point of Contact:

Requisition/Call No.:

Commitment Document No.:

Header Accounting Line Number:

[Reserved for Local Use]:

23 Remarks:

24 To the best of my knowledge, the financial records received, for which we are being billed, are those of an individual or partnership of five or fewer individuals.

Signature of United States Attorney's Office Representative                    Date

FORM USA-211
DEC. 2023