UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>YONGCHUL "CHARLIE" KIM, and MEGHAN MESSENGER,<br><br>Defendants. | Case No. 1:24-cr-00265-TNM<br><br>**REDACTED** |

### YONGCHUL "CHARLIE" KIM'S, MEGHAN MESSENGER'S, AND NEXT JUMP, INC.'S SUPPLEMENT IN SUPPORT OF THEIR CROSS-MOTION TO QUASH TRIAL SUBPOENA, EXCLUDE PRIVILEGED EVIDENCE, AND IMPOSE SANCTIONS

An email from Attorney Weisberg to Next Jump's outside counsel yesterday (attached as Exhibit 1) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. In the email, Attorney Weisberg ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" This confirms the existence of the attorney-client relationship, which the government has denied, and makes it *extremely* unlikely that Attorney Weisberg ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Specifically, Attorney Weisberg's email ▮▮▮▮▮▮▮▮▮▮ the government's repeated assertions that Attorney "Weisberg ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) As the Court is aware, Attorney Weisberg's purported disclaimer of any attorney-client relationship ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

(*See* ECF No. 250-2 at 3, 8-9, 10-11, 24-25; ECF No. 271 at 1, 2, 10-11, 13.)

1

Mr. Weisberg also ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. These new facts confirm Movants' position and, at a minimum, support their request for an evidentiary hearing if the Court is considering permitting the government to use Next Jump's privileged materials.

Respectfully submitted,

DATED August 15, 2025     /s/ William A. Burck
William A. Burck

| | |
|---|---|
| Reed Brodsky<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Work: (212) 351-5334<br>Mobile: (917) 574-8200<br>rbrodsky@gibsondunn.com<br><br>*Counsel for Defendant Meghan Messenger*<br><br><br>Albert B. Stieglitz, Jr. (DC Bar No. 90007779) (*pro hac vice* pending)<br>ALSTON & BIRD LLP<br>950 F Street NW<br>Washington, D.C. 20004<br>Tel: (202) 239-3300<br>Fax: (202) 239-3333<br>albert.stieglitz@alston.com<br><br>Haejin Shim (*pro hac vice*)<br>SHIM & ASSOCIATES, P.C.<br>1270 Broadway #305<br>New York, NY 10001<br>Work: (201) 482-0749<br>hshim@shimassociates.com<br><br>*Counsel for Third-Party Intervenor Next Jump, Inc.* | William A. Burck (DC Bar No. 979677)<br>Avi Perry (DC Bar No. 90023480)<br>John (Fritz) Scanlon (DC Bar No. 983169)<br>Rachel G. Frank (DC Bar No. 1659649)<br>Brett Raffish (DC Bar No.: 90023306)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br>williamburck@quinnemanuel.com<br>aviperry@quinnemanuel.com<br>fritzscanlon@quinnemanuel.com<br>rachelfrank@quinnemanuel.com<br>brettraffish@quinnemanuel.com<br><br>Christopher Clore (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 5th Avenue<br>New York, NY 10016<br>Tel: (212) 849-7000<br>Fax: (212) 849-8100<br>christopherclore@quinnemanuel.com<br><br>*Counsel for Defendant Yongchul "Charlie" Kim* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date, a copy of the foregoing pleading was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF and served to all counsel of record via electronic mail.

                                        */s/ William A. Burck*
                                        William A. Burck (DC Bar No. 979677)

Dated: August 15, 2025