UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 24–265 (2)(3) (TNM) |
| | : | |
| YONGCHUL "CHARLIE" KIM, and MEGHAN MESSENGER, | : | |
| | : | |
| Defendants. | : | |

### UNITED STATES' SUPPLEMENT TO ITS MOTION *IN LIMINE* TO ADMIT CERTAIN EVIDENCE AND ARGUMENT

On May 30, 2025, the Government moved *in limine* for a pre-trial order finding authentic certain records pursuant to Federal Rule of Evidence 902. ECF No. 178.

Earlier today, on August 15, 2025, the Government obtained additional declarations, attached hereto as Attachment A, intended to satisfy Federal Rule of Evidence 902. This includes declarations from the following entities and individuals:

- Next Jump.

The Government incorporates its arguments from its original motion *in limine*, *see* ECF No. 178, and moves for a pre-trial order finding that the records introduced through the use of the certifications attached as Attachment A are authentic.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

2

By     /s/
Rebecca G. Ross (NY Bar No. 5590666)
Brian P. Kelly (DC Bar No. 983689)
Joshua S. Rothstein (NY Bar. No. 4453759)
Sarah Santiago (GA Bar No. 724304)
Sarah Ranney (NY Bar No. 5050919)
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Office: (202) 252-4490