NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

    vs.                                    Criminal Number   1:24-cr-00265-TNM

Yongchul "Charlie" Kim and Meghan Messenger

    (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA          ☑  RETAINED          ☐  FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Albert B. Stieglitz, Jr. (DC Bar #90007779)
*(Attorney & Bar ID Number)*
Alston & Bird LLP
*(Firm Name)*
950 F Street, NW
*(Street Address)*
Washington, DC 20004
*(City)*          *(State)*          *(Zip)*
(202) 239-3168
*(Telephone Number)*