1:24-cr-00265-TNM
DEFENSE EXHIBIT
DX 434

**From:** Charlie Kim <ckim@nextjump.com>
**Sent:** Fri 4/9/2021 8:49:01 PM (UTC)
**To:** ▮▮▮▮@skadden.com" ▮▮▮▮@skadden.com>, ▮▮▮▮" ▮▮▮▮@skadden.com>
**Cc:** Meghan Messenger <mmessenger@nextjump.com>
**Subject:** FW: Next Jump Update...

▮▮▮▮ – wanted to give you guys an update...I don't know what happened but it's like a nuclear bomb went off in our inbox...want to keep you as partners updated so sharing what we just sent to our investors...

From: Charlie Kim
Sent: Friday, April 9, 2021 4:46 PM
To: Charlie Kim <ckim@nextjump.com>; Meghan Messenger <mmessenger@nextjump.com>
Subject: Next Jump Update...

Dear Investors,

We've had several people writing in asking for an update. Our hair is on fire, more going on than ever in more different ways than imagineable.
Investor financial update on our list, but wanted to give you a quick update here:
NAVY – we were finally able to engage with Bob Burke (former CNP – head of Navy HR, the former VCNO – 4-star, to now 1 of 3 Fleet Commanders (Navy talk for owning the headcount of warfighting sailors) in charge of Europe and Africa for the Navy). The activity in the middle east has led to several canceled meetings. Also given US Navy's size/strength, the senior admiral also becomes the Commanding Officer for NATO (29 countries).

Probably the best meeting to date with Bob Burke. Product is spot on to the needs of his sailors and wants to re-up our engagement for HR software. We had to end the hour meeting b/c we teach a weekly Leadership In Practice class where a few hundred people were waiting (otherwise would have of course continued the meeting). He asked for more time. Additionally, we are working on creating a JV partnership with retired 3-star and 4-stars from Navy and Air Force (all relationships we've built over the years) where they would do the sales process into DoD and per $100MM in sales, we would share $10MM in revenues. Early discussions have them moving aggressively trying to get more time on our calendars. The former pCNO – Bill Moran, who initially approved our $100MM engagement, is 6 months away from his "cooling off" period, wanted to wait...however Bob Burke (was Moran's VCNO) said don't worry, "I'll get him for you now". He then asked us if he could be an ambassador/custodian for NxJ as soon as possible (even while in the position) which we thought would be a conflict, however he said as long as we aren't a defense contractor (selling war fighting materials), he can work around out the details – which his civilian counterpart said would follow up. We explained that "No, we don't sell any jet parts but we do sell we sell diapers and discounted hotel rooms."

Lastly – probably the best way to catch up on the products and NxJ development is an update we gave in the class we teach. Ever since COVID hit in mid-march, we teach a weekly Leadership In Practice class, the title for class #49 was: "Who Will Be the Next Trillion $ Company" – a lot of buzz circling around that we are solving what may be the largest problem for the next 100 years - tied to

PEOPLE as the new competitive advantage and asset class for success (or failure if done badly).

If you get a chance, please watch and would welcome any thoughts.

Regards,
Charlie

**LIP: Leadership In Practice #49: "Who Will Be the Next Trillion $ Company?"**
https://edu.perksatwork.com/course/leadership-in-practice/?class_uuid=c7e07abd-9264-11eb-a3df-02461ec02d07