# EXHIBIT 1

# GX 161-O

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 60 | Date Range: 10/4/2022 |

## Outline of Conversations

 **CHAT - E002_0000001 - 01248 - 2022/10/04** • 60 messages on 10/4/2022 • Kim, Yongchul "Charlie" <(646) 623-7000> • Meghan Messenger <mmessenger@nextjump.com>

**Messages in chronological order** (times are shown in GMT +00:00)

### 💬 CHAT - E002_0000001 - 01248 - 2022/10/04

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/4/2022, 10:18 AM
Forgot matthew has soccer tbis am heard mark wake 6am and can't fall back arfh arfh argh

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/4/2022, 11:15 AM
Oh no. Damn soccer

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/4/2022, 11:16 AM
Yeah it's bad I couldn't fall back. Normally I can b/c just so tired but this new situation with Burke and just change of stuff making it impossible

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/4/2022, 11:17 AM
Sorry. I struggled to fall asleep and then restless in am like not sure if awake or asleep

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/4/2022, 11:23 AM
I wanna cry. I don't know how I'm gonna make it

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/4/2022, 11:29 AM
?

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/4/2022, 11:30 AM
I don't know either. In and out of consciousness

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/4/2022, 11:48 AM
Mark coming up with me we hired a cleaning lady to come every other week starting today since I can't take it

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/4/2022, 11:48 AM
Told him you're coming with me to drive me so can talk and work before and after my doc appt - so awkward

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/4/2022, 11:49 AM
Ok assume me better than mark

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/4/2022, 11:49 AM
I feel we can talk and do work

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/4/2022, 11:49 AM
Sorry either way

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/4/2022, 11:50 AM
Ella asking me how burkes first day. Said stressful

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/4/2022, 12:24 PM
Didn't realize was pouring was too late to get umbrella or B would be late. I'm soaked so annoyed at mark but he said wasn't raining at 6:30
When he brought matthew.

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/4/2022, 12:24 PM
Running up to change socks soaked so annoyed

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/4/2022, 12:34 PM
Argh sorry. I have coffee and apples

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/4/2022, 12:35 PM

Bumped into Burke walking up our stairs. He looked head down asked him if he's getting used to the place. He said have to stir up some creative thoughts

M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 12:44 PM

The garage has cars hanging out of it - I can't get in. Would have to prob wait 10 mins just to come back down.

M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 12:45 PM

Parked out front of office I can't come up. Will wait for you down here when ready. Mark can sit in it if want me to come up. I'm so cranky I would rather wait 10 mins for you to come down. And get there early and get this over with.

YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 12:47 PM

Ok I'll bring your coffee down

M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 12:49 PM

Coming up

M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 12:49 PM

Mark waiting in car for me

YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 12:53 PM

I'm in your car

YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 12:53 PM

Have your coffee and apples in zip lock

M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 12:54 PM

Oh I just went upstairs

M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 12:54 PM

So confused

YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 1:39 PM

Like this song. Used to love

Attached URL: https://p67-content.icloud.com/M9D2E6D80FCEFFBC5D9F4A94D72785BC1AE7E009768F78D52861BF002B1D309D2.C01USN00
Attachment Title: IMG_2254.HEIC

*Attachment: IMG_2254.HEIC (2 MB)*

YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 1:39 PM

Mad traffic but I'm trying to maneuver to 61st so when you get out right in front plus way back has us go across 61st until fifth Ave

M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 1:41 PM

Thanks just checking in thank god I had a mask can't come in building without one so not used to it anymore

M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 1:41 PM

Liked an image

M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 1:43 PM

No rush to get back will prob be an hour when all said and done cuz both mammogram and ultrasound but once they take me it's usually fastish will let you know - there is a window where I won't be allowed to have my phone with me

YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 1:43 PM

Liked "No rush to get back will prob be an hour when all said and done cuz both mammogram and ultrasound but once they take me it's usually fastish will let you know - there is a window where I won't be allowed to have my phone with me "

| | | |
|---|---|---|
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>I'm on 61st on south side. Across from where says red park here signs | 10/4/2022, 1:49 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>No standing any time so if have to move will let you know | 10/4/2022, 1:50 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Ok I just got the mammogram but now waiting for the ultrasound process | 10/4/2022, 2:07 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>Hurt? | 10/4/2022, 2:12 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>Burke sent his omm | 10/4/2022, 2:14 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Done | 10/4/2022, 2:22 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Coming down | 10/4/2022, 2:23 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Mark talked to Burke | 10/4/2022, 3:35 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Think mark In gym | 10/4/2022, 3:35 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Going to talk to him for a min after my diahrea | 10/4/2022, 3:35 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>Laughed at "Going to talk to him for a min after my diahrea " | 10/4/2022, 3:35 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>I'm in our office. Got you yea | 10/4/2022, 3:41 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>Tea | 10/4/2022, 3:41 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Talking to mark real quick be down few mins | 10/4/2022, 3:44 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>Macky just got here see vornado login | 10/4/2022, 3:45 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>🙁 feeling sad and sorry about today just hard shit | 10/4/2022, 10:53 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>B came home with 2-inch splinter in his ass sat with 2 hours after recess | 10/4/2022, 10:53 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>Same I feel sad and feel bad in my head | 10/4/2022, 11:18 PM |

| | | |
|---|---|---|
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 11:19 PM |
| | What? Jesus he has grit. I hope he feels better. Does the bigger ass help him some? | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 11:19 PM |
| | I'm reading Burke note. First two pages much more real and juicy so far | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 11:31 PM |
| | Laughed at "What? Jesus he has grit. I hope he feels better. Does the bigger ass help him some?" | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 11:32 PM |
| | Ok was about to read too - taking shower to try reset feel so gross | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 11:32 PM |
| | Forgot kids don't have school tomorrow like what day is it where am I, what's happening blah | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 10/4/2022, 11:32 PM |
| | Gonna eat some cookies | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 11:38 PM |
| | Loved "Ok was about to read too - taking shower to try reset feel so gross " | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 11:38 PM |
| | I did same. Shower to reset | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 11:38 PM |
| | Laughed at "Gonna eat some cookies " | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 10/4/2022, 11:38 PM |
| | I had slice of pizza. Ella almost threw it away. I think I almost tackled her | |