# EXHIBIT 3

# GX 161-B

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 50 | Date Range: 10/12/2022 |

## Outline of Conversations

 **CHAT - E002_0000001 - 01248 - 2022/10/12** • 50 messages on 10/12/2022 • Kim, Yongchul "Charlie" <(646) 623-7000> • Meghan Messenger <mmessenger@nextjump.com>

**Messages in chronological order** (times are shown in GMT +00:00)

---

**CHAT - E002_0000001 - 01248 - 2022/10/12**

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 3:31 AM
I'm sorry bffl. This feels so hard but think both of us don't want insanity/ the same repeated

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 3:40 AM
Yeah I hear you we both want same thing or to stop the insanity at least. I'm sorry too.

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 3:41 AM
It's like it's not supposed to be easy - this is hard but the same hard over and over feels crazy.

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 3:49 AM
Yeah I feel at some point we both don't want to admit but when something isn't working, it ends up being this hard

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 3:49 AM
And I don't know if that means we're not good or right together. I don't know but there is an element of exploring more and aggressively Vs playing safe and scared

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 3:50 AM
The whole horse shoe coaching. If trending up minor adjustments. If tending flat or down, major adjustments

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 3:51 AM
I think that is where it gets tricky - the biz 1 is flat, but making us all the $. Biz 2 is not a real business yet but has early signals of success (leading indicators).

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 3:52 AM
If it was so obvious down we would have done something more drastic like you said on way home biz 1 if was dying we would have done something different

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 3:53 AM
I think what feels different is 2 new senior hires and can't tell what they will contribute yet and yet Dani has done some good work / value add but I can feel his insecure and arrogance coming out and I don't know what that will do with Burke now here I honestly don't know the dynamics good be good but have high chance of going wrong way since Tom is all f'd up too.

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 3:54 AM
Anyway I think I'm scared that I'm no good without you so fear you dropping me

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 3:55 AM
And yet that doesn't have to be the major adjustment it's just in my head very scary - I know we can operate together and not do as much OODing and late nights is a change that we don't know what will do

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 3:55 AM
Just feel scared despite anxious to try different cuz what we are doing is painful and is not working

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 3:56 AM
I think there is a scary anxiousness of both of us dropping each other

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 3:57 AM
We have become so dependent on each other and I don't know if that's good, when Mondays turns out like this repeatedly. Something is definitely not right

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 3:57 AM
Feel every week we go through crucible to fix our partnership and it's almost like relationships that fight that much. Something is wrong

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 3:58 AM
I think on top of it I haven't been able to sense make what went wrong post CoVID. So want to look at it from different lens and angle

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 4:02 AM
Post CoVID is when we got even more dependent on each other b/c we really only had each other. It was trending there with all the navy work and traveling more together doing the sales, then CoVID hit and we got even closer though the crisis.

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 4:02 AM
But the crisis hasn't ended - it's like a prolonged 911 that hasn't reset to any real normal that feels sustainable.

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 4:04 AM
I don't know how much is relative to others and in our head more trying to win when we haven't recovered yet from the trauma of what we just went through and are going through. Like no time to reset besides Miami and even then our 2 top guys showed incompetence.

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 4:06 AM
I can see it be helpful to map out the different phases of what we've gone through since CoVID. Despite what it might trigger in each other I don't know could help to just map it out or maybe you've kept it less fuzzy but I know my pattern is to keep it fuzzy then feel fuzzy future not so motivating / complacent to change.

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 4:11 AM
Interesting idea. I'm open to doing it.

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 4:11 AM
I feel like it's so scary it's easiest to come back to being close but I feel like narrating and keep remembering how horrible Mondays are is what I feel helps to make a change Vs easiest to change nothing meaningful

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 4:13 AM
Yes that's smart to keep remembering the Monday Vs we can forget it come thurs/ Friday but then start all over again. Like the whole pain of having a baby you forget then like oh shit remember it when having the second.

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 4:14 AM
Can see a ritual change is needed to for the change to be meaningful too

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 4:16 AM
Liked "Can see a ritual change is needed to for the change to be meaningful too"

**M**    **Meghan Messenger <mmessenger@nextjump.com>**    10/12/2022, 4:16 AM
But yes scared and afraid to change too much too fast despite it's what's needed when outcome not there. I just think is fighting isn't exactly outcome not there we could over do something when the early signals are good and we are just frustrated. Sounds like spoken from a non-risk taker, but being serious in that our pain and fighting is different from looking at pure biz results.

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 4:17 AM
I'm not sure I'm quite following

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 4:17 AM
I know on mission side your insight was a good one that will help Crm and cubs and should do same for Graham and Tom. Biz 1 and biz 2 help

**YK**    **Kim, Yongchul "Charlie" <(646) 623-7000>**    10/12/2022, 4:18 AM
On us as team, issue of Monday is not going away. And I don't believe mission will
Change that but then who knows. I just sense deep down from my end that seems not enough. But maybe I'm being

immune system speaking? Can't tell

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/12/2022, 4:19 AM
I read Dana and Laura omm. Basically we made the right call shows up in how they feel. Right call for now. Early signals.

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/12/2022, 4:19 AM
I'm going to try and watch something so can fall asleep

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/12/2022, 4:19 AM
Too wired

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/12/2022, 4:19 AM
And scared

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/12/2022, 4:20 AM
Sorry not sure what you mean what's not enough

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/12/2022, 4:21 AM
I agree the moves on helping cubs and tomorrow with Tom/ Graham not enough to win at all

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/12/2022, 4:21 AM
We need to fix us/ not keep repeating Mondays like we are

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/12/2022, 4:22 AM
I'm scared too. Wide awake.

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/12/2022, 4:22 AM
Guess we can talk tomorrow.

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/12/2022, 4:22 AM
And try and rest

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/12/2022, 4:23 AM
Liked "We need to fix us/ not keep repeating Mondays like we are "

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/12/2022, 4:24 AM
I mean mission success does impact team. Mission up and team stress down. But I don't think it's enough to fix the broken issue we have between us.

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/12/2022, 4:24 AM
I don't know but we can talk more tomorrow. Yeah wide awake. I need something to completely make me forget all this. Going to watch comedy to try

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/12/2022, 10:04 AM
Woke up 5am and couldn't fall back

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/12/2022, 11:31 AM
I was up from 2-4

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/12/2022, 11:31 AM
Hurts across board

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/12/2022, 11:32 AM
I hurt a lot

| | | |
|---|---|---|
| M | **Meghan Messenger <mmessenger@nextjump.com>** <br> Bringing Matthew to zero block again so I should be there by 8:30'latest | 10/12/2022, 11:45 AM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** <br> Liked "Bringing Matthew to zero block again so I should be there by 8:30'latest" | 10/12/2022, 11:46 AM |
| M | **Meghan Messenger <mmessenger@nextjump.com>** <br> PRT is in flagship | 10/12/2022, 5:09 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** <br> I saw and don't care | 10/12/2022, 5:11 PM |