# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **YONGCHUL CHARLIE KIM** and **MEGHAN MESSENGER**, <br><br> Defendants. | Case No. 1:24-cr-00265 (2) (3) (TNM) |

## ORDER

Before the Court are several unopposed motions to seal from the various parties. *See* ECF Nos. [213], [239], [244], [271], [277], and [278]. After an examination of each of these motions, the Court finds that the *Hubbard* factors favor sealing all of the underlying materials. *See EEOC v. Nat'l Children's Ctr., Inc.*, 98 F.3d 1406, 1409 (D.C. Cir. 1996) (identifying factors). All of these motions are accordingly **GRANTED.** The Clerk of Court is directed to docket each of the underlying documents under seal.

**SO ORDERED**.

Dated: August 22, 2025                    TREVOR N. McFADDEN, U.S.D.J.