# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**YONGCHUL "CHARLIE" KIM and MEGHAN MESSENGER,**<br><br>Defendants. | Case No. 1:24-cr-00265-TNM |

## DEFENDANTS YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S JOINT NOTICE OF PROPOSED JURY INSTRUCTION

**Charged Offense Distinguished from Compliance and Rules**

You have heard evidence of ethical regulations and policies issued by the U.S. Navy, and evidence of compliance rules issued by Next Jump, Inc.

Even if there is evidence that a defendant violated any compliance policies of Next Jump, Inc. or ethics regulations or policies of the U.S. Navy, that violation would not, standing alone, be sufficient to convict a defendant. A company's compliance policies and the rules or regulations of the U.S. Navy are not necessarily the same as federal law governing the alleged criminal offense. So even if you were to find that a defendant violated a compliance policy or rule, that does not necessarily mean that there was a violation of the law.

These instructions that I am giving to you comprise the federal law that you are to apply. You must apply the law I have given you and the government must prove a violation of the law beyond a reasonable doubt.

Respectfully submitted,

DATED August 27, 2025                          /s/ William A. Burck

| | |
|---|---|
| Reed Brodsky (*pro hac vice*) | William A. Burck (DC Bar No.: 979677) |
| GIBSON, DUNN & CRUTCHER LLP | Avi Perry (DC Bar No.: 90023480) |
| 200 Park Avenue | John (Fritz) Scanlon (DC Bar No.: 983169) |
| New York, New York 10166 | Rachel G. Frank (DC Bar No.: 1659649) |
| Work: (212) 351-5334 | Brett Raffish (DC Bar No.: 90023306) |
| Mobile: (917) 574-8200 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| rbrodsky@gibsondunn.com | 1300 I Street NW, Suite 900 |
| | Washington, D.C. 20005 |
| Simone Rivera (*pro hac vice*) | Tel: (202) 538-8000 |
| GIBSON, DUNN & CRUTCHER LLP | Fax: (202) 538-8100 |
| 200 Park Avenue | williamburck@quinnemanuel.com |
| New York, New York 10166 | aviperry@quinnemanuel.com |
| Tel: (212) 351-6312 | fritzscanlon@quinnemanuel.com |
| srivera@gibsondunn.com | rachelfrank@quinnemanuel.com |
| | brettraffish@quinnemanuel.com |
| *Counsel for Defendant Meghan Messenger* | |
| | Christopher Clore (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 295 5th Ave |
| | New York, NY 10016 |
| | Tel: (212) 849-7000 |
| | Fax: (212) 849-8100 |
| | christopherclore@quinnemanuel.com |
| | |
| | *Counsel for Defendant Yongchul "Charlie" Kim* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a copy of the foregoing filing was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF and served to all counsel of record via electronic mail.

                                              /s/ *William A. Burck*
                                           William A. Burck (DC Bar No.: 979677)

Dated: August 27, 2025