# EXHIBIT A

1. **Defense Theory of the Case**

First, Mr. Kim and Ms. Messenger contend that they acted in good faith and therefore did not act "corruptly" as that term is defined in the jury instructions for bribery.

Second, Mr. Kim and Ms. Messenger contend that they did not give, offer, or promise Admiral Robert Burke a job at Next Jump with the intent to influence Admiral Burke in the performance of an official act, namely the award of Next Jump's January 2022 contract with the U.S. Navy.