# EXHIBIT C

**1.      Charged Offense Distinguished from Compliance and Rules**

You have heard evidence of ethical regulations and policies issued by the U.S. Navy, and evidence of compliance rules issued by Next Jump, Inc.

Even if there is evidence that a defendant violated any compliance policies of Next Jump, Inc. or ethics regulations or policies of the U.S. Navy, that violation would not, standing alone, be sufficient to convict a defendant. A company's compliance policies and the rules or regulations of the U.S. Navy are not necessarily the same as federal law governing the alleged criminal offense. So even if you were to find that a defendant violated a compliance policy or rule, that does not necessarily mean that there was a violation of the law.

These instructions that I am giving to you comprise the federal law that you are to apply. You must apply the law I have given you and the government must prove a violation of the law beyond a reasonable doubt.