UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

vs. : Criminal Case No.: 24-265-3 (TNM)

MEGHAN MESSENGER, :

      Defendant. :

### RIGHT TO TESTIFY

I understand that as a criminal defendant I have a fundamental constitutional right to testify in my own behalf, that this right is personal to me, and that this fundamental constitutional right cannot be waived or given up for me by my lawyer. I acknowledge that this fundamental constitutional right has been explained to me by the United States District Judge Trevor N. McFadden, presiding judge, and that it is my decision:

_____ TO TESTIFY

__√__ NOT TO TESTIFY

This the __2Nd__ day of September, 2025.

_____
MEGHAN MESSENGER - Defendant

_____
Attorney for Defendant

WITNESSED BY:

_____
Trevor N. McFadden
United States District Judge