CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

~~BURKE et al~~ Kim Messinger

Civil/Criminal No.: ~~24-CR-265-2,3 (TNM)~~
24-CR-265(TNM)

### NOTE FROM JURY

Juror 12 has a vacation that has been planned for months, with flights that commence on Saturday 10/7.

We also have the wrong paperwork (see above)

Date: Sept 4

Time: 4:10 pm