CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KIM, MESSENGER

Civil/Criminal No.: 24-CR-265 (TNM)

## NOTE FROM JURY

Hi M! We have created a document on the laptop (rather than write everything by hand). Can you please confirm that if we save a doc on the laptop that it will still be there Monday? The computer does not automatically wipe/clear itself - does it?

Thank you!

Date: Sept 5 2025

Time: 4:15 pm