CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KIM, MESSENGER

Civil/Criminal No.: 24-CR-265 (TNM)

## NOTE FROM JURY

The jury is at an impasse

Date: Sept 8 2025

Time: 4:54