|               |   |
|---------------|---|
| Government    |   |
| Plaintiff     |   |
| Defendant     | X |
| Joint         |   |
| Court         |   |

UNITED STATES OF AMERICA  
VS.  
ROBERT P. BURKE, ET AL  

Civil/Criminal No. 1:24-cr-00265-TNM

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | July 12, 2017 Email from H. Shelanski to J. Richardson and M. McCartney | | | | |
| 2 | July 2017 Email Exchange between H. Shelanski, C. Kim, and others | 08/27/25 | 08/27/25 | SHELANSKI | |
| 3 | October 2019 Email Exchange between G. Kunkel, T. Fuller, and J. Raimondo [with attachment] | 08/27/25 | — | KUNKEL | |
| 4 | August 2017 Email Exchange between D. Cooper, C. Kim, and others | | | | |
| 5 | August 29, 2017 Email from R. Burke to W. Moran, J. Richardson, and others | 08/27/25 | — | SHELANSKI | |
| 6 | August 2017 Email Exchange between C. Kim, D. Platz, and others | | | | |
| 7 | September 2017 Email Exchange between M. Brown, K. Toney, and others | 08/28/25 | 08/28/25 | KIM | |
| 8 | September 2017 Email Exchange between C. Engdahl, M. Messenger, and others | | | | |
| 9 | July 24, 2018 PowerTrain Proposal | 08/28/25 | 08/28/25 | KIM | |
| 10 | September 2019 Email Exchange between M. Messenger, G. Kunkel, and others | | | | |
| 11 | July 31, 2018 Task Order | 08/25/25 | 08/25/25 | GARDNER | |

| | | | | | |
|---|---|---|---|---|---|
| 12 | August 1, 2018 PowerTrain Purchase Order | | | | |
| 13 | August 2018 Email Exchange between R. Burke and others | 08/20/25 | — | BEYLER | |
| 14 | August 2018 Email Exchange between J. Beyler, E. Ingram, and others | | | | |
| 15 | September 2018 Email Exchange between J. Beyler, S. Easter, and others | | | | |
| 16 | September 21, 2018 Task Order | 08/21/25 | 08/21/25 | KRAUS | |
| 17 | September 26, 2018 Next Jump Invoice | | | | |
| 18 | December 2018 Email Exchange between R. Burke and others [with attachment] | | | | |
| 19 | September 22, 2018 Email from R. Burke to T. Moore, L. McCollum, and others [with attachment] | | | | |
| 20 | October 2018 Email Exchange between R. Burke, C. Kim, and others | | | | |
| 21 | October 25, 2018 Document Entitled, "Next Jump CEOs Introduction" | | | | |
| 22 | December 1, 2018 PowerTrain Purchase Order | | | | |
| 23 | January 18, 2019 Next Jump Invoice | | | | |
| 24 | March 2019 Email Exchange between J. Beyler, J. Ludovici, and others | | | | |
| 25 | February 12, 2019 Email from M. Klein to R. Burke, K. Cozad, and others | | | | |
| 26 | April 2019 Email Exchange between R. Burke, J. Beyler, and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 27 | April 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| 28 | April 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| 29 | May 2019 Email Exchange between J. Beyler, J. Raimondo, and others | | | | |
| 30 | May 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | 08/28/25 | 08/28/25 | KIM | |
| 31 | July 2019 Email Exchange between R. Burke, J. Nowell, and J. Beyler | 08/20/25 | 08/20/25 | BEYLER | |
| 32 | August 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| 33 | August 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| 34 | August 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| 35 | September 2019 Email Exchange between C. Kim, J. Hilliard, and others | | | | |
| 36 | September 2019 Email Exchange between R. Burke, J. Raimondo, and B. Mietus | | | | |
| 37 | October 2, 2019 Email from C. Kim to others [with attachments] | | | | |
| 38 | October 2019 Email Exchange between T. Fuller, C. Kim, and others | | | | |
| 39 | October 2019 Email Exchange between C. Kim, B. Mietus, and others | 08/20/25 | — | MIETUS | |
| 40 | November 2019 Email Exchange between C. Kim, R. Burke, and M. Messenger | 08/28/25 | — | KIM | |
| 41 | November 2019 Email Exchange between C. Kim and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 42 | November 2019 Email Exchange between C. Kim and others | 08/25/25 | 08/25/25 | GARDNER | |
| 43 | November 2019 Email Exchange between M. Messenger, T. Fuller, and others | 08/25/25 | 08/25/25 | GARDNER | |
| 44 | November 2019 Email Exchange between T. Ross, J. Beyler, and others | | | | |
| 45 | May 2020 Email Exchange between G. Kunkel and others | | | | |
| 46 | September 2020 Email Exchange between M. Messenger, C. Kim, and R. Burke | | | | |
| 47 | March 2021 Email Exchange between J. Beyler, E. Black, and others | | | | |
| 48 | April 2021 Email Exchange between D. Rolnick, C. Kim, and M. Messenger | 08/25/25 | 08/25/25 | GARDNER | |
| 49 | April 8, 2021 Meeting Invitation | 08/25/25 | 08/25/25 | GARDNER | |
| 50 | April 9, 2021 Email from C. Kim to M. Messenger and others | 08/28/25 | 08/28/25 | KIM | |
| 51 | April 9, 2021 Email from C. Kim to others | 08/28/25 | 08/28/25 | KIM | |
| 52 | April 2021 Email Exchange between R. Shriram, C. Kim, and others | 08/28/25 | 08/28/25 | KIM | |
| 53 | April 2021 Email Exchange between C. Kim, K. Parker, and others | 08/28/25 | — | KIM | |
| 54 | April 2021 Email Exchange between C. Kim, R. Dunn, and others | | | | |
| 55 | April 13, 2021 Email from C. Kim to M. Messenger and others | | | | |
| 56 | April 20, 2021 Email from M. Messenger to others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 57 | April 2021 Email Exchange between K. McCoy, M. Messenger and others | | | | |
| 58 | April 2021 Email Exchange between T. Gidoomal, M. Messenger, and others | | | | |
| 59 | April 2021 Email Exchange between M. Messenger and others | 08/25/25 | 9/2/25 | ~~GARDNER~~ Kim | |
| 60 | June 2021 Email Exchange between J. Beyler, R. Burke, and others | | | | |
| 61 | July 2021 Email Exchange between M. Messenger, J. Beyler, and others | | | | |
| 62 | July 2021 Email Exchange between G. Kunkel, C. Kim, and others | | | | |
| 63 | July 2021 Email Exchange between L. Venkatachalam, G. Kunkel, and others | 08/28/25 | 08/28/25 | KIM | |
| 64 | July 2021 Email Exchange between M. Messenger, E. Cignetti, and others | 08/25/25 | 08/25/25 | GARDNER | |
| 65 | July 28, 2021 Email from C. Kim to others | 08/25/25 | 08/25/25 | GARDNER | |
| 66 | August 2021 Email Exchange between T. Fuller, G. Kunkel, and others | | | | |
| 67 | September 2021 Email Exchange between J. Beyler, T. Fuller, and others | | | | |
| 68 | November 7, 2021 Email from G. Winegeart to B. Appleman and others | | | | |
| 69 | August 2022 Email Exchange between B. Appleman, J. Raines, and others [with attachment] | | | | |
| 70 | November 2021 Email Exchange between T. Fuller, B. Appleman, and others | | | | |
| 71 | November 2021 Email Exchange between B. Appleman, R. Burke, and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 72 | December 2021 Email Exchange between R. Burke, J. Beyler, and others | 08/21/25 | 08/21/25 | BEYLER | |
| 73 | December 2021 Email Exchange between T. Fuller, C. Kim, and others [with attachment] | | | | |
| 74 | December 2021 Email Exchange between T. Fuller, C. Kim, and others [with attachment] | | | | |
| 75 | December 2021 Email Exchange between J. English, J. Beyler, and others | | | | |
| 76 | December 2021 Email Exchange between B. Appleman, A. Wann, and others | | | | |
| 77 | January 2022 Email Exchange between R. Burke, P. Beattie, and others | | | | |
| 78 | January 2022 Email Exchange between R. Burke, T. Lawrence, and others | | | | |
| 79 | May 2022 Email Exchange between R. Burke, C. Kim, and others [with attachments] | | | | |
| 80 | May 2022 Email Exchange between R. Burke, C. Kim, and others | | | | |
| 81 | May 2022 Email Exchange between C. Kim, M. Collette, and others | | | | |
| 82 | July 28, 2022 Email from C. Kim to M. Messenger and others | 08/29/25 | 08/29/25 | KIM | |
| 83 | September 2022 Email Exchange between R. Burke, C. Kim, and others | 08/29/25 | 08/29/25 | KIM | |
| 84 | September 2022 Email Exchange between T. Fuller, C. Kim, and others | | | | |
| 85 | October 17, 2022 Next Jump Facebook Post | | | | |
| 86 | January 17, 2023 Email from R. Burke to C. Kim and M. Messenger [with attachment] | 8-29-25 | 8-29-25 | Kim | |

| | | | | | |
|---|---|---|---|---|---|
| 87 | January 4, 2022 PowerTrain Proposal | 08/21/25 | 08/21/25 | KRAUS | |
| 88 | January 5, 2022 Task Order | 08/25/25 | 08/25/25 | GARDNER | |
| 89 | May 19, 2022 Next Jump Invoice | | | | |
| 90 | December 2021 Email Exchange between C. Kim, R. Burke, and others | | | | |
| 91 | December 2021 Email Exchange between C. Kim and others | | | | |
| 92 | December 2021 Email Exchange between C. Kim, R. Burke, and others | | | | |
| 93 | December 2021 Email Exchange between B. Reynolds, C. Kim, and others | | | | |
| 94 | November 2021 Email Exchange between B. Reynolds, C. Kim, and others | | | | |
| 95 | January 2022 Email Exchange between C. Kim, B. Reynolds, and others | | | | |
| 96 | July 2018 Email Exchange between J. Raimondo, R. Burke, and others | | | | |
| 97 | June 2019 Email Exchange between J. Beyler, J. Raimondo, and others | 08/20/25 | 08/20/25 | BEYLER | |
| 98 | July 2020 Email Exchange between T. Fuller, M. Messenger, and others | | | | |
| 99 | August 2020 Email Exchange between C. Kim and others [with attachment] | | | | |
| 100 | September 2020 Email Exchange between G. Kunkel and others | | | | |
| 101 | September 2020 Email Exchange between G. Kunkel, C. Kim, and others | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 102 | April 2021 Email Exchange between C. Kim, M. Bergman, and others | | | | |
| 103 | April 2021 Email Exchange between M. Messenger and others | | | | |
| 104 | April 2021 Email Exchange between G. Kunkel, C. Kim, and others | 8-20-25 | — | Brett Mietus | |
| 105 | December 2021 Email Exchange between R. Burke, B. Reynolds, and others | 08/21/25 | 08/21/25 | BEYLER | |
| 106 | December 2021 Email Exchange between R. Burke, J. Beyler, and B. Reynolds | | | | |
| 107 | January 2022 Email Exchange between R. Burke, J. Beyler, and others | | | | |
| 108 | March 21, 2019 Email from J. Raimondo to R. Burke, J. Beyler, and others | | | | |
| 109 | November 4, 2019 YouTube Video Entitled "Attendee Reflections | Leadership Academy (October 2019)" | | | | |
| 110 | March 2021 Email Exchange between C. Kim, G. Kunkel, and others | | | | |
| 111 | October 16, 2021 Email from C. Kim to others | | | | |
| 112 | November 2021 Email Exchange between C. Kim, R. Burke, and others | | | | |
| 113 | November 29, 2018 Email from R. Burke to others | | | | |
| 114 | October 25, 2018 Document Entitled, "Next Jump CEOs Introduction" | 08/20/25 | 08/20/25 | BEYLER | |
| 115 | May 2019 Email Exchange between C. Collins and J. Beyler | | | | |
| 116 | December 17, 2018 Email from J. Beyler to R. Woods and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 117 | March 6, 2019 Email from S. Easter to R. Smith and others [with attachment] | | | | |
| 118 | August 2019 Email Exchange between C. Kim, E. Ingram, and others | | | | |
| 119 | November 2019 Email Exchange between J. Nowell, K. Cozad, and others | | | | |
| 120 | February 2020 Email Exchange between J. Beyler, J. Skillman, and others | | | | |
| 121 | March 2020 Email Exchange between K. Cozad, J. Beyler, and others | | | | |
| 122 | May 2021 Email Exchange between R. Burke, D. Mackenzie, and others | 08/20/25 | 08/20/25 | BEYLER | |
| 123 | August 13, 2021 Email from M. Messenger to J. Beyler and C. Kim [with attachment] | | | | |
| 124 | October 2021 Email Exchange between R. Burke, J. Beyler, and others | | | | |
| 125 | November 2019 Email Exchange between A. Cassidy, J. Beyler, and others [with attachment] | | | | |
| 126 | December 2021 Email Exchange between R. Burke, J. Beyler, and others [with attachments] | 08/21/25 | 08/21/25 | BEYLER | |
| 127 | October 2019 Email Exchange between M. Messenger, C. Kim, and others | | | | |
| 128 | November 2019 Email Exchange between G. Kunkel and others [with attachment] | | | | |
| 129 | November 2019 Email Exchange between G. Kunkel, D. Leary, and others | | | | |
| 130 | March 2021 Email Exchange between M. Messenger, M. Wettlaufer, and C. Kim | | | | |
| 131 | January 31, 2023 Work Order | 08/27/25 | 08/27/25 | KUNKEL | |

| | | | | | |
|---|---|---|---|---|---|
| 132 | October 20, 2023 Work Order | 08/27/25 | 08/27/25 | KUNKEL | |
| 133 | August 2018 Email Exchange between R. Burke, C. Kim, and M. Messenger | 08/28/25 | 08/28/25 | KIM | |
| 134 | January 2022 Email Exchange between P. Beattie, J. Higham, and others | | | | |
| 135 | October 2021 Email Exchange between J. Higham, C. Kim, and others | | | | |
| 136 | December 2021 Email Exchange between J. Higham, C. Kim, and others | | | | |
| 137 | March 2022 Email Exchange between C. Kim, M. Collette, and others | | | | |
| 138 | May 2022 Email Exchange between K. McCoy and others | | | | |
| 139 | [Intentionally Blank] | | | | |
| 140 | September 20, 2018 PowerTrain Proposal | 08/21/25 | 08/21/25 | KRAUS | |
| 141 | February 2, 2023 PowerTrain Invoice | | | | |
| 142 | Presentation Entitled, "Perks at Work Overview" | | | | |
| 143 | September 2019 Email Exchange between D. Walker, R. Burke, and others | 08/20/25 | 08/20/25 | MIETUS | |
| 144 | June 2019 Email Exchange between B. Mietus, R. Burke, and others | | | | |
| 145 | June 2, 2020 Email from G. Kunkel to others [with attachments] | | | | |
| 146 | April 2020 Email Exchange between C. Kim and others | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 147 | May 2021 Email Exchange between R. Burke, T. Lawrence, and others | | | | | |
| 148 | Text Message Exchange between C. Kim and M. Messenger | | | | | |
| 148A | Redacted Text Message Exchange between C. Kim and M. Messenger | | | | | |
| 148B | Redacted Text Message Exchange between C. Kim and M. Messenger | | | | | |
| 149 | January 2023 Email Exchange between C. Kim and M. Messenger | | | | | |
| 150 | October 5, 2021 Email from M. MacNicholl to R. Burke and others [with attachments] | | | | | |
| 151 | June 2020 Email Exchange between G. Kunkel, C. Kim, and others | | | | | |
| 152 | September 2021 Email Exchange between G. Kunkel, C. Kim, and others | | | | | |
| 153 | July 2020 Email Exchange between M. Messenger, K. Parker, and others | | | | | |
| 154 | May 2021 Email Exchange between C. Kim, G. Kunkel, and others | | | | | |
| 155 | May 2021 Email Exchange between M. Messenger and others | | | | | |
| 156 | September 2021 Email Exchange between C. Kim, T. Fuller, and others | | | | | |
| 157 | November 2021 Email Exchange between C. Kim and others | | | | | |
| 158 | May 13, 2022 Email from R. Burke to C. Kim and others [with attachments] | | | | | |
| 159 | May 2022 Email Exchange between R. Burke, C. Kim, and others | | | | | |

| No. | Description | | | |
|---|---|---|---|---|
| 160 | May 2022 Email Exchange between R. Burke, M. Messenger, and C. Kim [with attachment] | | | |
| 161 | May 2022 Email Exchange between R. Burke, C. Kim, and M. Messenger [with attachment] | | | |
| 162 | May 2022 Email Exchange between R. Burke, C. Kim, and others [with attachment] | 9/2/25 | 9/2/25 | Kim |
| 163 | C. Kim Notes | | | |
| 163A | June 23, 2022 Notes from C. Kim | | | |
| 164 | November 24, 2021 Email Exchange between C. Kim and others [with attachments] | | | |
| 165 | February 2023 Email Exchange between T. Fuller, D. Chavez-Bello, and others | | | |
| 166 | March 2023 Email Exchange between M. Collette, C. Kim, and M. Messenger | | | |
| 167 | November 12, 2019 Email from B. Mietus to D. Platz and others | | | |
| 168 | November 2019 Email Exchange between C. Kim, R. Burke, and others | | | |
| 169 | November 1, 2019 Email from C. Kim to R. Burke and M. Messenger [with attachment] | | | |
| 170 | November 2019 Email Exchange between R. Burke, C. Kim, and others | 08/20/25 | 08/20/25 | MIETUS |
| 171 | November 26, 2018 Email from J. Beyler to others [with attachment] | | | |
| 172 | September 2017 Email Exchange between J. Nauman, R. Burke, and others | | | |
| 173 | July 20, 2018 Email from R. Burke to C. Kim, J. Hughes, and others | | | |

| | | | | | |
|---|---|---|---|---|---|
| 174 | April 2021 Email Exchange between C. Kim, P. Rideout, and others | 08/28/25 | 08/28/25 | KIM | |
| 175 | December 2021 Email Exchange between R. Burke, J. Beyler, and others | 08/21/25 | 08/21/25 | BEYLER | |
| 176 | December 2021 Email Exchange between R. Burke, J. Beyler, and others | | | | |
| 177 | December 2021 Email Exchange between R. Burke, J. Beyler, and others | 08/21/25 | 08/21/25 | BEYLER | |
| 178 | February 2020 Email Exchange between J. Beyler, A. Cassidy, and others | | | | |
| 179 | April 2021 Email Exchange between C. Kim and others | | | | |
| 180 | May 2021 Email Exchange between C. Kim, R. Burke, and others | | | | |
| 181 | May 2021 Email Exchange between M. Messenger, R. Burke, and others | | | | |
| 182 | July 23, 2021 Receipt | 08/25/25 | — | GARDNER | |
| 183 | July 2021 Email Exchange between C. Kim and others [with attachments] | | | | |
| 184 | November 2021 Email Exchange between M. Messenger and C. Kim | | | | |
| 185 | April 2022 Email Exchange between C. Kim, D. Caudle, and others | | | | |
| 186 | May 2022 Email Exchange between R. Burke, C. Kim, and others | | | | |
| 187 | May 2022 Email Exchange between C. Kim and others | | | | |
| 188 | July 2022 Email Exchange between C. Kim, E. Kim, and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 189 | February 2016 Email Exchange between H. Shelanski, C. Kim, and others | 08/27/25 | 08/27/25 | SHELANSKI | |
| 190 | May 2016 Email Exchange between C. Kim, C. Chessick, and others | | | | |
| 191 | January 2019 Email Exchange between H. Shelanski, C. Kim, and others | 08/27/25 | 08/27/25 | SHELANSKI | |
| 192 | Next Jump Slide Deck | | | | |
| 193 | December 2021 Email Exchange between R. Burke, C. Kim, and others | | | | |
| 194 | December 2021 Email Exchange between J. Richardson, W. Moran, and others | | | | |
| 195 | July 13, 2018 Slide Deck | | | | |
| 196 | WhatsApp Exchange between D. Canedo and R. Burke | | | | |
| 196A | Excerpt of WhatsApp Exchange between D. Canedo and R. Burke | 8-25-25 | — | Gardner | |
| 196B | Excerpt of WhatsApp Exchange between D. Canedo and R. Burke | 08/25/25 | 08/25/25 | GARDNER | |
| 197 | December 10, 2022 YouTube Video Entitled "Community Online Academy #134 Leadership in Practice #130 – the World is Sick and Getting Sicker…" | | | | |
| 198 | November 26, 2018 YouTube Video Entitled "Deliberately Developmental (DDO) Feedback Navy Pilot" | | | | |
| 199 | November 2021 Email Exchange between C. Kim, M. Collette, and others | | | | |
| 200 | April 2021 Email Exchange between C. Kim, J. Warner, and M. Messenger | | | | |

| 201 | July 2021 Email Exchange between C. Kim, M. Messenger, and others | | | | |
| --- | --- | --- | --- | --- | --- |
| 202 | July 27, 2021 Email from G. Laming to C. Kim and M. Messenger | | | | |
| 203 | July 2021 Email Exchange between C. Kim, E. Kim, and others | 08/25/25 | 08/25/25 | GARDNER | |
| 204 | June 2017 Email Exchange between C. Kim, B. Leonard, and others | | | | |
| 205 | June 2017 Email Exchange between C. Kim, B. Leonard, and others | | | | |
| 206 | March 2023 Email Exchange between C. Kim, B. Leonard, and others | | | | |
| 207 | July 2017 Email Exchange between C. Kim, B. Leonard, and others | | | | |
| 208 | April 2021 Email Exchange between M. Messenger, D. Rolnick, and others | | | | |
| 209 | August 2017 Email Exchange between D. Platz, K. Toney, and others | | | | |
| 210 | August 28, 2018 Document Entitled "Next Jump Visit" | 08/20/25 | — | BEYLER | |
| 211 | September 24, 2019 Document Entitled, "Chief of Naval Personnel Meeting Read-Ahead" | | | | |
| 212 | 2018 Next Jump Consolidated Financial Statements | | | | |
| 213 | 2019 Next Jump Consolidated Financial Statements | | | | |
| 214 | 2020 Next Jump Consolidated Financial Statements | | | | |
| 215 | 2021 Next Jump Consolidated Financial Statements | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 216 | 2022 Next Jump Consolidated Financial Statements | | | | |
| 217 | 2021 Next Jump EPP Client List | | | | |
| 218 | September 2021 Email Exchange between J. Beyler, E. Black, and others | | | | |
| 219 | Photo of Tom Fuller and others | | | | |
| 220 | Photo of Training Attendees | | | | |
| 221 | January 2022 Email Exchange between R. Burke, C. Chen, and others | | | | |
| 222 | May 2022 Email Exchange between R. Burke and others | | | | |
| 223 | September 2020 Email Exchange between M. Messenger, C. Kim, and R. Burke [with attachments to earlier-in-time email] | | | | |
| 224 | January 2022 Email Exchange between R. Burke, P. Beattie, and others | 08/25/25 | 08/25/25 | GARDNER | |
| 225 | April 2021 Email Exchange between C. Kim and others | 8-27-25 | — | Kunkel | |
| 226 | [Intentionally Blank] | | | | |
| 227 | Screenshot of Text Exchange | 08/29/25 | 08/29/25 | KIM | |
| 5000 | December 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | 08/25/25 | 08/25/25 | GARDNER | |
| 5001 | April 8, 2021 Email from J. Beyler | 08/25/25 | 08/25/25 | GARDNER | |
| 5002 | Photo of Café Belga | 08/25/25 | 08/25/25 | GARDNER | |

| No. | Description | | | Witness | |
|---|---|---|---|---|---|
| 5003 | Photo of Adm. Burke | 08/25/25 | 08/25/25 | GARDNER | |
| 5004 | August 2021 Email Exchange between R. Burke, M. Noonan, and others | 08/25/25 | 08/25/25 | GARDNER | |
| 5005 | September 2019 Email Exchange between T. Ross, J. Beyler, and others | 08/25/25 | 08/25/25 | ROSS | |
| 5006 | Client Demonstrative | 08/27/25 | 8-27-25 | KUNKEL | |
| 5007 | Financial Summary | 08/27/25 | 08/27/25 | KUNKEL | |
| CX 82 | Excerpt of J. Beyler Trial Testimony | 08/21/25 | 08/21/25 | BEYLER | |
| DX1424 | | 9/2/25 | 9/2/25 | Kim | |
| PX 229 | | 9/2/25 | 9/2/25 | Kim | |
| DX 228 | | 9/2/25 | 9/2/25 | Kim | |