**Navy contracting**

| | |
|---|---|
| **From:** | Meghan Messenger <mmessenger@nextjump.com> |
| **To:** | Tom Fuller <tfuller@nextjump.com>; Lokeya Venkatachalam <lvenkatachalam@nextjump.com> |
| **Cc:** | Charlie Kim <ckim@nextjump.com>; Greg Kunkel <gkunkel@nextjump.com>; Laura Culver <lrobertson@nextjump.com>; Darrell Platz <dplatz@nextjump.com> |
| **Date:** | Thu, 05 Aug 2021 14:45:10 +0000 |

Just got off w/ Juliet.

BLUF – we need to research the subcontractor options ASAP. It will be single digit millions. Can we explore asap using the old vehicles we used last time for both contracts (believe the $2MM eval vs $10MM FB were same contract vehicles?)...tom/Lokeya – can you lead the charge and figure out and even reach out to the appropriate contract vehicles. Copied Greg to maybe ask Jim R for help too? Juliet is going to ask her team as well on what is possible (contract and comptroller teams).

Plan A – they have funds in FY21 (could give us now - she can't tell us the exact budget yet/contracting laws until she gets approval from the boss – which she is aiming to do tomorrow after she spoke to us today and got more clarity on the product offerings).

We can't get the funds for FY21 before Sept 31 unless we are a federal contactor which she assumed we were – however we would still need to subcontract.

Plan B of course is FY22 so we would start Oct 1/Nov. This may also go subcontract, however, what/how do we become a federal contractor? If we are able to get that in parallel with a deal (if it takes longer)...that would be idea, how do we start that?

**GOVERNMENT EXHIBIT 060**

DOJ-0000676341