**Message**

**Subject:** all hands meeting notes 11.22.2021



GOVERNMENT EXHIBIT 069

DOJ-0002912138

CONFIDENTIAL    NEXTJUMP-0020008

## Difficult Qn: How we are different from these other tools?

| Centers around "Self" | Centers arnd "Manager" | Centers around "Coach" | Centers on "surveyee feedback" |
|---|---|---|---|
| **Self Assessment tools** <br> Evaluation of an individual's value system, characteristics and career goals. It often involves undergoing a reflection process so a person can develop a self-assessment document. | **Perf Eval tools** <br> Develop engaged and high performing employees in the organization via structured feedback and assessments to create a culture of connection, continuous feedback, and growth. | **Coaching tools** <br> Products & Platform focused to transforming performance and growth for people, teams, and organizations career and leadership development etc | **Survey tools** <br> Gather valuable feedback, understand the collective voices of your workplace, identify opportunities, and take actionable steps towards improving employee engagement. |
| **Top self-assessment tools** <br> 1. Myers-Briggs. <br> 2. Strengthsfinder. <br> 3. Keirsey Temperament Sorter. <br> 4. Big Five Personality Assessment. <br> 5. Holland Code. | **Top Perf Review Software:** <br> 1. Trakstar Recommended) <br> 2. Reviewsnap <br> 3. BambooHR <br> 4. Lattice <br> 5. Small Improvements | **Top Coaching products:** <br> 1. Leapsome <br> 2. Betterup <br> 3. Everwise <br> 4. Pluma <br> 5. CloverLeaf <br> 6. 15five.com | **Top Survey products:** <br> 1. CultureAmp <br> 2. SurveyMonkeyEnterprise <br> 3. Conecteam <br> 4. Monday <br> 5. TinyPulse <br> 6. Qualtrics |

---

## Difficult Qn: How we are different from these other tools?

**Our thesis is:**

The self assessment (& other tools) focus on "labelling" people as a "fixed" type

VS

DEVGPS: Focus on the gaps & awareness so one can work on themselves to get better & balanced over time (constant/infinite ability to upgrade)

CONFIDENTIAL

DOJ-0002912139
NEXTJUMP-0020009



CONFIDENTIAL                                              NEXTJUMP-0020010





CONFIDENTIAL

DOJ-0002912141

NEXTJUMP-0020011

Looking to sign small engagement b/f xmas – to launch a pilot program but Burke's group
Burke flew in from Naples last week to meet and promised small $1M engagement
Gilday – after proof of concept proved  - 90 day aggressive



Navy – v1 – defense feedback/transparency – v2 will be more offense – decision making

DOJ-0002912142

CONFIDENTIAL                                                                    NEXTJUMP-0020012



**Anjanie Camodeo**
Finance + Payroll + Benefits + Operations
*** Email is the best way to contact me***
acamodeo@nextjump.com

NextJump.com
512 West 22nd Street, New York, NY 10011
