

# Employee Profile

As of Date: 11/12/2023

| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | Workers Compensation | 8871FL |
| Job Description | SRVP | | |
| Business Unit | | | |
| Home Department | 001900-Senior Management | Assigned Shift | |
| Home Cost Number | | Scheduled Hours | |
| | | Hours Period | |
| Location | NY02-512 West 22nd New York, NY 10016 | EEOC Job | Professionals |
| FTE | | Union Code | N |
| Job Class | | Union Local | |
| Is Non Resident | No | Pay Group | 1-Use Period End Date 1 on checks |
| Reports To | Fuller, Thomas M | | |
| Effective Date | 10/01/2022 | | |
| Work Week | | | |
| Direct Reports to | | | |

*Custom Fields Values*

## Status

| | | | |
|---|---|---|---|
| Hire Date | 10/01/2022 | Status | Terminated |
| Hire Reason | New Position | | |
| Worker Category | F-Full Time | | |
| Cancel Automatic Pay for this cycle | N | Do you want this employee to receive their scheduled payment? | N |

**Termination**

| | | | |
|---|---|---|---|
| Termination Date | 01/31/2023 | Termination Reason | OTR |
| Terminator | | | |
| Severance Pay Start Date | | Severance Pay End Date | |
| Employee is eligibile for rehire | Y | Optional Rehire Status | E - Eligible |

**Leave**

| | | | |
|---|---|---|---|
| Leave of Absence Start Date | | Leave Reason | |
| Leave of Absence Expected Return Date | | Not Paid Leave of Absence | N |
| Leave of Absence End Date | | | |

**Rehire**

| | | | |
|---|---|---|---|
| Rehire Date | | Rehire Reason | |

## Allocations

| # | Percentage | Effective Date |
|---|---|---|
| | | |

## Pay - Regular Pay Rate

Effective Date: 10/01/2022

| | | | |
|---|---|---|---|
| Regular Pay Rate | S-Salary $20,833.34 USD | Standard Hours | |
| Pay Frequency | S-SemiMonthly | Premium Rate Factors | 1.5*2.0 |
| Compensation Change Reason | NH New Hire | Wage Entity | |

**Pay Grade**

| | | | |
|---|---|---|---|
| Pay Grade | ~ | Grade Period | |
| Compa Ratio | | % of Range | |

| | Period Rate | Minimum | Midpoint | Maximum |
|---|---|---|---|---|
| | | | | US |

## Pay - Additional Rates

| Effective | Rate 2 | Rate 3 | Rate 4 | Rate 5 | Rate 6 | Rate 7 | Rate 8 | Rate 9 |
|---|---|---|---|---|---|---|---|---|

Employee Profile    FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP    Run Date: 11/12/2023 11:40 AM EST    2 / 15    DOJ-NXJ-000083

DOJ-0000711717

| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 |
|---|---|---|---|

Date
10/01/2022

### Pay - Additional Earnings

| Code | Amount | Effective Date |
|---|---|---|

### Deductions

| Code | Amount | Percentage | Category | Effective Date |
|---|---|---|---|---|

**Goals**

| Code | Limit (Goals) | To date Adjustment | Deduction Amount |
|---|---|---|---|

**Arrears**

| Code | Balance | Balance Adjustment | Clear Balance | Do Not Deduct Arrears Balance |
|---|---|---|---|---|

### Direct Deposits

| Code | Routing Number | Account Number | Amount Percent Net | Effective Date | For Bonus Pay Only | Priority # | Prenotifi Method | Override Date |
|---|---|---|---|---|---|---|---|---|

### Liens

| Liens | Type | Code | Amount | Percentage | Payee | Status | Disbursed by ADP |
|---|---|---|---|---|---|---|---|

### Other Pay Settings

**Clock & Data Control**                                  **Effective Date 10/01/2022**

| Clock | | Data Control | |
|---|---|---|---|
| Positional | ▨ ▨ ▨ ▨ | Positional | ▨ ▨ ▨ ▨ |

**Custom Area**

| Custom Area 1 | | Custom Area 2 | |
|---|---|---|---|
| Custom Area 3 | | Custom Area 4 | |

**Status Flags**

| Status Flag 1 | | Status Flag 2 | |
|---|---|---|---|
| Status Flag 3 | | Status Flag 4 | |
| Status Flag 5 | | Status Flag 6 | |
| Status Flag 7 | | | |

**Special Accounts**

| Special Account 1 | | Special Account 2 | |
|---|---|---|---|

**Mapped & Custom Dates**

| Date 1 | Hire Date | 10/01/2022 | Date 2 | Birth Date | 02/24/xxxx |
|---|---|---|---|---|---|
| Date 3 | Term Date | 01/31/2023 | Date 4 | Rehire Date | |
| Date 5 | Date5 | | Date 6 | Date6 | |
| Date 7 | Date7 | | Date 8 | Date8 | |
| Date 9 | Date9 | | Date 10 | Date10 | |
| Date 11 | Date11 | | Date 12 | Date12 | |
| Date 13 | Date13 | | Date 14 | Date14 | |
| Date 15 | Date15 | | | | |

**Pension**

| Effective Date | Earnings Basis | Regular | Overtime | Field 3 | Field 4 | Field 5 | Percentage |
|---|---|---|---|---|---|---|---|

**Check Controls**

| Pay Group | 1-Use Period End Date 1 on checks |
|---|---|

Employee Profile   FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP   Run Date: 11/12/2023 11:40 AM EST   3 / 15   DOJ-NXJ-000084

DOJ-0000711718

| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 | |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Do not issue negotiable pay documents | N | Use alternate check stub message | N |
| Pay Statement Message | | | |
| Exclude from Total Hours Worked calculation | N | | |

## Taxable GTL

| | | Employee Level Overrides | |
|---|---|---|---|
| Employee Not Eligible for GTL (Do Not Calculate) | | N | |
| Calculate GTL Taxable Premium Even When Not Paid | | | |
| Override Default Benefit Factor | | | |
| Override GTL Coverage Amount | | | |
| Add Additional Coverage to Amount ADP Calculates | | | |
| Employee Coverage can Exceed Annual Maximum | | N | |
| Cancel the ADP Calculation for Coverage | | N | |

## Tax Withholdings

### Federal/W4                                                                Effective Date 10/01/2022

| | | | | | |
|---|---|---|---|---|---|
| Filing Status | Married filing jointly or Qualifying surviving spouse | | Additional Tax | | |
| Form Year | | Exemptions | 0 | Type | Dollars |
| | | | | Amount | 741.00 |
| Block IRS/W4 | N | | | **Other Adjustments** | |
| **Claim Dependents** | | | | Deductions | 0.00 |
| Dependents | 0 | | | Other Income | 0.00 |

| Changes to Standard Tax Calculation | | Social Security/Medicare | |
|---|---|---|---|
| Do not Calculate Federal Tax | N | Do not calculate Social Security | N |
| Do not calculate Federal Taxable | N | Do not calculate Medicare | N |
| Do not calculate F.U.T.A. Taxable | N | | |

| Earned Income Credit W-5 Filing Status | | Restaurant Controls | |
|---|---|---|---|
| EIC Current Year Code | for 2023 | Number of Hours Per Meal | |
| EIC Next Year Code | for 2024 | Average Tip Amount Per Hour | |

| 1099R | | Other Controls | |
|---|---|---|---|
| 1099R Distribution Code 1 | | W-2 Box 13 Retirement Plan/Qualified Pension | Company Default |
| 1099R Distribution Code 2 | | Not a Statutory employee | N |
| 1099R IRA/SEP Distribution | N | Do not Reissue W-2 for terminated employee | N |
| 1099R Total Distribution | N | Do not Reverse the company default for Taxable Fringe Benefit | N |
| | | Not a Household employee | N |

### State                                                                  Effective Date 10/01/2022

| | | | | | | |
|---|---|---|---|---|---|---|
| Worked In State | New York | NJ Commuter | 0 | Lived In State | FL-Florida | |
| Filing Status | | | | Filing Status | | |
| Marital Status | M - Married | | | Marital Status | | |
| Exemptions | Filing Exemptions/Allowances: 1 | | | Exemptions | Filing Exemptions/Allowances: | |

| Changes to Standard Tax Calculation | | | Changes to Standard Tax Calculation | | |
|---|---|---|---|---|---|
| Do not calculate State Tax | N | | Do not calculate State Tax | N | |
| Do not calculate State Taxable | N | | Do not calculate State Taxable | N | |
| Additional Tax | | | Additional Tax | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP

DOJ-NXJ-000085

DOJ-0000711719

# Employee Profile

As of Date: 11/12/2023

| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Type | | Type | |
| Amount | | Amount | |
| **Other State Specific** | | **Other State Specific** | |
| 12th of Month | | 12th of Month | |
| Health Coverage | 4 - Employee + Dependent | Health Coverage | |
| Corporate officer | N | Corporate officer | N |
| Seasonal employee | N | Seasonal employee | N |
| Employee Type for Quarterly Reporting | | Employee Type for Quarterly Reporting | |
| Non Resident Tax% | | Non Resident Tax% | |
| Combined Income % | | Combined Income % | |
| SOC Code | | SOC Code | |

## SUI/SDI

| | | | |
|---|---|---|---|
| SUI/SDI Tax Code | FL-42-Florida | | |
| **Changes to SUI/SDI Tax Calculation** | | | |
| Calculate Voluntary Plan Disability Insurance (VPDI) | N | Do not calculate SUI/SDI Tax | N |
| Do Not calculate FLI Tax | N | Do not calculate SUI/SDI Taxable | N |
| Employee Type for Quarterly Reporting | | | |
| Family Leave Insurance | | Medical Leave Insurance | S |

## Local

| | | | |
|---|---|---|---|
| Worked in Locality | | Localité de résidence | |
| Filing Status | Exemptions: Filing Exemptions/ Allowances: | Filing Status | Exemptions: Filing Exemptions/ Allowances: 0 |
| Changes to Standard Tax Calculation | | Changes to Standard Tax Calculation | |
| Do not calculate Local Tax | N | Do not calculate Local Tax | N |
| Do not calculate Local Taxable | N | Do not calculate Local Taxable | N |
| **Additional Tax** | | **Additional Tax** | |
| Type | | Type | |
| Amount | | Amount | |
| **Other State Specific** | | **Other State Specific** | |
| Non Resident Tax% | | | |
| Other Locality | | Other Locality | |
| Filing Status | | | |
| Changes to Standard Tax Calculation | | | |
| Do not calculate Local Tax | | | |
| Do not calculate Local Taxable | | | |
| Local Services Tax Code | | Type | |
| Changes to Standard Tax Calculation | | | |
| Local Services Tax Code | | | |
| Changes to Standard Tax Calculation | | | |
| School District: | | | |
| Changes to Standard Tax | Do not calculate School District | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP

DOJ-NXJ-000086

DOJ-0000711720

# Employee Profile

As of Date: 11/12/2023

| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 |
|---|---|---|---|

| Calculation | Tax |
|---|---|

Local 9 Tax Code
Additional Tax Type                                          Additional Tax Amount
Changes to Local Tax Calculation

Local 10 Tax Code
Additional Tax Type                                          Additional Tax Amount
Changes to Local Tax Calculation

## To Date Accumulators

**Gross Pay and Taxes**                                      **Accumulators**
All amounts are as of 11-10-2023 Week 46                     All amounts are as of 11-10-2023 Week 46

| | | | Acc # | To Date | Adjustment |
|---|---|---|---|---|---|
| State Income Tax (Worked In State): | | 3,021.76 | | | |
| Federal: | | 13,551.50 | | | |
| Gross Pay: | | 41,666.68 | | | |
| | | 41,666.68 | | | |
| | | 5,434.78 | | | |
| | | 0.00 | | | |
| Social Security: | | 2,583.33 | | | |
| Medicare: | | 604.17 | | | |

**Allowed and Taken**

| Code | Type | Allowed Adjustment | Taken Adjustment | Allowed Amount | Taken Amount | Cycle Code | Cycle Amount | Annum Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**Goals**
All amounts are as of 11-10-2023 Week 46

| Goal # | Deduction Amount | Limit | Accrued | Balance |
|---|---|---|---|---|

## Talent Profile

**Education**

**Skills**

**Licenses/Certifications**

**Memberships**

**Awards**

**Training**

**Language**

**Previous Employers**

## Statutory Compliance

**EEO/VETS**

| Ethnic Code | 1 - White | EEOC Job Classification | Professionals |
|---|---|---|---|

**Vets-100/Vets-100A**

| Special Disabled Veteran (VETS-100) | N |
| Other protected veteran (VETS-100/VETS-100A) | N |
| Vietnam Era Veteran (VETS-100) | N |
| Armed Forces Service Medal Veteran (VETS-100A) | N |
| Disabled Veteran (VETS-100A) | N |

# Employee Profile

As of Date: 11/12/2023

| | | | |
|---|---|---|---|
| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 |

Discharge Date
Exclude non paid positions, temporary, seasonal or hired for duration employee from all counts: N

## Personal Information

| | | | |
|---|---|---|---|
| Salutation | | Preferred or Chosen Name | |
| First Name | Robert | Maiden Name | |
| Middle Name | P | Professional Suffix | |
| Last Name | Burke | Payroll Name | Burke, Robert P |
| Generation Suffix | | Marital Status | |
| | | | Effective Date |
| Associate ID | [redacted] | Passport | USA |
| Tax ID | USA | SSN | [redacted] |
| National Identifier | UNITED STATES | Expiration Date | |

## Demographic Information

| | | | |
|---|---|---|---|
| Birth Date | [redacted] | Age | xx |
| Gender (Self-ID) | M-Male | Race ID Method | Visual ID |
| Education Level | - | EEO Ethnic Code | 1 - White |
| # of Dependents | | Ethnic Code | |
| | | Correspondence Language | |
| Tobacco User | N | Date of Death | |

Custom Fields

## Contact

| | | | |
|---|---|---|---|
| Work E-mail | rburke@nextjump.com  User for Notification N | Home Phone | |
| Personal E-mail | burkerobertp@gmail.co  User for Notification Y | Personal Fax | |
| Work Phone | | Personal Mobile | [redacted] |
| Work Fax | | | |
| Work Cell | [redacted] | | |
| Work Pager | | Personal Pager | |
| Work Mail Stop | | | |

## Address

| Personal Address 1 (This is the Legal Address) | | Personal Address 2 | |
|---|---|---|---|
| Line 1 | [redacted] | Line 1 | [redacted] |
| | | Line 2 | |
| City/State/Zip Code | | City/State/Zip Code | |
| County | | County | |
| Country | | Country | |

## Emergency Contact

| | | | |
|---|---|---|---|
| Contact | Barbara J Burke | Doctor Name | |
| Relationship | SP-Spouse | Hospital | |
| Home Phone | | Phone Number | |
| Work Phone | | | |
| Cell Phone | [redacted] | | |
| Primary | Y | | |

## Employee Notes

## Position

# Employee Profile

As of Date: 11/12/2023

| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Position Start Date | 10/01/2022 | FLSA | E |
| | | Workers Compensation | 8871FL |
| Job Description | SRVP | | |
| Business Unit | | | |
| Home Department | 001900-Senior Management | Assigned Shift | |
| Home Cost Number | | Scheduled Hours | |
| | | Hours Period | |
| Location | NY02-512 West 22nd New York, NY 10016 | EEOC Job | Professionals |
| FTE | | Union Code | N |
| Job Class | | Union Local | |
| Is Non Resident | No | Pay Group | 1-Use Period End Date 1 on checks |
| Reports To | Fuller, Thomas M | | |
| Effective Date | 10/01/2022 | | |
| Work Week | | | |
| Direct Reports to | | | |

*Custom Fields Values*

## Status

| | | | |
|---|---|---|---|
| Hire Date | 10/01/2022 | Status | Terminated |
| Hire Reason | New Position | | |
| Worker Category | F-Full Time | | |
| Cancel Automatic Pay for this cycle | N | Do you want this employee to receive their scheduled payment? | N |

## Termination

| | | | |
|---|---|---|---|
| Termination Date | 01/31/2023 | Termination Reason | OTR |
| Terminator | | | |
| Severance Pay Start Date | | Severance Pay End Date | |
| Employee is eligibile for rehire | Y | Optional Rehire Status | E - Eligible |

## Leave

| | | | |
|---|---|---|---|
| Leave of Absence Start Date | | Leave Reason | |
| Leave of Absence Expected Return Date | | Not Paid Leave of Absence | N |
| Leave of Absence End Date | | | |

## Rehire

| | | |
|---|---|---|
| Rehire Date | | Rehire Reason |

## Allocations

| # | Percentage | Effective Date |
|---|---|---|

## Pay - Regular Pay Rate      Effective Date: 10/01/2022

| | | | |
|---|---|---|---|
| Regular Pay Rate | S-Salary $20,833.34 USD | Standard Hours | |
| Pay Frequency | S-SemiMonthly | Premium Rate Factors | 1.5*2.0 |
| Compensation Change Reason | NH New Hire | Wage Entity | |

## Pay Grade

| | | | |
|---|---|---|---|
| Pay Grade | ~ | Grade Period | |
| Compa Ratio | | % of Range | |

| Period Rate | Minimum | Midpoint | Maximum |
|---|---|---|---|
| | | | US |

## Pay - Additional Rates

Employee Profile      FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP      Run Date: 11/12/2023 11:40 AM EST      8 / 15      DOJ-NXJ-000089

DOJ-0000711723

| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 |
|---|---|---|---|

| Effective Date | Rate 2 | Rate 3 | Rate 4 | Rate 5 | Rate 6 | Rate 7 | Rate 8 | Rate 9 |
|---|---|---|---|---|---|---|---|---|
| 10/01/2022 | | | | | | | | |

## Pay - Additional Earnings

| Code | Amount | Effective Date |
|---|---|---|

## Deductions

| Code | Amount | Percentage | Category | Effective Date |
|---|---|---|---|---|

**Goals**

| Code | Limit (Goals) | To date Adjustment | Deduction Amount |
|---|---|---|---|

**Arrears**

| Code | Balance | Balance Adjustment | Clear Balance | Do Not Deduct Arrears Balance |
|---|---|---|---|---|

## Direct Deposits

| Code | Routing Number | Account Number | Amount Percent Net | Effective Date | For Bonus Pay Only | Priority # | Prenotifi Method | Override Date |
|---|---|---|---|---|---|---|---|---|

## Liens

| Liens | Type | Code | Amount | Percentage | Payee | Status | Disbursed by ADP |
|---|---|---|---|---|---|---|---|

## Other Pay Settings

**Clock & Data Control**  **Effective Date 10/01/2022**

| Clock | | Data Control | |
|---|---|---|---|
| Positional | ▦ ▦ ▦ ▦ | Positional | ▦ ▦ ▦ ▦ |

**Custom Area**

| Custom Area 1 | Custom Area 2 |
|---|---|
| Custom Area 3 | Custom Area 4 |

**Status Flags**

| Status Flag 1 | Status Flag 2 |
|---|---|
| Status Flag 3 | Status Flag 4 |
| Status Flag 5 | Status Flag 6 |
| Status Flag 7 | |

**Special Accounts**

| Special Account 1 | Special Account 2 |
|---|---|

**Mapped & Custom Dates**

| Date 1 | Hire Date | 10/01/2022 | Date 2 | Birth Date | 02/24/xxxx |
|---|---|---|---|---|---|
| Date 3 | Term Date | 01/31/2023 | Date 4 | Rehire Date | |
| Date 5 | Date5 | | Date 6 | Date6 | |
| Date 7 | Date7 | | Date 8 | Date8 | |
| Date 9 | Date9 | | Date 10 | Date10 | |
| Date 11 | Date11 | | Date 12 | Date12 | |
| Date 13 | Date13 | | Date 14 | Date14 | |
| Date 15 | Date15 | | | | |

**Pension**

| Effective Date | Earnings Basis | Regular | Overtime | Field 3 | Field 4 | Field 5 | Percentage |
|---|---|---|---|---|---|---|---|

**Check Controls**

# Employee Profile

As of Date: 11/12/2023

| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Pay Group | 1-Use Period End Date 1 on checks | | |
| Do not issue negotiable pay documents | N | Use alternate check stub message | N |
| Pay Statement Message | | | |
| Exclude from Total Hours Worked calculation | N | | |

## Taxable GTL

| | | |
|---|---|---|
| | | Employee Level Overrides |
| Employee Not Eligible for GTL (Do Not Calculate) | | N |
| Calculate GTL Taxable Premium Even When Not Paid | | |
| Override Default Benefit Factor | | |
| Override GTL Coverage Amount | | |
| Add Additional Coverage to Amount ADP Calculates | | |
| Employee Coverage can Exceed Annual Maximum | | N |
| Cancel the ADP Calculation for Coverage | | N |

## Tax Withholdings

### Federal/W4    Effective Date 10/01/2022

| | | | | |
|---|---|---|---|---|
| Filing Status | Married filing jointly or Qualifying surviving spouse | | Additional Tax | |
| Form Year | | Exemptions    0 | Type | Dollars |
| | | | Amount | 741.00 |
| Block IRS/W4 | N | | **Other Adjustments** | |
| **Claim Dependents** | | | Deductions | 0.00 |
| Dependents | 0 | | Other Income | 0.00 |
| Changes to Standard Tax Calculation | | | Social Security/Medicare | |
| Do not Calculate Federal Tax | N | | Do not calculate Social Security | N |
| Do not calculate Federal Taxable | N | | Do not calculate Medicare | N |
| Do not calculate F.U.T.A. Taxable | N | | | |
| Earned Income Credit W-5 Filing Status | | | Restaurant Controls | |
| EIC Current Year Code | for 2023 | | Number of Hours Per Meal | |
| EIC Next Year Code | for 2024 | | Average Tip Amount Per Hour | |
| 1099R | | | Other Controls | |
| 1099R Distribution Code 1 | | | W-2 Box 13 Retirement Plan/Qualified Pension | Company Default |
| 1099R Distribution Code 2 | | | Not a Statutory employee | N |
| 1099R IRA/SEP Distribution | N | | Do not Reissue W-2 for terminated employee | N |
| 1099R Total Distribution | N | | Do not Reverse the company default for Taxable Fringe Benefit | N |
| | | | Not a Household employee | N |

### State    Effective Date 10/01/2022

| | | | | | | |
|---|---|---|---|---|---|---|
| Worked In State | New York | NJ Commuter | 0 | Lived In State | FL-Florida | |
| Filing Status | | | | Filing Status | | |
| Marital Status | M - Married | | | Marital Status | | |
| Exemptions | Filing Exemptions/Allowances: 1 | | | Exemptions | Filing Exemptions/Allowances: | |
| | | | | | | |
| Changes to Standard Tax Calculation | | | | Changes to Standard Tax Calculation | | |
| Do not calculate State Tax | N | | | Do not calculate State Tax | N | |
| Do not calculate State Taxable | N | | | Do not calculate State Taxable | N | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP

DOJ-NXJ-000091

DOJ-0000711725

# Employee Profile

As of Date: 11/12/2023

| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Additional Tax | | Additional Tax | |
| Type | | Type | |
| Amount | | Amount | |
| Other State Specific | | Other State Specific | |
| 12th of Month | | 12th of Month | |
| Health Coverage | 4 - Employee + Dependent | Health Coverage | |
| Corporate officer | N | Corporate officer | N |
| Seasonal employee | N | Seasonal employee | N |
| Employee Type for Quarterly Reporting | | Employee Type for Quarterly Reporting | |
| Non Resident Tax% | | Non Resident Tax% | |
| Combined Income % | | Combined Income % | |
| SOC Code | | SOC Code | |

## SUI/SDI

| | | | |
|---|---|---|---|
| SUI/SDI Tax Code | FL-42-Florida | | |
| Changes to SUI/SDI Tax Calculation | | | |
| Calculate Voluntary Plan Disability Insurance (VPDI) | N | Do not calculate SUI/SDI Tax | N |
| Do Not calculate FLI Tax | N | Do not calculate SUI/SDI Taxable | N |
| Employee Type for Quarterly Reporting | | | |
| Family Leave Insurance | | Medical Leave Insurance | S |

## Local

| | | | |
|---|---|---|---|
| Worked in Locality | | Localité de résidence | |
| Filing Status | Exemptions: Filing Exemptions/Allowances: | Filing Status | Exemptions: Filing Exemptions/Allowances: 0 |
| Changes to Standard Tax Calculation | | Changes to Standard Tax Calculation | |
| Do not calculate Local Tax | N | Do not calculate Local Tax | N |
| Do not calculate Local Taxable | N | Do not calculate Local Taxable | N |
| Additional Tax | | Additional Tax | |
| Type | | Type | |
| Amount | | Amount | |
| Other State Specific | | Other State Specific | |
| Non Resident Tax% | | | |
| Other Locality | | Other Locality | |
| Filing Status | | | |
| Changes to Standard Tax Calculation | | | |
| Do not calculate Local Tax | | | |
| Do not calculate Local Taxable | | | |
| Local Services Tax Code | | Type | |
| Changes to Standard Tax Calculation | | | |
| Local Services Tax Code | | | |
| Changes to Standard Tax Calculation | | | |
| School District: | | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP

DOJ-NXJ-000092

DOJ-0000711726

# Employee Profile

As of Date: 11/12/2023

| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 |
|---|---|---|---|

| Changes to Standard Tax Calculation | Do not calculate School District Tax |
|---|---|

Local 9 Tax Code
Additional Tax Type                                   Additional Tax Amount
Changes to Local Tax Calculation

Local 10 Tax Code
Additional Tax Type                                   Additional Tax Amount
Changes to Local Tax Calculation

## To Date Accumulators

### Gross Pay and Taxes
All amounts are as of 11-10-2023 Week 46

### Accumulators
All amounts are as of 11-10-2023 Week 46

| Acc # | To Date | Adjustment |
|---|---|---|

| | |
|---|---|
| State Income Tax (Worked In State): | 3,021.76 |
| Federal: | 13,551.50 |
| Gross Pay: | 41,666.68 |
| | 41,666.68 |
| | 5,434.78 |
| | 0.00 |
| Social Security: | 2,583.33 |
| Medicare: | 604.17 |

### Allowed and Taken

| Code | Type | Allowed Adjustment | Taken Adjustment | Allowed Amount | Taken Amount | Cycle Code | Cycle Amount | Annum Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

### Goals
All amounts are as of 11-10-2023 Week 46

| Goal # | Deduction Amount | Limit | Accrued | Balance |
|---|---|---|---|---|

## Talent Profile

### Education
### Skills
### Licenses/Certifications
### Memberships
### Awards
### Training
### Language
### Previous Employers

## Statutory Compliance

### EEO/VETS

| Ethnic Code | 1 - White | EEOC Job Classification | Professionals |
|---|---|---|---|

### Vets-100/Vets-100A

| Special Disabled Veteran (VETS-100) | N |
|---|---|
| Other protected veteran (VETS-100/VETS-100A) | N |
| Vietnam Era Veteran (VETS-100) | N |
| Armed Forces Service Medal Veteran (VETS-100A) | N |

Employee Profile    FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP    Run Date: 11/12/2023 11:40 AM EST    12 / 15    DOJ-NXJ-000093

DOJ-0000711727

# Employee Profile

As of Date: 11/12/2023

| Y3I | Burke, Robert P | Position ID: Y3I248272 | Effective Date: 10/01/2022 |

| Disabled Veteran (VETS-100A) | N |
| Discharge Date | |
| Exclude non paid positions, temporary, seasonal or hired for duration employee from all counts | N |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP
DOJ-NXJ-000094
DOJ-0000711728

As of Date: 11/12/2023

Count Of Employees In Report: 1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP

DOJ-NXJ-000095

DOJ-0000711729

# Employee Profile

---

**Report Runtime Settings**   The following settings were used to create this report

---

## Employees Included

Employee List
**All Employees**

Company Codes
**All Company Codes**

Departments
**All Home Departments**

Locations
**All Locations**

Business Units
**All Business Units**

Home Cost Numbers
**All Home Cost Numbers**

## Fields Included

Co Code, Employee Name, Position ID

Direct Deposits, Tax Withholdings, Licenses/Certifications, Training, Employee Notes, Statutory Compliance, Pay - Regular Pay Rate, Contact, Education, Deductions, Emergency Contact, Memberships, Awards, Liens, Previous Employers, Position, Language, Address, Demographic Information, To Date Accumulators, Personal Information, Other Pay Settings, Skills

## Sort Order

Company Code, Name, Associate ID

## Group By

Company Code

## Display Options

Report Information displayed as of 11/12/2023

## Note