

**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
10/10/22 - 11/09/22

Access No. ▇▇▇

**Statement of Account**
For ROBERT P BURKE

# Checking

**Flagship Checking -** ▇▇▇**2840**

Joint Owner(s): BARBARA J BURKE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-14 | Deposit - ACH Paid From Adp Totalsource Direct Dep 01Afd9 | 10,843.51 | 42,446.74 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/10/22 - 11/09/22

**Statement of Account**
For ROBERT P BURKE

**Flagship Checking - ████2840**   (Continued from previous page)
Joint Owner(s): BARBARA J BURKE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-28 | Deposit - ACH Paid From Adp Totalsource Direct Dep 01Afd9 | 10,843.51 | 23,190.96 |



ROBERT P BURKE

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

NAVY FEDERAL
PO BOX 3100
MERRIFIELD VA 22119-3100

**CHECKING LINE OF CREDIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL)

| DUE DATE | ACCOUNT NUMBER | PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| NONE | ████2840 | NONE | |
| | | | |
| | TOTAL | $0.00 | |
| | | TOTAL | |



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
11/10/22 - 12/09/22

**Statement of Account**
For ROBERT P BURKE

# Checking
**Flagship Checking -** ▇▇▇▇2840

Joint Owner(s): BARBARA J BURKE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-29 | Deposit - ACH Paid From Adp Totalsource Direct Dep 01Afd9 | 10,843.51 | 14,609.72 |

### CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
12/10/22 - 01/09/23

**Statement of Account**
For ROBERT P BURKE

# Checking

**Flagship Checking -** ████2840

Joint Owner(s): BARBARA J BURKE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-14 | Deposit - ACH Paid From Adp Totalsource Direct Dep 01Afd9 | 10,843.50 | 28,335.53 |



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ROBERT P BURKE

Statement Period
12/10/22 - 01/09/23

**Flagship Checking** ▮▮▮▮▮▮▮▮2840          (Continued from previous page)

Joint Owner(s):  BARBARA J BURKE

| Date  | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-29 | Deposit - ACH Paid From Adp Totalsource Direct Dep 01Afd9 | 10,843.52 | 40,064.02 |



ROBERT P BURKE

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ➡  ☐

NAVY FEDERAL
PO BOX 3100
MERRIFIELD VA 22119-3100

| DUE DATE | CHECKING LINE OF CREDIT VOUCHER | |
|---|---|---|
| NONE | (FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL) | |
| ACCOUNT NUMBER | PAYMENT DUE | AMOUNT ENCLOSED |
| ▮▮▮▮▮2840 | NONE | |
| | | |
| TOTAL | $0.00 | |
| | TOTAL | |