# Burke — Monday mtg.

## Team — examples

**IS**
- Herm
- Wett
- **Raimundo** ⭐
- Juliet?

→ Pentagon interview team

**NOT**
- Nowell (John)
- Tweed
- Patrick O'Connell

Intersection cuts:
① mastery
② passion
③ making $ / living

you are a leave about all

---

## Project [FU] [if goes bad]

We picked you in P. FU
Turned down some really big names
Include BK — going to Corona + turning it down

You were our choice to get married to for project FU.

Need your help to maneuver

Little egg on face — your force much smaller, $5-$10m contract vs $50 FU

but also said NO to many other firms. Just decent that.

— gone to his head — fight govt.

---

## "Custodian"

- Can you give us sense what that means?
- Tell you ours:

**path A:**
1) like to make you millionaires
   (a) pure cash
   (b) equity
   can I do that?

I'm good for this as long as don't turn out to be asshole.

**path B:** Norfolk — simple as that
- part of so many events, invite us
- stand up, you don't need to sell for us

---

## UK Navy
★ Jim Hingham

---

Successfully taking the hill for us is $50mm contract.
$70mm not failing just that's what is. Not saying be shortsighted. Sharing the optics

For ex. CIA offered $10-$20mm, we said they are small, we said no. Wanted bigger than that. If FU sells Brand awesome.
Chrome yes, said 2 no. They yrs said 2 no. They just mate take us out & submit