# Fwd: Quick uodate

**From:** Meghan Messenger <mmessenger@nextjump.com>
**To:** Erin Cignetti <​[redacted]​>; Mom <​[redacted]​>
**Date:** Sat, 24 Jul 2021 03:37:22 +0000

I'm so out of it so tired longest day of my life in DC was well worth it will have to share more later but in short getting small few million dollar deal with burke for navy europe deal to prove the result to then get bigger deal and offered Burke full time offer wants to be a NxJumper starting next July. Surreal. A 4 stsr working for us when he retires. A lot of work to be done but o couldn't ask for more

Mom - not kidding I think I have to go to Naples Italy some time within next few months. And will get you and dad to come. He has a 7 master bedroom villa with a pool and olive trees and lemon trees and make their own lemon cello or apparently his maid does. Not kidding said ok if I bring my parents they have never been. Said bring them. Positano 40 mins away. Talked to the former four star in charge in Naples at the retirement ceremony and told me his fav restraint Chez blac….remember Erin omg have to tell you what he told me about the son of the owner but anyway so much to tell you about today was like wtf stressful and funny all at same time

I feel like where am I

[redacted] got here at 9p straight from DC longest day but worth it

Not the lottery ticket charlie hoped for but I was correct in a sense of what we would get snd in line with what I expected so feel happy stuff is lining up - complicated as shit to get this done but goals aligned I can see it happen

Sent from my iPhone

Begin forwarded message:

> **From:** Charlie Kim <ckim@nextjump.com>
> **Date:** July 23, 2021 at 6:52:53 PM EDT
> **To:** Team Strategy Committee <TeamStrategyCommittee@nextjump.com>, Lokeya Venkatachalam <lvenkatachalam@nextjump.com>
> **Subject: Re: Quick uodate**
>
> One more thing. His close friend/colleague joined. She's deputy director under sec of navy. Very senior and think is going to be an important ally. She joined as a friend to help navigate discussion and looking out for him. He trusts her. We won her over too.
>
> Also aug 14 event - he's going to try and really come. She may also.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Charlie Kim
> **Sent:** Friday, July 23, 2021 6:50:38 PM
> **To:** Team Strategy Committee <TeamStrategyCommittee@nextjump.com>; Lokeya Venkatachalam <lvenkatachalam@nextjump.com>
> **Subject:** Quick uodate
>
> Burke. Crazy day. Five hours. He would stayed all night if we stayed.
>
> In short starting with his command almost ASAP. But smaller single digit million deal but in this years budget. Make data showing results and will take two paths of increased contract. One in oct 1 budget under culture of excellence work between 3 fleet commanders, he has 1 of 3 votes and with data could get it done. He will then take the data to CNO gilday for larger all navy deal.
>
> We talked also of July 2022 him joining NxJ. Wants to come in nyc office. Talked salary equity etc. he was as very excited, wanted to resign next week. Told him to hold off and first launch this part 1.
>
> He didn't expect to talk that specifically on future with NxJ. Once we got on it he couldn't stop talking of anything else. At 12pm he told us he had 2pm meeting but once meghan told him what we wanted to talk about, he canceled everything.
>
> The legal part have to navigate smart. Lots in there too and more info we need to get. But in short it's a win.
>
> Get Outlook for iOS