6/23/22 Bob Burke

→ Not Good → Big scheme of thj, → not confirmed

→ July 2 retreat   (know tonight)   (today)
↳ Mandy
↳ if delay → short leash for turnaround.

Dept of Just
IG
↳ invest → abuse of power → re: contract
↳ Naval Forces Contract
Election ?

Navy + Donald Bailey
↳ relieved Mandy → fly back to stat.
Wed

hold on retreat date.

keep changes → ① 3-4* temp. appt (can retire
↳ investigal. plays out → public process of declare discuss
office talk → contract thru → public contracts → don't go fast
Duplicate → 1-2% anyth substantial → recomend/correct. ac.

GOVERNMENT
EXHIBIT
196

DOJ-0003675586

(2

Permanently retire me as 2* → extern (90 dys of leave, for a while.)

No 4* posit. → 60 dys → by
　　　　　　　　by law
① 　　　　　　　　go back to 2* →

② Contingent retirent. → 2* → phcly retired. → last one shot from.
　　　　　　　　　　　　　　　　　　　　　　　　　　　↳ admin.

③ You stay Commander → [doesn't effect my retirent pymnts]
　　　　　　　　　　　until resolved.

1 Aus → retist Aug → D.o.D. I.G. → work+ privt email.
　　　　　　　　　　　　　　　　　　　　not going on delete party

Whats App → delete that
　text　　　stuff.

Barbara → 1 email last Nov. → Navy optn → that book
　　　　　　　　　　　　　　　　　　　[Coaching you to get content]

(General Walther)
(CNO)

DOJ-0003675587

Don't care of my legacy → Worried of this all the time  (microscope)
                                                          human bias

I.G. → determin → substantiated or not
                                       → my statement of their
  Need [This]        ← CNO / Sec. of Navy.                find,
  attorney
                              ↳ draft final report → Conclusion
                                                    (last one to talk to)
  punishment:
                                                      ↳ conclude w/with
                         [then they]                        statement
                         interview
                         me.        → then
                                      14 days

Careful → Conditional retirement → when do I start work for you.

about our          well intended process              did this in a hurry
Book               that got weaponized
                                                         40 yr of service

     Shit about the navy            Our         → you are
                                    Asset         our asset