IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - x
THE UNITED STATES OF AMERICA,

                                     Criminal Action No.
              Plaintiff,             1:24-cr-00265
                    1                Thursday, August 21, 2025
v.                                   1:37 p.m.

YONGCHUL "CHARLIE" KIM and
MEGHAN MESSENGER,

                                     **AFTERNOON SESSION**

              Defendant(s).
- - - - - - - - - - - - - - - - x
_____

                    TRANSCRIPT OF JURY TRIAL
         HELD BEFORE THE HONORABLE TREVOR N. McFADDEN
                 UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:
For the United States:    **REBECCA G. ROSS, ESQ.**
                          **BRIAN P. KELLY, ESQ.**
                          **JOSHUA S. ROTHSTEIN, ESQ.**
                          **SARAH C. SANTIAGO, ESQ.**
                          **U.S. ATTORNEY'S OFFICE FOR D.C.**
                          601 D Street, Northwest
                          Washington, D.C. 20530

For Defendant Kim:        **WILLIAM S. BURCK, ESQ.**
                          **AVI PERRY, ESQ.**
                          **BRETT RAFFISH, ESQ.**
                          **CHRISTOPHER J. CLORE, ESQ.**
                          **JOHN F. SCANLON, ESQ.**
                          **QUINN, EMANUEL, URQUHART & SULLIVAN**
                          1300 I Street, Northwest, Suite 900
                          Washington, D.C. 20005

For Deft. Messenger:      **REED BRODSKY, ESQ.**
                          **SIMONE RIVERA, ESQ.**
                          **GIBSON, DUNN & CRUTCHER, LLP**
                          200 Park Avenue
                          New York, New York 10166

Court Reporter:           Lisa A. Moreira, RDR, CRR
                          Official Court Reporter
                          U.S. Courthouse, Room 6718
                          333 Constitution Avenue, NW
                          Washington, DC  20001
                          (202) 354-3187

I N D E X

WITNESS                                                          PAGE

**AMANDA KRAUS**
     (By Mr. Scanlon)..................................... 4
     (By Mr. Brodsky).....................................44
     (By Ms. Ross)........................................54

**FBI SPECIAL AGENT SEBASTIAN GARDNER**
     (By Ms. Ross)........................................60

P R O C E E D I N G S

THE COURT:  All right.  Defense is looking to move in CX82?

MR. BURCK:  Yes, Your Honor.

THE COURT:  All right.  And is the government objecting?

MR. KELLY:  Yes, Your Honor.  We object on the basis that it is not an inconsistent statement as testified to by Ms. Beyler.

THE COURT:  All right.  I'm happy to hear from you, Mr. Burck.

MR. BURCK:  Yes, Your Honor.  The witness -- obviously the statement that she made or the testimony she gave in May speaks for itself.  It was a question.  She answers yes.

I asked her the same question.  She said no, and then she tried to explain it by saying, Well, it's both yes and no.  And her answer today was effectively, as I understood it, Your Honor, no, that wasn't what they recommended, which is different than what she said in May, but yes, there was this process where we were trying to get all this information out and give a recommendation to the admiral.

THE COURT:  All right.

MR. BURCK:  So I think clearly the -- I did ask

her very specifically the question, same question that she was asked in May; she said no.  And then in May she said yes.

THE COURT:  So I actually disagree that you asked her the same question, but I think it's close enough that you should be able to admit it, and you all can argue about it to the jury, if that really matters.

So over objection, I'm admitting 82.  All right.

MR. BURCK:  Thank you, Your Honor.

(Jury enters courtroom)

THE COURT:  Welcome back, ladies and gentlemen. You may have a seat.  We're ready to continue the cross-examination of Ms. Kraus.

Mr. Scanlon.

MR. SCANLON:  Thank you, Your Honor.

AMANDA KRAUS, Resumed

CROSS-EXAMINATION, Continued

BY MR. SCANLON:

Q.  Ms. Kraus, just before we broke for lunch, you mentioned "that contract saved us."

Do you remember that?

A.  I'm sorry, I am a little bit hard of hearing, at least for you.  If you could speak up, I'd appreciate it.

Q.  That's quite all right.

So you mentioned, like, the prior Next Jump

contract saved you.

Do you remember --

A.   Yes, I did say that.

Q.   And the reason why it saved you is that it offered you a way to get this second Next Jump contract done in the allotted time period, right?

A.   That is correct, yes.

Q.   Okay.  And that the plan was basically just do it the same way, right?

A.   I don't know what you mean by "do it the same way."

Q.   Sure.  Bad question.

So is -- to do the Next Jump -- like to get Next Jump under contract in early 2022, you needed a mechanism that could get them under contract quickly, right?

A.   Yes, that's correct.

Q.   And you learned, when you were working on that, that there was a mechanism to get it under contract quickly, right?

A.   Yes.

Q.   And that was the mechanism that was used to get Next Jump under contract before, sometime in the past, right?

A.   Yes.

Q.   Okay.

A.   The OPM contract.

Q.   You see exactly where I'm going.

Right.  So there's a prime contractor named PowerTrain, right?

A.  Correct.

Q.  And PowerTrain has a contract with OPM, which is the Office of Personnel Management?

A.  That's correct.

Q.  And then Next Jump isn't actually contracting directly with the Navy, right?

A.  Well, what they would become is a subcontractor, so yes.

Q.  Right.  So they become a subcontractor of PowerTrain?

A.  PowerTrain, that's correct.

Q.  Okay.  So basically the mechanism is you have a subcontract with PowerTrain that has an existing contract with the Navy or with OPM?

A.  That's correct, yes.

Q.  Okay.  So the contract -- when we talk about the Next Jump contract, that's the purchase order, right?  The contract with -- between Next Jump and PowerTrain?

A.  Yes, that's correct.

Q.  Yes.  And that was -- and the way you came up with that is because that's how they did it before, right?

A.  Yes.

Q.  Okay.  So one of the things -- and that, in and of itself, was different from the other six to eight contracts you worked on previously, right?

A.  Yes, that's correct.  The previous eight contracts that I had worked on were new contracts, not necessarily modifications of an existing contract.

Q.  Okay.  I understand.

And then -- and there's nothing wrong -- again, not to retread too hard, but there's nothing wrong with doing the mod and doing it the way the Next Jump did it in 2022 and the way that they had done it before, right?

A.  Not that I'm aware of.

Q.  And that would avoid all the requirements of bidding, right?

A.  It would avoid the bidding part, yes.

Q.  Uh-huh.

A.  But there still has to be a requirement and statement of work.

Q.  Okay.  But that was done in 2022, right, for the 2022 contract; the requirements that needed to be done were done?

A.  For NAVEUR-NAVAF?

Q.  Yes, uh-huh.

A.  Well, that's what I worked on with Ray Johansmeier and the Next Jump team.

Q.  Okay.  And it ended up being sole-sourced, right?

A.  Yes.

Q.  And, again, nothing wrong with that, right?

A.  No.

Q.  So I want to take just a second to kind of walk through -- but I think what I understood from your testimony was you felt uncomfortable with the compressed time frame, right?

A.  Deeply, yes.

Q.  Okay.

MR. SCANLON:  If we could bring up Government Exhibit 97, please.  This is already in evidence so...

And let's take that off, please.  Can we drop that, please.  Thanks.

Can we go to Page 2, please.  And highlight just that bottom email down to 350K.

Q.  All right.  And you see here -- I think you testified on direct testimony that this is the email that basically set everything in motion, right?

A.  Well, the one before that, but yes.

Q.  Sure.

MR. SCANLON:  Zoom out and show the -- the one that actually goes to Ms. Kraus, first page.

Q.  Okay.  That's December 17th, right?

A.  Yes, that's correct.

MR. SCANLON:  Now can we go back to the original email from Ms. Beyler.  Ah, here we go.

Q.  So here we see Ms. Beyler says -- and the date on this, same date, December 17th, it says:

"Comptroller,

"Here's the pricing information and email from Admiral Burke.

"He wants a contract in place by 10 Jan."

So that's the time frame right there.  So December 17th to January 10th is when he wants it done by?

A.  Well, if you would go back to that -- the upper email --

Q.  Sure.

A.  -- my understanding was that it needed -- my initial understanding was that it actually needed to be by the 27th.

Q.  I hear you.

But the deadline set from Ms. Beyler saying that she got this from Admiral Burke was January 10th, right?

A.  According to this email, yes.

Q.  Okay.  And down there below it says "Some additional points he gave me verbally:

"2-3 pilot groups (CTF68, CTF65, DMHQ)."

What are those, CTF, do you know?

A.  Well, it's an acronym, but essentially these are the ships that comprise part of Naval Forces Europe, Africa, and Six Commands -- Sixth Fleet, excuse me.

Q.  Okay.  Do you know who is in command of those?

A.  No, I don't.

Q.  Okay.  And then I see it says, "DevGPS tool," then "subset of DESRON in place by 10 January," right?

A.  Yes, I see that.

Q.   And then above that you get an earlier deadline, but that earlier deadline, right, it didn't --

MR. SCANLON:   If we scroll up to the actual email, please.   This one of December -- no, the one that says the December deadline on it.

Right here.

Q.   The contract didn't actually get put in place by that deadline, right?

A.   No.   That just wasn't possible.

Q.   Okay.   So you get -- December 17th you get an email that's forwarded to you, this one, and then below it it sets a deadline of, presumably from the admiral, that's got to be in place by January 10th, right?

A.   Yes, in the lower part.

Q.   In the lower part, right?

A.   My thinking is the original understanding was the 27th, just to be clear.

Q.   But you didn't make the 27th, right?

A.   No.

Q.   You did make the 10th though?

A.   Yes, we did.

Q.   Okay.

A.   But only because of the existing contract.

Q.   That's right.   That's right.   You only made it because you learned in the days following December 17th there was

another way to do it that could get it done in the time period?

A.  That's correct.

Q.  Got it.  Okay.  Great.

MR. SCANLON:  So if we could scroll down -- if you could open up and go to the second page of this.  Okay.

Now I want you to highlight just the top of this from -- fine, yes -- Juliet Beyler -- no, the top from Juliet Beyler down.  The "From:" and "To:."

Q.  Okay.  So all the people on here also received this email -- and I'm talking about the original one now -- so there's no confusion of saying it's got to be in place by January 10th.

Juliet Beyler, she's senior in your command, right?

A.  Yes, that's correct.  She's the executive director.

Q.  Okay.  Ray Johansmeier -- I think we already went through this -- he's the lawyer, right?

A.  That's correct.

Q.  He's the one you worked with?

A.  Yes.

Q.  Brad Appleman, he's also a lawyer, right?

A.  Yes.

Q.  Nancy Lacore, she's a rear admiral, if I'm reading that correctly?

A.   That is correct.  She was the deputy chief of staff or -- it was a little confusing, her relationship and Ms. Beyler's, but essentially they hold the most senior positions.

Q.   Got it.  Safe to say they are very senior, yes?

A.   Yes.

Q.   Okay.  And none of them come back and say no way, can't be done, this is -- this is totally wrong, breaks ethics rules, all that.  None of them ever said that, right?

A.   No, they didn't.

Q.   Okay.  Now, let's just take a look at the actual contract that was put in place.

MR. SCANLON:  So if you could please bring up Government Exhibit 103.  Turn to page 2.

THE COURT:  Is this already in?

MR. SCANLON:  It's in evidence.  Thank you, Your Honor.

Page 3.

Q.   Okay.  So -- yes, you recognize this to be -- when we talk about the contract, this is the January 2022 contract with Next Jump, right?

A.   Yes.

Q.   Okay.  And there's no date on here.

MR. SCANLON:  If you could just highlight the bottom so we can get the date of when this is signed.

Q.   Do you see it's signed at the bottom, Laurie Griffin, January 5th of 2022?

A.   Yes, that's correct.

Q.   So you actually beat the deadline, the deadline of the 10th, right?

A.   We had a signed contract in place, yes.

MR. SCANLON:   Okay.   So if we go to the next page, please.

All right.   Yes, highlight just that top -- this -- down to 19 -- exactly, right there.

Q.   All right.   You see here it says, "These services shall be in accordance with the terms and conditions of the IDIQ 24361820D0001."

You see that, right?

A.   Yes, I do.

Q.   And that's the contract number, right?

A.   Yes.

Q.   Okay.   And then it says, "The specifications stated in OPM's RFTOP dated January 04, 2022, revised Performance Work Statement dated January 04, 2022, and PowerTrain's Technical and Price Proposals dated January 04, 2022, which are incorporated into this Task Order by reference."

Do you see that?

A.   I do.

MR. SCANLON:   So if we could please pull up just

for identification for the witness only DX87.

Q.   Okay.  Do you recognize what this is?

A.   This looks like the proposal.

Q.   Got it.  The proposal for the contract, right?

A.   For the contract, yes.

MR. SCANLON:  I'd like to offer this into evidence, Your Honor.

MS. ROSS:  No objection, Your Honor.

THE COURT:  Without objection, 87 is in and may be published to the jury.

Q.   Okay.  Ms. Kraus, do you see this says "PowerTrain Proposal to Provide Leadership Development Training to U.S. Naval Forces Europe & Africa," and then it has "Client Agency," and it has your name there?

Do you see that?

A.   I do, yes.

Q.   And down bolded just under 4 January 2022 you see it says, "Prepared under IDIQ 24361820D001."

Do you see that?

A.   Yes.

Q.   That's the contract number we were just looking for; is that right?

A.   Yes, that's correct.

Q.   This is the proposal that goes -- that is incorporated into the contract with Next Jump, right?

A.   Yes.

Q.   And this is like a standard process for this type of mechanism, right?

A.   To have a proposal?

Q.   To have a proposal that then ends up as a task order, the contract?

A.   Ultimately when a contract is awarded, yes.

Q.   Yes.  So you have a proposal and then you have a contract.  Yes?

A.   It's a little bit longer than that.

Q.   100 percent you're correct, but this is at least -- this is a step that happens before the final step, which is the contract, right?

A.   Yes, that is correct.

Q.   Okay.  If we could turn to -- please turn to Page 2 of this.

And you see it has a little background section, and it says, "The Navy's current performance counseling program outlines the basic performance counseling process between the Sailor and the designated counselor that's accomplished face-to-face utilizing hard-copy versions of the current formal performance evaluation forms as performance counseling worksheets."

And it -- this goes on to just kind of give you background on what the contract is, right?

A.   Yes.

Q.   Okay.

          MR. SCANLON:  We can zoom out from there.

Q.   And if we go to the third page of this, please.  You see that it has a description of the services that will be provided, right, in the Next Jump contract?

A.   Yes.

Q.   And you ultimately certified that these services were, in fact, provided, right?

A.   Yes.

Q.   Okay.

          Now, I want to show you what has been previously marked -- well, one second -- as Defense Exhibit 16. Defense Exhibit 16, please.

          Do you recognize what this is?

A.   This is the first part -- so the task order from, as I read it, maybe the original OPM contract.

Q.   The first --

A.   This is dated 2018.

Q.   Yes, the first Next Jump contract, right?

A.   Yes, that's what it looks like.

          MR. SCANLON:  I'd like to offer this into evidence, Your Honor.

          MS. ROSS:  Objection, Your Honor; lack of foundation.

THE COURT:  Overruled.  DX16 is in and may be published to the jury.

Q.  Okay.  Now, Ms. Kraus, you see the date on this is September 21st of 2018, right?

A.  Yes, I do.

MR. SCANLON:  Okay.  And if we could please turn to the next page and just highlight the top of that, yes, please.

Q.  Okay.  And you see this is Contract No. OPM 2615D001?  Do you see that?

A.  I do.

Q.  Okay.  And it says, "These services shall be in accordance with specifications stated in OPM's Statement of Objectives and PowerTrain, Incorporated's Technical and Price Proposals dated September 1, 2018, which are incorporated into this task order."

Do you see that?

A.  I do.

Q.  Very similar wording to the January 2022 contract, right?

A.  Yes.

Q.  Except the reference is a different proposal, right?

A.  Yes, I'm sure.

MR. SCANLON:  Could you please, sir, bring up just for the witness Defense Exhibit No. 140.

Q.  Can you see what this is?  Do you recognize the type of document that this is?

A.  Yes, this looks like probably the original proposal since it's to Millington and personnel command.

MR. SCANLON:  I would like to offer this into evidence, Your Honor.

MS. ROSS:  Again, objection, Your Honor; lack of foundation.

THE COURT:  All right.  Can the parties approach.

(The following is a bench conference

held outside the hearing of the jury)

THE COURT:  All right.  So it looks to me like you're going pretty far afield.  But I'm more likely to agree with Ms. Ross here.  I know that she's never seen this document before.

MR. SCANLON:  She is -- she's gotten training in contracts.  She has testified a number of times that she knew about the first contract.  Right?  And these documents are virtually identical as the second contract.  Obviously the content isn't the same, but the procedure is the same.  And she testified that that first contract saved them.  Okay?

So I am just -- these are business records.  They have 90211 certifications that haven't been challenged.  So they're evidence.  She can just read them, Your Honor.

And the point of this is that throughout her direct testimony she talked about how the compressed time frame was -- the jury is left with the impression that that compressed time frame is somehow wrong, and I'm going to show, by admitting this document and then showing her another document that's already in evidence, that the -- which is the order for the $10 million contract, these time frames are exactly the same.

THE COURT:  So you write that the -- you know, she recognizes this type of document, and that this would be kind of a matter of weight.

MS. ROSS:  Your Honor, she's never testified that she's seen this document before.  It's -- so I don't see how it can come in through this witness if it's a document she has never seen before.  And then to ask her questions about a document that she's never seen before without any sort of foundation, it's improper.

He can ask her questions about her knowledge of the original contract, but because she's never seen this document, she can't testify to it.

If he wants to ask her questions about her awareness of the use of PowerTrain and PowerTrain's original contract, he can do that.  He cannot show her this document without any knowledge of it.

MR. SCANLON:  They're business records, and she

can just -- I would just ask for her to read them, that's it.

THE COURT:  Why don't they just come in as business records?

MS. ROSS:  We agree that it's a business record, but you still need the proper witness to do it with.

He's going to have her testify about a document she's never seen.  That's still improper even if it's a business record, Your Honor.  He's going to ask her to read a document and testify about a document she's never seen before.

He should just -- I mean, he can ask her the questions, and if she can answer the questions, she can answer the questions.  But to show her a document that she's never seen before to taint what she knows and what she doesn't know, he can't do that while she's on the stand, Your Honor.

MR. SCANLON:  It's a business record, which is self-authenticating -- right? -- with the 90211 certification.  I will just have her read it.  I'll offer it into evidence and have her read it.

THE COURT:  Yes, I agree with defense, and in light of the fact that it's already a business record, self-authenticating, and I think it is appropriate to get in.

(This is the end of the bench conference)

THE COURT:  All right.  I'm overruling the objection.  DX140 is in and may be published to the jury.

BY MR. SCANLON:

Q.  Okay.  So if we could turn to Page 4 of this document.

Okay.  And I just want you to read -- this is the pricing of the contract.  Do you see that?

A.  Yes.

Q.  And there are two little boxes.  One of them says $4,869,565.

Do you see that?

A.  Yes, I do.

Q.  And the second box says $5,000 -- I'm sorry, $5,130,434.

Do you see that?

A.  Yes, I do.

Q.  Now, I can pull out my calculator, but 4.87 plus 5.13, that equals 10, right?  Correct?

A.  Yes.

Q.  $10 million?

A.  Yes.

If you're asking me to do public math, I feel really pressured right now.

Q.  I also -- I do, too.  I can actually get out a calculator and put it on the ELMO to make sure we're on the same page that 4.87 plus 5.13 equals 10.

All right.  Let's do it.  4. -- I'm going to do

4.87.

THE COURTROOM DEPUTY:  Just give it a second.

(Pause)

Q.  All right.  4.87 plus 5.13.

THE COURTROOM DEPUTY:  I can zoom out.

Q.  Do you agree it equals 10?

A.  Yes.

MR. SCANLON:  All right.  Can we go back to that?
Go back to the exhibit defense -- Page 4 of the exhibit,
please.

Q.  Okay.  So -- and you see that the date on here is 20
September 2018, right?

A.  Yes.

MR. SCANLON:  Okay.  And if you could just quickly
pull back up -- excuse me for one second.

If you could please pull up Defense Exhibit 16 and
put it on the right.

Q.  Okay.  Now, you see -- and we had just talked about
Defense Exhibit 16 a moment ago.  This is actually the
contract with Next Jump, the earlier contract, right?

A.  Yes.

Q.  Okay.  And you see that the 4.869 million number, that
matches the first number in the one in the proposal that
adds up to $10 million, right?

A.  Yes, I see that.

Q.  Okay.  And I want to just highlight the date of -- that the actual contract was signed.  It's at the bottom next to Laurie Griffin.

MR. SCANLON:  If you could call that out, please, so we can see what the date is.

A.  I'm sorry, I can't see it.

Q.  No, you're not controlling it, ma'am.

All right.  You see that -- what date is that?

A.  That's September 24, 2018.

Q.  Okay.  All right.  September 24, 2018.  I'm going to write a little reminder for myself on that.

MR. SCANLON:  All right.  If we could please pull up Defense Exhibit 326.

Q.  This exhibit is already in evidence, and I don't want you to -- I'm not going to ask you for whether you saw it, because I know that you didn't.  But I just want you to take a look at the very top email, and you see it's from Juliet Beyler to Steffanie Easter.

Do you see that?

MS. ROSS:  Objection, Your Honor.

THE COURT:  On what basis?

MS. ROSS:  Your Honor, this is a document she's not on.  There's a lack of foundation, lack of knowledge.

MR. SCANLON:  It's in evidence.  I'm just going to have her read it.

THE COURT:  I think it's already in evidence.

MS. ROSS:  But, Your Honor -- okay.

THE COURT:  Overruled.

Q.  You see it says, "Steffanie, sharing below conversation re:  Next Jump for your SA."

I'm not going to ask you to interpret.  Just see it.

"CNO gave the green light Friday, VCNO circled with Bob yesterday to confirm we want to, and are, moving out."

Are you familiar -- setting this document aside, are you familiar with what a CNO is?

A.  The CNO is the Chief of Naval Operations, so the highest-ranking admiral in the Navy.

Q.  That's the number one guy in the Navy, right?

A.  Yes, that's correct.

Q.  Okay.  And Juliet Beyler, she's the one who originally sent the email out on December 17th of 2021, right, talking about the 20 -- that later contract, right?

A.  Yes, that's correct.

Q.  Okay.

MR. SCANLON:  Let's -- can you take off that callout, please.

And I want you to highlight, yes, the middle email, please.

Q.   And you see it's from Juliet Beyler and copied -- the first person copied there is Robert Burke.

Do you see that?

A.   Yes, I do.

Q.   That's Admiral Burke, who we've talked about before, right?

A.   Yes.

Q.   That was who your commander was in NAVEUR, right?

A.   Yes, that's correct.

Q.   And I just want you to read the first paragraph of this email.

A.   "This afternoon CNO gave the boss green light to proceed with Next Jump as described below ($10M proposal).  CNP subsequently called Charlie and let him know we'll be moving out."

Q.   Okay.  So you remember seeing that $10 million number just a minute ago in the proposal, right?

A.   Yes.

Q.   And that proposal was dated September of 2018.  We're going to get back to it.

But this date here of this email is August 31st of 2018, right?

A.   Yes, I see that.

Q.   Okay.  And I want to just do one thing here so I don't get messed up.

August 31st.

All right.  So August 31st, "This afternoon CNO gave boss green light to proceed with Next Jump as described below ($10 million proposal)," right?

MR. SCANLON:  Okay.  If we could please pull up DX16, which is the first Next Jump contract.

Q.  We've just been talking about this and the date that this was signed.  It's dated up at the top September 21st. The day it's signed is September 24th.

Do you see that?

A.  Yes, uh-huh.

Q.  Okay.

MR. SCANLON:  Just give me one second.

Okay.  If we could switch over to the ELMO, please, and zoom out.

THE COURTROOM DEPUTY:  Is this for the jury panel, too?

MR. SCANLON:  Yes.  Sorry.  This is a demonstrative for the jury, Your Honor.

Q.  Okay.  So I now have a calendar representation of those two dates.  So we have CNO, green light, $10 million, August 31st.

Contract, September 24th.

Do you see that?

A.  Yes, I do.

Q.   Okay.  So that looks like it goes through a weekend and then -- which is actually a long weekend, right, because that's -- the first Monday in every September, that's Labor Day, right?

A.   Yes.

Q.   Okay.  So it goes through weekend one, two, three weeks, contract is signed on that following Monday, right?

A.   Yes.

Q.   And that's for millions of dollars, right?

A.   Yes.

Q.   Okay.  Now, if you could please bring back up -- all right, I've been advised that I should ask you a question that's very important, which is, let's count how many days are in between that.

     So we have one, two.  I think we can all agree that a week has seven days.  Right?  So that's nine.  Plus seven is -- I know I'm going to mess this up.  Oh, God. Nine plus seven is 16; plus seven is 23; 24, 25 days.  I got it right.  25.  That's the difference between August 31st and the September 24th?

A.   I'll say yes.

Q.   All right.  Thank you.  I feel --

A.   I'll let you off the hook.

Q.   -- a personal victory of being able to do that, amazingly.

MR. SCANLON:  If you could please bring up Government Exhibit -- or, I'm sorry, Defense Exhibit 326.

I'm sorry, that's the wrong exhibit.  If you could please bring up Defense Exhibit -- Government Exhibit 97.  Government Exhibit 97.

Second page, please.  Okay.  Highlight the bottom email.

Q.  The date on this -- and this is the same date that you received it.  You recognize this as the email that got the ball rolling with the late 2021/early 2022 Next Jump contract, right?

A.  It was the later email actually --

Q.  But same date, right?

A.  -- but yes.

Q.  So here this is set on December 17th.  So let's do this here.  And it is order for contract.  That's the -- that's what you understood to be -- that day is when you got the order to enter into the contract, right?

A.  I understood, again, the 27th originally, but I acknowledge that this says the 10th, right.

Q.  And you didn't make the 27th, right?  You didn't make it, right?

A.  No, we didn't.

Q.  Right.  And this one comes from -- let's put a deadline of January 10th.

MR. SCANLON:  Okay.  If we could please switch on the demonstrative -- or the ELMO for a demonstrative for the jury.

Q.  Okay.  So here have I gotten this right?  We have -- December 17th and January 10th are the beginning and end date?

A.  For the contract to be in place?

Q.  Yes.

A.  Yes.

Q.  Okay.  I'm going to do it again.  I feel more confident having done it the first time.

So we've got -- we have two days.  It's the Friday before a weekend.  Then we add seven to that; that's nine.  Add seven more to that; that's 16.  We're getting into January now.  Seven to that is 23; two more there, that's 25 days.  Right?

A.  That is 25 days.  The timing is quite a bit different in the circumstance because we were at half staff.  NAVEUR-NAVAF Sixth Fleet, the procedure, I guess, for holiday time is that they do, like, two-week breaks, so we had essentially a skeleton crew, and I feel like that was really important because that was one of our main issues in getting the contract in place.

Q.  Totally understood.  Understood.

You knew that, right?  You knew that fact, that it

was a skeleton crew, right?

A.  Yes.

Q.  And Admiral Burke presumably knew that fact too, right?

A.  Yes.  He would have been the one authorizing that time off, yes.

Q.  But you didn't tell Mr. Kim or Ms. Messenger that, right?

A.  I don't know that I did or didn't.  I don't recall that.

Q.  What I'm saying is, you talked about the skeleton crew, which is totally fair.  But for an outsider who is not in NAVEUR, these two time periods are exactly the same, aren't they?

A.  I could see where possibly they would feel that way, yes.

Q.  That's right, right?  It is.  They are, in fact, the same to an outsider.  You just knew something on the inside that made them feel different.

A.  Yes.

Q.  Okay.  Now, earlier we went through some negative reviews that you saw of Next Jump's training, right?

A.  Yes.

Q.  Okay.  And it sounds obvious, but those reviews came after the training was over, right?

A.  Yes.

Q.  Okay.  And when you have -- and it was a pilot program,

right?

A.   I didn't know that.

Q.   Okay.  You know what, it doesn't matter.

If you have a -- if you have a contract with someone, right, with a contractor, and it doesn't live up to what your expectations were, right, and you see these negative reviews, you don't do further contracts, right?

A.   Correct.

Q.   And that's exactly what happened here, right?

A.   Yes, that's correct.

Q.   No more contracts.

So, again, that's to be expected, right?

A.   Yes.

Q.   But the reviews -- like, when you look at a review and where it comes and the timeline of a decision-making process, right, to affect the decision, the decision, right, your view of things, you'd have to see that before the contract is put in place, right?

A.   I'm sorry, I'm not sure if I quite follow.

Q.   Right.  So if you're -- you're not judging by hindsight, right?  The contract is entered into.  It goes into, and you get negative reviews.  Then you can run the risk of some hindsight, like, well, we shouldn't have done that.  Right?  We shouldn't have entered into that contract.  Right?

A.   Yes.

Q.   And that was your testimony, right?

A.   Yes.

Q.   But then you're looking at the reviews after the fact. But the critical time of looking at a decision of whether it was right or wrong should be stuff that happens before the decision is made, right?

A.   Yes.  In terms of assessing the types of training or what would fulfill the requirement, yes.

Q.   Right.

A.   There's some research involved.

Q.   Or just research on whether or not this is -- you know, people feel positive or negative on this vendor, right?

A.   Yes.

Q.   Okay.  And you knew, right, you knew that they had a contract before, right?  Next Jump had had a contract before, right?

A.   Eventually, yes.  Not at the time that I was notified.

Q.   Fair enough.  But before the contract went into place?

A.   Yes.

Q.   Okay.  And you also knew that some senior officers had gone and done a training at Next Jump's headquarters just before this whole contract thing came through, right?

A.   I did hear that.

Q.   Okay.  They were senior people, right?

A.   Yes.  That was my understanding.

Q.  And you could have gone out and figured out what their view of Next Jump is, right?

A.  No.  Not in the time period that we're talking about.

I don't know how else I can emphasize this, but I'm getting an email on Friday before Christmas.  It's about something I've not seen or heard of or been aware of.  There was no time.

Because I wasn't initially aware that there was going to be or that there was this existing contract, I went into this first asking questions and saying, "Hey, please, let's wait, let's look at this," and thinking we were starting a brand-new contract.

So we took -- again, I can only speak to my own experience and expertise -- something that would take months, absolutely weeks, and compressed it into, you know, however many you said because I'm not even going to quote the number.  A few days.

That is Herculean, sir.

Q.  I didn't say you didn't work hard by any stretch of the imagination, ma'am.  No way.  And I don't -- I'm not trying to -- I'm not trying to -- I'm not trying to say that you somehow didn't fulfill your job.  I actually think that you fulfilled your job very well.  You made sure that things were going as they should under the rules and regulations under a time pressure.  So I just want you to know that.

But I also want to see -- wanted to ask you questions about the fact that this had been done before though. We looked at it together. That this compressed time period had in fact, or at least close to it, had been done before, right?

A. I think what you showed me is very, very simplified. I have no way of knowing, sitting here, if the 2018 documentation -- the contract that you showed, I have no idea who did the performance work statement, who did the estimates or the research. I don't know how much of that.

I'm doing my best to answer your question --

Q. Uh-huh.

A. -- but I can't say definitively that all of that work was done in this very short 20-some-odd-days period.

Q. That's fair.

A. I think that the comparison is unfair.

Q. I understand. I understand. I understand.

But the same number of days from approval to contract?

MS. ROSS: Objection, Your Honor; asked and answered.

THE COURT: Yes.

MR. SCANLON: Okay. Let's move on.

Q. So let's just -- you didn't -- when you did your review before the contracting period, before the 2022 contract was

entered into, right, you did not -- I'm not saying that you did anything wrong, but you didn't go out and find out if people had positive reviews of Next Jump, right?

A.   No.   There was no time.

Q.   Okay.

A.   We did the small amount of research that we could, and it was inadequate at best.

Q.   Okay.  And actually I have one other -- one other question I have for you, which is -- well, I have a few more questions, but on this topic.

I think one of the things you said before was it was new to you -- it was new to you that Admiral Burke, like a commander, would get involved in directing, you know, that a contract be entered into with a specific vendor, right?

A.   Yes, I did say that.

Q.   But that's also exactly what happened for the earlier contract, right?  We read it together, didn't we?

A.   I can't really speak to what happened at the earlier contract other than to say it was a vehicle at which we could get the 2021/'22 contract in place.

Q.   I understand.

Okay.  I want to move on to another topic, and that is you testified about something called Outward Mindset.  Do you remember?

A.   Yes, I did.

Q.   Okay.  So Outward Mindset, that's another leadership tool, right?

A.   Yes, that's correct.

Q.   But you didn't, like, truly research what the difference is between Next Jump and Outward Mindset, right?

A.   I did what I could in the amount of time.  As I had stated previously, this contract for Outward Mindset with Arbinger company was already in the works.  You know, I didn't come on to the team at a time that I would have been -- at the very beginning, if you will.

Q.   Right.  But you didn't personally do any meaningful research on what does Outward Mindset offer as opposed to Next Jump, right?

A.   We did some limited -- again, limited research in December.  And as I said, it was inadequate at best because of the time crunch; and, frankly, Admiral Burke wanted it, and it was abundantly clear that we would have the Next Jump contract in place by the 10th of January.

Q.   Okay.  But it's -- you remember testifying in another hearing, right?  And in that do you remember testifying that you didn't do -- you didn't personally do any meaningful research on the difference between these two, right?

          THE COURT:  I think she said that she didn't.

          MR. SCANLON:  I understand.

          Can we just bring up --

Q.   Maybe I can just refresh your recollection.

MR. SCANLON:  Can we bring up cross-examination on CX87 at Page 82.

Q.   All right.  Now, I'll read the bottom -- you can read to yourself the bottom two lines.  Let me know when you're done, and we can go to the next page.

A.   Next page, please.

Q.   Uh-huh.

A.   (Witness reviews document)

How much am I reading?

Q.   You can read to the bottom of the page, ma'am.

A.   Okay.

Q.   And then I'll ask you the question again.

A.   (Witness reviews document)

MR. BRODSKY:  Your Honor?

JUROR:  Can I have a pen?

THE COURT:  A pen?

JUROR:  Yes.

THE COURT:  Taking a lot of notes over there.

A.   Okay.

Q.   When you're done reading, we can actually go to the next page.

Okay.  And if you'll read down to Line No. 19.

A.   (Witness reviews document) Okay.  I'm finished.

Q.   Does that refresh your recollection that you did not

research the Outward Mindset versus Next Jump to compare them, right?

A.  I led a team, and in this very constricted time period I had to divvy up the tasks in order to meet that deadline, so I asked someone else to do that.

Q.  Right.

A.  Which is in her purview to do.

Q.  I'm not trying to fight with you.  It's just -- I just want it clean for the record.

You didn't do the research, right?

A.  I did not personally do the research.

Q.  So you didn't do the research.

And Outward Mindset, that's something that was already offering trainings at NAVEUR during the time period, right?

A.  I believe that they had one before -- in the time that I was there in this December period, no, we didn't have a training yet, but I --

Q.  But before then?

A.  I believe that there was one offered already.  I don't know.

Q.  Let me see if I can refresh your recollection one more time.

MR. SCANLON:  If we can bring up CX143, please.

Q.  If you could read that to yourself, ma'am, and see if

that refreshes your recollection.  You received this email.

A.  (Witness reviews document) Okay.  I'm finished.

Q.  Sure.

A.  Yes, I agree that I received this.  Is that the question?

Q.  So yeah, does that refresh your recollection that Outward Mindset was already doing trainings at NAVEUR, right?

A.  Yes.

Q.  And does it refresh your recollection that Admiral Burke was a fan of Outward Mindset, right?

A.  Yes, I do think he had positive comments.

Q.  Okay.  And, in fact --

MR. SCANLON:  You can take this down.

Q.  -- you had -- you observed Admiral Burke to be interested in developing the leaders of the command, right?

A.  Yes.

Q.  Okay.  And the goal of Next Jump is leadership training, right?

A.  That is what I thought.

Q.  Okay.  So Admiral Burke -- it is possible that it can be happening at the same time, right?

A.  It is possible.  It just wasn't funded or anything ahead of time that I was aware of.

Q.  I understand.  But Admiral Burke, he is into training

his leaders and his commands, that these two could, in fact, co-exist, right?

A.   He did seem to believe that, yes.

Q.   Okay.  And then got a small contract with Next Jump. Didn't work out.  That's -- don't follow up on it, right?

A.   I'm sorry?

Q.   You knew the contract with Next Jump doesn't work out, don't follow up on it, right?

A.   Correct.

Q.   And -- but by doing that contract, it wasn't -- you didn't, like -- it wasn't to the exclusion of Outward Mindset, right?

A.   No, it wasn't.

Q.   No.  Outward Mindset kept going, right?

A.   It did.

Q.   And that is normal, right?  Some programs succeed, and some don't, right?

A.   I would say yes.

Q.   It doesn't make it wrong, right?

A.   That was really confusing the way you worded that.

No, it was correct.

Q.   Yes, okay.

All right.  And that decision of, like, what things to order, programs to order under the command, that does ultimately fall to Admiral Burke, right?

A.    It does, but that is also why he has a staff.  That is our capacity as advisors, is to give input.

It is his responsibility as the commander, yes.

Q.    Okay.  And I just want to just have a couple more questions, and that is you -- in the time you were doing all your work to get the Next Jump contract in place, did you work closely with Mr. Kim and Ms. Messenger?

A.    I recall that we had some phone calls, yes --

Q.    Okay.

A.    -- with Mr. Johansmeier.

Q.    Sorry, sorry, I didn't mean to cut you off.

A.    There were phone calls with Mr. Johansmeier and the Next Jump team, yes.

Q.    Okay.  And on those calls, you didn't -- did you actually speak -- do you remember speaking with Mr. Kim?

A.    Yes, I remember him being on a call specifically.

Q.    Okay.  But did you actually speak to each other?

A.    I'm sure we did.

Q.    Okay.  How about Ms. Messenger?

A.    I honestly can't recall if I talked to her ahead of time.

Q.    Okay.  But during those calls, you didn't tell them that there's something wrong with this contracting process, right?

A.    No, I didn't.

Q.  And on those calls, you didn't observe them to be long-experienced government contractors, right?

A.  I honestly don't know if I -- what their experience was.

Q.  Okay.  But you wouldn't -- you wouldn't have one way to know one way or another, right?

A.  Not without more research.

Q.  Exactly.  So, you know, you wouldn't know if they think this is standard process or not, what you called the compressed time period.  They wouldn't know, right?

A.  They should have -- I'm sorry, I didn't understand your question.

Q.  We talked about what you described as the compressed contracting period --

A.  Yes.

Q.  -- in December and January.  But you have no idea if they could appreciate that, right?

A.  That's correct, I don't know.

Q.  No idea.

Okay.  And just sort of this time period, in addition to being compressed, it was over Christmas, right?  It was over the holidays, I should say, right?

A.  Yes.

Q.  Okay.  And that ruined your holiday, right?

A.  It didn't make it the best Christmas I've had.

Q.  Understood.  It ruined it, right?  It screwed it up.

You weren't in --

A.   Sure.

Q.   Okay.  Right.  But that's -- you know, that's not Mr. Kim and Ms. Messenger.  They didn't make that decision, right?

A.   I don't -- it seemed like it was from Admiral Burke's email.

Q.   That's right.  It was from Admiral Burke is the one, and he's the one who decides because he's the one in charge, right?

A.   Yes, uh-huh.

Q.   And he's the one in charge, so when people get this order, right, or this direction to go do it, they do it, right?

A.   Yes.

Q.   And a lot of senior people did it also, right?

A.   Yes.

Q.   Okay.  And it's sort of like called helping get to yes, right?

A.   Yes, I think that's an adequate description.

Q.   Right.  And you do that because you want to help the commander get what they want, right?

A.   I was in fear of my job.

Q.   Totally understand.  Totally understand.

         But you understand that the commander, when people

are getting to yes, they're relying on him to be doing the right thing, right?

A. I'm relying on everyone around me to be doing the right thing, and that is, in terms of an advisory staff, I'm relying on their expertise from legal counsel to our curriculum specialist, who is trying to do her due diligence, and on up the chain of command, yes.

Q. You were relying on their expertise, right?

A. Yes.

MR. SCANLON: No further questions.

THE COURT: Thank you, Mr. Scanlon.

Mr. Brodsky.

MR. BRODSKY: Thank you, Your Honor.

CROSS-EXAMINATION

BY MR. BRODSKY:

Q. Hi, Ms. Krauss.

A. Hi. How are you?

Q. I'll be very brief.

Do you recall in September 2021 receiving an email regarding Outward Mindset?

A. If you show me the specific one, I'm happy to confirm.

Q. Fair enough.

Just generally, do you recall in September 2021 learning that Admiral Burke was very interested in assessing the effectiveness of Outward Mindset?

A.   Yes.

Q.   And there was a directive from Admiral Burke -- coming from Admiral Burke to implement a program to analyze the effectiveness of Outward Mindset?

A.   I don't recall an effectiveness program, but I do recall that he had interest in having the course and had seen it well before I had arrived.

Q.   Do you remember he specifically wanted people to take the course and was advocating for that?

A.   Yes, he did, indeed.

Q.   Can I show you DX1504 for identification.

And is this --

MR. BRODSKY:  If we can blow up the first half.

Q.   And you're a recipient of this email, correct?

A.   Yes, I am.  I'm on the cc line.

Q.   The cc line.

And this was on September 21, 2021?

A.   Yes.

Q.   So this is a couple of months before this miserable Christmas work experience?

A.   It was.

Q.   Yes.  And this related to Outward Mindset, right?

A.   Yes, this email does.

MR. BRODSKY:  Your Honor, we offer DX1504.

MS. ROSS:  No objection, Your Honor.

THE COURT:  Without objection, DX1504 is in and may be published to the jury.

Q.  And this was sent -- so just to orient ourselves, this was September 21, 2021, correct?

A.  Yes.

Q.  And Nina Nicasio sent out this email, correct?

A.  Yes.

Q.  And she is a captain, so Captain Nicasio sent out the email.  She's a director of manpower and personnel in N1?

A.  Yes, that's correct.

Q.  A fairly senior leader there?

A.  Yes.

Q.  In fact, you reported to Ms. Hooker, who reported to somebody else who reported eventually to Captain Nicasio?

A.  No.  Ms. Hooker, also on the cc line, and Chief Hedge actually reported to me.

Q.  Ah, thank you.

A.  And I reported to Jeannie English, who was Captain Nicasio's deputy director.

Q.  And Captain Nicasio then reported to...?

A.  The chief of staff.

Q.  The chief of staff, Nancy Lacore?

A.  I believe so, yes.  And then --

Q.  Nancy Lacore reported to -- sorry.

A.  Ms. Beyler.  And then Ms. Beyler, and then Admiral

Burke.

Q.   Okay.  And would you agree that this was sent out to a large group email address in the "To:" line?

          MR. BRODSKY:  Maybe we can highlight the "To:" line.

A.   Yes, so in this "To:" line, this would have been -- I don't know the exact number of people, but this would have gone to all of the staff directorates.

Q.   And does the -- I'm not going to have you read the whole thing, but does the first section say "Directors, deputies, and special assistants"?

A.   Yes, it does.

Q.   And then if we can highlight this part.  "Admiral Burke is very interested in assessing the effectiveness of Outward Mindset, and increasing the staff's participation in receiving training, as well as identifying 15 facilitators that have 18 or more months on board who would be interested in attending Train the Trainer course the end of Nov/first week of December," right?

A.   Yes, that's correct.

Q.   And you understood from receiving this email or being copied on this email that there was an effort by Admiral Burke to seek to get voluntary participation for people to be trainer -- to get trained as trainers with Outward Mindset?

A.   Yes.

Q.   And do you remember thereafter receiving communication coming from Admiral Burke where he also was advocating for people to attend the trainings?

A.   I couldn't tell you specifically what emails, but I believe that happened.

MR. BRODSKY:   Let me see if -- DX1517 for identification, if we can put that up.

Q.   Do you recognize DX1517 as an email you received?

A.   Yes, I recognize this email.

Q.   Okay.  And this is from Admiral Burke?

A.   Yes.

Q.   His office?

A.   Yes, from his office.

Q.   One of his aides sent it out, Roger Meyer?

A.   Yes.

Q.   To a large group of people at the Navy?

A.   Yes, that's correct.

Q.   And this related to a company called Arbinger providing training called Outward Mindset?

A.   Yes, it does relate to that.

Q.   And the date is October 19, 2021?

A.   Yes.

MR. BRODSKY:   Your Honor, we offer DX1517.

MS. ROSS:   No objection, Your Honor.

THE COURT: Without objection, 1517 is in and may be published to the jury.

Q. So this -- just so the jury can see it, this is Admiral Burke's -- one of his aides on his behalf sending out an email on October 19, 2021. And who -- in the first statement it says "ALCON." Who is ALCON?

A. All concerned, that's an acronym.

Q. And do you have a general description for the Navy personnel in the "To:" column there?

A. I would say that's staff leadership, part of NAVEUR -- Naval Forces Europe, Africa, and Sixth Fleet, so these are the more senior folks.

Q. And does it not say, all concerned -- "ALCON, On 3 December, Mr. Cameron Cozzens from the Arbinger Institute will be providing an Executive Level Outward Mindset brief to Admiral Burke, Vice Admiral Black, the ED" -- executive director, correct?

A. Yes, that's correct.

Q. -- "the Cos" -- which is chief of staff?

A. Correct.

Q. The DMO?

A. Director of maritime operations.

Q. DMHQ?

A. Maritime headquarters, so that individual's staff.

Q. N4?

A.  That's logistics.

And I'll just keep going.  We have the political advisor and the operations center leadership is the MOC-D.

Q.  Admiral Burke describes two sessions, one scheduled at a particular time and another scheduled for another time?

A.  Yes.

Q.  And where is Capo?  It says Capo, if I'm pronouncing that.  I've never been there.

A.  It's short for Capodichino.  That is the location of where our headquarters was.

Q.  And does he not say in the next paragraph, "I have sent out multiple emails to the staff about OM (attached); for your review"?

A.  That is what it says.

Q.  And you remember there being an attachment to this document describing Outward Mindset and their offerings?

A.  Not specifically, but I'm sure that it happened.

If it -- I have seen this document, and I've seen a description of Outward Mindset.

Q.  Do you remember -- thank you.

MR. BRODSKY:  Thank you.  We can take that down.

Q.  Do you recall in the fall of 2021, specifically in or about September 2021, there being a climate survey, something called a DEOCS survey?

A.  If you have a copy and it has that date, then I will be

happy to confirm.  I honestly don't remember the date.

A climate survey, the DEOCS survey, is a common leadership tool, and it is something that a commander would usually give at the beginning of their -- the period that they took command, and usually there's some type of -- either towards the end or middle -- and it's to gauge what changes have occurred in the climate of the organization.

Q.  Based on -- were you involved in preparing for that?  Is that how --

A.  No.

Q.  How do you know so much about it?

A.  That's a great question.  It's very common in the military, and so, as I said, literally every time there's a change of command, you would have -- it's normal for a commanding officer to have a climate survey prepared.

And they ask a variety of questions.  They're usually pretty standard.  And there is maybe three or four, maybe five, that can be tailored to the specific organization.

As someone who has worked in government since 1991, I've taken a lot of these surveys, so that is the basis of my knowledge.  I am not an expert, though.

Q.  Let me show you DX514 for identification and see if you recognize this one.

It's on your screen now, and I'm happy to flip

through the pages.  Do you see the date -- the survey dates of 9/1/2021 to 9/30/2021?  And do you see the unit organization leader, Robert Burke?

A.  Yes, I see that.

Q.  And it has 39 pages, and there's a table of contents at the beginning.  What would be best -- most helpful for you to flip through?  Do you need the overview?

A.  Well, I'm not really sure what you want me to say about the survey.

Q.  Well, let me ask you to -- if you'll look at the second page, do you recognize this as the survey that went out in or about September 2021?

          MS. ROSS:  Objection, Your Honor.  We're pretty far afield.  This is outside the scope of direct.

          THE COURT:  Yes, sustained.

          MR. BRODSKY:  One final topic for you.

          Government Exhibit 106 in evidence, if we can put that up.

Q.  This is -- this was the email that you received or exchanged with Juliet Beyler, correct?

A.  Yes, I recognize it.

Q.  Okay.  And this was in February 2022, right?

A.  Yes.

Q.  Now, do you recognize which individuals in the top part of the email and the email where you were sending it out on

February 14th, which ones are lawyers for the Navy?

A. Let's see.  I'm sorry, I have to read through this.

You're talking about the very top, correct?

Q. You can start at the top, that's great.

A. Or the middle?  I'm not quite sure what we're looking at.  Okay.

Q. Let's start at the top.

A. I recognize -- there's Mr. Johansmeier and Captain Appleman.

MR. BRODSKY:  So let's first highlight Ray Johansmeier.  He's in the second cc line, if you see Johansmeier.  Thank you.

Q. And then you recognize Bradley Appleman?

A. Yes.  And those are the attorneys that I recognize.

Oh, I'm sorry, I apologize, there's one more. Jonathan Thow, who is at the bottom line.  Apologies.

Q. No, no need to apologize.

And it is Ray Johansmeier, the lawyer who you were working with in connection with this particular agreement that was -- that we've been discussing for -- the $330,000 agreement?

A. Yes, that's correct.

Q. So Ms. Beyler is the one who initiated the process of saying we're going to get this contract done, correct, in December?

A.   I understood that that was from Admiral Burke, and she just initiated the email.

Q.   And looking back -- and I know it was mid-December 2021, but looking back, do you believe the Navy could have provided you with some of the history with Next Jump that could have assisted you in expediting your work at that time?

A.   Yes.

MR. BRODSKY:   No further questions, Your Honor.

THE COURT:   All right.   Any redirect, Ms. Ross?

MS. ROSS:   May we please bring up and publish for the jury -- oh, I'm sorry, this is Defense Exhibit 140.

REDIRECT EXAMINATION

BY MS. ROSS:

Q.   Ms. Kraus, I know you weren't with NAVEUR in 2018, but do you remember defense counsel showing you this document?

A.   Yes, I do.

Q.   And can you just read the title of this document, please.

A.   "PowerTrain Proposal to Develop a Prototype Multi-Source Assessment and Feedback Tool for the Navy Personnel Command Personnel Information Management Department."

Q.   So we see here that this is a proposal.   Is a proposal different than a contract?

A.   No, it would be a proposal.   It's a part of the

contract.

Q.  Is that -- does that mean it's a signed and sealed deal?

A.  No, not necessarily.

If we took this document by itself, it's just a proposal.

Q.  Does that mean that the Navy would not be bound by anything in this document at this time?

A.  That's correct.

MR. BRODSKY:  Objection; leading.

THE COURT:  It was Mr. Brodsky objecting, and overruled.

MS. ROSS:  I'm sorry, let me just ask that question again just to make sure it's on the record.

Q.  Ms. Kraus, if this is just a proposal, would that mean that the Navy is bound by anything that is written in this document?

A.  No.

MS. ROSS:  Can we please go to Page 4 of Defense Exhibit 140, please.

Q.  So looking here, Ms. Kraus, what is the -- we see here kind of two different grids.  In the first grid there we see "Support Area, Task 1;" is that right?

A.  Yes, that's correct.

Q.  And we see kind of in the second grid, "Support Area, Task 2."

What is the word next to "Task 2" there?

A.   "Optional."

Q.   Okay.  If part of a proposal is optional, does that mean the Navy is bound by what is written under Task 2?

A.   No, the Navy would not be bound.

Q.   Does that mean they would have been bound to pay this additional approximately $5 million?

A.   No, the Navy wouldn't be liable for that.

Q.   Okay.

        MS. ROSS:  Can we please go to Page 5 of this exhibit.

Q.   So, again, we see another grid here --

        MS. ROSS:  I'm sorry, can we go back to Page 4. I'm sorry.

Q.   So we see the title of this next session is called "Cost Summary," and we see the top of this first grid, "Support Area, Task 1."

        Is there an "optional" written next to it?

A.   No, there is not.

        MS. ROSS:  Okay.  Can we go to Page 5, please.

Q.   Now, right next to Task 2, is "optional" written there?

A.   Yes, that's correct.

Q.   And, again, what does that mean, Ms. Kraus?

A.   It means the government has the option.  So in any contract, when you see "optional," there's usually a time

period associated with that where the government has to make a decision to exercise the option or to decline.

Q.   Does the government have to exercise its option?

A.   No.

MS. ROSS:   Can we go to Page 6, please.

I'm sorry, can we go back to Page 5.   I'm sorry, I missed the header.

Q.   So we see at the bottom of the page a header for payment schedule.

Do you see that?

A.   Yes.

Q.   And, again, this payment schedule for Task 1, is "optional" written there?

A.   No.

MS. ROSS:   Can we go to Page 6, please.

Q.   Next to Task 2 at the top there is "optional" written?

A.   Yes, it's written there.

Q.   And, again, what does that mean with respect to this?

A.   It means the government has an opportunity to fund it or not.

Q.   All right.   Thank you.

MS. ROSS:   We can take that exhibit down.

Q.   Ms. Kraus, you testified on cross-examination that getting Next Jump a contract by January 10th was a Herculean effort.   Can you explain what you meant by that.

A.   I meant in terms of the steps earlier when I talked about the various steps and the elements of a contracting acquisition pro -- package, excuse me.

All -- each one of those requires additional people.  It's research.  There's a lot of back-and-forth and detailed, again, checks and balances that goes into that.  That's why it takes a little time.  Months.  Weeks.

And the fact that we were able to have something in place that was legal, signed by a contracting officer, did speak to the incredible effort, coordinated effort, by a large team.

Q.   Something else that you testified on cross about is that you relied on everyone around you to do the right thing.  Did that include Charlie Kim and Meghan Messenger?

A.   To the extent of their knowledge and experience, certainly.

Q.   And something else that you testified about on cross was that you had training on contracting ethics rules.

Do you remember that?

A.   Yes, I do.

Q.   And you were asked on cross-examination whether the government contracting ethics rules were complicated.

Do you remember that as well?

A.   Yes.

Q.   Are the rules against accepting cash or anything of

value in exchange for a government contract complicated?

MR. SCANLON:  Objection, Your Honor.

THE COURT:  Overruled.

Q.  Let me ask that again just for the record, Ms. Kraus.

Are the rules against accepting cash or anything of value in exchange for a government contract complicated?

A.  I don't think they're complicated.  It's actually a training that every single federal employee and military service member has to take.  And for those in more senior leadership positions or those who work in contracting in general, they actually go through more training.

MS. ROSS:  Thank you, Your Honor.  No further questions.

THE COURT:  Ms. Kraus, thank you for your testimony here today.  You may step down.  You're free to go.

THE WITNESS:  Thanks, Your Honor.

THE COURT:  All right.  Ladies and gentlemen, why don't we take our afternoon break.  I'll ask you to be back at 3:10.

(Recess taken)

THE COURT:  All right.  Welcome back, ladies and gentlemen.  We're ready to continue with the government's case-in-chief.

Ms. Ross.

MS. ROSS:  Your Honor, the next witness is Agent Sebastian Gardner.

THE COURT:  All right.  Good afternoon, Agent Gardner.  Please stand to be sworn.

(Witness sworn)

FBI SPECIAL AGENT SEBASTIAN GARDNER, Sworn

DIRECT EXAMINATION

BY MS. ROSS:

Q.  Good afternoon, Agent Gardner.

A.  Good afternoon.

Q.  Could you please state and spell your name for the record.

A.  Yes.  I'm Special Agent Sebastian Gardner with the FBI.  That is S-E-B-A-S-T-I-A-N; last name Gardner, G-A-R-D-N-E-R.

Q.  Agent Gardner, what do you do for the FBI?

A.  I'm a special agent.

Q.  What did you do before you became a special agent?

A.  I was an engineer.

Q.  And how long have you been a special agent?

A.  Since 2021.

Q.  Can you describe just generally what type of training you receive as a FBI special agent.

A.  Yes, sure.  So as most people are aware, we train at the FBI Academy in Quantico where we receive training on basic interview techniques, investigative methods, subpoenas,

executing search warrants, arrest warrants, surveillance, things along those lines.

Q.   And, Agent Gardner, focusing on the time period of your investigation here, were you assigned to a specific squad?

A.   I was.

Q.   What squad was that?

A.   That was our -- my offices are the Washington field offices, federal public corruption squad or CR15.

Q.   What was the responsibility of CR15?

A.   So the Washington field office is one of the largest offices in the FBI, and we actually have multiple public corruption squads; some that focus on D.C., some that focus on international corruption, another one that focuses on Northern Virginia.

And my squad focuses on federal public corruption, so any sort of cases that would involve federal employees, members of the military, members of Congress, things along those lines.

Q.   And what were some of your duties as a special agent assigned to investigate federal public corruption?

A.   Basically we would investigate any allegations of illegality that involved one of those entities I mentioned before, federal employees, members of the military, members of Congress.  And we would run investigations basically from the ground up, collect basic open-source information, maybe

pursue leads, conduct interviews, serve subpoenas via a grand jury, execute search warrants, execute arrest warrants as needed.

Q.   And are you one of the case agents assigned to the investigation regarding Robert Burke, Charlie Kim, and Meghan Messenger?

A.   I am.

Q.   And what were you investigating?

A.   Our investigation involved effectively the allegations that Next Jump or Charlie Kim and Meghan Messenger, co-CEOs, offered a future employment to Robert Burke in exchange for a contract with the Navy under his command.

Q.   And can you describe what your role was as one of the case agents assigned to that investigation?

A.   Of course.  So some of the investigative methods I mentioned earlier, effectively employing all of those as needed and as the evidence kind of led us in this investigation.  So I was a member of a team with multiple agents from different agencies; DCIS, or the Defense Criminal Investigative Service; NCIS, Naval Criminal Investigative Service; as well as the FBI.  And we all worked as a team to conduct interviews, serve subpoenas, review those returns, execute search warrants, review those returns, and then as needed execute search warrants or -- I'm sorry, arrest warrants.

Q.  I want to start by asking you, what dates were the focus of your investigation?

A.  The crux of the scheme we were investigating was around 2021 to 2022, and then it bled into 2023 a little bit.

Q.  And why were those dates the focus of your investigation?

A.  So the job offer and exchange for contract occurred in 2021.

MR. PERRY:  Objection.

THE COURT:  On what basis?

MR. PERRY:  It goes directly to the ultimate issue in the case.  It's opinion testimony the way that it's stated in conclusory terms.

THE COURT:  Overruled.  You may answer.

Q.  Let me just ask again for the record, Agent Gardner. Why were those dates the focus of your investigation?

A.  So the contract that was offered in exchange for a job all occurred in the 2021 to 2022 time frame.

MR. PERRY:  Judge, I'm going to maintain the objection.  I realize it's overruled.

Q.  Agent Gardner, are you familiar with a company named Next Jump?

A.  Yes.

Q.  Where is Next Jump located?

A.  Their headquarters are in New York City, but they have

another office in Austin and the United Kingdom.

Q.   What was Meghan Messenger's role at Next Jump during the time period of your investigation?

A.   She was co-CEO.

Q.   And how about Charlie Kim?

A.   He was also co-CEO.

MS. ROSS:  Can we please bring up just for the witness what has been previously marked as Government Exhibit 142 as well as Government Exhibit 143.

And the government is going to move to admit and publish Exhibits 142 and 143.

MR. BRODSKY:  Can we have a sidebar, Your Honor?

THE COURT:  All right.  Attorneys, approach.

(The following is a bench conference

held outside the hearing of the jury)

MR. BRODSKY:  Your Honor, they're, I think, offering exhibits of photos that are, first of all, completely unnecessary.  And second of all, they're only prejudicial; there's no probative value to it.

THE COURT:  Okay.  So what's the point of these?

MS. ROSS:  Your Honor, we're just offering to show who he was investigating, whether he's familiar with them, whether these are accurate pictures, just to kind of -- if they guided his investigation during the course of it.

He didn't meet them until he arrested them, so

whether he was familiar with these two people who he understood to be investigating.

THE COURT:  I take it your clients are going to stand up again and --

MR. BURCK:  Yes, we will have them stand up before you ask.

THE COURT:  I'm sustaining the objection.

(This is the end of the bench conference)

THE COURT:  I'm sustaining the objection.

MS. ROSS:  We can take those exhibits down, thank you.

BY MS. ROSS:

Q.  Agent Gardner, do you see Charlie Kim in the courtroom today?

A.  I do.

Q.  And can you please identify him by a piece of clothing?

A.  He just stood up.  He has a blue tie and a gray suit on.

MS. ROSS:  May the record reflect that Agent Gardner has identified Charlie Kim?

THE COURT:  It will so reflect.

Q.  And Agent Gardner, do you see Meghan Messenger in the courtroom today?

A.  I do.

Q.  Can you please identify her by where she is?

A.  She just stood up, and I think she's wearing a blue

dress.

MS. ROSS:  Your Honor, may the record please reflect that Agent Gardner has identified Meghan Messenger.

THE COURT:  It will so reflect.

Q.  Agent Gardner, through your investigation did you become familiar with the type of business that Next Jump was?

A.  Yes.

Q.  And can you describe that for the jury, please?

A.  So Next Jump kind of splits -- apologies.  They split their business into kind of two halves, Business 1 or Biz 1, and Business 1 or Biz 2.

Business 1 is their probably longer entrenched business.  It's kind of an e-commerce business, and they call it something, Perks At Work.  My kind of analogy for it is it's similar to GOVX,  and I realize that might be a rudimentary analogy, but they allow clients to have those clients' employees get discounted tickets and items off of this Perks At Work platform.

Business 2 or Biz 2, which was the focus of this investigation, is their HR software apps and leadership training.

Q.  Agent Gardner, you said Biz 2 was the focus of your investigation.  Why was that?

A.  So this entire case came around leadership training that Next Jump provided to the Navy, and that would fall under

their Biz 2.

MS. ROSS:  Can we please bring up just for the witness what has been marked as Government's Exhibit 137.

And the government is going to move to admit and publish Exhibit 137.

MR. PERRY:  Objection; hearsay.  And lack of personal foundation.

THE COURT:  All right.  Why don't you work on the foundation.

Q.  Agent Gardner, during the course of your investigation you mentioned that you issued subpoenas; is that right?

A.  That is correct.

Q.  And can you describe some of the different entities that you issued grand jury subpoenas on?

A.  We issue subpoenas to businesses like Next Jump, individuals we believe who have information who can aid the investigation; financial institutions; hotels; other entities that would be relevant to the investigation.

Q.  And can you describe -- when you issue a grand jury subpoena, is responding to that subpoena optional?

A.  It is not.

Q.  And one of the business entities that you mentioned that you issued a grand jury subpoena on was Next Jump.  Did you receive documents in response to Next Jump's subpoena?

A.  We did.

Q.   And is this one of those documents, Agent Gardner?  I'll direct your attention to the bottom right-hand corner.

A.   I understand it's from Next Jump.  I'm not sure if this came from a search warrant or subpoena from Next Jump.

            MS. ROSS:  Your Honor, the government moves to admit and publish for the jury Government's Exhibit 137.

            MR. PERRY:  Objection.  To the extent that the definitions are being offered for the truth, we maintain the hearsay objection.

            THE COURT:  All right.  I'm overruling the objection.  137 is in and may be published to the jury.

Q.   Agent Gardner, what is this document?

A.   This is an email from Danny Chavez-Bello to Robert Burke.

Q.   First, who is Daniel Chavez-Bello?

A.   For the purposes of this investigation, he was an employee of Next Jump.

Q.   And who did he send this email to?

A.   Robert Burke.

Q.   What is the subject line?

A.   "Glossary."

Q.   And we're going to come back to this exhibit throughout your testimony, Agent Gardner, but for now could we please just focus on the first bullet point 4.  And can you please read where it says "Biz 1/Biz 2."

A.  Of course.

"Biz 1/Biz 2:

"Biz 1 is our employee benefit e-commerce platform, Perks At Work.

"Biz 2 is our HR Technology including the Feedback app, Performance Evals App, et cetera."

Q.  All right.  Thank you.

MS. ROSS:  We can take that exhibit down.

Q.  All right.  Agent Gardner, now I want to talk about your investigation in a little bit more detail.  So you've already mentioned grand jury subpoenas, so I want to ask -- and you mentioned some businesses that you had already -- that you had issued subpoenas to.

Did you issue grand jury subpoenas on financial institutions as well?

A.  We did.

Q.  And why did you do that?

A.  In cases like this, which are typically colloquially known as white collar investigations, financial institutions play a pivotal role because they show how money is moving back and forth between all relevant parties.  So that was important for this investigation to see who was paying who and how everything kind of fit into play.

Q.  And did you review the materials that you received from Next Jump and the other businesses and some of the other

entities that you mentioned?

A.   Yes, our team did.

Q.   And how about search warrants, Agent Gardner?  As part of your investigation, did you also issue search warrants?

A.   Yes, we executed multiple search warrants.

Q.   And which search warrants did you and other members of your team execute?

A.   So we executed search warrants on email services, like Microsoft or Gmail, as well as for physical devices, like cell phones; and a premises search warrant to basically look for evidence at a specific residence or business or premises.

Q.   You mentioned Microsoft.  Why did you execute a search warrant on Microsoft?

A.   So Microsoft is what operates Next Jump's email platform or email services.

Q.   You also mentioned Gmail.  Why did you execute a search warrant for Gmail?

A.   So we, throughout the course of our investigation, saw that Gmail was being utilized for emails relevant to the investigation; specifically, Robert Burke utilized a Gmail account for his personal communications.  So to see the content of those communications in full, we issued or executed a search warrant on Gmail or Google for the content of those emails.

Q.  And, Agent Gardner, did you also execute search warrants on cell phones?

A.  We did.

Q.  Which cell phones did you execute search warrants on?

A.  Charlie Kim's cell phone, Meghan Messenger's cell phone, and Robert Burke's cell phone.

Q.  And how were those phones relevant to your investigation?

A.  Communications between the relevant parties were taking place sometimes utilizing their cell phones or apps on their cell phones.

Q.  And did you execute a premises search warrant in this case?

A.  We did.

Q.  Where?

A.  At Next Jump's headquarters in New York City.

Q.  And did you review -- did you and other members of your team review the evidence that you obtained pursuant to the search warrants?

A.  We did.

Q.  So in addition to subpoenas and search warrants, did you also obtain materials from the Navy?

A.  Yes.

Q.  How did you obtain those materials, Agent Gardner?

A.  So part of our investigative team, as I mentioned,

included members from DCIS or NCIS, and they are internal members of the Department of Defense, and so they are able to do official records requests through their entity. And it streamlines their process to obtain official records like emails, travel, training records, all relevant things that were pursuant to our request.

Q. What type of records did you receive from the Navy?

A. As I mentioned, official communications, travel records, training records, contracting records, things along those lines.

Q. Did you also obtain documents about the Navy's officials' policies and procedures?

A. Yes.

Q. Did that include ethics rules?

A. Correct.

Q. And did you review and other members of your team review those records?

A. We did.

Q. How about public records, Agent Gardner? Did you also conduct searches of public records?

A. We did.

Q. And what does that entail?

A. And so public records could be public databases. Also a lot of these Navy guidelines are public records as well, so you can Google them and find them as relevant. So public

records kind of come into play in a lot of ways.

Or if we want to see a specific restaurant, location of a restaurant, we can use public records and find the location of a restaurant or where those things are.

Q. Okay. Before moving on, I want to talk about the emails you received in this case in a little bit more detail.

When you receive emails pursuant to a search warrant, what format is the time that the email was sent usually in?

A. So a lot of the emails we receive are long email chains, and so emails later on or I guess earlier on in the chain tend to reflect the time zone of the -- that the person is in. However, the top email would be in, like, Universal Coordinated Time or UTC, and that can be kind of confusing when we're dealing with multiple time zones, but it's one thing Microsoft records kind of returned as.

MS. ROSS: And can we please bring up what has been marked as Government Exhibit D1. And it's my understanding there is no objection to this exhibit, so we will seek to publish it.

MR. PERRY: No objection.

MR. BRODSKY: No objection.

THE COURT: Without objection, D1 is in and may be published to the jury.

MR. PERRY: Sorry, my understanding is it's a

demonstrative.

MS. ROSS:  It's just a demonstrative, Your Honor. We just seek to publish it.

THE COURT:  Okay.  You may publish.

Q.  First, Agent Gardner, what does UTC stand for?

A.  Coordinated Universal Time.

Q.  And is there a standard way to convert UTC time to different time zones?

A.  There is.

Q.  What time zones were most relevant to your investigation?

A.  So Eastern time, like we're here in the U.S., because Mr. Kim and Ms. Messenger are primarily in New York City. And then the Central European Time, which is where Mr. Burke was residing over kind of the scope time zone of our investigation, and that was while he was in Italy.

MS. ROSS:  And can we go to Page 3 of this exhibit.

Q.  Agent Gardner, how do you convert UTC to Eastern Daylight Time?

A.  You subtract four hours.

Q.  So if the UTC time at the top of an email that you got pursuant to a search warrant, if that time is reflected as 1:00 p.m., what time would that be if it was converted to Eastern Daylight Time?

A.   9:00 a.m.

Q.   And how about if it said it was 9:00 p.m.?

A.   5:00 p.m.

        MS. ROSS:   Can we please go to Page 5 of this exhibit.

Q.   Okay.   Now, focusing on Eastern Standard Time, if the top of an email that you got pursuant to your search warrant said 2:00 p.m. UTC time, what time would that be in Eastern Standard Time?

A.   9:00 a.m.

Q.   And how about if it said 10:00 p.m.?

A.   5:00 p.m.

        MS. ROSS:   And can we please go to Page 9 of this exhibit.

Q.   Agent Gardner, how would you convert UTC to the Central European Summertime?

A.   You add two hours.

Q.   And how about to the Central European Time?

A.   You add one hour.

Q.   Thank you.

        MS. ROSS:   We can take that down.

Q.   So you testified that the email at the top is normally in UTC; is that right?

A.   That is correct.

Q.   Now, because the emails at the top are often in UTC,

does that mean that sometimes an email that looks like it was sent really early in the morning on one day was actually sent the night before once you do the time conversion?

A.   Yes.   There are some occasions where emails will look like they may be sent at 1:00 a.m., but they're actually sent late the night before, vice versa.   It gets to be a little confusing, which is why hopefully that was a helpful demonstrative.

Q.   And so when you look at a long chain of emails, are the earlier emails in that chain also in UTC format?

A.   Typically no.

Q.   Is it possible to know what time zone those earlier emails are in?

A.   If you know where the individual was that was sending the email, then you can convert accordingly and know where they are.

Q.   Okay.   So now I want to start walking through your investigation chronologically as much as possible.   But before I do that, I want to ask you a couple of questions about Next Jump and the Navy.

Based on your review of the evidence, how many contracts did Next Jump have with the Navy?

A.   They had two in the late 20 teens, like 2018 to 2019, and one in 2020 -- early 2022.

Q.   And I want to ask you about Robert Burke in a little bit

more detail.  First, beginning in 2019, where was he working?

A.   In 2019 he was at N1, and he was the Chief of Naval Personnel.  And that was up until about June 2019.

Q.   Where was he based during that time?

A.   Right here in the DMV.

Q.   Where did he transfer to after that?

A.   So after serving as Chief of Navy Personnel at N1, which is kind of like the Navy HR is how I kind of think about it, he became the Vice Chief of Naval Operations, so our VCNO, which is our number two admiral in the Navy; and he served in that role from mid-2019 until mid-2020.

Q.   Where was he based during that time?

A.   Here in the DMV.

Q.   And did he then transfer again?

A.   He did.

Q.   To where?

A.   He then in mid-2020 transferred over to Navy Europe and Navy Africa, which is commonly referred to as NAVAF or NAVEUR, and he was commander of the forces out there.

Q.   And where was he based at that time?

A.   He was based out of Naples, Italy.

Q.   When did Robert Burke retire?

A.   He retired in July 2022.

Q.   Approximately how many years did Robert Burke serve in

the military?

A.  He was in the Navy approximately 40 years.

MS. ROSS:  And can we please bring up just for the witness Government Exhibit 6, please.

The government will move to admit and publish Government Exhibit 6.

MR. PERRY:  Your Honor, to the extent that Agent Gardner is simply going to be reading excerpts of this, I have no objection.  To the extent that he begins to opine or interpret, we would object.

THE COURT:  Okay.  So right now they're looking to move it in.

MR. PERRY:  Right now, no objection.

MR. BRODSKY:  No objection.

THE COURT:  All right.  Without objection, 6 is in and may be published to the jury.

Q.  First, looking at the sent line, Agent Gardner, that email address next to Charlie Kim, what is that?

A.  ckim@nextjump.com.

Q.  Were you able to verify that that belonged to the defendant Charlie Kim?

A.  Yes.

Q.  How?

A.  Through a search warrant.

Q.  And do you see the email next to Meghan Messenger,

mmessenger@nextjump.com?

A. Yes.

Q. Were you able to verify that belonged to the defendant Meghan Messenger?

A. Yes.

Q. How?

A. The same process as with Mr. Kim's email, through a search warrant.

Q. And so we also see here an email address for team strategy committee. What does that email list?

A. That is a listserv or a distro used at Next Jump for senior members.

Q. And so we see that this email came from Laura Robertson. Who is that?

A. She was an employee with Next Jump.

Q. Now, just turning to the body of this email, can you please just read the top paragraph.

A. "We just got off the phone with Tweed. He was hesitant to speak to us without a contracting officer, OPM and PowerTrain on the line (since PT is technically the vendor they have contract with) -- but we called anyway and got him to speak 'off the record' to understand where they are coming from."

Q. We see here a reference to Tweed, Agent Gardner. While you were investigating this case, did you and other

Q.   investigators come across somebody relevant to your investigation named Tweed?

A.   We did.

Q.   And who was that?

A.   Tweed Ross.

Q.   And who is Tweed Ross?

A.   A civilian employee with the Navy.

MS. ROSS:  And can we go to Page --

Q.   And, I'm sorry, we see here a reference to "PT."  Do you know what that is a reference to, Agent Gardner?

A.   PowerTrain.

Q.   And what was PowerTrain's role in this contract, if you know, Agent Gardner?

A.   PowerTrain was the primary contractor, so they had headed the direct contract through OPM through a program called USA Learning, and this is what the Navy utilized in ongoing existing contract with PowerTrain through this OPM contract, and Next Jump was a subcontractor through them.

MS. ROSS:  And could we go to Page 2 of this exhibit, please.

Q.   And can you read the last paragraph of Laura Robertson's email, please.  I'm sorry, the one -- it's the paragraph starting with "Ended," please.

A.   "Ended the call iterating that he is not a warranted contracting officer and cannot tell us what to do, or advise

us really.  He's a really reasonable guy and is trying to get the situation sorted out -- seems like he still doesn't have all the facts."

MS. ROSS:  And next could we please bring up just for the witness Exhibit 5, please.

And the government would move to admit and publish for the jury.

MR. PERRY:  No objection.

MR. BRODSKY:  No objection.

THE COURT:  Without objection, 5 is in and may be published to the jury.

Q.  I want to focus first on the email from Charlie Kim at 1:17 p.m. on July 22, 2019.  Can you read the first paragraph of that email, please.

A.  Of course.

"Bob -- we've shared with our team (led by Tom and Greg) our discussions and intentions for larger engagement with Navy (N1 Bill to all Navy bill) as well as extension and bridge agreement intentions to continue.  We want to leverage momentum and scale the case studies and success stories of the Power in Transparency and back in voice creating high-performing environments demonstrating impact within Navy commands in making the best even better plus taking the worst and making them the best."

Q.  Agent Gardner, during the course of your investigation,

did you come across a Tom and a Greg associated with Next Jump?

A.   Yes.

Q.   Who are they?

A.   Tom Fuller and Greg Kunkel.

Q.   We see here a reference to N1 Bill.  What part of the Navy were Next Jump's first two contracts with?

A.   N1.

Q.   And can you just read the rest of this email, please.

A.   "During the CNO and VCNO transition, seems questions bubbling up (see below from today) -- we were going to direct our team to help with Jim R to communicate what we intend to do together.  Navy and Next Jump."

Q.   Agent Gardner, who is JR?

A.   Jim Raimondo.

Q.   How is he related to your investigation?

A.   He was a member of the Navy.

Q.   And do you know what his role was with the Navy, Agent Gardner?

A.   I couldn't pin down exactly what he did with the Navy.

Q.   So we see here the header of the email at the bottom that Mr. Kim forwarded here.  I won't have you read that entire email, but who sends it?

A.   Jim Raimondo.

Q.   And now looking at the email from Robert Burke on July

22, 2019, at 1:42 p.m., how did Burke respond to Mr. Kim? Can you just read that email, please?

A.   Of course.

"Charlie.

"Thanks.  That would be great - let us have your best plan in hand.  We are currently in a precarious position - unable to commit to a new contract for two reasons - the new CNO not yet in office and the fiscal uncertainty.  Congress has not yet authorized the funds we need to make it through the remainder of the year, and we are looking at tough decisions.  This when we are also hearing discussions of the possibility of another long Continuing Resolution for the next fiscal year, which is equally challenging.  So having the plan in hand, ready to move when we can is best we might be able to do at the moment.  I wish I had better news."

Q.   And then how does Charlie Kim respond at the top there? Can you read that email?

A.   "We appreciate the transparency and have learned to appreciate the unique org challenges that the Navy and DOD faces.

"We are 'all in' as partners (as you already know) and will work smartly to make sure we don't lose momentum."

MS. ROSS:  Can we please bring up just for the witness Government Exhibit 9, please.

And the government would move to admit and publish Government Exhibit 9.

MR. PERRY:  No objection.

MR. BRODSKY:  No objection, Your Honor.

THE COURT:  Without objection, 9 is in and may be published to the jury.

Q.   What is the date of this email, Agent Gardner?

A.   Thursday, August 15, 2019.

Q.   Who is it from?

A.   It is from Robert Burke.

Q.   And who does he send it to?

A.   He sends the email to Charlie Kim as well as his own personal email, burkerobertp@gmail.com, and cc's Meghan Messenger.

Q.   And can you please read just the first three paragraphs of this email, please.

A.   Of course.

"Spoke with John Nowell on the contract.

"The no cost contract extension to mid-November was initiated just as he and I were turning over back in late May and early June.  You may recall that I told you around that time that we (Navy) were running low on funds for the year so we were seeking to extend the current contract through the end of the fiscal year.  I relayed that to John and he moved out.

"My understanding from John is that the contract dollar and size remains at the original, approximately $10 million. The first task order was approximately $5.6 and we remain on plan to execute the remainder on task order 2 through NLEC whenever we receive Next Jump's plan regarding how they propose to assist with scaling DDLO. That would be the $4.4M that you cited, I think."

Q. And, Agent Gardner, was there a John Nowell relevant to your investigation?

A. Yes, there was.

Q. Who was that?

A. He succeeded Robert Burke at N1 as Chief of Naval Personnel.

Q. And can you read the rest of this email, please.

A. Of course.

"John tells me he's been keeping your team in the loop and had tried to open a channel with you. Suspect with his travel, things got gummed up. I also know our contracting folks at OSD are clamping down on us in uniform getting involved in the contracting aspects and ask that you work with them directly.

"Tweed Ross is a contracting officer for John Nowell and even he is between a rock and a hard place as we have contracted to you as a sub under an OPM contract for PowerTrain, so Tweek is required to work through that

process.  He must work with PowerTrain as the prime and LPM as the contractor.  I'd ask that you please understand that.

"Finally, WRT, the FEDRAMP sponsorship process, given all above, we think Tweed is the right entree to ensure we are all aligned with your intent moving forward with the FY20 funds, once you have a plan for John to consider.

"Hope this clears things up and gives you a more definite path.  Thanks for your patience with our clunky government process."

Q.  Just a few follow-up questions here, Agent Gardner.

First we see that Burke told Mr. Kim, "I also know our contracting folks at OSD are clamping down on us in uniform getting involved in the contracting aspects and ask that you work with them directly."

Agent Gardner, during the course of your investigation, did you review Navy policies?

A.  Yes.

Q.  As well as Navy ethics policies and procedures?

A.  Yes.

Q.  Where did you find those policies?

A.  We received them directly from the Navy, but as I mentioned, many of these are commercially and publicly available.

Q.  And did you review those policies and procedures?

A.   Yes.

Q.   The ones that were relevant to your investigation, at least?

A.   There's a lot of them, so I did not review every single one, but the ones that were relevant, yes.

Q.   And what did you learn about the policies and procedures regarding uniformed members of the Navy communicating directly with government contractors and prospective government contractors?

A.   So generally the Navy requires that contracting folks stick with contracting, and they're the ones who handle all communications so you don't have situations where those --

            MR. PERRY:  Objection.  Objection, Your Honor. This is opinion and expert testimony.  They can put in if there's a policy and a rule.

            THE COURT:  Attorneys, approach please.

            (The following is a bench conference

             held outside the hearing of the jury)

            THE COURT:  All right.  Go ahead.

            MR. PERRY:  If there's a policy or a rule that's public available to publish, they can put that in.  He's opining on and describing his interpretation of a rule that he's not qualified to interpret.  There's a rule.  It's the best evidence rule.  And they can put it in.  They just said it's published.  For him to opine on his view of what it

means, he's not competent to offer that testimony.

MS. ROSS:  Your Honor --

MR. BRODSKY:  May I add to that, Your Honor, that two preceding questions ago he grouped collectively what he viewed publicly and what he heard from the Navy, so it is really unclear where he got this from.  So he's collected information he knew from the Navy, plus what he read online.  And then he said there's a lot of them, and then he started answering the question.

So it's really unclear from our perspective as to even if this is public or not public.

THE COURT:  Okay.

MS. ROSS:  Your Honor, he testified that he was given the policies that are relevant to his investigation, including those governing communications between Navy employees and contractors.  He testified that those are publicly available.  He's read them and reviewed them.  And the purpose of a summary witness, Your Honor, is so that we don't have to put in every single document.

If they disagree with his summary of what he has reviewed, then they can cross-examine him on that, Your Honor.

MR. PERRY:  I don't even know what policies -- there's no basis to cross-examine him.  He's saying undifferentiated policies, some of which are public and some

of which are not.  I don't know if his interpretation of this is accurate.  I have no ability to cross-examine him on this.

He is saying as an FBI agent he's reviewed materials that are not marked as exhibits.  I don't know what they are.  If he's relying on them and he's providing his interpretation of them as an expert would, they should have been disclosed, his opinion should have been disclosed, so we can cross-examine him on this.  How can we cross-examine him on this?

MS. ROSS:  Your Honor, he's not expressing opinion.  He's expressing what he has reviewed and the summary of what he has reviewed.  That is the purpose of a summary witness.  He is not testifying about any opinion.

Again, if they disagree about that summary, then they can cross-examine him on that.

THE COURT:  Okay.  So I agree with Mr. Perry that a summary witness is -- you can have a summary exhibit, but I don't think you can just have someone kind of gesture generally to policies and give his interpretation of them. I think if you want to point him to a specific document, I think we may well be able to have him summarize that document, but -- or specific policy.  I think that the current question is improper, and I'll sustain the objection.

MR. PERRY:  And, Your Honor, I move to strike the part of the answer that he gave already.

(This is the end of the bench conference)

THE COURT:  All right.  I'm sustaining the objection.  And, ladies and gentlemen, I'll ask you to disregard that question and answer, and we'll let Ms. Ross ask a different one.

BY MS. ROSS:

Q.  Agent Gardner, we see also in this email that Admiral Burke informed Mr. Kim that "Tweed Ross is the contracting officer for John Nowell, and even he is between a rock and a hard place as we have contracted you as a sub under an OPM contract for PowerTrain.  So Tweed is required to walk through that process.  He must work with PowerTrain as a prime and OPM as the contractor and ask that you please understand that."

So we see that Burke references that Next Jump was contracted as a sub under an OPM contract for PowerTrain. Agent Gardner, what is a subcontract?

A.  So OPM has a program known as USA Learning, and with that program there was a --

MR. PERRY:  Objection.  Objection, Your Honor. This is not summary testimony.  There are witnesses here from the Navy who can testify about these topics.  He's testifying authoritatively about a subject he has no

firsthand knowledge of.

THE COURT: All right. You're objecting on what is a subcontract?

MR. PERRY: I'm objecting under 701 and 702 and lack of personal knowledge and foundation.

THE COURT: Okay. I'm overruling the objection.

You may proceed.

BY MS. ROSS:

Q. Again, Agent Gardner, what is a subcontract?

A. So in the context of this, OPM had a program called USA Learning, and with that, there was a contract with a company called PowerTrain. PowerTrain had the direct contract with OPM, they were the prime contractor; and through that they were able to kind of, like, sublet out work that other companies can perform on -- as a part of the contract that they have in place, and Next Jump was one of those companies. They served as a subcontractor working through the existing contract that PowerTrain had.

Q. And at some point did the contracts between Next Jump and the Navy end?

A. They did.

Q. And did you find evidence that Mr. Kim and Ms. Messenger were hoping to attain additional contracts with the Navy for Next Jump?

A. Yes.

Q.  And did you find evidence that Mr. Kim and Ms. Messenger continued to reach out to Burke about that?

A.  Yes.

MS. ROSS:  Can we please bring up just for the witness Government Exhibit 11, please.

And the government will move to admit and publish Exhibit 11.

MR. BRODSKY:  No objection, Your Honor.

MR. PERRY:  No objection.

THE COURT:  Without objection, 11 is in and may be published to the jury.

Q.  I want to start at the earliest email in this chain.  So looking at the header at the bottom of the page, who is it from?

A.  Charlie Kim.

Q.  Who does he send it to?

A.  Robert Burke, and he cc's Meghan Messenger, Darrell Platz, and Brett Mietus.

Q.  Who is Darrell Platz?

A.  An employee at Next Jump.

MS. ROSS:  And could we please go to Page 2 of this exhibit.

Q.  Can you please read the first paragraph of this email.

A.  "Bob.

"Great seeing at the 2-star IFLEX event.  We're

excited to hear of CNO's backing and hoping to get some time next week to straw man and walk you through our approach."

Q.  And can you read the last paragraph beginning "Next week," please?

A.  "Next week is fairly flexible on our end except for Friday.  Copied Brett as well as Darrell and hoping they can find some time for us, 60 to 90 minutes ideally."

Q.  And can you just read the PS at the very bottom.

A.  "PS:  Lastly - if you could email connect us to Geurts, he mentioned he has a NYC trip in the next few weeks and could visit, would be great to get him more acquainted with our work."

Q.  And could you please go to Page 1.  And how does Darrell Platz follow up there at 2:49 p.m.?  Can you read that email.

A.  "Hi Brett,

"Hope you are well.  When able please let me know if next week works for the VCNO.  As Charlie mentions below we are pretty flexible Monday through Thursday next week. Friday is a little tougher."

Q.  And can you please read Brett Mietus's response.

A.  "Thanks Darrell,

"Given Admiral Burke's role in the upcoming contracting actions, it is best that Next Jump and he not have contact at this time.  We'll let you know when contact

can be regenerated."

Q.   What does Darrell Platz do with Mietus's email?

A.   He forwards it to Charlie Kim and Meghan Messenger.

Q.   What does he write?

A.   "Please see Brett's response below."

Q.   What date is that email sent?

A.   November 8, 2019.

Q.   And can we look at what -- can we look at the email at the top, please.  And what does Mr. Kim do with that email from Darrell Platz?

A.   Mr. Kim forwards it to Robert Burke.

Q.   And what does he write in that email to Robert Burke?

A.   "Bob -- we're on the train back to NYC.  Just reading this... will stand by until we hear from you."

Q.   What date is that top email sent?

A.   So this is one of the situations we talked about earlier where an email looks like it was sent in the early morning hours, but it's in UTC, so as we convert that back to Eastern time, it was actually sent on November 8, 2019.

Q.   Agent Gardner, did you find any evidence that after November 8, 2019, Next Jump was informed that it was okay for them to reach out to Burke again after they received this?

A.   No.

Q.   Did you find any evidence that after November 8, 2019,

they reached out to Burke to discuss a contract with the Navy?

A.   That they had reached out?  Yes.

Q.   So we're going to get to that in a minute, but first I want to ask you, in 2019 were Mr. Kim and Ms. Messenger discussing a Navy contract with employees at Next Jump?

A.   Yes.

            MS. ROSS:  And can we please bring up for the witness what has been marked as Government's Exhibit 154A, please.

Q.   What is this?

A.   These are notes.

            MS. ROSS:  The government is going to move to admit and publish Government Exhibit 154A.

            MR. PERRY:  I'm probably not going to object. Just lay a foundation of whose notes would be helpful, but with that I have no objection.

            THE COURT:  All right.  Do you know whose notes those are?

            THE WITNESS:  I believe they are Charlie Kim's notes.

            MR. PERRY:  That's fine.  No objection.

            MR. BRODSKY:  No objection.

            THE COURT:  Without objection -- 154, did you say?

            MS. ROSS:  That's correct, Your Honor.  It's 154A.

THE COURT:  Okay.  They may be published to the jury.

Q.  Agent Gardner, who wrote these notes?

A.  Charlie Kim.

Q.  And looking at the date in the upper left-hand corner, when were these notes written?

A.  November 19, 2019.

Q.  And do you see the name that's underlined twice?  What is that name?

A.  Tweed.

Q.  And you testified earlier, but who is Tweed?

A.  Tweed Ross.

Q.  And looking at the highlight on this page in the box, what does it say?

A.  The first word is hard to make out "to tell you bad news, but make sure you don't lose them."

Q.  And how about under that in the box below that?  Can you read what is in there?

A.  Of course.

On the left it says "not going to execute this," and then a little star under this that says "no money."

And then there's an arrow going to the right that says "2nd part of contract."

Q.  And then we see in quotations more towards the bottom, "done more than contract."  Do you see that?

A.   Yes.

Q.   And can you read just what is written below.

A.   "Language is dangerous.  If exceed term of contract can be seen as influencing future contract."

Q.   And do you see the arrow pointing to more notes off to the right?  Can you just read that?

A.   Yes.

"Contract could be violated later after we win or Burke could be in legal trouble."

Q.   And just below that, we see "Burke calls."  What is written under that?

A.   "Tweed the frozen middle.  Protect CNP," or Chief of Naval Personnel.

MS. ROSS:  Next can we please bring up just for the witness what has been marked as Government Exhibit 154B.

Q.   And, Agent Gardner, what is this?

A.   These are handwritten notes from Meghan Messenger.

MS. ROSS:  The government moves to admit and publish Government Exhibit 154B.

MR. BRODSKY:  Your Honor, one moment.

(Pause)

MR. BRODSKY:  No objection, Your Honor.

MR. PERRY:  No objection.

THE COURT:  Without objection, 154B are in and may be published to the jury.

Q. Again, Agent Gardner, who wrote these notes?

A. These were handwritten notes from Meghan Messenger.

Q. And looking at the date in the upper right-hand corner, what's the date there?

A. November 19, 2019.

Q. And what's the name in the red box in the upper left-hand corner?

A. "Tweed."

Q. So, Agent Gardner, we just looked at notes from Charlie Kim from November 19, 2019, and these notes are from Ms. Messenger on the same date.

Did you find evidence that Ms. Kim and -- that Mr. Kim and Ms. Messenger and Tweed Ross had a phone call on this date?

A. Yes.

Q. And what is that evidence?

A. There was email traffic according -- or affiliated with that as well as obviously these notes.

MS. ROSS:  Next can we please bring up just for the witness Government's Exhibit 16, please.

And the government is going to move to admit and publish Government Exhibit 16.

MR. PERRY:  No objection.

MR. BRODSKY:  No objection.

THE COURT:  Without objection, 16 is in and may be

published to the jury.

MR. PERRY:  Sorry, 16 or 60?

MS. ROSS:  This is 16.

MR. PERRY:  I apologize.

THE COURT:  Do you need a second?

MR. PERRY:  Yes, sorry.  Can I just have one second?

Oh, it's on the screen.

Still no objection.

THE COURT:  All right.  Without objection, 16 is in.

Q.  Agent Gardner, focusing first on the bottom email from Ms. Messenger, what date does she send this?

A.  December 6, 2019.

Q.  And who does she -- at this point -- I'm sorry, Agent Gardner.

So at this point, December 6, 2019, did Next Jump have an active contract with the Navy?

A.  No.

Q.  Who does Ms. Messenger send this email to?

A.  Rajbir Kadyan, and cc's Charlie Kim.

Q.  Who is Rajbir Kadyan?

A.  An employee with Next Jump.

Q.  And can you read the second paragraph of this email.

A.  "You 6 are receiving the lion's share of the stock

options, 50,000 each.  The higher end of what most people got was 25,000.  We gave you 2X that.  Only others that got more were MV21 members that have been here longer.  We believe you have demonstrated consistently over time the ability to manage the responsibility of 'doing the right thing' and shepherding Next Jump."

Q.   Agent Gardner, we see here a reference to MV21.  Did you investigate what this meant?

A.   Yes.

Q.   How did you do that?

A.   We spoke with employees with Next Jump, and then you'll see occasionally pop up as listservs on emails or distros on emails.

Q.   And what did you learn about that distro list?

A.   MV stands for Martha's Vineyard and excludes a select member of Next Jump employees or Next Jumpers as they're often called.

Q.   Now, looking at the fourth paragraph of this email, can you please read the fourth paragraph?

A.   "Many may not realize the equity value of what is being done.  We've said before we are one major contract away from breaking open the enterprise value of Next Jump which we hope to realize shortly with this upgraded Navy deal and more."

          MS. ROSS:  Can we please bring up just for the

witness Government's Exhibit 17, which the government will move to admit and publish.

MR. PERRY:  No objection.

MR. BRODSKY:  No objection.

THE COURT:  Without objection, 17 is in and may be published to the jury.

Q.  Agent Gardner, who is this email from?

A.  Charlie Kim.

Q.  Who does he send it to?

A.  Robert Burke, and cc's Meghan Messenger.

Q.  What is the date?

A.  April 1, 2020.

Q.  And can you read the first and second paragraphs of this email, please.

A.  Of course.

"Bob, read your memo this morning to Sailors.  I was just talking to Meghan, assuming given the world crisis, our quiet period and unable to connect with you is a formality that may be on pause right now.

"In short - we can be of help - as you know leaders are struggling with learning how to lead and how to communicate when most are working from home - we have some of the best 'in practice' protocols on how to operate when the things that were hard before are now magnified."

Q.  Agent Gardner, in the course of your investigation, did

you find any evidence that between the time when Brett Mietus informed the defendants not to contact Robert Burke and this email on April 1, 2020, that their quiet period was over?

A.  No.

MS. ROSS:  Next can we please bring up just for the witness Government's Exhibit 22, please.

And the government is going to move to admit and publish Government Exhibit 22.

MR. PERRY:  I know this is a shocker, but no objection.

MR. BRODSKY:  No objection, Your Honor.

THE COURT:  All right.  22 is in and may be published to the jury.

Q.  All right.  We're going to focus on the email at the bottom of the page first.  Who is this email from?

A.  Ram Shriram.

Q.  Who is that?

A.  He's an investor with Next Jump.

Q.  Who does he send this email to?

A.  He sends this email to Charlie Kim and Meghan Messenger.

Q.  What date does he send this email?

A.  May 6, 2020.

Q.  And can you read just the first two paragraphs of Ram Shriram's email, please.

A.   Of course.

"Charlie/Meghan,

"Checking in to see if you, your families are all safe.  I'm writing to ask if you could share any update on the status of Next Jump and where you are at with the much anticipated Navy contract.  Is the quiet period over?  What happens next?"

Do you want me to read the second paragraph, too?

Q.   Yes, please.

A.   Okay.

"Also how is the cash position of the company and has Biz No. 1 held up enough to continue to generate cash flow.  Given the size of my investment in Next Jump (27 million) I hope you can understand my concern for the health of the business."

Q.   We see that Mr. Kim said "have connected with the vice chief but haven't been able to talk of much."

Agent Gardner, what was Admiral Burke's role with the Navy at this time?

A.   I just read an email from Ram Shriram.

Q.   I'm sorry.  We see that in the email from Ram Shriram that he referred to the vice chief.

What was Robert Burke's role with the Navy at the time?

A.   He does not refer to vice chief in that email.

Q.   Sorry.  I'm sorry, we haven't gotten there yet.

Can we please read just the first two -- top two paragraphs of Mr. Kim's response.  And we'll get there in a second.

A.   Okay.

Q.   How does Mr. Kim respond to Ram Shriram's email?

A.   He responds, "Ram -- I'm walking home... been a crazy amount of late nights.  We're fighting through the challenging situation.  Revenues dropped over 60 percent on business 1 and we've clawed back 10 to 15 percent and have a long ways to go.  Have sufficient cash and have oars in the water as a whole company to come out stronger.  We have $35 million in cash and monitoring cash in and out closely.  The 2001 and 2008 crash were vaccines to train us for this.

"Navy - have connected with the vice chief but haven't been able to talk of much.  Most things are frozen right now so don't have more there yet."

Q.   So now that we've gotten here, Agent Gardner, what was Robert Burke's role at the time?

A.   At this time he was the VCNO or Vice Chief of Naval Operations.

Q.   What date does Ram Shriram respond to Mr. Kim's email?

A.   June 25, 2020.

Q.   And what does he write in the second and third paragraphs?

A.   "I'm wondering if you've heard anything from the Navy. Given the amount of effort you guys put into product and energy into meeting various group commands to get them to improve employee feedback using Next Jump's HR software, don't you think they ought to at least be in a POC?

"I know you were aiming for a $100 million PO, but is something smaller possible if only to get things started? Also how are things going at Next Jump?"

Q.   And how does Mr. Kim respond to Ram Shriram's email?

A.   "Ram,

"We've been told from the Navy that we are still in our quiet period so it's difficult to get any answers. Several senior Navy leaders have told us that they have been told this and couldn't engage with Next Jump until Legal gives the go ahead.  The process is one where they need to write their own specs (we can't influence it) and then invite us into the process.

"We don't have any answers yet on the business. We are working harder than we ever have and have sufficient cash to weather the storm but don't have indications as of yet if we could come out of this stronger.  Hope you are staying healthy and safe."

MS. ROSS:  Next, can we please bring up Government Exhibit 23 just for the witness.  And the government will move to admit and publish.

MR. PERRY:  No objection.

MR. BRODSKY:  No objection, Your Honor.

THE COURT:  Without objection, 23 is in and may be published to the jury.

Q.  Starting with the bottom email, Agent Gardner, we see an email from Charlie Kim at 8:42 p.m. on June 25, 2020.

Can you read that email, please.

A.  Yes.

"Kevin,

"I think intro at some point but not yet.  Quick update from our end:" --

THE COURT:  We just heard this email.  Didn't we just hear this one?

MR. PERRY:  That was an email to Ram Shriram. This one is to Kevin.

THE COURT:  Okay.  Sounds familiar.

MS. ROSS:  Different investor.  We'll get there.

Q.  Do you mind just reading this, Agent Gardner.  I'll have just a few follow-ups to clarify.

A.  Yes, ma'am.

"Kevin,

"I think intro at some point but not yet.  Quick update from our end:

"We've been told from the Navy that we are still in our quiet period so it's difficult to get any answers.

Several senior Navy leaders have told us that they have been told this and couldn't engage with Next Jump until Legal gives the go ahead.  The process is one where they need to write their own specs (we can't influence it) and then invite us into the process."

MS. ROSS:  And can we go to Page 2.

Q.  And can you continue reading the email that Mr. Kim sent to Kevin Parker.

A.  "We don't have any answers yet on the business.  We are working harder than we ever have and have sufficient cash to weather the storm but don't have indications as of yet if we could come out of this stronger.  Hope you are staying healthy and safe."

Q.  And who responds to Charlie Kim's email back on Page 1?

A.  Kevin Parker.

Q.  And who is Kevin Parker?

A.  He's another investor in Next Jump.

Q.  And can you please read just the second and third paragraphs of Parker's email.

A.  Yes.

"It seems a very unfortunate run of bad luck with finalizing a deal with Navy.  You've come so far and done so much for their org that it would be such disappointment to discontinue all the positive momentum you guys created.  I remain optimistic.

"I was thinking about the various verticals and how they are faring.  Tickets, travel, and car sales must be challenged, and e-commerce for technology for groceries doing okay?  What kind of weekly revenue drop are you seeing?"

Q.  And looking at the top of the page, can you read how Ms. Messenger responds.  Just the second paragraph, please.

A.  Of course.

"Overall we are experiencing a 50 percent drop in weekly revenues.  Travel and tickets is where we got hit the hardest.  The higher income population spends there and were also 2 of our largest OneCart categories.  Tickets has gone to zero dollars.  Travel dropped about 90 percent and is starting to recover, so down approximately 70 percent.  Car buying is picking up, as well as long term car rentals as people are trying to avoid public transportation."

MS. ROSS:  Next can we please bring up, just for the witness, Government Exhibit 24.

And the government will move to admit and publish.

MR. BRODSKY:  No objection, Your Honor.

MR. PERRY:  No objection.

THE COURT:  Without objection, 24 is in and may be published to the jury.

Q.  Focusing first on the bottom email, who sends this, Agent Gardner?

A.   Charlie Kim.

Q.   Can you read the first paragraph, please?

A.   Of course.

"Bob,

"I know it's been a long time since we last connected.  Hope Italy and managing Europe for the Navy is going well."

Q.   Can we go to page 2, please.  And can you just read the last paragraph of Mr. Kim's email?

A.   "In regards to our engagement and partnership with the Navy, in June Nowell told us we would have to connect with the Contracting Office but we haven't heard.  Not sure if you have any insights or guidance or how best to proceed."

Q.   And going back to Page 1, can you please read Paragraph 2 of Burke's response beginning with "I have no insights."

A.   "I have no insights on the Navy contract but will do some digging.  I am very disappointed that the follow-through has not been what I would have done."

Q.   And just the last paragraph, please.

A.   "Again, great to hear from you.  I hope the COVID storm clears up soon so that you will consider a visit and staying with us.  I'll pull the string with John Nowell on the contract and get back to you in a few days."

Q.   Agent Gardner, during the course of your investigation, did you and other investigators come across a John Nowell

who is relevant?

A.   Yes.

Q.   And who is that?

A.   Again, he succeeded Robert Burke as Chief of Naval Personnel at N1.

MS. ROSS:   And next can we please pull up Government Exhibit 26.

And the government will move to admit and publish.

MR. PERRY:   No objection.

MR. BRODSKY:   No objection.

THE COURT:   Without objection, 26 is in and may be published to the jury.

Q.   Can we please start on Page 2 of this exhibit.  And I want to look at the email at the bottom from Charlie Kim at 1:19 on December 10, 2020.

Who does he address this email to?

A.   "Dear investors."

Q.   Now going to Page 3.  We're not going to read the whole email, we're going to fast forward a little bit through it.

Can you read the paragraph beginning "Lastly" and just end about halfway through where it says "near impossible."

A.   "Lastly - our update on the Navy and military contracts... although we are still categorized to be in the quiet period during contract actions phase, we believe our

Case 1:24-cr-00265-TNM    Document 326    Filed 09/17/25    Page 111 of 165    111

ability to navigate this relationship will require in person travel to spend time with the key military decision makers. Every attempt at zoom and VTC discussions includes too many other parties including Aides, EAs, JAGs (lawyers) and makes real discussion and negotiation near impossible."

Q.   Now, I just want to look at the response to Mr. Kim's email.  Can we please go back to the bottom of Page 1. Looking at the header there, who responded to Mr. Kim's email?

A.   Richard Dunn.

Q.   And if you know, who is Richard Dunn?

A.   Another investor.

Q.   And can we go back to Page 2, please.  And can you read the second paragraph of Dunn's email.

A.   "Please can you explain the movements in the balance sheet September 19 to September 20.  LOC and security deposits, plus 9.2 mil.  Prepaid, plus other, minus 6 mil. Current liabilities, plus 11 mil.  Leading to shareholders equity going negative 13 mil from being small positive."

Q.   Now, going back to Page 1, who responds to Richard Dunn?

A.   David Jacobs.

Q.   Who is that?

A.   A Next Jump employee.

Q.   I'm not going to have you read his whole response, but can you read the third point under "Current Liabilities."

A.   "Business 2 military contract $4.8 million - you may recall that part of the Navy contract we signed was cancelled at the end of last year - the contract was still booked as a reduction to current liability as of end of quarter 3 last year - by year end we knew the contract had been cancelled so KPMG advised us to reverse, in effect increasing liability."

Q.   Now, looking at the email at the top of the page, who responds to David Jacobs?

A.   Meghan Messenger.

Q.   And can you read the first three sentences of that email and the larger contract?

A.   "Main issue we have is highlighted below on the Navy contract.  Saying cancelled now disputes 2 investor letters we wrote, which we copied you on, which shows we are in contracting actions phase, never said cancelled.  We have an unresolved dispute with the military, but we made a decision not to sue and fight it because we are in the discussions for the larger contract."

MS. ROSS:  Next can we please bring up Government Exhibit 29.

And the government is going to move to admit and publish.

MR. PERRY:  No objection.

MR. BRODSKY:  No objection, Your Honor.

THE COURT:  Without objection, 29 is in and may be published to the jury.

Q.  Looking at the email at the bottom, what is the date of this email, Agent Gardner?

A.  March 20, 2021.

Q.  Who sends it?

A.  Charlie Kim.

Q.  Who does he send it to?

A.  Robert Burke at both his official and personal email, and he cc's Meghan Messenger.

Q.  What does he write in the first paragraph?

A.  "Bob - Meghan and I connected separately with Bill Moran and also Herm this week.  It's the old gang - we email connected Herm with Moran also.  Bill doing some interesting work with Coach A (duke)."

Q.  Stopping you there.  Was there someone named Herm who was relevant to your investigation?

A.  Yes.

Q.  Who was that?

A.  Herm Shelanski.  He was a Navy inspector general.

Q.  And Bill Moran, was there someone involved with your investigation named Bill Moran?

A.  Yes, he was a senior military leader.

Q.  And can you just read the next paragraph of that email.

A.  "I don't know what your schedule is like next week but

any chance one of your evenings next week we could touch base - even 30 minutes (any of the days, we'll move things around)."

Q.   Now, going to the response, when does Burke respond?

A.   Burke responds on March 20, 2021.

Q.   Who does he include on that email?

A.   He cc's Roger Meyer.

Q.   And who is Roger Meyer?

A.   Roger Meyer was an aide to Robert Burke in the Navy.

Q.   And when Burke included Roger Meyer on this email, which email address that was originally on this chain did he not include?

A.   His personal email.

Q.   So to be clear, what email address does he send this email from?

A.   He sends this email from his official email account.

Q.   And can you read this email, please.

A.   "Charlie and Meghan,

"I'm at sea most of the week on IKE then flying straight to North Macedonia Friday and Saturday for their First Anniversary Ceremony as a NATO member and to close our NATO liaison office (mission complete).

"So this coming week is completely out.  Will ask Roger to set it up.

"Thanks."

Q.   Now, looking at the top email, who sends that?

A.   Meghan Messenger.

Q.   Who does she send it to?

A.   She sends it to Robert Burke, Charlie Kim, and Roger Meyer.

Q.   On what date?

A.   On March 22nd.

Q.   What does she write there?

A.   "Roger - we see a tentatively scheduled VTC for Thursday, April 8th at 1600 CET -- from Dan Rolnick.

          "We can make that work - wanted to clarify who will be attending.  Assumption is just Bob, correct?"

Q.   We see a reference here to Dan Rolnick.  Who is that, Agent Gardner?

A.   He was a flag aide to Robert Burke.

Q.   We see here that Ms. Messenger wrote that she wanted to clarify who will be attending.  She asked, "Assumption is just Bob, correct?"

          If you know, Agent Gardner, did this VTC happen on April 8, 2021?

A.   Yes.

Q.   Was Burke the only person from the Navy on that VTC?

A.   No.

Q.   At this point did Next Jump have a contract with the Navy?

A.  They did not.

MS. ROSS:  Can we please bring up just for the witness Government Exhibit 28.

And the government moves to admit and publish.

MR. PERRY:  No objection.

MR. BRODSKY:  No objection.

THE COURT:  Without objection, 28 is in and may be published to the jury.

Q.  Agent Gardner, what is this document?

A.  This is a meeting invite, one that we just discussed for April 8, 2021.

Q.  What is the subject of this invite?

A.  "Update from Next Jump."

Q.  Who was invited to this VTC?

A.  Robert Burke, Charlie Kim, Meghan Messenger, Dan Rolnick, Pablo Baez, Amy Broadus.

Q.  What is written in the invite?

A.  "Mr. Kim, pending your availability I have tentatively scheduled you for Thursday, 8 April at 1600 CET."

Q.  And then, Agent Gardner, what date does this indicate the invite was sent for?

A.  April 8, 2021.

MS. ROSS:  Can we please bring up Government Exhibit 30 just for the witness, please.

And the government will move to admit and publish.

MR. PERRY:  Sorry for the delay, Your Honor.  Just one moment, please.

THE COURT:  Sure.

(Pause)

MR. PERRY:  Your Honor, I think we do have an objection for this one.

THE COURT:  All right.  Parties, approach.

(The following is a bench conference held outside the hearing of the jury)

MR. PERRY:  I'm sure I'll be corrected if I'm wrong, my guess is this is being -- defendants aren't on this -- that it's being offered for the truth that he was, in fact, out of gas and was ready to retire.  So I don't think it goes to state -- I don't think it's being offered for state of mind.  I think it's being offered for the truth, and I don't see how this email is in furtherance of the conspiracy.

So the objection is a hearsay objection.  I'm just laying out my thinking.

MS. ROSS:  Two things.  One, he can't actually be out of gas, so we're not offering it for the truth of the matter.

Your Honor, it's -- we do believe it goes to both his state of mind and motive.

MR. PERRY:  I don't think that motive is an

exception to hearsay.  It does -- I mean, it is being offered for the figurative truth of what the expression "out of gas" means in English, and I just don't see what hearsay exception it falls under, but I think I'm about to be corrected on that.

THE COURT:  Okay.  Well, I'm going to overrule the objection.  I'm not sure that I agree with Ms. Ross on the literal point, but I think it does go to his state of mind, and I'll overrule the objection.

MS. ROSS:  Thank you, Your Honor.

(This is the end of the bench conference)

THE COURT:  All right.  The objection is overruled.  30 is in and may be published to the jury.

BY MS. ROSS:

Q.  Who is this email from, Agent Gardner?

A.  Robert Burke.

Q.  What date?

A.  On April 8, 2021.

Q.  Where was Burke stationed at this time?

A.  He was the commander over NAVAF and NAVEUR in Naples, Italy.

Q.  And what was his rank?

A.  He was a four-star admiral.

Q.  What was his job title?

A.  I might butcher that, but he was the commander over Navy

Africa, Navy Europe, and then dual headed as he was commander over NATO forces there as well.

Q.  I'm not going to have you read this whole thing, but looking at this email, can you please read the paragraph beginning "That's my dream."

A.  "That's my dream lineup to come in after me to continue the work Gene and I have done to operationalize this place -- there might be other ideas too.  I bring this up because I'm looking at the earliest I can go - I'm out of gas, and I have not been able to teach myself to truly rise above the crap and start acting like an executive.  Don't seem to be able to get it.  My micromanagement and perfectionist DNA pulls me back into the trenches every time, and I hate it, and I hate that about myself."

Q.  So we see here that Burke wrote "I'm out of gas."  At this point had Burke put in his paperwork to retire?

A.  He had not.

Q.  So we see here that he is writing this email on April 8, 2021.  When, in relation to the VTC that Burke had with Mr. Kim and Ms. Messenger and other Navy personnel, was this?

A.  That was the same day.

          MS. ROSS:  Next can we please bring up just for the witness Government's Exhibit 35, please.

          And the government will move to admit and publish.

MR. BRODSKY:  No objection, Your Honor.

MR. PERRY:  Same here.  No objection.

THE COURT:  Without objection, 35 is in and may be published to the jury.

MS. ROSS:  And can we please go to Page 2 of this exhibit.

Q.  Agent Gardner, looking at the bottom email, who is that email from?

A.  Charlie Kim.

Q.  Who does he send it to?

A.  Robert Burke at his personal and official email address, and Meghan Messenger is cc'd.

Q.  What date does he send this email?

A.  Thursday, April 15th.

Q.  How long after the VTC call between Mr. Kim and Ms. Messenger and Burke and the other Navy personnel was this?

A.  One week later.

Q.  Did Mr. Kim include any other Navy personnel on this email?

A.  He did not.

Q.  What's the subject line?

A.  "Time to connect tonight?"

Q.  And can you read that email, please.

A.  "Bob - any chance you're free today between 7:30 p.m.

and 9:00 p.m. (Naples Italy time) or 1:30 to 3:00 p.m. Eastern time.  We have an unexpected 90 minute block open.

"Connect quickly from last week's discussion.  We could do video but also happy to just call on Meghan's mobile.  917.921.3766.  Not sure if your mobile is the same from before?"

Q.  How does Burke respond?

A.  "Charlie, I'm on a VTC with DC right now - going late. Sorry.  Thanks for asking."

Q.  And how does Mr. Kim respond to that email?

A.  "Sorry you're stuck in DC meeting.  Sounds like fun... we're here late... even 15 minutes, if you get, just call."

MS. ROSS:  Can we go back to Page 1, please, and we'll just look at Mr. Burke's response there at the bottom.

Q.  What does he write there?

A.  "Charlie,

"We broke pretty late last night.  Lots going on. I will be in a hotel in Turkey Monday evening, say between 8 and 9 p.m. that time zone plus seven hours from you, so 1-2 p.m. your time.  Any chance you can talk then?  My number is +39 3358257933.  I'm also on WhatsApp at that number, which avoids international long distance charges.  But let me call you if you prefer.  Let me know of other times Monday evening time frame for me and let me see what I can do to move things around."

Q.   When was this response, Agent Gardner?

A.   Friday, April 16, 2021.

Q.   And who responds to Burke's email?

A.   Meghan Messenger.

Q.   How does she respond?

A.   "Bob, I think Charlie tried to WhatsApp you, not sure if it went through.

         "But yes let's connect on Monday, 8-9 your time. We can do it through WhatsApp."

Q.   Now looking at the next email, Agent Gardner, what does Mr. Burke do with Ms. Messenger's email there at the bottom?

A.   He forwards it to Daniel Rolnick.

Q.   And then does Rolnick respond?

A.   He does.

Q.   And, again, who is Rolnick?

A.   He's the flag aide to Robert Burke.

Q.   Can you read that email, please.

A.   "Good afternoon, Ms. Messenger and Mr. Kim,

         "Unfortunately Admiral Burke's plans changed last minute and he will be unavailable for a call tonight. However, the same time tomorrow, Tuesday, 8-9 CET and 1-2 CST may work if you're available?  Thank you for your understanding."

Q.   Can you read Ms. Messenger's response at the top.

A.   "Okay, tomorrow it is."

Q. What date does she respond?

A. April 19, 2021.

Q. And, Agent Gardner, did that call take place the next day?

A. It did.

MS. ROSS: Can we please pull up just for the witness Government's Exhibit 36, please.

And the government will move to admit and publish.

MR. PERRY: No objection.

MR. BRODSKY: No objection.

THE COURT: Without objection, 36 is in and may be published to the jury.

Q. Agent Gardner, who sends this email?

A. Charlie Kim.

Q. What date does Mr. Kim send this email?

A. He sends it at -- or on April 20, 2021.

Q. And when in relation to the email we just saw scheduling a call with Burke is this email?

A. This is the next day.

Q. And can we just read the last two paragraphs of Mr. Kim's email, please.

A. The last two paragraphs?

Q. Yes, please.

A. "We may try and find time to discuss but in case we don't, sharing this.

"Idea if no huddle offense.  Burke in managing the Ukraine/Russia potential war effort while in Turkey and still tried to connect with us in his hotel room in off hours.  Just insanity."

Q.  Agent Gardner, did you find evidence that a call between Burke and the defendants took place?

A.  Yes.

MS. ROSS:  Can we please pull up Government's Exhibit 37, please, just for the witness.

And the government will move to admit and publish.

MR. BRODSKY:  No objection, Your Honor.

MR. PERRY:  Yes, no objection.

THE COURT:  Without objection, 37 is in and may be published to the jury.

Q.  Agent Gardner, can you explain what this exhibit is?  It looks a little different.

A.  Yes, this is a cover page for an extraction report of an Apple iPhone.  It's got the name "Cellebrite" at the top, which is just the software used to extract it.  And then this is basically like a table identifying information about the phone, when the extraction was generated or the report was generated, and who performed the extraction or generated the extraction report.

Q.  So we see the name there "Sleeth" next to "Examiner Name."  Who is that?

A.   That is one of the FBI's computer analysis response team members, our CART, as we call it.  That's Emily Sleeth, and she's the one who generated this extraction report.

Q.   And whose phone was the subject of this extraction report?

A.   This is from Charlie Kim's cell phone.

Q.   Can we please go to Page 2 of this exhibit.  Now, this doesn't look like what you might see if you're just looking at your iPhone.  Can you just explain that, please.

A.   Absolutely.  So this is, again, kind of the way that the program Cellebrite displays the extraction.  And we'll see contents -- in this case a call log -- where we're able to pull out a table, and that generates a table of all the calls, timestamps, durations, whether or not someone answered, how the call was placed, via an app or through like the -- you know, just normal cell phone call, as well as the parties involved in the call.  So it's kind of a table format of individual calls as if you kind of print it out from your cell phone all the calls that you've had.

Q.   And just to be clear, Agent Gardner, was this evidence found directly on Charlie Kim's cell phone?

A.   It was.

Q.   And so you just walked us through what a call log is.  Can you explain and walk us through what this specific entry in the call log reveals.

A.  Of course.  So it's in a table form, but this is all just capturing one specific call that was made.  So on the left column we see parties, and we see this is a call via WhatsApp from Charlie Kim to Robert Burke.

The next column is a timestamp.  It shows the date and time, shows the duration of the call, whether or not the call was answered.

And then you see a video call box.  It shows that it was a video call.

And then "Source Info" shows that it is a WhatsApp call through a WhatsApp account.

Q.  Agent Gardner, what is WhatsApp?

A.  WhatsApp is a messaging platform.  It's an encrypted messaging platform similar to ones you've seen on the market, able to do WiFi calling, WiFi messaging through there.

MS. ROSS:  And next can we please bring up Government Exhibit 38, please.

And the government will move to publish and admit.

MR. BRODSKY:  Your Honor, on this one I'm going to have to object because it's an incomplete exhibit.  The government has redacted the emails below.  The entire exchange should be shown to the jury if the exhibit is going to be admitted.

THE COURT:  All right.  Parties, approach.

(The following is a bench conference held outside the hearing of the jury)

THE COURT:  Is this one of the ones you moved on?  Okay.

MR. BRODSKY:  No.

THE COURT:  What's below it?

MR. BRODSKY:  This is a response to --

MS. ROSS:  I may be able to save us some time, Your Honor.  We have an unredacted version.  We can admit the unredacted version.

The one thing, Your Honor, I would just request is in the future, if any of the parties have an objection, we would ask to approach.  I don't think we need to do this.

THE COURT:  Yes, thanks.  I think -- I'm interested in hearing "hearsay" or something like that, but we don't need to have argument.

MS. ROSS:  Thank you.

MR. BRODSKY:  On the -- just while we're here, Your Honor, for convenience, I did file that motion, but I understand the government is not introducing the exhibits that I moved, so I thought you should know.

THE COURT:  Okay.

MR. BRODSKY:  It's not they're not responding.  It's kind of moot.

THE COURT:  Okay.

MS. ROSS:  Well, Your Honor, his motion was so persuasive.

MR. BRODSKY:  I asked her to say that.

MS. ROSS:  I spent all night studying it, trying to think of ways to counteract it, and I just couldn't do it.

THE COURT:  You would like this in front of the jury.

MR. BRODSKY:  I would like that stipulated to.

THE COURT:  Okay.  So that's good to know.

We're getting near the end.  Why don't we -- well, of the day.  We've got -- so that was one motion I wanted to talk about.

And then the other is the defense who needs to have -- you all need to reply to this?

MR. BRODSKY:  Yes.

THE COURT:  All right.  And you're going to reply today?

MR. PERRY:  I thought we could -- could we have until the morning?

THE COURT:  Like --

MR. PERRY:  You tell me when.  I'll have as much time as you can give us.

THE COURT:  Well, how much longer -- I mean, how long do we have?

MS. ROSS:  With Agent Gardner?

THE COURT:  Yes.

MS. ROSS:  I think a very long time.

THE COURT:  So you think you'll be going at least through the morning?

MS. ROSS:  Oh, yes.  I think we're going to be done --

THE COURT REPORTER:  Could you speak into the microphone, please.

MR. PERRY:  Could we have just before court in the morning?

THE COURT:  Yes, that's fine.  If you're writing something very long, just think about when I'm going to read it.

MR. PERRY:  There is zero chance we're writing something very long.

THE COURT:  Okay.  Great.

MS. ROSS:  One quick thing I want to make sure for the record, Your Honor.  While we don't intend to admit those exhibits that were the subject of Mr. Brodsky's motion on direct, we are reserving the right to admit them on cross, if necessary.

THE COURT:  Okay.  We can deal with that later.

All right.  So we'll go for about another 10, 15 minutes, and then we'll have everybody come back at 9:30

tomorrow morning.  Thanks.

(This is the end of the bench conference)

THE COURT:  All right.  Ms. Ross, do you want to -- I think you're substituting out this exhibit?

MS. ROSS:  I'm sorry, Your Honor?

THE COURT:  You're substituting out this exhibit?

MS. ROSS:  We are.  We're going to pull up the correct version.

So the government at this point will move to admit and publish Government Exhibit 38, please.

MR. PERRY:  No objection.

MR. BRODSKY:  No objection.

THE COURT:  Without objection, 38 is in and may be published to the jury.

BY MS. ROSS:

Q.  Agent Gardner, just focusing on the top email, who is it from?

A.  Charlie Kim.

Q.  Who is it to?

A.  Meghan Messenger, and Greg Kunkel and Team Strategy Committee are cc'd.

Q.  Agent Gardner, who is Greg Kunkel?

A.  He is an employee at Next Jump.

Q.  And when was this email sent?

A.  This is another one of those ones that looks like it was

sent in the very early morning hours of April 21, but because it's in UTC, when you apply the correction over to Eastern time, it was actually sent late on April 20, 2020.

Q.  And so approximately how long after the call between Mr. Kim and Ms. Messenger and Burke that we just saw was this sent?

A.  It would have been the same day.

Q.  And can you please read just the first three paragraphs.

A.  Of course.

"To give you more context.  I was explaining to Meghan, what prepared me for Burke meeting (it was the highest stakes meeting to date and the tiniest wrong move would and could lose all trust - come across slimy; - was eggshell crushing.  We had so much since Friday into the whole weekend.  McCoy note.  Then with Becky Graham Tarun, then Brendan with school and what does Meghan do.  We argued nonstop on this all Monday, Tuesday, today up until 10X. Then again until 10 minutes before Burke.

"But I explained to Meghan, that's what best prepared me for a Burke meeting.  If I felt the slightest. The slightest eggshell with Meghan, I would have thought Meghan was passive-aggressively telling me that I'm being slimy versus she said when Burke stepped away for a second she felt slimy he wants to work for us but we're asking for a deal first.

"I was nervous but calm.  But if there were eggshells with MM I would think she's telling me that CK is being slimy and I would have been tilt enough for Burke to sense an NQR.

"Eggshells are poison.  Especially within the same team.  Because every one not crushed leads to second guessing and not trusting anyone and any comment.  Any NQR gets magnified.

"And you have a lot right now.  NQRs."

Q.  Okay.  So there are a lot of acronyms here.  So I said we would go back to the glossary, so we're going to do that now.

MS. ROSS:  Can we please bring up what was previously admitted as Government's Exhibit 137.  And we'll bring it up next to Government Exhibit 38, please.

Q.  So focusing on the second sentence of Government Exhibit 38, it says, "I explained to Meghan what prepared me for Burke meeting (it was the highest stakes meeting to date and the tiniest wrong move would/could lose all trust - come across slimy) - was eggshell crushing."

And then in the second paragraph we see that Mr. Kim wrote, "If I felt the slightest, the slightest eggshell with Meghan I would have thought that Meghan was passively aggressively telling me that I'm being slimy vs she said when Burke stepped away for a second she felt slimy

he wants to work for us but we're asking for a deal first."

So in these sentences we see the phrase "eggshell."  That phrase "eggshell," according to the glossary, what is that a reference to?

A.  According to the glossary, "Eggshells:  We use the term 'eggshells' to refer to sensitive topics that we consciously or unconsciously avoid discussing.  It comes from the expression 'walking on eggshells.'"

Q.  So we also saw in that email that Mr. Kim wrote, "We argued nonstop on this all Monday, Tuesday, today up until 10X.  Then again until 10 min before Burke."

The reference to "10X," according to the glossary, what is that a reference to?

A.  According to the glossary, "10X is a ritual that provides a form for Next Jumpers to practice receiving and giving feedback.  In the setup, a participant presents their work and thought process to an audience, plus a panel of at least 2 senior judges.  Afterwards, the audience uses the Feedback App to give feedback, followed by live feedback from the senior coaches.  There are at least 2 judges to provide diversity of thought."

Q.  And then in the third paragraph that you read, Agent Gardner, in Exhibit 38, it was written "but if there were eggshells with MM I would think she's telling me that CK being slimy and I would have been tilt enough for Burke to

sense NQR."

Now, "MM," whose initials are those?

A.   Meghan Messenger.

Q.   And "CK," whose initials are those?

A.   Charlie Kim.

Q.   So it says, "I think she's telling me that CK being slimy and I would have been tilt enough" --

MR. PERRY:   Your Honor, we've now read it four times.

THE COURT:   Overruled.

Q.   "I would think she's telling me that CK being slimy and I would have been tilt enough for Burke to sense NQR."

And "NQR," what does that mean, according to the glossary?

A.   Not quite right.   "This is used to describe someone's intuition when something is off, even if they are not able to clearly articulate the issue."

MS. ROSS:   And thank you.   We can take both those exhibits down.

Can we please bring up Government Exhibit 39, please.

And the government moves to admit what's been marked as Government Exhibit 39 and publish it for the jury.

MR. PERRY:   No objection.

MR. BRODSKY:   No objection, Your Honor.

THE COURT: Without objection, 39 is in and may be published to the jury.

Q. Looking at the email at the bottom, who is that from?

A. Meghan Messenger.

Q. And who does she send it to?

A. Robert Burke, and Robert Burke at his personal email as well as Barbara Burke, and cc'd Charlie Kim.

Q. And Barbara Burke, who is that?

A. That's Robert Burke's spouse.

Q. What is the subject line of this email?

A. "VIP invite: Saturday August 14 (NYC)."

Q. What date does she send this email?

A. It was sent on April 24, 2021.

MR. BRODSKY: Your Honor, I believe this is a defense exhibit.

THE COURT: I know we've seen this before, but --

MR. BRODSKY: I believe the top is not, but the rest is a defense exhibit.

THE COURT: Okay. I agree.

MS. ROSS: The government would still like to admit Government Exhibit 39 because I think it has parts of the defense exhibit that haven't been admitted.

THE COURT: Okay. Keep going.

Q. Okay. I'm sorry, Agent Gardner, what date does she send this email?

A.  Saturday, April 24, 2021.

Q.  So when in relation to the last email that we just looked at was this email sent?

A.  Just a few days later.

MS. ROSS:  Thank you, we can take -- I'm sorry.

Q.  Just focusing on Government's Exhibit 39, can you read the top three paragraphs of this email.  They're on the screen now.

A.  Of course.

"Bob and Barbara, sorry meant to email you sooner on this, can't comprehend the volume of madness - for some reason, since April 5 been nonstop and accelerating... know it pales in comparison to the work you're doing.  Barbara - heard you're teaching in public talks and becoming quite the mixologist.  Homemade Limoncello?

"We would love to invite you both to our new headquarters opening event (August 14, NYC, see below for event details).  We have the who who's coming (celebs, athletes, billionaires, tedtalk, authors and researchers, just real good people doing good work also).

"We are also offering 2 first class tickets plus hotel (Friday-Sunday) for this event -- however, not sure if you're able to accept it given your position?  We were going to extend the same invite to Juliet plus one guest as well, unless you thought someone else would benefit from coming to

this event?"

Q.  Now, going to Page 2 of this email, I won't have you read this whole thing, but we see a reference to the U.K. What was Next Jump's ties to the U.K.?

A.  They had an office in the U.K.

Q.  And, again, I'm not going to have you read this, but what does Mr. Kim provide details of?

A.  The email provides details to the VIP opening event.

Q.  And I want to just focus briefly on that first paragraph under "Event Details" beginning "Just need to get your."

Can you just read that top paragraph there.

A.  "Just need to get your indication of interest (no firm commitment yet given COVID uncertainty).  We have a long wait list and will be giving away a few seats via lottery - wanted to secure seats for you, if you have interest."

Q.  Now, going back to Page 1.  So we saw in the bottom email that Ms. Messenger wrote -- and I'm sorry, I think I incorrectly referred to Mr. Kim as the person who sent this, but we see here that Ms. Messenger wrote "We would love to invite you both to our new headquarters opening event."

Agent Gardner, during the time period of your investigation, did U.S. Next Jump's office change locations?

A.  Their New York office did.

Q.  And where did they move to?

A.  A nice building in the Manhattan area of New York City.

MS. ROSS:  And can we please bring up just for the witness Government Exhibit 145, please.

And the government will move to admit and publish.

MR. BRODSKY:  Your Honor, can we have a sidebar on this?

THE COURT:  Yes.  Attorneys, approach.

(The following is a bench conference held outside the hearing of the jury)

MR. BRODSKY:  Your Honor, they're about to put in I think something like 20 photographs.  It's one after the other after the other of the offices.  There is zero relevance to the office, but it is highly prejudicial.

If you look at the offices, they show all sorts of furniture and how they are.  During Admiral Burke's trial, they called it swanky.  The agent just testified they were nice offices.  There is zero relevance to whether or not the office is nice or not, and I believe it's highly unduly prejudicial to show the very nice offices.

THE COURT:  How?

MR. BRODSKY:  Well, first of all, it suggests they're very wealthy because they're in a nice office.  And I think there is, unfortunately in our society, some prejudice against people who are potentially wealthy.  So for the same reason that someone's wealth would be unduly prejudicial, showing beautiful office space, showing a large

kitchen in their office space, showing that they have large conference rooms and nice furniture, if you look at the photographs, I think you will realize that it is incredibly prejudicial.

There is zero relevance to how they work in Next Jump. Showing that they have a hair salon there or showing that they have a gym or showing all of this --

THE COURT: I get your point.

MR. BRODSKY: Thank you, Your Honor.

MS. ROSS: Your Honor, part of the motive for Mr. Kim and Ms. Messenger to get this contract was the lack of revenue that Biz 2 was producing, as well as their core financial state. The fact that they were moving into this nice building with high rent in a high-value district goes to their motive. They had to be able to afford it. So there was a reason why they were pushing to get this Navy contract so hard. They needed the money.

So it goes to their motive to show why they were so aggressive in pursuing this.

MR. PERRY: Is there going to be testimony or documentary evidence of that? Because I haven't seen that.

MS. ROSS: Of what? I'm sorry.

MR. PERRY: Of the rent, of the fact that they were struggling to make rent.

I understand the argument. It's a pretty good

one, if you can show it.

MR. BRODSKY:  What I would say, Your Honor --

MS. ROSS:  To respond to that, there is evidence -- first of all, we've actually already seen evidence of their poor financial picture, so the fact that they were struggling and still moving goes to even more reason why they were --

THE COURT:  Okay.

MR. BRODSKY:  My response, Your Honor, is the photographs are prejudicial.  If they want to put in the amount of the rent, they want to show that financially -- and they have financial records.  They have the amount of the rent.  If they want to put that information in to show motive, that's fine.

But it's as if you go into somebody's rich house and you say, "Oh, look at the palace they're in."  And then the jury, who we all know everybody has prejudices, would say, "Oh, wow, these are really rich people."  And it is very, very deeply prejudicial.

There is a history in the case law saying this is the kind of evidence, visual evidence of someone's wealth, that could impact a juror's, you know, objectivity.  And so they want this evidence in.

The visual evidence is not relevant.  What's relevant, then, is the numbers.

And so I would ask all of it to be stricken.

THE COURT:  Okay.  Got it.  We're about to wrap up anyway.  I think what I want you to do is cut this down.  I'll consider three or four photos.

I disagree on -- I think Ms. Ross is basically right on kind of a motive here.  This is relevant.  But I hear Mr. Brodsky's point.  And I think there has been a sort of cumulativeness here that has crossed the line to more prejudicial than probative.

So why don't we talk about a few pictures that don't include a hair salon, don't include some of the more ridiculous; but I think these first few pictures, I think you can introduce those.

But let's break now, and you can pick it up in the morning.

(This is the end of the bench conference)

THE COURT:  All right.  Ladies and gentlemen, it's about time for us to break, so we'll continue in the morning.  I'm going to ask you all to be back for continued trial at 9:30, including you, Agent Gardner.  And I'll direct you not to discuss the contents of your testimony with anyone over the evening.

And I'll just remind you folks, of course you shouldn't be doing your own research, nor should you be discussing the case with anyone until we meet again.

Thanks.  Have a good evening.

(Jury exits courtroom)

THE COURT:  All right.  You may step down, Agent Gardner.

I think we already discussed a couple of the motions.  I think there's also a government's supplement to its motion in limine to admit certain evidence and argument.

Has the defense taken a look at this?  This is ECF-285 from the 15th, so several days ago.  I don't think I have a response.

MR. PERRY:  If it's the business records cert for Next Jump, fine.

THE COURT:  All right.  Do you agree, Mr. Brodsky?

MR. BRODSKY:  I would like to look at it before I agree.

THE COURT:  Sure.

MR. BRODSKY:  I trust Avi, but --

MR. PERRY:  Well, that's dangerous.

MR. BRODSKY:  Trust but verify.

THE COURT:  Fair.  Let me just ask you to take a look.  And first thing in the morning I'm expecting I'm just going to be granting this summarily, but obviously, if you have an objection, I'd like to hear it.

All right.  Anything else we need to discuss?

MS. ROSS:  Just one very quick question, Your

Honor.  With respect -- we're going to cut down the photos.  That's clear.  Are we allowed to elicit the testimony from Agent Gardner about what he saw at the offices when he executed the search warrants?

THE COURT:  Yes.  I mean, let's --

MS. ROSS:  Keep it short?

THE COURT:  Yes.

MS. ROSS:  Gotcha.

THE COURT:  I think it's -- I mean, among other things, it's just we already have in this invitation to come.  I think it makes sense that there's some sort of context for that, but we don't need to harp on about it.

MR. BRODSKY:  Your Honor, my only objection to that is, A, what is the relevance of the execution of the search warrant in Next Jump?  There was no evidence obtained at the location of Next Jump that they're using in this case, to my knowledge.  There was nothing seized there or taken there.  So the relevance of actually going into the offices and testifying, Well, I went into a beautiful, you know, New York City swanky office, and I saw a hair salon, or I saw a basketball court.  Highly prejudicial, very little relevance.  There's no probative value to it, and it is unduly prejudicial.

I don't understand the purpose for it.

THE COURT:  So I feel like we just had this

conversation.

MR. BRODSKY:  But this is beyond that.

So one was the financial motive, which I -- they put in a few photographs.  The other is to say, I went to execute a search warrant, and I looked around.

THE COURT:  Are you concerned about the search warrant point?

MR. BRODSKY:  I am concerned about the search warrant.  I am concerned about the implication of that.  And I am concerned that he is going to testify visually as to what he saw that's beyond the photographs.

THE COURT:  Okay.  So I think we can avoid the search warrant and tie it in to the three or four photos that you're going to introduce.

MS. ROSS:  That was my intention, Your Honor.

THE COURT:  Great.  Thanks, folks.  See you in the morning.

(Whereupon the hearing was

adjourned at 5:00 p.m.)

**CERTIFICATE OF OFFICIAL COURT REPORTER**

I, LISA A. MOREIRA, RDR, CRR, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

Dated this 21st day of August, 2025.


                              /s/Lisa A. Moreira, RDR, CRR
                              Official Court Reporter
                              United States Courthouse
                              Room 6718
                              333 Constitution Avenue, NW
                              Washington, DC 20001

## $

**$10** [7] - 19:7, 21:18, 22:24, 25:16, 26:4, 26:21, 85:2
**$100** [1] - 105:6
**$10M** [1] - 25:13
**$330,000** [1] - 53:20
**$35** [1] - 104:12
**$4,869,565** [1] - 21:9
**$4.4M** [1] - 85:7
**$5,000** [1] - 21:12
**$5,130,434** [1] - 21:12

## '

**'all** [1] - 83:22
**'doing** [1] - 100:5
**'eggshells'** [1] - 133:6
**'in** [1] - 101:23
**'off** [1] - 79:22
**'walking** [1] - 133:8

## /

**/s/Lisa** [1] - 145:10

## 0

**04** [3] - 13:19, 13:20, 13:21

## 1

**1** [21] - 1:4, 17:15, 55:22, 56:17, 57:12, 66:10, 66:11, 66:12, 69:3, 93:13, 101:12, 102:3, 103:12, 104:10, 107:14, 109:14, 111:7, 111:20, 121:13, 137:16
**1-2** [2] - 121:19, 122:21
**1/Biz** [2] - 68:25, 69:2
**10** [10] - 9:3, 9:24, 21:16, 21:24, 22:6, 104:10, 110:15, 129:24, 131:18, 133:11
**100** [1] - 15:11
**10166** [1] - 1:22
**103** [1] - 12:14
**106** [1] - 52:17
**10:00** [1] - 75:11
**10th** [11] - 9:5, 9:12, 10:13, 10:20, 11:13, 13:5, 28:20, 28:25, 29:5, 36:18, 57:24
**10X** [4] - 131:17,

133:11, 133:12, 133:14
**11** [4] - 92:5, 92:7, 92:10, 111:18
**13** [1] - 111:19
**1300** [1] - 1:18
**137** [5] - 67:3, 67:5, 68:6, 68:11, 132:14
**14** [2] - 135:11, 136:17
**140** [3] - 17:25, 54:12, 55:19
**142** [2] - 64:9, 64:11
**143** [2] - 64:9, 64:11
**145** [1] - 138:2
**14th** [1] - 53:1
**15** [5] - 47:16, 84:8, 104:10, 121:12, 129:24
**1517** [1] - 49:1
**154** [1] - 95:24
**154A** [3] - 95:9, 95:14, 95:25
**154B** [3] - 97:15, 97:19, 97:24
**15th** [2] - 120:14, 142:9
**16** [13] - 16:13, 16:14, 22:16, 22:19, 27:18, 29:14, 98:20, 98:22, 98:25, 99:2, 99:3, 99:10, 122:2
**1600** [2] - 115:10, 116:19
**17** [2] - 101:1, 101:5
**17th** [8] - 8:19, 8:24, 9:5, 10:10, 10:25, 24:18, 28:15, 29:5
**18** [1] - 47:17
**19** [9] - 13:10, 37:23, 48:22, 49:5, 96:7, 98:5, 98:10, 111:16, 123:2
**1991** [1] - 51:21
**1:00** [2] - 74:24, 76:5
**1:17** [1] - 81:13
**1:19** [1] - 110:15
**1:24-cr-00265** [1] - 1:3
**1:30** [1] - 121:1
**1:37** [1] - 1:4
**1:42** [1] - 83:1

## 2

**2** [34] - 8:10, 12:14, 15:15, 55:25, 56:1, 56:4, 56:21, 57:16, 66:11, 66:19, 66:22, 67:1, 68:25, 69:2, 69:5, 80:19, 85:4, 92:21, 107:6,

108:12, 109:8, 109:15, 110:13, 111:13, 112:1, 112:14, 120:5, 125:7, 133:18, 133:20, 136:21, 137:2, 139:12
**2-3** [1] - 9:16
**2-star** [1] - 92:25
**20** [9] - 22:11, 24:19, 76:23, 111:16, 113:5, 114:5, 123:16, 131:3, 138:10
**20-some-odd-days** [1] - 34:14
**200** [1] - 1:21
**20001** [2] - 1:25, 145:13
**20005** [1] - 1:19
**2001** [1] - 104:14
**2008** [1] - 104:14
**2018** [11] - 16:19, 17:4, 17:15, 22:12, 23:9, 23:10, 25:19, 25:22, 34:7, 54:15, 76:23
**2019** [17] - 76:23, 77:1, 77:3, 77:4, 81:13, 83:1, 84:8, 94:7, 94:19, 94:21, 94:25, 95:5, 96:7, 98:5, 98:10, 99:14, 99:17
**202** [1] - 1:25
**2020** [8] - 76:24, 101:12, 102:3, 102:23, 104:23, 106:6, 110:15, 131:3
**2021** [27] - 24:18, 44:19, 44:23, 45:17, 46:4, 48:22, 49:5, 50:22, 50:23, 52:12, 54:3, 60:20, 63:4, 63:8, 63:18, 113:5, 114:5, 115:20, 116:11, 116:22, 118:18, 119:19, 122:2, 123:2, 123:16, 135:13, 136:1
**2021/'22** [1] - 35:20
**2021/early** [1] - 28:10
**2022** [18] - 5:13, 7:8, 7:16, 12:20, 13:2, 13:19, 13:20, 13:21, 14:17, 17:19, 28:10, 34:25, 52:22, 63:4, 63:18, 76:24, 77:24
**2023** [1] - 63:4
**2025** [2] - 1:4, 145:8
**20530** [1] - 1:14

**21** [4] - 1:4, 45:17, 46:4, 131:1
**21st** [3] - 17:4, 26:8, 145:8
**22** [5] - 81:13, 83:1, 102:7, 102:9, 102:13
**22nd** [1] - 115:7
**23** [4] - 27:18, 29:15, 105:24, 106:3
**24** [7] - 23:9, 23:10, 27:18, 108:18, 108:22, 135:13, 136:1
**24361820D0001** [1] - 13:13
**24361820D001** [1] - 14:18
**24th** [3] - 26:9, 26:23, 27:20
**25** [6] - 27:18, 27:19, 29:15, 29:17, 104:23, 106:6
**25,000** [1] - 100:2
**26** [2] - 110:7, 110:11
**2615D001** [1] - 17:9
**27** [1] - 103:13
**27th** [5] - 9:9, 10:16, 10:18, 28:19, 28:21
**28** [2] - 116:3, 116:7
**29** [2] - 112:21, 113:1
**2:00** [1] - 75:8
**2:49** [1] - 93:14
**2nd** [1] - 96:23
**2X** [1] - 100:2

## 3

**3** [5] - 12:18, 49:13, 74:17, 110:18, 112:5
**30** [3] - 114:2, 116:24, 118:13
**31st** [5] - 25:21, 26:1, 26:2, 26:22, 27:19
**326** [2] - 23:13, 28:2
**333** [2] - 1:24, 145:12
**3358257933** [1] - 121:21
**35** [2] - 119:24, 120:3
**350K** [1] - 8:11
**354-3187** [1] - 1:25
**36** [2] - 123:7, 123:11
**37** [2] - 124:9, 124:13
**38** [6] - 126:18, 130:10, 130:13, 132:15, 132:17, 133:23
**39** [7] - 52:5, 121:21, 134:20, 134:23, 135:1, 135:21, 136:6
**3:00** [1] - 121:1

**3:10** [1] - 59:20

## 4

**4** [8] - 2:4, 14:17, 21:4, 21:25, 22:9, 55:18, 56:13, 68:24
**4.8** [1] - 112:1
**4.869** [1] - 22:22
**4.87** [4] - 21:15, 21:24, 22:1, 22:4
**40** [1] - 78:2

## 5

**5** [8] - 56:7, 56:10, 56:20, 57:6, 75:4, 81:5, 81:10, 136:12
**5.13** [3] - 21:15, 21:24, 22:4
**5.6** [1] - 85:3
**50** [1] - 108:9
**50,000** [1] - 100:1
**5:00** [3] - 75:3, 75:12, 144:19
**5th** [1] - 13:2

## 6

**6** [10] - 57:5, 57:15, 78:4, 78:6, 78:15, 99:14, 99:17, 99:25, 102:23, 111:17
**60** [3] - 93:7, 99:2, 104:9
**601** [1] - 1:14
**6718** [2] - 1:24, 145:12

## 7

**70** [1] - 108:14
**701** [1] - 91:4
**702** [1] - 91:4
**7:30** [1] - 120:25

## 8

**8** [11] - 94:7, 94:19, 94:21, 94:25, 115:20, 116:11, 116:19, 116:22, 118:18, 119:18, 121:18
**8-9** [2] - 122:8, 122:21
**82** [2] - 4:8, 37:3
**87** [1] - 14:9
**8:42** [1] - 106:6
**8th** [1] - 115:10

## 9

**9** [5] - 75:13, 83:25,

84:2, 84:5, 121:19
**9.2** [1] - 111:17
**9/1/2021** [1] - 52:2
**9/30/2021** [1] - 52:2
**90** [3] - 93:7, 108:13, 121:2
**900** [1] - 1:18
**90211** [2] - 18:24, 20:19
**917.921.3766** [1] - 121:5
**97** [3] - 8:7, 28:4, 28:5
**9:00** [4] - 75:1, 75:2, 75:10, 121:1
**9:30** [2] - 129:25, 141:20

## A

**a.m** [3] - 75:1, 75:10, 76:5
**ability** [4] - 89:2, 100:5, 111:1, 145:7
**able** [20] - 4:6, 27:24, 58:8, 72:2, 78:20, 79:3, 83:15, 89:22, 91:14, 93:17, 103:17, 104:16, 119:10, 119:12, 125:12, 126:15, 127:8, 134:16, 136:23, 139:15
**absolutely** [2] - 33:15, 125:10
**abundantly** [1] - 36:17
**academy** [1] - 60:24
**accelerating..** [1] - 136:12
**accept** [1] - 136:23
**accepting** [2] - 58:25, 59:5
**accomplished** [1] - 15:21
**accordance** [2] - 13:12, 17:13
**according** [7] - 9:13, 98:17, 133:3, 133:5, 133:12, 133:14, 134:13
**accordingly** [1] - 76:15
**account** [3] - 70:22, 114:16, 126:11
**accurate** [3] - 64:23, 89:2, 145:5
**acknowledge** [1] - 28:20
**acquainted** [1] - 93:11
**acquisition** [1] - 58:3
**acronym** [2] - 9:18,

49:7
**acronyms** [1] - 132:10
**acting** [1] - 119:11
**Action** [1] - 1:3
**actions** [3] - 93:24, 110:25, 112:16
**active** [1] - 99:18
**actual** [3] - 10:3, 12:11, 23:2
**add** [5] - 29:13, 29:14, 75:17, 75:19, 88:3
**addition** [2] - 42:20, 71:21
**additional** [4] - 9:14, 56:7, 58:4, 91:23
**address** [7] - 47:3, 78:18, 79:9, 110:16, 114:11, 114:14, 120:11
**adds** [1] - 22:24
**adequate** [1] - 43:20
**adjourned** [1] - 144:19
**Admiral** [31] - 9:2, 9:12, 25:5, 30:3, 35:12, 36:16, 39:10, 39:15, 39:21, 39:25, 40:25, 43:6, 43:8, 44:24, 45:2, 45:3, 46:25, 47:13, 47:22, 48:3, 48:11, 49:3, 49:16, 50:4, 54:1, 90:9, 93:23, 103:18, 122:19, 138:14
**admiral** [6] - 3:23, 10:12, 11:24, 24:14, 77:11, 118:23
**admit** [31] - 4:6, 64:10, 67:4, 68:6, 78:5, 81:6, 84:1, 92:6, 95:14, 97:18, 98:21, 101:2, 102:8, 105:25, 108:19, 110:8, 112:22, 116:4, 116:25, 119:25, 123:8, 124:10, 126:19, 127:9, 129:19, 129:21, 130:9, 134:22, 135:21, 138:3, 142:7
**admitted** [3] - 126:24, 132:14, 135:22
**admitting** [2] - 4:8, 19:5
**advise** [1] - 80:25
**advised** [2] - 27:12, 112:6
**advisor** [1] - 50:3
**advisors** [1] - 41:2
**advisory** [1] - 44:4

**advocating** [2] - 45:9, 48:3
**affect** [1] - 31:16
**affiliated** [1] - 98:17
**afford** [1] - 139:15
**afield** [2] - 18:13, 52:14
**Africa** [5] - 9:19, 14:13, 49:11, 77:19, 119:1
**afternoon** [7] - 25:12, 26:2, 59:19, 60:3, 60:9, 60:10, 122:18
**AFTERNOON** [1] - 1:6
**afterwards** [1] - 133:18
**agencies** [1] - 62:19
**Agency** [1] - 14:14
**AGENT** [2] - 2:6, 60:6
**agent** [10] - 60:1, 60:16, 60:17, 60:19, 60:22, 61:19, 82:14, 89:4, 130:22, 138:15
**Agent** [78] - 60:3, 60:9, 60:13, 60:15, 61:3, 63:15, 63:21, 65:13, 65:18, 65:21, 66:3, 66:5, 66:22, 67:10, 68:1, 68:12, 68:23, 69:9, 70:3, 71:1, 71:24, 72:19, 74:5, 74:19, 75:15, 78:7, 78:17, 79:24, 80:10, 80:13, 81:25, 82:18, 84:7, 85:8, 86:11, 86:16, 90:9, 90:19, 91:9, 94:20, 96:3, 97:16, 98:1, 98:9, 99:12, 99:15, 100:7, 101:7, 101:25, 103:18, 104:18, 106:5, 106:18, 108:25, 109:24, 113:4, 115:14, 115:19, 116:9, 116:20, 118:15, 120:7, 122:1, 122:10, 123:3, 123:13, 124:5, 124:15, 125:20, 126:12, 129:1, 130:16, 133:22, 135:24, 137:21, 141:20, 142:3, 143:3
**agents** [3] - 62:4, 62:14, 62:19
**aggressive** [1] - 139:19
**aggressively** [2] - 131:22, 132:24

**ago** [4] - 22:19, 25:17, 88:4, 142:9
**agree** [12] - 18:14, 20:5, 20:22, 22:6, 27:15, 39:4, 47:2, 89:17, 118:7, 135:19, 142:13, 142:15
**agreement** [3] - 53:19, 53:21, 81:19
**ahead** [5] - 39:23, 41:20, 87:19, 105:15, 107:3
**aid** [1] - 67:16
**aide** [3] - 114:9, 115:15, 122:16
**aides** [2] - 48:15, 49:4
**Aides** [1] - 111:4
**aiming** [1] - 105:6
**ALCON** [3] - 49:6, 49:13
**aligned** [1] - 86:5
**allegations** [2] - 61:21, 62:9
**allotted** [1] - 5:6
**allow** [1] - 66:16
**allowed** [1] - 143:2
**also)** [1] - 136:20
**AMANDA** [2] - 2:3, 4:16
**amazingly** [1] - 27:25
**AMERICA** [1] - 1:2
**amount** [6] - 35:6, 36:6, 104:8, 105:2, 140:11, 140:12
**Amy** [1] - 116:16
**analogy** [2] - 66:14, 66:16
**analysis** [1] - 125:1
**analyze** [1] - 45:3
**Anniversary** [1] - 114:21
**answer** [7] - 3:18, 20:13, 20:14, 34:11, 63:14, 90:2, 90:6
**answered** [3] - 34:21, 125:15, 126:7
**answering** [1] - 88:9
**answers** [5] - 3:15, 105:12, 105:18, 106:25, 107:9
**anticipated** [1] - 103:6
**anyway** [2] - 79:21, 141:3
**apologies** [2] - 53:16, 66:9
**apologize** [3] - 53:15, 53:17, 99:4
**app** [2] - 69:6, 125:15
**App** [2] - 69:6, 133:19

**APPEARANCES** [1] - 1:11
**Apple** [1] - 124:18
**Appleman** [3] - 11:22, 53:9, 53:13
**apply** [1] - 131:2
**appreciate** [4] - 4:23, 42:16, 83:19, 83:20
**approach** [8] - 18:9, 64:13, 87:16, 93:2, 117:7, 126:25, 127:13, 138:6
**appropriate** [1] - 20:24
**approval** [1] - 34:18
**apps** [2] - 66:20, 71:10
**April** [18] - 101:12, 102:3, 115:10, 115:20, 116:11, 116:19, 116:22, 118:18, 119:18, 120:14, 122:2, 123:2, 123:16, 131:1, 131:3, 135:13, 136:1, 136:12
**Arbinger** [3] - 36:8, 48:19, 49:14
**area** [4] - 55:22, 55:24, 56:17, 137:25
**argue** [1] - 4:6
**argued** [2] - 131:16, 133:10
**argument** [3] - 127:16, 139:25, 142:7
**around)** [1] - 114:3
**arrest** [3] - 61:1, 62:2, 62:25
**arrested** [1] - 64:25
**arrived** [1] - 45:7
**arrow** [2] - 96:22, 97:5
**articulate** [1] - 134:17
**aside** [1] - 24:11
**aspects** [2] - 85:20, 86:14
**assessing** [3] - 32:7, 44:24, 47:14
**Assessment** [1] - 54:21
**assigned** [4] - 61:4, 61:20, 62:4, 62:14
**assist** [1] - 85:6
**assistants** [1] - 47:11
**assisted** [1] - 54:6
**associated** [2] - 57:1, 82:1
**assuming** [1] - 101:17
**assumption** [2] - 115:12, 115:17
**athletes** [1] - 136:19
**attached** [1] - 50:12

attachment [1] - 50:15
attain [1] - 91:23
attempt [1] - 111:3
attend [1] - 48:4
attending [3] - 47:18, 115:12, 115:17
attention [1] - 68:2
ATTORNEY'S [1] - 1:13
attorneys [4] - 53:14, 64:13, 87:16, 138:6
audience [2] - 133:17, 133:18
August [10] - 1:4, 25:21, 26:1, 26:2, 26:21, 27:19, 84:8, 135:11, 136:17, 145:8
Austin [1] - 64:1
authenticating [2] - 20:19, 20:24
authoritatively [1] - 90:25
authorized [1] - 83:9
authorizing [1] - 30:4
authors [1] - 136:19
availability [1] - 116:18
available [4] - 86:24, 87:21, 88:17, 122:22
Avenue [3] - 1:21, 1:24, 145:12
AVI [1] - 1:16
Avi [1] - 142:17
avoid [5] - 7:10, 7:12, 108:16, 133:7, 144:12
avoids [1] - 121:22
awarded [1] - 15:7
aware [5] - 7:9, 33:6, 33:8, 39:24, 60:23
awareness [1] - 19:22

## B

back-and-forth [1] - 58:5
background [2] - 15:17, 15:25
backing [1] - 93:1
bad [3] - 5:11, 96:15, 107:21
Baez [1] - 116:16
balance [1] - 111:15
balances [1] - 58:6
ball [1] - 28:10
Barbara [4] - 135:7, 135:8, 136:10, 136:13
base [1] - 114:2

based [6] - 51:8, 76:21, 77:5, 77:13, 77:21, 77:22
basic [3] - 15:19, 60:24, 61:25
basis [5] - 3:8, 23:21, 51:22, 63:10, 88:24
basketball [1] - 143:21
beat [1] - 13:4
beautiful [2] - 138:25, 143:19
became [2] - 60:17, 77:10
becky [1] - 131:15
become [3] - 6:9, 6:10, 66:5
becoming [1] - 136:14
BEFORE [1] - 1:9
beginning [10] - 29:5, 36:10, 51:4, 52:6, 77:1, 93:3, 109:15, 110:20, 119:5, 137:10
begins [1] - 78:9
behalf [1] - 49:4
Bello [2] - 68:13, 68:15
belonged [2] - 78:20, 79:3
below [15] - 9:14, 10:11, 24:4, 25:13, 26:4, 82:11, 93:18, 94:5, 96:17, 97:2, 97:10, 112:13, 126:22, 127:6, 136:17
bench [12] - 18:10, 20:25, 64:14, 65:8, 87:17, 90:3, 117:8, 118:11, 127:1, 130:2, 138:7, 141:16
benefit [2] - 69:3, 136:25
best [15] - 34:11, 35:7, 36:15, 42:24, 52:6, 81:23, 81:24, 83:6, 83:15, 87:24, 93:24, 101:23, 109:13, 131:19, 145:6
better [2] - 81:23, 83:16
between [18] - 6:18, 15:20, 27:14, 27:19, 36:5, 36:22, 69:21, 71:9, 85:23, 88:15, 90:11, 91:19, 102:1, 120:15, 120:25, 121:18, 124:5, 131:4
Beyler [14] - 3:9, 8:22, 8:23, 9:11, 11:8, 11:9, 11:14, 23:18,

24:17, 25:1, 46:25, 52:20, 53:23
Beyler's [1] - 12:3
beyond [2] - 144:2, 144:11
bidding [2] - 7:10, 7:12
Bill [5] - 82:6, 113:12, 113:14, 113:21, 113:22
bill [2] - 81:18
billionaires [1] - 136:19
bit [8] - 4:22, 15:10, 29:17, 63:4, 69:10, 73:6, 76:25, 110:19
Biz [11] - 66:10, 66:11, 66:19, 66:22, 67:1, 68:25, 69:2, 69:3, 69:5, 103:12, 139:12
Black [1] - 49:16
bled [1] - 63:4
block [1] - 121:2
blow [1] - 45:13
blue [2] - 65:17, 65:25
board [1] - 47:17
Bob [12] - 24:9, 81:16, 92:24, 94:13, 101:16, 109:4, 113:12, 115:12, 115:18, 120:25, 122:6, 136:10
body [1] - 79:16
bolded [1] - 14:17
booked [1] - 112:4
boss [2] - 25:12, 26:3
bottom [27] - 8:11, 12:25, 13:1, 23:2, 28:6, 37:4, 37:5, 37:11, 53:16, 57:8, 68:2, 82:21, 92:13, 93:8, 96:24, 99:12, 102:16, 106:5, 108:24, 110:14, 111:7, 113:3, 120:7, 121:14, 122:11, 135:3, 137:16
bound [5] - 55:6, 55:15, 56:4, 56:5, 56:6
box [5] - 21:12, 96:13, 96:17, 98:6, 126:8
boxes [1] - 21:8
Brad [1] - 11:22
Bradley [1] - 53:13
brand [1] - 33:12
brand-new [1] - 33:12
break [3] - 59:19, 141:14, 141:18
breaking [1] - 100:22

breaks [2] - 12:8, 29:20
Brendan [1] - 131:16
Brett [5] - 92:18, 93:6, 93:16, 93:21, 102:1
BRETT [1] - 1:16
Brett's [1] - 94:5
BRIAN [1] - 1:12
bridge [1] - 81:19
brief [2] - 44:18, 49:15
briefly [1] - 137:9
bring [34] - 8:6, 12:13, 17:24, 27:11, 28:1, 28:4, 36:25, 37:2, 38:24, 54:11, 64:7, 67:2, 73:17, 78:3, 81:4, 83:24, 92:4, 95:8, 97:14, 98:19, 100:25, 102:6, 105:23, 108:17, 112:20, 116:2, 116:23, 119:8, 119:23, 126:17, 132:13, 132:15, 134:20, 138:1
Broadus [1] - 116:16
Brodsky [3] - 44:12, 55:10, 142:13
BRODSKY [60] - 1:20, 37:15, 44:13, 44:15, 45:13, 45:24, 47:4, 48:7, 48:24, 50:21, 52:16, 53:10, 54:9, 55:9, 64:12, 64:16, 73:22, 78:14, 81:9, 84:4, 88:3, 92:8, 95:23, 97:20, 97:22, 98:24, 101:4, 102:12, 106:2, 108:20, 110:10, 112:25, 116:6, 120:1, 123:10, 124:11, 126:20, 127:5, 127:7, 127:18, 127:23, 128:3, 128:9, 128:16, 130:12, 134:25, 135:14, 135:17, 138:4, 138:9, 138:20, 139:9, 140:2, 140:9, 142:14, 142:17, 142:19, 143:13, 144:2, 144:8
Brodsky's [2] - 129:20, 141:7
Brodsky)...................
.................44 [1] - 2:4
broke [2] - 4:19, 121:17

bubbling [1] - 82:11
building [2] - 137:25, 139:14
bullet [1] - 68:24
Burck [1] - 3:11
BURCK [6] - 1:15, 3:4, 3:12, 3:25, 4:9, 65:5
Burke [90] - 9:2, 9:12, 25:2, 25:5, 30:3, 35:12, 36:16, 39:10, 39:15, 39:21, 39:25, 40:25, 43:8, 44:24, 45:2, 45:3, 47:1, 47:13, 47:23, 48:3, 48:11, 49:16, 50:4, 52:3, 54:1, 62:5, 62:11, 68:14, 68:19, 70:21, 74:14, 76:25, 77:23, 77:25, 82:25, 83:1, 84:10, 85:12, 86:12, 90:10, 90:17, 92:2, 92:17, 94:11, 94:12, 94:22, 95:1, 97:9, 97:10, 101:10, 102:2, 110:4, 113:9, 114:4, 114:5, 114:9, 114:10, 115:4, 115:15, 115:22, 116:15, 118:16, 118:19, 119:15, 119:16, 119:19, 120:11, 120:16, 121:7, 122:11, 122:16, 123:18, 124:1, 124:6, 126:4, 131:5, 131:11, 131:18, 131:20, 131:23, 132:3, 132:18, 132:25, 133:11, 133:25, 134:12, 135:6, 135:7, 135:8
Burke's [13] - 43:6, 49:4, 71:6, 93:23, 103:18, 103:23, 104:19, 109:15, 121:14, 122:3, 122:19, 135:9, 138:14
burkerobertp@gmail .com [1] - 84:13
business [21] - 18:23, 19:25, 20:4, 20:5, 20:9, 20:18, 20:23, 66:6, 66:10, 66:12, 66:13, 66:19, 67:22, 70:11, 103:15, 104:10, 105:18, 107:9, 112:1, 142:11
Business [2] - 66:10,

66:11
**businesses** [3] - 67:15, 69:12, 69:25
**butcher** [1] - 118:25
**buying** [1] - 108:15
**BY** [10] - 4:18, 21:3, 44:15, 54:14, 60:8, 65:12, 90:8, 91:8, 118:14, 130:15

## C

**calculator** [2] - 21:15, 21:23
**calendar** [1] - 26:20
**callout** [1] - 24:23
**calm** [1] - 132:1
**Cameron** [1] - 49:14
**cancelled** [4] - 112:3, 112:6, 112:14, 112:16
**cannot** [2] - 19:23, 80:25
**capacity** [1] - 41:2
**Capo** [2] - 50:7
**Capodichino** [1] - 50:9
**captain** [1] - 46:8
**Captain** [5] - 46:8, 46:14, 46:18, 46:20, 53:8
**capturing** [1] - 126:2
**car** [3] - 108:2, 108:14, 108:15
**CART** [1] - 125:2
**case** [14] - 59:24, 62:4, 62:14, 63:12, 66:24, 71:13, 73:6, 79:25, 81:20, 123:24, 125:12, 140:20, 141:25, 143:17
**case-in-chief** [1] - 59:24
**cases** [2] - 61:16, 69:18
**cash** [9] - 58:25, 59:5, 103:11, 103:12, 104:11, 104:13, 105:20, 107:10
**categories** [1] - 108:12
**categorized** [1] - 110:24
**cc** [4] - 45:15, 45:16, 46:15, 53:11
**cc'd** [3] - 120:12, 130:21, 135:7
**cc's** [6] - 84:13, 92:17, 99:21, 101:10, 113:10, 114:7

**celebs** [1] - 136:18
**cell** [12] - 70:10, 71:2, 71:4, 71:5, 71:6, 71:10, 71:11, 125:6, 125:16, 125:19, 125:21
**Cellebrite** [2] - 124:18, 125:11
**center** [1] - 50:3
**Central** [2] - 74:14, 75:18
**central** [1] - 75:15
**CEO** [2] - 64:4, 64:6
**CEOs** [1] - 62:10
**Ceremony** [1] - 114:21
**cert** [1] - 142:11
**certain** [1] - 142:7
**certainly** [1] - 58:16
**CERTIFICATE** [1] - 145:1
**certification** [1] - 20:20
**certifications** [1] - 18:24
**certified** [1] - 16:8
**certify** [1] - 145:4
**CET** [3] - 115:10, 116:19, 122:21
**cetera** [1] - 69:6
**chain** [6] - 44:7, 73:11, 76:9, 76:10, 92:12, 114:11
**chains** [1] - 73:10
**challenged** [2] - 18:24, 108:3
**challenges** [1] - 83:20
**challenging** [2] - 83:14, 104:9
**chance** [4] - 114:1, 120:25, 121:20, 129:15
**change** [2] - 51:14, 137:22
**changed** [1] - 122:19
**changes** [1] - 51:7
**channel** [1] - 85:17
**charge** [2] - 43:9, 43:12
**charges** [1] - 121:22
**Charlie** [42] - 25:14, 58:14, 62:5, 62:10, 64:5, 65:13, 65:19, 71:5, 78:18, 78:21, 81:12, 83:4, 83:17, 84:12, 92:15, 93:18, 94:3, 95:20, 96:4, 98:10, 99:21, 101:8, 102:21, 106:6, 107:14, 109:1, 110:14, 113:7,

114:18, 115:4, 116:15, 120:9, 121:8, 121:16, 122:6, 123:14, 125:6, 125:21, 126:4, 130:18, 134:5, 135:7
**CHARLIE** [1] - 1:5
**Charlie/Meghan** [1] - 103:2
**Chavez** [2] - 68:13, 68:15
**Chavez-Bello** [2] - 68:13, 68:15
**checking** [1] - 103:3
**checks** [1] - 58:6
**Chief** [9] - 24:13, 46:15, 77:3, 77:8, 77:10, 85:12, 97:12, 104:20, 110:4
**chief** [9] - 12:1, 46:21, 46:22, 49:19, 59:24, 103:17, 103:22, 103:25, 104:15
**Christmas** [4] - 33:5, 42:20, 42:24, 45:20
**CHRISTOPHER** [1] - 1:17
**chronologically** [1] - 76:18
**circled** [1] - 24:8
**circumstance** [1] - 29:18
**cited** [1] - 85:7
**City** [5] - 63:25, 71:16, 74:13, 137:25, 143:20
**civilian** [1] - 80:7
**CK** [5] - 132:2, 133:24, 134:4, 134:6, 134:11
**ckim@nextjump.com** [1] - 78:19
**clamping** [2] - 85:19, 86:13
**clarify** [3] - 106:19, 115:11, 115:17
**class** [1] - 136:21
**clawed** [1] - 104:10
**clean** [1] - 38:9
**clear** [5] - 10:17, 36:17, 114:14, 125:20, 143:2
**clearly** [2] - 3:25, 134:17
**clears** [2] - 86:8, 109:21
**Client** [1] - 14:13
**clients** [2] - 65:3, 66:16
**clients'** [1] - 66:17

**climate** [4] - 50:23, 51:2, 51:7, 51:15
**CLORE** [1] - 1:17
**close** [3] - 4:5, 34:4, 114:21
**closely** [2] - 41:7, 104:13
**clothing** [1] - 65:16
**clunky** [1] - 86:9
**CNO** [8] - 24:8, 24:12, 24:13, 25:12, 26:2, 26:21, 82:10, 83:8
**CNO's** [1] - 93:1
**CNP** [2] - 25:13, 97:12
**co** [4] - 40:2, 62:10, 64:4, 64:6
**co-CEO** [2] - 64:4, 64:6
**co-CEOs** [1] - 62:10
**co-exist** [1] - 40:2
**coach** [1] - 113:15
**coaches** [1] - 133:20
**collar** [1] - 69:19
**collect** [1] - 61:25
**collected** [1] - 88:6
**collectively** [1] - 88:4
**colloquially** [1] - 69:18
**COLUMBIA** [1] - 1:1
**column** [3] - 49:9, 126:3, 126:5
**coming** [6] - 45:2, 48:3, 79:23, 114:23, 136:18, 136:25
**command** [10] - 9:21, 11:14, 18:4, 39:16, 40:24, 44:7, 51:5, 51:14, 54:21, 62:12
**commander** [10] - 25:8, 35:13, 41:3, 43:22, 43:25, 51:3, 77:20, 118:20, 118:25, 119:2
**commanding** [1] - 51:15
**Commands** [1] - 9:20
**commands** [3] - 40:1, 81:23, 105:3
**comment** [1] - 132:7
**comments** [1] - 39:12
**commerce** [3] - 66:13, 69:3, 108:3
**commercially** [1] - 86:23
**commit** [1] - 83:7
**commitment** [1] - 137:13
**Committee** [1] - 130:21
**committee** [1] - 79:10
**common** [2] - 51:2,

51:12
**commonly** [1] - 77:19
**communicate** [2] - 82:12, 101:22
**communicating** [1] - 87:7
**communication** [1] - 48:2
**communications** [6] - 70:22, 70:23, 71:9, 72:8, 87:12, 88:15
**companies** [2] - 91:15, 91:17
**company** [6] - 36:8, 48:19, 63:21, 91:11, 103:11, 104:12
**compare** [1] - 38:1
**comparison** [2] - 34:16, 136:13
**competent** [1] - 88:1
**complete** [1] - 145:6
**complete)** [1] - 114:22
**completely** [2] - 64:18, 114:23
**complicated** [4] - 58:22, 59:1, 59:6, 59:7
**comprehend** [1] - 136:11
**compressed** [8] - 8:3, 19:2, 19:4, 33:15, 34:3, 42:9, 42:12, 42:20
**comprise** [1] - 9:19
**comptroller** [1] - 8:25
**computer** [1] - 125:1
**concern** [1] - 103:14
**concerned** [6] - 49:7, 49:13, 144:6, 144:8, 144:9, 144:10
**conclusory** [1] - 63:13
**conditions** [1] - 13:12
**conduct** [3] - 62:1, 62:22, 72:20
**conference** [13] - 18:10, 20:25, 64:14, 65:8, 87:17, 90:3, 117:8, 118:11, 127:1, 130:2, 138:7, 139:2, 141:16
**confident** [1] - 29:10
**confirm** [3] - 24:9, 44:21, 51:1
**confusing** [4] - 12:2, 40:20, 73:14, 76:7
**confusion** [1] - 11:12
**Congress** [3] - 61:17, 61:24, 83:9
**connect** [7] - 93:9, 101:18, 109:11,

120:23, 121:3, 122:8, 124:3
**connected** [5] - 103:16, 104:15, 109:6, 113:12, 113:14
**connection** [1] - 53:19
**consciously** [1] - 133:6
**consider** [3] - 86:7, 109:21, 141:4
**consistently** [1] - 100:4
**conspiracy** [1] - 117:17
**constitutes** [1] - 145:4
**Constitution** [2] - 1:24, 145:12
**constricted** [1] - 38:3
**contact** [3] - 93:25, 102:2
**content** [3] - 18:20, 70:23, 70:24
**contents** [3] - 52:5, 125:12, 141:21
**context** [3] - 91:10, 131:10, 143:12
**continue** [7] - 4:12, 59:23, 81:19, 103:12, 107:7, 119:6, 141:18
**continued** [2] - 92:2, 141:19
**Continued** [1] - 4:17
**Continuing** [1] - 83:13
**Contract** [1] - 17:9
**contract** [128] - 4:20, 5:1, 5:5, 5:13, 5:14, 5:17, 5:21, 5:24, 6:4, 6:13, 6:16, 6:17, 6:18, 7:3, 7:17, 9:3, 10:7, 10:23, 12:12, 12:20, 13:6, 13:16, 14:4, 14:5, 14:21, 14:25, 15:6, 15:7, 15:9, 15:13, 15:25, 16:6, 16:17, 16:20, 17:19, 18:18, 18:19, 18:21, 19:7, 19:19, 19:23, 21:6, 22:20, 23:2, 24:19, 26:6, 26:23, 27:7, 28:11, 28:16, 28:18, 29:7, 29:23, 31:4, 31:18, 31:21, 31:24, 32:15, 32:18, 32:22, 33:9, 33:12, 34:8, 34:19, 34:25, 35:14, 35:17, 35:19, 35:20, 36:7, 36:18, 40:4, 40:7,

40:10, 41:6, 53:24, 54:24, 55:1, 56:25, 57:24, 59:1, 59:6, 62:12, 63:7, 63:17, 79:21, 80:12, 80:15, 80:17, 80:18, 83:7, 84:18, 84:19, 84:24, 85:1, 85:24, 90:13, 90:18, 91:11, 91:12, 91:15, 91:18, 95:1, 95:6, 96:23, 96:25, 97:3, 97:4, 97:8, 99:18, 100:21, 103:6, 109:16, 109:23, 110:25, 112:1, 112:2, 112:3, 112:5, 112:12, 112:14, 112:19, 115:24, 139:11, 139:17
**contracted** [3] - 85:24, 90:12, 90:18
**Contracting** [1] - 109:12
**contracting** [22] - 6:7, 34:25, 41:23, 42:13, 58:2, 58:9, 58:18, 58:22, 59:10, 72:9, 79:19, 80:25, 85:19, 85:20, 85:22, 86:13, 86:14, 87:10, 87:11, 90:10, 93:24, 112:16
**contractor** [6] - 6:1, 31:5, 80:14, 86:2, 90:15, 91:13
**contractors** [4] - 42:2, 87:8, 87:9, 88:16
**contracts** [10] - 6:24, 7:1, 7:2, 18:17, 31:7, 31:11, 76:22, 82:7, 91:19, 91:23
**contracts..** [1] - 110:24
**controlling** [1] - 23:7
**convenience** [1] - 127:19
**conversation** [2] - 24:4, 144:1
**conversion** [1] - 76:3
**convert** [5] - 74:7, 74:19, 75:15, 76:15, 94:18
**converted** [1] - 74:24
**coordinated** [2] - 58:10, 73:14
**Coordinated** [1] - 74:6
**copied** [5] - 25:1, 25:2, 47:22, 93:6, 112:15
**copy** [2] - 15:21, 50:25
**core** [1] - 139:12

**corner** [4] - 68:2, 96:5, 98:3, 98:7
**correct** [50] - 5:7, 5:15, 6:3, 6:6, 6:11, 6:15, 6:19, 7:1, 8:20, 11:3, 11:16, 11:19, 12:1, 13:3, 14:23, 15:11, 15:14, 21:16, 24:16, 24:20, 25:9, 31:8, 31:10, 36:3, 40:9, 40:21, 42:17, 45:14, 46:4, 46:6, 46:10, 47:20, 48:18, 49:17, 49:18, 49:20, 52:20, 53:3, 53:22, 53:24, 55:8, 55:23, 56:22, 67:12, 72:15, 75:24, 95:25, 115:12, 115:18, 130:8
**corrected** [2] - 117:10, 118:5
**correction** [1] - 131:2
**correctly** [1] - 11:25
**corruption** [5] - 61:8, 61:12, 61:13, 61:15, 61:20
**Cos** [1] - 49:19
**cost** [2] - 56:15, 84:19
**counsel** [2] - 44:5, 54:16
**counseling** [3] - 15:18, 15:19, 15:23
**counselor** [1] - 15:20
**count** [1] - 27:13
**counteract** [1] - 128:5
**couple** [4] - 41:4, 45:19, 76:19, 142:5
**course** [25] - 45:6, 45:9, 47:18, 62:15, 64:24, 67:10, 69:1, 70:19, 81:15, 81:25, 83:3, 84:17, 85:15, 86:16, 96:19, 101:15, 101:25, 103:1, 108:8, 109:3, 109:24, 126:1, 131:9, 136:9, 141:23
**COURT** [125] - 1:1, 3:2, 3:5, 3:10, 3:24, 4:4, 4:11, 12:15, 14:9, 17:1, 18:9, 18:12, 19:9, 20:3, 20:22, 21:1, 23:21, 24:1, 24:3, 34:22, 36:23, 37:17, 37:19, 44:11, 46:1, 49:1, 52:15, 54:10, 55:10, 59:3, 59:14, 59:18, 59:22, 60:3, 63:10, 63:14, 64:13, 64:20, 65:3,

65:7, 65:9, 65:20, 66:4, 67:8, 68:10, 73:23, 74:4, 78:11, 78:15, 81:10, 84:5, 87:16, 87:19, 88:12, 89:17, 90:4, 91:2, 91:6, 92:10, 95:18, 95:24, 96:1, 97:24, 98:25, 99:5, 99:10, 101:5, 102:13, 106:3, 106:12, 106:16, 108:22, 110:11, 113:1, 116:7, 117:3, 117:7, 118:6, 118:12, 120:3, 123:11, 124:13, 126:25, 127:3, 127:6, 127:14, 127:22, 127:25, 128:7, 128:10, 128:17, 128:21, 128:24, 129:2, 129:4, 129:8, 129:12, 129:17, 129:23, 130:3, 130:6, 130:13, 134:10, 135:1, 135:16, 135:19, 135:23, 138:6, 138:19, 139:8, 140:8, 141:2, 141:17, 142:3, 142:13, 142:16, 142:20, 143:5, 143:7, 143:9, 143:25, 144:6, 144:12, 144:16, 145:1
**court** [2] - 129:10, 143:21
**Court** [3] - 1:23, 1:23, 145:11
**Courthouse** [2] - 1:24, 145:11
**courtroom** [4] - 4:10, 65:13, 65:22, 142:2
**COURTROOM** [3] - 22:2, 22:5, 26:16
**cover** [1] - 124:17
**COVID** [2] - 109:20, 137:13
**Cozzens** [1] - 49:14
**CR15** [2] - 61:8, 61:9
**crap** [1] - 119:11
**crash** [1] - 104:14
**crazy** [1] - 104:7
**created** [1] - 107:24
**creating** [1] - 81:22
**crew** [3] - 29:21, 30:1, 30:9

**Criminal** [2] - 1:3, 62:20
**criminal** [1] - 62:20
**crisis** [1] - 101:17
**critical** [1] - 32:4
**cross** [13] - 4:12, 37:2, 57:23, 58:12, 58:17, 58:21, 88:21, 88:24, 89:2, 89:9, 89:16, 129:22
**CROSS** [2] - 4:17, 44:14
**cross-examination** [3] - 37:2, 57:23, 58:21
**CROSS-EXAMINATION** [2] - 4:17, 44:14
**cross-examine** [5] - 88:21, 88:24, 89:2, 89:9, 89:16
**crossed** [1] - 141:8
**CRR** [3] - 1:23, 145:3, 145:10
**crunch** [1] - 36:16
**crushed** [1] - 132:6
**crushing** [2] - 131:14, 132:20
**CRUTCHER** [1] - 1:21
**crux** [1] - 63:3
**CST** [1] - 122:22
**CTF** [1] - 9:17
**CTF65** [1] - 9:16
**CTF68** [1] - 9:16
**cumulativeness** [1] - 141:8
**current** [7] - 15:18, 15:22, 84:23, 89:24, 111:18, 111:25, 112:4
**curriculum** [1] - 44:6
**cut** [3] - 41:11, 141:3, 143:1
**CX143** [1] - 38:24
**CX82** [1] - 3:3
**CX87** [1] - 37:3

**D**

**D.C** [4] - 1:13, 1:14, 1:19, 61:12
**D1** [2] - 73:18, 73:23
**Dan** [3] - 115:10, 115:13, 116:15
**dangerous** [2] - 97:3, 142:18
**Daniel** [2] - 68:15, 122:12
**Danny** [1] - 68:13
**Darrell** [7] - 92:17, 92:19, 93:6, 93:13,

93:22, 94:2, 94:10
**databases** [1] - 72:23
**date** [43] - 8:23, 8:24,
12:23, 12:25, 17:3,
22:11, 23:1, 23:5,
23:8, 25:21, 26:7,
28:8, 28:13, 29:6,
48:22, 50:25, 51:1,
52:1, 84:7, 94:6,
94:15, 96:5, 98:3,
98:4, 98:11, 98:14,
99:13, 101:11,
102:22, 104:22,
113:3, 115:6,
116:20, 118:17,
120:13, 123:1,
123:15, 126:5,
131:12, 132:18,
135:12, 135:24
**dated** [7] - 13:19,
13:20, 13:21, 16:19,
17:15, 25:19, 26:8
**Dated** [1] - 145:8
**dates** [5] - 26:21, 52:1,
63:1, 63:5, 63:16
**David** [2] - 111:21,
112:9
**Daylight** [2] - 74:20,
74:25
**days** [13] - 10:25,
27:13, 27:16, 27:18,
29:12, 29:16, 29:17,
33:17, 34:18,
109:23, 114:2,
136:4, 142:9
**DC** [4] - 1:25, 121:8,
121:11, 145:13
**DCIS** [2] - 62:19, 72:1
**DDLO** [1] - 85:6
**deadline** [10] - 9:11,
10:1, 10:2, 10:5,
10:8, 10:12, 13:4,
28:24, 38:4
**deal** [6] - 55:2, 100:23,
107:22, 129:23,
131:25, 133:1
**dealing** [1] - 73:15
**dear** [1] - 110:17
**December** [20] - 8:19,
8:24, 9:4, 10:4, 10:5,
10:10, 10:25, 24:18,
28:15, 29:5, 36:15,
38:17, 42:15, 47:19,
49:14, 53:25, 54:3,
99:14, 99:17, 110:15
**decides** [1] - 43:9
**decision** [10] - 31:15,
31:16, 32:4, 32:6,
40:23, 43:4, 57:2,
111:2, 112:17

**decision-making** [1] -
31:15
**decisions** [1] - 83:11
**decline** [1] - 57:2
**deeply** [2] - 8:4,
140:19
**defendant** [2] - 78:21,
79:3
**Defendant** [1] - 1:15
**Defendant(s)** [1] - 1:7
**defendants** [3] -
102:2, 117:11, 124:6
**Defense** [11] - 16:13,
16:14, 17:25, 22:16,
22:19, 23:13, 28:2,
28:4, 54:12, 55:18,
72:2
**defense** [10] - 3:2,
20:22, 22:9, 54:16,
62:19, 128:14,
135:15, 135:18,
135:22, 142:8
**definite** [1] - 86:9
**definitions** [1] - 68:8
**definitively** [1] - 34:13
**Deft** [1] - 1:20
**delay** [1] - 117:1
**demonstrated** [1] -
100:4
**demonstrating** [1] -
81:22
**demonstrative** [6] -
26:19, 29:2, 74:1,
74:2, 76:8
**DEOCS** [2] - 50:24,
51:2
**Department** [1] - 72:2
**department** [1] - 54:22
**deposits** [1] - 111:17
**deputies** [1] - 47:10
**DEPUTY** [3] - 22:2,
22:5, 26:16
**deputy** [2] - 12:1,
46:19
**describe** [6] - 60:21,
62:13, 66:8, 67:13,
67:19, 134:15
**described** [3] - 25:13,
26:3, 42:12
**describes** [1] - 50:4
**describing** [2] - 50:16,
87:22
**description** [4] - 16:5,
43:20, 49:8, 50:19
**designated** [1] - 15:20
**DESRON** [1] - 9:24
**detail** [3] - 69:10, 73:6,
77:1
**detailed** [1] - 58:6
**details** [3] - 137:7,

137:8, 137:10
**details)** [1] - 136:18
**Develop** [1] - 54:20
**developing** [1] - 39:16
**Development** [1] -
14:12
**DevGPS** [1] - 9:23
**devices** [1] - 70:9
**difference** [3] - 27:19,
36:4, 36:22
**different** [13] - 3:20,
6:24, 17:22, 29:17,
30:17, 54:24, 55:21,
62:19, 67:13, 74:8,
90:7, 106:17, 124:16
**difficult** [2] - 105:12,
106:25
**digging** [1] - 109:17
**diligence** [1] - 44:7
**DIRECT** [1] - 60:7
**direct** [9] - 8:13, 19:2,
52:14, 68:2, 80:15,
82:12, 91:12,
129:21, 141:21
**directing** [1] - 35:13
**direction** [1] - 43:13
**directive** [1] - 45:2
**directly** [7] - 6:7,
63:11, 85:21, 86:15,
86:22, 87:8, 125:21
**director** [5] - 11:16,
46:9, 46:19, 49:17,
49:22
**directorates** [1] - 47:8
**directors** [1] - 47:10
**disagree** [4] - 4:4,
88:20, 89:15, 141:5
**disappointed** [1] -
109:17
**disappointment** [1] -
107:23
**disclosed** [2] - 89:8
**discontinue** [1] -
107:24
**discounted** [1] - 66:17
**discuss** [4] - 95:1,
123:24, 141:21,
142:24
**discussed** [2] -
116:10, 142:5
**discussing** [4] - 53:20,
95:6, 133:7, 141:25
**discussion** [2] - 111:5,
121:3
**discussions** [4] -
81:17, 83:12, 111:3,
112:18
**displays** [1] - 125:11
**dispute** [1] - 112:17
**disputes** [1] - 112:14

**disregard** [1] - 90:6
**distance** [1] - 121:22
**DISTRICT** [3] - 1:1,
1:1, 1:10
**district** [1] - 139:14
**distro** [2] - 79:11,
100:14
**distros** [1] - 100:12
**diversity** [1] - 133:21
**divvy** [1] - 38:4
**DMHQ** [1] - 49:23
**DMHQ)** [1] - 9:16
**DMO** [1] - 49:21
**DMV** [2] - 77:6, 77:14
**DNA** [1] - 119:12
**document** [33] - 18:2,
18:15, 19:5, 19:6,
19:10, 19:13, 19:14,
19:16, 19:20, 19:23,
20:7, 20:10, 20:14,
21:4, 23:22, 24:11,
37:9, 37:14, 37:24,
39:2, 50:16, 50:18,
54:16, 54:18, 55:4,
55:7, 55:16, 68:12,
88:19, 89:21, 89:23,
116:9
**documentary** [1] -
139:21
**documentation** [1] -
34:8
**documents** [4] -
18:18, 67:24, 68:1,
72:11
**DOD** [1] - 83:20
**dollar** [1] - 85:2
**dollars** [2] - 27:9,
108:13
**done** [23] - 5:5, 7:8,
7:16, 7:17, 9:5, 11:1,
12:8, 29:11, 31:23,
32:21, 34:2, 34:5,
34:14, 37:6, 37:21,
53:24, 96:25,
100:21, 107:22,
109:18, 119:7, 129:7
**down** [22] - 8:11, 9:14,
11:5, 11:9, 13:10,
14:17, 37:23, 39:14,
50:21, 57:22, 59:15,
65:10, 69:8, 75:21,
82:20, 85:19, 86:13,
108:14, 134:19,
141:3, 142:3, 143:1
**dream** [2] - 119:5,
119:6
**dress** [1] - 66:1
**drop** [3] - 8:8, 108:4,
108:9
**dropped** [2] - 104:9,

108:13
**dual** [1] - 119:1
**due** [1] - 44:6
**duke)** [1] - 113:15
**Dunn** [3] - 111:10,
111:11, 111:20
**DUNN** [1] - 1:21
**Dunn's** [1] - 111:14
**duration** [1] - 126:6
**durations** [1] - 125:14
**during** [14] - 38:14,
41:22, 64:2, 64:24,
67:10, 77:5, 77:13,
81:25, 82:10, 86:16,
109:24, 110:25,
137:21, 138:14
**duties** [1] - 61:19
**DX140** [1] - 21:2
**DX1504** [3] - 45:11,
45:24, 46:1
**DX1517** [3] - 48:7,
48:9, 48:24
**DX16** [2] - 17:1, 26:6
**DX514** [1] - 51:23
**DX87** [1] - 14:1

**E**

**e-commerce** [3] -
66:13, 69:3, 108:3
**earliest** [2] - 92:12,
119:9
**early** [6] - 5:13, 76:2,
76:24, 84:21, 94:17,
131:1
**EAs** [1] - 111:4
**Easter** [1] - 23:18
**Eastern** [8] - 74:12,
74:19, 74:25, 75:6,
75:8, 94:19, 121:2,
131:3
**ECF-285** [1] - 142:9
**ED** [1] - 49:16
**effect** [1] - 112:6
**effectively** [3] - 3:18,
62:9, 62:16
**effectiveness** [4] -
44:25, 45:4, 45:5,
47:14
**effort** [6] - 47:22,
57:25, 58:10, 105:2,
124:2
**eggshell** [6] - 131:14,
131:21, 132:20,
132:23, 133:3
**Eggshells** [1] - 133:5
**eggshells** [4] - 132:2,
132:5, 133:8, 133:24
**eight** [2] - 6:24, 7:1
**either** [1] - 51:6

**elements** [1] - 58:2
**elicit** [1] - 143:2
**ELMO** [3] - 21:23, 26:14, 29:2
**email** [169] - 8:11, 8:13, 8:22, 9:1, 9:6, 9:13, 10:3, 10:10, 11:11, 23:17, 24:18, 24:25, 25:11, 25:21, 28:7, 28:9, 28:12, 33:5, 39:1, 43:7, 44:19, 45:14, 45:23, 46:6, 46:9, 47:3, 47:21, 47:22, 48:9, 48:10, 49:5, 52:19, 52:25, 54:2, 68:13, 68:18, 70:8, 70:15, 70:16, 73:8, 73:10, 73:13, 74:22, 75:7, 75:22, 76:1, 76:15, 78:18, 78:25, 79:7, 79:9, 79:10, 79:13, 79:16, 80:22, 81:12, 81:14, 82:9, 82:21, 82:23, 82:25, 83:2, 83:18, 84:7, 84:12, 84:13, 84:16, 85:14, 90:9, 92:12, 92:23, 93:9, 93:15, 94:2, 94:6, 94:8, 94:9, 94:12, 94:15, 94:17, 98:17, 99:12, 99:20, 99:24, 100:18, 101:7, 101:14, 102:3, 102:15, 102:16, 102:20, 102:21, 102:22, 102:25, 103:20, 103:21, 103:25, 104:6, 104:22, 105:9, 106:5, 106:6, 106:7, 106:12, 106:14, 107:7, 107:14, 107:19, 108:24, 109:9, 110:14, 110:16, 110:19, 111:7, 111:9, 111:14, 112:8, 112:11, 113:3, 113:4, 113:9, 113:13, 113:24, 114:6, 114:10, 114:11, 114:13, 114:14, 114:15, 114:16, 114:17, 115:1, 117:16, 118:15, 119:4, 119:18, 120:7, 120:8, 120:11, 120:13, 120:20, 120:24, 121:10,

122:3, 122:10, 122:11, 122:17, 123:13, 123:15, 123:17, 123:18, 123:21, 130:16, 130:24, 133:9, 135:3, 135:6, 135:10, 135:12, 135:25, 136:2, 136:3, 136:7, 136:10, 137:2, 137:8, 137:17
**emails** [17] - 48:5, 50:12, 70:20, 70:25, 72:5, 73:5, 73:7, 73:10, 73:11, 75:25, 76:4, 76:9, 76:10, 76:13, 100:12, 100:13, 126:22
**EMANUEL** [1] - 1:18
**Emily** [1] - 125:2
**emphasize** [1] - 33:4
**employee** [10] - 59:8, 68:17, 69:3, 79:15, 80:7, 92:20, 99:23, 105:4, 111:23, 130:23
**employees** [7] - 61:16, 61:23, 66:17, 88:16, 95:6, 100:11, 100:16
**employing** [1] - 62:16
**employment** [1] - 62:11
**encrypted** [1] - 126:13
**end** [20] - 20:25, 29:5, 47:18, 51:6, 65:8, 84:24, 90:3, 91:20, 93:5, 100:1, 106:11, 106:23, 110:21, 112:3, 112:4, 112:5, 118:11, 128:11, 130:2, 141:16
**ended** [3] - 7:22, 80:23, 80:24
**ends** [1] - 15:5
**energy** [1] - 105:3
**engage** [2] - 105:14, 107:2
**engagement** [2] - 81:17, 109:10
**engineer** [1] - 60:18
**English** [2] - 46:18, 118:3
**ensure** [1] - 86:5
**entail** [1] - 72:22
**enter** [1] - 28:18
**entered** [4] - 31:21, 31:24, 35:1, 35:14
**enterprise** [1] - 100:22
**enters** [1] - 4:10

**entire** [3] - 66:24, 82:23, 126:22
**entities** [5] - 61:22, 67:13, 67:18, 67:22, 70:1
**entity** [1] - 72:3
**entree** [1] - 86:4
**entrenched** [1] - 66:12
**entry** [1] - 125:24
**environments** [1] - 81:22
**equally** [1] - 83:14
**equals** [3] - 21:16, 21:24, 22:6
**equity** [2] - 100:20, 111:19
**especially** [1] - 132:5
**ESQ** [11] - 1:11, 1:12, 1:12, 1:13, 1:15, 1:16, 1:16, 1:17, 1:17, 1:20, 1:20
**essentially** [3] - 9:18, 12:3, 29:21
**estimates** [1] - 34:10
**et** [1] - 69:6
**ethics** [5] - 12:8, 58:18, 58:22, 72:14, 86:19
**Europe** [6] - 9:19, 14:13, 49:11, 77:18, 109:6, 119:1
**European** [3] - 74:14, 75:16, 75:18
**Evals** [1] - 69:6
**evaluation** [1] - 15:22
**evening** [4] - 121:18, 121:24, 141:22, 142:1
**evenings** [1] - 114:1
**event** [8] - 92:25, 136:17, 136:18, 136:22, 137:1, 137:8, 137:10, 137:20
**eventually** [2] - 32:17, 46:14
**evidence** [35] - 8:7, 12:16, 14:7, 16:23, 18:6, 18:25, 19:6, 20:21, 23:14, 23:24, 24:1, 52:17, 62:17, 70:11, 71:18, 76:21, 87:24, 91:22, 92:1, 94:20, 94:25, 98:12, 98:16, 102:1, 124:5, 125:20, 139:21, 140:3, 140:4, 140:21, 140:23, 140:24, 142:7, 143:15

**exact** [1] - 47:7
**exactly** [8] - 5:25, 13:10, 19:8, 30:11, 31:9, 35:16, 42:7, 82:20
**examination** [4] - 4:13, 37:2, 57:23, 58:21
**EXAMINATION** [4] - 4:17, 44:14, 54:13, 60:7
**examine** [6] - 88:21, 88:24, 89:2, 89:9, 89:10, 89:16
**examiner** [1] - 124:24
**exceed** [1] - 97:3
**except** [2] - 17:22, 93:5
**exception** [2] - 118:1, 118:4
**excerpts** [1] - 78:8
**exchange** [6] - 59:1, 59:6, 62:11, 63:7, 63:17, 126:23
**exchanged** [1] - 52:20
**excited** [1] - 93:1
**excludes** [1] - 100:15
**exclusion** [1] - 40:11
**excuse** [3] - 9:20, 22:15, 58:3
**execute** [13] - 62:2, 62:23, 62:24, 70:7, 70:13, 70:17, 71:1, 71:4, 71:12, 85:4, 96:20, 144:5
**executed** [4] - 70:5, 70:8, 70:24, 143:4
**executing** [1] - 61:1
**execution** [1] - 143:14
**Executive** [1] - 49:15
**executive** [3] - 11:16, 49:16, 119:11
**exercise** [2] - 57:2, 57:3
**exhibit** [26] - 22:9, 23:14, 28:3, 56:11, 57:22, 68:22, 69:8, 73:19, 74:18, 75:5, 75:14, 80:20, 89:18, 92:22, 110:13, 120:6, 124:15, 125:7, 126:21, 126:23, 130:4, 130:6, 135:15, 135:18, 135:22
**Exhibit** [58] - 8:7, 12:14, 16:13, 16:14, 17:25, 22:16, 22:19, 23:13, 28:2, 28:4, 28:5, 52:17, 54:12,

55:19, 64:9, 67:3, 67:5, 68:6, 73:18, 78:4, 78:6, 81:5, 83:25, 84:2, 92:5, 92:7, 95:9, 95:14, 97:15, 97:19, 98:20, 98:22, 101:1, 102:7, 102:9, 105:24, 108:18, 110:7, 112:21, 116:3, 116:24, 119:24, 123:7, 124:9, 126:18, 130:10, 132:14, 132:15, 132:16, 133:23, 134:20, 134:23, 135:21, 136:6, 138:2
**Exhibits** [1] - 64:11
**exhibits** [6] - 64:17, 65:10, 89:5, 127:20, 129:20, 134:19
**exist** [1] - 40:2
**existing** [6] - 6:13, 7:3, 10:23, 33:9, 80:17, 91:18
**exits** [1] - 142:2
**expectations** [1] - 31:6
**expected** [1] - 31:12
**expecting** [1] - 142:21
**expediting** [1] - 54:6
**experience** [4] - 33:14, 42:3, 45:20, 58:15
**experienced** [1] - 42:2
**experiencing** [1] - 108:9
**expert** [3] - 51:22, 87:14, 89:7
**expertise** [3] - 33:14, 44:5, 44:8
**explain** [6] - 3:17, 57:25, 111:15, 124:15, 125:9, 125:24
**explained** [2] - 131:19, 132:17
**explaining** [1] - 131:10
**expressing** [2] - 89:11, 89:12
**expression** [2] - 118:2, 133:8
**extend** [2] - 84:23, 136:24
**extension** [2] - 81:18, 84:19
**extent** [4] - 58:15, 68:7, 78:7, 78:9
**extract** [1] - 124:19
**extraction** [7] - 124:17, 124:21,

124:22, 124:23, 125:3, 125:4, 125:11

**F**

**face** [2] - 15:21
**face-to-face** [1] - 15:21
**faces** [1] - 83:21
**facilitators** [1] - 47:16
**fact** [16] - 16:9, 20:23, 29:25, 30:3, 30:15, 32:3, 34:2, 34:4, 39:13, 40:1, 46:13, 58:8, 117:13, 139:13, 139:23, 140:5
**facts** [1] - 81:3
**fair** [5] - 30:10, 32:18, 34:15, 44:22, 142:20
**fairly** [2] - 46:11, 93:5
**fall** [3] - 40:25, 50:22, 66:25
**falls** [1] - 118:4
**familiar** [7] - 24:11, 24:12, 63:21, 64:22, 65:1, 66:6, 106:16
**families** [1] - 103:3
**fan** [1] - 39:11
**far** [3] - 18:13, 52:14, 107:22
**faring** [1] - 108:2
**fast** [1] - 110:19
**FBI** [9] - 2:6, 60:6, 60:13, 60:15, 60:22, 60:24, 61:11, 62:21, 89:4
**FBI's** [1] - 125:1
**fear** [1] - 43:23
**February** [2] - 52:22, 53:1
**federal** [6] - 59:8, 61:8, 61:15, 61:16, 61:20, 61:23
**FEDRAMP** [1] - 86:3
**feedback** [4] - 105:4, 133:16, 133:19
**Feedback** [3] - 54:21, 69:5, 133:19
**felt** [5] - 8:3, 131:20, 131:24, 132:22, 132:25
**few** [11] - 33:17, 35:9, 86:11, 93:10, 106:19, 109:23, 136:4, 137:14, 141:10, 141:12, 144:4
**field** [2] - 61:7, 61:10
**fight** [2] - 38:8, 112:18

**fighting** [1] - 104:8
**figurative** [1] - 118:2
**figured** [1] - 33:1
**file** [1] - 127:19
**final** [2] - 15:12, 52:16
**finalizing** [1] - 107:22
**finally** [1] - 86:3
**financial** [7] - 67:17, 69:14, 69:19, 139:13, 140:5, 140:12, 144:3
**financially** [1] - 140:11
**fine** [5] - 11:8, 95:22, 129:12, 140:14, 142:12
**finished** [2] - 37:24, 39:2
**firm** [1] - 137:12
**First** [1] - 114:21
**first** [52] - 8:18, 16:16, 16:18, 16:20, 18:18, 18:21, 22:23, 25:2, 25:10, 26:6, 27:3, 29:11, 33:10, 45:13, 47:10, 49:5, 53:10, 55:21, 56:16, 64:17, 68:15, 68:24, 74:5, 77:1, 78:17, 81:12, 81:13, 82:7, 84:15, 85:3, 86:12, 92:23, 95:4, 96:15, 99:12, 101:13, 102:16, 102:24, 104:2, 108:24, 109:2, 112:11, 113:11, 131:8, 131:25, 133:1, 136:21, 137:9, 138:20, 140:4, 141:12, 142:21
**firsthand** [1] - 91:1
**fiscal** [3] - 83:8, 83:13, 84:24
**fit** [1] - 69:23
**five** [1] - 51:18
**flag** [2] - 115:15, 122:16
**fleet** [1] - 29:19
**Fleet** [2] - 9:20, 49:11
**flexible** [2] - 93:5, 93:19
**flip** [2] - 51:25, 52:7
**flow** [1] - 103:13
**flying** [1] - 114:19
**focus** [11] - 61:12, 63:1, 63:5, 63:16, 66:19, 66:22, 68:24, 81:12, 102:15, 137:9
**focuses** [2] - 61:13, 61:15

**focusing** [7] - 61:3, 75:6, 99:12, 108:24, 130:16, 132:16, 136:6
**folks** [6] - 49:12, 85:19, 86:13, 87:10, 141:23, 144:16
**follow** [7] - 31:19, 40:5, 40:8, 86:11, 93:14, 106:19, 109:17
**follow-up** [1] - 86:11
**follow-ups** [1] - 106:19
**followed** [1] - 133:19
**following** [8] - 10:25, 18:10, 27:7, 64:14, 87:17, 117:8, 127:1, 138:7
**FOR** [2] - 1:1, 1:13
**forces** [5] - 9:19, 14:13, 49:11, 77:20, 119:2
**foregoing** [1] - 145:4
**form** [2] - 126:1, 133:15
**formal** [1] - 15:22
**formality** [1] - 101:19
**format** [3] - 73:8, 76:10, 125:18
**forms** [1] - 15:22
**forth** [2] - 58:5, 69:21
**forward** [2] - 86:5, 110:19
**forwarded** [2] - 10:11, 82:22
**forwards** [3] - 94:3, 94:11, 122:12
**foundation** [8] - 16:25, 18:8, 19:17, 23:23, 67:7, 67:9, 91:5, 95:16
**four** [6] - 51:17, 74:21, 118:23, 134:8, 141:4, 144:13
**four-star** [1] - 118:23
**fourth** [2] - 100:18, 100:19
**frame** [6] - 8:3, 9:4, 19:3, 19:4, 63:18, 121:24
**frames** [1] - 19:8
**frankly** [1] - 36:16
**free** [2] - 59:15, 120:25
**Friday** [9] - 24:8, 29:12, 33:5, 93:6, 93:20, 114:20, 122:2, 131:14, 136:22
**Friday-Sunday** [1] -

136:22
**front** [1] - 128:7
**frozen** [2] - 97:12, 104:16
**fulfill** [2] - 32:8, 33:22
**fulfilled** [1] - 33:23
**full** [2] - 70:23, 145:5
**Fuller** [1] - 82:5
**fun..** [1] - 121:11
**fund** [1] - 57:19
**funded** [1] - 39:23
**funds** [3] - 83:9, 84:22, 86:6
**furniture** [2] - 138:14, 139:2
**furtherance** [1] - 117:16
**future** [3] - 62:11, 97:4, 127:12
**FY20** [1] - 86:6

**G**

**G-A-R-D-N-E-R** [1] - 60:14
**gang** [1] - 113:13
**GARDNER** [2] - 2:6, 60:6
**Gardner** [82] - 60:2, 60:4, 60:9, 60:13, 60:14, 60:15, 61:3, 63:15, 63:21, 65:13, 65:19, 65:21, 66:3, 66:5, 66:22, 67:10, 68:1, 68:12, 68:23, 69:9, 70:3, 71:1, 71:24, 72:19, 74:5, 74:19, 75:15, 78:8, 78:17, 79:24, 80:10, 80:13, 81:25, 82:14, 82:19, 84:7, 85:8, 86:11, 86:16, 90:9, 90:19, 91:9, 94:20, 96:3, 97:16, 98:1, 98:9, 99:12, 99:16, 100:7, 101:7, 101:25, 103:18, 104:18, 106:5, 106:18, 108:25, 109:24, 113:4, 115:14, 115:19, 116:9, 116:20, 118:15, 120:7, 122:1, 122:10, 123:3, 123:13, 124:5, 124:15, 125:20, 126:12, 129:1, 130:16, 130:22, 133:23, 135:24, 137:21,

141:20, 142:4, 143:3
**gas** [5] - 117:13, 117:21, 118:3, 119:9, 119:15
**gauge** [1] - 51:6
**Gene** [1] - 119:7
**general** [3] - 49:8, 59:11, 113:20
**generally** [4] - 44:23, 60:21, 87:10, 89:20
**generate** [1] - 103:12
**generated** [4] - 124:21, 124:22, 125:3
**generates** [1] - 125:13
**gentlemen** [5] - 4:11, 59:18, 59:23, 90:5, 141:17
**gesture** [1] - 89:19
**Geurts** [1] - 93:9
**GIBSON** [1] - 1:21
**given** [8] - 86:4, 88:14, 93:23, 101:17, 103:13, 105:2, 136:23, 137:13
**glossary** [7] - 68:21, 132:11, 133:4, 133:5, 133:12, 133:14, 134:14
**gmail** [6] - 70:9, 70:17, 70:18, 70:20, 70:21, 70:24
**goal** [1] - 39:18
**God** [1] - 27:17
**Google** [2] - 70:24, 72:25
**Gotcha** [1] - 143:8
**governing** [1] - 88:15
**Government** [32] - 8:6, 12:14, 28:2, 28:4, 28:5, 52:17, 64:8, 64:9, 73:18, 78:4, 78:6, 84:2, 92:5, 95:14, 97:15, 97:19, 98:22, 102:9, 105:23, 108:18, 110:7, 112:20, 116:3, 116:23, 126:18, 130:10, 132:15, 132:16, 134:20, 134:23, 135:21, 138:2
**government** [42] - 3:5, 42:2, 51:20, 56:24, 57:1, 57:3, 57:19, 58:22, 59:1, 59:6, 64:10, 67:4, 68:5, 78:5, 81:6, 83:25, 84:1, 86:10, 87:8, 87:9, 92:6, 95:13,

97:18, 98:21, 101:1, 102:8, 105:24, 108:19, 110:8, 112:22, 116:4, 116:25, 119:25, 123:8, 124:10, 126:19, 126:22, 127:20, 130:9, 134:22, 135:20, 138:3

**Government's** [11] - 67:3, 68:6, 95:9, 98:20, 101:1, 102:7, 119:24, 123:7, 124:8, 132:14, 136:6

**government's** [2] - 59:23, 142:6

**GOVX** [1] - 66:15

**Graham** [1] - 131:15

**grand** [6] - 62:2, 67:14, 67:19, 67:23, 69:11, 69:14

**granting** [1] - 142:22

**gray** [1] - 65:17

**great** [9] - 11:4, 51:12, 53:4, 83:5, 92:25, 93:11, 109:20, 129:17, 144:16

**green** [4] - 24:8, 25:12, 26:3, 26:21

**Greg** [5] - 81:17, 82:1, 82:5, 130:20, 130:22

**grid** [4] - 55:21, 55:24, 56:12, 56:16

**grids** [1] - 55:21

**Griffin** [2] - 13:1, 23:3

**groceries** [1] - 108:3

**ground** [1] - 61:25

**group** [3] - 47:3, 48:17, 105:3

**grouped** [1] - 88:4

**groups** [1] - 9:16

**guess** [3] - 29:19, 73:11, 117:11

**guessing** [1] - 132:7

**guest** [1] - 136:24

**guidance** [1] - 109:13

**guided** [1] - 64:24

**guidelines** [1] - 72:24

**gummed** [1] - 85:18

**guy** [2] - 24:15, 81:1

**guys** [2] - 105:2, 107:24

**gym** [1] - 139:7

## H

**hair** [3] - 139:6, 141:11, 143:20

**half** [2] - 29:18, 45:13

**halfway** [1] - 110:21

**halves** [1] - 66:10

**hand** [6] - 68:2, 83:6, 83:14, 96:5, 98:3, 98:7

**handle** [1] - 87:11

**handwritten** [2] - 97:17, 98:2

**happy** [5] - 3:10, 44:21, 51:1, 51:25, 121:4

**hard** [9] - 4:22, 7:6, 15:21, 33:19, 85:23, 90:12, 96:15, 101:24, 139:17

**hard-copy** [1] - 15:21

**harder** [2] - 105:19, 107:10

**hardest** [1] - 108:11

**harp** [1] - 143:12

**hate** [2] - 119:13, 119:14

**headed** [2] - 80:15, 119:1

**header** [5] - 57:7, 57:8, 82:21, 92:13, 111:8

**headquarters** [7] - 32:21, 49:24, 50:10, 63:25, 71:16, 136:17, 137:20

**health** [1] - 103:14

**healthy** [2] - 105:22, 107:13

**hear** [9] - 3:10, 9:10, 32:23, 93:1, 94:14, 106:13, 109:20, 141:7, 142:23

**heard** [6] - 33:6, 88:5, 105:1, 106:12, 109:12, 136:14

**hearing** [11] - 4:22, 18:11, 36:20, 64:15, 83:12, 87:18, 117:9, 127:2, 127:15, 138:8, 144:18

**hearsay** [6] - 67:6, 68:9, 117:18, 118:1, 118:3, 127:15

**Hedge** [1] - 46:15

**HELD** [1] - 1:9

**held** [7] - 18:11, 64:15, 87:18, 103:12, 117:9, 127:2, 138:8

**help** [3] - 43:21, 82:12, 101:20

**helpful** [3] - 52:6, 76:7, 95:16

**helping** [1] - 43:18

**Herculean** [2] - 33:18, 57:24

**hereby** [1] - 145:3

**Herm** [4] - 113:13, 113:14, 113:16, 113:20

**hesitant** [1] - 79:18

**hi** [3] - 44:16, 44:17, 93:16

**high** [3] - 81:22, 139:14

**high-performing** [1] - 81:22

**high-value** [1] - 139:14

**higher** [2] - 100:1, 108:11

**highest** [3] - 24:14, 131:12, 132:18

**highest-ranking** [1] - 24:14

**highlight** [12] - 8:10, 11:7, 12:24, 13:9, 17:7, 23:1, 24:24, 28:6, 47:4, 47:13, 53:10, 96:13

**highlighted** [1] - 112:13

**highly** [3] - 138:12, 138:17, 143:21

**hindsight** [2] - 31:20, 31:23

**history** [2] - 54:5, 140:20

**hit** [1] - 108:10

**hold** [1] - 12:3

**holiday** [2] - 29:19, 42:23

**holidays** [1] - 42:21

**home** [1] - 101:22

**home..** [1] - 104:7

**homemade** [1] - 136:15

**honestly** [3] - 41:20, 42:3, 51:1

**Honor** [84] - 3:4, 3:7, 3:12, 3:19, 4:9, 4:15, 12:17, 14:7, 14:8, 16:23, 16:24, 18:6, 18:7, 18:25, 19:12, 20:9, 20:17, 23:20, 23:22, 24:2, 26:19, 34:20, 37:15, 44:13, 45:24, 45:25, 48:24, 48:25, 52:13, 54:9, 59:2, 59:12, 59:17, 60:1, 64:12, 64:16, 64:21, 66:2, 68:5, 74:2, 78:7, 84:4, 87:13, 88:2, 88:3, 88:13, 88:18, 88:22, 89:11, 90:1, 90:22,

92:8, 95:25, 97:20, 97:22, 102:12, 106:2, 108:20, 112:25, 117:1, 117:5, 117:23, 118:10, 120:1, 124:11, 126:20, 127:9, 127:11, 127:19, 128:1, 129:19, 130:5, 134:8, 134:25, 135:14, 138:4, 138:9, 139:9, 139:10, 140:2, 140:9, 143:1, 143:13, 144:15

**HONORABLE** [1] - 1:9

**hook** [1] - 27:23

**Hooker** [2] - 46:13, 46:15

**hope** [8] - 86:8, 93:17, 100:23, 103:14, 105:21, 107:12, 109:6, 109:20

**hopefully** [1] - 76:7

**hoping** [3] - 91:23, 93:1, 93:6

**hotel** [3] - 121:18, 124:3, 136:22

**hotels** [1] - 67:17

**hour** [1] - 75:19

**hours** [6] - 74:21, 75:17, 94:18, 121:19, 124:4, 131:1

**house** [1] - 140:15

**HR** [4] - 66:20, 69:5, 77:9, 105:4

**huddle** [1] - 124:1

## I

**idea** [4] - 34:9, 42:15, 42:18, 124:1

**ideally** [1] - 93:7

**ideas** [1] - 119:8

**identical** [1] - 18:19

**identification** [4] - 14:1, 45:11, 48:8, 51:23

**identified** [2] - 65:19, 66:3

**identify** [2] - 65:16, 65:24

**identifying** [2] - 47:16, 124:20

**IDIQ** [2] - 13:12, 14:18

**IFLEX** [1] - 92:25

**IKE** [1] - 114:19

**illegality** [1] - 61:22

**imagination** [1] -

33:20

**impact** [2] - 81:22, 140:22

**implement** [1] - 45:3

**implication** [1] - 144:9

**important** [3] - 27:13, 29:22, 69:22

**impossible** [2] - 110:22, 111:5

**impression** [1] - 19:3

**improper** [3] - 19:17, 20:8, 89:24

**improve** [1] - 105:4

**IN** [1] - 1:1

**in'** [1] - 83:22

**inadequate** [2] - 35:7, 36:15

**include** [7] - 58:14, 72:14, 114:6, 114:12, 120:19, 141:11

**included** [2] - 72:1, 114:10

**includes** [1] - 111:3

**including** [4] - 69:5, 88:15, 111:4, 141:20

**income** [1] - 108:11

**incomplete** [1] - 126:21

**inconsistent** [1] - 3:8

**incorporated** [3] - 13:22, 14:24, 17:16

**incorporated's** [1] - 17:14

**incorrectly** [1] - 137:18

**increasing** [2] - 47:15, 112:7

**incredible** [1] - 58:10

**incredibly** [1] - 139:3

**indeed** [1] - 45:10

**indicate** [1] - 116:20

**indication** [1] - 137:12

**indications** [2] - 105:20, 107:11

**individual** [2] - 76:14, 125:18

**individual's** [1] - 49:24

**individuals** [2] - 52:24, 67:16

**influence** [2] - 105:16, 107:4

**influencing** [1] - 97:4

**Info** [1] - 126:10

**information** [8] - 3:22, 9:1, 54:22, 61:25, 67:16, 88:7, 124:20, 140:13

**informed** [3] - 90:10, 94:21, 102:2

**initial** [1] - 9:8
**initials** [2] - 134:2, 134:4
**initiated** [3] - 53:23, 54:2, 84:20
**input** [1] - 41:2
**insanity** [1] - 124:4
**inside** [1] - 30:16
**insights** [3] - 109:13, 109:15, 109:16
**inspector** [1] - 113:20
**Institute** [1] - 49:14
**institutions** [3] - 67:17, 69:15, 69:19
**intend** [2] - 82:13, 129:19
**intent** [1] - 86:5
**intention** [1] - 144:15
**intentions** [2] - 81:17, 81:19
**interest** [3] - 45:6, 137:12, 137:15
**interested** [5] - 39:16, 44:24, 47:14, 47:17, 127:15
**interesting** [1] - 113:14
**internal** [1] - 72:1
**international** [2] - 61:13, 121:22
**interpret** [3] - 24:6, 78:10, 87:23
**interpretation** [4] - 87:22, 89:1, 89:7, 89:20
**interview** [1] - 60:25
**interviews** [2] - 62:1, 62:22
**intro** [2] - 106:10, 106:22
**introduce** [2] - 141:13, 144:14
**introducing** [1] - 127:20
**intuition** [1] - 134:16
**investigate** [3] - 61:20, 61:21, 100:8
**investigating** [5] - 62:8, 63:3, 64:22, 65:2, 79:25
**investigation** [38] - 61:4, 62:5, 62:9, 62:14, 62:18, 63:2, 63:6, 63:16, 64:3, 64:24, 66:5, 66:20, 66:23, 67:10, 67:17, 67:18, 68:16, 69:10, 69:22, 70:4, 70:19, 70:21, 71:8, 74:11, 74:16, 76:18, 80:2,

81:25, 82:16, 85:9, 86:17, 87:2, 88:14, 101:25, 109:24, 113:17, 113:22, 137:22
**investigations** [2] - 61:24, 69:19
**Investigative** [1] - 62:21
**investigative** [4] - 60:25, 62:15, 62:20, 71:25
**investigators** [2] - 80:1, 109:25
**investment** [1] - 103:13
**investor** [5] - 102:19, 106:17, 107:17, 111:12, 112:14
**investors** [1] - 110:17
**invitation** [1] - 143:10
**invite** [10] - 105:17, 107:5, 116:10, 116:12, 116:17, 116:21, 135:11, 136:16, 136:24, 137:20
**invited** [1] - 116:14
**involve** [1] - 61:16
**involved** [9] - 32:10, 35:13, 51:8, 61:22, 62:9, 85:20, 86:14, 113:21, 125:17
**iPhone** [2] - 124:18, 125:9
**issue** [7] - 63:11, 67:15, 67:19, 69:14, 70:4, 112:13, 134:17
**issued** [5] - 67:11, 67:14, 67:23, 69:13, 70:23
**issues** [1] - 29:22
**Italy** [5] - 74:16, 77:22, 109:6, 118:21, 121:1
**items** [1] - 66:17
**iterating** [1] - 80:24
**itself** [3] - 3:14, 6:24, 55:4

**J**

**Jacobs** [2] - 111:21, 112:9
**JAGs** [1] - 111:4
**Jan** [1] - 9:3
**January** [18] - 9:5, 9:12, 9:24, 10:13, 11:13, 12:20, 13:2, 13:19, 13:20, 13:21, 14:17, 17:19, 28:25,

29:5, 29:15, 36:18, 42:15, 57:24
**Jeannie** [1] - 46:18
**Jim** [3] - 82:12, 82:15, 82:24
**job** [6] - 33:22, 33:23, 43:23, 63:7, 63:17, 118:24
**Johansmeier** [8] - 7:20, 11:17, 41:10, 41:12, 53:8, 53:11, 53:12, 53:18
**JOHN** [1] - 1:17
**John** [10] - 84:18, 84:25, 85:1, 85:8, 85:16, 85:22, 86:6, 90:11, 109:22, 109:25
**Jonathan** [1] - 53:16
**JOSHUA** [1] - 1:12
**JR** [1] - 82:14
**judge** [1] - 63:19
**JUDGE** [1] - 1:10
**judges** [2] - 133:18, 133:20
**judging** [1] - 31:20
**Juliet** [8] - 11:8, 11:9, 11:14, 23:17, 24:17, 25:1, 52:20, 136:24
**July** [3] - 77:24, 81:13, 82:25
**Jump** [83] - 4:25, 5:5, 5:12, 5:13, 5:21, 6:7, 6:17, 6:18, 7:7, 7:21, 12:21, 14:25, 16:6, 16:20, 22:20, 24:5, 25:13, 26:3, 26:6, 28:10, 32:15, 33:2, 35:3, 36:5, 36:13, 36:17, 38:1, 39:18, 40:4, 40:7, 41:6, 41:13, 54:5, 57:24, 62:10, 63:22, 63:24, 64:2, 66:6, 66:9, 66:25, 67:15, 67:23, 68:3, 68:4, 68:17, 69:25, 76:20, 76:22, 79:11, 79:15, 80:18, 82:2, 82:13, 90:17, 91:16, 91:19, 91:24, 92:20, 93:24, 94:21, 95:6, 99:17, 99:23, 100:6, 100:11, 100:16, 100:22, 102:19, 103:5, 103:13, 105:8, 105:14, 107:2, 107:17, 111:23, 115:24, 116:13, 130:23, 139:6,

142:12, 143:15, 143:16
**Jump's** [10] - 30:20, 32:21, 67:24, 70:15, 71:16, 82:7, 85:5, 105:4, 137:4, 137:22
**Jumpers** [2] - 100:16, 133:15
**June** [5] - 77:4, 84:21, 104:23, 106:6, 109:11
**JUROR** [2] - 37:16, 37:18
**juror's** [1] - 140:22
**JURY** [1] - 1:9
**jury** [55] - 4:7, 4:10, 14:10, 17:2, 18:11, 19:3, 21:2, 26:16, 26:19, 29:3, 46:2, 49:2, 49:3, 54:12, 62:2, 64:15, 66:8, 67:14, 67:19, 67:23, 68:6, 68:11, 69:11, 69:14, 73:24, 78:16, 81:7, 81:11, 84:6, 87:18, 92:11, 96:2, 97:25, 99:1, 101:6, 102:14, 106:4, 108:23, 110:12, 113:2, 116:8, 117:9, 118:13, 120:4, 123:12, 124:14, 126:23, 127:2, 128:8, 130:14, 134:23, 135:2, 138:8, 140:17, 142:2

**K**

**Kadyan** [2] - 99:21, 99:22
**keep** [3] - 50:2, 135:23, 143:6
**keeping** [1] - 85:16
**KELLY** [2] - 1:12, 3:7
**kept** [1] - 40:14
**Kevin** [6] - 106:9, 106:15, 106:21, 107:8, 107:15, 107:16
**key** [1] - 111:2
**KIM** [1] - 1:5
**Kim** [64] - 1:15, 30:6, 41:7, 41:15, 43:4, 58:14, 62:5, 62:10, 64:5, 65:13, 65:19, 74:13, 78:18, 78:21, 81:12, 82:22, 83:1, 83:17, 84:12, 86:12, 90:10, 91:22, 92:1, 92:15, 94:3, 94:9,

94:11, 95:5, 96:4, 98:10, 98:12, 98:13, 99:21, 101:8, 102:21, 103:16, 104:6, 105:9, 106:6, 107:7, 109:1, 110:14, 113:7, 115:4, 116:15, 116:18, 119:20, 120:9, 120:15, 120:19, 121:10, 122:18, 123:14, 123:15, 126:4, 130:18, 131:5, 132:22, 133:9, 134:5, 135:7, 137:7, 137:18, 139:11
**Kim's** [12] - 71:5, 79:7, 95:20, 104:3, 104:22, 107:14, 109:9, 111:6, 111:8, 123:21, 125:6, 125:21
**kind** [27] - 8:1, 15:24, 19:11, 55:21, 55:24, 62:17, 64:23, 66:9, 66:10, 66:13, 66:14, 69:23, 73:1, 73:14, 73:16, 74:15, 77:9, 89:19, 91:14, 108:4, 125:10, 125:17, 125:18, 127:24, 140:21, 141:6
**kingdom** [1] - 64:1
**kitchen** [1] - 139:1
**knowing** [1] - 34:7
**knowledge** [8] - 19:18, 19:24, 23:23, 51:22, 58:15, 91:1, 91:5, 143:17
**known** [2] - 69:19, 90:20
**knows** [1] - 20:15
**KPMG** [1] - 112:6
**KRAUS** [2] - 2:3, 4:16
**Kraus** [12] - 4:13, 4:19, 8:18, 14:11, 17:3, 54:15, 55:14, 55:20, 56:23, 57:23, 59:4, 59:14
**Krauss** [1] - 44:16
**Kunkel** [3] - 82:5, 130:20, 130:22

**L**

**Labor** [1] - 27:3
**lack** [7] - 16:24, 18:7, 23:23, 67:6, 91:5, 139:11
**Lacore** [3] - 11:24,

46:22, 46:24
**ladies** [5] - 4:11, 59:18, 59:22, 90:5, 141:17
**language** [1] - 97:3
**large** [5] - 47:3, 48:17, 58:11, 138:25, 139:1
**larger** [3] - 81:17, 112:12, 112:19
**largest** [2] - 61:10, 108:12
**last** [14] - 60:14, 80:21, 93:3, 109:5, 109:9, 109:19, 112:3, 112:5, 121:3, 121:17, 122:19, 123:20, 123:22, 136:2
**lastly** [3] - 93:9, 110:20, 110:23
**late** [8] - 28:10, 76:6, 76:23, 84:21, 104:8, 121:8, 121:17, 131:3
**late..** [1] - 121:12
**Laura** [2] - 79:13, 80:21
**Laurie** [2] - 13:1, 23:3
**law** [1] - 140:20
**lawyer** [3] - 11:18, 11:22, 53:18
**lawyers** [2] - 53:1, 111:4
**lay** [1] - 95:16
**laying** [1] - 117:19
**lead** [1] - 101:21
**leader** [3] - 46:11, 52:3, 113:23
**leaders** [5] - 39:16, 40:1, 101:21, 105:13, 107:1
**Leadership** [1] - 14:12
**leadership** [8] - 36:1, 39:18, 49:10, 50:3, 51:3, 59:10, 66:20, 66:24
**leading** [2] - 55:9, 111:18
**leads** [2] - 62:1, 132:6
**learn** [2] - 87:6, 100:14
**learned** [3] - 5:16, 10:25, 83:19
**learning** [2] - 44:24, 101:21
**Learning** [3] - 80:16, 90:20, 91:11
**least** [8] - 4:22, 15:11, 34:4, 87:3, 105:5, 129:4, 133:18, 133:20
**led** [3] - 38:3, 62:17,

81:16
**left** [5] - 19:3, 96:5, 96:20, 98:6, 126:3
**left-hand** [1] - 96:5
**legal** [3] - 44:5, 58:9, 97:9
**Legal** [2] - 105:14, 107:2
**letters** [1] - 112:14
**Level** [1] - 49:15
**leverage** [1] - 81:20
**liabilities** [2] - 111:18, 111:25
**liability** [2] - 112:4, 112:7
**liable** [1] - 56:8
**liaison** [1] - 114:22
**light** [5] - 20:23, 24:8, 25:12, 26:3, 26:21
**likely** [1] - 18:13
**limine** [1] - 142:7
**limited** [2] - 36:14
**Limoncello** [1] - 136:15
**line** [14] - 45:15, 45:16, 46:15, 47:3, 47:5, 47:6, 53:11, 53:16, 68:20, 78:17, 79:20, 120:22, 135:10, 141:8
**Line** [1] - 37:23
**lines** [4] - 37:5, 61:2, 61:18, 72:10
**lineup** [1] - 119:6
**lion's** [1] - 99:25
**Lisa** [1] - 1:23
**LISA** [1] - 145:3
**list** [3] - 79:10, 100:14, 137:14
**listserv** [1] - 79:11
**listservs** [1] - 100:12
**literal** [1] - 118:8
**literally** [1] - 51:13
**live** [2] - 31:5, 133:19
**LLP** [1] - 1:21
**LOC** [1] - 111:16
**located** [1] - 63:24
**location** [4] - 50:9, 73:3, 73:4, 143:16
**locations** [1] - 137:22
**log** [3] - 125:12, 125:23, 125:25
**logistics** [1] - 50:1
**look** [20] - 12:11, 23:17, 31:14, 33:11, 52:10, 70:10, 76:4, 76:9, 94:8, 110:14, 111:6, 121:14, 125:8, 138:13, 139:2, 140:16,

142:8, 142:14, 142:21
**looked** [4] - 34:3, 98:9, 136:3, 144:5
**looking** [28] - 3:2, 14:21, 32:3, 32:4, 53:5, 54:3, 54:4, 55:20, 78:11, 78:17, 82:25, 83:11, 92:13, 96:5, 96:13, 98:3, 100:18, 108:6, 111:8, 112:8, 113:3, 115:1, 119:4, 119:9, 120:7, 122:10, 125:8, 135:3
**looks** [9] - 14:3, 16:21, 18:3, 18:12, 27:1, 76:1, 94:17, 124:16, 130:25
**loop** [1] - 85:17
**lose** [4] - 83:23, 96:16, 131:13, 132:19
**lottery** [1] - 137:14
**love** [2] - 136:16, 137:19
**low** [1] - 84:22
**lower** [2] - 10:14, 10:15
**LPM** [1] - 86:1
**luck** [1] - 107:21
**lunch** [1] - 4:19

# M

**ma'am** [5] - 23:7, 33:20, 37:11, 38:25, 106:20
**Macedonia** [1] - 114:20
**madness** [1] - 136:11
**magnified** [2] - 101:24, 132:8
**main** [2] - 29:22, 112:13
**maintain** [2] - 63:19, 68:8
**major** [1] - 100:21
**makers** [1] - 111:2
**man** [1] - 93:2
**manage** [1] - 100:5
**Management** [1] - 6:5
**management** [1] - 54:22
**managing** [2] - 109:6, 124:1
**Manhattan** [1] - 137:25
**manpower** [1] - 46:9
**March** [3] - 113:5, 114:5, 115:7

**maritime** [2] - 49:22, 49:24
**marked** [8] - 16:13, 64:8, 67:3, 73:18, 89:5, 95:9, 97:15, 134:23
**market** [1] - 126:15
**Martha's** [1] - 100:15
**matches** [1] - 22:23
**materials** [4] - 69:24, 71:22, 71:24, 89:5
**math** [1] - 21:20
**matter** [3] - 19:11, 31:3, 117:22
**matters** [1] - 4:7
**McCoy** [1] - 131:15
**McFADDEN** [1] - 1:9
**mean** [16] - 5:10, 20:12, 41:11, 55:2, 55:6, 55:14, 56:3, 56:6, 56:23, 57:18, 76:1, 118:1, 128:24, 134:13, 143:5, 143:9
**meaningful** [2] - 36:11, 36:21
**means** [4] - 56:24, 57:19, 88:1, 118:3
**meant** [4] - 57:25, 58:1, 100:8, 136:10
**mechanism** [5] - 5:13, 5:17, 5:20, 6:12, 15:3
**meet** [3] - 38:4, 64:25, 141:25
**meeting** [8] - 105:3, 116:10, 121:11, 131:11, 131:12, 131:20, 132:18
**MEGHAN** [1] - 1:6
**Meghan** [36] - 58:14, 62:6, 62:10, 64:2, 65:21, 66:3, 71:5, 78:25, 79:4, 84:13, 92:17, 94:3, 97:17, 98:2, 101:10, 101:17, 102:21, 112:10, 113:10, 113:12, 114:18, 115:2, 116:15, 120:12, 122:4, 130:20, 131:11, 131:16, 131:19, 131:21, 131:22, 132:17, 132:23, 134:3, 135:4
**Meghan's** [1] - 121:4
**member** [5] - 59:9, 62:18, 82:17, 100:16, 114:21
**members** [13] - 61:17,

61:23, 70:6, 71:17, 72:1, 72:2, 72:16, 79:12, 87:7, 100:3, 125:2
**memo** [1] - 101:16
**mentioned** [15] - 4:19, 4:25, 61:22, 62:16, 67:11, 67:22, 69:11, 69:12, 70:1, 70:13, 70:17, 71:25, 72:8, 86:23, 93:10
**mentions** [1] - 93:18
**mess** [1] - 27:17
**messaging** [3] - 126:13, 126:14, 126:15
**messed** [1] - 25:25
**Messenger** [45] - 1:20, 30:6, 41:7, 41:19, 43:4, 58:14, 62:6, 62:10, 65:21, 66:3, 74:13, 78:25, 79:4, 84:14, 91:22, 92:1, 92:17, 94:3, 95:5, 97:17, 98:2, 98:11, 98:13, 99:13, 99:20, 101:10, 102:21, 108:7, 112:10, 113:10, 115:2, 115:16, 116:15, 119:20, 120:12, 120:16, 122:4, 122:18, 130:20, 131:5, 134:3, 135:4, 137:17, 137:19, 139:11
**MESSENGER** [1] - 1:6
**Messenger's** [4] - 64:2, 71:5, 122:11, 122:24
**methods** [2] - 60:25, 62:15
**Meyer** [6] - 48:15, 114:7, 114:8, 114:9, 114:10, 115:5
**micromanagement** [1] - 119:12
**microphone** [1] - 129:9
**Microsoft** [5] - 70:9, 70:13, 70:14, 70:15, 73:16
**mid** [2] - 54:3, 84:19
**mid-2019** [1] - 77:12
**mid-2020** [2] - 77:12, 77:18
**mid-December** [1] - 54:3
**mid-November** [1] - 84:19

**middle** [4] - 24:24, 51:6, 53:5, 97:12
**Mietus** [2] - 92:18, 102:2
**Mietus's** [2] - 93:21, 94:2
**might** [5] - 66:15, 83:15, 118:25, 119:8, 125:8
**mil** [4] - 111:17, 111:18, 111:19
**military** [10] - 51:13, 59:8, 61:17, 61:23, 78:1, 110:23, 111:2, 112:1, 112:17, 113:23
**Millington** [1] - 18:4
**million** [13] - 19:7, 21:18, 22:22, 22:24, 25:16, 26:4, 26:21, 56:7, 85:3, 103:14, 104:13, 105:6, 112:1
**millions** [1] - 27:9
**min** [1] - 133:11
**mind** [4] - 106:18, 117:15, 117:24, 118:8
**Mindset** [20] - 35:24, 36:1, 36:5, 36:7, 36:12, 38:1, 38:13, 39:7, 39:11, 40:12, 44:20, 44:25, 45:4, 45:22, 47:15, 47:25, 48:20, 49:15, 50:16, 50:19
**mindset** [1] - 40:14
**minus** [1] - 111:17
**minute** [4] - 25:17, 95:4, 121:2, 122:20
**minutes** [5] - 93:7, 114:2, 121:12, 129:25, 131:18
**miserable** [1] - 45:19
**missed** [1] - 57:7
**mission** [1] - 114:22
**mixologist** [1] - 136:15
**MM** [3] - 132:2, 133:24, 134:2
**mmessenger@ nextjump.com** [1] - 79:1
**mobile** [2] - 121:5
**MOC** [1] - 50:3
**MOC-D** [1] - 50:3
**mod** [1] - 7:7
**modifications** [1] - 7:3
**moment** [4] - 22:19, 83:16, 97:20, 117:2
**momentum** [3] -

81:20, 83:23, 107:24
**Monday** [8] - 27:3, 27:7, 93:19, 121:18, 121:23, 122:8, 131:17, 133:10
**money** [3] - 69:20, 96:21, 139:17
**monitoring** [1] - 104:13
**months** [4] - 33:15, 45:19, 47:17, 58:7
**moot** [1] - 127:24
**Moran** [4] - 113:12, 113:14, 113:21, 113:22
**MOREIRA** [1] - 145:3
**Moreira** [2] - 1:23, 145:10
**morning** [12] - 76:2, 94:17, 101:16, 128:20, 129:5, 129:11, 130:1, 131:1, 141:15, 141:19, 142:21, 144:17
**most** [8] - 12:3, 52:6, 60:23, 74:10, 100:1, 101:22, 104:16, 114:19
**motion** [6] - 8:14, 127:19, 128:1, 128:12, 129:20, 142:7
**motions** [1] - 142:6
**motive** [8] - 117:24, 117:25, 139:10, 139:15, 139:18, 140:14, 141:6, 144:3
**move** [32] - 3:2, 34:23, 35:22, 64:10, 67:4, 78:5, 78:12, 81:6, 83:15, 84:1, 90:1, 92:6, 95:13, 98:21, 101:2, 102:8, 105:25, 108:19, 110:8, 112:22, 114:2, 116:25, 119:25, 121:25, 123:8, 124:10, 126:19, 130:9, 131:12, 132:19, 137:24, 138:3
**moved** [3] - 84:25, 127:3, 127:21
**movements** [1] - 111:15
**moves** [4] - 68:5, 97:18, 116:4, 134:22
**moving** [7] - 24:9, 25:14, 69:20, 73:5,

86:5, 139:13, 140:6
**MR** [156] - 3:4, 3:7, 3:12, 3:25, 4:9, 4:15, 4:18, 8:6, 8:17, 8:21, 10:3, 11:5, 12:13, 12:16, 12:24, 13:7, 13:25, 14:6, 16:3, 16:22, 17:6, 17:24, 18:5, 18:16, 19:25, 20:18, 21:3, 22:8, 22:14, 23:4, 23:12, 23:24, 24:22, 26:5, 26:13, 26:18, 28:1, 29:1, 34:23, 36:24, 37:2, 37:15, 38:24, 39:14, 44:10, 44:13, 44:15, 45:13, 45:24, 47:4, 48:7, 48:24, 50:21, 52:16, 53:10, 54:9, 55:9, 59:2, 63:9, 63:11, 63:19, 64:12, 64:16, 65:5, 67:6, 68:7, 73:21, 73:22, 73:25, 78:7, 78:13, 78:14, 81:8, 81:9, 84:3, 84:4, 87:13, 87:20, 88:3, 88:23, 90:1, 90:22, 91:4, 92:8, 92:9, 95:15, 95:22, 95:23, 97:20, 97:22, 97:23, 98:23, 98:24, 99:2, 99:4, 99:6, 101:3, 101:4, 102:10, 102:12, 106:1, 106:2, 106:14, 108:20, 108:21, 110:9, 110:10, 112:24, 112:25, 116:5, 116:6, 117:1, 117:5, 117:10, 117:25, 120:1, 120:2, 123:9, 123:10, 124:11, 124:12, 126:20, 127:5, 127:7, 127:18, 127:23, 128:3, 128:9, 128:16, 128:19, 128:22, 129:10, 129:15, 130:11, 130:12, 134:8, 134:24, 134:25, 135:14, 135:17, 138:4, 138:9, 138:20, 139:9, 139:20, 139:23, 140:2, 140:9, 142:11, 142:14, 142:17, 142:18, 142:19, 143:13,

144:2, 144:8
**MS** [101] - 14:8, 16:24, 18:7, 19:12, 20:5, 23:20, 23:22, 24:2, 34:20, 45:25, 48:25, 52:13, 54:11, 54:14, 55:12, 55:18, 56:10, 56:13, 56:20, 57:5, 57:15, 57:22, 59:12, 60:1, 60:8, 64:7, 64:21, 65:10, 65:12, 65:18, 66:2, 67:2, 68:5, 69:8, 73:17, 74:2, 74:17, 75:4, 75:13, 75:21, 78:3, 80:8, 80:19, 81:4, 83:24, 88:2, 88:13, 89:11, 90:8, 91:8, 92:4, 92:21, 95:8, 95:13, 95:25, 97:14, 97:18, 98:19, 99:3, 100:25, 102:6, 105:23, 106:17, 107:6, 108:17, 110:6, 112:20, 116:2, 116:23, 117:20, 118:10, 118:14, 119:23, 120:5, 121:13, 123:6, 124:8, 126:17, 127:8, 127:17, 128:1, 128:4, 129:1, 129:3, 129:6, 129:18, 130:5, 130:7, 130:15, 132:13, 134:18, 135:20, 136:5, 138:1, 139:10, 139:22, 140:3, 142:25, 143:6, 143:8, 144:15
**Multi** [1] - 54:20
**Multi-Source** [1] - 54:20
**multiple** [5] - 50:12, 61:11, 62:18, 70:5, 73:15
**must** [3] - 86:1, 90:14, 108:2
**MV** [1] - 100:15
**MV21** [2] - 100:3, 100:7

# N

**N1** [8] - 46:9, 77:3, 77:8, 81:18, 82:6, 82:8, 85:12, 110:5
**N4** [1] - 49:25
**name** [9] - 14:14, 60:11, 60:14, 96:8,

96:9, 98:6, 124:18, 124:24, 124:25
**named** [5] - 6:1, 63:21, 80:2, 113:16, 113:22
**Nancy** [3] - 11:24, 46:22, 46:24
**Naples** [3] - 77:22, 118:20, 121:1
**NATO** [3] - 114:21, 114:22, 119:2
**NAVAF** [4] - 7:18, 29:19, 77:19, 118:20
**Naval** [8] - 24:13, 62:20, 77:3, 77:10, 85:12, 97:13, 104:20, 110:4
**naval** [3] - 9:19, 14:13, 49:11
**NAVEUR** [10] - 7:18, 25:8, 29:18, 30:11, 38:14, 39:7, 49:10, 54:15, 77:20, 118:20
**NAVEUR-NAVAF** [1] - 7:18
**navigate** [1] - 111:1
**Navy** [80] - 6:8, 6:14, 24:14, 24:15, 48:17, 49:8, 53:1, 54:4, 54:21, 55:6, 55:15, 56:4, 56:5, 56:8, 62:12, 66:25, 71:22, 72:7, 72:24, 76:20, 76:22, 77:8, 77:9, 77:11, 77:18, 77:19, 78:2, 80:7, 80:16, 81:18, 81:23, 82:7, 82:13, 82:17, 82:18, 82:20, 83:20, 84:22, 86:17, 86:19, 86:22, 87:7, 87:10, 88:5, 88:7, 88:15, 90:24, 91:20, 91:23, 95:2, 95:6, 99:18, 100:23, 103:6, 103:19, 103:23, 104:15, 105:1, 105:11, 105:13, 106:24, 107:1, 107:22, 109:6, 109:11, 109:16, 110:23, 112:2, 112:13, 113:20, 114:9, 115:22, 115:25, 118:25, 119:1, 119:20, 120:16, 120:19, 139:16
**Navy's** [2] - 15:18, 72:11
**NCIS** [2] - 62:20, 72:1
**near** [3] - 110:21,

111:5, 128:11
**necessarily** [2] - 7:2, 55:3
**necessary** [1] - 129:22
**need** [14] - 20:6, 52:7, 53:17, 83:10, 99:5, 105:15, 107:3, 127:13, 127:16, 128:15, 137:10, 137:12, 142:24, 143:12
**needed** [8] - 5:13, 7:17, 9:8, 9:9, 62:3, 62:17, 62:24, 139:17
**needs** [1] - 128:14
**negative** [5] - 30:19, 31:7, 31:22, 32:12, 111:19
**negotiation** [1] - 111:5
**nervous** [1] - 132:1
**never** [10] - 18:14, 19:12, 19:15, 19:16, 19:19, 20:8, 20:10, 20:15, 50:8, 112:16
**new** [8] - 7:2, 33:12, 35:12, 83:7, 83:8, 136:16, 137:20
**New** [8] - 1:22, 63:25, 71:16, 74:13, 137:23, 137:25, 143:20
**news** [2] - 83:16, 96:16
**next** [42] - 13:7, 17:7, 23:2, 37:6, 37:7, 37:21, 50:11, 56:1, 56:15, 56:18, 56:21, 57:16, 60:1, 78:18, 78:25, 81:4, 83:13, 93:2, 93:3, 93:5, 93:10, 93:18, 93:19, 97:14, 98:19, 102:6, 103:7, 105:23, 108:17, 110:6, 112:20, 113:24, 113:25, 114:1, 119:23, 122:10, 123:3, 123:19, 124:24, 126:5, 126:17, 132:15
**Next** [95] - 4:25, 5:5, 5:12, 5:20, 6:7, 6:16, 6:18, 7:7, 7:21, 12:21, 14:25, 16:6, 16:20, 22:20, 24:5, 25:13, 26:3, 26:6, 28:10, 30:20, 32:15, 32:21, 33:2, 35:3, 36:5, 36:13, 36:17, 38:1, 39:18, 40:4,

40:7, 41:6, 41:12, 54:5, 57:24, 62:10, 63:22, 63:24, 64:2, 66:6, 66:9, 66:25, 67:15, 67:23, 67:24, 68:3, 68:4, 68:17, 69:25, 70:15, 71:16, 76:20, 76:22, 79:11, 79:15, 80:18, 82:1, 82:7, 82:13, 85:5, 90:17, 91:16, 91:19, 91:24, 92:20, 93:24, 94:21, 95:6, 99:17, 99:23, 100:6, 100:11, 100:16, 100:22, 102:19, 103:5, 103:13, 105:4, 105:8, 105:14, 107:2, 107:17, 111:23, 115:24, 116:13, 130:23, 133:15, 137:4, 137:22, 139:5, 142:12, 143:15, 143:16
**Nicasio** [4] - 46:6, 46:8, 46:14, 46:20
**Nicasio's** [1] - 46:19
**nice** [7] - 137:25, 138:16, 138:17, 138:18, 138:21, 139:2, 139:14
**night** [4] - 76:3, 76:6, 121:17, 128:4
**nights** [1] - 104:8
**Nina** [1] - 46:6
**nine** [3] - 27:16, 27:18, 29:13
**NLEC** [1] - 85:5
**none** [2] - 12:7, 12:9
**nonstop** [3] - 131:17, 133:10, 136:12
**normal** [3] - 40:16, 51:14, 125:16
**normally** [1] - 75:22
**north** [1] - 114:20
**Northern** [1] - 61:14
**Northwest** [2] - 1:14, 1:18
**note** [1] - 131:15
**notes** [15] - 37:19, 95:12, 95:16, 95:18, 95:21, 96:3, 96:6, 97:5, 97:17, 98:1, 98:2, 98:9, 98:10, 98:18, 145:5
**nothing** [4] - 7:5, 7:6, 7:24, 143:17
**notified** [1] - 32:17
**Nov/first** [1] - 47:18

**November** [8] - 84:19, 94:7, 94:19, 94:21, 94:25, 96:7, 98:5, 98:10
**Nowell** [7] - 84:18, 85:8, 85:23, 90:11, 109:11, 109:22, 109:25
**NQR** [5] - 132:4, 132:7, 134:1, 134:12, 134:13
**NQRs** [1] - 132:9
**number** [13] - 13:16, 14:21, 18:17, 22:22, 22:23, 24:15, 25:16, 33:17, 34:18, 47:7, 77:11, 121:20, 121:21
**numbers** [1] - 140:25
**NW** [2] - 1:24, 145:12
**NYC** [3] - 93:10, 94:13, 136:17
**NYC)** [1] - 135:11

## O

**oars** [1] - 104:11
**object** [4] - 3:7, 78:10, 95:15, 126:21
**objecting** [4] - 3:6, 55:10, 91:2, 91:4
**objection** [103] - 4:8, 14:8, 14:9, 16:24, 18:7, 21:2, 23:20, 34:20, 45:25, 46:1, 48:25, 49:1, 52:13, 55:9, 59:2, 63:9, 63:20, 65:7, 65:9, 67:6, 68:7, 68:9, 68:11, 73:19, 73:21, 73:22, 73:23, 78:9, 78:13, 78:14, 78:15, 81:8, 81:9, 81:10, 84:3, 84:4, 84:5, 87:13, 89:25, 90:5, 90:22, 91:6, 92:8, 92:9, 92:10, 95:17, 95:22, 95:23, 95:24, 97:22, 97:23, 97:24, 98:23, 98:24, 98:25, 99:9, 99:10, 101:3, 101:4, 101:5, 102:11, 102:12, 106:1, 106:2, 106:3, 108:20, 108:21, 108:22, 110:9, 110:10, 110:11, 112:24, 112:25, 113:1, 116:5, 116:6, 116:7, 117:6, 117:18, 118:7,

118:9, 118:12, 120:1, 120:2, 120:3, 123:9, 123:10, 123:11, 124:11, 124:12, 124:13, 127:12, 130:11, 130:12, 130:13, 134:24, 134:25, 135:1, 142:23, 143:13
**Objectives** [1] - 17:14
**objectivity** [1] - 140:22
**observe** [1] - 42:1
**observed** [1] - 39:15
**obtain** [4] - 71:22, 71:24, 72:4, 72:11
**obtained** [2] - 71:18, 143:15
**obvious** [1] - 30:22
**obviously** [4] - 3:13, 18:19, 98:18, 142:22
**occasionally** [1] - 100:12
**occasions** [1] - 76:4
**occurred** [3] - 51:7, 63:7, 63:18
**October** [2] - 48:22, 49:5
**OF** [4] - 1:1, 1:2, 1:9, 145:1
**offense** [1] - 124:1
**offer** [9] - 14:6, 16:22, 18:5, 20:20, 36:12, 45:24, 48:24, 63:7, 88:1
**offered** [9] - 5:4, 38:20, 62:11, 63:17, 68:8, 117:12, 117:14, 117:15, 118:2
**offering** [5] - 38:14, 64:17, 64:21, 117:21, 136:21
**offerings** [1] - 50:16
**OFFICE** [1] - 1:13
**Office** [2] - 6:5, 109:12
**office** [15] - 48:13, 48:14, 61:10, 64:1, 83:8, 114:22, 137:5, 137:22, 137:23, 138:12, 138:17, 138:21, 138:25, 139:1, 143:20
**officer** [6] - 51:15, 58:9, 79:19, 80:25, 85:22, 90:11
**officers** [1] - 32:20
**offices** [9] - 61:7, 61:8, 61:11, 138:11, 138:13, 138:16,

138:18, 143:3, 143:19
**OFFICIAL** [1] - 145:1
**Official** [1] - 1:23
**official** [7] - 72:3, 72:4, 72:8, 113:9, 114:16, 120:11, 145:11
**officials'** [1] - 72:12
**often** [2] - 75:25, 100:17
**old** [1] - 113:13
**OM** [1] - 50:12
**once** [2] - 76:3, 86:6
**one** [86] - 6:23, 8:15, 8:17, 10:4, 10:11, 11:11, 11:20, 16:13, 21:8, 22:15, 22:23, 24:15, 24:17, 25:24, 26:13, 27:6, 27:15, 28:24, 29:22, 30:4, 35:8, 35:11, 38:16, 38:20, 38:22, 42:4, 42:5, 43:8, 43:9, 43:12, 44:21, 48:15, 49:4, 50:4, 51:24, 52:16, 53:15, 53:23, 58:4, 61:10, 61:13, 61:22, 62:4, 62:13, 67:22, 68:1, 73:15, 75:19, 76:2, 76:24, 80:22, 87:5, 90:7, 91:16, 94:16, 97:20, 99:6, 100:21, 105:15, 106:13, 106:15, 107:3, 114:1, 116:10, 117:2, 117:6, 117:20, 120:18, 125:1, 125:3, 126:2, 126:20, 127:3, 127:11, 128:12, 129:18, 130:25, 132:6, 136:24, 138:10, 140:1, 142:25, 144:3
**onecart** [1] - 108:12
**ones** [7] - 53:1, 87:2, 87:5, 87:11, 126:14, 127:3, 130:25
**ongoing** [1] - 80:17
**online** [1] - 88:7
**open** [5] - 11:6, 61:25, 85:17, 100:22, 121:2
**open-source** [1] - 61:25
**opening** [3] - 136:17, 137:8, 137:20
**operate** [1] - 101:23
**operates** [1] - 70:15
**operationalize** [1] -

119:7
**operations** [2] - 49:22, 50:3
**Operations** [3] - 24:13, 77:10, 104:21
**opine** [2] - 78:9, 87:25
**opining** [1] - 87:22
**opinion** [5] - 63:12, 87:14, 89:8, 89:12, 89:14
**OPM** [15] - 5:24, 6:4, 6:14, 16:17, 17:9, 79:19, 80:15, 80:17, 85:24, 90:12, 90:15, 90:18, 90:20, 91:10, 91:13
**OPM's** [2] - 13:19, 17:13
**opportunity** [1] - 57:19
**opposed** [1] - 36:12
**optimistic** [1] - 107:25
**option** [3] - 56:24, 57:2, 57:3
**optional** [8] - 56:2, 56:3, 56:18, 56:21, 56:25, 57:13, 57:16, 67:20
**options** [1] - 100:1
**order** [13] - 6:17, 15:5, 16:16, 17:16, 19:7, 28:16, 28:18, 38:4, 40:24, 43:13, 85:3, 85:4
**Order** [1] - 13:22
**org** [2] - 83:20, 107:23
**organization** [3] - 51:7, 51:19, 52:3
**orient** [1] - 46:3
**original** [8] - 8:21, 10:16, 11:11, 16:17, 18:3, 19:19, 19:22, 85:2
**originally** [3] - 24:17, 28:19, 114:11
**OSD** [2] - 85:19, 86:13
**ought** [1] - 105:5
**ourselves** [1] - 46:3
**outlines** [1] - 15:19
**outside** [7] - 18:11, 52:14, 64:15, 87:18, 117:9, 127:2, 138:8
**outsider** [2] - 30:10, 30:16
**outward** [1] - 40:14
**Outward** [20] - 35:23, 36:1, 36:5, 36:7, 36:12, 38:1, 38:13, 39:7, 39:11, 40:11, 44:20, 44:25, 45:4,

45:22, 47:14, 47:24, 48:20, 49:15, 50:16, 50:19
**overall** [1] - 108:9
**overrule** [2] - 118:6, 118:9
**overruled** [8] - 17:1, 24:3, 55:11, 59:3, 63:14, 63:20, 118:13, 134:10
**overruling** [3] - 21:1, 68:10, 91:6
**overview** [1] - 52:7
**own** [5] - 33:13, 84:12, 105:16, 107:4, 141:24

## P

**p.m** [17] - 1:4, 74:24, 75:2, 75:3, 75:8, 75:11, 75:12, 81:13, 83:1, 93:14, 106:6, 120:25, 121:1, 121:19, 121:20, 144:19
**Pablo** [1] - 116:16
**package** [1] - 58:3
**Page** [33] - 8:10, 12:18, 15:15, 21:4, 22:9, 37:3, 55:18, 56:10, 56:13, 56:20, 57:5, 57:6, 57:15, 74:17, 75:4, 75:13, 80:8, 80:19, 92:21, 93:13, 107:6, 107:14, 109:14, 110:13, 110:18, 111:7, 111:13, 111:20, 120:5, 121:13, 125:7, 137:2, 137:16
**PAGE** [1] - 2:2
**page** [21] - 8:18, 11:6, 12:14, 13:7, 16:4, 17:7, 21:24, 28:6, 37:6, 37:7, 37:11, 37:22, 52:11, 57:8, 92:13, 96:13, 102:16, 108:6, 109:8, 112:8, 124:17
**pages** [2] - 52:1, 52:5
**palace** [1] - 140:16
**pales** [1] - 136:13
**panel** [2] - 26:16, 133:17
**paperwork** [1] - 119:16
**Paragraph** [1] - 109:14
**paragraph** [25] -

25:10, 50:11, 79:17, 80:21, 80:22, 81:14, 92:23, 93:3, 99:24, 100:18, 100:19, 103:8, 108:7, 109:2, 109:9, 109:19, 110:20, 111:14, 113:11, 113:24, 119:4, 132:21, 133:22, 137:9, 137:11
**paragraphs** [10] - 84:15, 101:13, 102:24, 104:3, 104:25, 107:19, 123:20, 123:22, 131:8, 136:7
**Park** [1] - 1:21
**Parker** [3] - 107:8, 107:15, 107:16
**Parker's** [1] - 107:19
**part** [18] - 7:12, 9:19, 10:14, 10:15, 16:16, 47:13, 49:10, 52:24, 54:25, 56:3, 70:3, 71:25, 82:6, 90:2, 91:15, 96:23, 112:2, 139:10
**participant** [1] - 133:16
**participation** [2] - 47:15, 47:23
**particular** [2] - 50:5, 53:19
**parties** [9] - 18:9, 69:21, 71:9, 111:4, 117:7, 125:17, 126:3, 126:25, 127:12
**partners** [1] - 83:22
**partnership** [1] - 109:10
**parts** [1] - 135:21
**passive** [1] - 131:22
**passive-aggressively** [1] - 131:22
**passively** [1] - 132:24
**past** [1] - 5:21
**path** [1] - 86:9
**patience** [1] - 86:9
**Pause** [3] - 22:3, 97:21, 117:4
**pause** [1] - 101:19
**pay** [1] - 56:6
**paying** [1] - 69:22
**payment** [2] - 57:8, 57:12
**pen** [2] - 37:16, 37:17
**pending** [1] - 116:18

**people** [20] - 11:10, 32:12, 32:24, 35:3, 43:12, 43:16, 43:25, 45:8, 47:7, 47:23, 48:4, 48:17, 58:5, 60:23, 65:1, 100:1, 108:16, 136:20, 138:23, 140:18
**percent** [6] - 15:11, 104:9, 104:10, 108:9, 108:13, 108:14
**perfectionist** [1] - 119:12
**perform** [1] - 91:15
**Performance** [2] - 13:19, 69:6
**performance** [5] - 15:18, 15:19, 15:22, 15:23, 34:9
**performed** [1] - 124:22
**performing** [1] - 81:22
**period** [23] - 5:6, 11:2, 33:3, 34:4, 34:14, 34:25, 38:3, 38:14, 38:17, 42:9, 42:13, 42:19, 51:4, 57:1, 61:3, 64:3, 101:18, 102:3, 103:6, 105:12, 106:25, 110:25, 137:21
**periods** [1] - 30:11
**Perks** [3] - 66:14, 66:18, 69:4
**PERRY** [52] - 1:16, 63:9, 63:11, 63:19, 67:6, 68:7, 73:21, 73:25, 78:7, 78:13, 81:8, 84:3, 87:13, 87:20, 88:23, 90:1, 90:22, 91:4, 92:9, 95:15, 95:22, 97:23, 98:23, 99:2, 99:4, 99:6, 101:3, 102:10, 106:1, 106:14, 108:21, 110:9, 112:24, 116:5, 117:1, 117:5, 117:10, 117:25, 120:2, 123:9, 124:12, 128:19, 128:22, 129:10, 129:15, 130:11, 134:8, 134:24, 139:20, 139:23, 142:11, 142:18
**Perry** [1] - 89:17
**person** [5] - 25:2, 73:12, 111:1, 115:22, 137:18

**personal** [9] - 27:24, 67:7, 70:22, 84:13, 91:5, 113:9, 114:13, 120:11, 135:6
**personally** [3] - 36:11, 36:21, 38:11
**Personnel** [6] - 6:5, 77:4, 77:8, 85:13, 97:13, 110:5
**personnel** [8] - 18:4, 46:9, 49:9, 54:21, 54:22, 119:20, 120:16, 120:19
**perspective** [1] - 88:10
**persuasive** [1] - 128:2
**phase** [2] - 110:25, 112:16
**phone** [13] - 41:8, 41:12, 71:5, 71:6, 79:18, 98:13, 124:21, 125:4, 125:6, 125:16, 125:19, 125:21
**phones** [6] - 70:10, 71:2, 71:4, 71:7, 71:10, 71:11
**photographs** [5] - 138:10, 139:3, 140:10, 144:4, 144:11
**photos** [4] - 64:17, 141:4, 143:1, 144:13
**phrase** [2] - 133:2, 133:3
**physical** [1] - 70:9
**pick** [1] - 141:14
**picking** [1] - 108:15
**picture** [1] - 140:5
**pictures** [3] - 64:23, 141:10, 141:12
**piece** [1] - 65:16
**pilot** [2] - 9:16, 30:25
**pin** [1] - 82:20
**pivotal** [1] - 69:20
**place** [22] - 9:3, 9:24, 10:7, 10:13, 11:12, 12:12, 13:6, 29:7, 29:23, 31:18, 32:18, 35:20, 36:18, 41:6, 58:9, 71:10, 85:23, 90:12, 91:16, 119:7, 123:3, 124:6
**placed** [1] - 125:15
**Plaintiff** [1] - 1:3
**plan** [6] - 5:8, 83:6, 83:14, 85:4, 85:5, 86:6
**plans** [1] - 122:19
**platform** [5] - 66:18,

69:4, 70:15, 126:13, 126:14
**Platz** [5] - 92:18, 92:19, 93:14, 94:2, 94:10
**play** [3] - 69:20, 69:23, 73:1
**plus** [15] - 21:15, 21:24, 22:4, 27:16, 27:18, 81:23, 88:7, 111:17, 111:18, 121:19, 133:17, 136:21, 136:24
**PO** [1] - 105:6
**POC** [1] - 105:5
**point** [17] - 19:1, 64:20, 68:24, 89:21, 91:19, 99:15, 99:17, 106:10, 106:22, 111:25, 115:24, 118:8, 119:16, 130:9, 139:8, 141:7, 144:7
**pointing** [1] - 97:5
**points** [1] - 9:15
**poison** [1] - 132:5
**policies** [10] - 72:12, 86:17, 86:19, 86:21, 86:25, 87:6, 88:14, 88:23, 88:25, 89:20
**policy** [3] - 87:15, 87:20, 89:23
**political** [1] - 50:2
**poor** [1] - 140:5
**pop** [1] - 100:12
**population** [1] - 108:11
**position** [3] - 83:7, 103:11, 136:23
**positions** [2] - 12:4, 59:10
**positive** [5] - 32:12, 35:3, 39:12, 107:24, 111:19
**possibility** [1] - 83:12
**possible** [6] - 10:9, 39:21, 39:23, 76:12, 76:18, 105:7
**possibly** [1] - 30:13
**potential** [1] - 124:2
**potentially** [1] - 138:23
**power** [1] - 81:21
**PowerTrain** [22] - 6:2, 6:4, 6:10, 6:11, 6:13, 6:18, 14:11, 17:14, 19:22, 54:20, 79:20, 80:11, 80:14, 80:17, 85:25, 86:1, 90:13, 90:14, 90:18, 91:12,

91:18
**PowerTrain's** [3] - 13:20, 19:22, 80:12
**practice** [1] - 133:15
**practice'** [1] - 101:23
**precarious** [1] - 83:6
**preceding** [1] - 88:4
**prefer** [1] - 121:23
**prejudice** [1] - 138:23
**prejudices** [1] - 140:17
**prejudicial** [10] - 64:19, 138:12, 138:18, 138:25, 139:4, 140:10, 140:19, 141:9, 143:21, 143:23
**premises** [3] - 70:10, 70:12, 71:12
**prepaid** [1] - 111:17
**prepared** [5] - 14:18, 51:15, 131:11, 131:20, 132:17
**preparing** [1] - 51:8
**presents** [1] - 133:16
**pressure** [1] - 33:25
**pressured** [1] - 21:21
**presumably** [2] - 10:12, 30:3
**pretty** [6] - 18:13, 51:17, 52:13, 93:19, 121:17, 139:25
**previous** [1] - 7:1
**previously** [5] - 6:25, 16:12, 36:7, 64:8, 132:14
**Price** [2] - 13:21, 17:15
**pricing** [2] - 9:1, 21:6
**primarily** [1] - 74:13
**primary** [1] - 80:14
**prime** [4] - 6:1, 86:1, 90:15, 91:13
**print** [1] - 125:18
**pro** [1] - 58:3
**probative** [3] - 64:19, 141:9, 143:22
**procedure** [2] - 18:20, 29:19
**procedures** [4] - 72:12, 86:19, 86:25, 87:6
**proceed** [4] - 25:12, 26:3, 91:7, 109:13
**proceedings** [1] - 145:6
**process** [18] - 3:21, 15:2, 15:19, 31:16, 41:23, 42:8, 53:23, 72:4, 79:7, 86:1, 86:3, 86:10, 90:14,

105:15, 105:17, 107:3, 107:5, 133:17
**producing** [1] - 139:12
**product** [1] - 105:2
**program** [9] - 15:19, 30:25, 45:3, 45:5, 80:15, 90:20, 90:21, 91:10, 125:11
**programs** [2] - 40:16, 40:24
**pronouncing** [1] - 50:7
**proper** [1] - 20:6
**proposal** [18] - 14:3, 14:4, 14:24, 15:4, 15:5, 15:8, 17:22, 18:3, 22:23, 25:17, 25:19, 26:4, 54:23, 54:25, 55:5, 55:14, 56:3
**Proposal** [2] - 14:12, 54:20
**proposal)** [1] - 25:13
**Proposals** [2] - 13:21, 17:15
**propose** [1] - 85:6
**prospective** [1] - 87:8
**protect** [1] - 97:12
**protocols** [1] - 101:23
**Prototype** [1] - 54:20
**provide** [2] - 133:21, 137:7
**Provide** [1] - 14:12
**provided** [4] - 16:6, 16:9, 54:5, 66:25
**provides** [2] - 133:15, 137:8
**providing** [3] - 48:19, 49:15, 89:6
**PS** [2] - 93:8, 93:9
**PT** [2] - 79:20, 80:9
**public** [18] - 21:20, 61:8, 61:11, 61:15, 61:20, 72:19, 72:20, 72:23, 72:24, 72:25, 73:3, 87:21, 88:11, 88:25, 108:16, 136:14
**publicly** [3] - 86:23, 88:5, 88:17
**publish** [30] - 54:11, 64:11, 67:5, 68:6, 73:20, 74:3, 74:4, 78:5, 81:6, 84:1, 87:21, 92:6, 95:14, 97:19, 98:22, 101:2, 102:9, 105:25, 108:19, 110:8, 112:23, 116:4, 116:25, 119:25,

123:8, 124:10, 126:19, 130:10, 134:23, 138:3
**published** [28] - 14:10, 17:2, 21:2, 46:2, 49:2, 68:11, 73:24, 78:16, 81:11, 84:6, 87:25, 92:11, 96:1, 97:25, 99:1, 101:6, 102:14, 106:4, 108:23, 110:12, 113:2, 116:8, 118:13, 120:4, 123:12, 124:14, 130:14, 135:2
**pull** [12] - 13:25, 21:15, 22:15, 22:16, 23:12, 26:5, 109:22, 110:6, 123:6, 124:8, 125:13, 130:7
**pulls** [1] - 119:13
**purchase** [1] - 6:17
**purpose** [3] - 88:18, 89:13, 143:24
**purposes** [1] - 68:16
**pursuant** [5] - 71:18, 72:6, 73:7, 74:23, 75:7
**pursue** [1] - 62:1
**pursuing** [1] - 139:19
**purview** [1] - 38:7
**pushing** [1] - 139:16
**put** [18] - 10:7, 12:12, 21:23, 22:17, 28:24, 31:18, 48:8, 52:17, 87:14, 87:21, 87:24, 88:19, 105:2, 119:16, 138:9, 140:10, 140:13, 144:4

**Q**

**qualified** [1] - 87:23
**Quantico** [1] - 60:24
**quarter** [1] - 112:5
**questions** [18] - 19:15, 19:18, 19:21, 20:13, 20:14, 33:10, 34:2, 35:10, 41:5, 44:10, 51:16, 54:9, 59:13, 76:19, 82:10, 86:11, 88:4
**quick** [4] - 106:10, 106:22, 129:18, 142:25
**quickly** [4] - 5:14, 5:17, 22:14, 121:3
**quiet** [6] - 101:18, 102:3, 103:6,

105:12, 106:25, 110:25
**QUINN** [1] - 1:18
**quite** [6] - 4:24, 29:17, 31:19, 53:5, 134:15, 136:14
**quotations** [1] - 96:24
**quote** [1] - 33:16

**R**

**RAFFISH** [1] - 1:16
**Raimondo** [2] - 82:15, 82:24
**Rajbir** [2] - 99:21, 99:22
**Ram** [10] - 102:17, 102:24, 103:20, 103:21, 104:6, 104:7, 104:22, 105:9, 105:10, 106:14
**rank** [1] - 118:22
**ranking** [1] - 24:14
**Ray** [3] - 11:17, 53:10, 53:18
**ray** [1] - 7:20
**RDR** [3] - 1:23, 145:3, 145:10
**re** [1] - 24:5
**reach** [2] - 92:2, 94:22
**reached** [2] - 95:1, 95:3
**read** [74] - 16:17, 18:25, 20:1, 20:9, 20:20, 20:21, 21:5, 23:25, 25:10, 35:17, 37:4, 37:11, 37:23, 38:25, 47:9, 53:2, 54:18, 68:25, 79:17, 80:21, 81:13, 82:9, 82:22, 83:2, 83:18, 84:15, 85:14, 88:7, 88:17, 92:23, 93:3, 93:8, 93:14, 93:21, 96:18, 97:2, 97:6, 99:24, 100:19, 101:13, 101:16, 102:24, 103:8, 103:20, 104:2, 106:7, 107:18, 108:6, 109:2, 109:8, 109:14, 110:18, 110:20, 111:13, 111:24, 111:25, 112:11, 113:24, 114:17, 119:3, 119:4, 120:24, 122:17, 122:24, 123:20, 129:13, 131:8, 133:22,

134:8, 136:6, 137:3, 137:6, 137:11
**reading** [7] - 11:24, 37:10, 37:21, 78:8, 94:13, 106:18, 107:7
**ready** [4] - 4:12, 59:23, 83:14, 117:13
**real** [2] - 111:5, 136:20
**realize** [5] - 63:20, 66:15, 100:20, 100:23, 139:3
**really** [12] - 4:7, 21:21, 29:21, 35:18, 40:20, 52:8, 76:2, 81:1, 88:6, 88:10, 140:18
**rear** [1] - 11:24
**reason** [5] - 5:4, 136:12, 138:24, 139:16, 140:6
**reasonable** [1] - 81:1
**reasons** [1] - 83:8
**REBECCA** [1] - 1:11
**receive** [7] - 60:22, 60:24, 67:24, 72:7, 73:7, 73:10, 85:5
**received** [10] - 11:10, 28:9, 39:1, 39:4, 48:9, 52:19, 69:24, 73:6, 86:22, 94:22
**receiving** [6] - 44:19, 47:16, 47:21, 48:2, 99:25, 133:15
**Recess** [1] - 59:21
**recipient** [1] - 45:14
**recognize** [14] - 12:19, 14:2, 16:15, 18:1, 28:9, 48:9, 48:10, 51:24, 52:11, 52:21, 52:24, 53:8, 53:13, 53:14
**recognizes** [1] - 19:10
**recollection** [6] - 37:1, 37:25, 38:22, 39:1, 39:6, 39:10
**recommendation** [1] - 3:22
**recommended** [1] - 3:20
**record** [12] - 20:5, 20:9, 20:18, 20:23, 38:9, 55:13, 59:4, 60:12, 63:15, 65:18, 66:2, 129:19
**record'** [1] - 79:22
**records** [20] - 18:23, 19:25, 20:4, 72:3, 72:4, 72:5, 72:7, 72:8, 72:9, 72:17, 72:19, 72:20, 72:23, 72:24, 73:1, 73:3,

73:16, 140:12, 142:11
**recover** [1] - 108:14
**red** [1] - 98:6
**redacted** [1] - 126:22
**redirect** [1] - 54:10
**REDIRECT** [1] - 54:13
**reduction** [1] - 112:4
**REED** [1] - 1:20
**refer** [2] - 103:25, 133:6
**reference** [12] - 13:22, 17:22, 79:24, 80:9, 80:10, 82:6, 100:7, 115:13, 133:4, 133:12, 133:13, 137:3
**references** [1] - 90:17
**referred** [3] - 77:19, 103:22, 137:18
**reflect** [5] - 65:18, 65:20, 66:3, 66:4, 73:12
**reflected** [1] - 74:23
**refresh** [5] - 37:1, 37:25, 38:22, 39:6, 39:10
**refreshes** [1] - 39:1
**regarding** [4] - 44:20, 62:5, 85:5, 87:7
**regards** [1] - 109:10
**regenerated** [1] - 94:1
**regulations** [1] - 33:24
**relate** [1] - 48:21
**related** [3] - 45:22, 48:19, 82:16
**relation** [3] - 119:19, 123:17, 136:2
**relationship** [2] - 12:2, 111:1
**relayed** [1] - 84:24
**relevance** [6] - 138:12, 138:16, 139:5, 143:14, 143:18, 143:22
**relevant** [18] - 67:18, 69:21, 70:20, 71:7, 71:9, 72:5, 72:25, 74:10, 80:1, 85:8, 87:2, 87:5, 88:14, 110:1, 113:17, 140:24, 140:25, 141:6
**relied** [1] - 58:13
**relying** [5] - 44:1, 44:3, 44:5, 44:8, 89:6
**remain** [2] - 85:4, 107:25
**remainder** [2] - 83:10, 85:4

**remains** [1] - 85:2
**remember** [16] - 4:21, 5:2, 25:16, 35:24, 36:19, 36:20, 41:15, 41:16, 45:8, 48:2, 50:15, 50:20, 51:1, 54:16, 58:19, 58:23
**remind** [1] - 141:23
**reminder** [1] - 23:11
**rent** [5] - 139:14, 139:23, 139:24, 140:11, 140:13
**rentals** [1] - 108:15
**reply** [2] - 128:15, 128:17
**report** [5] - 124:17, 124:21, 124:23, 125:3, 125:5
**reported** [7] - 46:13, 46:14, 46:16, 46:18, 46:20, 46:24
**Reporter** [3] - 1:23, 1:23, 145:11
**REPORTER** [2] - 129:8, 145:1
**representation** [1] - 26:20
**request** [2] - 72:6, 127:11
**requests** [1] - 72:3
**require** [1] - 111:1
**required** [2] - 85:25, 90:13
**requirement** [2] - 7:14, 32:8
**requirements** [2] - 7:10, 7:17
**requires** [2] - 58:4, 87:10
**research** [15] - 32:10, 32:11, 34:10, 35:6, 36:4, 36:12, 36:14, 36:22, 38:1, 38:10, 38:11, 38:12, 42:6, 58:5, 141:24
**researchers** [1] - 136:19
**reserving** [1] - 129:21
**residence** [1] - 70:11
**residing** [1] - 74:15
**Resolution** [1] - 83:13
**respect** [2] - 57:18, 143:1
**respond** [12] - 83:1, 83:17, 104:6, 104:22, 105:9, 114:4, 121:7, 121:10, 122:5, 122:13, 123:1, 140:3
**responded** [1] - 111:8

**responding** [2] - 67:20, 127:23
**responds** [7] - 104:7, 107:14, 108:7, 111:20, 112:9, 114:5, 122:3
**response** [15] - 67:24, 93:21, 94:5, 104:3, 109:15, 111:6, 111:24, 114:4, 121:14, 122:1, 122:24, 125:1, 127:7, 140:9, 142:10
**responsibility** [3] - 41:3, 61:9, 100:5
**rest** [3] - 82:9, 85:14, 135:18
**restaurant** [3] - 73:2, 73:3, 73:4
**Resumed** [1] - 4:16
**retire** [3] - 77:23, 117:13, 119:16
**retired** [1] - 77:24
**retread** [1] - 7:6
**returned** [1] - 73:16
**returns** [2] - 62:23, 62:24
**reveals** [1] - 125:25
**revenue** [2] - 108:4, 139:12
**revenues** [2] - 104:9, 108:10
**reverse** [1] - 112:6
**review** [14] - 31:14, 34:24, 50:13, 62:23, 69:24, 71:17, 71:18, 72:16, 76:21, 86:17, 86:25, 87:4
**reviewed** [5] - 88:17, 88:21, 89:4, 89:12, 89:13
**reviews** [11] - 30:20, 30:22, 31:7, 31:14, 31:22, 32:3, 35:3, 37:9, 37:14, 37:24, 39:2
**revised** [1] - 13:19
**RFTOP** [1] - 13:19
**rich** [2] - 140:15, 140:18
**Richard** [3] - 111:10, 111:11, 111:20
**ridiculous** [1] - 141:12
**right-hand** [2] - 68:2, 98:3
**rise** [1] - 119:10
**risk** [1] - 31:22
**ritual** [1] - 133:14
**RIVERA** [1] - 1:20
**Robert** [34] - 25:2,

52:3, 62:5, 62:11, 68:13, 68:19, 70:21, 71:6, 76:25, 77:23, 77:25, 82:25, 84:10, 85:12, 92:17, 94:11, 94:12, 101:10, 102:2, 103:23, 104:19, 110:4, 113:9, 114:9, 115:4, 115:15, 116:15, 118:16, 120:11, 122:16, 126:4, 135:6, 135:9
**Robertson** [1] - 79:13
**Robertson's** [1] - 80:21
**rock** [2] - 85:23, 90:11
**Roger** [8] - 48:15, 114:7, 114:8, 114:9, 114:10, 114:24, 115:4, 115:9
**role** [10] - 62:13, 64:2, 69:20, 77:12, 80:12, 82:18, 93:23, 103:18, 103:23, 104:19
**rolling** [1] - 28:10
**Rolnick** [6] - 115:10, 115:13, 116:16, 122:12, 122:13, 122:15
**Room** [2] - 1:24, 145:12
**room** [1] - 124:3
**rooms** [1] - 139:2
**ROSS** [102] - 1:11, 14:8, 16:24, 18:7, 19:12, 20:5, 23:20, 23:22, 24:2, 34:20, 45:25, 48:25, 52:13, 54:11, 54:14, 55:12, 55:18, 56:10, 56:13, 56:20, 57:5, 57:15, 57:22, 59:12, 60:1, 60:8, 64:7, 64:21, 65:10, 65:12, 65:18, 66:2, 67:2, 68:5, 69:8, 73:17, 74:2, 74:17, 75:4, 75:13, 75:21, 78:3, 80:8, 80:19, 81:4, 83:24, 88:2, 88:13, 89:11, 90:8, 91:8, 92:4, 92:21, 95:8, 95:13, 95:25, 97:14, 97:18, 98:19, 99:3, 100:25, 102:6, 105:23, 106:17, 107:6, 108:17, 110:6, 112:20, 116:2,

116:23, 117:20, 118:10, 118:14, 119:23, 120:5, 121:13, 123:6, 124:8, 126:17, 127:8, 127:17, 128:1, 128:4, 129:1, 129:3, 129:6, 129:18, 130:5, 130:7, 130:15, 132:13, 134:18, 135:20, 136:5, 138:1, 139:10, 139:22, 140:3, 142:25, 143:6, 143:8, 144:15

**Ross** [13] - 18:14, 54:10, 59:25, 80:5, 80:6, 85:22, 90:6, 90:10, 96:12, 98:13, 118:7, 130:3, 141:5

**Ross)**........................ ..............**54** [1] - 2:5

**Ross)**........................ ..............**60** [1] - 2:6

**ROTHSTEIN** [1] - 1:12

**rudimentary** [1] - 66:16

**ruined** [2] - 42:23, 42:25

**rule** [5] - 87:15, 87:20, 87:22, 87:23, 87:24

**rules** [7] - 12:9, 33:24, 58:18, 58:22, 58:25, 59:5, 72:14

**run** [3] - 31:22, 61:24, 107:21

**running** [1] - 84:22

## S

**SA** [1] - 24:5
**safe** [4] - 12:5, 103:4, 105:22, 107:13
**Sailor** [1] - 15:20
**Sailors** [1] - 101:16
**sales** [1] - 108:2
**salon** [3] - 139:6, 141:11, 143:20
**SANTIAGO** [1] - 1:13
**SARAH** [1] - 1:13
**Saturday** [3] - 114:20, 135:11, 136:1
**save** [1] - 127:8
**saved** [4] - 4:20, 5:1, 5:4, 18:21
**saw** [11] - 23:15, 30:20, 70:19, 123:17, 131:5, 133:9, 137:16,

143:3, 143:20, 143:21, 144:11
**scale** [1] - 81:20
**scaling** [1] - 85:6
**Scanlon** [2] - 4:14, 44:11
**SCANLON** [41] - 1:17, 4:15, 4:18, 8:6, 8:17, 8:21, 10:3, 11:5, 12:13, 12:16, 12:24, 13:7, 13:25, 14:6, 16:3, 16:22, 17:6, 17:24, 18:5, 18:16, 19:25, 20:18, 21:3, 22:8, 22:14, 23:4, 23:12, 23:24, 24:22, 26:5, 26:13, 26:18, 28:1, 29:1, 34:23, 36:24, 37:2, 38:24, 39:14, 44:10, 59:2
**Scanlon)**.................... ................ [1] - 2:4
**schedule** [3] - 57:9, 57:12, 113:25
**scheduled** [4] - 50:4, 50:5, 115:9, 116:19
**scheduling** [1] - 123:17
**scheme** [1] - 63:3
**school** [1] - 131:16
**scope** [2] - 52:14, 74:15
**screen** [3] - 51:25, 99:8, 136:8
**screwed** [1] - 42:25
**scroll** [2] - 10:3, 11:5
**sea** [1] - 114:19
**sealed** [1] - 55:2
**search** [30] - 61:1, 62:2, 62:23, 62:24, 68:4, 70:3, 70:4, 70:5, 70:6, 70:8, 70:10, 70:13, 70:17, 70:24, 71:1, 71:4, 71:12, 71:19, 71:21, 73:7, 74:23, 75:7, 78:24, 79:8, 143:4, 143:15, 144:5, 144:6, 144:8, 144:13
**searches** [1] - 72:20
**seat** [1] - 4:12
**seats** [2] - 137:14, 137:15
**SEBASTIAN** [3] - 2:6, 60:6, 60:14
**Sebastian** [2] - 60:2, 60:13
**second** [29] - 5:5, 8:1, 11:6, 16:13, 18:19, 21:12, 22:2, 22:15,

26:13, 28:6, 52:10, 53:11, 55:24, 64:18, 99:5, 99:7, 99:24, 101:13, 103:8, 104:4, 104:24, 107:18, 108:7, 111:14, 131:23, 132:6, 132:16, 132:21, 132:25
**section** [2] - 15:17, 47:10
**secure** [1] - 137:15
**security** [1] - 111:16
**see** [112] - 5:25, 8:12, 8:23, 9:23, 9:25, 13:1, 13:11, 13:14, 13:23, 14:11, 14:15, 14:17, 14:19, 15:17, 16:4, 17:3, 17:9, 17:10, 17:17, 18:1, 19:13, 21:6, 21:10, 21:13, 22:11, 22:18, 22:22, 22:25, 23:5, 23:6, 23:8, 23:17, 23:19, 24:4, 24:6, 25:1, 25:3, 25:23, 26:10, 26:24, 30:13, 31:6, 31:17, 34:1, 38:22, 38:25, 48:7, 49:3, 51:23, 52:1, 52:2, 52:4, 53:2, 53:11, 54:23, 55:20, 55:21, 55:24, 56:12, 56:15, 56:16, 56:25, 57:8, 57:10, 65:13, 65:21, 69:22, 70:22, 73:2, 78:25, 79:9, 79:13, 79:24, 80:9, 82:6, 82:11, 82:21, 86:12, 90:9, 90:17, 94:5, 96:8, 96:24, 96:25, 97:5, 97:10, 100:7, 100:12, 103:3, 103:16, 103:21, 106:5, 115:9, 115:13, 115:16, 117:16, 118:3, 119:15, 119:18, 121:24, 124:24, 125:8, 125:11, 126:3, 126:8, 132:21, 133:2, 136:17, 137:3, 137:19, 144:16
**seeing** [3] - 25:16, 92:25, 108:5
**seek** [3] - 47:23, 73:20, 74:3
**seeking** [1] - 84:23

**seem** [2] - 40:3, 119:11
**seized** [1] - 143:17
**select** [1] - 100:15
**self** [2] - 20:19, 20:23
**self-authenticating** [1] - 20:19
**send** [17] - 68:18, 84:11, 92:16, 99:13, 99:20, 101:9, 102:20, 102:22, 113:8, 114:14, 115:3, 120:10, 120:13, 123:15, 135:5, 135:12, 135:24
**sending** [3] - 49:4, 52:25, 76:14
**sends** [10] - 82:23, 84:12, 102:21, 108:24, 113:6, 114:16, 115:1, 115:4, 123:13, 123:16
**senior** [15] - 11:14, 12:3, 12:5, 32:20, 32:24, 43:16, 46:11, 49:12, 59:9, 79:12, 105:13, 107:1, 113:23, 133:18, 133:20
**sense** [4] - 132:4, 134:1, 134:12, 143:11
**sensitive** [1] - 133:6
**sent** [26] - 24:18, 46:3, 46:6, 46:8, 47:2, 48:15, 50:11, 73:8, 76:2, 76:3, 76:5, 76:6, 78:17, 94:6, 94:15, 94:17, 94:19, 107:7, 116:21, 130:24, 131:1, 131:3, 131:6, 135:13, 136:3, 137:18
**sentence** [1] - 132:16
**sentences** [2] - 112:11, 133:2
**separately** [1] - 113:12
**September** [19] - 17:4, 17:15, 22:12, 23:9, 23:10, 25:19, 26:8, 26:9, 26:23, 27:3, 27:20, 44:19, 44:23, 45:17, 46:4, 50:23, 52:12, 111:16
**serve** [3] - 62:1, 62:22, 77:25
**served** [2] - 77:11,

91:17
**service** [2] - 59:9, 62:20
**Service** [1] - 62:21
**services** [6] - 13:11, 16:5, 16:8, 17:12, 70:8, 70:16
**serving** [1] - 77:8
**SESSION** [1] - 1:6
**session** [1] - 56:15
**sessions** [1] - 50:4
**set** [4] - 8:13, 9:11, 28:15, 114:24
**sets** [1] - 10:11
**setting** [1] - 24:11
**setup** [1] - 133:16
**seven** [8] - 27:16, 27:17, 27:18, 29:13, 29:14, 29:15, 121:19
**several** [3] - 105:13, 107:1, 142:9
**shall** [2] - 13:11, 17:12
**share** [2] - 99:25, 103:4
**shared** [1] - 81:16
**shareholders** [1] - 111:18
**sharing** [2] - 24:4, 123:25
**sheet** [1] - 111:16
**Shelanski** [1] - 113:20
**shepherding** [1] - 100:6
**ships** [1] - 9:19
**shocker** [1] - 102:10
**short** [4] - 34:14, 50:9, 101:20, 143:6
**shortly** [1] - 100:23
**show** [16] - 8:17, 16:12, 19:5, 19:23, 20:14, 44:21, 45:11, 51:23, 64:21, 69:20, 138:13, 138:18, 139:18, 140:1, 140:11, 140:13
**showed** [2] - 34:6, 34:8
**showing** [8] - 19:5, 54:16, 138:25, 139:1, 139:6, 139:7
**shown** [1] - 126:23
**shows** [5] - 112:15, 126:5, 126:6, 126:8, 126:10
**Shriram** [5] - 102:17, 103:20, 103:21, 104:22, 106:14
**Shriram's** [3] - 102:25, 104:6, 105:9
**sidebar** [2] - 64:12,

138:4

**signed** [10] - 12:25, 13:1, 13:6, 23:2, 26:8, 26:9, 27:7, 55:2, 58:9, 112:2

**similar** [3] - 17:19, 66:15, 126:14

**SIMONE** [1] - 1:20

**simplified** [1] - 34:6

**simply** [1] - 78:8

**single** [3] - 59:8, 87:4, 88:19

**sitting** [1] - 34:7

**situation** [2] - 81:2, 104:9

**situations** [2] - 87:12, 94:16

**Six** [1] - 9:20

**six** [1] - 6:24

**Sixth** [3] - 9:20, 29:19, 49:11

**size** [2] - 85:2, 103:13

**skeleton** [3] - 29:21, 30:1, 30:9

**Sleeth** [2] - 124:24, 125:2

**slightest** [4] - 131:20, 131:21, 132:22

**slimy** [10] - 131:13, 131:23, 131:24, 132:3, 132:20, 132:24, 132:25, 133:25, 134:7, 134:11

**small** [3] - 35:6, 40:4, 111:19

**smaller** [1] - 105:7

**smartly** [1] - 83:23

**so..** [1] - 8:7

**society** [1] - 138:22

**software** [3] - 66:20, 105:4, 124:19

**sole** [1] - 7:22

**sole-sourced** [1] - 7:22

**someone** [8] - 31:5, 38:5, 51:20, 89:19, 113:16, 113:21, 125:14, 136:25

**sometime** [1] - 5:21

**sometimes** [2] - 71:10, 76:1

**soon** [1] - 109:21

**sooner** [1] - 136:10

**sorry** [39] - 4:22, 21:12, 23:6, 26:18, 28:2, 28:3, 31:19, 40:6, 41:11, 42:10, 46:24, 53:2, 53:15, 54:12, 55:12, 56:13,

56:14, 57:6, 62:25, 73:25, 80:9, 80:22, 99:2, 99:6, 99:15, 103:21, 104:1, 117:1, 121:9, 121:11, 130:5, 135:24, 136:5, 136:10, 137:17, 139:22

**sort** [6] - 19:16, 42:19, 43:18, 61:16, 141:7, 143:11

**sorted** [1] - 81:2

**sorts** [1] - 138:13

**sounds** [3] - 30:22, 106:16, 121:11

**source** [1] - 61:25

**Source** [2] - 54:20, 126:10

**sourced** [1] - 7:22

**space** [2] - 138:25, 139:1

**speaking** [1] - 41:15

**speaks** [1] - 3:14

**SPECIAL** [2] - 2:6, 60:6

**special** [6] - 47:11, 60:16, 60:17, 60:19, 60:22, 61:19

**Special** [1] - 60:13

**specialist** [1] - 44:6

**specific** [10] - 35:14, 44:21, 51:18, 61:4, 70:11, 73:2, 89:21, 89:23, 125:24, 126:2

**specifically** [7] - 4:1, 41:16, 45:8, 48:5, 50:17, 50:22, 70:21

**specifications** [2] - 13:18, 17:13

**specs** [2] - 105:16, 107:4

**spell** [1] - 60:11

**spend** [1] - 111:2

**spends** [1] - 108:11

**spent** [1] - 128:4

**split** [1] - 66:9

**splits** [1] - 66:9

**sponsorship** [1] - 86:3

**spouse** [1] - 135:9

**squad** [4] - 61:4, 61:6, 61:8, 61:15

**squads** [1] - 61:12

**staff** [11] - 12:1, 29:18, 41:1, 44:4, 46:21, 46:22, 47:8, 49:10, 49:19, 49:24, 50:12

**staff's** [1] - 47:15

**stakes** [2] - 131:12, 132:18

**stand** [6] - 20:16, 60:4, 65:4, 65:5, 74:5, 94:14

**standard** [4] - 15:2, 42:8, 51:17, 74:7

**Standard** [2] - 75:6, 75:9

**stands** [1] - 100:15

**star** [2] - 96:21, 118:23

**start** [7] - 53:4, 53:7, 63:1, 76:17, 92:12, 110:13, 119:11

**started** [2] - 88:8, 105:7

**starting** [4] - 33:12, 80:23, 106:5, 108:14

**state** [6] - 60:11, 117:14, 117:15, 117:24, 118:8, 139:13

**statement** [5] - 3:8, 3:13, 7:14, 34:9, 49:6

**Statement** [2] - 13:20, 17:13

**STATES** [3] - 1:1, 1:2, 1:10

**States** [2] - 1:11, 145:11

**stationed** [1] - 118:19

**status** [1] - 103:5

**staying** [3] - 105:22, 107:12, 109:21

**Steffanie** [2] - 23:18, 24:4

**stenographic** [1] - 145:5

**step** [4] - 15:12, 59:15, 142:3

**stepped** [2] - 131:23, 132:25

**steps** [2] - 58:1, 58:2

**stick** [1] - 87:11

**still** [12] - 7:14, 20:6, 20:8, 81:2, 99:9, 105:11, 106:24, 110:24, 112:3, 124:3, 135:20, 140:6

**stipulated** [1] - 128:9

**stock** [1] - 99:25

**stood** [2] - 65:17, 65:25

**stopping** [1] - 113:16

**stories** [1] - 81:21

**storm** [3] - 105:20, 107:11, 109:20

**straight** [1] - 114:20

**strategy** [2] - 79:10, 130:20

**straw** [1] - 93:2

**streamlines** [1] - 72:4

**Street** [2] - 1:14, 1:18

**stretch** [1] - 33:19

**stricken** [1] - 141:1

**strike** [1] - 90:1

**string** [1] - 109:22

**stronger** [3] - 104:12, 105:21, 107:12

**struggling** [3] - 101:21, 139:24, 140:6

**stuck** [1] - 121:11

**studies** [1] - 81:20

**studying** [1] - 128:4

**stuff** [1] - 32:5

**sub** [3] - 85:24, 90:12, 90:18

**subcontract** [4] - 6:13, 90:19, 91:3, 91:9

**subcontractor** [4] - 6:9, 6:10, 80:18, 91:17

**subject** [7] - 68:20, 90:25, 116:12, 120:22, 125:4, 129:20, 135:10

**sublet** [1] - 91:14

**subpoena** [5] - 67:20, 67:23, 67:24, 68:4

**subpoenas** [10] - 60:25, 62:1, 62:22, 67:11, 67:14, 67:15, 69:11, 69:13, 69:14, 71:21

**subsequently** [1] - 25:14

**subset** [1] - 9:24

**substituting** [2] - 130:4, 130:6

**subtract** [1] - 74:21

**succeed** [1] - 40:16

**succeeded** [2] - 85:12, 110:4

**success** [1] - 81:20

**sue** [1] - 112:18

**sufficient** [3] - 104:11, 105:19, 107:10

**suggests** [1] - 138:20

**suit** [1] - 65:17

**Suite** [1] - 1:18

**SULLIVAN** [1] - 1:18

**summarily** [1] - 142:22

**summarize** [1] - 89:22

**summary** [9] - 56:16, 88:18, 88:20, 89:13, 89:14, 89:15, 89:18, 90:23

**summertime** [1] - 75:16

**Sunday** [1] - 136:22

**supplement** [1] - 142:6

**support** [3] - 55:22, 55:24, 56:16

**surveillance** [1] - 61:1

**survey** [8] - 50:23, 50:24, 51:2, 51:15, 52:1, 52:9, 52:11

**surveys** [1] - 51:21

**suspect** [1] - 85:17

**sustain** [1] - 89:24

**sustained** [1] - 52:15

**sustaining** [3] - 65:7, 65:9, 90:4

**swanky** [2] - 138:15, 143:20

**switch** [2] - 26:14, 29:1

**sworn** [2] - 60:4, 60:5

**Sworn** [1] - 60:6

**T**

**table** [6] - 52:5, 124:20, 125:13, 125:18, 126:1

**tailored** [1] - 51:18

**taint** [1] - 20:15

**talks** [1] - 136:14

**Tarun** [1] - 131:15

**Task** [2] - 13:22, 56:21

**task** [12] - 15:5, 16:16, 17:16, 55:22, 55:25, 56:1, 56:4, 56:17, 57:12, 57:16, 85:3, 85:4

**tasks** [1] - 38:4

**teach** [1] - 119:10

**teaching** [1] - 136:14

**team** [19] - 7:21, 36:9, 38:3, 41:13, 58:11, 62:18, 62:22, 70:2, 70:7, 71:18, 71:25, 72:16, 79:9, 81:16, 82:12, 85:16, 125:1, 130:20, 132:6

**Technical** [2] - 13:20, 17:14

**technically** [1] - 79:20

**techniques** [1] - 60:25

**Technology** [1] - 69:5

**technology** [1] - 108:3

**tedtalk** [1] - 136:19

**teens** [1] - 76:23

**tend** [1] - 73:12

**tentatively** [2] - 115:9, 116:18

**term** [3] - 97:3, 108:15, 133:5

**terms** [5] - 13:12, 32:7,

44:4, 58:1, 63:13
**testified** [14] - 3:8,
8:12, 18:17, 18:21,
19:12, 35:23, 57:23,
58:12, 58:17, 75:22,
88:13, 88:16, 96:11,
138:15
**testify** [5] - 19:20,
20:7, 20:10, 90:24,
144:10
**testifying** [5] - 36:19,
36:20, 89:14, 90:25,
143:19
**testimony** [14] - 3:13,
8:2, 8:13, 19:2, 32:1,
59:15, 63:12, 68:23,
87:14, 88:1, 90:23,
139:20, 141:21,
143:2
**THE** [131] - 1:1, 1:1,
1:9, 3:2, 3:5, 3:10,
3:24, 4:4, 4:11,
12:15, 14:9, 17:1,
18:9, 18:12, 19:9,
20:3, 20:22, 21:1,
22:2, 22:5, 23:21,
24:1, 24:3, 26:16,
34:22, 36:23, 37:17,
37:19, 44:11, 46:1,
49:1, 52:15, 54:10,
55:10, 59:3, 59:14,
59:17, 59:18, 59:22,
60:3, 63:10, 63:14,
64:13, 64:20, 65:3,
65:7, 65:9, 65:20,
66:4, 67:8, 68:10,
73:23, 74:4, 78:11,
78:15, 81:10, 84:5,
87:16, 87:19, 88:12,
89:17, 90:4, 91:2,
91:6, 92:10, 95:18,
95:20, 95:24, 96:1,
97:24, 98:25, 99:5,
99:10, 101:5,
102:13, 106:3,
106:12, 106:16,
108:22, 110:11,
113:1, 116:7, 117:3,
117:7, 118:6,
118:12, 120:3,
123:11, 124:13,
126:25, 127:3,
127:6, 127:14,
127:22, 127:25,
128:7, 128:10,
128:17, 128:21,
128:24, 129:2,
129:4, 129:8,
129:12, 129:17,
129:23, 130:3,

130:6, 130:13,
134:10, 135:1,
135:16, 135:19,
135:23, 138:6,
138:19, 139:8,
140:8, 141:2,
141:17, 142:3,
142:13, 142:16,
142:20, 143:5,
143:7, 143:9,
143:25, 144:6,
144:12, 144:16
**thereafter** [1] - 48:2
**thing'** [1] - 100:6
**thinking** [4] - 10:16,
33:11, 108:1, 117:19
**third** [5] - 16:4,
104:24, 107:18,
111:25, 133:22
**this..** [1] - 94:14
**Thow** [1] - 53:16
**three** [8] - 27:6, 51:17,
84:15, 112:11,
131:8, 136:7, 141:4,
144:13
**throughout** [3] - 19:1,
68:22, 70:19
**Thursday** [6] - 1:4,
84:8, 93:19, 115:10,
116:19, 120:14
**tickets** [5] - 66:17,
108:2, 108:10,
108:12, 136:21
**tie** [2] - 65:17, 144:13
**ties** [1] - 137:4
**tilt** [4] - 132:3, 133:25,
134:7, 134:12
**timeline** [1] - 31:15
**timestamp** [1] - 126:5
**timestamps** [1] -
125:14
**timing** [1] - 29:17
**tiniest** [2] - 131:12,
132:19
**title** [3] - 54:18, 56:15,
118:24
**to..** [1] - 46:20
**to:** [1] - 11:9
**today** [9] - 3:18, 59:15,
65:14, 65:22, 82:11,
120:25, 128:18,
131:17, 133:10
**together** [3] - 34:3,
35:17, 82:13
**Tom** [3] - 81:16, 82:1,
82:5
**tomorrow** [3] - 122:21,
122:25, 130:1
**tonight** [2] - 120:23,
122:20

**took** [4] - 33:13, 51:5,
55:4, 124:6
**tool** [3] - 9:23, 36:2,
51:3
**Tool** [1] - 54:21
**top** [31] - 11:7, 11:8,
13:9, 17:7, 23:17,
26:8, 52:24, 53:3,
53:4, 53:7, 56:16,
57:16, 73:13, 74:22,
75:7, 75:22, 75:25,
79:17, 83:17, 94:9,
94:15, 104:2, 108:6,
112:8, 115:1,
122:24, 124:18,
130:16, 135:17,
136:7, 137:11
**topic** [3] - 35:10,
35:22, 52:16
**topics** [2] - 90:24,
133:6
**totally** [5] - 12:8,
29:24, 30:10, 43:24
**touch** [1] - 114:1
**tough** [1] - 83:11
**tougher** [1] - 93:20
**towards** [2] - 51:6,
96:24
**traffic** [1] - 98:17
**Train** [1] - 47:18
**train** [3] - 60:23, 94:13,
104:14
**trained** [1] - 47:24
**Trainer** [1] - 47:18
**trainer** [1] - 47:24
**trainers** [1] - 47:24
**training** [19] - 18:16,
30:20, 30:23, 32:7,
32:21, 38:18, 39:18,
39:25, 47:16, 48:20,
58:18, 59:8, 59:11,
60:21, 60:24, 66:21,
66:24, 72:5, 72:9
**Training** [1] - 14:12
**trainings** [3] - 38:14,
39:7, 48:4
**transcript** [2] - 145:5,
145:6
**TRANSCRIPT** [1] - 1:9
**transfer** [2] - 77:7,
77:15
**transferred** [1] - 77:18
**transition** [1] - 82:10
**transparency** [2] -
81:21, 83:19
**transportation** [1] -
108:16
**travel** [7] - 72:5, 72:8,
85:18, 108:2,
108:10, 108:13,

111:2
**trenches** [1] - 119:13
**TREVOR** [1] - 1:9
**trial** [2] - 138:14,
141:20
**TRIAL** [1] - 1:9
**tried** [4] - 3:17, 85:17,
122:6, 124:3
**trip** [1] - 93:10
**trouble** [1] - 97:9
**true** [2] - 145:4, 145:6
**truly** [2] - 36:4, 119:10
**trust** [4] - 131:13,
132:19, 142:17,
142:19
**trusting** [1] - 132:7
**truth** [5] - 68:8,
117:12, 117:16,
117:21, 118:2
**try** [1] - 123:24
**trying** [9] - 3:21,
33:20, 33:21, 38:8,
44:6, 81:1, 108:16,
128:4
**Tuesday** [3] - 122:21,
131:17, 133:10
**turkey** [2] - 121:18,
124:2
**turn** [5] - 12:14, 15:15,
17:6, 21:4
**turning** [2] - 79:16,
84:20
**Tweed** [15] - 79:18,
79:24, 80:2, 80:5,
80:6, 85:22, 86:4,
90:10, 90:13, 96:10,
96:11, 96:12, 97:12,
98:8, 98:13
**Tweek** [1] - 85:25
**twice** [1] - 96:8
**two** [27] - 21:8, 26:21,
27:6, 27:15, 29:12,
29:15, 29:20, 30:11,
36:22, 37:5, 40:1,
50:4, 55:21, 65:1,
66:10, 75:17, 76:23,
77:11, 82:7, 83:7,
88:4, 102:24, 104:2,
117:20, 123:20,
123:22
**two-week** [1] - 29:20
**type** [7] - 15:2, 18:1,
19:10, 51:5, 60:21,
66:6, 72:7
**types** [1] - 32:7
**typically** [2] - 69:18,
76:11

## U

**U.K** [3] - 137:3, 137:4,
137:5
**U.S** [5] - 1:13, 1:24,
14:12, 74:12, 137:22
**Ukraine/Russia** [1] -
124:2
**ultimate** [1] - 63:11
**ultimately** [3] - 15:7,
16:8, 40:25
**unable** [2] - 83:7,
101:18
**unavailable** [1] -
122:20
**uncertainty** [1] - 83:9
**uncertainty)** [1] -
137:13
**unclear** [2] - 88:6,
88:10
**uncomfortable** [1] -
8:3
**unconsciously** [1] -
133:7
**under** [22] - 5:13, 5:14,
5:17, 5:21, 14:17,
14:18, 33:24, 33:25,
40:24, 56:4, 62:12,
66:25, 85:24, 90:12,
90:18, 91:4, 96:17,
96:21, 97:11,
111:25, 118:4,
137:10
**underlined** [1] - 96:8
**understood** [10] -
3:19, 8:2, 28:17,
28:19, 29:24, 42:25,
47:21, 54:1, 65:2
**undifferentiated** [1] -
88:25
**unduly** [3] - 138:17,
138:24, 143:23
**unexpected** [1] -
121:2
**unfair** [1] - 34:16
**unfortunate** [1] -
107:21
**unfortunately** [2] -
122:19, 138:22
**uniform** [2] - 85:19,
86:14
**uniformed** [1] - 87:7
**unique** [1] - 83:20
**unit** [1] - 52:2
**UNITED** [3] - 1:1, 1:2,
1:10
**United** [3] - 1:11, 64:1,
145:11
**universal** [1] - 73:13
**Universal** [1] - 74:6

**unless** [1] - 136:25
**unnecessary** [1] - 64:18
**unredacted** [2] - 127:9, 127:10
**unresolved** [1] - 112:17
**up** [82] - 4:23, 6:20, 7:22, 8:6, 10:3, 11:6, 12:13, 13:25, 15:5, 17:24, 22:15, 22:16, 22:24, 23:13, 25:25, 26:5, 26:8, 27:11, 27:17, 28:1, 28:4, 31:5, 36:25, 37:2, 38:4, 38:24, 40:5, 40:8, 42:25, 44:7, 45:13, 48:8, 52:18, 54:11, 61:25, 64:7, 65:4, 65:5, 65:17, 65:25, 67:2, 73:17, 77:4, 78:3, 81:4, 82:11, 83:24, 85:18, 86:8, 86:11, 92:4, 93:14, 95:8, 97:14, 98:19, 100:12, 100:25, 102:6, 103:12, 105:23, 108:15, 108:17, 109:21, 110:6, 112:20, 114:24, 116:2, 116:23, 119:8, 119:23, 123:6, 124:8, 126:17, 130:7, 131:17, 132:13, 132:15, 133:10, 134:20, 138:1, 141:2, 141:14
**upcoming** [1] - 93:23
**update** [5] - 103:4, 106:11, 106:23, 110:23, 116:13
**upgraded** [1] - 100:23
**upper** [4] - 9:6, 96:5, 98:3, 98:6
**ups** [1] - 106:19
**URQUHART** [1] - 1:18
**USA** [3] - 80:16, 90:20, 91:10
**uses** [1] - 133:18
**UTC** [12] - 73:14, 74:5, 74:7, 74:19, 74:22, 75:8, 75:15, 75:23, 75:25, 76:10, 94:18, 131:2
**utilized** [3] - 70:20, 70:21, 80:16
**utilizing** [2] - 15:21, 71:10

**V**

**vaccines** [1] - 104:14
**value** [7] - 59:1, 59:6, 64:19, 100:20, 100:22, 139:14, 143:22
**variety** [1] - 51:16
**various** [3] - 58:2, 105:3, 108:1
**VCNO** [5] - 24:8, 77:10, 82:10, 93:18, 104:20
**vehicle** [1] - 35:19
**vendor** [3] - 32:12, 35:14, 79:20
**verbally** [1] - 9:15
**verify** [3] - 78:20, 79:3, 142:19
**versa** [1] - 76:6
**version** [3] - 127:9, 127:10, 130:8
**versions** [1] - 15:21
**versus** [2] - 38:1, 131:23
**verticals** [1] - 108:1
**via** [4] - 62:1, 125:15, 126:3, 137:14
**vice** [5] - 76:6, 103:16, 103:22, 103:25, 104:15
**Vice** [3] - 49:16, 77:10, 104:20
**victory** [1] - 27:24
**video** [3] - 121:4, 126:8, 126:9
**view** [3] - 31:17, 33:2, 87:25
**viewed** [1] - 88:5
**Vineyard** [1] - 100:15
**violated** [1] - 97:8
**VIP** [2] - 135:11, 137:8
**Virginia** [1] - 61:14
**virtually** [1] - 18:19
**visit** [2] - 93:11, 109:21
**visual** [2] - 140:21, 140:24
**visually** [1] - 144:10
**voice** [1] - 81:21
**volume** [1] - 136:11
**voluntary** [1] - 47:23
**vs** [1] - 132:24
**VTC** [8] - 111:3, 115:9, 115:19, 115:22, 116:14, 119:19, 120:15, 121:8

**W**

**wait** [2] - 33:11, 137:14
**walk** [4] - 8:1, 90:13, 93:2, 125:24
**walked** [1] - 125:23
**walking** [2] - 76:17, 104:7
**wants** [5] - 9:3, 9:5, 19:21, 131:24, 133:1
**war** [1] - 124:2
**warrant** [16] - 68:4, 70:10, 70:14, 70:18, 70:24, 71:12, 73:8, 74:23, 75:7, 78:24, 79:8, 143:15, 144:5, 144:7, 144:9, 144:13
**warranted** [1] - 80:24
**warrants** [17] - 61:1, 62:2, 62:23, 62:24, 62:25, 70:3, 70:4, 70:5, 70:6, 70:8, 71:1, 71:4, 71:19, 71:21, 143:4
**Washington** [6] - 1:14, 1:19, 1:25, 61:7, 61:10, 145:13
**water** [1] - 104:12
**ways** [3] - 73:1, 104:11, 128:5
**wealth** [2] - 138:24, 140:21
**wealthy** [2] - 138:21, 138:23
**wearing** [1] - 65:25
**weather** [2] - 105:20, 107:11
**week** [14] - 27:16, 29:20, 47:19, 93:2, 93:4, 93:5, 93:18, 93:19, 113:13, 113:25, 114:1, 114:19, 114:23, 120:18
**week's** [1] - 121:3
**weekend** [5] - 27:1, 27:2, 27:6, 29:13, 131:15
**weekly** [2] - 108:4, 108:10
**weeks** [4] - 27:6, 33:15, 58:7, 93:10
**weight** [1] - 19:11
**welcome** [2] - 4:11, 59:22
**Whatsapp** [8] - 121:21, 122:6, 122:9, 126:4, 126:10, 126:11,

126:12, 126:13
**white** [1] - 69:19
**whole** [8] - 32:22, 47:9, 104:12, 110:18, 111:24, 119:3, 131:15, 137:3
**WiFi** [2] - 126:15
**WILLIAM** [1] - 1:15
**win** [1] - 97:8
**wish** [1] - 83:16
**witness** [29] - 3:12, 14:1, 17:25, 19:14, 20:6, 60:1, 60:5, 64:8, 67:3, 78:4, 81:5, 83:25, 88:18, 89:14, 89:18, 92:5, 95:9, 97:15, 98:20, 101:1, 102:7, 105:24, 108:18, 116:3, 116:24, 119:24, 123:7, 124:9, 138:2
**WITNESS** [3] - 2:2, 59:17, 95:20
**Witness** [4] - 37:9, 37:14, 37:24, 39:2
**witnesses** [1] - 90:23
**wondering** [1] - 105:1
**word** [2] - 56:1, 96:15
**worded** [1] - 40:20
**wording** [1] - 17:19
**works** [2] - 36:8, 93:18
**worksheets** [1] - 15:23
**world** [1] - 101:17
**worst** [1] - 81:24
**would/could** [1] - 132:19
**wow** [1] - 140:18
**wrap** [1] - 141:2
**write** [10] - 19:9, 23:11, 94:4, 94:12, 104:24, 105:16, 107:4, 113:11, 115:8, 121:15
**writing** [4] - 103:4, 119:18, 129:12, 129:15
**written** [12] - 55:15, 56:4, 56:18, 56:21, 57:13, 57:16, 57:17, 96:6, 97:2, 97:11, 116:17, 133:23
**wrote** [9] - 96:3, 98:1, 112:15, 115:16, 119:15, 132:22, 133:9, 137:17, 137:19
**WRT** [1] - 86:3

**Y**

**year** [7] - 83:10, 83:13, 84:23, 84:24, 112:3, 112:5
**years** [2] - 77:25, 78:2
**yesterday** [1] - 24:9
**YONGCHUL** [1] - 1:5
**York** [8] - 1:22, 63:25, 71:16, 74:13, 137:23, 137:25, 143:20
**yourself** [2] - 37:5, 38:25

**Z**

**zero** [5] - 108:13, 129:15, 138:11, 138:16, 139:5
**zone** [4] - 73:12, 74:15, 76:12, 121:19
**zones** [3] - 73:15, 74:8, 74:10
**zoom** [5] - 8:17, 16:3, 22:5, 26:15, 111:3