# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 1:24-cr-00265-TNM
)
ROBERT BURKE, et. al. )

**NOTICE OF APPEAL**

Name and address of appellant: Robert Burke
108 Charlotte Drive
Ligonier, PA 15658

Name and address of appellant's attorney: Timothy C. Parlatore, Esq.
Parlatore Law Group, LLP
Counsel for Admiral Burke
260 Madison Ave., 17th Floor
New York, NY 10016

Offense: conspiracy to commit bribery; bribery; performing acts affecting a personal financial interest; concealment of material facts

Concise statement of judgment or order, giving date, and any sentence:

Defendant was found guilty on counts 1, 3, 4 and 5 of the indictment after pleading not guilty. Defendant is sentenced to 60 months imprisonment on counts 1, 4, and 5 and 72 months on count 3, all terms to run concurrently, followed by 36 months of supervised release. He is ordered to pay restitution of $322,850 to the US Navy and to forfeit $86,748.08. The judgment was imposed on 9/16/2025 and issued on 10/7/2025.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

10 / 08 / 2025
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✔ | |
| Has counsel ordered transcripts? | ✔ | |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✔ |

Doc ID: c06cd3b7d714a00045d1365c39c8b5c664a4235d