APPEAL,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:24−cr−00265−TNM−1</u>

Case title: USA v. BURKE et al                Date Filed: 05/30/2024

Assigned to: Judge Trevor N. McFadden

**<u>Defendant (1)</u>**

**ROBERT P. BURKE**                represented by

**Timothy Parlatore**
PARLATORE LAW GROUP LLP
260 Madison Avenue
17th Floor
New York, NY 10016
212−679−6312
Fax: 212−202−4787
Email: timothy.parlatore@parlatorelawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Antoinette Quinn O'Neill**
PARLATORE LAW GROUP
15411 W. Waddell Road
Suite 102 #1048
Surprise, AZ 85379
202−871−7480
Email: toni.oneill@parlatorelawgroup.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**<u>Pending Counts</u>**

18:371; CONSPIRACY TO
DEFRAUD THE UNITED
STATES; Conspiracy
(1)

18:201(b)(2)(A); GRAFT AND
CONFLICT OF INTEREST;
Bribery

**<u>Disposition</u>**

Defendant sentenced to a term of Sixty (60) Months of
Incarceration as to each of Counts 1, 4, and 5,
Seventy−Two (72) Months of Incarceration as to Count
3, all terms to run concurrently, followed by a term of
Thirty−Six (36) Months of Supervised Release as to
each of Counts 1, 3, 4, 5, all terms to run concurrently.
Special Assessment of $100 imposed as to each of
Counts 1, 3, 4, 5, for a total amount of $400.
Restitution in the amount of $322,850. Forfeiture in the
amount of $$86,748.08.

Defendant sentenced to a term of Sixty (60) Months of
Incarceration as to each of Counts 1, 4, and 5,
Seventy−Two (72) Months of Incarceration as to Count

1

| | |
|---|---|
| (3) | 3, all terms to run concurrently, followed by a term of Thirty−Six (36) Months of Supervised Release as to each of Counts 1, 3, 4, 5, all terms to run concurrently. Special Assessment of $100 imposed as to each of Counts 1, 3, 4, 5, for a total amount of $400. Restitution in the amount of $322,850. Forfeiture in the amount of $$86,748.08. |
| 18:208(a); ACTS AFFECTING PERSONAL FINANCIAL INTEREST; Acts Affecting a Personal Financial Interest (4) | Defendant sentenced to a term of Sixty (60) Months of Incarceration as to each of Counts 1, 4, and 5, Seventy−Two (72) Months of Incarceration as to Count 3, all terms to run concurrently, followed by a term of Thirty−Six (36) Months of Supervised Release as to each of Counts 1, 3, 4, 5, all terms to run concurrently. Special Assessment of $100 imposed as to each of Counts 1, 3, 4, 5, for a total amount of $400. Restitution in the amount of $322,850. Forfeiture in the amount of $$86,748.08. |
| 18:1001(a)(1); STATEMENTS OR ENTRIES GENERALLY; Concealment of Material Facts (5) | Defendant sentenced to a term of Sixty (60) Months of Incarceration as to each of Counts 1, 4, and 5, Seventy−Two (72) Months of Incarceration as to Count 3, all terms to run concurrently, followed by a term of Thirty−Six (36) Months of Supervised Release as to each of Counts 1, 3, 4, 5, all terms to run concurrently. Special Assessment of $100 imposed as to each of Counts 1, 3, 4, 5, for a total amount of $400. Restitution in the amount of $322,850. Forfeiture in the amount of $$86,748.08. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Intervenor**

| **NEXT JUMP, INC.** | represented by **Albert B. Stieglitz , Jr.** |
|---|---|
| | ALSTON & BIRD LLP |

950 F Street, NW
Washington, DC 20004
202−239−3168
Email: albert.stieglitz@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John Francis Scanlon**
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1300 I Street, NW
Suite 900
Washington, DC 20005
917−439−9786
Email: fritzscanlon@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Burck**
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW
Suite 900
Washington, DC 20005
(202) 538−8000
Email: williamburck@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**USA**                          represented by    **Brian P. Kelly**
DOJ−USAO
601 D Street NW
Washington, DC 20530
202−252−7503
Email: brian.kelly3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Joshua Seth Rothstein**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
Criminal Division
601 D Street NW
Washington, DC 20530
202−252−7164
Email: joshua.rothstein@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kathryn E. Fifield**
DOJ−CRM
1301 New York Ave. NW
Suite 1000
Washington, DC 20530
202−514−1412
Email: kathryn.fifield@usdoj.gov
*TERMINATED: 07/22/2025*
*LEAD ATTORNEY*
*Designation: Assistant U.S. Attorney*

**Rebecca G. Ross**
UNITED STATES ATTORNEY'S
OFFICE
United States Attorney's Office for the
District of Col
610 D Street NW
Washington, DC 20530
(202) 252−6937
Email: Rebecca.Ross2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Sarah C. Ranney**
U.S. ATTORNEYS OFFICE FOR THE
DISTRICT OF COLUMBIA
601 D Street NW
Washington, DC 20579
202−252−7051
Email: sarah.ranney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Sarah C. Santiago**
DOJ−USAO
District of Columbia
601 D Street N.W.
Suite 5−1525
Washington, DC 20001
202−252−7249
Email: sarah.santiago2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Trevor C. Wilmot**

DOJ−CRM
1301 New York Avenue NW
10th Floor
Washington, DC 20530
202−616−2188
Email: trevor.wilmot@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2024 | 1 | SEALED INDICTMENT as to ROBERT P. BURKE (1) count(s) 1, 3, 4, 5, YONGCHUL "CHARLIE" KIM (2) count(s) 1, 2, MEGHAN MESSENGER (3) count(s) 1, 2. (FORFEITURE ALLEGATION) (zljn) (Entered: 05/31/2024) |
| 05/30/2024 | 3 | MOTION to Seal Case by USA as to ROBERT P. BURKE (1), YONGCHUL "CHARLIE" KIM (2), MEGHAN MESSENGER (3). (Attachments: # 1 Text of Proposed Order)(zljn) (Entered: 05/31/2024) |
| 05/30/2024 | 4 | ORDER granting 3 Motion to Seal Case as to ROBERT P. BURKE (1), YONGCHUL "CHARLIE" KIM (2), MEGHAN MESSENGER (3). Signed by Magistrate Judge G. Michael Harvey on 05/30/2024. (zljn) (Entered: 05/31/2024) |
| 05/31/2024 | | Arrest of ROBERT P. BURKE in Florida. (zljn) (Entered: 06/03/2024) |
| 05/31/2024 | 5 | Arrest Warrant, dated 05/30/2024, Returned Executed on 05/31/2024 as to ROBERT P. BURKE. (zljn) (Entered: 06/03/2024) |
| 05/31/2024 | | Case unsealed as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3) (zljn) (Entered: 06/03/2024) |
| 06/03/2024 | 8 | NOTICE OF ATTORNEY APPEARANCE: Timothy Parlatore appearing for ROBERT P. BURKE (Parlatore, Timothy) (Entered: 06/03/2024) |
| 06/03/2024 | 11 | Rule 5(c)(3) Documents Received as to ROBERT P. BURKE (1) from United States District Court for the Southern District of Florida (Miami) Case Number 1:24−mj−03054 (zstd) (Entered: 06/06/2024) |
| 06/06/2024 | 9 | NOTICE OF ATTORNEY APPEARANCE Kathryn E. Fifield appearing for USA. (Fifield, Kathryn) (Entered: 06/06/2024) |
| 06/06/2024 | 10 | NOTICE OF ATTORNEY APPEARANCE Trevor C. Wilmot appearing for USA. (Wilmot, Trevor) (Entered: 06/06/2024) |
| 06/07/2024 | | NOTICE OF HEARING as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3). The parties shall take notice that Arraignment is set for 6/13/2024 at 10:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. (hmc) (Entered: 06/07/2024) |
| 06/12/2024 | 12 | Unopposed MOTION for Protective Order by USA as to ROBERT P. BURKE. (Rothstein, Joshua) (Entered: 06/12/2024) |
| 06/12/2024 | 13 | Consent MOTION to Continue *arraignment to July 1, 2024 for all defendants*, Consent MOTION to Modify Conditions of Release *to remove geographic restrictions* by ROBERT P. BURKE as to ROBERT P. BURKE, YONGCHUL |

| | | |
|---|---|---|
| | | CHARLIE KIM, MEGHAN MESSENGER. (Parlatore, Timothy) (Entered: 06/12/2024) |
| 06/12/2024 | | AMENDED MINUTE ORDER as to ROBERT P. BURKE (1), YONGCHUL "CHARLIE" KIM (2), MEGHAN MESSENGER (3): Defendants' 13 Consent Motion to Adjourn and to Modify Conditions of Release is GRANTED. It is hereby ORDERED that the arraignment set for June 13, 2024, is ADJOURNED to July 1, 2024, at 10:30 a.m. in Courtroom 2. It is FURHTER ORDRED that Defendant ROBERT P. BURKE (1)'s conditions of release are modified to permit unrestricted travel within the United States. Defendant shall comply with all other conditions of release. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/12/2024. (lctnm2) Modified on 6/13/2024 (hmc). (Entered: 06/12/2024) |
| 06/12/2024 | 14 | MOTION to Exclude *Time Under Speedy Trial Act* by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER. (Fifield, Kathryn) (Entered: 06/12/2024) |
| 06/13/2024 | 15 | MINUTE ORDER as to ROBERT P. BURKE (1) granting 12 Motion for Protective Order. See attached order for details. Signed by Judge Trevor N. McFadden on 6/13/2024. (lctnm2) (Entered: 06/13/2024) |
| 06/14/2024 | | MINUTE ORDER as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER: Upon consideration of the Government's 14 Motion to Exclude Time Under Speedy Trial Act by USA, it is ORDRED that the motion is DENIED as moot. The Speedy Trial Act requires trial to "commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before *a judicial officer of the court in which such charge is pending*, whichever date last occurs." 18 U.S.C. § 3161(c)(1) (emphasis added). Defendants have not yet appeared before a judicial officer of this Court, and the time by which trial must commence under the Speedy Trial Act does not start running until they do so. *See United States v. Wilson*, 720 F.2d 608, 609 (9th Cir. 1983) (holding that "70−day time period did not begin running until [defendant] first appeared before a judicial officer of the charging district"); *United States v. Wilkerson*, 170 F.3d 1040, 1042 (11th Cir. 1999) (noting that "the plain language of [18 U.S.C. § 3161(c)(1)] establishes the triggering date as 'the date the defendant has appeared before a judicial officer of the court in which such charge is pending.'"). SO ORDERED. Signed by Judge Trevor N. McFadden on 6/14/2024. (lctnm2) (Entered: 06/14/2024) |
| 07/01/2024 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment and Status Conference as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3) held on 7/1/2024. Due Process Protections Act read into the record by the Court. ROBERT P. BURKE (1) arraigned on Counts 1, 3, 4, 5, YONGCHUL CHARLIE KIM (2) arraigned on Counts 1, 2 and MEGHAN MESSENGER (3) arraigned on Counts 1, 2. All defendants entered a plea of Not Guilty as to all counts. Status Conference set for 8/2/2024 at 10:30 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Defendants may waive their appearance. Time under the Speedy Trial Act tolled from 7/1/2024 to 8/2/2024, in the interest of justice. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Timothy Parlatore, (2): William A. Burck, Avi Perry, (3): William A. Burck standing in for Rocco F. D'Agostino; US Attorneys: Joshua S. Rothstein, Kathryn E. Fifield, Trevor C. Wilmot; Court Reporter: Lisa Edwards. (hmc) (Entered: 07/01/2024) |

| 07/01/2024 | | MINUTE ORDER as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3): As required by Rule 5(f), the United States is ORDERED to produce all exculpatory evidence to the defendants pursuant to *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/1/2024. (lctnm2) (Entered: 07/01/2024) |
|---|---|---|
| 07/01/2024 | 19 | ORDER Setting Conditions of Release as to ROBERT P. BURKE (1). Personal Recognizance. Signed by Judge Trevor N. McFadden on 7/1/2024. (Attachments: # 1 Appearance Bond) (hmc) (Entered: 07/01/2024) |
| 07/02/2024 | 22 | Unopposed MOTION for Protective Order by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER. (Rothstein, Joshua) (Entered: 07/02/2024) |
| 07/02/2024 | 23 | ORDER as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3) granting 22 Motion for Protective Order. See attached Order for details. Signed by Judge Trevor N. McFadden on 7/2/2024. (lctnm2) (Entered: 07/02/2024) |
| 07/19/2024 | 27 | Joint MOTION to Sever Defendant − *Defendants Yongchul "Charlie" Kim and Meghan Messenger* by YONGCHUL CHARLIE KIM, MEGHAN MESSENGER as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit A Nov. 2019 Executive Summary, # 4 Exhibit AA May 2022 Disqualification Statement, # 5 Exhibit B April 2021 Email Exchange, # 6 Exhibit BB May 2022 Memorandum, # 7 Exhibit C September 2019 Email Exchange, # 8 Exhibit CC April 2022 Memorandum, # 9 Exhibit D September 2019 Email Exchange, # 10 Exhibit DD May 2022 Letter, # 11 Exhibit E October 2019 Email Exchange, # 12 Exhibit F October 2019 Email Exchange, # 13 Exhibit FF July 2022 Email Exchange, # 14 Exhibit G November 2019 Email Exchange, # 15 Exhibit GG January 2023 Email Exchange, # 16 Exhibit H November 2019 Email Exchange, # 17 Exhibit HH June 2024 CNBC Article, # 18 Exhibit I November 2019 Email Exchange, # 19 Exhibit II October 2019 Email Exchange, # 20 Exhibit J November 2019 Email Exchange, # 21 Exhibit K November 2019 Email Exchange, # 22 Exhibit L November 2019 Email Exchange, # 23 Exhibit M November 2019 Email Exchange, # 24 Exhibit N November 2019 Email Exchange, # 25 Exhibit O June 2020 Email Exchange, # 26 Exhibit P September 2020 Email Exchange, # 27 Exhibit Q April 2021 Email Exchange, # 28 Exhibit R April 2021 Email Exchange, # 29 Exhibit S April 2021 Email Exchange, # 30 Exhibit T July 2022 OIG Interview, # 31 Exhibit U April 2021 Email Exchange, # 32 Exhibit V April 2021 Email Exchange, # 33 Exhibit W July 2021 Email Exchange, # 34 Exhibit X July 2021 Email Exchange, # 35 Exhibit Y July 2021 Email Exchange, # 36 Exhibit Z May 2022 Email Exchange)(Burck, William) (Entered: 07/19/2024) |
| 07/24/2024 | 30 | MOTION for Order *Briefing Schedule* re 27 Joint MOTION to Sever Defendant − *Defendants Yongchul "Charlie" Kim and Meghan Messenger* by ROBERT P. BURKE. (Parlatore, Timothy) Modified event on 7/25/2024 (znmw). (Entered: 07/24/2024) |
| 07/25/2024 | | MINUTE ORDER as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3): The Court GRANTS Defendant Burke's 30 Motion to Suspend Default Deadlines. The briefing deadlines for the 27 Joint Motion to Sever |

| | | |
|---|---|---|
| | | Trial shall be set at the status conference on August 2, 2024. The parties should also be prepared to discuss potential trial dates. SO ORDERED. Signed by Judge Trevor N. McFadden on 07/25/2024. (lctnm1) (Entered: 07/25/2024) |
| 07/25/2024 | 31 | MOTION for Leave to Appear Pro Hac Vice Christopher Clore Filing fee $ 100, receipt number DCDC−11049452. Fee Status: Fee Paid. by YONGCHUL CHARLIE KIM as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER. (Attachments: # 1 Declaration of Christopher J. Clore in Support, # 2 Certificate of Good Standing with the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, # 3 Text of Proposed Order for Pro Hac Vice Admission)(Burck, William) (Entered: 07/25/2024) |
| 08/01/2024 | 34 | STATUS REPORT by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER (Rothstein, Joshua) (Entered: 08/01/2024) |
| 08/02/2024 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3) held on 8/2/2024. Motion to Sever due by 8/23/2024; Opposition due by 9/6/2024; Reply due by 9/13/2024. Pretrial Conference set for 1/31/2025 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Jury Selection/Jury Trial set for 2/19/2025 at 9:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Status Conference set for 9/23/2024 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolling based on the 27 pending motion. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Timothy Parlatore, (2): William A. Burck, (3): Rocco F. D'Agostino; US Attorneys: Joshua S. Rothstein, Kathryn E. Fifield, Trevor C. Wilmot; Court Reporter: Lisa Edwards. (hmc) (Entered: 08/02/2024) |
| 08/20/2024 | 39 | Joint MOTION for Early Return of Trial Subpoenas by YONGCHUL CHARLIE KIM, MEGHAN MESSENGER as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER. (Attachments: # 1 Text of Proposed Order Granting Joint Motion for Early Return of Trial Subpoenas)(Burck, William) (Entered: 08/20/2024) |
| 08/20/2024 | | MINUTE ORDER as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3): It is hereby ORDERED that the Government shall file any response to Defendants ROBERT P. BURKE, YONGCHUL CHARLIE KIM and MEGHAN MESSENGERs 39 Joint Motion for Early Return of Trial Subpoenas by or on August 27, 2024. Defendants shall file any reply by or on August 30, 2024. SO ORDERED. Signed by Judge Trevor N. McFadden on 8/20/2024. (lctnm2) (Entered: 08/20/2024) |
| 08/21/2024 | 40 | TRANSCRIPT OF STATUS CONFERENCE in case as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER before Judge Trevor N. McFadden held on August 2, 2024; Page Numbers: 1−19. Date of Issuance: August 21, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/11/2024. Redacted Transcript Deadline set for 9/21/2024. Release of Transcript Restriction set for 11/19/2024.(Edwards, Lisa) (Entered: 08/21/2024) |
| 08/23/2024 | 41 | Consent MOTION for Extension of Time to File Response/Reply as to 27 Joint MOTION to Sever Defendant − *Defendants Yongchul "Charlie" Kim and Meghan Messenger* by ROBERT P. BURKE. (Parlatore, Timothy) (Entered: 08/23/2024) |
| 08/23/2024 | 42 | NOTICE *REGARDING A SCHEDULING ORDER* by YONGCHUL CHARLIE KIM, MEGHAN MESSENGER as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER (Burck, William) (Entered: 08/23/2024) |
| 08/23/2024 | | MINUTE ORDER as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3): Defendant ROBERT P. BURKE's Consent Motion to Modify Briefing Schedule is GRANTED. Defendant Burke shall now file his Motion to Sever by or on August 26, 2024. The Government shall file its Response by or on September 9, 2024. Defendants ROBERT P. BURKE, YONGCHUL CHARLIE KIM and, MEGHAN MESSENGER shall file their Replies by or on September 16, 2024. SO ORDERED. Signed by Judge Trevor N. McFadden on 8/23/2024. (lctnm2) (Entered: 08/23/2024) |
| 08/26/2024 | 44 | RESPONSE by ROBERT P. BURKE re 27 Joint MOTION to Sever Defendant − *Defendants Yongchul "Charlie" Kim and Meghan Messenger* (Parlatore, Timothy) (Entered: 08/26/2024) |
| 08/29/2024 | | MINUTE ORDER as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3): Defendant YONGCHUL CHARLIE KIM and MEGHAN MESSENGERs unopposed 39 Joint Motion for Early Return of Trial Subpoenas is GRANTED. Defendants may seek a return date of November 15, 2024, for the subpoenas set forth in their motion. SO ORDERED. Signed by Judge Trevor N. McFadden on 8/29/2024. (lctnm2). (Entered: 08/29/2024) |
| 09/04/2024 | 45 | NOTICE OF ATTORNEY APPEARANCE Rebecca G. Ross appearing for USA. (Ross, Rebecca) (Entered: 09/04/2024) |
| 09/05/2024 | 46 | Unopposed MOTION for Protective Order *(Second Amended)* by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER. (Rothstein, Joshua) (Entered: 09/05/2024) |
| 09/06/2024 | 47 | ORDER granting 46 Motion for Protective Order as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), and MEGHAN MESSENGER (3). See attached Order for details. Signed by Judge Trevor N. McFadden on 9/6/2024. (lctnm2) (Entered: 09/06/2024) |
| 09/09/2024 | 48 | RESPONSE by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER re 27 Joint MOTION to Sever Defendant − *Defendants Yongchul "Charlie" Kim and Meghan Messenger and re 44 RESPONSE by Defendant Robert P. Burke* (Fifield, Kathryn) (Entered: 09/09/2024) |

9

| 09/16/2024 | 50 | REPLY in Support by YONGCHUL CHARLIE KIM, MEGHAN MESSENGER as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER re 27 Joint MOTION to Sever Defendant − *Defendants Yongchul "Charlie" Kim and Meghan Messenger (Redacted)* (Attachments: # 1 Exhibit A − October 2023 Interview Transcript, # 2 Exhibit B − May 2019 Email Exchange, # 3 Exhibit C − April 2021 Email Exchange, # 4 Exhibit D − April 2024 Search Warrant Application, # 5 Exhibit E − Whistleblower Complaint, # 6 Exhibit F − June 2022 Interview Transcript, # 7 Exhibit G − April 2022 Interview Transcript, # 8 Exhibit H − May 2024 Grand Jury Transcript, # 9 Exhibit I − July 2017 Email Exchange, # 10 Exhibit J − October 2019 Attendee Reflection, # 11 Exhibit K − August 2017 Email Exchange, # 12 Exhibit L − 2021 WhatsApp Message Exchange)(Burck, William) (Entered: 09/16/2024) |
|---|---|---|
| 09/16/2024 | 51 | REPLY in Support by ROBERT P. BURKE re 27 Joint MOTION to Sever Defendant − *Defendants Yongchul "Charlie" Kim and Meghan Messenger* (Parlatore, Timothy) (Entered: 09/16/2024) |
| 09/23/2024 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3) held on 9/23/2024. 27 Joint Motion to Sever Defendant − Defendants Yongchul "Charlie" Kim and Meghan Messenger, heard and granted. Jury Trial as to Defendant BURKE (1) will stay scheduled on 2/19/2025. Motions in Limine, Motions to Suppress, Motions to Dismiss, 404(b) Notices, Expert Notices as to Defendant BURKE (1) due by 11/22/2024; Oppositions due by 12/20/2024; Replies, Preliminary Jury Instructions, Proposed Final Jury Instructions, Proposed Voir Dire due by 1/17/2025. Jury Trial as to Defendants KIM (2) and MESSENGER (3) is set for 5/6/2025 at 9:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Pretrial Conference as to Defendants KIM (2) and MESSENGER (3) set for 4/11/2025 at 10:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Status Conference as to Defendants KIM (2) and MESSENGER (3) set for 11/22/2024 at 2:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act tolled as to all defendants from 9/23/24 to 11/22/20224, in the interest of justice. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Timothy Parlatore, Antoinette O'Neill, (2): William A. Burck, Avi Perry, (3): Rocco F. D'Agostino; US Attorneys: Kathryn E. Fifield, Joshua S. Rothstein; Court Reporter: Lisa Edwards. (hmc) (Entered: 09/23/2024) |
| 09/25/2024 | 53 | TRANSCRIPT OF STATUS CONFERENCE in case as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER before Judge Trevor N. McFadden held on September 23, 2024; Page Numbers: 1−66. Date of Issuance: September 25, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, |

| | | |
|---|---|---|
| | | which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/16/2024. Redacted Transcript Deadline set for 10/26/2024. Release of Transcript Restriction set for 12/24/2024.(Edwards, Lisa) (Entered: 09/25/2024) |
| 09/30/2024 | 54 | MOTION for Reconsideration *of Court's Order Granting Motions to Sever Trial* by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER. (Fifield, Kathryn) (Entered: 09/30/2024) |
| 09/30/2024 | | MINUTE ORDER as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3): The Court DENIES the Government's 54 Motion for Reconsideration. Rule 14 authorizes separate trials where joinder "appears to prejudice a Defendant...." For the reasons given on the record at the Sep. 23, 2024, status conference, the Court finds that Defendants have shown apparent prejudice that rises above the "finger pointing" reflected in the Government's motion. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/30/2024. (hmc) (Entered: 09/30/2024) |
| 10/04/2024 | 55 | MOTION to Withdraw as Attorney *Joshua Rothstein* by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER (Rothstein, Joshua) Modified event on 10/7/2024 (znmw). (Entered: 10/04/2024) |
| 11/20/2024 | 58 | MOTION for Extension of Time to File *motions from 11/22/24 to 11/29/24* by ROBERT P. BURKE. (Parlatore, Timothy) (Entered: 11/20/2024) |
| 11/22/2024 | | MINUTE ORDER as to ROBERT P. BURKE (1): The 58 Motion for Extension of Time is GRANTED. Defense motions are now due November 29, 2024. All other deadlines are unchanged. SO ORDERED. Signed by Judge Trevor N. McFadden on 11/22/2024. (lctnm3). Modified to edit event title on 11/22/2024 (hmc). (Entered: 11/22/2024) |
| 11/22/2024 | 59 | MOTION for Extension of Time to File *Motions* by USA as to ROBERT P. BURKE. (Ross, Rebecca) (Entered: 11/22/2024) |
| 11/22/2024 | | MINUTE ORDER as to Defendant ROBERT BURKE (1): The Government's 59 Motion for Extension of Time is GRANTED. The deadline for Motions in Limine, Motions to Suppress, Motions to Dismiss, 404(b) Notices, and Expert Notices for all parties is November 29, 2024. All other deadlines remain unchanged. SO ORDERED. Signed by Judge Trevor N. McFadden on 11/22/2024. (lctnm3) (Entered: 11/22/2024) |
| 11/25/2024 | 60 | MOTION to Strike *Prejudicial Surplusage* by YONGCHUL CHARLIE KIM, MEGHAN MESSENGER as to YONGCHUL CHARLIE KIM, MEGHAN MESSENGER. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Perry, Avi) Modified filers and related defendants on 11/26/2024 (znmw). (Entered: 11/25/2024) |
| 11/29/2024 | 65 | MOTION in Limine *TO EXCLUDE CERTAIN EVIDENCE AND ARGUMENT* by USA as to ROBERT P. BURKE. (Ross, Rebecca) (Entered: 11/29/2024) |
| 11/29/2024 | 66 | MOTION in Limine *TO ADMIT CERTAIN EVIDENCE* by USA as to ROBERT P. BURKE. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ross, Rebecca) (Main Document 66 replaced on 12/2/2024) (zstd). Modified to remove unrelated defendants on 12/2/2024 (znmw). (Entered: 11/29/2024) |

| 11/29/2024 | 67 | NOTICE *OF EXPERT WITNESS* by USA as to ROBERT P. BURKE (Attachments: # 1 Exhibit A)(Ross, Rebecca) (Entered: 11/29/2024) |
| 11/29/2024 | 68 | MOTION for 404(b) Evidence by USA as to ROBERT P. BURKE. (Wilmot, Trevor) (Entered: 11/29/2024) |
| 11/29/2024 | 69 | MOTION in Limine *to Admit Statements of Co−Conspirators* by USA as to ROBERT P. BURKE. (Fifield, Kathryn) (Entered: 11/29/2024) |
| 11/29/2024 | 71 | MOTION to Dismiss Case , MOTION to Strike *Prejudicial Surplusage*, MOTION to Exclude *Irrelevant Evidence of Non−Official Acts* by ROBERT P. BURKE. (Parlatore, Timothy) (Entered: 11/29/2024) |
| 11/29/2024 | 72 | MOTION to Suppress *Search Warrant Evidence* by ROBERT P. BURKE. (Parlatore, Timothy) (Entered: 11/29/2024) |
| 11/29/2024 | 73 | MOTION in Limine by ROBERT P. BURKE. (Parlatore, Timothy) (Entered: 11/29/2024) |
| 11/29/2024 | 74 | NOTICE *OF EXPERT WITNESS* by ROBERT P. BURKE (Parlatore, Timothy) (Entered: 11/29/2024) |
| 12/12/2024 | 76 | MOTION to Continue *trial date from February 19, 2024 to May 6, 2024* by ROBERT P. BURKE. (Parlatore, Timothy) (Entered: 12/12/2024) |
| 12/18/2024 | 79 | TRANSCRIPT OF ARRAIGNMENT AND STATUS CONFERENCE in case as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER before Judge Trevor N. McFadden held on July 1, 2024; Page Numbers: 1−20. Date of Issuance: December 18, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/8/2025. Redacted Transcript Deadline set for 1/18/2025. Release of Transcript Restriction set for 3/18/2025.(Edwards, Lisa) (Entered: 12/18/2024) |
| 12/19/2024 | 80 | NOTICE OF ATTORNEY APPEARANCE: Antoinette Quinn O'Neill appearing for ROBERT P. BURKE (O'Neill, Antoinette) (Entered: 12/19/2024) |
| 12/19/2024 | 81 | Memorandum in Opposition by USA as to ROBERT P. BURKE re 76 MOTION to Continue *trial date from February 19, 2024 to May 6, 2024* (Ross, Rebecca) (Entered: 12/19/2024) |
| 12/20/2024 | 83 | |

| | | |
|---|---|---|
| | | Memorandum in Opposition by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER re 60 MOTION to Strike *Prejudicial Surplusage*, 71 MOTION to Dismiss Case MOTION to Strike *Prejudicial Surplusage* MOTION to Exclude *Irrelevant Evidence of Non−Official Acts* (Ross, Rebecca) (Entered: 12/20/2024) |
| 12/20/2024 | 84 | Memorandum in Opposition by USA as to ROBERT P. BURKE re 71 MOTION to Dismiss Case MOTION to Strike *Prejudicial Surplusage* MOTION to Exclude *Irrelevant Evidence of Non−Official Acts* (Ross, Rebecca) (Entered: 12/20/2024) |
| 12/20/2024 | 85 | RESPONSE by ROBERT P. BURKE re 68 MOTION for 404(b) Evidence (Parlatore, Timothy) (Entered: 12/20/2024) |
| 12/20/2024 | 86 | Memorandum in Opposition by USA as to ROBERT P. BURKE re 73 MOTION in Limine (Wilmot, Trevor) (Entered: 12/20/2024) |
| 12/20/2024 | 87 | RESPONSE by USA as to ROBERT P. BURKE re 74 Notice (Other) *of Expert Witness* (Wilmot, Trevor) (Entered: 12/20/2024) |
| 12/20/2024 | 88 | RESPONSE by ROBERT P. BURKE re 66 MOTION in Limine *TO ADMIT CERTAIN EVIDENCE* (Parlatore, Timothy) (Entered: 12/20/2024) |
| 12/20/2024 | 89 | RESPONSE by ROBERT P. BURKE re 69 MOTION in Limine *to Admit Statements of Co−Conspirators* (Parlatore, Timothy) (Entered: 12/20/2024) |
| 12/20/2024 | 90 | RESPONSE by ROBERT P. BURKE re 65 MOTION in Limine *TO EXCLUDE CERTAIN EVIDENCE AND ARGUMENT* (Parlatore, Timothy) (Entered: 12/20/2024) |
| 12/20/2024 | 93 | MOTION for Extension of Time to File Response/Reply *to sealed motion in limine* by ROBERT P. BURKE. (Parlatore, Timothy) (Entered: 12/20/2024) |
| 12/20/2024 | 94 | REPLY in Support by ROBERT P. BURKE re 76 MOTION to Continue *trial date from February 19, 2024 to May 6, 2024* (Parlatore, Timothy) (Entered: 12/20/2024) |
| 12/20/2024 | 95 | Memorandum in Opposition by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER re 61 Joint MOTION to Suppress *Search Warrant Evidence*, 72 MOTION to Suppress *Search Warrant Evidence* (Fifield, Kathryn) (Entered: 12/20/2024) |
| 12/30/2024 | | MINUTE ORDER as to ROBERT P. BURKE (1): The 93 Motion for Extension of Time to File Response to Sealed Motion in Limine is GRANTED. Response now due 1/3/25. SO ORDERED. Signed by Judge Trevor N. McFadden on 12/30/2024. (lctnm3). (Entered: 12/30/2024) |
| 01/10/2025 | | MINUTE ORDER as to ROBERT P. BURKE (1): The parties shall appear for an in−person hearing on the 76 Motion to Continue on January 15, 2025 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. SO ORDERED. Signed by Judge Trevor N. McFadden on 01/10/2025. (lctnm3). (Entered: 01/10/2025) |
| 01/15/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Motion Hearing as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3) held on 1/15/2025. 76 Motion to Continue Trial as to ROBERT P. BURKE (1), granted. The jury trial as to ROBERT P. BURKE (1) is rescheduled from 2/19/2025 to 5/6/2025 at 9:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Pretrial Conference as to ROBERT P. BURKE (1) is rescheduled from 1/31/2025 to 4/11/2025 at 10:00 AM in Courtroom 2 before Judge |

| | | |
|---|---|---|
| | | Trevor N. McFadden. The jury trial as to YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3) is rescheduled from 5/6/2025 to 8/18/2025 at 9:00 AM in Courtroom 2 before Judge Trevor N. McFadden. The Pretrial Conference as to YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3) is rescheduled from 4/11/2025 to 7/25/2025 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Time under the Speedy Trial Act tolled as to ROBERT P. BURKE (1) from 1/15/2025 to 5/6/2025, in the interest of justice. Time under the Speedy Trial Act tolled as to YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3) from 1/15/2025 to 8/18/2025, in the interest of justice. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Timothy Parlatore, Antoinette O'Neill, (2): William A. Burck, (3): Rocco F. D'Agostino; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot, Kathryn E. Fifield; Court Reporter: Jan Dickman. (hmc) (Entered: 01/15/2025) |
| 01/23/2025 | 99 | Consent MOTION for Extension of Time to File Response/Reply as to 66 MOTION in Limine *TO ADMIT CERTAIN EVIDENCE*, 60 MOTION to Strike *Prejudicial Surplusage*, 72 MOTION to Suppress *Search Warrant Evidence*, 71 MOTION to Dismiss Case MOTION to Strike *Prejudicial Surplusage* MOTION to Exclude *Irrelevant Evidence of Non−Official Acts*, 69 MOTION in Limine *to Admit Statements of Co−Conspirators*, 68 MOTION for 404(b) Evidence , 65 MOTION in Limine *TO EXCLUDE CERTAIN EVIDENCE AND ARGUMENT*, 73 MOTION in Limine *for all parties and to file proposed jury instructions* by ROBERT P. BURKE. (Parlatore, Timothy) (Entered: 01/23/2025) |
| 01/24/2025 | 100 | TRANSCRIPT OF PROCEEDINGS in case as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER before Judge Trevor N. McFadden held on January 15, 2025; Page Numbers: 1−23. Date of Issuance:January 24, 2025. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/14/2025. Redacted Transcript Deadline set for 2/24/2025. Release of Transcript Restriction set for 4/24/2025.(Dickman, Janice) (Entered: 01/24/2025) |
| 01/24/2025 | | MINUTE ORDER as to ROBERT P. BURKE (1): The 99 Consent Motion for Extension of Time is GRANTED. Replies in support of ECF Nos. 60 , 61 , 65 , 66 , 68 , 69 , 71 , 72 , 73 , and proposed jury instructions, due January 29, 2025. SO ORDERED. Signed by Judge Trevor N. McFadden on 1/24/2025. (lctnm3). (Entered: 01/24/2025) |
| 01/29/2025 | 102 | |

| | | |
|---|---|---|
| | | NOTICE *OF JOINT NOTICE OF PROPOSED JURY INSTRUCTIONS AND VOIR DIRE* by USA as to ROBERT P. BURKE (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ross, Rebecca) (Entered: 01/29/2025) |
| 01/29/2025 | 105 | REPLY in Support by USA as to ROBERT P. BURKE re 68 MOTION for 404(b) Evidence (Wilmot, Trevor) (Entered: 01/29/2025) |
| 01/29/2025 | 106 | REPLY in Support by USA as to ROBERT P. BURKE re 65 MOTION in Limine *TO EXCLUDE CERTAIN EVIDENCE AND ARGUMENT* (Ross, Rebecca) (Entered: 01/29/2025) |
| 01/29/2025 | 107 | REPLY in Support by USA as to ROBERT P. BURKE re 69 MOTION in Limine *to Admit Statements of Co−Conspirators* (Wilmot, Trevor) Modified to remove unrelated defendants on 1/30/2025 (znmw). (Entered: 01/29/2025) |
| 01/29/2025 | 109 | REPLY in Support by ROBERT P. BURKE re 71 MOTION to Dismiss Case MOTION to Strike *Prejudicial Surplusage* MOTION to Exclude *Irrelevant Evidence of Non−Official Acts* (Parlatore, Timothy) (Entered: 01/29/2025) |
| 01/29/2025 | 110 | REPLY in Support by ROBERT P. BURKE re 72 MOTION to Suppress *Search Warrant Evidence* (Attachments: # 1 Exhibit A)(Parlatore, Timothy) (Entered: 01/29/2025) |
| 01/29/2025 | 111 | REPLY in Support by ROBERT P. BURKE re 73 MOTION in Limine (Parlatore, Timothy) (Entered: 01/29/2025) |
| 01/29/2025 | 112 | REPLY by ROBERT P. BURKE re 74 Notice (Other) (Parlatore, Timothy) (Entered: 01/29/2025) |
| 02/18/2025 | 116 | MOTION to Modify *Briefing Schedule* by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER. (Ross, Rebecca) (Entered: 02/18/2025) |
| 02/18/2025 | | MINUTE ORDER as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3): The 116 Motion to Modify Briefing Schedule is GRANTED. The Response to Defendants' 114 Motion to Compel is now due February 25, 2025. SO ORDERED. Signed by Judge Trevor N. McFadden on 2/18/2025. (lctnm3). Modified to add defendants' numbers on 2/19/2025 (hmc). (Entered: 02/18/2025) |
| 02/25/2025 | 119 | MOTION to Modify *Briefing Schedule* by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER. (Ross, Rebecca) (Entered: 02/25/2025) |
| 02/25/2025 | | MINUTE ORDER as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), MEGHAN MESSENGER (3): The 119 Motion to Modify Briefing Schedule is GRANTED. The Government's response to the Defendants' Motion to Compel is due March 4, 2025. The Government's reply in support of its 102 Proposed Jury Instructions also due March 4, 2025. SO ORDERED. Signed by Judge Trevor N. McFadden on 2/25/2025. (lctnm3) (Entered: 02/25/2025) |
| 03/04/2025 | 130 | RESPONSE by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER re 114 Joint MOTION to Compel *DEFENDANTS YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S JOINT MOTION TO COMPEL* (Fifield, Kathryn) (Entered: 03/04/2025) |

| | | |
|---|---|---|
| 03/31/2025 | 143 | MOTION to Continue *Reschedule Pretrial Conference* by ROBERT P. BURKE. (Parlatore, Timothy) Modified event on 4/1/2025 (znmw). (Entered: 03/31/2025) |
| 04/01/2025 | | NOTICE of Provisional/Government Not Certified Status re 143 MOTION Reschedule Pretrial Conference by ROBERT P. BURKE. (Parlatore, Timothy). Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Criminal Rule 57.21.1, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney−renewal. Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/8/2025. (zapb) (Entered: 04/01/2025) |
| 04/01/2025 | | MINUTE ORDER as to ROBERT P. BURKE (1) granting Defendant's 143 Motion Reschedule Pretrial Conference. The Pretrial Conference previously set for April 11, 2025 is rescheduled to April 10, 2025 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. SO ORDERED. Signed by Judge Trevor N. McFadden on 4/1/2025. (hmc) (Entered: 04/01/2025) |
| 04/02/2025 | 144 | Supplemental MOTION in Limine *to Admit Certain Evidence and Argument* by USA as to ROBERT P. BURKE. (Attachments: # 1 Attachment A)(Ross, Rebecca) (Entered: 04/02/2025) |
| 04/03/2025 | | MINUTE ORDER as to ROBERT P. BURKE (1): In light of Defendant's concessions in 88 , the Government's 66 Motion in Limine to Admit Certain Evidence is GRANTED AS CONCEDED. SO ORDERED. Signed by Judge Trevor N. McFadden on 4/3/2025. (lctnm3). (Entered: 04/03/2025) |
| 04/03/2025 | 145 | MEMORANDUM ORDER DENYING 60 Motion to Strike by Defendants YONGCHUL CHARLIE KIM (2) and MEGHAN MESSENGER (3), 71 Motion to Dismiss by Defendant ROBERT P. BURKE (1). See attached Order for details. Signed by Judge Trevor N. McFadden on 4/3/2025. (lctnm3). (Entered: 04/03/2025) |
| 04/10/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Pretrial Conference as to ROBERT P. BURKE (1) held on 4/10/2025. Order forthcoming. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: (1): Timothy Parlatore, Antoinette Q. O'Neill, (2): John F. Scanlon; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot, Kathryn E. Fifield; Court Reporter: Lisa Edwards. (hmc) (Entered: 04/10/2025) |
| 04/10/2025 | 150 | ORDER as to ROBERT P. BURKE (1) GRANTING 68 Motion to Introduce 404(b) Evidence; GRANTING IN PART AND DENYING IN PART 69 Motion to Admit Out of Court Statements; 65 Motion to Exclude; 149 Motion to Exclude Improper Impeachment Evidence and Limit Cross−Examination; DENYING 72 Motion to Suppress; 73 Motion to Limine. See attached Order for details. Signed by Judge Trevor N. McFadden on 4/10/2025. (lctnm3). (Entered: 04/10/2025) |
| 04/14/2025 | 152 | TRANSCRIPT OF PRETRIAL CONFERENCE in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on April 10, 2025; Page Numbers: 1−166. Date of Issuance: April 14, 2025. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the |

| | | |
|---|---|---|
| | | Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 5/5/2025. Redacted Transcript Deadline set for 5/15/2025. Release of Transcript Restriction set for 7/13/2025.(Edwards, Lisa) (Entered: 04/14/2025) |
| 04/30/2025 | 155 | TRIAL BRIEF by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER (Ross, Rebecca) (Entered: 04/30/2025) |
| 05/06/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Selection/Jury Trial as to ROBERT P. BURKE (1) held on 5/6/2025 on Counts 1, 3, 4, 5. Jury selection began and concluded. Jury of 12 and 2 alternates selected and sworn. Jury Trial set for 5/7/2025 at 9:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Timothy Parlatore, Antoinette Q. O'Neill; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot, Kathryn E. Fifield; Court Reporters: Lisa Edwards (AM), Sonja Reeves (PM). Government Witness: Juliet Beyler (testimony began and continued). (hmc) (Entered: 05/06/2025) |
| 05/06/2025 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Approved by Judge Trevor N. McFadden on 5/6/2025. (hmc) (Entered: 05/06/2025) |
| 05/07/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Trial as to ROBERT P. BURKE (1) resumed and held on 5/7/2025 on Counts 1, 3, 4, 5. Same jury of 12 and 1 alternate. 1 alternate excused. Jury Trial set for 5/8/2025 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Timothy Parlatore, Antoinette Q. O'Neill; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot, Kathryn E. Fifield; Court Reporters: Lisa Edwards (AM), Sonja Reeves (PM). Government Witnesses: Juliet Beyler (testimony resumed and concluded), Amanda Kraus, Sebastian Gardner (testimony began and continued). (hmc) (Entered: 05/07/2025) |
| 05/08/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Trial as to ROBERT P. BURKE (1) resumed and held on 5/8/2025 on Counts 1, 3, 4, 5. Same jury of 12 and 1 alternate. Jury Trial set for 5/12/2025 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Timothy Parlatore, Antoinette Q. O'Neill; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot, Kathryn E. Fifield; Court Reporters: Lisa Edwards (AM), Sonja Reeves (PM). Government Witness: Sebastian Gardner |

| | | |
|---|---|---|
| | | (testimony resumed and continued). (hmc) (Entered: 05/08/2025) |
| 05/12/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Trial as to ROBERT P. BURKE (1) resumed and held on 5/12/2025 on Counts 1, 3, 4, 5. Same jury of 12 and 1 alternate. Jury Trial set for 5/13/2025 at 9:15 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Timothy Parlatore, Antoinette Q. O'Neill; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot, Kathryn E. Fifield; Court Reporters: Lisa Edwards (AM), Sonja Reeves (PM). Government Witnesses: Sebastian Gardner (testimony resumed and concluded), John Hannink, Bradley Appleman (testimony began and continued). (hmc) (Entered: 05/12/2025) |
| 05/13/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Trial as to ROBERT P. BURKE (1) resumed and held on 5/13/2025 on Counts 1, 3, 4, 5. Same jury of 12 and 1 alternate. Jury Trial set for 5/14/2025 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Defendant's motion for judgment of acquittal, heard and denied. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Timothy Parlatore, Antoinette Q. O'Neill; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot, Kathryn E. Fifield; Court Reporters: Lisa Edwards (AM), Sonja Reeves (PM). Government Witnesses: Bradley Appleman (testimony resumed and concluded), Mary Beth Eversman, Pamela Hooker. (hmc) (Entered: 05/13/2025) |
| 05/13/2025 | 159 | Right to Testify by ROBERT P. BURKE (1). (hmc) (Entered: 05/15/2025) |
| 05/14/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Trial as to ROBERT P. BURKE (1) resumed and held on 5/14/2025 on Counts 1, 3, 4, 5. Same jury of 12 and 1 alternate. Alternate juror (1) excused. Jury deliberations began and continued to 5/15/2025 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Timothy Parlatore, Antoinette Q. O'Neill; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot, Kathryn E. Fifield; Court Reporter: Lisa Edwards. (hmc) (Entered: 05/14/2025) |
| 05/14/2025 | 160 | Final Jury Instructions as to ROBERT P. BURKE (1). (hmc) (Entered: 05/15/2025) |
| 05/14/2025 | 163 | EXHIBIT LIST by USA as to ROBERT P. BURKE (1). (hmc) (Entered: 05/19/2025) |
| 05/14/2025 | 164 | EXHIBIT LIST by ROBERT P. BURKE (1). (hmc) (Entered: 05/19/2025) |
| 05/14/2025 | 165 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to ROBERT P. BURKE (1). (hmc) (Entered: 05/19/2025) |
| 05/15/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Deliberations as to ROBERT P. BURKE (1) resumed and held on 5/15/2025 on Counts 1, 3, 4, 5. Same jury of 12. Jury Note (1). Jury deliberations set for 5/16/2025 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Timothy Parlatore, Antoinette Q. O'Neill; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot, Kathryn E. Fifield; Court Reporter: Lisa Edwards. (hmc) (Entered: 05/15/2025) |
| 05/15/2025 | 161 | Jury Note as to ROBERT P. BURKE (1). (hmc) (Entered: 05/16/2025) |
| 05/15/2025 | 162 | **Signature Page of Foreperson** as to ROBERT P. BURKE (1) in Jury Note. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record |

| | | |
|---|---|---|
| | | and the Court.) (zhmc) (Entered: 05/16/2025) |
| 05/16/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Deliberations as to ROBERT P. BURKE (1) resumed and held on 5/16/2025 on Counts 1, 3, 4, 5. Same jury of 12. Jury deliberations set for 5/19/2025 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Timothy Parlatore, Antoinette Q. O'Neill; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot, Kathryn E. Fifield; Court Reporter: Lisa Edwards. (hmc) (Entered: 05/16/2025) |
| 05/19/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Deliberations as to ROBERT P. BURKE (1) resumed and concluded on 5/19/2025 on Counts 1, 3, 4, 5. Same jury of 12. JURY VERDICT: Guilty on Counts 1, 3, 4, 5. Jury of 12 polled; jury of 12 and 2 alternates discharged. Case referred to the Probation Office for a Presentence Investigation. Sentencing Memoranda due by 8/15/2025. Sentencing set for 8/22/2025 at 2:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Timothy Parlatore, Antoinette Q. O'Neill; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot, Kathryn E. Fifield; Court Reporter: Lisa Edwards. (hmc) (Entered: 05/19/2025) |
| 05/19/2025 | 166 | Jury Note (1) as to ROBERT P. BURKE (1). (hmc) (Entered: 05/19/2025) |
| 05/19/2025 | 167 | **Signature Page of Foreperson** as to ROBERT P. BURKE (1) in Jury Note. (Access to the PDF Document is restricted pursuant to the E−Government Act. Access is limited to Counsel of Record and the Court.) (zhmc) (Entered: 05/19/2025) |
| 05/19/2025 | 168 | VERDICT FORM as to ROBERT P. BURKE (1). (hmc) (Entered: 05/19/2025) |
| 05/19/2025 | 169 | **Signature Page of Foreperson** as to ROBERT P. BURKE (1) in Jury Verdict. (Access to the PDF Document is restricted pursuant to the E−Government Act. Access is limited to Counsel of Record and the Court.) (zhmc) (Entered: 05/19/2025) |
| 05/21/2025 | 170 | NOTICE OF ATTORNEY APPEARANCE Brian P. Kelly appearing for USA. (Kelly, Brian) (Entered: 05/21/2025) |
| 05/27/2025 | 171 | TRANSCRIPT OF TRIAL BY JURY − TRIAL DAY 1 (Afternoon Session) in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 6, 2025; Page Numbers: 1−98. Date of Issuance:May 6, 2025. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354−3246, Transcripts may be ordered by submitting the Transcript Order Form For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, |

| | | |
|---|---|---|
| | | which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/17/2025. Redacted Transcript Deadline set for 6/27/2025. Release of Transcript Restriction set for 8/25/2025.(Reeves, Sonja) (Entered: 05/27/2025) |
| 05/27/2025 | 172 | TRANSCRIPT OF TRIAL BY JURY − TRIAL DAY 2 (Afternoon Session) in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 7, 2025; Page Numbers: 1−130. Date of Issuance: May 7, 2025. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354−3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/17/2025. Redacted Transcript Deadline set for 6/27/2025. Release of Transcript Restriction set for 8/25/2025.(Reeves, Sonja) (Entered: 05/27/2025) |
| 05/27/2025 | 173 | TRANSCRIPT OF TRIAL BY JURY − TRIAL DAY 3 (Afternoon Session) in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 8, 2025; Page Numbers: 1−151. Date of Issuance: May 8, 2025. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354−3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/17/2025. Redacted Transcript Deadline set for 6/27/2025. Release of Transcript Restriction set for 8/25/2025.(Reeves, Sonja) (Entered: 05/27/2025) |
| 05/27/2025 | 174 | TRANSCRIPT OF TRIAL BY JURY − TRIAL DAY 4 (Afternoon Session) in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 12, 2025; |

| | | |
|---|---|---|
| | | Page Numbers: 1−152. Date of Issuance: May 12, 2025. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354−3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/17/2025. Redacted Transcript Deadline set for 6/27/2025. Release of Transcript Restriction set for 8/25/2025.(Reeves, Sonja) (Entered: 05/27/2025) |
| 05/27/2025 | 175 | TRANSCRIPT OF TRIAL BY JURY − TRIAL DAY 5 (Afternoon Session) in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 13, 2025; Page Numbers: 1−133. Date of Issuance: May 13, 2025. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354−3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/17/2025. Redacted Transcript Deadline set for 6/27/2025. Release of Transcript Restriction set for 8/25/2025.(Reeves, Sonja) (Entered: 05/27/2025) |
| 06/11/2025 | 183 | TRANSCRIPT OF JURY TRIAL (MORNING SESSION) in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 6, 2025; Page Numbers: 1−184. Date of Issuance: June 11, 2025. Court Reporter/Transcriber Lisa Edwards, Telephone number (202) 354−3269, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/2/2025. Redacted Transcript Deadline set for 7/12/2025. Release of Transcript Restriction set for 9/9/2025.(Edwards, Lisa) (Entered: 06/11/2025) |
| 06/11/2025 | 184 | TRANSCRIPT OF JURY TRIAL (MORNING SESSION) in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 7, 2025; Page Numbers: 1−160. Date of Issuance: June 11, 2025. Court Reporter/Transcriber Lisa Edwards, Telephone number (202) 354−3269, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/2/2025. Redacted Transcript Deadline set for 7/12/2025. Release of Transcript Restriction set for 9/9/2025.(Edwards, Lisa) (Entered: 06/11/2025) |
| 06/11/2025 | 185 | TRANSCRIPT OF JURY TRIAL (MORNING SESSION) in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 8, 2025; Page Numbers: 1−144. Date of Issuance: June 11, 2025. Court Reporter/Transcriber Lisa Edwards, Telephone number (202) 354−3269, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/2/2025. Redacted Transcript Deadline set for 7/12/2025. |

| | | |
|---|---|---|
| | | Release of Transcript Restriction set for 9/9/2025.(Edwards, Lisa) (Entered: 06/11/2025) |
| 06/11/2025 | 186 | TRANSCRIPT OF JURY TRIAL (MORNING SESSION) in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 12, 2025; Page Numbers: 1−140. Date of Issuance: June 11, 2025. Court Reporter/Transcriber Lisa Edwards, Telephone number (202) 354−3269, Transcripts may be ordered by submitting the <u>Transcript Order Form</u>

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/2/2025. Redacted Transcript Deadline set for 7/12/2025. Release of Transcript Restriction set for 9/9/2025.(Edwards, Lisa) (Entered: 06/11/2025) |
| 06/11/2025 | 187 | TRANSCRIPT OF JURY TRIAL (MORNING SESSION) in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 13, 2025; Page Numbers: 1−152. Date of Issuance: June 11, 2025. Court Reporter/Transcriber Lisa Edwards, Telephone number (202) 354−3269, Transcripts may be ordered by submitting the <u>Transcript Order Form</u>

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/2/2025. Redacted Transcript Deadline set for 7/12/2025. Release of Transcript Restriction set for 9/9/2025.(Edwards, Lisa) (Entered: 06/11/2025) |
| 06/11/2025 | 188 | TRANSCRIPT OF JURY TRIAL in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 14, 2025; Page Numbers: 1−103. Date of Issuance: June 11, 2025. Court Reporter/Transcriber Lisa Edwards, Telephone number (202) 354−3269, Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/2/2025. Redacted Transcript Deadline set for 7/12/2025. Release of Transcript Restriction set for 9/9/2025.(Edwards, Lisa) (Entered: 06/11/2025) |
| 06/11/2025 | 189 | TRANSCRIPT OF JURY TRIAL in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 15, 2025; Page Numbers: 1−10. Date of Issuance: June 11, 2025. Court Reporter/Transcriber Lisa Edwards, Telephone number (202) 354−3269, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/2/2025. Redacted Transcript Deadline set for 7/12/2025. Release of Transcript Restriction set for 9/9/2025.(Edwards, Lisa) (Entered: 06/11/2025) |
| 06/11/2025 | 190 | TRANSCRIPT OF JURY TRIAL in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 16, 2025; Page Numbers: 1−5. Date of Issuance: June 11, 2025. Court Reporter/Transcriber Lisa Edwards, Telephone number (202) 354−3269, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our |

| | | |
|---|---|---|
| | | website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/2/2025. Redacted Transcript Deadline set for 7/12/2025. Release of Transcript Restriction set for 9/9/2025.(Edwards, Lisa) (Entered: 06/11/2025) |
| 06/11/2025 | 191 | TRANSCRIPT OF JURY TRIAL in case as to ROBERT P. BURKE before Judge Trevor N. McFadden held on May 19, 2025; Page Numbers: 1−11. Date of Issuance: June 11, 2025. Court Reporter/Transcriber Lisa Edwards, Telephone number (202) 354−3269, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/2/2025. Redacted Transcript Deadline set for 7/12/2025. Release of Transcript Restriction set for 9/9/2025.(Edwards, Lisa) (Entered: 06/11/2025) |
| 06/12/2025 | 192 | NOTICE OF ATTORNEY APPEARANCE Joshua Seth Rothstein appearing for USA. (Rothstein, Joshua) (Entered: 06/12/2025) |
| 06/20/2025 | 195 | Memorandum in Opposition by YONGCHUL CHARLIE KIM, MEGHAN MESSENGER as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER re 177 MOTION in Limine *to Exclude Certain Evidence and Argument (Redacted)* (Attachments: # 1 Exhibit A: REDACTED)(Burck, William) (Entered: 06/20/2025) |
| 06/20/2025 | 197 | Memorandum in Opposition by YONGCHUL CHARLIE KIM, MEGHAN MESSENGER as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER re 179 MOTION in Limine *to Admit Out−of−Court Co−Conspirator Statements (Redacted)* (Attachments: # 1 Exhibit A: REDACTED)(Burck, William) (Entered: 06/20/2025) |
| 06/20/2025 | 199 | RESPONSE *(Redacted) Joint Objection to the Government's Notice of Intent* by YONGCHUL CHARLIE KIM, MEGHAN MESSENGER as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER re 180 Notice (Attachments: # 1 Exhibit A: REDACTED, # 2 Exhibit AA: REDACTED, # 3 Exhibit B: REDACTED, # 4 Exhibit BB: REDACTED, # 5 Exhibit C: REDACTED, # 6 Exhibit CC: REDACTED, # 7 Exhibit D: REDACTED, # 8 Exhibit DD: REDACTED, # 9 Exhibit E: REDACTED, # 10 Exhibit EE: REDACTED, # 11 Exhibit F: REDACTED, # 12 Exhibit FF: REDACTED, # 13 Exhibit G: REDACTED, # 14 Exhibit H: REDACTED, # 15 Exhibit I: REDACTED, # 16 Exhibit J: REDACTED, # 17 Exhibit K: REDACTED, # 18 Exhibit L: REDACTED, # 19 Exhibit M: REDACTED, # 20 Exhibit N: REDACTED, # 21 Exhibit O: |

| | | |
|---|---|---|
| | | REDACTED, # 22 Exhibit P: REDACTED, # 23 Exhibit Q: REDACTED, # 24 Exhibit R: REDACTED, # 25 Exhibit S: REDACTED, # 26 Exhibit T: REDACTED, # 27 Exhibit U: REDACTED, # 28 Exhibit V: REDACTED, # 29 Exhibit W: REDACTED, # 30 Exhibit X: REDACTED, # 31 Exhibit Y: REDACTED, # 32 Exhibit Z: REDACTED)(Burck, William) Modified event title on 6/25/2025 (znmw). (Entered: 06/20/2025) |
| 07/15/2025 | 218 | NOTICE OF ATTORNEY APPEARANCE Sarah C. Santiago appearing for USA. (Santiago, Sarah) (Entered: 07/15/2025) |
| 07/21/2025 | 234 | MOTION to Withdraw as Attorney by Kathryn E. Fifield. by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER. (Fifield, Kathryn) (Entered: 07/21/2025) |
| 07/22/2025 | | MINUTE ORDER as to ROBERT P. BURKE (1), YONGCHUL CHARLIE KIM (2), and MEGHAN MESSENGER (3): The 234 Motion to Withdraw as Attorney is GRANTED. The Clerk of Court is requested to terminate Kathryn Fifield as an Attorney for this case. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/22/2025. (lctnm3). (Entered: 07/22/2025) |
| 07/30/2025 | 253 | Consent MOTION for Extension of Time to File *objections to PSR* by ROBERT P. BURKE. (Parlatore, Timothy) (Entered: 07/30/2025) |
| 07/30/2025 | | NOTICE of Provisional/Government Not Certified Status re 253 Consent MOTION for Extension of Time to File *objections to PSR* by ROBERT P. BURKE. (Parlatore, Timothy). <br><br> Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Criminal Rule 57.21.1, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney−renewal. <br><br> Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 8/6/2025. (zhcn) (Entered: 07/31/2025) |
| 07/31/2025 | | NOTICE OF RESCHEDULED HEARING as to ROBERT P. BURKE (1). Sentencing rescheduled from 8/22/2025 to 9/16/2025 at 2:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Sentencing memoranda due by 9/9/2025.(hmc) (Entered: 07/31/2025) |
| 07/31/2025 | | MINUTE ORDER as to ROBERT P. BURKE (1): The Court GRANTS Defendant's 253 Consent Motion for Extension of Time. The new deadline to file objections to the Presentence Investigation Report is now August 11, 2025. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/31/2025. (lctnm1) (Entered: 07/31/2025) |
| 08/01/2025 | 257 | NOTICE OF ATTORNEY APPEARANCE Sarah C. Ranney appearing for USA. (Ranney, Sarah) (Entered: 08/01/2025) |
| 08/13/2025 | 272 | NOTICE *of potential conflict requiring disqualification of counsel and request for inquiry* by USA as to ROBERT P. BURKE, YONGCHUL CHARLIE KIM, MEGHAN MESSENGER (Attachments: # 1 Exhibit Attachment A (redacted))(Ranney, Sarah) (Entered: 08/13/2025) |

| 09/09/2025 | 321 | SENTENCING MEMORANDUM by USA as to ROBERT P. BURKE (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Ross, Rebecca) (Entered: 09/09/2025) |
|---|---|---|
| 09/09/2025 | 322 | SENTENCING MEMORANDUM by ROBERT P. BURKE (Attachments: # 1 Exhibit A − Character Letters, # 2 Exhibit B − Cost Spreadsheet)(Parlatore, Timothy) (Entered: 09/09/2025) |
| 09/16/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Sentencing held on 9/16/2025 as to ROBERT P. BURKE (1). Defendant sentenced to a term of Sixty (60) Months of Incarceration as to each of Counts 1, 4, and 5, Seventy−Two (72) Months of Incarceration as to Count 3, all terms to run concurrently, followed by a term of Thirty−Six (36) Months of Supervised Release as to each of Counts 1, 3, 4, 5, all terms to run concurrently. Special Assessment of $100 imposed as to each of Counts 1, 3, 4, 5, for a total amount of $400. Restitution in the amount of $322,850. Forfeiture in the amount of $86,748.08. Bond Status of Defendant: Defendant remains on Personal Recognizance and permitted to self−surrender. Defense Attorneys: Timothy Parlatore, Antoinette Q. O'Neill; US Attorneys: Rebecca G. Ross, Trevor C. Wilmot; Probation Officer: Kelli Willett; Court Reporter: Lisa Edwards. (hmc) (Entered: 09/16/2025) |
| 10/07/2025 | 349 | ORDER OF FORFEITURE as to ROBERT P. BURKE (1). Signed by Judge Trevor N. McFadden on 10/7/2025. (hmc) (Entered: 10/07/2025) |
| 10/07/2025 | 350 | JUDGMENT as to ROBERT P. BURKE (1). Statement of Reasons Not Included.. Signed by Judge Trevor N. McFadden on 10/7/2025. (Attachments: # 1 Order of Forfeiture) (zmcg) (Entered: 10/07/2025) |
| 10/07/2025 | 351 | STATEMENT OF REASONS as to ROBERT P. BURKE (1). re 350 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Trevor N. McFadden on 10/7/2025. (zmcg) (Entered: 10/07/2025) |
| 10/08/2025 | 352 | NOTICE OF APPEAL − Final Judgment by ROBERT P. BURKE re 349 Order for Forfeiture of Property, 350 Judgment. Filing fee $ 605, receipt number ADCDC−12012720. Fee Status: Fee Paid. Parties have been notified. (Parlatore, Timothy) (Entered: 10/08/2025) |

Use the Tab key to move from field to field on this form
Case 1:24-cr-00265-TNM    Document 393    Filed 10/09/25    Page 28 of 42-290
Notice of Appeal Criminal                                                    Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )     Criminal No. [1:24-cr-00265-TNM]
)
[ROBERT BURKE, et. al.] )

## NOTICE OF APPEAL

Name and address of appellant:

Robert Burke
108 Charlotte Drive
Ligonier, PA 15658

Name and address of appellant's attorney:

Timothy C. Parlatore, Esq.
Parlatore Law Group, LLP
Counsel for Admiral Burke
260 Madison Ave., 17th Floor
New York, NY 10016

Offense:   conspiracy to commit bribery; bribery; performing acts affecting a personal financial interest; concealment of material facts

Concise statement of judgment or order, giving date, and any sentence:

Defendant was found guilty on counts 1, 3, 4 and 5 of the indictment after pleading not guilty. Defendant is sentenced to 60 months imprisonment on counts 1, 4, and 5 and 72 months on count 3, all terms to run concurrently, followed by 36 months of supervised release. He is ordered to pay restitution of $322,850 to the US Navy and to forfeit $86,748.08. The judgment was imposed on 9/16/2025 and issued on 10/7/2025.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

10 / 08 / 2025
_____
DATE

_____
APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE        [ ]
CJA, NO FEE                [ ]
PAID USDC FEE              [ ]
PAID USCA FEE             [ ]
Does counsel wish to appear on appeal?                        YES [✔]   NO [ ]
Has counsel ordered transcripts?                             YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✔]

Doc ID: c06cd3b7d714a00045d1365c39c8b5c664a4235d

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

### District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| ROBERT P. BURKE | ) | Case Number: 24-cr-265-1 (TNM) |
| | ) | USM Number: 17911-511 |
| | ) | |
| | ) | Timothy Parlatore |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☑ was found guilty on count(s)    1, 3, 4, 5 of the Indictment
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 371 | Conspiracy | 10/2022 | 1 |
| 18 USC § 201(b)(2)(A) | Bribery | 10/2022 | 3 |
| 18 USC § 208(a) | Acts Affecting a Personal Financial Interest | 3/2022 | 4 |

   The defendant is sentenced as provided in pages 2 through ___8___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/16/2025
Date of Imposition of Judgment

_____
Signature of Judge

Trevor N. McFadden, U.S.D.J.
Name and Title of Judge

10/7/25
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1A

Judgment—Page __2__ of __8__

DEFENDANT:  ROBERT P. BURKE
CASE NUMBER:  24-cr-265-1 (TNM)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1001(a)(1) | Concealment of Material Facts | 7/2022 | 5 |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___3___ of ___8___

DEFENDANT:   ROBERT P. BURKE
CASE NUMBER:   24-cr-265-1 (TNM)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
SIXTY (60) Months on each of Counts 1, 4, 5, and SEVENTY-TWO (72) Months on Count 3, all terms to run concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.   on _____

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT:  ROBERT P. BURKE
CASE NUMBER:  24-cr-265-1 (TNM)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

THIRTY-SIX (36) Months on each of Counts 1, 3, 4, 5, to run concurrently.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

32

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                  Sheet 3A — Supervised Release

| | Judgment—Page | 5 | of | 8 |

DEFENDANT:  ROBERT P. BURKE
CASE NUMBER:  24-cr-265-1 (TNM)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page __6__ of __8__

DEFENDANT: ROBERT P. BURKE
CASE NUMBER: 24-cr-265-1 (TNM)

## SPECIAL CONDITIONS OF SUPERVISION

Restitution Obligation – You must pay the balance of any restitution owed at a rate of no less than $5,000 each month.

Forfeiture Obligation – You must forfeit $86,748.08. Forfeiture Order attached.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon your completion or termination from treatment.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __7__ of __8__

DEFENDANT: ROBERT P. BURKE
CASE NUMBER: 24-cr-265-1 (TNM)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 322,850.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk of the Court for the United States District of Columbia, for disbursement to the following victim: | | | |
| United States Navy (victim's information provided to the Clerk's Office) | | $322,850.00 | |

| **TOTALS** | $ _____0.00_____ | $ _____322,850.00_____ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___8___ of ___8___

DEFENDANT: ROBERT P. BURKE
CASE NUMBER: 24-cr-265-1 (TNM)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ ___400.00___ due immediately, balance due

    ☐ not later than _____ , or
    ☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
    The financial obligations are payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW,
    Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the
    change until such time as the financial obligation is paid in full.

    See page: SPECIAL CONDITIONS OF SUPERVISION.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
You must forfeit $86,748.08. Order of Forfeiture attached.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **24-cr-265 (TNM)** |
| **ROBERT P. BURKE,** | |
| **Defendant.** | |

## ORDER OF FORFEITURE

**WHEREAS**, the Indictment alleged the forfeiture of property, that is, forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Count One and Count Three, pursuant to Title 18, United States Code, Section 201(b)(2), United States Code, Section 2461(c);

**WHEREAS**, the Indictment further alleged that the United States would seek a forfeiture money judgment against defendant in the amount equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses;

**WHEREAS**, on May 19, 2025, a jury found defendant guilty of Count One, conspiracy, in violation of 18 § U.S.C. § 371, and Count Three, bribery, in violation of 18 U.S.C. § 201(b)(2);[1]

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence produced at trial and information before it, that any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Count One and Count Three, is subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and that a personal money judgment against defendant is appropriate, as set forth below;

---

[1]    Defendant was also convicted of Counts Four and Five, but there is no forfeiture authority or forfeiture allegation regarding the offenses in those counts.

*WHEREAS*, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during defendant's trial, that a forfeiture money judgment against defendant and in favor of the United States in the amount of $86,748.08, is appropriate insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), Title 28, United States Code, Section 2461(c);

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, that the proceeds defendant personally obtained have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED*:

1.      That the following property is declared forfeited to the United States: any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Count One and Count Three, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.      A forfeiture money judgment in the amount of $86,748.08 is entered against the defendant and in favor of the United States.

3.      The Court finds that the proceeds that defendant personally obtained as a result of the offenses to which she was found guilty have been dissipated by her and cannot be located

2

upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

      4.     The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

      5.     That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure this Order of Forfeiture is now final as to the defendant and shall be made part of the sentence and included in the judgment.

      6.     The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

      7.     The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

      Dated this _7th_ day of _October_____, 2025.


HONORABLE TREVOR MCFADDEN
UNITED STATES DISTRICT JUDGE

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ROBERT P. BURKE,

Defendant.

24-cr-265 (TNM)

### ORDER OF FORFEITURE

**WHEREAS**, the Indictment alleged the forfeiture of property, that is, forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Count One and Count Three, pursuant to Title 18, United States Code, Section 201(b)(2), United States Code, Section 2461(c);

**WHEREAS**, the Indictment further alleged that the United States would seek a forfeiture money judgment against defendant in the amount equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses;

**WHEREAS**, on May 19, 2025, a jury found defendant guilty of Count One, conspiracy, in violation of 18 § U.S.C. § 371, and Count Three, bribery, in violation of 18 U.S.C. § 201(b)(2);[1]

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence produced at trial and information before it, that any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Count One and Count Three, is subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and that a personal money judgment against defendant is appropriate, as set forth below;

---

1    Defendant was also convicted of Counts Four and Five, but there is no forfeiture authority or forfeiture allegation regarding the offenses in those counts.

40

***WHEREAS***, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during defendant's trial, that a forfeiture money judgment against defendant and in favor of the United States in the amount of $86,748.08, is appropriate insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), Title 28, United States Code, Section 2461(c);

***WHEREAS***, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

***WHEREAS***, that the proceeds defendant personally obtained have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

***WHEREAS***, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED***:

1.    That the following property is declared forfeited to the United States: any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Count One and Count Three, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.    A forfeiture money judgment in the amount of $86,748.08 is entered against the defendant and in favor of the United States.

3.    The Court finds that the proceeds that defendant personally obtained as a result of the offenses to which she was found guilty have been dissipated by her and cannot be located

2

upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4.    The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5.    That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure this Order of Forfeiture is now final as to the defendant and shall be made part of the sentence and included in the judgment.

6.    The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7.    The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this **7th** day of **October**, 2025.


HONORABLE TREVOR MCFADDEN
UNITED STATES DISTRICT JUDGE

3