```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * *   )
UNITED STATES OF AMERICA,       )    Criminal Action
                                )    No. 24-00265
          Plaintiff,            )
                                )
   vs.                          )
                                )
YONGCHUL "CHARLIE" KIM and      )    Washington, D.C.
MEGHAN MESSENGER,               )    October 9, 2025
                                )    10:33 a.m.
          Defendants.           )
                                )
* * * * * * * * * * * * * * *   )


              TRANSCRIPT OF STATUS CONFERENCE
         BEFORE THE HONORABLE TREVOR N. McFADDEN
               UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE GOVERNMENT:      JOSHUA S. ROTHSTEIN, ESQ.
                         BRIAN P. KELLY, ESQ.
                         SARAH C. RANNEY, ESQ.
                         UNITED STATES ATTORNEY'S OFFICE
                           FOR THE DISTRICT OF COLUMBIA
                         601 D Street, Northwest
                         Washington, D.C. 20530

FOR THE DEFENDANT        WILLIAM S. BURCK, ESQ.
         KIM:            AVI PERRY, ESQ.
                         BRETT RAFFISH, ESQ.
                         QUINN, EMANUEL, URQUHART & SULLIVAN,
                           LLP
                         1300 I Street, Northwest
                         Suite 900
                         Washington, D.C. 20005

FOR THE DEFENDANT        REED BRODSKY, ESQ.
     MESSENGER:          GIBSON, DUNN & CRUTCHER, LLP
                         200 Park Avenue
                         New York, New York 10166
```

REPORTED BY:           LISA EDWARDS, RDR, CRR
                       Official Court Reporter
                       United States District Court for the
                         District of Columbia
                       333 Constitution Avenue, Northwest
                       Room 6706
                       Washington, D.C. 20001
                       (202) 354-3269

1           THE COURTROOM DEPUTY:  Your Honor, this is
2    Criminal Case 24-265, *United States of America versus*
3    *Yongchul "Charlie" Kim and Meghan Messenger*.
4           Counsel, please come forward to identify
5    yourselves for the record, starting with the Government.
6           MR. ROTHSTEIN:  Good morning, your Honor.  Josh
7    Rothstein on behalf of the United States.  With me at
8    counsel table is AUSA Brian Kelly and AUSA Sarah Ranney.
9           THE COURT:  Good morning, folks.
10          MR. BURCK:  Good morning, your Honor.  Bill Burck,
11   Avi Perry and Brett Raffish for Charlie Kim, who's present
12   in the courtroom.
13          THE COURT:  Good morning, gentlemen.
14          Good morning, Mr. Kim.
15          DEFENDANT KIM:  Good morning, your Honor.
16          MR. BRODSKY:  Good morning, your Honor.  Reed
17   Brodsky on behalf of Ms. Messenger, who's present.
18          THE COURT:  Good morning, Mr. Brodsky.
19          Good morning, Ms. Messenger.
20          DEFENDANT MESSENGER:  Good morning.
21          THE COURT:  We are here for a status conference
22   after an initial hung jury.
23          I'll hear from you, Mr. Rothstein.
24          MR. ROTHSTEIN:  Yes, your Honor.
25          The Government intends to retry this case.  We've

```
 1    spoken with our supervisors about it and have been directed
 2    to set a trial date.
 3              THE COURT:  Okay.  Do you have thoughts about how
 4    long you'd expect your case in chief to last this time?
 5              MR. ROTHSTEIN:  We expect it to be about the same
 6    length, your Honor.
 7              I know that your Honor had given some initial
 8    thoughts on some ways that things could be curtailed.  After
 9    having spoken with the jury, we believe that we would like
10    the opportunity to brief -- I think there were two different
11    items that you referenced.  But the jurors seemed to be
12    compelled by those two particular issues.
13              So we'd like the opportunity to brief why at least
14    to some degree, perhaps maybe a little pared back, but why
15    those two points are relevant.
16              We additionally believe that we may be calling an
17    additional witness, and so we think it'll be about the same
18    length.  Hopefully -- I don't know how long Ms. Beyler's
19    cross will be this time.  But if it's shorter, then perhaps
20    the entire trial will be shorter.  But we think it'll be
21    about two and a half weeks with the defense case.
22              THE COURT:  I'm sorry.  Just for yours, you're
23    expecting --
24              MR. ROTHSTEIN:  We expect our case would be about
25    a week and a half.
```

1           THE COURT:  Okay.  Mr. Burck?

2           MR. BURCK:  Thank you, your Honor.

3           We are prepared, obviously, to defend the case.

4  Our client has no intention to take a guilty plea.  We

5  are -- we only heard this from the Government this morning

6  in terms of the length of their case.  I believe their case

7  was about a week in the prior trial.  Our case is about a

8  week.  I don't think our case will be any longer, unless

9  there's something unexpected.

10          In terms of the Court's initial thoughts on

11 limiting the case, obviously, we agree with the Court's

12 views, and we're happy to brief it.  We don't think that

13 what the jury said is really relevant to the Court's

14 analysis.  I think the hung jury thought about these issues.

15 We may have different views anyway on what the jury thought

16 was important from what we heard.  We're not sure that would

17 even be relevant to the Court's analysis.

18          In terms of the trial date, our clients -- we had

19 discussed this as counsel with the Government, potential

20 dates based on our schedule and I should say Mr. Kim's

21 lawyers' schedules.  But we've also discussed now with

22 Mr. Kim what his preference is, and he is looking for a

23 speedy trial.  And he is hoping to get a trial done --

24 retrial done this year, depending on the Court's schedule,

25 of course, and even as early as November, if the Court was

```
 1   available.
 2          But I'll leave Mr. Brodsky to address his own
 3   client's perspective.  But again, I just want -- I
 4   acknowledge to the Court and to the Government that we did
 5   talk about next year as a good time for us to do a trial.
 6   But again, what matters here is Mr. Kim's desires.  And he
 7   would want to have a trial this year if he can.
 8          THE COURT:  Okay.  I'm not sure about that.
 9          MR. BURCK:  Understood, your Honor.  Of course,
10   it's your schedule entirely that controls.
11          THE COURT:  Well, I want to work with you all.
12   But with this many attorneys, I'll be surprised if we can do
13   it.
14          Mr. Brodsky?
15          MR. BRODSKY:  Yes, your Honor.
16          Ms. Messenger also would like a speedy trial, as
17   early as this November or at the earliest time convenient to
18   the Court.
19          The Government never spoke to us about trial dates
20   after the hung jury last time.
21          I will say that I am looking forward to the
22   opportunity to present to both Judge Pirro's office and Main
23   Justice as to why they should not retry the case.  But that
24   being said, I haven't had that opportunity yet.  If they do
25   intend to retry the case, I think our -- depending on what
```

1       they do and what additional witness they may call, our case
2       would be about the same length of time.
3                   THE COURT:  Okay.  And that is -- help me
4       remember.  With Mr. Burck thinking -- I think he said one
5       week.  Does that one --
6                   MR. BRODSKY:  It would be within the same window
7       of time, your Honor.
8                   THE COURT:  So it sounds like we're talking about
9       a two-and-a-half-week case or trial.
10                  MR. BRODSKY:  That sounds right, your Honor.
11                  THE COURT:  Okay.  Thanks.
12                  Yes, Mr. Rothstein.
13                  MR. ROTHSTEIN:  Yes, your Honor.
14                  After -- I think, as Mr. Burck acknowledged, after
15      the hung jury, we had a conversation with Mr. Burck about a
16      trial date.  And they had said that they did not want to try
17      it this year.  And we had discussed a date in May.  They
18      said May would be agreeable.
19                  Based on that conversation, the Government has
20      scheduled trials and has scheduled leave.  And our primary
21      trial counsel, Ms. Ross, is in trial in January for Trayon
22      White before Judge Contreras.  And I think that the earliest
23      that we would be able to do it -- we really wanted May 1 or
24      I think it's May 4, is actually the Monday.  If not, I think
25      the earliest that we could do it is April 1st or whatever

1    that Monday is.  The first week of April.
2            THE COURT:  Okay.  Does she possibly have family
3    leave coming up that I need to be aware of?
4            MR. ROTHSTEIN:  I don't know what I can discuss in
5    open court.  But everything's great.  And she's taking --
6    it's a little complicated by the furlough.  But she, I
7    believe, intended to do the Trayon White trial and be out
8    for two months.  So she would be coming back early so that
9    she could try this case in April.  We really need her to do
10   this.
11           THE COURT:  Okay.  Yes.
12           MR. BURCK:  Your Honor, just one quick point, your
13   Honor.
14           THE COURT:  Okay.
15           MR. BURCK:  Your Honor, the one thing we'd note --
16   and of course we have a great deal of respect for Ms. Rourke
17   [sic] and she does a great job at trial.
18           There are four Government lawyers involved in this
19   case.  There was a fifth who was involved in the prior trial
20   of Admiral Burke.  As AUSAs say all the time, the
21   Government's always ready.  And the Government's a big
22   government.  Even now, with the shutdown, it's still pretty
23   big.  So we would just note that we believe the Government
24   could try this case even in the absence of Ms. Rourke.
25           THE COURT:  I don't need to hear back from you on

1     that, Mr. Rothstein.
2             I also am in trial in all of January on a retained
3     defendant.  I think just between the holidays -- and I have
4     another detained defendant trial in December.  I'm not
5     realistically going to be able to do it in the next couple
6     months.
7             MR. BRODSKY:  Your Honor, may I add one point as
8     you consider what trial date to post?
9             THE COURT:  Okay.
10            MR. BRODSKY:  We do have concerns.  As your Honor
11    saw in the trial, people like Ms. Beyler had difficulty
12    recalling events that occurred long ago.  The longer we go,
13    the more difficult, obviously, it is for people to remember.
14    That's only natural.
15            So I would like your Honor to consider as you pick
16    a date, you know, months from now in May, in April, that
17    will also affect witness recollection.
18            THE COURT:  All right.  I understand your point.
19            MR. BRODSKY:  Thank you.
20            THE COURT:  I'm going to suggest Monday, April
21    27th.  It sounds like -- Mr. Rothstein, does that work for
22    the Government?
23            MR. ROTHSTEIN:  Yes, your Honor.  Thank you.
24            THE COURT:  Mr. Burck, does that work for your
25    client?

```
 1                  MR. BURCK:  Your Honor, if I may just check.
 2                  THE COURT:  Sure.
 3                  MR. BURCK:  Your Honor, that date, April 27th,
 4       would work for the defense.
 5                  Mr. Kim would just request if there's any
 6       possibility to do it in February with the Government's
 7       schedule and your schedule to consider that.
 8                  THE COURT:  I've got, unfortunately, this
 9       detained -- it's a multi-co-defendant detained trial.  And I
10       just -- I'm not confident that it's going to be done in
11       time.
12                  MR. BURCK:  Understood, your Honor.
13                  THE COURT:  So I'm sorry about that.
14                  Mr. Brodsky?
15                  MR. BRODSKY:  We are available, your Honor,
16       April 27th.
17                  THE COURT:  Okay.  So we'll set this for jury
18       trial on Monday, April 27th, at 9:00 a.m.
19                  I will set a briefing schedule.
20                  I also have another thought, that perhaps we
21       should be hearing from Ms. Canedo.  I understand none of the
22       parties sought to put her on the stand.
23                  I have the right to put witnesses on the stand as
24       well.  So I'm considering that.  And I'll invite briefing on
25       that if you wish.
```

```
 1                So let's just set -- I'm not looking to relitigate
 2    all the many issues we did before.  But I will set a
 3    briefing schedule.  Certainly the Government can file a
 4    motion in limine in relation to those two topics I
 5    previously mentioned.  And if anybody wants to file a motion
 6    opposing the idea of the Court calling a witness, you're
 7    welcome to on that schedule as well.
 8                Why don't we have any motions -- well, let me pick
 9    a pretrial conference date and just work backwards from
10    that.
11                How about 10:00 a.m. on April 2nd, Thursday, April
12    2nd?  Does that work for the Government for a pretrial
13    conference?
14                MR. ROTHSTEIN:  The Government can accommodate
15    that, unless -- I think Mr. Perry said he has a conflict.
16                MR. PERRY:  I thought we both did.
17                MR. BURCK:  Your Honor, this does not affect me,
18    but the conflict is Passover.
19                THE COURT:  That's fine.
20                MR. BURCK:  So we were wondering if we could do it
21    a week earlier, your Honor.
22                MR. ROTHSTEIN:  I feel like a bad Jew.
23                THE COURT:  I think that's pretty much what
24    Mr. Perry was suggesting.
25                I guess that's March 27th at 10:00 a.m.  Does that
```

1    work for the Government?
2            MR. ROTHSTEIN:  Yes, your Honor.  Thank you.
3            MR. BURCK:  Yes, your Honor.
4            Your Honor, one thing that might extend our part
5    of the trial slightly is that we may call an expert witness
6    or try to designate someone as an expert witness.  So we'd
7    request a deadline for expert disclosures.
8            THE COURT:  Yes.  That's fine.
9            So March 27th.  Mr. Brodsky, does that work for
10   you for a pretrial conference?
11           MR. BRODSKY:  Yes.
12           THE COURT:  So 10:00 a.m., March 27th, for
13   pretrial conference.
14           Just working back from that, I'll ask for any
15   replies in support of any motions to be filed by March 13th.
16           I'll ask for any oppositions to be filed by
17   February 20th.
18           And any motions, I guess, should be filed by
19   January 30th.  January 30th would also be the deadline for
20   any expert witness notices.
21           And then to the extent that there's an opposition,
22   you can just file that opposition on the opposition date.
23           MR. BURCK:  Thank you, your Honor.
24           THE COURT:  Does that make sense?
25           MR. BURCK:  It does, your Honor.

1                    MR. ROTHSTEIN:  Your Honor, depending on what
2       expert they notice, we may want to notice our own expert.
3       So we'll just talk to them ahead of time.  We may have to
4       file -- if we are going to call an expert, maybe we'll file
5       it on the same day that they file theirs so it's not
6       extending the schedule.
7                    THE COURT:  Yes.  That would be my preference.  If
8       you all just can talk ahead of time and file, obviously,
9       both on that motions deadline date.
10                   MR. BURCK:  Yes, your Honor.
11                   Your Honor, on the possibility the Court will call
12      Ms. Canedo, our current intention could change.  We wouldn't
13      object to that.  But we'll obviously discuss that.  That is
14      not something that inherently is objectionable to us.  So we
15      may -- it may be just the Government if they decide to
16      object that would object.
17                   THE COURT:  Maybe we're all really interested.  I
18      don't know.
19                   MR. ROTHSTEIN:  Your Honor, I suggested there
20      might be an additional witness.  That was the additional
21      witness that the Government is contemplating.
22                   THE COURT:  I think you've contemplated it
23      every -- each one of these trials.
24                   So yes.  Obviously, I'm just flagging that as
25      something that I may want to do if -- obviously, if one of

```
 1    the parties is going to do it, it's a moot point.  But if
 2    nobody calls her, I would conceivably call her myself.
 3              MR. BURCK:  Understood, your Honor.
 4              My last point, your Honor, is just that I
 5    mistakenly referred to -- I have no idea why I referred to
 6    Mr. Ross as Mr. Rourke.  I don't know why, your Honor; some
 7    kind of strange brain moment.  But I wanted to apologize to
 8    Ms. Ross for getting her name wrong.
 9              THE COURT:  No problem.  I didn't even notice.
10              Anything else we should be discussing today,
11    folks?  Mr. Rothstein?
12              MR. ROTHSTEIN:  No, your Honor.  Thank you.
13              THE COURT:  Mr. Burck?
14              MR. BURCK:  No, your Honor.  Thank you.
15              THE COURT:  Mr. Brodsky?
16              MR. BRODSKY:  No, your Honor.
17              THE COURT:  Thanks.
18              And just to be clear, I'm expecting -- other than
19    any narrow motions that are filed, I think I would expect to
20    proceed in the same way, same voir dire questions, same jury
21    instructions, same parameters that we'd already set out.  So
22    I think other than any specific motions -- and I'm not
23    looking for a lot -- then we'd just proceed as we did last
24    time.
25              Thanks, folks.  See you all next year.
```

1         MR. BURCK:  Thank you, your Honor.
2         MR. ROTHSTEIN:  Thank you, your Honor.
3         (Proceedings concluded.)

Case 1:24-cr-00265-TNM   Document 359   Filed 10/23/25   Page 15 of 16

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 23rd day of October, 2025.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
 District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269