UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 24-CR-265-TNM

**UNITED STATES OF AMERICA**

v.

**ROBERT BURKE,
YONGCHUL "CHARLIE" KIM,
MEGHAN MESSENGER**

        **Defendants.**

_____/

**NOTICE OF ATTORNEY WITHDRAWAL**

The United States of America hereby files this Notice of Attorney Withdrawal for Trevor Wilmot as counsel of record in this case.

    Respectfully submitted,

    EDWARD SULLIVAN
    CHIEF
    DEPARTMENT OF JUSTICE
    CRIMINAL DIVISION
    PUBLIC INTEGRITY SECTION

    */s/ Trevor Wilmot*
    Senior Litigation Counsel
    U.S. Department of Justice
    Antitrust Division
    Liberty Square Building
    450 5th Street, NW
    Washington, DC 20530
    Phone: (202) 746-7816
    Email: Trevor.Wilmot@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using CM/ECF.

**Dated:** December 1, 2025

                                                */s/ Trevor Wilmot*
                                                Senior Litigation Counsel
                                                U.S. Department of Justice