UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YONGCHUL "CHARLIE" KIM, and MEGHAN MESSENGER,<br><br>Defendants. | Case No. 1:24-cr-00265-TNM |

**[Proposed] ORDER GRANTING YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE**

**AND NOW**, this _____ day of _____, 2026, upon consideration of Yongchul "Charlie" Kim's and Meghan Messenger's Motion *In Limine* To Exclude Evidence, it is hereby **ORDERED** that the motion is **GRANTED**.

---

**Hon. Trevor N. McFadden**
**United States District Judge**