# EXHIBIT A

## 1. Good Faith

Because the government must prove that the defendants acted willfully or with corrupt intent to establish their guilt on each of the charges, the "good faith" of a defendant is a complete defense to each count. Good faith means having a state of mind that is honest and absent of criminal intent. I say it is a "defense," but I want to make it clear a defendant has no burden of establishing his good faith. The burden remains on the government to prove beyond a reasonable doubt that a defendant acted willfully or with corrupt intent and, consequently, that he lacked good faith.

A person who acts or causes another person to act based on a belief that the intended action complies with the law is not punishable under the statutes relevant to this case merely because that belief turns out to be inaccurate, incorrect, or wrong. If a defendant believed in good faith that he was acting lawfully, even if he was mistaken in that belief, and even if others were harmed by his conduct, there would be no crime. Again, the burden of proving good faith does not rest with the defendants because the defendants do not have an obligation to prove anything in this case.

Whether a person acted in good faith, like whether he acted knowingly, intentionally, willfully, or with corrupt intent, is a question of fact for you to determine like any other question of fact.

## 2. Corruptly – Defined

The term "corruptly," as used in these instructions, means having an improper, wrongful motive, or purpose and requires that the defendant acted with consciousness of wrongdoing and knowledge that his conduct was unlawful. A person cannot act "corruptly" unless that person was conscious that his conduct was wrongful. Good faith belief that conduct is lawful and/or reasonable reliance on government official guidance, even if ultimately incorrect, negate corrupt intent.