# EXHIBIT B

# FW: VIP invite - "future of work"

1:24-cr-00265-TNM
DEFENSE EXHIBIT
DX 59

| | |
|---|---|
| **From:** | Meghan Messenger <mmessenger@nextjump.com> |
| **To:** | Team MV Class of 2020 <teammvclassof2020@nextjump.com> |
| **Date:** | Fri, 30 Apr 2021 04:37:21 +0000 |

Sent update to Ram today, invite to Aug 14 as well – his response, see below....

**From:** Ram Shriram <ram@sherpalo.com>
**Sent:** Thursday, April 29, 2021 8:27 PM
**To:** Charlie Kim <ckim@nextjump.com>
**Cc:** Meghan Messenger <mmessenger@nextjump.com>
**Subject:** Re: VIP invite - "future of work"

Charlie and Meghan,

Congratulations to both of you on this special milestone for NxJ - firmly on the journey to success! I don't want to jinx it, but it would be good to have the P.O. from the Navy and get paid partially or in full. I also trust that soon enough you can start building out a delivery team, so NxJ can simultaneously support a few other paid POCs like HSBC, Boeing etc. Momentum is a good thing!

It would be great to have Bob Burke join NxJ and lead the effort to get more of the DoD, and commercial accounts to adopt our unique HR feedback and culture platform.

I will pencil in Aug 14 to be in NYC to celebrate, but it depends on the course of this virus and health safety. I'm 65, not that young anymore;)

Paul Graham knows me well, is a great guy - pg@ycombinator.com. Garry Tan runs a small VC firm, used to work at YC before, is smart but less experienced.

Once you have deployed the Navy and have also successfully done a bunch of commercial POCs, suggest a new raise above $2B (assuming bookings of $50m++).

Warm wishes,

Ram

On Thu, Apr 29, 2021, 4:29 AM Charlie Kim <ckim@nextjump.com> wrote:

> Ram - few quick updates...sorry been so crazed...
>
> ) Navy - we have a verbal from Bob Burke, he has to cancel/pull off funds from existing projects but believes he can get us $50MM to start. We discussed the notion of doing a navy wide program - which would mean we would have to deal with pentagon bureaucracy/ CNO/ VCNO/ etc. vs directly with Bob and his group (4-star in charge of Europe/ Africa/ Middle East)...working in his domain would get much higher support and less red tape/ bureaucracy. Our team would spend time in Iceland, Spain, Italy, Germany, Scotland, Norway, Turkey...prime employee retention/ exciting fun work as well.
> ) Separately - (please keep this confidential) - wants to join Next Jump, as soon as end of this year or mid next year. He would rather help us with our cause, leveraging his knowledge and contacts than continue in the Navy. Bob is likely one that will be considered for CNO (head of Navy) position, he is by far the strongest leader we've met to date in the entire military
> ) Ambassador/ Custodian - he's asked us if he could be that for NxJ immediately. He's check with the legal team as we are not defense contractors and believes through his power and influence, he could be a massive advocate. When we attended the F100 HR heads conference board, Navy was the most popular people in this conference board (they meet 3x a year), bob had Meghan and I stand up and said almost everything they learn on leadership and decision making comes from Next Jump, we were swarmed by HSBC, KPMG, Boeing, etc. HR heads saying "if the navy does it, we're all doing it"
>
> Separately - see below, want to extend invite to you and anyone you think would be appropriate for this event. New office opening - click the 3 min video...it will be a major branding event bringing together what is already some of the best in leadership. We have GMs from several NBA teams trying to clear schedules, 4-stars from military attending...would love you there as you've been our steady confidant and supporter for almost 15 years. Your family as well as any other key influential VIP...let us know as seats are already getting challenging (covid pending/ protocols etc)
>
> Lastly - do you know Paul Graham and/or Gary Tan. I find TBH most of the people in tech, most of people in finance - do not know leadership and decision making as well as the leaders we interface with in military and professional sports. I follow these two on twitter and feel if there are 2 that might "get it" - they are closer...wanted to try and connect with them, maybe have them watch our Trillion Dollar video...thoughts?

Sent from my iPad

Begin forwarded message:

> **From:** Charlie Kim <ckim@nextjump.com>
> **Date:** April 27, 2021 at 12:48:25 PM EDT
> **To:** Daniel Coyle
> **Cc:** Meghan Messenger <mmessenger@nextjump.com>
> **Subject: VIP invite - "future of work"**
>
> Dan
>
> Dan - hope the book is going well. This 3min video from our agency... We're building global campuses, to be the most elite training facility for leadership & decision making in the world, combining military, prof sports, medicine, education and business.
>
> Develop-Mental GYM #1 (NYC) opening in 3 months. As of Friday, we began plans for Develop-Mental GYM #2 (UK)... instead of indoor basketball, we are building indoor soccer/football with the ability to convert into 300 person auditorium/event space.
>
> [3 min Video]
> https://youtu.be/YcehN_HPZ24
>
> Help other organizations (pro-bono) leverage the space for: Leadership offsites, military flag officer training, book launches, charity galas, etc.
>
> If you + 1 guest would be interested we have a handful of VIP invites left for Saturday - Aug 14, 2021 in NYC. We've barely have space already and it's The Who's who of VIPs including 4* vice chief of AF, Gabe Zichermann (godfather of Gamification), Jim Loehr, several billionaires, deputy director CIA...etc.
>
> Let me know as soon as possible.
>
> Sent from my iPad

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe