UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:24-cr-00265 (2)(3) (TNM) |
| : | |
| YONGCHUL "CHARLIE" KIM and : | |
| MEGHAN MESSENGER, : | |
| : | |
| Defendants. : | |

**UNITED STATES' RESPONSE TO DEFENDANTS'
MOTION TO SET A DEADLINE BY WHICH THE GOVERNMENT
MUST FILE A SUPERSEDING INDICTMENT**

In accordance with the Court's February 9, 2026, Minute Order directing the government to respond to Defendants' Motion to Set a Deadline by Which the Government Must File a Superseding Indictment (ECF No. 372), the government hereby notifies the Court and Defendants that it does not intend to file a superseding indictment in this case prior to the trial scheduled to begin on April 29, 2026. The only charges in the upcoming trial will be those that are already alleged in the current indictment.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By   /s/
Brian P. Kelly
Rebecca G. Ross
Sarah W. Ranney
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
Office: (202) 252-4490