UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:24-cr-00265 (TNM) |
| | : | |
| YONGCHUL "CHARLIE" KIM and MEGHAN MESSENGER, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S SUPPLEMENTAL NOTICE OF EXPERT WITNESS**

On February 6, 2026, in accordance with Federal Rule of Criminal Procedure 16(a)(1)(G), the government noticed Senior Digital Investigative Analyst ("SDIA") Joseph Soeka to testify about evidence seized from Defendant Yongchul "Charlie" Kim's cellular phone. On February 11, 2026, Defendant Messenger e-mailed the government to inquire about additional information related to SDIA Soeka's expert testimony. While the government does not concede its February 6, 2026, notice lacked all appropriate and necessary information, the government provided additional information to Defendant Kim and Defendant Messenger, attached hereto as Exhibit A, and hereby supplements its expert notice.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By    /s/
Rebecca G. Ross
Brian P. Kelly
Sarah W. Ranney
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
Office: (202) 252-4490