# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

                                         Criminal Action
            Plaintiff,                   No. 1:24-577

       vs.                               Washington, DC
                                         August 28, 2025

YONGCHUL "CHARLIE" KIM - 1,
MEGHAN MESSENGER - 2,                    1:33 p.m.
            Defendants.                  **AFTERNOON SESSION**
_____/

                    TRANSCRIPT OF JURY TRIAL
          **BEFORE THE HONORABLE TREVOR N. MCFADDEN**
               UNITED STATES DISTRICT JUDGE

APPEARANCES:

**For the Government:**      **Rebecca G. Ross**
                             **Joshua S. Rothstein**
                             **Brian P. Kelly**
                             **Sara C. Santiago**
                                DOJ-USAO
                                601 D Street NW
                                Washington, DC 20530

**For Deft. Kim:**           **William S. Burck**
                             **Avi Perry**
                             **Brett Raffish**
                             **Christopher J. Clore**
                             **John F. Scanlon**
                             QUINN, EMANUEL, URQUHART & SULLIVAN
                                1300 I Street, Northwest, Ste. 900
                                Washington, D.C. 20005

**For Deft. Messenger:**     **Reed Brodsky**
                             **Simone Rivera**
                             GIBSON, DUNN & CRUTCHER, LLP
                                200 Park Avenue
                                New York, New York 10166

**Reported By:**                    **LORRAINE T. HERMAN, RPR, CRC**
                                   Official Court Reporter
                                   U.S. District & Bankruptcy Courts
                                   333 Constitution Avenue NW
                                   Room 6521
                                   Washington, DC 20001
                                   lorraine_herman@dcd.uscourts.gov


**\*\*\***    Proceedings recorded by stenotype shorthand;
        transcript produced by computer-aided transcription.

process about how you become a four-star.

Q.    Now, the next paragraph says, "My conversation with Vice Chief yesterday went as expected.  He sees the value of what we're doing and the close tie-in to his overall message and vision.  He just wants to hold off on anything until the time is right, after confirmation.  I think there's an opportunity to make the 'trust' bullet in his vision stand out by immediately going big on feedback and transparency."

Do you see that?

A.    Yes.

Q.    Did you know who the Vice Chief was that he was referring to?

A.    Yes.  That's Admiral Moran, who was being promoted to be the new Chief of Naval Operations.

Q.    And did you have an understanding of what he was talking about, Admiral Burke, in this -- these three sentences?

A.    Yes.

Q.    What was he talking about?

A.    That what he had wanted to do, I guess it's around a year prior in July 2018, he now can do with the support of a new CNO, the all-Navy contract.

Q.    You referred to an all-Navy contract.  What's the difference between an all-Navy contract and the $10 million

# **C E R T I F I C A T E**

I, **Lorraine T. Herman, Official Court Reporter,** certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

| August 28, 2025 | /s/ Lorraine T. Herman |
|:---:|:---:|
| **DATE** | **REPORTED BY** |