**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:24-cr-00265 (TNM)** |
| | **:** | |
| **YONGCHUL "CHARLIE" KIM and** | **:** | |
| **MEGHAN MESSENGER,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**GOVERNMENT'S NOTICE OF EXPERT WITNESS**

On March 27, 2026, this Court ordered the Government to notice its additional experts in this case within ten days. In accordance with that ruling, the Government has informed the Defendants that it intends to notice as experts (1) Alice Bartek-Santiago, who is the Department of the Navy's Assistant General Counsel (Ethics) ("AGC Bartek-Santiago"); and (2) Michael Brown, who is the Deputy Assistant Secretary of the Navy (Procurement) ("DAS Brown"). *See* Attachment A. The Government intends to seek to qualify AGC Bartek-Santiago as an expert on the Department of the Navy's ethics rules and training and DAS Brown as an expert on the Department of the Navy's procurement strategy and acquisition.

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the Government intends to supplement its notice with additional information gained as it prepares for trial.

//

//

//

//

//

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By       /s/
         Rebecca G. Ross
         Brian P. Kelly
         Assistant United States Attorneys
         601 D Street N.W.
         Washington, DC 20530
         Office: (202) 252-6937