

U.S. Department of Justice

Jeanine F. Pirro
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C.  20530*

April 6, 2026

**VIA EMAIL**

William Burck
Avi Perry
Fritz Scanlon
Brett Raffish
Quinn Emanuel Urquhart & Sullivan, LLP
**Counsel For Defendant Kim**

Reed Brodsky
Simone Rivera
Gibson Dunn
**Counsel for Defendant Messenger**

Re:  ***United States v. Yongchul "Charlie" Kim and Meghan Messenger, 24-CR-265***
***Expert Notice Disclosure***

Dear Counsel:

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), we are providing notice of the following expert witnesses that the Government may call to testify in this matter: (1) Alice Bartek-Santiago, who is the Department of the Navy's Assistant General Counsel (Ethics); and (2) Michael Brown, who is the Deputy Assistant Secretary of the Navy (Procurement).

As the Assistant General Counsel (Ethics), AGC Bartek-Santiago is delegated responsibility from the Department of the Navy's General Counsel for managing the Navy's ethics program. The Government anticipates that AGC Bartek-Santiago will testify about the Department of the Navy's ethics rules, including those governing conflicts-of-interest and post-government employment.

1

As the Deputy Assistant Secretary of the Navy (Procurement), DAS Brown is the Navy's senior subject matter expert for procurement strategy and acquisition. Previously, he served as the Navy's Director for Procurement Policy. As a warranted Contracting Officer, DAS Brown has extensive experience evaluating contractor responsibilities and in administering contracts. The Government anticipates that DAS Brown will testify about obligations that contractors have pursuant to various laws and regulations, including the Federal Acquisition Regulations.

The Government also anticipates that to the extent AGC Bartek-Santiago and DAS Brown have knowledge, they will also testify about any allegations by the Defendants through argument, evidence, and/or admissible testimony proffered by Vice Admiral Herman Shelanski, including Navy ethics and conflict-of-interest and post-government employment rules, and government contracting.

While the Government does not concede that all of AGC Bartek-Santiago's and DAS Brown's anticipated testimony constitutes expert testimony under the Federal Rules of Criminal Procedure, and reserves the right to argue to the contrary, the Government nonetheless provides this notice to allow you to prepare for any cross-examination you may have out of an abundance of caution.

The Government reserves the right to: (1) supplement this notice with additional expert testimony; and (2) provide you with any supplemental information. The Government intends to provide more detailed information about AGC Bartek-Santiago's and DAS Brown's anticipated testimony as soon as it is available.

Accordingly, this letter, and the incorporated attachments, constitute the Government's expert notice disclosure, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), of witnesses who may be called as experts during trial in this matter.

Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, the Government requests immediate reciprocal disclosure from the defense of any evidence the defendants intend to introduce at trial under Rules 702, 703, and/or 705 of the Federal Rules of Evidence.

Sincerely,

_____/s/_____
Rebecca G. Ross
Sarah Ranney
Brian P. Kelly
Assistant United States Attorneys
601 D Street N.W.
Washington, DC 20530

2