NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

          vs.                                          Criminal Number  1:24-cr-00265-TNM-3

  MEGHAN MESSENGER
          (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA            ☒  RETAINED            ☐  FEDERAL PUBLIC DEFENDER

_____
                        *(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Francesca Broggini (D.C. Bar No. 90008530)
_____
              *(Attorney & Bar ID Number)*
Gibson, Dunn & Crutcher LLP
_____
                      *(Firm Name)*
1700 M Street, N.W.
_____
                    *(Street Address)*
Washington, D.C. 20036
_____
     *(City)*              *(State)*              *(Zip)*
(202) 955-8246
_____
                *(Telephone Number)*