UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff,

v.

YONGCHUL "CHARLIE" KIM, and
MEGHAN MESSENGER,

Defendants.

Case No. 1:24-cr-00265-TNM

## MOTION TO WITHDRAW

Undersigned counsel respectfully requests leave to withdraw as counsel for Defendant

Yongchul "Charlie" Kim in the above-captioned case. Effective April 8, 2026, the undersigned

will no longer serve as counsel of record for Mr. Kim in this case.  William Burck, Avi Perry, and

Brett Raffish will continue on as counsel of record for Mr. Kim.

Respectfully submitted,

Dated: April 8, 2026

*/s/ John Scanlon*
John (Fritz) Scanlon (DC Bar No. 983169)
QUINN EMANUEL URQUHART & SULLIVAN,
LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538-8000
Fax: (202) 538-8100
fritzscanlon@quinnemanuel.com

*Counsel for Defendant Yongchul "Charlie" Kim*