**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:24-cr-00265 (TNM)** |
| | **:** | |
| **YONGCHUL "CHARLIE" KIM and** | **:** | |
| **MEGHAN MESSENGER,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## GOVERNMENT'S SUPPLEMENTAL NOTICE OF EXPERT WITNESS

On April 6, 2026, the Government informed the Defendants that it intends to notice as experts (1) Alice Bartek-Santiago, who is the Department of the Navy's Assistant General Counsel (Ethics) ("AGC Bartek-Santiago"); and (2) Michael Brown, who is the Deputy Assistant Secretary of the Navy (Procurement) ("DASN(P) Brown"). Subsequently, on April 8, 2026, the Government provided the Defendants with supplemental information about AGC Bartek-Santiago's testimony, *see* Attachment A, and on April 10, 2026, the Government provided the Defendants with supplemental information about DASN(P) Brown, *see* Attachment B.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By _____/s/_____
Rebecca G. Ross
Brian P. Kelly
Assistant United States Attorneys
601 D Street N.W.
Washington, DC 20530
Office: (202) 252-6937