**ATTACHMENT A**

The Government anticipates that Assistant General Counsel (Ethics) Alice Bartek-Santiago ("AGC Bartek-Santiago") will testify about the Department of the Navy's ethics rules, including those governing conflicts-of-interest and post-government employment. AGC Bartek-Santiago will testify about ethics training for Navy employees, including uniformed officers, and that such training includes training on conflicts-of-interest and post-government employment. The Government anticipates that AGC Bartek-Santiago will opine that as a result of this required training and public, high-profile violations, the rules governing conflicts-of-interest and post-government employment are widely understood by Flag Officers, and other uniformed officers.

The Government anticipates that AGC Bartek-Santiago will testify that the purpose of the ethics rules governing conflicts-of-interest is to ensure that the Navy does not engage in bad business practices that would negatively impact the Navy. The Government anticipates that AGC Bartek-Santiago will testify that the purpose of the rules governing post-government employment is to help ensure that Navy officials cannot use their official time to profit and to help ensure Navy officials act in the best interests of the Navy and not their own personal interests. The Government further anticipates AGC Bartek-Santiago to testify that the Navy's ethics rules are in employees' best interest because violations could be a criminal act.

The Government anticipates that AGC Bartek-Santiago will testify that in her experience, the rules governing conflicts-of-interest and post-government employment are also widely understood by Navy contractors. The Government anticipates that AGC Bartek-Santiago will opine that Navy contractors are familiar with the rules governing conflicts-of-interest and post-government employment because Navy contractors are put on notice that if they violate the Navy's ethics rules and policies and procedures, they could be suspended and debarred. The Government anticipates that AGC Bartek-Santiago will testify that in her experience, companies are careful not to discuss employment with Navy officials to avoid any conflicts and often reach out to the Department of the Navy to seek a self-certification letter, which confirms that a Navy official does not have a conflict and is permitted to discuss employment. The Government further anticipates that AGC Bartek-Santiago will testify that contractors are responsible for knowing the Navy's ethics rules, including those governing conflicts-of-interest and post-government employment.

The Government anticipates that AGC Bartek-Santiago will further testify that she has been consulted and asked about instances where a current Navy official is discussing a job at a company at the same time the company is seeking a contract with the Navy and that she has always advised that is not acceptable and that the official must be recused and all employment discussions stopped. The Government anticipates that AGC Bartek-Santiago will testify that a government employee should not work for a non-Federal entity while they are a government employee unless they are on terminal leave. The Government further anticipates AGC Bartek-Santiago to testify that a government employee should never have discussions regarding potential future employment with an entity doing business with the Navy if they are working on matters involving that company; in fact, government employees are required to fill out a STOCK act form within three business days of any discussion with a non-Federal entity to acknowledge that required recusal.

To the extent that AGC Bartek-Santiago has knowledge, AGC Bartek-Santiago will also testify about any allegations by the Defendants through argument, evidence, and/or admissible testimony proffered by Vice Admiral Herman Shelanski, including about Navy ethics and conflict-of-interest and post-government employment rules.

AGC Bartek-Satiago's anticipated testimony is based on her almost five and a half years of training and experience with the Department of the Navy's Office of the Assistant General Counsel (Ethics), as detailed in AGC Bartek-Santiago's curriculum vitae, including her experience overseeing the Navy's ethics program and setting the Navy's ethics policies and training curriculum.

**I have read and approve of the above statement:**

_____

**Alice Bartek-Santiago**
**Assistant General Counsel (Ethics)**