**EXHIBIT B**

**DEFENDANTS' PROPOSED JURY INSTRUCTION
FOR LESSER INCLUDED ILLEGAL GRATUITIES**[1]

**Illegal Gratuity**

For the lesser included offense, Title 18, United States Code, Section 201(c)(l)(A) is the offense of illegal gratuity.  In order to find the defendant guilty of this offense, you must find that the government proved each of the following three elements beyond a reasonable doubt:

(1) That Robert Burke was a public official or a former public official;

(2) That Defendants knowingly directly or indirectly gave, offered, or promised something of value to Robert Burke, and that this was not provided by law for the proper discharge of Burke's official duty; and

(3) That Defendants did so for or because of an official act performed by Burke or that was going to be performed by Burke. To establish this element, the government must prove that there was a link between the offer or giving of the thing of value and a specific official act for or because of which it was offered or given. It is not sufficient that the gratuity was offered or given because Burke had authority over matters in which Defendants had an interest, or that the gratuity was offered or given solely for social reasons or friendship. The government, however, does not need to show that the gratuity influenced or was intended to influence the official act; it is sufficient if the gratuity was a reward for some future act that the public official would later take and may already have determined to take, or for a past act that he had already taken.

---

[1] As already noted, Defendants object to any lesser included offense instruction.