# EXHIBIT A

## ORDER FOR SUPPLIES OR SERVICES

| | PAGE | OF PAGES |
|---|---|---|
| | 1 | 5 |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* 24361820D0001 |
|---|---|

| 3. ORDER NO. 24361822F0011 | 4. REQUISITION/REFERENCE NO. 24002200027 |
|---|---|

**5. ISSUING OFFICE** *(Address correspondence to)*
OPO - PHILADELPHIA
US Office of Personnel Management
600 ARCH STREET
Suite 5400
Philadelphia PA 19106-1596

**6. SHIP TO:**

a. NAME OF CONSIGNEE
Human Resource Solutions

b. STREET ADDRESS
Human Resource Solutions
1900 E. St. NW, Rm 2469

| c. CITY Washington | d. STATE DC | e. ZIP CODE 20415 |
|---|---|---|

**7. TO:** LISA COX

a. NAME OF CONTRACTOR
POWERTRAIN INC

b. COMPANY NAME

c. STREET ADDRESS
8201 CORPORATE DR STE 580

| d. CITY LANDOVER | e. STATE MD | f. ZIP CODE 207852230 |
|---|---|---|

f. SHIP VIA

**8. TYPE OF ORDER**

☐ a. PURCHASE

REFERENCE YOUR:

_____

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

[X] b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**9. ACCOUNTING AND APPROPRIATION DATA**
See Schedule

**10. REQUISITIONING OFFICE**
OPO - DC

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

☐ a. SMALL   ☐ b. OTHER THAN SMALL   ☐ c. DISADVANTAGED   ☐ d. WOMEN-OWNED   ☐ e. HUBZone

☐ f. SERVICE-DISABLED VETERAN-OWNED   ☐ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM   ☐ h. EDWOSB

**12. F.O.B. POINT**

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* 365 Days After Award | 16. DISCOUNT TERMS PROMPT NET 30 |
|---|---|---|---|---|
| a. INSPECTION Destination | b. ACCEPTANCE Destination | | | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | This document establishes a firm fixed price Task Order between The Office of Personnel Management and Powertrain, Inc. for Navy Leadership & Decision Making Training and Licenses (SP-HRS-43932). Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h) TOTAL *(Cont. pages)* ◀ |
|---|---|---|---|---|

**21. MAIL INVOICE TO:**

*SEE BILLING INSTRUCTIONS ON REVERSE*

| a. NAME OPM Delphi eInvoicing System | $322,850.00 | |
|---|---|---|
| b. STREET ADDRESS (or P.O. Box) https://einvoice.esc.gov | | 17(i) GRAND TOTAL |
| c. CITY | d. STATE | e. ZIP CODE | $322,850.00 ◀ |

**22. UNITED STATES OF AMERICA BY** *(Signature)*

▶ LAURIE GRIFFIN  Digitally signed by LAURIE GRIFFIN Date: 2022.01.05 15:43:28 -05'00'

**23. NAME** *(Typed)*
Laurie A. Griffin
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

1:24-cr-00265-TNM
DEFENSE EXHIBIT
DX 88

DOJ-0000021022

Case 1:24-cr-00265-TNM   Document 392-1   Filed 04/14/26   Page 3 of 6

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. 24361820D0001 | | | | | ORDER NO. 24361822F0011 | |
|---|---|---|---|---|---|---|---|

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | These services shall be in accordance with the terms and conditions of the IDIQ 24361820D0001, the specifications stated in OPM's RFTOP dated January 04, 2022, revised Performance Work Statement dated January 04, 2022(43932) and Powertrain, Inc.'s technical and price proposals dated January 04, 2022, which are incorporated into this Task Order by reference.<br><br>The successful contractor shall provide all management, supervision, labor, materials, supplies and equipment (except as otherwise specified); and shall plan, schedule, coordinate, and assure the efficient performance of all hosting and support services.<br>Period of Performance: 01/10/2022 to 01/09/2023 | | | | | |
| 00001 | 00005 Licenses for GPS Assessment Tool:210 Dev GPS Assessment tool application web access licensing for 12 months<br><br>Project Data:<br>24264022TPK7A613017F10.0001.2640506100<br>.25222.01/10/2022<br>Accounting Info:<br>4571XXXRB0.2022.2000513000.2640506100.<br>25222.61000000.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $23,100.00 | | | | 23,100.00 | |
| 00002 | 00008 Technical Support 1 Two Day On-site Kickoff Training in Naples, Italy<br><br>Project Data:<br>24264022TPK7A613017F10.0001.2640506100<br>.25222.01/10/2022<br>Accounting Info:<br>4571XXXRB0.2022.2000513000.2640506100.<br>25222.61000000.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $103,400.00 | | | | 103,400.00 | |
| 00003 | 00008 Technical Support 1 Two Day On-site Continued ... | | | | 103,400.00 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | $229,900.00 |
|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

DOJ-0000021023

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. 24361820D0001 | | | | ORDER NO. 24361822F0011 | |
|---|---|---|---|---|---|---|

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Kickoff Training in Rota, Spain  Project Data: 24264022TPK7A613017F10.0001.2640506100 .25222.01/10/2022 Accounting Info: 4571XXXRB0.2022.2000513000.2640506100. 25222.61000000.0000000000.0000000000.0 000000000.0000000000 Funded: $103,400.00 | | | | | |
| 00004 | 00008    Technical Support   1 Training in Level 3: Risk Taking Course with On My Mind Coaching 13 weeks, 30 participants  Project Data: 24264022TPK7A613017F10.0001.2640506100 .25222.01/10/2022 Accounting Info: 4571XXXRB0.2022.2000513000.2640506100. 25222.61000000.0000000000.0000000000.0 000000000.0000000000 Funded: $7,150.00 | | | | 7,150.00 | |
| 00005 | 00005 Licenses for On My Mind Application 30 On My Mind application web access licensing for 12 months  Project Data: 24264022TPK7A613017F10.0001.2640506100 .25222.01/10/2022 Accounting Info: 4571XXXRB0.2022.2000513000.2640506100. 25222.61000000.0000000000.0000000000.0 000000000.0000000000 Funded: $3,300.00 | | | | 3,300.00 | |
| 00006 | 00008    Technical Support 1 Training in Level 2: Habits Course with Habits Coaching 3x over 13 weeks, 120 participants  Project Data: 24264022TPK7A613017F10.0001.2640506100 .25222.01/10/2022 Accounting Info: 4571XXXRB0.2022.2000513000.2640506100. Continued ... | | | | 19,800.00 | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | ▷ | | $30,250.00 | |

DOJ-0000021024

Case 1:24-cr-00265-TNM   Document 392-1   Filed 04/14/26   Page 5 of 6

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. 24361820D0001 | | ORDER NO. 24361822F0011 |
|---|---|---|---|

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | 25222.61000000.0000000000.0000000000.0 000000000.0000000000 Funded: $19,800.00 | | | | | |
| 00007 | 00008   Technical Support 1 Training in Level 1: Truth vs. Optics with PRT Coaching 13 weeks, 60 participants<br><br>        Project Data: 24264022TPK7A613017F10.0001.2640506100 .25222.01/10/2022 Accounting Info: 4571XXXRB0.2022.2000513000.2640506100. 25222.61000000.0000000000.0000000000.0 000000000.0000000000 Funded: $42,900.00 | | | | 42,900.00 | |
| 00008 | 00005   Licenses for Feedback Application 60 Feedback application web access licensing for 12 months<br><br>        Project Data: 24264022TPK7A613017F10.0001.2640506100 .25222.01/10/2022 Accounting Info: 4571XXXRB0.2022.2000513000.2640506100. 25222.61000000.0000000000.0000000000.0 000000000.0000000000 Funded: $6,600.00 | | | | 6,600.00 | |
| 00009 | Travel NOT to EXCEED<br><br>        Project Data: 24264022TPK7A613017F10.0001.2640506100 .25222.01/10/2022 Accounting Info: 4571XXXRB0.2022.2000513000.2640506100. 25222.61000000.0000000000.0000000000.0 000000000.0000000000 Funded: $13,200.00<br><br>The contractor is hereby requested to acknowledge receipt of this Task Order, including terms, conditions and clauses by signing and returning a copy to  Laurie Griffin at Laurie.Griffin@opm.gov. Continued ... | | | | 13,200.00 | |

| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | $62,700.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

DOJ-0000021025

| | ORDER FOR SUPPLIES OR SERVICES | | | | | PAGE NO |
|---|---|---|---|---|---|---|
| | SCHEDULE - CONTINUATION | | | | | 5 |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO.<br>24361820D0001 | | | ORDER NO.<br>24361822F0011 | | |
|---|---|---|---|---|---|---|

| ITEM NO.<br><br>(a) | SUPPLIES/SERVICES<br><br>(b) | QUANTITY<br>ORDERED<br>(c) | UNIT<br><br>(d) | UNIT<br>PRICE<br>(e) | AMOUNT<br><br>(f) | QUANTITY<br>ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | ACCEPTED BY: Courtney Cox<br><br>Signature: _Courtney Cox_<br><br>Title: President<br><br>Date: 5 January 2022<br><br>The total amount of award: $322,850.00. The obligation for this award is shown in box 17(i).<br><br>PM: Lisa Cox<br>Proj #: 4586-Navy-NJ-22 | | | | | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | $0.00 | |

AUTHORIZED FOR LOCAL REPODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

DOJ-0000021026