# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

                                Criminal Action

         Plaintiff,             No. 1:24-577

      vs.                     Washington, DC
                                August 28, 2025

YONGCHUL "CHARLIE" KIM - 1,
MEGHAN MESSENGER - 2,           1:33 p.m.
        Defendants.       **AFTERNOON SESSION**
_____/

TRANSCRIPT OF JURY TRIAL
**BEFORE THE HONORABLE TREVOR N. MCFADDEN**
UNITED STATES DISTRICT JUDGE

APPEARANCES:

**For the Government:**     **Rebecca G. Ross**
                             **Joshua S. Rothstein**
                             **Brian P. Kelly**
                             **Sara C. Santiago**
                                DOJ-USAO
                                601 D Street NW
                                Washington, DC 20530

**For Deft. Kim:**          **William S. Burck**
                             **Avi Perry**
                             **Brett Raffish**
                             **Christopher J. Clore**
                             **John F. Scanlon**
                                QUINN, EMANUEL, URQUHART & SULLIVAN
                                1300 I Street, Northwest, Ste. 900
                                Washington, D.C. 20005

**For Deft. Messenger:**    **Reed Brodsky**
                             **Simone Rivera**
                                GIBSON, DUNN & CRUTCHER, LLP
                                200 Park Avenue
                                New York, New York 10166

**Reported By:**                    **LORRAINE T. HERMAN, RPR, CRC**
                                   Official Court Reporter
                                   U.S. District & Bankruptcy Courts
                                   333 Constitution Avenue NW
                                   Room 6521
                                   Washington, DC 20001
                                   lorraine_herman@dcd.uscourts.gov

**\*\*\***    Proceedings recorded by stenotype shorthand;
       transcript produced by computer-aided transcription.

## I N D E X

**WITNESS**                                                    **PAGE**

YONGCHUL "CHARLIE" KIM

    Direct Examination by Mr. Burck                 7


* * *


**EXHIBIT**                                                    **PAGE**

Defendant's No. 133    Admitted into Evidence        10
Defendant's No. 30     Admitted into Evidence        24
Defendant's No. 51     Admitted into Evidence        91
Defendant's No. 50     Admitted into Evidence        95
Defendant's No. 174    Admitted into Evidence        99
Defendant's No. 52     Admitted into Evidence       100
Defendant's No. 63     Admitted into Evidence       139

4

**P R O C E E D I N G S**

(Jury entered the courtroom.)

        **MR. BURCK:**  Your Honor, should we have Mr. Kim take the stand?

        **THE COURT:**  Yeah.  Sure.

    (Witness took the stand.)

        **THE COURT:**  All right.  Can the parties approach?

    (Bench conference.)

        **THE COURT:**  We're just waiting for another juror. Are you handling the final jury instructions?

        **MR. ROTHSTEIN:**  Someone much wiser.  Or at least taller.

        **THE COURT:**  Much taller.

        **MR. BRODSKY:**  I thought you were going to say we lost a juror.

        **THE COURT:**  I don't think so.  Hopefully not.

        **MR. KELLY:**  Hello, Your Honor.

        **THE COURT:**  All right.  So the goodwill gifts, is this taken from any particular --

        **MR. BRODSKY:**  We are actually not seeking it.  The 1 a.m. filing essentially said, could we include that the government is not alleging any allegation of gratuity or gift.  The reason we ask for it now that way is because they put in Mr. Weisberg's slide, which was all about gratuity and gift.  I believe the government is agreeing they're not

alleging there was a gratuity or gift.

THE COURT:  Okay.

MR. KELLY:  I think I'm a little bit confused, Your Honor.  Again, this was a filing at 1 or 3 a.m. last night.

I thought they were still asking for the goodwill gifts instruction but just modifying it to say "offering" instead of "gift" or was I confused there.

MR. BRODSKY:  It may have been the 1 a.m. confusion.

THE COURT:  You are seeking to withdraw that proposal and just have a statement that --

MR. BRODSKY:  Correct, Your Honor.

THE COURT:  Is that something you two can talk about?

MR. KELLY:  We can talk about it, Your Honor. We're not planning on arguing that this was a gratuity or gift.  We're arguing that it's a bribe.  So I don't know that a separate instruction telling the jury that we're not alleging something that we aren't arguing and really haven't presented any evidence on to my understanding is appropriate.

We can talk about it --

THE COURT:  Okay.

MR. KELLY:  -- offline.

**THE COURT:** Then, I think, do we not have something about considering each defendant separately in the current?

**MR. KELLY:** We do, Your Honor. I was looking through these on the break.

**THE COURT:** We certainly should.

**MR. KELLY:** No, we do. Separate defendants, yes, Your Honor. We had already proposed in the parties' joint proposed jury instructions -- I don't have the -- oh, yeah, it's Red Book instruction 2.404. That already covers multiple defendants, multiple charges, which I think makes this proposal moot.

**THE COURT:** Do you agree?

**MR. BRODSKY:** I will look at it, Your Honor.

**THE COURT:** I will tell you, I completely agree you're entitled to a separate defendant instruction and also strongly in line to give the Red Book one.

**MR. BRODSKY:** Okay.

**THE COURT:** If you think there's a pressing need for addition language, I could hear from you on that.

**MR. BRODSKY:** Thank you.

**THE COURT:** And the mere association to establish a conspiracy. Again, I kind of feel like that language is definitely...

**MR. KELLY:** Yes, Your Honor.

Again, our position is that that language, or at least that concept, is already covered in the standard Red Book jury instruction for conspiracy, which I believe is 7.102, which is the language that was included in the government's proposed jury instructions.

I'll just note, again, as Your Honor knows, that is the vetted Red Book instruction. The proposal from last night about association not being enough seems to be duplicative.

I'll just note that the first element in the Red Book instruction is already that the government has to prove a, quote, agreement to commit the crime of bribery. It specifically says that just because people get together, share common interests or do similar things does not show an agreement exists to commit bribery.

The second element of the Red Book instruction is the government has to prove the defendants, quote, intentionally joined in the agreement. It says mere presence at the scene is not enough. It says --

THE COURT: I can read it. Is there some reason this is not sufficient, Mr. Brodsky?

MR. BRODSKY: I think a particularized instruction, which we adopted from a case, is necessary in this case, simply because we're all agreeing Admiral Burke was a bad actor. They are associated with him at various

times, and that's why there's a heightened interest from us to have more particular explanation. That association alone is insufficient.

THE COURT: All right. I'll take a look at it. I'm getting ready to find the Red Book.

Ms. Chalan, are we ready?

DEPUTY CLERK: Yes, Your Honor.

THE COURT: Okay. Thanks.

(Bench conference concluded.)

DEPUTY CLERK: Jury panel.

(Jury entered the courtroom.)

THE COURT: All right. Welcome back, ladies and gentlemen. You all may have a seat. We are ready to resume the direct examination of Mr. Kim.

Mr. Kim, I remind you you are still under oath.

THE WITNESS: Thank you.

MR. BURCK: Thank you, Your Honor.

**DIRECT EXAMINATION OF YONGCHUL CHARLIE KIM**

BY MR. BURCK:

Q. Mr. Kim, good afternoon.

A. Good afternoon.

Q. Just to re-orient us to where we left off before lunch, I was asking questions about your understanding of Admiral Burke's reputation as of the summer of 2018, when he visited, along with the CNO, Next Jump's offices. Do you

recall that?

**A.**    Yes.

**Q.**    Now, did you have an impression of how well or not well that visit went?

**A.**    Sorry.  I didn't hear the last part of your question.

**Q.**    Did you have an impression of how well or not well that visit went by the CNO and Admiral Burke in August of 2018?

**A.**    I think it was very successful.

**Q.**    Why do you think that?

**A.**    We had a phone call -- I can't remember if it was a day or a few days afterwards, with Admiral Burke.  And he told us the meeting was a success and he would look to get us a contract.

**MR. BURCK:**    Just for the witness, please show Defense Exhibit 133.

**Q.**    Do you see that, Mr. Kim?

**A.**    Yes.

**Q.**    And this is an email you received from Admiral Burke on August 30th of 2018?

**A.**    At the very top, yes.

**MR. BURCK:**    We would offer it.

**MR. ROTHSTEIN:**    Objection, Your Honor.  Hearsay.

**THE COURT:**    All right.  Parties approach.

(Bench conference.)

**THE COURT:**  Is this for effect on the listener?

**MR. BURCK:**  Yes.

**THE COURT:**  All right.  What am I looking at?

**MR. BURCK:**  Your Honor, there's portions of this email --

**THE COURT:**  The brief, enjoying the brief very much.

**MR. BURCK:**  Yes.  I enjoy the brief very much. And he says that the only question here is if not, when. We're going to give you a contract.  He just says that very briefly.

**MR. ROTHSTEIN:**  Is this being offered for its truth or for its affect on Mr. Kim?

**MR. BURCK:**  It's affect on Mr. Kim.

**MR. ROTHSTEIN:**  We're fine with that.

(Bench conference concluded.)

**THE COURT:**  I understand the government is withdrawing your objection?

**MR. ROTHSTEIN:**  Yes.  Yes, Your Honor.

**THE COURT:**  All right.  Without objection, 133 is in and may be published to the jury.

(Defendant's Exhibit 133 was admitted and published.)

**MR. BURCK:**  Thank you, Your Honor.

(NOTE: Line intentionally left blank.)

**BY MR. BURCK:**

**Q.** Mr. Kim, this is -- as we just mentioned, this is an email from -- the top of the email is an email from Admiral Burke to yourself and copying Ms. Messenger on August 30th, 2018; is that right?

**A.** That's right.

**Q.** If you go to the bottom email on this page, there is an email the day before from Admiral Burke, again to you and Ms. Messenger. It says "private" in the -- the Sensitivity is "private".

Subject: Thanks for today.

It reads, "Charlie, sorry for the late response. CNO enjoyed the brief very much and he definitely sees the advantage in using Next Jump to quickly advance our efforts in building a culture of learning. As I thought, he agrees with me that all of the principles you espouse are exactly in line with the best performing tribal cultures, in quotes, within our Navy.

"I'm finalizing some options to discuss with him. It's not a matter of if, but rather how large of an effort we go with. I'm sensitive to your critical mass concept. It's something we've seen repeatedly with other culture change efforts, such as integration of women. You just can't get there without that critical mass. But money is tight, so I'm having to get creative. Tough for a linear

12

thinker like me."

Did I read that correctly?

A.   Yes, you did.

Q.   What was your understanding of what Admiral Burke was telling you in this email?

A.   I think he was recapping the success of the meeting we had earlier that week with CNO Richardson.

Q.   Now, did you have an understanding at that time of how much of an investment Admiral Burke was willing to put into Next Jump?

A.   He always indicated to us he wanted to help fix all Navy, all sailors, which was around that $100 million proposal we had given him.

From what I remember -- by the way, subject line "private" -- it's the first time I'm actually reading that. I did not see it back then.  He had said that in his budget -- I think this is the call, from my memory, that evening on Thursday.  He had said that I can get you somewhere between 10- and 20 million coming out of the HR budget.

Q.   Understood.  This is a confusion I created.  If we could show that document, it's actually not the subject line that says "private" if we go down to that bottom.  It's "Sensitivity:  Private."

A.   Oh, sorry.

Q. No, that was my mistake. I said "subject."

So you understood, he told you at some point that it was going to be a 10- to $20 million --

A. Yes.

Q. -- project, instead of a hundred million?

A. That's right. Coming out of the HR budget.

Q. Understood.

MR. BURCK: Can we publish Defense Exhibit 326? It's already in evidence.

Q. If you look at the top of this email, this is an email from Juliet Beyler to Steffanie Easter. It's on September 6th, 2018. Do you see that?

A. Yes.

Q. This was about a week or so, week and a half after the visit to New York?

A. That's right.

Q. Ms. Beyler was who?

A. She was the civilian deputy to the CMP, to Admiral Burke, so the right-hand civilian.

Q. Now, you're not on these emails but I want to direct you to the bottom email and it's -- that first page. It's from Admiral Burke to John Richardson, who was a CNO.

A. That's right.

Q. And a number of other people, including Ms. Beyler.

14

In the second paragraph of that email from Admiral Burke, he writes, "After a close review of where our PB-19 budget stands as of now, the most I would want to commit to is $10 million to ensure that I do not put personnel programs or our transformation efforts at risk."

Do you see that?

A.    Yes.

Q.    And then above that there's an email from Juliet Beyler to a number of people in the Navy?

A.    That's right.

Q.    It says, "Barry, Dano, this afternoon CNO gave the boss green light to proceed with Next Jump, as described below ($10 million proposal.) CMP subsequently called Charlie and let him know we'll be moving out."

Do you see that?

A.    That sounds right.

Q.    Is that your recollection of what happened, that the CMP, Admiral Burke, called you to let you know they were moving forward with a $10 million contract?

A.    Yes.  I believe it was the day before, so on Thursday.

MR. BURCK:  We can put that down.

Q.    Now, did you ultimately get a contract for what you understood to be $10 million?

A.    At the time, we thought we did.  We didn't learn

until much later that there was half that they said they were not going to pay.

Q.   But did you get a contract that you understood to be $10 million?

A.   Yes.

Q.   And when you say they didn't pay, what do you mean by that?

A.   So shortly after the call with him, very similar to the first contract, our team just started doing the work. Admiral Burke, I think on the call explained the military budgets --

MR. ROTHSTEIN:  Objection, Your Honor.  It calls for hearsay.

MR. BURCK:  Your Honor, it's just for what he was being told.  Not for the truth.

THE COURT:  Overruled.

THE WITNESS:  So Admiral Burke explained that the military budget ends on September 30th.  So he had money left over in the 2018 budget, I believe.  So he was going to split the contract to pay half of it from the 2018 budget and then he gets a fresh budget in 2019.  So that's where the other half would come from.

BY MR. BURCK:

Q.   So that was your understanding from talking to Admiral Burke?

**A.**    Yes.

**Q.**    And did anyone at the Navy tell you anything differently -- different, excuse me, about the split of the payments?

**A.**    No.

**Q.**    Did you, as far as you know, fully perform everything that was asked of you for the contract?

**A.**    Yes.  And I think more.

**Q.**    In general, not a lot of detail, in general, what services did you provide as part of this contract?

**A.**    So, we were trying to help the Navy fix their organizational silence issue.  So everything was connected to training sailors, from the most junior up to leadership, on how to give, how to receive and how to process feedback.

**Q.**    Now, we've seen a contract for $2 million earlier that was with PowerTrain and you were the subcontractor?

**A.**    Yes.

**Q.**    With this contract, how was it structured generally?

**A.**    So, Admiral Burke referred to them as the vehicle.

**Q.**    "Them" as being who?

**A.**    PowerTrain.

So we used the same vehicle, and it was pretty much a similar process.  Neither Meghan nor I were very involved in the actual PowerTrain work, but it just kind of

showed up one day.

Q.    Did you have an understanding as to why the Navy was using PowerTrain as the vehicle?

A.    No.  He just said that they figured out how to do things very fast and there's a lot of bureaucracy.  So he said this was the preferred route but it will cost you a little bit.

Q.    It will cost you a little bit.  What did you understand him to mean by that?

A.    So, as a subcontractor, we have to give a percentage of the contract to the prime contractor, which is PowerTrain.  And then I think there's OPM also.  So there's a percentage of the contract they take as a result of using them as a vehicle.

Q.    Do you have a recollection of what that percentage was?

A.    From my memory, it's around 30 percent, plus or minus one or two percentage points.

Q.    So just to be clear, your understanding was that 30 percent of the cost to the Navy of this contract would go to PowerTrain and the 70 percent would go to Next Jump?

A.    Yes.

Q.    Did -- as far as you're aware, did PowerTrain provide any services under that contract?

A.    So we provided all of the services.  They just, I

guess, provided the paperwork.

Q.    And we talked earlier about a sole-source contract for the first -- the $2 million contract.

A.    Yes.

Q.    Do you have a recollection of what type of contract this $10 million contract was?

A.    Sole source.

Q.    From the point that you had the meeting with CNO Richardson and Admiral Burke in New York City in late August 2018 at your offices and when you got the contract, do you recall, generally, how long that took?

A.    Ten days, maybe; two weeks.  Ten days to two weeks.

Q.    And when did you actually start performing services?  Before you had the contract or after?

A.    I think our team, once the Admiral gave the go-ahead, started.

Q.    So is that before or after?

A.    Before the official contract from PowerTrain. Before.

Q.    Now we've talked about two contracts that you had as of the early fall of 2018.

A.    Yes.

Q.    And these were the first contracts you've ever had with the federal government?

**A.**    That's right.

**Q.**    Did you have an understanding at the time of what exactly Admiral Burke's role was in approving contracts?

**A.**    In approving contracts?

**Q.**    Yes.

**A.**    Not really, besides the fact that he was probably the most senior guy giving the contract.

**Q.**    Now, we've heard -- the jury's heard evidence that this was known as a pilot program.

**A.**    That's right.

**Q.**    Do you have an understanding of what a pilot program is?

**A.**    Yes.

**Q.**    What is it?

**A.**    It's like an experimental program, so the expectation is that many things will go wrong and that we would get as close to real-time feedback and we would adjust to what goes wrong to fix it while the contract is happening.

**Q.**    And how long did you expect, at the time, this contract to last, this second contract, the $10 million contract?

**A.**    I think, my memory, because, initially we had wanted the one-year all Navy, given this was a tenth of that size, I think somewhere between three to six months is what

I think we had planned, as far as software licenses and the work we were's doing.

Q.   And, again, did you perform the services during that three to six months?

A.   Yes.

Q.   Did anyone at the Navy ever tell you that you didn't perform certain services that you had promised?

A.   No.

Q.   Now, at some point in 2019, did you come to believe that the Navy was not paying you all of the money that you were owed?

MR. ROTHSTEIN:   Objection, Your Honor.  Leading.

THE COURT:   Sustained.

MR. BURCK:   I'll rephrase it.

BY MR. BURCK:

Q.   In 2019, were you being paid by the Navy?

A.   The actual cash payment, you mean?

Q.   Yes.

A.   Probably for -- maybe the first task order came in 2018.  I don't actually know because I didn't track the movement of the money.

Q.   What happened with your $10 million contract in terms of payment to Next Jump?

A.   Well, they paid us the first half in the 2018 budget, and we never got paid for that second half, which

was supposed to come from the 2019 budget.

Q.    Do you know what a free extension is?

A.    I think so.

Q.    What is it?

A.    So we offered to just keep the contract --

JUROR:  [sneeze]

THE WITNESS:  Bless you.

-- to keep the contract alive for free.  So we added more months.

BY MR. BURCK:

Q.    Let me ask you.  So you know what a free extension is?

A.    Yes.

Q.    Were you ever asked for a free extension by the Navy in 2019?

A.    I can't remember if they brought it up or we brought it up but -- because our contract had expired.  I think we actually wanted what we call the bridge contract, a contract from the six-month side until however long it took to get an all-Navy contract.  So we discussed the bridge contract on top.

Q.    What's a "bridge contract"?

A.    So sort of a contract to take us from the end of the 10 million to whenever we go to an all-Navy, hundred-million-sized contract.  Something that would carry

over the time in between.

Q.   Now, you've testified that no one ever told you you didn't perform the services that were required?

A.   Right.

Q.   What feedback, if any, did you get on the pilot itself, the quality of the pilot?

A.   In general, it was very, very powerful.  It was very good reviews.  I think the Admiral himself struggled at times with the critical feedback.  But in our culture, it's sort of very light what he got feedback to.  So we told him this is actually not that critical of feedback.  And he bought into it and we kept just training the Navy on how to give more truth.

Q.   Now, with respect to Next Jump's program, who was providing feedback on the quality of the program?

A.   So we got it from -- so Juliet Beyler was definitely probably the main person.  There was a Jim Raimondo that was a captain that gave us anything he heard. The Admiral was telling myself and Meghan directly.

As we did the work, any sailor could tell us what they liked and didn't like.  I would say at the ground level and all the way up there was constant feedback.

Q.   You were just testifying about feedback that was critical that you discussed with Admiral Burke?

A.   Uh-huh.

**Q.**    What were you referring to there?

**A.**    So he wanted to demonstrate that he himself was going to engage in this pilot program.  So -- I can't remember if it was a staff meeting or if it was in a video he did introducing the program.  He asked the sailors for feedback using the feedback app.

**Q.**    Feedback on what?

**A.**    On, I think, his presentation.  So we weren't present.

So the feedback app allows you to score one, two, three or four.  He got some ones.  He felt it was brutal; that might be the words he used.

**Q.**    At any point during this period that the $10 million contract was running, did anyone at the Navy ever tell you that they did not want to proceed any further with Next Jump?

**A.**    No.  Never.  It was actually the opposite.

**Q.**    Just the opposite.

**A.**    It was the opposite.  They were very excited to grow it from the pilot to an all-Navy program.

**Q.**    Now, during the pilot, what, if any, discussions did you have with Admiral Burke about other work that Next Jump could do with the Navy?

**A.**    So in the course of the pilot program, a lot of things happened.  Admiral Burke got -- actually, I think the

sequence is his boss, the VCNO, which was a four-star Admiral Bill Moran, he got promoted to be the new head of Navy, the CNO.  That was Admiral Burke's sort of ambassador or mentor, whatever they call it.

So as he moved up to the number one post, Admiral Burke got pulled up to the number two post as VCNO. So there was a parallel promotion for both people.

**Q.**    When you say parallel promotion, what does that mean for Admiral Burke?

**A.**    It meant he was going from three-star to four-star.

**Q.**    And was he going to stay in N-1?

**A.**    No.  So he would graduate up to be the Vice Chief of Naval Operations.

**MR. BURCK:**  For the witness, please show DX-30.

**Q.**    And this is an email chain from Admiral Burke to yourself and Ms. Messenger on May 20th, 2019.

**A.**    That's right.

**MR. BURCK:**  We would offer it.

**MR. ROTHSTEIN:**  No objection.

**THE COURT:**  Without objection, 30 is in and may be published to the jury.

(Defendant's Exhibit 30 was admitted and published.)

**MR. BURCK:**  Thank you, Your Honor.

**BY MR. BURCK:**

Q.   At the top of this chain -- again, it's an email chain from Admiral Burke to yourself and Ms. Messenger, May 20th, 2019.

Now, this is towards the end or the middle of the $10 million contract or after it was concluded?

A.   It should be around the end.

Q.   I'm sorry?

A.   It should be the end.

Q.   Now, in the bottom email, it's from Admiral Burke and it says -- it's on May 20th, 2019.  It's an email starting, "Charlie, Meghan.

"I would ask you to not forward this.  Lots of post-confirmation hypotheticals in here, and I don't want to have this spread and be taken out of context that anyone was presuming confirmation."

Did you understand what he was talking about there?

A.   I think it was his promotion and Admiral Moran's promotion.

Q.   What is this confirmation?  Do you have an understanding what that meant?

A.   We were told I think the Senate -- I can't remember if it's the President that has to approve it and then the Senate has to all vote to approve it.  There's some

process about how you become a four-star.

Q.   Now, the next paragraph says, "My conversation with Vice Chief yesterday went as expected.  He sees the value of what we're doing and the close tie-in to his overall message and vision.  He just wants to hold off on anything until the time is right, after confirmation.  I think there's an opportunity to make the 'trust' bullet in his vision stand out by immediately going big on feedback and transparency."

Do you see that?

A.   Yes.

Q.   Did you know who the Vice Chief was that he was referring to?

A.   Yes.  That's Admiral Moran, who was being promoted to be the new Chief of Naval Operations.

Q.   And did you have an understanding of what he was talking about, Admiral Burke, in this -- these three sentences?

A.   Yes.

Q.   What was he talking about?

A.   That what he had wanted to do, I guess it's around a year prior in July 2018, he now can do with the support of a new CNO, the all-Navy contract.

Q.   You referred to an all-Navy contract.  What's the difference between an all-Navy contract and the $10 million

contract that you just discussed?

A.   It would upgrade from a pilot program, which went to just a select group of Navy sailors, to -- "all-Navy" really refers to the full military personnel, so 340,000 sailors.  What we had always discussed was a hundred million price point for that type of engagement.

Q.   Now, the bottom of the document or this email -- page, excuse me, where it says "bottom line" -- and this is the same email that Admiral Burke wrote to you and Ms. Messenger.  Right?

A.   Yes.

Q.   He writes, "Bottom line, the dinner presentation is a done deal.  We just have to set a date once we are cleared to do that.  Also, we had a good discussion about bringing you in to talk with the transition team (about 10 folks plus me and him) once that is established, sometime during the week of July 9th."

     Do you see that?

A.   Yes.

Q.   Do you have an understanding what he meant by the dinner presentation is a done deal?

A.   I don't know what the dinner -- maybe back then I knew but this is a while back.  I don't know what that part is.  But the second part of the email, I guess every new CNO that goes in to be the head, they create what they call a

transition team.  So they pluck a bunch of sailors across the whole Navy globally, different levels, and they bring them together to try to -- I think it's a two-week off-site to try to set the new CNO's vision.

Both Admiral Burke and Bill Moran had asked Meghan and I to help facilitate the coaching and the running of that two-week window.

Q.    Then he writes, "Also, we had a good discussion. We're bringing you in to talk to the transition team, about 10 folks plus me and him."

Is that what you were just referring to?

A.    Yes, that's what I'm talking about.

Q.    Now I'm going to show you what's already admitted into evidence as Government Exhibit 158.

This is an email, again, from Admiral Burke to yourself and Ms. Messenger.  Right?

A.    That's right.

Q.    And it has Brett William Mietus on it.  Right?

A.    Yes.

Q.    Do you know who, let me say, Mr. Mietus is?

A.    So Brett Mietus was the executive assistant, actually initially for Bill Moran when he was Vice Chief. Then when he transitioned to be CNO became the executive assistant for Admiral Burke once he became Vice Chief.

Q.    Now, at the top of this email, it's from Robert

Burke burkerobertp@gmail.com.  You see that?

A.    That's right.

Q.    Is it your understanding that he sent this to you from a Gmail account?

A.    Yes.

Q.    He has his navy.mil account on there too.  Right?

A.    That's right.

Q.    And he has his executive assistant Mietus on there.  Right?

A.    That's right.

Q.    Do you have an understanding as to why he was sending you an email from a Gmail account?

A.    His explanation to us was that the Navy systems sometimes don't work in certain places and whatnot, so that Gmail was actually a lot more reliable, which is why he ended up using both and I never knew -- I felt bad always sending anything in both places.  But there was a lot of military folks over the years that told us that.

Q.    What was Admiral Burke's rank at this point in September of 2019?

A.    Four-star, Vice Chief of the Navy.

Q.    Where was he based?

A.    In the Pentagon.

Q.    In the second at the top email on this chain, you write to him -- this is on September 6th.  "Bob, I know

you're going through new relationship/partnership/leader challenges and transition."

A.    Uh-huh.

Q.    What were you referring to?

A.    So a few months back, the CNO Gilday ended up resigning before he was fully confirmed.  So the Navy actually had a window where there was no head of Navy.  And this is now -- I believe at this point maybe they had just a few weeks ago announced the new head of Navy would be another Admiral, CNO Gilday.

Q.    Sorry, I think you said CNO Gilday resigned and then CNO Gilday took over.

A.    I'm sorry, did I get the names backwards?  I meant CNO Moran resigned in July, if I remember.  So there was a window where there was no head of Navy.  And then I believe it was end of August in 2019, they announced the new CNO, which was CNO Gilday.

Q.    Understood.

A.    If I got the names right.

Q.    And then you write, "Sailors (people) are the new weapons system.  It is the number one lever and strategy, as is in all companies today.  Nobody knows this work better than us.  The privileged seat we've had for over 12-plus years gave us this advantage."

Then you say, "Gilday as new CNO.  No attempt will

be free.  Everything rolled out that doesn't work (lands, mediocre, flat) will increase the cost of the next one. Sailor buy-in and adoption will wean very quickly.  There are too many disparate, competing, overlapping strategies. To understand how it ties together, the connected nature of them, is what Gilday will need."

Right?

A.    Uh-huh.

Q.    What were you trying to convey with those sentences?

A.    We were very close, obviously because of this work with the Navy just at large with a lot of different commands.  It was a very painful period for them, where at first they were very excited because CNO -- if I get the names right, CNO Moran had followed the exact footsteps before that Admiral Burke took.  He was the head of HR first, became the VCNO and then became the head.  The Navy was very excited to see two former HR heads of the Navy running the whole Navy, so that sort of represented people at the biggest way.

So when he abruptly resigned, they felt just lost. So when a new head came in, I think there was a lot of anxiety in the Navy for all the things they didn't do.  So proposals and backlog of everything.

So we wanted to make sure that we can be as

helpful as we can, especially to Admiral Burke; so that so much noise, so much advice, and let's make sure we kick off on the right foot.

Q.    Now, you address him as Bob?

A.    Yes.

Q.    He was the VCNO, the number two in the Navy?

A.    Yes.

Q.    Admiral Burke.

A.    Yes.

Q.    Why were you calling him Bob?

A.    So at some juncture he insisted we call him "Bob". I know it made a lot of sailors uncomfortable but he insisted that we call him Bob, as opposed to Admiral Burke. I think when we spoke to other sailors, we always referred to him as Admiral Burke.  But, you know, he said at this point we're good friends, is the way he put it.  So I felt like we built a good relationship.  We became friendly.

Q.    You considered him a friend at this point?

A.    Yes.

Q.    Now, he responds in the top email, "Charlie, sorry so late on the responses.  Thanks for all.  Just met with CNO and best option for us to get this done in the next few weeks would be for you to come to D.C.  I will be able to lock him in for three to four hours at most."

       Who is the CNO again?

**A.**    This is CNO Gilday.

**Q.**    What was your understanding of what he was saying in this email?

**A.**    So, similar to the meeting that we had with CNO Richardson, we offered to bring CNO Gilday to visit us in our New York offices so he could get a full briefing on our products, our people, our culture and what we were looking to help the Navy.

I think they were trying to coordinate a meeting for him to visit New York but he was so busy, given the Navy had no leader for several months.  Admiral Burke, I think, here was suggesting it would be more efficient and effective to have our team come down and meet him at the Pentagon in D.C.

**Q.**    Did you ever have that meeting?

**A.**    No.  It was scheduled but got canceled.

**MR. BURCK:**  Now, just for the witness, please show DX-40.

**Q.**    Mr. Kim, this is an email from yourself to Admiral Burke and Ms. Messenger, dated November 1st, 2019; is that right?

**A.**    That's right.

**Q.**    Did you recognize this?

**A.**    Yes.

**MR. BURCK:**  Your Honor, we offer it.

**MR. ROTHSTEIN:**  Objection, Your Honor.  Hearsay.

**THE COURT:**  All right.  What's the basis?

**MR. BURCK:**  Your Honor, it's literally background information.

**THE COURT:**  All right.  Parties approach.

(Bench conference.)

**THE COURT:**  I'm not sure there is background.

**MR. BURCK:**  Your Honor, it's not being offered for the truth.  It's basically just Charlie telling Admiral Burke about, you know, what happened at this meeting, and then he says that it would be very helpful to get a productive visit.

I can also just ask him to testify.  That's fine.

**THE COURT:**  Why don't we do that.

**MR. BURCK:**  I can just ask him to testify.  That's fine.

**THE COURT:**  Okay.

**MR. BURCK:**  I'll withdraw the document.

**THE COURT:**  Okay.

(Bench conference concluded.)

**THE COURT:**  All right.  Mr. Burck.

**MR. BURCK:**  We don't need this document.  We can take that down.

Q.  Do you recall conversations with or discussions or communications with Admiral Burke in November of 2019 about

this all-Navy project?

A.   Yes.

Q.   Do you recall if those happened by email, some of them?

A.   I think it started on email and then it led to a proposal, which eventually led to an in-person.

Q.   And where was that in-person?

A.   I don't remember exactly where it was, but the Navy --

Q.   What city was it in?

A.   It was in D.C. or close to D.C.

Q.   And who was at this event?

A.   The event was called IFLEX.  I think it's a one-week program where newly-promoted two-star Admirals get trained.  It is a program that I think the VCNO built.  They get a week of training and Meghan and I were invited to be the keynote speakers and help run one of the five days.

Q.   Who invited you to be keynote speaker?

A.   Peg Klein.  So remember Admiral Klein, who was a two-star at the Pentagon.  She moved at this point to run the Navy ethics college, I think in -- the war college in Rhode Island.

Q.   Just to orient us in time, this was in November of 2019?

A.   Yes.

Q.    This is after your contract, the $10 million contract, as you thought of it, was over.

A.    Right.  When you say "over," we had given them a free extension at this point that was quietly running in the background.  We were in discussions trying to get to the all-Navy project we intended from the first time we met Admiral Burke.

Q.    You said this was something called IFLEX?

A.    I think that is what it was called, yes.

Q.    Did you have an understanding as to who hosted IFLEX?

A.    I believe they said the Vice Chief hosts the IFLEX.  It's like the Vice Chief's conference.  But it was run by the team from the naval war college under Admiral Klein's group.

Q.    Did you have an understanding of whether or not this was the Navy that was hosting this event?

A.    Yes, it was the Navy.

Q.    You mentioned that this was a two-star Admiral conference?

A.    Yes, sir.  I think there was 30-something two-stars that are promoted.  With the promotion comes a week of training.

Q.    Did you have an understanding as to why a four-star like Admiral Burke was there?

**A.**   I think they called it the VCNO conference.  So it's his.

**Q.**   His?

**A.**   As in he was the main, I guess, owner of the conference, the sponsor.

**Q.**   When you met -- did you meet with Admiral Burke when you were at this conference?

**A.**   It wasn't planned.  It was by surprise.  I think he may have opened the conference.  So he spoke and probably gave the opening talk for the conference.  If my memory serves right, I think it was like Thursday when we were speaking.

I can't remember if he came in in the middle of our presentation or maybe afterwards.  I think it was after, actually.  After our presentation, we, you know, were told to sit in the back, which is usually the Admirals sit in the main table.  Everyone sits in the back.

Suddenly, everyone stood up.  We had no idea why. We figured someone senior came in, so we stood up as well; and that's when Admiral Burke -- I don't think it was planned -- unannounced showed up at the conference.

**Q.**   Now, you said you were invited to be the keynote speaker.  Right?

**A.**   Yes.  For that day.

**Q.**   What is a keynote speaker, if you know?

**A.** It would be so when they have -- if you have a lot of speakers, the top speaker usually is called the keynote. You can have multiple keynotes in the course of a week. So Thursday, we were supposed to be the -- I guess we were the outside keynote, because the next speaker after us was the Under Secretary of the Navy, Hondo Geurts, who was obviously very important.

**Q.** Did you actually meet with Admiral Burke at this IFLEX conference?

**A.** When he walked in, he obviously was given the main, center seat. He asked Meghan and I to join him at the table. So he sat right next to us.

**Q.** Did you speak with him?

**A.** Yes.

**Q.** What did you talk about?

**A.** He leaned over and he said, I got the green light from the CNO.

**Q.** What did you understand him to mean by "the green light from the CNO"?

**A.** So we had sent him a proposal, which we called an executive summary. And what we said was it's possible, given how busy CNOs are, that the meeting that was scheduled on his calendar could get canceled. I said, if that happens, I know you see him all the time. So maybe you can walk him through what we intend to do with the Navy.

So that executive summary outlined, you know, our history, our relationship and pricing for what we wanted to do with the Navy.  So he was excited by the proposal and he was looking to show the CNO.  That was a yes from the CNO.

**Q.**   Did Admiral Burke say this just to you or did he say it to anyone else?

**A.**   It was me and Meghan.

**MR. BURCK:**   I'm going to show you what's in evidence as DX-42.  Excuse me, Your Honor.

**Q.**   This is an email.  It starts -- from you to -- on November 5th, 2019.  It's dated November 5th, 2019.  Right?

**A.**   That's right.

**Q.**   And it's to Team Strategy Committee?

**A.**   Yes.

**Q.**   What is the Team Strategy Committee?

**A.**   This email, I think, was to Admiral Burke.

**Q.**   No, look at the top one.

**A.**   Oh, the top one.  Team Strategy Committee, the four most senior leaders at Next Jump.  It's an email group.

**Q.**   It's an email group at Next Jump?

**A.**   Yes.

**Q.**   Now, below that, I think this is what you were thinking of.

**A.**   Yes.

**Q.**   There is an email from you to Admiral Burke that

same day.  Right?

A.    That's right.

Q.    Now, below that --

MR. BURCK:  Actually, let's go to the next page.

Q.    On the email that is dated Monday, November 4th, 2019.  The day before the email we just looked at.  It's from Admiral Burke to yourself and Ms. Messenger.  Right?

A.    That's right.

Q.    And it says "Executive Summary for Gilday." Right?

A.    Yes.

Q.    And it says, "Charlie, kicked off our IFLEX group last night and spent the morning with them.  They're a very engaged group of two-stars and senior civilian execs.  Think they're hungry for what you bring."

Then it says, "I also had some time (believe it or not) to watch the video and take a good look at the exec summary you sent.  Both are excellent.  I recommend, perhaps, making portions of the exec summary available to the IFLEX group, if you don't mind."

Let me stop there.  This email looks like it happened before you got to the IFLEX?

A.    Right.  This was Monday.  I believe we spoke on Thursday.

Q.    And did you do as Admiral Burke politely was

asking you, to provide portions of the exec summary available to the IFLEX group?

**A.**    I can't remember, honestly.  We got the email on Monday.  We didn't have access to the emails of the newly-promoted two-stars.  So I can't remember, to be honest.

**Q.**    Now, he says at the end, Admiral Burke, "I've still not been able to sit down with CNO on this or a number of other subjects (subject for a coaching session some time).  I'll keep working this aggressively.  I have him in town most of this week."

Right?

**A.**    Yes.

**Q.**    Did you have an understanding what he was saying on this Monday before you got to the IFLEX conference?

**A.**    The proposal that we had sent him, that he planned to walk the CNO through it.

**Q.**    And then you just testified earlier about the conversation you had with Admiral Burke at the IFLEX conference?

**A.**    Right.

**Q.**    Where he said "green light"?

**A.**    Yes.  The CNO gave the green light.

**Q.**    The CNO gave the green light?

**A.**    Yes.

**MR. BURCK:** If we can show the witness what has been introduced in evidence already as DX-43.

Q. Now, this is an email that starts with Ms. Messenger to Tom Fuller, copying Greg Kunkle, yourself and Team Strategy Committee. Right?

A. Yes. When you say starts, you mean at the beginning?

Q. At the very top, sorry. At the very top of the email.

A. Yes.

Q. And that's on Thursday, November 7th, 9:46 p.m. Right?

A. Yes.

Q. And that is the same day that you were at the IFLEX conference?

A. Yes.

Q. Who is Tom Fuller?

A. He is on the strategy committee of Next Jump. He is one of the top four leaders at Next Jump.

Q. At the bottom of this page, there's an email from you to Mr. Fuller, Mr. Kunkle and others, and you write -- it's on November 7th at 3:32 p.m. Right?

A. That's right.

Q. Do you have a recollection of whether or not you were at the IFLEX conference at this point?

43

**A.**    This was in the middle of the conference.

**Q.**    And you wrote, "Burke here."  What did you mean by that?

**A.**    Admiral Burke showed up at the conference.

**Q.**    "He said he showed CNO and got the go-ahead to move out on Next Jump."

NxJ, that's short for Next Jump?

**A.**    Yes.

**Q.**    "More specifics but haven't had a chance to talk more."

Then there is a response from Mr. Kunkle, "Oh, my God, huge, wow.  Want to tell the world."

Then further responses up.  Right?

**A.**    That's right.

**MR. BURCK:**    Thank you.  You can take that down.

**Q.**    Now we are in late 2019 at this point.  Right?

**A.**    Yes.

**Q.**    What was your understanding, if you had one at that point, of what was going to happen between Next Jump and the Navy going forward?

**A.**    So at this juncture, to be honest, we didn't really know because we never got to this point.  I think we had hoped to get there with CNO Richardson and it didn't happen.  I think we had hoped to get there with CNO Moran, but the sudden resignation, so it didn't happen.

Now, this is the third head of Navy.  So to be honest, we didn't quite know what would happen next but we were just very excited.

**MR. BURCK:**  Let's show the witness what's in evidence as DX-170.  I will start with the middle email.

**Q.**  And this is on November 8th of 2019, the day after the IFLEX conference; is that right?

**A.**  That's right.

**Q.**  This is from you to Admiral Burke, copying Ms. Messenger and Brett Mietus, who is the executive assistant to Admiral Burke.  Right?

**A.**  Yes.  Brett was Admiral Burke's executive assistant at that point, yes.

**Q.**  And you write, first line, "Great seeing at the two-star IFLEX event.  We're excited to hear of CNO's backing and hoping to get some time next week to strawman/walk you through our approach."

Right?

**A.**  That's right.

**Q.**  And Admiral Burke responds at the top, "Thanks Charlie.  Have a great weekend."

**A.**  Yes.

**MR. BURCK:**  Take that down.

**Q.**  By the way, why did you copy, if you have a recollection, Brett Mietus on that email?

**A.**   On the email -- was Darrell Platz from Next Jump copied?  So Darrell Platz is a shared executive assistant for myself and Meghan.  So we wanted to put the two executive assistants in touch so we can schedule time to figure out what to do next with Admiral Burke.

I think our belief was that it would be the same as the last two contracts.  As soon as we got a go-ahead, we started working.  So this was obviously bigger but we wanted to get going as soon as possible.

**Q.**   Mr. Kim, do you know what a "quiet period" is?

**A.**   Not at that point but now more.

**Q.**   Putting aside this trial, at any point did you learn what a quiet period was before this trial?

**A.**   So it occurred after this all-Navy go-ahead.  I think there was a note that we received that explained that we had to go into a quiet period or a blackout period, where the Navy would have to be left alone and not have us meet with them.  At some point, they would come back to us.

It was a very opaque, kind of, process.  But you'll think we're gone but we will come back to you.

**Q.**   What understanding, if any, did you have as to why the Navy had a blackout period?

**A.**   We never got a full explanation.  I think Juliet Beyler, his deputy, sent us a note that just explained that you don't want to be disqualified, you know, and not -- even

though you've done the work and you may have earned the contract, you could get disqualified and not be considered for a contract.

Q.    What understanding did you have, if any, as to why you might be disqualified?

A.    So that if we were too involved in writing their requirements, I guess someone could complain that that's not fair.

Q.    Not fair to whom?

A.    To some other vendor who could have tried to get the service or the business in the Navy.

Q.    I'm going to show you what's been admitted into evidence as Government Exhibit 11.  I'm going to focus you on the middle email.  This is from -- this is actually November 8th, 2019.  Right?

A.    That's right.

Q.    Same day of the prior email we saw from Admiral Burke saying thanks?

A.    Yes.

Q.    And it's from Brett Mietus.  Right?

A.    That's right.

Q.    And it's to Mr. Platz?

A.    Yes.

Q.    Mr. Platz, you said, was your executive assistant?

A.    Our executive assistant.

Q.    Your and Ms. Messenger's?

A.    Yes.  He was shared.

Q.    And Mr. Mietus writes, "Thanks, Darrell."  He's referring to Mr. Platz?

A.    Yes.

Q.    "Given Admiral Burke's role and the upcoming contracting actions, it is best that Next Jump and he not have contract at this time.  We'll let you know when contact can be regenerated."  Right?

A.    That's right.

Q.    Did you have an understanding of what Mr. Mietus was saying at this point?

A.    I assume it had to do with the fact that Admiral Burke is even more senior now.  I think being -- when he was the CMP, he had told us his budgetary control was -- I think he said something like 28 or 30 billion of the Navy's budget.  As the vice chief, he's overseeing the full budget, which I think at full is maybe 200-plus billion.  A big number.

So I think given the seniority of the Vice Chief role, I think his EA, Brett Mietus, was telling our EA that basically we can't have a meeting with him, which is initially why we connected both of them.

MR. BURCK:  You can take that down.  Please put up Government Exhibit No. 12.  This is already in evidence.

Q.   And I'm going to focus you on the bottom email in this chain.  This is also from Brett Mietus.  It's dated November 12th, 2019, a few days after the last email we just saw; is that right?

A.   That's right.

Q.   It's to Mr. Platz again?

A.   Yes.

Q.   Copies Juliet Beyler, yourself, Ms. Messenger and others?

A.   That's right.

Q.   And Mr. Mietus writes, "Darrell, I hope you enjoyed a great Veterans Day.  Ms. Juliet Beyler, for N1, will be ready to discuss the Next Jump way-forward with you in lieu of continued conversations with VCNO Burke."

Right?

A.   That's right.

Q.   Had you had prior dealings with Ms. Beyler at N1?

A.   Yes.  We met her on that trip, I guess it was August 2018.

Q.   A year-plus before?

A.   Yeah, a year-plus before.  So she was the right-hand deputy for Admiral Burke when he was the CMP, the three-star head of HR.

Even though I think she stayed as the deputy for the CMP, what we saw and observed, or I guess what I saw,

she acted like the right hand to Admiral Burke even when he was the VCNO, or just really supporting him.

Q.    Well, Ms. Beyler, was she the right hand to the VCNO at that point?

A.    I think technically for the CMP, but given how closely they were working together, she acted as a liaison. We saw her at the Pentagon several times.

Q.    Just, there are a lot of acronyms in this case.

A.    Yes.

Q.    And in the military.

A.    There's a whole glossary.

Q.    The CMP was what Admiral Burke had been --

A.    Yes.

Q.    -- before he became VCNO.  Right?

A.    That's right.

Q.    Did Ms. Beyler work for Admiral Burke when he was the CMP?

A.    Yes, as the deputy.

Q.    Do you know if she worked for him directly as VCNO?

A.    I don't think in an official title but from what I observed, it looked like she continued the sort of close partnership.

Q.    Mr. Platz, at the top, responds to that email from Mr. Mietus, "Thank you.  Sounds good.  We will look to

schedule a meeting with Ms. Beyler after she's had a chance to meet with Admiral Burke next week."

Right?

A.    That's right.

Q.    Do you recall if you had a meeting with Ms. Beyler about this all-Navy contract, any time in 2019?

A.    Yes.  I can't remember if it was in person or on either video or -- I think it was in person but what I remember, somewhere like November 13, 14, 15, somewhere in there.  I think right in the middle of November.

Q.    And do you recall the substance of that conversation?

A.    It was just giving us guidance of, you know, we are very excited that we are going to move forward.

I don't remember all of the details because I think we were just really excited.

Q.    I'm going to show you what has been admitted into evidence as Government Exhibit 15.  This is a series of emails involving Tweed Ross, who testified here.

A.    That's right.

Q.    Yourself, Ms. Messenger and others.  Right?

A.    That's right.

Q.    I'm going to focus you on the bottom email from Juliet Beyler.  This is dated November 15, 2019.  Right?

A.    That's right.

**Q.** So this is roughly a week after the IFLEX conference?

**A.** Right.

**Q.** Or week and a half.

**A.** I think it was November 8th. It's around a week.

**Q.** It says -- Ms. Beyler writes, "Hello, Charlie. Thank you as well for the call last night. I just saw your follow-on note (attached here for my team's SA). No questions from me right now.

"We really appreciate the energy you've put into this. There's an obvious appetite from across many communities and stakeholders.

"As we mentioned yesterday, moving forward requires a careful balance of speed and caution. I'm advised that it is particularly important that the Navy now take ownership of the requirement development process."

Do you see that?

**A.** Yes.

**Q.** Did you have an understanding what she was saying --

**A.** The top portion?

**Q.** -- with this email?

**A.** The top portion or the bottom, the middle?

**Q.** You can start with the top.

**A.** So I guess it was a call, not a meeting. She's

referencing the call I think we had with her and somebody else. I can't remember who. So she was just sending us a follow-on note.

"SA" is situational awareness or situational assessment. So just -- she was saying, Attached for my team's awareness. 'Cause I think I may have emailed her asking here if there were some questions. She's saying no questions from me but they are excited with the energy we put into the relationship and there's an obvious appetite across many --

So "communities" was the term they used for -- there's a submarine community, a ship community, an aviation community. All the different, I guess, departments within the Navy.

Then she, in the second paragraph, I guess second or third, second paragraph, was just explaining that you have to balance speed and caution. So it's important that the Navy write what they need at this point.

I understood it as like maybe it's going to be a little different than what we've done the last two contracts, where we started work almost the very next day.

Q.   Do you recall that Tweed Ross testified at this trial?

A.   Yes.

Q.   And do you recall he testified about the

conversation he had with Next Jump?

**A.** Yes.

**Q.** Do you recall being on that call?

**A.** Yes.

**Q.** Did you understand what his message was?

**A.** On the call?

**Q.** Yes.

**A.** So we were told to follow up with two individuals. Tweed was going to help us understanding the contracting side. And then -- I may get the name wrong -- but I think it was Patrick O'Connell was going to help us get FedRAMP-ed, so you can use technology on mobile apps. There were multiple work screens taking off following the go-ahead. It is all process work streams.

**Q.** Did you have an understanding as to whether or not the Navy thought you should be contacting Admiral Burke at that point?

**A.** So our understanding at this point was the Navy saying, unless you want to not be eligible for the contract, don't contact Admiral Burke. But here are all of these other people who can help you, from legal to the FedRAMP for technology, Juliet, just to help us understand the process. It was just sort of multiple people that were a part of Admiral Burke's team that would be helping us through this.

**Q.** Now, the date of this email is --

**A.**    I thought it was November 15th.

**Q.**    -- November of 2019.  Right?

**A.**    Yes.

**Q.**    And at this point, I think you testified that you saw Admiral Burke as a friend?

**A.**    Yes.  I thought that was sort of a -- it's a complete complement that he considered us friends at this point.  He signed off many emails "Your friend, Bob."

**Q.**    What communications did you have with Admiral Burke from 20 -- from November 2019 until, say, a year later?

**A.**    So, I think --

**Q.**    If you recall.

**A.**    In the earlier email you had, I forwarded the note, so I forwarded the note because the actual "don't contact" didn't come to Meghan and I.  It went to our EA, Darrell Platz.  He forwarded it to us.  So I forwarded that it back to him.  Since I saw the Admiral wasn't on the chain, I wanted him to know that we got the message and that we'll be waiting when we're told that we can talk to you again.

That was probably the first note.  The second note -- I think I sent him a note, maybe, saying Merry Christmas.

**Q.**    You said Merry Christmas?

A.    Merry Christmas.

Q.    Anything else on that note?

A.    I don't remember more than that.

And then -- should I go on?

Q.    Yes.  I'm going to ask you a question.

Did you send him a Merry Christmas because you were trying to have contact with him about the contract?

A.    No.  It was more because he considered us friends at this point.  So I send Merry Christmas emails to friends.

Q.    Now, orient as to early 2020.  Is that when COVID hit the world?

A.    That's right.

Q.    Did you send another note at that point?

A.    I think COVID hit, like, mid-March, at least in the U.S. when all the lockdowns occurred.  So I think for a good month we were just buried, just trying to make sure our business was stable, especially Business 1, you know, our families, all the stuff we all did, which was like look for masks and hand sanitizer, toilet paper.  Everything you can imagine.

I feel like somewhere a few weeks into it, I feel like kind of the world fell apart.  So I just imagined it must have been horrible for the military.  So I had reached out, saying, kind of just human to human, I'm assuming the whole contract is just on pause now, since COVID destroyed

everything.  If there's anything we can do -- we launched a bunch of things to help families and different people.  So we offered those services.  They're all free.  If there is any way we can help, please, please let us know.

My assumption was official business contract must be on pause since we are all trying to survive, just everybody.

Q.    With your Merry Christmas note --

A.    Yes.

Q.    -- and then your reach-out when COVID started, were you intending to violate the blackout period?

A.    No.

Q.    Going back briefly to the Tweed Ross conversation.

A.    Uh-huh.

Q.    Do you recall if you had an understanding after that call with Mr. Tweed [sic] how long this blackout period might last?

A.    I think he, from my memory, he said something like two to three months is usually what happens.  And he said something to the extent of, You're going to think that we dropped off the face of the earth, but rest assured, this is just the way we work.  So we haven't forgotten you.  We will get back to you.  That's kind of the gist of what I remember.

Q.    What was your understanding, if any, how long

you'd probably have to wait to hear from them?

A.   Two or three months.

Q.   I'm going to show you what's in evidence as Government's Exhibit 24.  This is an email -- it starts from Ms. Messenger to Admiral Burke, and it's dated September 23rd, 2020.  Right?

A.   That's right.

Q.   This is roughly a year, ten months after the IFLEX conference.  Right?

A.   Right, yes.  Ten and a half months, ten months, yes.

Q.   And if we go to the bottom email, it's dated September 23rd, 2020.  It's from you.  Right?

A.   Yes.

Q.   And it's to Bob?

A.   That's right.

Q.   Was that Admiral Burke?

A.   Yes.

Q.   And before we go into the email, as far as you can recall, other than the Merry Christmas and the COVID email, had you had any other contact with Admiral Burke during this period?

A.   No.

Q.   In the email that you sent to Admiral Burke --

MR. BURCK:   Let's go to the bottom.

**Q.**    You say, "In regards to our engagement/partnership with the Navy, in June Nowell told us we would have to connect with the Contracting Office but we haven't heard. Not sure if you have any insights or guidance on how best to proceed."

Right?

**A.**    That's right.

**Q.**    You mentioned Nowell --

**A.**    I think it's Nowell.

**Q.**    Nowell, excuse me.  Nowell had told you to connect with the contracting office.  Who is Nowell?

**A.**    He became the new CMP or the head of HR for the Navy after Admiral Burke moved up to VCNO.

**Q.**    Did you, in fact, have contact with Admiral Nowell?

**A.**    Yes.  So we had met Nowell before.  I believe, I guess, in June we sent him a note asking him there is any way we can get an update on the status of our contract.

**Q.**    And what did he say to you?

**A.**    Something to the extent of we have to connect with the contracting office.  So we thought he would tell us who and what that is.  We waited, I think, maybe three months, hoping to -- because we had no idea who the Contracting Office was.  There was no person we were ever told.

When we didn't hear, I think that's when I

forwarded the note I had sent to John Nowell to Admiral Burke, to try to ask him for any advice and guidance.

Q.    Again, you had spoken to Mr. Tweed -- Mr. Ross, Tweed Ross, in November of 2019?

A.    That's right.

Q.    And then you spoke to Mr. Nowell?

A.    It was an email.

Nowell.

Q.    An email in roughly June of 2020?

A.    That's right.

Q.    Nowell.  I'm sorry, I'm having trouble with that.

So that was roughly eight months before you reached out?

A.    Yes, eight months.  And then this was, like, ten and a half months since the quiet period.

Q.    And, again, you had had an understanding of how long you might have to wait from Mr. Ross.  Right?  And how long was that?

A.    Two to three months.

Q.    And then in the email in the middle, Admiral Burke writes to you, responds, "Charlie, Meghan, so good to hear from you.  Exciting expansions of both your Business 1 and 2 lines!

"I have no insights in the Navy contract but will

do some digging.  I am very disappointed that the follow-through has not been what I would have done."

At the bottom of it, he says, "I'll pull the string with John Nowell on the contract and get back to you in a few days."

Right?

**A.**    That's right.

**Q.**    Then Ms. Messenger responds, "Hi, Bob.  It's fun to hear from you.  Post-COVID, trip to Italy would be fun."

When was the last time you heard or had any contact with Admiral Burke?

**A.**    After this email?

**Q.**    Yes.

**A.**    It was probably the next year.  I think four stars are really busy, so I may have tried to get a meeting with him, but we never heard back till -- I feel like somewhere in March 2021.  I think I have the years right.  I think he responded and he had a new assistant.  He was no longer the Vice Chief.

At this point he had been -- I don't want to say promoted because he was four-star.  You can't go higher than four.  But he moved his post.  He was no longer the Vice Chief.  There is a four-star command that runs all of Europe and Africa and he became the head of that.

**Q.**    Now, during 2020, before we get to 2021, did you

ever receive from anyone in the Navy an update to what was going on with --

**JUROR:**  [Sneeze]

**THE WITNESS:**  Bless you.

Q.    Bless you.

      -- the all-Navy deal?

A.    No, nothing.

Q.    Not from Admiral Burke?

A.    Not from Admiral Nowell, no Juliet Beyler.

Q.    Any contracting officers?

A.    No, no contracting officers.

Q.    All right.  I'm going to show you what's in evidence as Government Exhibit 27.  Now, this is an email on March 9th, 2021.  Right?

A.    Yes.

Q.    And it's from Juliet Beyler, at the top?

A.    That's right.

Q.    To a whole host of people in the military.  Right? In the Navy?

A.    Yes.

Q.    Below that there are two emails, and I'll start with the bottom one.

A.    Okay.

Q.    This is from you to Admiral Burke and Ms. Messenger.  Right?

**A.**    Yes.

**Q.**    And it's to his Gmail account again?

**A.**    That's right.

**Q.**    Do you recall why you were sending it to his Gmail account?

**A.**    So when military folks move jobs, they get a new email address.  So I didn't have his new email address, the Navy email in Europe.  So that was the only way I could really reach him at that point.

**Q.**    You testified a little bit about this but just so we're clear, what was your understanding as to what Admiral Burke was doing now in the Navy as of March of 2021?

**A.**    He was the commander of Navy Europe and Africa, and then I think also the commander of NATO, the US.

**Q.**    And did you know who Roger Meyer was?

**A.**    I don't know exactly Roger versus Daniel Rolnick. They all have a lot of assistants and aides.  So I can't remember if one was an aide, one was an assistant.  I don't remember which is which.

**Q.**    They both worked for Admiral Burke, as far as you understood it?

**A.**    Yes.

**Q.**    And so you write to Admiral Burke, "Bob, at first I thought I needed to find your new Navy email...as in no response?"

A.   Yes.

Q.   "Then Meghan reminded me he's at WAR."

Right?

A.   Yes.

Q.   First of all, can you just explain what you meant by that first sentence, "At first I thought I needed to find your new Navy email...as in no response."

A.   At first I think we probably didn't get a response since that September email.  I don't want to say he ghosted us but he really didn't write much.  So I think Meghan was reminding me that he no longer is at the Pentagon.  He was in -- I guess there's three what they call operational, like war-fighting commands.  So he was now in a war-fighting command.  His job is more stressful, a little busier.

Q.   And you write, "He runs the Navy over there.  He probably has a few things keeping him busy...like Syria, et cetera."

Right?

A.   That's right.

Q.   You write, "We're opening our new headquarter end of July.  You and Barbara have to get over here."

A.   Uh-huh.

Q.   Who is Barbara?

A.   Barbara is his wife.  We had met her many times before.

Q.    "And we are definitely coming to visit you too as the villa sounds so Italian and chic."

Do you recall what you were referring to there?

A.    So I think in that earlier email Admiral Burke wrote about because he's the commander of Navy Europe and Africa there's a seven-bedroom or eight-bedroom, some large villa he and Barbara has, and kept inviting us to come over. Or maybe invited us once at this point. But invited us to come over and stay as his guests in his house.

MR. BURCK:    Can we go to the second page of this document. And can we blow up the first email. Including the -- who it's from. Well, it says in the signature line. The same email, I'm sorry. It's the top of the page. On the second page, top email. Thank you.

Q.    Here is an email from Robert Burke to you on March 5th, "Charlie, Meghan, sorry I've been so late to reply. I've been swamped mostly in nonsense."

And he says, "I'm copying my Executive Assistant, Captain Roger Meyer. Will work to set it up in the next week or two."

This is referring to a meeting that you wanted to have with him?

A.    Yes.

Q.    Then you referred to that he invited you to a villa in Italy. Right? And that's the second-to-last

sentence in this email.

**A.** Yes.

**Q.** "At any rate, very much looking forward to talking with you, and when this COVID storm passes hosting you both for a stay at the fantastic villa Barbara and I have the privilege to live in while we are here in bella Napoli."

Right?

**A.** That's right.

**Q.** Now, in March of 2021, roughly how long after the IFLEX conference, November 2019, was this?

**A.** IFLEX was November 8th, 2019. So December --

**Q.** Roughly 15 months?

**A.** Sounds about right.

**Q.** During that entire time you had not heard anything from anyone about the all-Navy contract?

**A.** No.

**Q.** Or the status of it, I should say.

**A.** Yes.

**Q.** Now, did there come a point that a meeting was set up between yourself and Admiral Burke for the spring of 2021?

**A.** Yes. I can't remember if there was a first date and then it moved. I think eventually -- the meeting was on April 8th, 2021.

**Q.** I will show you quickly what's already been in

evidence as DX-49.  This says at the top it's an MS Teams VTC.  Do you know what that means?

A.    Microsoft Teams.  It's like Zoom but it's a product by Microsoft.

Q.    Is it fair to say this was a virtual meeting that was being set up?

A.    It was a videoconference.  "VTC" stands for video telecommunications, maybe, or something.

Q.    It's on Thursday, April 8th.  Right?

A.    That's right.

Q.    It doesn't say the year but -- or it does, I'm sorry.  2021.  Right?

A.    Yes.

Q.    It says organizers, Admiral Burke.  Right?

A.    That's right.

Q.    It says the required attendees are Admiral Burke, Charlie Kim, Meghan Messenger, Daniel Rolnick, Pablo Baez, Amy Broadus, Kelly -- Jonathan Kelly, David Thomas, Matthew Bordt, Juliet Beyler, Nancy Lacore.  Correct?

A.    One more --

Q.    And then it says "optional attendee" Tamara Lawrence.  Right?

A.    Yes, that's right.

Q.    Now, do you recall actually attending a virtual meeting on April 8th?

**A.** Yes.

**Q.** Do you recall who on this attendee list attended?

**A.** I think it was only -- so myself and Meghan, Admiral Burke, and then Juliet Beyler and Nancy Lacore.

**Q.** Do you recall any of these other people being on the Zoom call?

**A.** Dan may have helped set it up, and he just got off after he set it up, I think.

**Q.** Now, according to this -- well, let me ask you this. How long was this call supposed to last?

**A.** I think it was 45 minutes.

**Q.** And that's based on the "when" and "until" at the top?

**A.** That's right. 10:00 until 10:45.

**Q.** And you were in the United States?

**A.** Yes.

**Q.** And Admiral Burke was where?

**A.** In Naples, Italy.

**Q.** Do you know where Juliet Beyler was?

**A.** I believe in Naples, Italy, too.

**Q.** What about Ms. Lacore?

**A.** It's Nancy Lacore.

I think also in Naples, Italy. That was their headquarters for Europe-Africa.

**Q.** Now, Ms. Beyler, she had worked for Admiral Burke

while he was CMP at N1.  Right?

**A.**   Yes.

**Q.**   That was the United States?

**A.**   Yes.

**Q.**   So now your understanding was what about where she was working?

**A.**   So, I believe he -- or he moved first and then she moved to be his right-hand deputy again, but now in Navy Europe and Africa.

**Q.**   Now, I'm going to ask you, those calls start around 10:00 your time?

**A.**   Yes.

**Q.**   And who was on the call when it started?

**A.**   From what I can remember, I think he was a few minutes late.

**Q.**   He being who?

**A.**   Oh, sorry.  Admiral Burke.  So it was Meghan and I on our side, and then there was Juliet and Nancy Lacore to start.  It was just a few minutes, from what I can remember.

**Q.**   The few minutes when it began, before it sounds like Admiral Burke had joined?

**A.**   Yes.

**Q.**   What, if anything, did you discuss with Ms. Beyler and Nancy Lacore?

**A.**   It was more friendly chit-chat.  We had gotten to

know Juliet Beyler very well.  So I think she something to the extent of, Buongiorno from Italy, how great it is here. It was chit-chat like that.

Q.   And what was your purpose in having this video call with Admiral Burke?

A.   So this was the first actual meeting we were having with him since that November 8th, when we saw him in person.  One of the things Meghan and I had done during this quiet period during COVID was we made a decision that once we get this full Navy go-ahead, there's just a lot more programs and products to still develop.

So we would run Business 1 during the day and in the evenings we chose to try to build the next series of products and programs for our Business 2.

So I guess it's been almost a year and a half, or maybe not a year and a half, I guess around a year since we had done that.  So we wanted to show Admiral Burke all of the new stuff we built on top of what he had liked before.

Q.   So, in general, in summary, what were the new "stuff" that you had built from November 2019 to March of 2021?

A.   So programs and technology to help decision-making.

Q.   What does that mean?

A.   So just -- it was very different than in the first

engagement that we had with the Navy.  It was all around organizational silence and feedback, just getting people comfortable speaking up and telling the truth to each other and processing difficult conversations.

The second phase was all around, how do you train people's judgment?  How do you train them to make more accurate decisions, also at speed?  So whether it's risk-taking, innovation, just decision-making skills.  It's something that we've always wanted to do; we just never had the time until COVID hit.

Q.    And so your purpose on this call was to do what?

A.    So following this call we had our weekly leadership and practice class.

Q.    I asked you a different question.

A.    Sorry.

Q.    On this call, what was your purpose?  What did you want to accomplish?

A.    We wanted to update him on the newest technologies and programs and decision-making.

Q.    "Him" being Admiral Burke?

A.    Admiral Burke, yes.

Q.    And you said that he didn't show up the first few minutes, as far as you can recall?

A.    I think it was a few minutes late.

Q.    And then he did show up?

A.    Yes.

Q.    And what did you talk to him about at that point?

A.    After, Hello, we haven't seen you in a while, we just launched straight into the presentation we were going to give in an hour from now in a class that we teach.  So we just walked through the same presentation.

Q.    The same presentation meaning what?  Same as what?

A.    The leadership and practice class.  So it was a PowerPoint that was just showing just how the world is changing, the history of different things, and in it we had showcased the newer decision-making technology.  So that's what we were just looking to show him through that presentation.

Q.    Now, on a Teams meeting or a Zoom meeting when you want to show a PowerPoint, what happens to the screen?

A.    So the picture of the people go really small to the side and the bulk of the screen is the actual presentation from the PowerPoint.

Q.    Do you have an understanding of why the technology is designed that way?

A.    I think so everyone can focus on the PowerPoint as opposed to each other.

Q.    And did you go through your PowerPoint?

A.    Yes.

Q.    And do you know how long that took?

**A.**    I want to say 30-plus minutes.  Our class is usually an hour.  So we try to do a talk and then Q and A.

**Q.**    Did you see Admiral Burke's face on the screen?

**A.**    Like really small.  It's a tiny, little box.

**Q.**    What about Juliet Beyler?

**A.**    Same thing, tiny little box.

**Q.**    What about Nancy Lacore?

**A.**    I can't remember if she was in the room with Juliet or not but she was either in the room or a tiny, little box too.

**Q.**    So you had no idea what they were doing.  You couldn't see what they were doing while you were doing your presentation?

**A.**    Of course not.  It's very hard to.

**Q.**    When you were giving the presentation, were the listeners silent?

**A.**    They were quiet.  I think if there was anyone who really spoke it was the Admiral, Admiral Burke.

**Q.**    Do you recall Juliet Beyler saying anything during the presentation?

**A.**    I can't remember, honestly, because the intention for us was to really showcase our newest products to the Admiral.  So most of the dialogue was between myself, Meghan and the Admiral.

**Q.**    And what did Admiral Burke say about the

presentation during this VC or this virtual call?

**A.**   He was very excited.  I think I remember 'cause we take notes during meetings.  It's a little hard when you're presenting but we took some notes.

Something to the extent of, Oh, my God.  This is like the missing piece.  Is pricing the same as last time? This is what we're missing for all sailors.

So we were quite excited because that meant -- so the quiet period, I guess at that point, I assume, was no longer happening with the other contract but it sounded like we're sort of reengaged back again in the same discussions.

**Q.**   Do you recall Ms. Beyler saying anything during the presentation?

**A.**   I don't think a lot during the presentation.

**Q.**   During the presentation.

**A.**   Right.  I don't remember much, her saying much during.

**Q.**   Did you find -- was your impression that Admiral Burke was very encouraging about this presentation?

**A.**   Yes.  So he was always such a believer in what we were doing, and not only the technology.  He always said we were leagues ahead of anything he's seen out there.  So when he saw the newer products we built -- by the way, we were building it but we had tested it with Admirals and sailors and other people.  So we were hoping to see the same

response we got testing it.  He seemed very enthusiastic.

Q.   I know you've already testified it was very hard to see people while the presentation was up because the boxes are so small.

A.   Right.  Yes.

Q.   Do you recall if all of the attendees that you remember being on there stayed on until the end of the call?

A.   So Nancy Lacore either had to leave earlier, like maybe 30 minutes in or maybe at the 45-minute mark.  So she left and it was just Admiral Burke, Juliet Beyler, Meghan and myself on the call.  We ran over.

Q.   You ran over the allotted time?

A.   The allotted 45-minute time.

Q.   Do you know roughly how long it lasted?

A.   I feel it was a little more than an hour because our leadership-in-practice class starts literally at 11.  We had to go on and apologize for being late.  So we probably ran over by a few minutes.  Maybe 65 minutes, 63 minutes, something like that.

Q.   Did you have any idea -- let's focus on Ms. Beyler for a moment.

A.   Sure.

Q.    -- what she was doing while you were giving your presentation?

MR. ROTHSTEIN:  Objection, Your Honor.  Asked and

answered.

THE COURT:  Overruled.

THE WITNESS:  At that juncture, when the official sort of 45-minute part ended, we were no longer sharing the screen, as in the screen share.  So their picture is a little bit bigger.  I think if Teams is similar to Zoom, whoever speaks is kind of the one that gets bigger.

So it was mostly, I think from what I remember -- sorry -- Admiral Burke speaking.  So his was bigger; Juliet was on the side.  So we were just talking with Admiral Burke afterwards.

Q.    And just so the jury understands what you're talking about with respect to the screen getting bigger, you've used Teams before?

A.    We use Zoom.  So I think the military can't use Zoom, which is why it was their Teams.

Q.    But you recall that the screen would be -- whoever was speaking, the screen would fill with that person's face?

A.    Right.  It's like speaker view or something, yes.

Q.    So when that person was speaking, you didn't know what the other person was doing?

A.    They're smaller on the side.

MR. ROTHSTEIN:  Objection, leading.

MR. BURCK:  Your Honor, I'm just trying -- I don't want to go through the whole...

THE COURT: I understand. I'm overruling the objection.

BY MR. BURCK:

Q. Sorry.

So when the person was speaking on the screen, you have no idea what the other person is doing on the screen. Right?

A. It's hard to see because they are usually very small and the person that is speaking is very big. It was the Admiral speaking.

Q. Now, after you concluded your presentation --

A. Yes.

Q. -- did Admiral Burke say anything else to you about Next Jump?

A. So he was very excited about Next Jump. That's no different than what he's been since we first met him in 2017. Then he threw out this very weird comment. He said, Can I be a custodian of Next Jump?

Q. What did you say?

A. Like, I don't know what he meant by custodian. I think I might have said something, like, janitor? You want to be a janitor for Next Jump? He clarified saying, No, I want to be an ambassador for Next Jump.

My reaction was, You can do that? Like, You can be an ambassador while you're sitting in the four-star post?

He went on to explain that because you guys are not defense contractors selling military weapons, yeah, he could do that.

I think I said something to the extent of, like, we're talking about getting the contract with him and he can be an ambassador at the same time.  It just didn't feel quite like he would be allowed to do that.

He said, No, you because you're not, like, Boeing, Lockheed, like defense contractors is the way I translated it, that was okay.

Q.   Did you have an understanding of what he meant by "ambassador"?

A.   So the way I looked at ambassador is like a champion, sorts of like a spokesperson almost.

Q.   And why did you think that would be a conflict?

A.   So, I don't think -- my thought was, is he allowed to endorse our products outside of the Navy to other people and actually take on the role of being an ambassador for our company, which, of course, would be amazing.  I just thought he -- he was that excited about our business and so...

Q.   Let me make sure I just understand.

A.   Sure.

Q.   When he said "ambassador," did you believe he meant ambassador to outside companies, outside of the Navy?

A.   He never got that specific but inside the

military, outside the military.  There's years ago he invited us to a conference, where he sort of paraded us in front of all of these Fortune 100 HR heads.  I thought it was something like that, similar.

Q.   And you said that he said that you're not a defense contractor?

A.   Right.

Q.   What did you understand him to mean by that?

A.   So I think for the average non-military person, the word "defense contractor", for me at least, sounds like someone who literally sells guns and jet parts and all the weaponry that the military uses.  So we clearly don't do that.

Q.   What did you sell?

A.   We sell, you know, diapers, discounted hotel rooms, Lenovo laptops, movie tickets.  So it's more like if you go to Amazon, I don't believe you can buy jet parts on Amazon.  So as far as I know, there's nothing like that in our e-commerce marketplace.

Q.   What was your understanding of whether or not Admiral Burke was telling you that it was okay for him to be an ambassador while --

A.   Oh, sorry.

Q.    -- because you were not a defense contractor?

A.   So I know the military is almost like the Vatican.

They have so many different rules, it's almost like a country of its own. So we never fully understood all of their rules but it sounded like, because they give so much business to defense contractors like Boeing, Lockheed, that there's things they can't do when it comes to them.

So we are a vendor, you know, for leadership training, not selling weapons. So when he said there's no conflict -- I mean, I straight-out asked him if there's a conflict. I remember this so distinctly because -- I think partly 'cause I really -- I was, like, oh, my God, that's amazing. You want to do this? You can do this?

I think I asked him, There's no conflict? And he said, No, because you're not a defense contractor.

Q. Did you think that Admiral Burke was lying to you at that time?

A. No, of course not.

Q. Why, "of course not"?

A. There would be no reason for him to lie.

Q. Now, Mr. Kim, you recall in this trial that there was evidence presented that earlier on April 8th, Admiral Burke had sent an email to a colleague friend of his that he was feeling "burned out". Do you remember that?

A. Yes, I remember that.

Q. Were you aware of that email before this trial?

A. No. I think that's internal Navy emails.

**Q.** You'd never heard about that?

**A.** I had never seen it before.

**Q.** You didn't know about it on April 8th. Right?

**A.** No, of course not.

**THE COURT:** Is this a good place to break?

**MR. BURCK:** Perfect, Your Honor.

**THE COURT:** All right. Folks, let's take a 15-minute break. I'll ask you to be back at 3:25.

(Jury exited the courtroom.)

**THE COURT:** All right.

**MR. BURCK:** Thank you, Your Honor.

(Recess from 3:12 p.m. to 3:26 p.m.)

**MR. BURCK:** Your Honor.

**THE COURT:** Yes.

**MR. BURCK:** I think that I can probably finish with Mr. Kim by the morning break tomorrow if we started at 9. Because Mr. Rothstein was mentioning that he may be able to finish him by the end of the day. Just in terms of your schedule, we can probably --

**THE COURT:** Okay.

**MR. BURCK:** Other than my redirect, we could be done with cross by the end of tomorrow, just for your...

**THE COURT:** Okay. Got it. I'm fine with starting at 9 tomorrow.

**MR. ROTHSTEIN:** Okay. Great.

MR. BURCK: Thank you, Your Honor.

(Jury entered the courtroom.)

THE COURT: All right. Welcome back, ladies and gentlemen. You all may have a seat. We're ready to continue the direct examination of Mr. Kim.

Sir, I will remind you you are still under oath.

Mr. Burck.

MR. BURCK: Thank you, Your Honor.

BY MR. BURCK:

Q. Mr. Kim, I am going to show you what has been admitted into evidence as Government's Exhibit No. 30.

MR. BURCK: This is for -- this can be published. If we blow up the metadata at the top of that.

Q. This is an email from Admiral Burke to someone named Brett Genoble, who also has a navy.mil email. Right?

A. Yes.

Q. This is on April 8th, 2021?

A. That's right.

Q. This is the same day that you have the Microsoft Teams virtual call. Right?

A. That's right.

Q. And the time is 6:26 plus four zeros. Right?

A. That's right.

Q. And you understand that that is -- and we heard some testimony from Agent Gardner about UTC time.

**A.** That's right.

**Q.** You recognize that is 2:26 a.m. eastern on April 8th, 2021. Right?

**A.** That's right.

**Q.** Is that earlier than 10 a.m. eastern on April 8th, 2021?

**A.** Yes. Like eight hours earlier.

**Q.** I'm sorry, I couldn't...

**A.** Seven or eight hours earlier maybe.

**Q.** So this email, as far as you understand, was sent before your call with Admiral Burke that day?

**A.** That's right.

**Q.** I am just going to read to you the fifth paragraph, and not the whole thing. Starting with -- well, actually, I'll read the whole thing. "That's my dream lineup to come in after me to continue the work Gene and I have done to operationalize this place. There might be other ideas too.

"I bring this up because I'm looking at the earliest I can go. I'm out of gas, and I have not been able to teach myself to truly rise above the crap and start acting like an executive. Don't seem to be able to get it. My micromanagement/perfectionist DNA pulls me back to the trenches every time, and I hate it and I hate that about myself."

Did I read that correctly?

A.   That's right.

Q.   You already testified about this but just to be clear, you've never seen this email before until this trial. Right?

A.   That's right.

Q.   Before you had the video call with Admiral Burke on April 8th, later in the day, had he ever told you that he was "out of gas"?

A.   No.

MR. BURCK:   You can take that down.

Q.   I think you testified before the break that this conversation about custodian ambassador, raising the conflict --

A.   Yes.

Q.   -- it happened at the end, toward the end of this call.

A.   Probably the last 15 minutes or so.

Q.   Do you recall anything else about the conversation at the end?

A.   I think after -- so he had clarified "custodian" means ambassador.  I asked him if he is able to do that. And he clarified for us that because we are not defense contractors selling military weapons, there would be no conflict.

There was some discussion about the cooling-off period, where I think at some level of stars -- I can't remember if it was two stars and up -- there's what we were told is a two-year cooling-off period, which meant once you work with someone in a cooling-off period, you can't, as a private company, work with the military any more for two years.

Q.   Let's break that down.  Let's make sure I understand.  What did you understand a cooling-off period to be?

A.   It meant that if you hired an Admiral or a General, I think it's two stars and up, that you are restricted as a company from basically doing business with the DoD, the Navy, the Army, for around two years.  I think it's stricter the higher you go up.

Q.   Did you have an understanding as to when that cooling off period starts?

A.   It would be after you leave the -- in this case, the Navy.

Q.   When you say "you," who are you referring to?

A.   Admiral Burke.  If he were to leave the Navy and get a job, the company he joins could not do business with the DoD for two years.

Q.   And do you recall who mentioned this?

A.   Yes.  So Admiral Burke explained this to us and

then the end of the call, he said, Juliet will follow up with the details. I just recall her saying, yes, sir, or yes.

Then we had to rush out because we had the leadership call or class to teach.

Q. Now, Mr. Kim, do you have a practice of taking notes of calls as they are happening?

A. Yes. So we are a very strong notetaking culture. So obviously, you can never capture, you know, every word for word but it's almost like as we talk and present we are always taking notes.

Q. I'm going to show you what's been admitted into evidence as Government Exhibit 155C. It's for the jury as well.

Mr. Kim, do you recognize this?

A. Yeah. These are my notes from that April 8th call.

Q. And you know that because it says "4/8/21" at the top?

A. That's right. It's my handwriting too.

Q. I'm asking you to identify how you know it was that day.

A. Yes. It's because the "4/8/21".

Q. And next to it, what does it say?

A. "Burke/Navy".

Q.    And in the right-hand bottom corner, what does that say?

A.    I think it says "package" above -- I don't know what that package is referring to.  But then "Burke", "custodian" with a star and then "cooling off".

Q.    What did this mean?

A.    For me?

Q.    You.  You wrote it.

A.    Yes.  So I think I was just writing notes and when the Admiral said "custodian," it sort of caught me off guard, so I stopped for a second writing notes.  I think that's when I said, As in janitor custodian?  That's when he clarified, ambassador.

From there he went on and explained, when I asked if there was a conflict since we're having contract negotiations or discussions with the Navy, he explained there was no conflict and all this stuff.  Then he went on to say there's a cooling-off period for admirals after they retire, around two years, where wherever they go they can't do business with the Navy and the DoD.

Q.    Now, after this call ended -- well, let me ask you this.  Do you have a practice of sending summaries of important calls to your business or to your investors or to others?

A.    Yes.

**Q.**    And why do you have that practice?

**A.**    It's built into the culture, where in our DNA the radical transparency and full transparency is baked into how we operate.  When we take notes, usually we say within one business day, while it's fresh in your memory, we will fire off a more thorough email update as widely as possible.

**Q.**    Did you consider this to be an important call?

**A.**    Of course.

**Q.**    Do you do this for every call or just ones that matter?

**A.**    Like a lot of calls.  I probably send more than most.  This was a very important call.  We had waited 17 months in this quiet period, and it's the first time we're re-engaging with a four-star admiral since November 8th, 2019.

**Q.**    Do you recall if you sent a summary of this call, this video call you had with Admiral Burke, to anyone else other than Ms. Messenger who was there with you?

**A.**    Yes.  So emailed that out within one business day to employees, investors, their outside advisors and partners of ours as well.

**Q.**    Did you accurately summarize what you had heard on that call?

**A.**    Yes.

**Q.**    Did that include the conversation you had with

Admiral Burke?

**A.** That's right.

**MR. ROTHSTEIN:** Objection, Your Honor. Hearsay.

**THE COURT:** Are you looking to bring the document in?

**MR. BURCK:** Yes, Your Honor.

**THE COURT:** All right. Parties approach.

(Bench conference.)

**THE COURT:** Can you remind me what exhibit this is?

**MR. BURCK:** Yes. This is DX-50, which is the email he sent one day later to many investors, where he recounts this.

**THE COURT:** Yeah.

**MR. BURCK:** And then there's also DX-51, which is a more shorthand email, which he sends to his staff, his team.

**THE COURT:** Great. So why isn't this a prior consistent statement?

**MR. ROTHSTEIN:** According to the rules, first I have to impeach on it. I have to first challenge that he is making a false statement, and then on redirect they could bring in the document to make it a -- to show that it is a prior consistent statement.

I actually am not going to impeach him on this.

So I will not open the door to the document coming in.

**MR. BURCK:** Your Honor --

**MR. ROTHSTEIN:** We researched this last night.

**MR. BURCK:** Your Honor, they've impeached him plenty this whole trial about that it's not happening with Ms. Beyler. And this is -- it's clearly a prior consistent statement.

The fact that the government is not going to try to elicit it is really just trying to keep from the jury an important point that he did inform many people about this, as they do with later documents which are the same type of documents.

Here, Your Honor, we cannot even say that this was -- he was just giving what he thought he heard. He is not even offering it for the truth. He is just reflecting this is what he thought he heard and this is what he acted on.

**THE COURT:** As I look at this, it says subject to cross-examination but that strikes me as you will have the opportunity to cross-examine him. Do you have authority for something to the contrary?

**MR. ROTHSTEIN:** Your Honor, I don't have a case on point with me right now but my reading of the commentary on this last night was that you could only bring in a prior consistent statement if the person's first impeached on it

or you imply that they are lying about it, and then it allows the other side to come in and say, actually, here's a consistent statement showing that he is not lying.

That's my understanding of the rule.

THE COURT: All right.

MS. ROSS: I think there are a number of cases that support that, Your Honor, including *United States v. Kahn* out of the Second Circuit, which says that the impeaching statement is really inconsistent with the trial testimony, which would then allow them to bring this in. But there hasn't been --

THE COURT: It's an inconsistent statement; that's different.

MS. ROSS: Right. But the prior consistent statement would be brought in to rehabilitate based off of an inconsistent statement. If he impeaches him with the inconsistent statement or saying that it never happens, then they can bring in the rehabilitating statement, which is the prior consistent statement. But that inconsistent statement hasn't been made yet.

THE COURT: Okay. So I disagree with the government. I think Ms. Beyler's testimony has already impliedly created the suggestion that there's fabrication. So I'm overruling the objection.

MR. BURCK: Thank you, Your Honor.

(Bench conference concluded.)

THE COURT:  All right.  You may continue, Mr. Burck.

MR. BURCK:  Thank you, Your Honor.

BY MR. BURCK:

Q.    Do you recall Mr. Kim, telling a number of people about this conversation that you'd had with Admiral Burke on the video call?

A.    Yes.

Q.    And did those people include your staff, the people who worked at Next Jump?

A.    That's right.

MR. BURCK:  Your Honor, we would offer Defense Exhibit 51.

THE COURT:  Over objection, I am admitting 51 and it may be published to the jury.

(Defendant's Exhibit 51 was admitted and published.)

MR. BURCK:  Thank you, Your Honor.

BY MR. BURCK:

Q.    Now, Mr. Kim, this is an email from you to Team MV Class of 2020.  Do you see that?

A.    That's right.

Q.    What was Team MV Class of 2020?

A.    That's our leadership team that's voted on every year by all the employees.  It's a little embarrassing

because since COVID -- usually it would change with the years -- we kept the same team, which I think there were 14 leaders in Next Jump at that point.

Q.   So 14 people?

A.   That's right.

Q.   And this is dated April 9th, 2021.  Right?

A.   That's right.

Q.   This is the day after the video call with Admiral Burke?

A.   Yes.

Q.   I'm going to read parts of this to you.

The subject line is "Navy/Bob Burke."

A.   That's right.

Q.   "Been just a series of insane, insane days.  But quick update on our Bob Burke/Navy meeting yesterday. BLUF" --

"BLUF" means bottom line upfront?

A.   That's right.

Q.   "In all the meetings we've had with Bob Burke, this was by far the strongest, best one.  One-hour meeting."

Is that the first thing it says?

A.   That's right.

Q.   If we go down a little bit he said -- you write, excuse me, "In the meeting, he indicated Dev GPS solves the problems and challenges they're facing."

Right?

A. Yes, that's right.

Q. And the "he" is Admiral Burke?

A. Yes, Admiral Burke.

Q. And that's what you recall him saying in that meeting?

A. That's right.

Q. Then about two lines down it says, "He said" -- or you write, "He said this is what they need." Right?

A. That's right.

Q. Who is the "he" in that?

A. This is Admiral Burke and what he needs for the Navy.

Q. And "they" is the Navy?

A. Yes, like sailors in the Navy.

Q. And then you say at the bottom of this email -- or I'm sorry -- well, the bottom of this paragraph, right before the end of the email, "Then Bob asks, can I be a custodian of Next Jump? To which I say - you mean after you return from four-star then two years of cooling-off period? To which he respond, No, right now. He said, unless you are a defense contractor (as in selling weapons, plane parts, et cetera), I can be an ambassador/custodian...to which Juliet said she will get us the info on this/cooling off period/conflict rules...to which we were like, um...would be

great."

A.    Yes.

Q.    Is that an accurate reflection of what you heard on that call on April 8th, 2021?

A.    Yes, it is.

Q.    One last question on this document.

A.    Sure.

Q.    A little further up to the top, under where it says, "In the meeting he indicated Dev GPS solves the problems and challenges they're facing."

A.    Yes.

Q.    He then wrote, "He asked the buying question.  So the financials/pricing the same as what he's seen before, to which we said yes."

Right?

A.    Yes.

Q.    Is that an accurate reflection of what he said and you said on that call?

A.    That's right.

MR. BURCK:  You can take that down.

Q.    I'm now going to show you Defense Exhibit 50.

MR. BURCK:  Which we offer, Your Honor.

THE COURT:  Over objection, 50 is in and may be published to the jury.

(Defendant's Exhibit 50 was admitted and published.)

**BY MR. BURCK:**

Q.   Now, without -- I don't want to make this a memory test, but the prior email was at 9:24 a.m., the one that you sent to MV Class of 2020, to your team at --

A.   That's right.

Q.   This is an email from you, same day, April 9th, 2021.  Right?

A.   That's right.

Q.   It's at 4:46 p.m.  Correct?

A.   Yes.

Q.   And this is an email that is -- the "To" line is Charlie Kim and yourself.  Right?

A.   That's right.

Q.   Then there's a Bcc line.  Do you see that?

A.   Yes.

Q.   There are a lot of people on that line.  Right?

A.   Yes.  I think there's actually more.

Q.   Who are all of those people?

A.   They are all of our investors.

Q.   Do you know roughly how many?  I'm not asking you to -- I'm asking you to guess.

A.   I think it's 65 at this point.

Q.   Okay.  And so this was a day after the call you had with Admiral Burke.  Right?

**A.**    That's right.

**Q.**    I'm going to read a part of this email to you. "Dear investors, we've had several people writing in asking for an update.  Our hair is on fire, more going on than ever in more different ways than imaginable."

You write in the next paragraph, "Investor financial update on our list, but wanted to give you a quick update here:

"Navy - we were finally able to engage with Bob Burke (former CNP, head of Navy HR, the form VCNO - four star, to now one of three fleet commanders - Navy talk for owning the head count of warfighting sailors, in charge of Europe and Africa for the Navy.)"

In the next paragraph, "Probably the best meeting to date with Bob Burke.  Product is spot-on to the needs of his sailors and wants to re-up our engagement for HR software.  We had to end the hour meeting because we teach a weekly Leadership in Practice class, where a few hundred people were waiting.  (Otherwise, would have of course continued the meeting.)  He asked for more time."

That refers to Admiral Burke?

**A.**    That's right.

**Q.**    "Additionally, we are working on creating a JV partnership with retired three-star and four-stars from Navy and Air Force (all relationships we've built over the

years), where they would do the sales process into DoD and per $100 million in sales, we would share $10 million in revenues.  Early discussions have been moving aggressively, trying to get more time on our calendars.

"The former PCNO, Bill Moran, who initially approved our $100 million engagement, is six months away from his 'cooling-off period'.  Wanted to wait.  However, Bob Burke, who was Moran's VCNO, said, Don't worry, I'll get him for you now.  He" --

Who is the "he" there?

**A.**    He being Admiral Burke.

**Q.**    "He then asked us if he could be an ambassador/custodian for Next Jump as soon as possible (even while in the position) which we thought would be a conflict.  However, he said, as long as we aren't a defense contractor (selling war-fighting materials), he can work around the details" -- let me be clear.  "He can work around out the details."

Correct?

**A.**    Yes.

**Q.**    "Which his civilian counterpart said would follow up."

Who is his civilian counterpart that you're referring to here?

**A.**    That is the deputy, Juliet Beyler.

Q.    "We explained that, no, we don't sell any jet parts but we do sell -- we sell diapers and discounted hotel rooms."

Right?

A.    That's right.

Q.    Was that an accurate description of the call you had with Admiral Burke on April 8th?

A.    Yeah.  I would say usually Meghan takes notes, I take notes.  So the earlier email was just my shorthand off my memory.  By the point we sent an update to investors, we both end up, like, reviewing it, editing it, using our notes and our memories, so it gets more accurate as we get to an investor update.  But yes.

Q.    You mentioned -- we've seen you sent this to investors.  You sent a version of it to your team at Next Jump.  Did you send it to other people?

A.    Yeah.  We sent it to several people, from what I can recall, outside the company, different people that we trusted for advice and guidance.

Q.    Like advisors?

A.    Yes.

MR. BURCK:  Your Honor, we would like to show the witness DX-174, which is not in evidence.

MR. ROTHSTEIN:  No objection.

THE COURT:  Without objection, Defendant's 174 is

in and may be published to the jury.

(Defendant's Exhibit 174 was admitted and published.)

MR. BURCK:  Thank you, Your Honor.

BY MR. BURCK:

Q.    DX-174, the top of this email, it's from you to Patrick Rideout and Jeffrey Geier.  Right?

A.    That's right.

Q.    And it's dated Friday, April 9th, 2021.  Right?

A.    Yes.

Q.    That's the same day as the investor email that we just saw?

A.    Yes.  I'm assuming this is the central time.  It probably went earlier because this thing says --

Q.    And Mr. Rideout and Mr. Geier were advisers. Correct?

A.    That's right.

Q.    Below that, you forward to them the investor email.  Right?

A.    Yes.

Q.    That we just read?

A.    That's right.

Q.    And you write, "Pat, Jeff, wanted to give you guys an update.  I don't know what happened but it's like a nuclear bomb went off in our inbox...want to keep you as partners updated, so sharing what we just sent to our

investors..."

Right?

A.    That's right.

Q.    And Mr. Rideout and Mr. Geier did not work at Next Jump.  Correct?

A.    No.

Q.    They were outside advisors?

A.    That's right.

**MR. BURCK:**  You can put that away.

Q.    I want to show you now what is not in evidence as DX-52.  This is an email between yourself and Ram Shriram --

**MR. ROTHSTEIN:**  No objection.

**THE COURT:**  Without objection, 52 is in and may be published to the jury.

(Defendant's Exhibit 52 was admitted and published.)

**MR. BURCK:**  Thank you, Your Honor.

Q.    Let me ask you.  At the top, this is an email between yourself and Ram Shriram.  Correct?

A.    That's right.

Q.    Who is Ram Shriram?

A.    Founding board member of Google.

Q.    What was his relevance to Next Jump?

A.    He's the third-largest shareholder in Next Jump.

Q.    In the email at the bottom of this page, April 9th, 2021, 7:52 a.m.  This is an email from you to

Mr. Shriram.  Correct?

    **A.**   That's right.

    **Q.**   You write, "Ram, we had yesterday what was probably the best meeting to date with Bob Burke, the four-star Admiral (Navy) in charge of Europe and Africa, who also is commander of NATO (29 countries), our main contact/champion of Next Jump since the beginning of the Navy, buying questions, following up meetings happening, and also straight-out asked us if he could be an ambassador for Next Jump as soon as possible, even while in the position, as he doesn't see conflicts, as we aren't defense contractors (as in we sell diapers, not jet parts)."

          Right?

    **A.**   That's right.

    **Q.**   Do you know if Mr. Shriram had also received the prior email we saw from all investors?

    **A.**   That's right.

    **Q.**   And he responds, "Well done getting to Bob Burke!"

          Correct?

    **A.**   That's right.

    **Q.**   Top of the email?

    **A.**   Yes.

    **Q.**   I'm going to show you Defense Exhibit 53.  This is another email with an investor.

          **MR. ROTHSTEIN:**  Objection, Your Honor.  Hearsay.

THE COURT: All right. Parties approach.

(Bench conference.)

MR. ROTHSTEIN: I probably should have kept the last one out, but this one I think is now cumulative. I don't want to compound my errors.

MR. BURCK: Your Honor, I'm fine with, rather than taking time on this, just saying you had several other emails like this with other investors. Correct?

THE COURT: Okay. Great.

MR. BURCK: Thank you.

(Bench conference concluded.)

THE COURT: All right. I think you're going to rephrase, Mr. Burck?

MR. BURCK: Yes, Your Honor.

BY MR. BURCK:

Q. Mr. Kim, just looking at this email, do you recall that you also had other communications with other investors like the one we just saw with Mr. Shriram?

A. Yes.

Q. And there were a number of them. Correct?

A. That's right.

Q. Do you recall at any point any of those investors raising any concerns about what you had just sent them?

A. No.

MR. BURCK: You can take that down.

**Q.** Now I'm going to show you what is in evidence as Government Exhibit 35.

This is an email on April 19, 2021. Right?

**A.** That's right.

**Q.** This is from Ms. Messenger to two people at the Navy: Mr. Rolnick and Admiral Burke?

**A.** That's right.

**Q.** And to you as well?

**A.** Yes.

**Q.** This is roughly 10 days after the last emails we just saw?

**A.** That's right.

**Q.** Now, if we go to the bottom, it's --

**MR. BURCK:** Actually, let's go to the next page. Thank you. Very bottom email.

**Q.** It's from you to Admiral Burke, April 15, 2021. Right?

**A.** Yes.

**Q.** It says, "Bob, any chance you're free today between 7:30/9 (Naples, Italy, time)? We have an unexpected 90-minute block open."

**A.** Yes.

**Q.** You write, "Connect quickly from last week's discussion. We could do video but also happy to just call on Meghan's mobile. Not sure if your mobile is the same

from before?"

Right?

A.   Yes.

Q.   What were you trying to do with this email?  What was the purpose of this email?

A.   If you recall, we had to jump off the April 8th meeting because of the class we had to teach.  I think at this point it's been over 17 months since the November go-ahead that we had gotten from CNO Gilday.  So after the April 8th meeting, we were very anxious to follow up on the great call we had on April 8th.

Q.   And in this -- the "To" line, it's to two email addresses for Admiral Burke.  Right?

A.   That's right.

Q.   One is his Gmail?

A.   Yes.

Q.   And one is his Navy.  Right?

A.   That's right.

Q.   And you wanted to follow up on the call you just had.  Right?

A.   Yes.

MR. BURCK:  If we go to the next email.

Q.   He writes back, same day, "I'm on a VTC with D.C. right now.  Going late.  Sorry.  Thanks for asking."

Right?

MR. BURCK: Then we go to the first page. And we go to the bottom.

Q. Admiral Burke writes to you on April 16, 2021. So about a week after the VC.

A. That's right.

Q. The video call. And it's you and Ms. Messenger, and he copies his Gmail. Right?

A. That's right.

Q. But it's from his navy.mil. Right?

A. Yes.

Q. He writes, "Charlie, we broke pretty late last night. Lots going on. I will be in a hotel in Turkey Monday evening, say between 8 to 9 p.m. that time zone, plus 7 hours from you, so 1 to 2 p.m. your time. Any chance you can talk then? My number is +39 335 825 7933."

Right?

A. That's right.

Q. He also says, I'm also on Whats Up [sic] at that number, which avoids international long-distance charges. But let me call you if you prefer."

Do you see that?

A. Yes.

Q. Now, Mr. Kim, you've been at this trial from the beginning. Right?

A. Yes.

**Q.** You've heard testimony about the use of the Whats Up by you and Admiral Burke. Correct?

**A.** That's right.

**Q.** Was it your understanding that Admiral Burke was telling you to use the Whats Up because he was trying to hide that call?

**A.** No. I think -- in this instance, I think he said it avoids international long-distance charges.

**Q.** So he was trying to save you a little money?

**A.** They're always very nice but...

**MR. BURCK:** If we go up further.

**Q.** You ended up having this call. Correct?

**A.** That's right.

**Q.** This Whats Up call.

**A.** I think it's WhatsApp.

**Q.** WhatsApp. I'm sorry. Apologies.

And apologies to Meta. I think they own WhatsApp.

Okay. Now, you have this WhatsApp call. You think it was on -- what date was it on?

**A.** I think it was on April 20th. I think it was initially scheduled earlier but he had to move it, so...

**Q.** Okay. And tell us what happened -- well, first, tell us who was on this call?

**A.** So, it was myself, Meghan and Admiral Burke.

**Q.** And was it a video call or just a normal call?

**A.** From my memory, I think it might have been a WhatsApp video call because they have free video service on it too.

**Q.** What was your purpose in having this call?

**A.** We wanted to follow up on the all-Navy engagement, since the product was spot-on and the pricing was the same, we were very, you know, interested in reengaging for that quiet-period discussion that we thought we were getting another shot at.

**Q.** What did Admiral Burke want to talk about?

**A.** Well, I don't know -- so on the call, I think --

**Q.** That's a fair point. I'll withdraw the question.

Based on your recollection of the call, what was your understanding of what Admiral Burke wanted to talk about?

**A.** The contract.

**Q.** And what else?

**A.** Just the contract. Well, I say contract as in, I would say, all sailor, fixing the challenges they had and how to apply our new solutions of decision-making, the Dev GPS to the Navy, so...

**Q.** At any time during that call did Admiral Burke raise what he talked about before, being an ambassador for Next Jump?

**A.** Yes. So I think around halfway through the

call -- I can't recall if it was myself or Meghan asked him, like, What did you mean about being an ambassador?  He's so busy, as you can see.  Any time we try to schedule a meeting, it's almost always six to eight weeks later.

So I wasn't sure what he wanted to do while he was in the Navy.  At that juncture, he sort of leaned in and said, I want to come work for you guys.

Q.  What was your reaction?

MR. ROTHSTEIN:  Objection, Your Honor.  Hearsay.  I think this is actually calling for hearsay.

MR. BURCK:  His reaction?

MR. ROTHSTEIN:  I'm sorry, I should have -- I will withdrawal it, as to this question, and revisit it again next.

MR. BURCK:  Your Honor, my question was what was his reaction.  I'm not sure that's hearsay.

MR. ROTHSTEIN:  I'm withdrawing it.

MR. BURCK:  I'm sorry.

MR. ROTHSTEIN:  I was a little late on the --

THE COURT:  All right.  You may proceed, Mr. Burck.

MR. BURCK:  Thank you, Your Honor.

Q.  What was your reaction when he said that he wanted to work for Next Jump?

A.  I mean, a bit shocked, awe.  The idea of even

having a four-star of the U.S. Navy want to come work and report in to Meghan and I, that wasn't even ever in the realm of visible possibilities for us.  I think I was kind of floored at first.  In a good way.

Q.    In a good way.  What do you mean by that?

A.    I mean, for us, in our business, the Business 2 is a leadership business.  To be able to have the four-star Admiral of the Navy, who was the head of HR and eventually the Vice Chief, come and be the face and spokesperson for our Business 2.

I think what our plan going as far back as 2017 was that after our whole auction, picking the first client, the bulk of our relationships in HR was in our Business 1. So we have thousands of clients, the big Googles and Chases and whatnot.

To be able to go to the meeting with Admiral Burke saying, you know, I am part of this company and I was the former head of HR of the largest organization of the world, the U.S. Navy.  I used their services.  It was amazing.  It helped us with the Navy and the sailors.  It was a dream come true.  It was one of those transformational hires that are so not even in the realm of our possibilities.  It was not what we expected at all on the call.

Q.    Is it fair to say that you were pretty excited about this?

**A.**    Yeah.  I mean, obviously, we wanted the contract and that was the discussion of all-Navy that we wanted to have.  But that was a new data point.  But yeah, it sort of shocked me in a good way, in a very good way.

**Q.**    All right.  I'm going to show you what is --

(Brief pause.)

**MR. BURCK:**  Your Honor, just for the witness can we show DX-104?

**MR. ROTHSTEIN:**  Objection, Your Honor.  Hearsay.

**MR. BURCK:**  Your Honor, if we could be heard on this?

**THE COURT:**  Yes.

(Bench conference.)

**THE COURT:**  Okay.  Is it only the top part that we haven't seen before?

**MR. BURCK:**  No, Your Honor.  This whole top part is in evidence.

**THE COURT:**  Right.

**MR. BURCK:**  It's that we believe the jury has the misimpression that this chain, that's all blacked out, was about the Burke call.  If you look at the rest of it, which I'm not going to go into, but the rest of it is about --

**MR. ROTHSTEIN:**  Just so I understand.  You're saying this part is in evidence and this part is in evidence but you don't have them in as one document?  Is that what

you're --

MR. BURCK:  No.  This part is not in evidence. You guys excluded it, the bottom part.  This is the key part.  I just wanted to use it to say this was not about -- the rest of this chain which led to this response was not about Bob Burke.

MR. ROTHSTEIN:  Your Honor, we think the bottom is hearsay.

MR. BURCK:  Your Honor, I can just use the Government's.

MR. BRODSKY:  Rebecca thinks it's in.  I think it might be in evidence.

MR. BURCK:  Your Honor, why don't I just continue with this.

THE COURT:  Yeah.  It certainly sounds like you can ask him whether the bottom part was about something different.

MS. ROSS:  The unredacted version is in evidence. That whole document, we unredacted it when we admitted it.

MR. BURCK:  Sorry, Your Honor.  Thank you.

THE COURT:  Okay.

(Bench conference concluded.)

THE COURT:  All right.  You may continue, Mr. Burck.

MR. BURCK:  Thank you, Your Honor.

So I guess it's Government Exhibit 38A?  38A can be published to the jury.  That's already in evidence.

**THE COURT:**  Yes.

**MR. BURCK:**  Thank you, Your Honor.

**BY MR. BURCK:**

**Q.**  Now, Mr. Kim, this is an email on April 21st of 2021.  Right?

**A.**  That's right.  I don't know, I'm sorry, with the time if it was actually on April 20th.

**Q.**  Well, it was around that time?

**A.**  Yes.

**Q.**  And this is an email from Greg Kunkle, who works at Next Jump?

**A.**  This one is from me CCing Greg.

**Q.**  Sorry, at the very top.

**A.**  Yes.

**Q.**  And it's to you and Ms. Messenger and it copies Team Strategy Committee.  Right?

**A.**  That's right.

**Q.**  What is Team Strategy Committee?

**A.**  That is the top four leaders of Next Jump.

**Q.**  And I'm going to focus you on the middle email here, the email from you on Tuesday, April 20th, 2021, at 10:15 p.m.

**A.**  I think it's the top one, you mean?  Unless

there's another --

MR. BURCK:  That's fine.  Thank you, Your Honor.  Thank you, Mr. Kim.

Q.  Mr. Kim, this is an email from you to Mr. Kunkle at 2:15, April 21, 2021; is that right?

A.  That's right.

Q.  You write, "To give you more context, I was explaining to Meghan what prepared me for Burke meeting (it was the highest stakes meeting to date and the tiniest wrong month would/could lose all trust - come across slimy).  Was eggshell crushing."

Now, can you explain what you meant by, "This was the highest stake meeting to date.  The tiniest wrong move would/could lose all trust."

A.  So the largest contract that we had with the Navy at this point was 10 million.  You know, we had waited around 17 months for that 100 million go ahead.  So reengaging at that all-sailor level, it was just a very important meeting.

And I think we knew at this point Admiral Burke was no longer at the Pentagon but he was a four-star and there were so few of them.  It was just a very high-stakes meeting to update the Admiral on all of our products and services.

Q.  At the end of that, in that parenthetical, you say

"come across slimy."

A.    Uh-huh.

Q.    And in the next paragraph, you write something similar.  You say, "I explained to Meghan that's what best prepared me for Burke meeting.  If I felt the slightest, the slightest eggshell with Meghan, I would have thought Meghan was passive aggressively telling me that I'm being slimy vs" --

Versus?

A.    Versus.

Q.    "She said when Burke stepped away for a second she felt slimy.  He wants to work for us be we're asking for a deal first."

Do you see that?

A.    Yes.

Q.    Can you explain what you meant by "slimy"?

A.    So slimy in the sense that having in the same meeting a discussion of us trying to win a contract with the Navy, then he also wanted to talk about joining Next Jump.

The two at the same time just felt yucky.  I know in our industry that does happen while people make deals. Of course, Admiral Burke assured us that we could have both discussions at the same time but it still felt yucky.

Q.    It felt yucky because you were having the conversation discussion at the same time; is that what

you're saying?

A.    Yeah.  It's almost like he kept wanting to talk about, like, I don't want to work anywhere else but Next Jump.  And we're like, Let's fix the sailor issue.  So it was kind of talking over each other a little bit.

Q.    At any time on that call with Admiral Burke on April 20th, did you link the job -- or excuse me, let me put it this way.  Did you link the contract to his interest in a job?

A.    No, not at all.

Q.    Did you hear Ms. Messenger ever link the contract to his interest in a job?

A.    No, not at all.

Q.    Did you ever hear Admiral Burke link his interest in a job to you getting a contract?

A.    No, not at all.

Q.    But nonetheless, it felt slimy?

A.    At the same time, it sort of felt like, you know, we, of course, wanted to hire him at some point after he leaves the Navy.  I mean, he's an amazing hire for us.  We also always wanted the business with the Navy.  So, yeah, a discussion at the same time just felt yucky.

MR. BURCK:  You can take that down.

Q.    Did you believe when you were on that call that you were doing something wrong?

A.    No.

Q.    Did you think you might be breaking the law?

A.    No, of course not.

MR. BURCK:    Let's take a look at DX-59, just for the witness.

Q.    And this is an email from -- at the top is an email from Meghan Messenger, dated April 30th, 2021, and it contains a series of other emails; is that correct?

A.    That's right.

Q.    Do you recognize this email?

A.    Yes.

MR. ROTHSTEIN:    Objection, Your Honor.  Hearsay.

THE COURT:    All right.  Parties approach.

(Bench conference.)

THE COURT:    [Inaudible]

MR. BURCK:    This is an email from Mr. Kim to Mr. Shriram, where he just describes what he understood to be happening with Admiral Burke.  It's not being offered for the truth of it.  It's just explaining what he was thinking and what he is conveying to other people.

THE COURT:    Can I see that?

MR. BURCK:    Oh, yes.

THE COURT:    I'm having a problem with my eyesight.

MR. ROTHSTEIN:    Your Honor, the bottom part actually appears to be being offered for its truth.  It

says, "We have."

THE COURT:  Yeah.

MR. BURCK:  Your Honor, I can simply ask him, Does this reflect your understanding of what you heard on the call?

You didn't like that one?  Let me try another one. Do you want to try one?  [Laughter]

MR. BRODSKY:  Your Honor, this is for notice.  We can expressly say to the jury it's not being offered for the truth.  It's being offered for what was sent to others.  So it goes to Mr. Kim's state of mind.  He is sending it out to others.  So it's not being offered for the truth; it's being offered as what he told and expressed to Mr. Shriram.

MR. BURCK:  Your Honor, I would actually note that the government would normally not mind this email because it actually is their scheme.

[Laughter]

What they don't like is the fact that he's telling somebody, Your Honor.

THE COURT:  I'm sustaining the objection.  I mean, maybe if the government gets into this on cross, maybe you can try again afterwards.

MR. BURCK:  Thank you, Your Honor.

THE COURT:  At the time, I am sustaining the objection.

MR. ROTHSTEIN:  Thank you, Your Honor.

(Bench conference concluded.)

THE COURT:  All right.  Objection is sustained.

BY MR. BURCK:

Q.   Mr. Kim, do you recall telling other people about this call you just had with Admiral Burke on April 20th?

A.   Yes.

Q.   Who do you recall telling?

A.   Investors, other employees.  I mean, I think through this whole project of building Business 2 we were very transparent and kept a lot of people updated on our progress.

Q.   And do you recall that you -- or let me ask you this way.  Did you attempt to give an accurate account of what happened on that call?

A.   Yes.

Q.   And generally speaking, what do you recall saying?

A.   In the update?

Q.   No.  Yes -- no, not in the update.  First, in the call on April 20th.

A.   So the April 20th call, I think we -- I think Admiral Burke indicated he could do a 50 million contract.  He's now in the operational unit, so it wouldn't be as large as when he was at the Pentagon.  So that was very exciting.

I remember him talking about how what's different

is it's a much smaller group.  At the Pentagon, you're dealing with 650,000 sailors or 340 uniformed sailors, I think he said around 20,000 people in his Navy Europe-Africa.

But part of the exciting work would be that we would get to go on all of these Navy bases in Spain, Italy, Iceland.  I can't remember all of the countries but they were some very fun countries to travel to.

So I think there was a discussion about, Wow, our employee retention would be even stronger, as employees would love to work on this contract of helping Navy sailors in these countries.

Q.    I think you testified earlier that on this call on April 20th that Admiral Burke also said to you words to the effect that he wants to work with you guys?

A.    That's right.

Q.    Did you accurately report this call, the content of this call to other people?

A.    Yes.

Q.    Who were those other people?

A.    I think investors, employees.  I can't remember who else but...

Q.    Now, we're in April of 2021.  Right?

A.    That's right.

Q.    In the months following from May through the

summer, were you engaged in a process of trying to get a contract with the Navy pursuant to your discussions with Admiral Burke?

**A.**    Yes.  I believe we probably had some back-and-forth with his deputy, Juliet Beyler.  I think for us we didn't have a lot of knowledge on the size of the number of sailors in Europe and Africa.  So we were trying to get a sense of where would the actual command bases be, how many sailors and so forth, to make a proposal.

**Q.**    Now, I think you testified earlier that on the Microsoft Teams call on April 8th of 2021 -- which Ms. Beyler was on, as you remember it?

**A.**    Yes.

**Q.**    That the Admiral had asked her to follow up on the coaling-off period and conflicts.  Right?

**A.**    That's right.

**Q.**    Do you recall if she ever did that?

**A.**    I don't remember if she sent us anything.

**Q.**    Do you remember anything, sitting here today?

**A.**    No.  I feel like I don't think she sent us anything.

**Q.**    But did she follow up with you about the contract?

**A.**    Yes.

**Q.**    So from the period of April through the summer, what was your understanding of what your status was with the

Navy at that point?

   A.   I think we're in -- I mean, this is no different than the other times we got to 10 million and then the 100-million go-ahead.  It's a lot of back-and-forth trying to understand, because our products and training is based on pricing, based on number of sailors.

        Trying to understand the sailors, trying to understand where they are and so forth.  So there was a lot of back and-forth like that, so we can build a proposal for the Navy.

   Q.   Did anyone in that point tell you that -- in the Navy, tell you that you couldn't talk to Admiral Burke?

   A.   No.

   Q.   Even though you were in contract discussions, no one told you you couldn't talk to him?

   A.   So the -- you're talking about the quiet period from before?

   Q.   No.  I'm talking about in April through the summer, do you recall anyone ever saying to you, You can't talk to Admiral Burke?

   A.   No.

   Q.   In fact, you did talk to Admiral Burke, didn't you?

   A.   Of course, yes.

   Q.   In fact, you met with Admiral Burke in the summer

of 2021, did you not?

**A.**    Yes.

**Q.**    Okay.  Now, you met with Admiral Burke in Washington, D.C.  Right?

**A.**    In D.C.

**Q.**    What was the occasion for meeting with him?

**A.**    So we got a random email.

**Q.**    Sorry, say that again.

**A.**    I say "random" but we got a random email from one of Admiral Burke's -- I think it was aides, the support team, their very large support teams.  A guy name Rob Thomas.  A really nice guy.  We spent time a lot of time coaching, mentoring whenever we can.

So he invited us to his retirement ceremony in D.C.  In the invite that he sent us, he said the keynote speaker would be Admiral Burke.

**Q.**    And so did you attend this ceremony?

**A.**    Yes.

**Q.**    And what date was it?  Do you recall?

**A.**    I think July 23rd, is what I think.

**Q.**    Of 2021?

**A.**    Yes.  I think I could be off by a little bit.

**Q.**    And did you and Ms. Messenger travel to D.C. from New York for this meeting?

**A.**    Yes.

**Q.** I'm sorry, this event?

**A.** Yeah, I think we drove.

**Q.** Can you describe to us the event on that morning, on July 23rd?

**A.** Yeah. So -- I can't remember if it was at the Navy museum or something. It was a very formal retirement ceremony. So we were in the audience with other sailors, family members, friends. It's a very formal retirement ceremony for Rob Thomas.

Admiral Burke was the main keynote speaker, so he spoke. And then afterwards, there was a reception at -- I can't remember the name of the restaurant but they reserved the whole restaurant and they had, like, banquet-style tables. We were sat at the main table with Rob Thomas and his family. There was Admiral Burke and then there was another retired four-star, Admiral Foggo and his wife. It was packed in places, set up.

**Q.** Now, just briefly, I will show you Government Exhibit 47, which is in evidence. This starts with an email from you to Admiral Burke. Right?

**A.** That's right.

**Q.** And it's on his Gmail this time?

**A.** Yes.

**Q.** Did you notice at the time that he was sending it to you from a Gmail?

**A.**    Honestly, I don't think I did.  Sometimes, you know, especially if you write with your phones and different things, it doesn't show the address.  I don't recall remembering where it came from, as in Gmail or Navy.  It came from Admiral Burke, though.

**Q.**    We've seen a number of emails today where Admiral Burke's Gmail was on.  Right?

**A.**    Yes.

**Q.**    Was it something you found surprising, to see his Gmail?

**A.**    No.  Because, once again, a lot of the military folks have told us that sometimes you can't access the military emails when you're traveling or different places.  They blame their old system.  So they said Gmail is actually more accurate.  It's more reliable.

**Q.**    The bottom email in this chain is dated Tuesday, July 13, 2021.  Right?

**A.**    That's right.

**Q.**    And it's from Robert David "Rob" Thomas?

**A.**    Yeah, Rob Thomas.

**Q.**    And it's to you and Meghan Messenger.  Right?

**A.**    Yes.

**Q.**    It says, "Hello, Next Jump.  If you are in the D.C. area on the 23rd of July."

Right?

**A.**    That's right.

**Q.**    The rest of this email is about him inviting you to the ceremony for him.  Right?

**A.**    Yes.

**Q.**    In the middle, there's an email from you, actually, right above it.  It says, "Bob."  It's from you. "Meghan and I are looking at our schedules.  Are you in town for this event?"

**A.**    Uh-huh.

**Q.**    Do you recall if you were the one who forwarded this to his Gmail?

**A.**    I don't remember.  I can't remember if I sent it to both emails.  Like, oftentimes, I didn't know if he would get the email sometimes if I don't add his Gmail.  So I try to always add the Gmail.  I felt bad because I cluttered his inbox as a result.  He had two emails and he had to synchronize them both at some point.

**Q.**    Were you trying to hide from the Navy that you were asking him if he was going to be at the retirement ceremony?

**MR. ROTHSTEIN:**  Objection, Your Honor.  Leading.

**THE COURT:**  Sustained.

**BY MR. BURCK:**

**Q.**    Did you have any reason in particular that you sent it to his Gmail account?

A.    No.  I don't even know if -- it might have actually been his Navy email.

Q.    And then Admiral Burke responds to you on July 14th, "Charlie, yes I will.  If you and Meghan are coming down, maybe we can get together for lunch after the event on Friday?"

Right?

A.    Yes.

Q.    And then the top email is your response to Admiral Burke.  "Bob, we just RSVP-ed for the event.  I think there was a reception afterwards.  Do you want to skip and go out to lunch?"

See that?

A.    Yes.

Q.    Now, going back to the event on July 23rd.  You were describing it.  Did you see Admiral Burke there?

A.    At the ceremony and the reception, because we were sat at the same table.

Q.    You were sat at the same table.  At the table, did you have any discussions with him?

A.    Yeah.  They tell Navy stories and stories and whatnot.  I can't remember if there were speeches or anything.  I think at the table we talked about his interest, which was to join us when he retires.

Q.    And were you around other people?

**A.**    The place was packed.  I mean, everyone who was there, all their friends.  The other four-star, his wife, Rob Thomas and his family.

**Q.**    Were there other military people present?

**A.**    Oh, yeah.  The place was 80 percent military.

**Q.**    When you had this discussion I think you just testified about about his job, did you whisper it in his ear?

**A.**    I think the way we were sitting, I was sitting across from him.  Meghan was sitting next to him.  I don't know if it was a whisper or not.  She mentioned that did you -- this is the first time we've seen him in person since the IFLEX event in 2019.  So, you know, I think she may have said something to the extent of, Do you want to talk about what you want to do working for us?  So that was --

**Q.**    But you couldn't hear what she said to him?

**A.**    I couldn't hear what she said.  The place was loud, obviously.  A lot of people.  I think she told Rob Thomas as well, the main Navy guy, that Admiral Burke wants to come work for us after the Navy.

**MR. ROTHSTEIN:**  Objection, Your Honor.  Hearsay.

**BY THE COURT:**  Parties approach.

(Bench conference.)

**THE COURT:**  Why isn't that hearsay?

**MR. BURCK:**  Well, Your Honor, I think it's --

well, it's a statement by Ms. Messenger to, I guess, Mr. Thomas, and Mr. Kim overheard it. So it's only going to the effect to his state of mind.

THE COURT: Whose state of mind?

MR. BURCK: Mr. Kim's. That's how he knew, in part, because he did not overhear the conversation between Ms. Messenger and Admiral Burke.

MR. ROTHSTEIN: I will say Mr. Burck is a great lawyer, but if you look back at what he actually said, he says I -- he didn't even say that he heard it. He said, I think Meghan told Mr. Thomas --

MR. BURCK: That's fair. That's fair. If he says, I think she told him, I'm not going to try to offer it.

MR. ROTHSTEIN: It's still hearsay.

MR. BRODSKY: He was present.

MR. BURCK: Okay.

THE COURT: I'm sustaining the objection. I do think it's hearsay.

MR. BURCK: Even if he overheard -- I understand it's totally hearsay if he's saying, I think she said this, but he didn't actually hear it.

THE COURT: Even if he heard it, why is that not hearsay?

MR. BURCK: Because it's being offered for the

fact that this is why he understood what they were talking about. It's not the truth of whether or not he was coming to work for them.

THE COURT: His statement is that Ms. Messenger is saying this to some third party.

MR. BRODSKY: Your Honor, if I may, that goes directly to state of mind.

THE COURT: Whose state of mind?

MR. BRODSKY: Both Mr. Kim's state of mind and Ms. Messenger's.

THE COURT: We'll discuss whether you can get it in but I don't think Mr. Kim can get it in.

MR. ROTHSTEIN: Your Honor, we'd move to strike that answer.

THE COURT: Yeah, and sustain the objection.

(Bench conference concluded.)

THE COURT: All right. I'm sustaining the objection.

Ladies and gentlemen, I'll direct you to disregard that last question and answer.

Mr. Burck.

BY MR. BURCK:

Q. Mr. Kim, so while you were at this ceremony, at some point did you leave the ceremony with Admiral Burke?

A. Yes.

Q.    Tell us what happened when you left with Admiral Burke.

A.    So I can't -- so he had to first tell his -- I think aides or assistants -- he had a bunch of them over there with him -- that he's on liberty.  I think that's his way of saying "free time".

He told them, You don't need to come with me.  I'm on liberty.  It's my free time.  These are my good friends.

So we walked -- I can't remember if we walked or took an Uber to this restaurant, where -- it's like a second lunch.  Actually, we had a lot of food at the first lunch.

So we went -- we were in -- I can't remember walking or an Uber, but we went to this second place.  He told us someone he trusts a lot, a colleague that works -- an Undersecretary at the Navy's office, a deputy director for the Undersecretary of the Navy.

I assumed it was Hondo Geurts, the person we met at IFLEX that was the under secretary, so the right hand, maybe, to Hondo Geurts, would be joining us and said that this individual was one he had worked with when he was VCNO and trusts her judgment, and she would want to know, basically, where he's going to go next.

Q.    Understood.  What was Admiral Burke wearing when he went to this lunch with you?

A.    The same uniform he was wearing at the retirement

ceremony.  It's just formal Navy whites.  I think they call them summer whites or something.

**Q.**    Did he tell you the name of the person that would be meeting you there at this restaurant?  Was it the Belga Cafe?

**A.**    That's right.  It was Belga Cafe.  I think it was Dina.  I cannot remember the last name, to be quite honest. But Dina said it's a civilian that works as a right hand to the Undersecretary of the Navy.

**Q.**    When you arrived at the restaurant, was this Dina person there?

**A.**    Yes.

**Q.**    And how did she introduce yourself, if you recall?

**A.**    Just Dina, that she's a colleague of Admiral Burke's and the civilian side of the Navy.

**Q.**    And from your perspective, what was the purpose of this lunch?

**A.**    So we wanted to -- you know, obviously, we haven't seen him since that November 8th, 2019.  We wanted to get a better sense of our Navy relationship and plans of what to do.  We also thought that he really wanted to talk about joining us when he leaves.  Let's kind of iron out some details on both.  He mentioned Dina would help, you know, him evaluate.

**Q.**    And Dina was -- your understanding was that she

worked for the Navy?

A.    Yeah, as the Deputy Under Secretary of the Navy. Sorry, that's right.  Deputy under secretary.  It's a long title.  But for the undersecretary of the Navy, I assumed she was the right-hand person, like a deputy like Ms. Beyler.

Q.    And did it seem -- I know that you testified that Admiral Burke said that he trusted this person.  Did it seem that he trusted this person?

A.    Yes.  I think he had said to us that -- the Under Secretary Hondo Geurts was one of the smartest people he worked with, and was a key partner in helping make a lot of changes in the Navy.  So I found Dina was the right hand to that person.  This is a very important person.

Q.    Did you have any concerns about talking to Admiral Burke at this lunch in front of this Dina person?

A.    No, not at all.

Q.    Why not?

A.    Why would we have concerns?

Q.    Well, what did you talk about at the lunch?

A.    Well, so we talked about kind of what he saw as the Navy relationship, like different phases of potentially how the contract and relation could grow.

The main goal, really, was to go back to CNO Gilday, since he had said yes once before.  And our view was

if we run some of our newer products and technology through his sailors in Europe -- we built all this cool measurement tools for decision-making, which is very hard to do.

So we thought with those results, we could go back to CNO Gilday and re-engage for a contract that he had already said yes to before. We thought better programs, more programs. So it was a discussion on that.

And, of course, he wanted to talk about leaving the Navy when he retires and about joining us and what that would be like, what he would be doing, what it looks like at Next Jump.

**Q.** What did you tell him about the job portion of that conversation?

**A.** We talked a lot. The conversation changed. Dina was really grilling us. So I feel like --

**Q.** When you say "grilling us," what was she grilling you about?

**A.** It sort of felt like she was interviewing us to see if we were worthy to hire the four star. We were on our heels but answering a lot of questions about how long do you work, the hours, what's the day like? Just the environment, what kind of work, you know, why do we want to hire Admiral Burke?

Kept saying, because he's the four-star. This guy ran, as the HR head and the Vice Chief, maybe the largest

organization in the world.  She kept saying, I want you to hire him because of him, just -- I'm not quite sure what that meant.  She kept saying, He wants you to want him for him, not for him being the CMP/VCNO of the Navy.  I think my response was, I think he wants to work for us because we are co-CEOs of Next Jump, not just because he likes me, Charlie, Kim as an individual.

So that line of questioning never made sense to me.

We ended up talking that.  We gave him a sense and he wanted to know what kind of salary range and equity and stock.  I had a printout from this board meeting we had years back, which is the stock for Amazon.  If you look in the years of Amazon stock price, it's fascinating because they have a Business 1 and Business 2.  Business 1 is their e-commerce business.  Right?  Similar to our Perks at Work.  Business 2 for them is cloud computing or AWS.  For us, Business 2 is the leadership training.

So we used the stock chart to say if we go anywhere close to following a similar trajectory to Amazon, we would give him a hundred thousand stock options and it could be worth a lot one day.  That was the whole discussion.

Q.   Did you tell him what his salary would be?

A.   Yeah.  We said $500,000 a year.

**Q.** When you told him about the salary and this potential equity, were you trying to bribe him?

**A.** No.

**Q.** Again, Dina heard this all? She was there the whole time?

**A.** Yes. She asked a lot of questions about the job and hours and environment.

**Q.** Now, Mr. Kim, you've been here for this whole trial. Right?

**A.** Yes.

**Q.** You have since learned that Dina was Denese Canedo. Correct?

**A.** That's right.

**Q.** And you learned that Denese Canedo was having an affair with Admiral Burke. Correct?

**MR. ROTHSTEIN:** Objection, Your Honor. Leading.

**THE COURT:** Overruled.

BY MR. BURCK:

**Q.** Correct?

**A.** Yes.

**Q.** Were you aware at the time of this lunch that Dina was actually Admiral Burke's girlfriend?

**A.** No. Not even remotely.

**Q.** What, if anything, did you know at the time about Admiral Burke's marital status?

136

**A.**    So we met Barbara Burke, his wife.  We were actually very close with her.  In fact, she came and was a keynote speaker in one of our largest recognition ceremonies.  We've had dinner with them at their house.

So, I mean, we thought it was all good.  I mean -- in fact, I think at the lunch we asked where he and Barbara wanted to work, in our New York office, in London or Boston.  Wherever they wanted, they could pick.

**Q.**    At any time at this lunch did Admiral Burke tell you, actually, Dina is my girlfriend?

**A.**    No.

**Q.**    At any time in this lunch did Dina tell you, actually, I am Denese Canedo and I'm Bob Burke's girlfriend?

**A.**    No.

**Q.**    What was your impression of Dina at that lunch?

**A.**    So she had a lot of personalities, may be the way I would put it, where she was an intelligence officer, which is what, I guess, prior what Admiral Burke told us and she told us.  She could speak Russian and Arabic and a whole bunch of languages.  She was just very good in kind of being almost like a secret spy or intelligence agent, kind of what they said.  She looked like a regular, nice person.

**Q.**    Is that what she told you, that she was in intelligence?

**A.**    He kind of bragged about her past, that she used

to be in intelligence.  She was very smart.

Q.   At any time during this lunch, when you were talking to Admiral Burke about the job and the contract, did you link the two together?

A.   No.  There was never a connection.

Q.   At any time during this lunch, did Admiral Burke link his desire to work for you with you getting a job?

A.   No, not at all.

Q.   Did Dina raise any concerns at this lunch about having this conversation right in front of her about the job and the contract?

A.   No, never.

Q.   Did you have a sense, an impression, at the end of the lunch whether or not Dina was excited about the Next Jump opportunity for Admiral Burke?

A.   I think so.  I might have sent an email afterwards.  I feel we had to work hard to win her over, that we were worthy of being able to hire the four-star Admiral of the U.S. Navy.

MR. BURCK:  Your Honor, I would like to show the witness DX-63.

MR. ROTHSTEIN:  Objection, Your Honor.  Hearsay.

THE COURT:  Parties approach.

(Bench conference.)

THE COURT:  What is hearsay here?

138

MR. BURCK:  This is --

THE COURT:  We've seen this.  Right?

MR. BURCK:  Right.

THE COURT:  I'll take your notes.

[Laughter]

If I agree with you, I'll give them back.

MR. BURCK:  Thank you, Your Honor.  I hope I get them back.

This is an email where he describes the -- again, it's not -- it's really just explaining --

THE COURT:  Didn't this come in?

MR. ROTHSTEIN:  That part did but they're trying to put in the string above it that did not come in.  It's all of the people commenting.

MR. BURCK:  Again, it's clearly not for the truth, Your Honor.  It's the reaction.  It goes to their state of mind that nobody was telling them, oh, my God, this is crazy.  What are you doing?

MR. ROTHSTEIN:  None of these people's states of mind, Greg Kunkle, Lokeya, none of their states of mind is relevant.

MR. BURCK:  It's not their state of mind.

THE COURT:  It also has hearsay, though.

MR. ROTHSTEIN:  Your Honor, we also object -- the bottom --

**THE COURT:** The bottom part is in.

**MR. ROTHSTEIN:** Right. This is not relevant. We object to this part on relevance grounds.

**THE COURT:** And hearsay.

**MR. BURCK:** Our point, Your Honor, is that they sent us, they got this kind of reaction because their state of mind that nobody was telling them this is crazy, what are you doing.

**THE COURT:** Okay. I am overruling the objection. I will give you your notes back.

**MR. BURCK:** Thank you, Your Honor.

(Bench conference concluded.)

**THE COURT:** All right. Over objection, 63 is in and may be published to the jury.

(Defendant's Exhibit 63 was admitted and published.)

**MR. BURCK:** Thank you, Your Honor.

**BY MR. BURCK:**

**Q.** If we go to the bottom email, this is actually part of an email that's already in evidence that we've seen previously. This is from you on Friday, July 23rd, and this is to Team Strategy Committee. Right?

**A.** Right.

**Q.** This is the Next Jump internal team?

**A.** Yes.

**Q.** And you say, "Quick update. Burke. Crazy day.

Five hours.  He would have stayed all night if we stayed."

Right?

A.    Yes.

Q.    What did you mean by that?

A.    By the way, we also copied Lokeya on this email too.

We, I think, had seen Burke at the ceremony, starting I can't remember what time in the morning.  By the time we drove leaving D.C., it was probably in excess of five hours that we were spending time with Admiral Burke.  I mean, at the restaurant he was very excited about the discussion.  So for us, we had to drive back, so we were, like, we really have to go.

I sensed he would have stayed all night if we wanted to.

Q.    You go on to write, "In short, starting with his command, almost ASAP, but smaller, single-digit million deal but in this year's budget."

Right?

A.    Yes.

Q.    That's reflecting your understanding of part of the conversation you had at the lunch; is that right?

A.    Sorry, I didn't catch the question.

Q.    I said that this is a reflection of part of what you understood he was saying at the lunch?

**A.**    Yes.

**Q.**    And then down below in the second paragraph or third paragraph, "We talked also of July 2022 him joining Next Jump.  Wants to come in New York City office.  Talked salary, equity, et cetera.  He was as very excited.  Wanted to resign next week.  Told him to hold off and first launch this part 1."

So what did you mean by that?

**A.**    So he said that he would -- I think initially in the discussion he said he would retire from the Navy July 2022.  And then by the time -- and he wanted to go to the New York office.  We talked salary and equity and whatnot.  I think by the end of I think our second lunch, he was so excited he -- this was Friday --

**Q.**    Sorry, the second lunch?

**A.**    Because the reception was -- it was actually a full lunch.

**Q.**    To be clear, we're talking about the one lunch at the Belga Cafe?

**A.**    Yes.

**Q.**    All right.

**A.**    He was so excited he said he wants to resign on Monday.  You know, I think in my head, in the private sector, if you resign Monday you give two weeks' notice and you're done.  He was, like, I want to resign on Monday.  It

was sort of a joke.  Please don't resign on Monday.  We have to work on fixing the Navy and all the work that we talked about.

So, yeah, it was more in jest.  I didn't think he would actually resign on Monday and give two weeks' notice.

Q.   Were you saying in this email that you were telling him he could not get a job if he didn't launch Phase 1?

MR. ROTHSTEIN:  Objection, Your Honor.  Leading.

THE COURT:  Sustained.

BY MR. BURCK:

Q.   What did you mean by that part of the email, beyond anything what you said?

A.   The last part, told him to hold off in first lunch?

Q.   [Nodded]

A.   For us, it was from the very beginning we always wanted to do the work to help all sailors.  I think in your view, if he never retired it would be great for us.  So he was the single biggest advocate we've had in the U.S. Navy.  He knew the problems.  He knew the challenges.  He knew our business very well.  He was the truest believer of all believers within the Navy.  Staying as long as possible is good for us.

As far as a job goes, I mean, he's the four-star

Vice Chief of the Navy.  We would always have a job for him. That was a no-brainer also.  So I think for us, we wanted to talk about how to help the Navy.

Q.    When you say he would always have a job with you, what do you mean by that?

A.    When I mentioned earlier, this notion of him being a unicorn hire, I mean, Admiral Burke could really get a job anywhere.  When you are the four-star of the Navy and, you know, selected by the President, vetted by Congress, I mean, this is one of the -- I mean, he is probably the top leader I've ever spent this much time with.

And for him to come join little Next Jump, I mean, and report in to Meghan and I and actually choose to be the face of our Business 2, that would be transformational for us as a business.  I feel like --

Yeah, so that was kind of a no-brainer for us.  In fact, the lunch was more -- if we are worthy to actually, you know, I guess, attract Admiral Burke, that was what Dina -- now Denese Canedo, we found out later -- she was kind of grilling us on that point.

Q.    Then you say, "He didn't expect to talk that specifically on future with Next Jump.  Once we got on it, he couldn't stop talking about anything else."

Then down at the last bit, you say, "The legal part have to navigate smart."

What did you mean by that?

**A.** So we were worried on the cooling-off period. And I think, from our perspective, the minute that we have a formal contract, which to us -- I shouldn't say contract, job offer. I feel like senior people, usually when they move jobs it's kind of a big deal. So they tend to start exploring what they're going to do pretty far back in advance. But, you know, job exploration is vastly different than getting an official job offer letter.

So for us, I think we don't know much about the military rules. Cooling-off period sounded like it only applies to a very small subset of the military admirals. So we just wanted to make sure we don't, by accident, trigger our cooling-off period early and then, as a result, our entire building of Business 2 from 2017 kind of stops with the Navy.

**Q.** And what was your understanding at that time of what a cooling-off period was?

**A.** So I think it was once they join -- in this case, the sequence should be they retire and then they join us, there's a two-year window where you can't do business with, in this case, because he's so senior, the Navy and the rest of the DoD, Department of Defense.

At that point, we would no longer be eligible for contracts and we would be pursuing, you know, Microsoft,

Google, JP Morgan Chase for our Business 2 contracts.

**Q.** It was your understanding that if he joined you, given his level, that for two years once he joined you that you wouldn't be able to do any work with the Navy?

**A.** Right. And the rest of the DoD because four-stars are restricted even more. At least this is what he told us.

**Q.** Just going back to the lunch, briefly.

**A.** Yes.

**Q.** Actually, not really the lunch but Ms. Cappelle, Dina Cappelle. Do you recall -- I want to show you Government Exhibit 53B.

**MR. BURCK:** And I'd like to go to Page 4.

**Q.** Now, Mr. Kim, you recall there was evidence in this trial about text messages between Admiral Burke and Denese Canedo, pretending to be Dina Cappelle?

**A.** Yes.

**Q.** And do you recall the date of the lunch was July 23rd, 2021?

Are you okay, Mr. Kim?

**A.** Yes. Sorry.

**MR. BURCK:** Your Honor, may we have a moment?

**THE COURT:** That's fine.

(Brief pause.)

**BY MR. BURCK:**

**Q.** Are you all right, Mr. Kim?

**A.**    This is so hard to read.

**Q.**    Mr. Kim, I'm going to direct you to Page 2 of this exhibit.  Do you recall that there was testimony from Agent Gardner about these texts?  The blue texts are from Ms. Canedo and the green texts are from Admiral Burke.  Do you recall that?  You have to answer.

**A.**    Sorry.  Yes.

**Q.**    And these texts are from the day after the lunch. Right?

**A.**    Yes.

**Q.**    Actually, let's go to Page 1.  The third text there.  The green text.  "Charlie sent me a note."

Underneath that, Ms. Canedo responds, "Really?"

And then Admiral Burke says, "They loved you."

Then Ms. Canedo responds, "Do tell."

Then the next text is from Ms. Canedo.  She says, "More, more details."  Right?

After that, the Admiral says, "Wanted to know what you thought."

Ms. Canedo responds, "Wow."  She says, "So they know, haha."  Right?  Is that what she writes?

**A.**    Yes.

**Q.**    The Admiral responds, "I told them you were impressed."

Then she responds, "Personal email or using

official email?"

"Using this WhatsApp."

Ms. Canedo responds, "Copy.  Did they say/ask anything else?"

And the Admiral says, "They might know.  Could certainly tell you mattered to me."

Mr. Kim, did you know that Dina Cappelle was Denese Canedo?

A.    No.

Q.    Did you know that Denese Canedo was having an affair with Admiral Burke?

A.    No.

Q.    Did you believe that Ms. Canedo was, in fact, who she said she was?

A.    She was not.

Q.    No, I'm asking, did you believe that she was who she said she was?

A.    Yes.

Q.    Did you believe she was who Admiral Burke said she was?

A.    Yes.

Q.    Did you believe that she was a senior official in the Navy from the under secretary's office?

A.    Sorry.

Q.    Please give an answer, Mr. Kim.

148

    A.    Yes.

          MR. BURCK:  Your Honor, I would ask if we could end now.

          THE COURT:  Yes.

          Folks, it's nearly 5:00.  Why don't we wrap up. Let's resume at 9:00 tomorrow, so a little earlier.  I've been talking with the parties and we are looking to get the case to you all as soon as possible.

          So, of course, please do not do your own research and do not discuss the case with anyone overnight.

          See you in the morning, folks.  Thank you.

     (Jury exited the courtroom.)

          THE COURT:  You may step down, sir.

     (Witness stepped down.)

          All right.  You all can have a seat.  Why don't we go back to jury instructions.

          Mr. Kelly, I think I cut you off.  You had been talking about goodwill gifts or I guess -- actually, am I correct in remembering defense is not actually seeking to have this draft but rather some sort of statement, and that the government is not proposing goodwill gifts?  Am I remembering where we left that, Mr. Brodsky?

          MR. BRODSKY:  That's right, Your Honor.  We understand -- as we understand the government's case, they're not alleging gratuity and gifts.  There has been

evidence in this case that the government has elicited in their case-in-chief relating to Next Jump policies on gifts and gratuities. There has been evidence that the government elicited about attending at academies and they also brought out the payment --

THE COURT: I understand.

Let me ask you, why don't you propose some specific language and then we'll know what we're discussing on that.

MR. BRODSKY: Thank you, Your Honor.

THE COURT: But I understand for today's purposes, anyway, you are no longer seeking the language in the prior submission.

MR. BRODSKY: That's right, Your Honor.

THE COURT: All right. So I'm looking now at the early-morning submission from the defense.

Mr. Kelly, I think we'd gone through mere association. Your argument is there that that's already encompassed in the conspiracy instructions. I don't think I've heard from you on the last few. First, do you agree that we should have law enforcement officer testimony?

MR. KELLY: Yes, Your Honor. We're fine with that one. In fact, I believe it was already in our proposal. It was given in Admiral Burke's trial.

We would just note that the defendant's proposal

slightly changed some of the language from Red Book instruction 2.207, which covers law enforcement officer testimony. So we would just ask that the Court stick to the Red Book language.

Actually, I'm looking now, and, in fact, again -- and I think this is true of several of the filings of the requests at 1:00 this morning -- this Red Book instruction was already in the parties' joint proposed instructions.

THE COURT: Yep.

MR. KELLY: We have no objection and would just ask to use the Red Book language.

THE COURT: So do you want to be heard on the good-faith instruction proposal and scope of the conspiracy proposal?

MR. KELLY: Yes, Your Honor. So we'll just note that these were proposed at 1:00 this morning. We're not sure why they weren't proposed weeks or months ago, but I guess that's beside the point.

I don't want to rehash all of our arguments as to the bribery instruction and what we believe the correct mens rea is for Section 201 bribery.

I will just note that, to our knowledge, no court has ever held or said that good faith is a defense to Section 201 bribery. If such a case existed, I think we're all quite certain the defendants would have found it.

The proposed 11th Circuit instruction that this morning Your Honor said you are at least currently inclined to give, having looked at that, it says, quote, "to act corruptly means to act knowingly and dishonestly for a wrongful purpose."

That's an accurate statement of the law. It's sufficient. This good-faith instruction they are requesting seems like something they certainly can argue in closings. There's been evidence. I mean, I think a lot of their defense is based off of this but we think that -- there's just no case law that says good faith is an affirmative defense to a bribery charge.

If Your Honor gives the 11th Circuit bribery instruction, that accurately informs the jurors of what the law is.

THE COURT: Are you comfortable with the 11th Circuit instruction?

MR. KELLY: Yes, Your Honor. I don't know that it's our favorite of all of these.

THE COURT: I'm sure it's not your favorite.

MR. KELLY: But it's an accurate statement of the law. It certainly falls, we believe, far short of what the defendants were proposing, which we think is a highly inaccurate statement of what the law is.

So, yes, I mean, if Your Honor is not

inclined -- we are still standing by our request that Your Honor give the same instruction that was given in Admiral Burke's trial. We think that was an accurate statement of the law there. We think it's an accurate statement of the law here.

But if Your Honor is not inclined to give the same instruction as in Admiral Burke's trial, yes, we would be fine with the 11th Circuit, but we absolutely do not think that a good-faith instruction is appropriate or lawful, frankly.

**THE COURT:** Okay. And then skip over to conspiracy.

**MR. KELLY:** Your Honor, this one is actually kind of confusing. They say that this is taken from Red Book's instruction 7.103. Your Honor, that's the *Pinkerton* charge instruction for co-conspirator liability.

The government didn't ask for a *Pinkerton* charge in this case. One wasn't given in Admiral Burke's trial and it doesn't seem like it would even apply here because the government is not alleging and we with have put on no evidence that either Mr. Kim or Ms. Messenger did anything unlawful, separate and apart from what their codefendant did that was unlawful. We're not proceeding on a vicarious liability theory here.

And, if anything, including this instruction -- I

understand they say this is adapted from 7.103.  7.103, if that was given, if anything, would allow the government to try to hold the defendants in this case liable for something that Admiral Burke did, separate and apart, that was also unlawful.

Their proposal that -- their scope of conspiracy proposal would essentially say that the defendants -- that things Admiral Burke did as part of the conspiracy cannot be attributed to the defendants, which actually turns a Pinkerton charge on its head.  7.103 is for vicarious liability.  It's not to actually exclude things that were done in furtherance of the conspiracy against the co-conspirators.

And, again, Your Honor, the standard conspiracy instruction that you used in Admiral Burke's trial and that we proposed here covers this already.  The defense's proposal is just going to confuse the jurors.

This is something the defendants can argue in closing and, frankly, we dispute that that language that they propose is in any way adapted from the Red Book instruction 7.103.  It appears to just be made up out of whole cloth, and, again, is something that they certainly can argue in closing consistent with the standard Red Book conspiracy instruction 7.102.

**THE COURT:**  Okay.  Thank you.

Mr. Brodsky, you wish to be heard?

**MR. BRODSKY:**  Yes, Your Honor.

**THE COURT:**  So on the law enforcement testimony, any reason why the Red Book instruction is not sufficient?

**MR. BRODSKY:**  No.  I think on law enforcement, Your Honor, the Red Book is sufficient.

**THE COURT:**  Okay.  So I will plan to give the Red Book instruction.

**MR. PERRY:**  Same for Mr. Kim.

**THE COURT:**  Thank you, Mr. Perry.

**MR. BRODSKY:**  I did want to respond on the good faith.

**THE COURT:**  Yeah, you want to start there?

**MR. BRODSKY:**  I know it was a 1 a.m. filing, so the government may have missed it.  We said that this was the instruction that Judge Oetken gave in the *Costanzo* and *Recio* case.  That is a federal bribery case.  That is exactly -- I mean, it is similar to the charges in this case.  Judge Oetken considered the government's submission and the defense submission in that case, and gave this instruction.

And this is absolutely critical to our case.  As Your Honor knows, we opened on good faith.  We intend to sum up on good faith.  We've talked about good faith from the start of the case to the end of the case, and it is a

complete defense if the jury believes that, or finds that, an accused person believes in good faith they were acting lawfully. Even if they're mistaken in that belief, that is a complete defense.

That is the law. The government, I don't think can dispute that's the law. So I do think the jury should be informed and instructed as to that portion of the law. Otherwise, they'll just think we're -- it's just another argument and it doesn't have -- it's not situated in the law, but it is.

THE COURT: Okay. Nope, keep going.

So I think the next one I have for you, then, is scope of conspiracy.

Is Mr. Kelly right that you just inverted the *Pinkerton*?

MR. BRODSKY: Well, it is an adaption of this.

THE COURT: [Laughter]. Exactly the same, just with "not."

MR. BRODSKY: It is an adaption but it seems to fit, just because I'll use what -- I remember this very clearly. When I was a federal prosecutor, and I've learned the lesson, Judge Rakoff used to say all the time, just because it hasn't been done before doesn't mean it shouldn't be done today. It doesn't mean it's not the right thing to do. This is how the law should operate.

In this particular case, under these facts, where we have an Admiral, an alleged co-conspirator, the government has alleged who's, I think, indisputably, I think, as we saw today, deceived the defendants, this is appropriate.

It's appropriate because -- the problem, as written, Your Honor, in all seriousness, as written right now in the instructions, the jury would say, if somebody was saying, well, the government has alleged that Admiral Burke's in the conspiracy. So at that Belga Cafe lunch, even though it's undisputed that the Admiral and Dina Cappelle were deceiving Ms. Messenger and Mr. Kim, those acts have to be in furtherance -- any act by the Admiral has to be in furtherance of the conspiracy. And that cannot be the case. It cannot be true.

**THE COURT:** But isn't it true all the time that you have co-conspirators who are lying to one another and maybe cheating one another but they are still in the conspiracy together? I mean, this is not -- I understand there are unique facts here but this general proposition that alleged co-criminals are not being all completely aboveboard to each other is hardly unusual.

**MR. BRODSKY:** About ancillary things, sure. If there were two alleged co-conspirators and one lied to the other that we're going to be shipping cocaine and it's not

cocaine, or we're going to be shipping sand and it turns out to be cocaine, I think that that would be an instruction the judge could give in that kind of case.

Here it goes to very fundamentally at that Belga Cafe, there is a very important material lie about a person who is vetting Mr. Kim and Ms. Messenger for the job, a senior official they believe at the Department of the Navy. That cannot be an act in furtherance.

The jury is going to be left to wonder, under the current instructions, without some clarity, is every act, even an act of deception like that, have to be in furtherance of the conspiracy?

**THE COURT:** Okay. And then, finally, are you comfortable with the 11th Circuit pattern jury instruction?

**MR. BRODSKY:** For which aspect, Your Honor?

**THE COURT:** For the bribery, bribing a public official.

**MR. BRODSKY:** That, I would turn to my colleague on.

**THE COURT:** All right.

**MR. BRODSKY:** Avi Perry.

**THE COURT:** All right. So Mr. Perry.

**MR. PERRY:** Thanks, Your Honor. Just to clarify, just -- the 11th Circuit pattern instruction just for the definition of "corruptly" or for the entire 201?

THE COURT:  201.  I would give this as the 201 instruction.

MR. PERRY:  I really focused on the corruptly part of it, Your Honor.  It will take me 20 seconds to read this.

So I will say, Your Honor, setting aside "corruptly," nothing jumps out at me now, but I do feel like we ought to consult with our client, rather than me giving you a reaction in 20 seconds.  And it's completely on me because I thought we were just talking about the corruptly piece of it.

THE COURT:  No.

MR. PERRY:  Clearly my mistake and I apologize.  Can we email chambers within the hour?

THE COURT:  That's fine.  Or, I mean, we're not settling on it tonight.

MR. PERRY:  Okay.  Thank you, Your Honor.

THE COURT:  You can let me know in the morning.

MR. PERRY:  Will do.  Apologies for the mistake.

THE COURT:  For your client, anything to add or subtract what Mr. Brodsky said as to the remaining proposals from earlier this morning?

MR. PERRY:  No, Your Honor.  Nothing different than what he said.  Thank you, Your Honor.

THE COURT:  All right.  Anything else we should be discussing tonight?

**MS. ROSS:**  Nothing from the government.  Thank you Your Honor.

**MR. PERRY:**  Just a housekeeping question.

**THE COURT:**  Yes.

**MR. PERRY:**  If Mr. Kim does finish tomorrow, we are done with cross and redirect.  If we were to rest our case would closings be on Tuesday morning?  Unless, of course, Ms. Messenger presents evidence?

**THE COURT:**  I mean, I'd be surprised if we'd get to closings, given that Mr. Rothstein is threatening to take all day tomorrow.

**MR. ROTHSTEIN:**  Your Honor, I promise I will be done at the end of the day, so long as he sticks to his end of the deal.

**MR. BURCK:**  I'm pretty sure I can, Your Honor.  I don't think my redirect will be that long.  It will be targeted.

**THE COURT:**  Let me say -- I don't know if I told you all of this.  I think -- well, you all know too, since you had attorneys here for the entire first round.  I do the bulk of my instructing before closing.  So unless things go much faster than you all are suggesting, optimistically, we can -- I could instruct tomorrow but I think I can confidently say we won't be closing tomorrow.

Can I have the attorneys approach?

(Bench conference.)

**THE COURT:**  I just have been noticing Juror No. 7 looks to me like she is somewhat inattentive, should I say. I don't think we need to decide anything right now but it occurs to me that it might make sense to move her to be an alternate and have Juror No. 1, who I think is our first alternate, fill her slot.  I'm not necessarily looking for a response from you all tonight but I just want to put that on your radar.

**MR. BRODSKY:**  Since we are at the sidebar, Your Honor, what I told the government was with respect to Ms. Messenger, I believe sitting here right now today she is not going to testify.  But I want to give her a chance -- I would tell them on Saturday at some point by 5 p.m. or so, so they wouldn't have to work all weekend if she were going to testify on Tuesday.

**THE COURT:**  Okay.  I appreciate that.  I will say, I mean, if things go fast tomorrow, I'm not necessarily planning to give another -- a weekend for her to decide.

**MR. BRODSKY:**  Understood.

**THE COURT:**  Depending on how things go, she would need to be ready to make a decision tomorrow.

**MR. BRODSKY:**  Thank you, Your Honor.

**MR. ROTHSTEIN:**  Your Honor, just one more thing. Obviously, I know this is a very difficult time for Mr. Kim.

When he was crying on the stand, I then saw a juror starting to cry.  I'm just a little concerned if this continues --

**MR. BURCK:**  I don't know why he cried.

**MR. BRODSKY:**  I actually do.  I'll tell you why he cried because I know.  I know.

He felt -- because he's expressed this --

**MR. BURCK:**  No.  No.  No.  Don't go into it.

**MR. BRODSKY:**  Anyway, I know why he cried.  It's a legitimate reason.

**MR. BURCK:**  Your Honor, I will talk to him and tell him that you've got to hold it together a little better.  I will try to make sure he's not being --

**THE COURT:**  Yeah.  I don't know if you think I should have done something.

**MR. ROTHSTEIN:**  No, Your Honor, I don't.  I just want to know, every Court has their own practice.  I didn't know whether or not to say something or not.  So it's also on me.  I didn't actually think anybody would have a -- a juror would have a reaction.  But Mr. Burck is such a good attorney --

**MR. BURCK:**  So good that my direct was so terrible.

**MR. ROTHSTEIN:**  Yeah.  I just want to be on par for tomorrow, given that he's likely to be on the stand for a period of time.

162

MR. BURCK:  I will talk with him, Your Honor.

THE COURT:  Do you think I should be taking a break with the witness?

MR. ROTHSTEIN:  I think if he has an extended sort of -- not just a moment of getting caught up but if he actually starts tearing up that we should give him a moment.

THE COURT:  I can't say I have a lot of experience with this.

MR. ROTHSTEIN:  That's how good Mr. Burck is.

MR. BURCK:  I've never had a client cry on the stand before, Your Honor.  For the record.

MR. ROTHSTEIN:  You may want to do it again.

[Laughter]

THE COURT:  Thanks, folks.

    (Bench conference concluded.)

THE COURT:  All right.  See you all at 9 a.m. tomorrow.  Thanks.

MR. PERRY:  Have a good night, Your Honor.

    (Proceedings concluded at 5:14 p.m.)

# C E R T I F I C A T E

I, **Lorraine T. Herman, Official Court Reporter,** certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

August 28, 2025             /s/ Lorraine T. Herman
**DATE**                                **REPORTED BY**

164

**BY MR. BURCK: [21]**
8/19 11/1 15/23 20/15
21/10 24/25 76/3 81/9
91/5 91/19 95/2 99/4
102/15 112/5 118/4
125/23 129/22 135/18
139/17 142/11 145/24
**BY THE COURT: [1]**
127/22
**DEPUTY CLERK: [2]**
8/7 8/10
**JUROR: [2]** 21/6 61/3
**MR. BRODSKY: [31]**
4/14 4/20 5/9 5/13 6/14
6/18 6/21 7/22 111/11
117/8 128/16 129/6
129/9 148/23 149/10
149/14 154/2 154/5
154/11 154/14 155/16
155/19 156/23 157/15
157/18 157/21 160/10
160/20 160/23 161/4
161/8
**MR. BURCK: [112]** 4/3
8/17 9/16 9/23 10/3
10/5 10/9 10/15 10/24
13/8 14/22 15/14 20/14
24/15 24/19 24/24
33/17 33/25 34/3 34/8
34/15 34/18 34/22 39/8
40/4 42/1 43/15 44/4
44/23 47/24 57/25
64/10 75/24 80/6 80/11
80/13 80/15 80/21 81/1
81/8 81/12 83/11 88/6
88/11 88/15 89/2 89/4
90/25 91/4 91/13 91/18
94/20 94/22 98/22 99/3
100/9 100/16 102/6
102/10 102/14 102/25
103/14 104/22 105/1
106/11 108/11 108/15
108/18 108/22 110/7
110/10 110/16 110/19
111/2 111/9 111/13
111/20 111/25 112/4
113/2 115/23 116/4
116/16 116/22 117/3
117/14 117/23 127/25
128/5 128/12 128/17
128/20 128/25 137/20
138/1 138/3 138/7
138/15 138/22 139/5

139/11 139/16 145/12
145/21 148/2 159/15
161/3 161/7 161/10
161/21 162/1 162/10
**MR. KELLY: [13]** 4/17
5/3 5/16 5/25 6/4 6/7
6/25 149/22 150/10
150/15 151/18 151/21
152/13
**MR. PERRY: [10]**
154/9 157/23 158/3
158/12 158/16 158/18
158/22 159/3 159/5
162/18
**MR. ROTHSTEIN: [49]**
4/11 9/24 10/13 10/16
10/20 15/12 20/12
24/20 34/1 74/25 75/23
80/25 88/3 88/20 89/3
89/22 98/24 100/12
101/25 102/3 108/9
108/12 108/17 108/19
110/9 110/23 111/7
116/12 116/24 118/1
125/21 127/21 128/8
128/15 129/13 135/16
137/22 138/12 138/19
138/24 139/2 142/9
159/12 160/24 161/15
161/23 162/4 162/9
162/12
**MS. ROSS: [4]** 90/6
90/14 111/18 159/1
**THE COURT: [140]** 4/5
4/7 4/9 4/13 4/16 4/18
5/2 5/11 5/14 5/24 6/1
6/6 6/13 6/15 6/19 6/22
7/20 8/4 8/8 8/12 9/25
10/2 10/4 10/7 10/18
10/21 15/16 20/13
24/21 34/2 34/5 34/7
34/14 34/17 34/19
34/21 75/2 76/1 80/5
80/7 80/10 80/14 80/20
80/23 81/3 88/4 88/7
88/9 88/14 88/18 89/18
90/5 90/12 90/21 91/2
91/15 94/23 98/25
100/13 102/1 102/9
102/12 108/20 110/12
110/14 110/18 111/15
111/21 111/23 112/3
116/13 116/15 116/21
116/23 117/2 117/20

117/24 118/3 125/22
127/24 128/4 128/18
128/23 129/4 129/8
129/11 129/15 129/17
135/17 137/23 137/25
138/2 138/4 138/11
138/23 139/1 139/4
139/9 139/13 142/10
145/22 148/4 148/13
149/6 149/11 149/15
150/9 150/12 151/16
151/20 152/11 153/25
154/3 154/7 154/10
154/13 155/11 155/17
156/16 157/13 157/16
157/20 157/22 158/1
158/11 158/14 158/17
158/19 158/24 159/4
159/9 159/18 160/2
160/17 160/21 161/13
162/2 162/7 162/14
162/16
**THE WITNESS: [5]**
8/16 15/17 21/7 61/4
75/3

**$**

**$10 [13]** 14/4 14/13
14/19 14/24 15/4 18/6
19/21 20/22 23/14 25/6
26/25 36/1 97/2
**$10 million [12]** 14/4
14/19 14/24 15/4 18/6
19/21 20/22 23/14 25/6
26/25 36/1 97/2
**$100 [3]** 12/12 97/2
97/6
**$100 million [2]** 97/2
97/6
**$2 [2]** 16/15 18/3
**$2 million [2]** 16/15
18/3
**$20 [1]** 13/3
**$20 million [1]** 13/3
**$500,000 [1]** 134/25

**'**

**'Cause [3]** 52/6 73/2
79/10
**'cooling [1]** 97/7
**'cooling-off [1]** 97/7
**'trust' [1]** 26/7

**-**

**-- because [1]** 78/24

**-- did [1]** 76/13
**-- to [1]** 21/8
**-- what [1]** 74/23
**-- with [1]** 51/22

**/**

**/s [1]** 163/9

**1**

**1 a.m [3]** 4/21 5/9
154/14
**10 [4]** 12/19 13/3 27/15
28/10
**10 a.m [1]** 82/5
**10 days [1]** 103/10
**10 million [3]** 21/24
113/16 121/3
**100 [1]** 78/3
**100 million [1]** 113/17
**100-million [1]** 121/4
**10166 [1]** 1/22
**104 [1]** 110/8
**10:00 [2]** 67/14 68/11
**10:15 p.m [1]** 112/24
**10:45 [1]** 67/14
**11 [2]** 46/13 74/16
**11th [5]** 151/1 151/13
152/8 157/14 157/24
**11th Circuit [1]** 151/17
**12 [1]** 47/25
**12-plus [1]** 30/23
**12th [1]** 48/3
**13 [2]** 50/9 124/17
**1300 [1]** 1/18
**133 [3]** 9/17 10/21
10/23
**14 [3]** 50/9 92/2 92/4
**14th [1]** 126/4
**15 [4]** 50/9 50/18 50/24
103/16
**15 minutes [1]** 83/18
**15 months [1]** 65/12
**15-minute [1]** 80/8
**155C [1]** 85/13
**158 [1]** 28/14
**15th [1]** 54/1
**16 [1]** 105/3
**17 months [3]** 87/13
104/8 113/17
**170 [1]** 44/5
**174 [4]** 98/23 98/25
99/2 99/5
**19 [2]** 14/3 103/3
**1:00 [2]** 150/7 150/16

165

## 1

**1:24-577 [1]** 1/3
**1:33 [1]** 1/6
**1st [1]** 33/20

## 2

**2 p.m [1]** 105/14
**2.207 [1]** 150/2
**2.404 [1]** 6/10
**20 -- from [1]** 54/10
**20 million [1]** 12/19
**20 seconds [2]** 158/4 158/8
**20,000 [1]** 119/3
**200 [1]** 1/21
**200-plus [1]** 47/19
**20001 [1]** 2/4
**20005 [1]** 1/19
**201 [5]** 150/21 150/24 157/25 158/1 158/1
**2017 [3]** 76/17 109/11 144/15
**2018 [13]** 8/24 9/9 9/21 11/5 13/12 15/19 15/20 18/10 18/22 20/20 20/24 26/22 48/19
**2019 [31]** 15/21 20/9 20/16 21/1 21/15 24/17 25/4 25/11 29/20 30/16 33/20 34/25 35/24 39/11 39/11 40/6 43/16 44/6 46/15 48/3 50/6 50/24 54/2 54/10 59/5 65/10 65/11 69/20 87/15 127/13 131/19
**2020 [8]** 55/10 57/6 57/13 59/10 60/25 91/21 91/23 95/5
**2021 [30]** 60/17 60/25 61/14 62/12 65/9 65/21 65/24 66/12 69/21 81/17 82/3 82/6 92/6 94/4 95/8 99/8 100/25 103/3 103/16 105/3 112/7 112/23 113/5 116/7 119/23 120/11 122/1 122/21 124/17 145/18
**2022 [2]** 141/3 141/11
**2025 [2]** 1/5 163/9
**20530 [1]** 1/14
**20th [11]** 24/17 25/4 25/11 106/20 112/9 112/23 115/7 118/6

**116/20 116/21 119/14** 50 [4] 88/11 94/21
**21 [3]** 85/18 85/23 113/5
**21st [1]** 112/6
**23rd [8]** 57/6 57/13 122/20 123/4 124/24 126/15 139/20 145/18
**24 [1]** 57/4
**27 [1]** 61/13
**28 [3]** 1/5 47/16 163/9
**29 [1]** 101/6
**2:15 [1]** 113/5
**2:26 a.m [1]** 82/2

## 3

**3 a.m [1]** 5/4
**30 [4]** 24/15 24/21 24/23 81/11
**30 billion [1]** 47/17
**30 minutes [1]** 74/9
**30 percent [2]** 17/17 17/20
**30-plus [1]** 72/1
**30-something [1]** 36/21
**30th [4]** 9/21 11/5 15/18 116/7
**326 [1]** 13/8
**333 [1]** 2/3
**335 [1]** 105/15
**340 [1]** 119/2
**340,000 [1]** 27/4
**35 [1]** 103/2
**38A [2]** 112/1 112/1
**39 [1]** 105/15
**3:12 p.m [1]** 80/12
**3:25 [1]** 80/8
**3:26 p.m [1]** 80/12
**3:32 p.m [1]** 42/22

## 4

**4/8/21 [2]** 85/18 85/23
**40 [1]** 33/18
**42 [1]** 39/9
**43 [1]** 42/2
**45 minutes [1]** 67/11
**45-minute [3]** 74/9 74/13 75/4
**47 [1]** 123/19
**49 [1]** 66/1
**4:46 p.m [1]** 95/10
**4th [1]** 40/5

## 5

**5 p.m [1]** 160/14

**50 [4]** 88/11 94/21 94/23 95/1
**50 million [1]** 118/22
**51 [4]** 88/15 91/14 91/15 91/17
**52 [3]** 100/11 100/13 100/15
**53 [1]** 101/23
**53B [1]** 145/11
**577 [1]** 1/3
**59 [1]** 116/4
**5:00 [1]** 148/5
**5:14 p.m [1]** 162/19
**5th [3]** 39/11 39/11 64/16

## 6

**601 [1]** 1/14
**63 [3]** 137/21 139/13 139/15
**63 minutes [1]** 74/18
**65 [1]** 95/23
**65 minutes [1]** 74/18
**650,000 [1]** 119/2
**6521 [1]** 2/3
**6:26 [1]** 81/22
**6th [2]** 13/12 29/25

## 7

**7 hours [1]** 105/14
**7.102 [2]** 7/4 153/24
**7.103 [5]** 152/15 153/1 153/1 153/10 153/21
**70 percent [1]** 17/21
**7933 [1]** 105/15
**7:30/9 [1]** 103/20
**7:52 a.m [1]** 100/25
**7th [2]** 42/11 42/22

## 8

**80 percent [1]** 127/5
**825 [1]** 105/15
**8th [23]** 44/6 46/15 51/5 65/11 65/24 66/9 66/25 69/7 79/20 80/3 81/17 82/3 82/5 83/8 85/16 87/15 94/4 98/7 104/6 104/10 104/11 120/11 131/19

## 9

**9 a.m [1]** 162/16
**9 p.m [1]** 105/13
**90-minute [1]** 103/21
**900 [1]** 1/18

**9:00 [1]** 148/6
**9:24 a.m [1]** 95/4
**9:46 p.m [1]** 42/11
**9th [6]** 27/17 61/14 92/6 95/7 99/8 100/25

## A

**a.m [9]** 4/21 5/4 5/9 82/2 82/5 95/4 100/25 154/14 162/16
**able [11]** 32/23 41/8 80/17 82/20 82/22 83/22 96/9 109/7 109/16 137/18 145/4
**about [115]** 4/24 5/15 5/16 5/23 6/2 7/8 8/23 13/14 16/3 18/2 18/21 22/23 23/22 25/17 26/1 26/17 26/20 27/14 27/15 28/9 28/12 34/10 34/25 38/15 41/18 50/6 52/25 55/7 62/10 64/5 65/13 65/15 67/21 68/5 71/2 72/5 72/7 72/25 73/19 75/13 76/14 76/15 77/5 77/20 80/1 80/3 81/25 82/24 83/3 83/13 83/19 84/1 89/5 89/10 90/1 91/7 93/8 102/23 105/4 106/1 107/10 107/15 107/23 108/2 109/25 110/21 110/22 111/5 111/6 111/16 114/19 115/3 118/5 118/25 119/9 120/22 121/16 121/18 125/2 126/23 127/7 127/7 127/14 129/2 131/21 132/15 132/20 132/21 133/8 133/9 133/12 133/17 133/20 135/1 135/6 135/24 136/25 137/3 137/9 137/10 137/14 140/11 141/18 142/3 143/3 143/23 144/10 145/14 146/4 148/18 149/4 154/24 156/23 157/5 158/9
**about -- the [1]** 111/5
**above [6]** 14/8 82/21 86/3 125/6 138/13 163/5
**above-entitled [1]**

**A**

**above-entitled... [1]** 163/5

**aboveboard [1]** 156/22

**abruptly [1]** 31/21

**absolutely [2]** 152/8 154/22

**academies [1]** 149/4

**access [2]** 41/4 124/12

**accident [1]** 144/13

**accomplish [1]** 70/17

**according [2]** 67/9 88/20

**account [7]** 29/4 29/6 29/12 62/2 62/5 118/14 125/25

**accurate [11]** 70/7 94/3 94/17 98/6 98/12 118/14 124/15 151/6 151/21 152/3 152/4

**accurately [3]** 87/22 119/17 151/14

**accused [1]** 155/2

**acronyms [1]** 49/8

**across [6]** 28/1 51/11 52/10 113/10 114/1 127/10

**act [6]** 151/3 151/4 156/13 157/8 157/10 157/11

**acted [3]** 49/1 49/6 89/16

**acting [2]** 82/22 155/2

**Action [1]** 1/3

**actions [1]** 47/7

**actor [1]** 7/25

**acts [1]** 156/13

**actual [6]** 16/25 20/17 54/15 69/6 71/17 120/8

**actually [54]** 4/20 12/15 12/22 18/14 20/20 21/18 22/11 23/17 23/25 28/22 29/15 30/7 37/15 38/8 40/4 46/14 66/24 77/18 82/15 88/25 90/2 95/18 103/14 108/10 112/9 116/25 117/14 117/16 124/14 125/6 126/2 128/9 128/22 130/11 135/22 136/2 136/10 136/13 139/18 141/16 142/5 143/13 143/17

143/9 146/11 148/18 148/19 150/5 152/13 153/9 153/11 161/4 161/18 162/6

**adapted [2]** 153/1 153/20

**adaption [2]** 155/16 155/19

**add [3]** 125/14 125/15 158/19

**added [1]** 21/9

**addition [1]** 6/20

**Additionally [1]** 96/23

**address [4]** 32/4 62/7 62/7 124/3

**addresses [1]** 104/13

**adjust [1]** 19/17

**admiral [227]**

**Admiral Burke [167]**

**Admiral Burke -- I [1]** 37/20

**Admiral Burke's [19]** 8/24 19/3 24/3 29/19 44/12 47/6 53/24 72/3 122/10 124/7 131/15 135/22 135/25 149/24 152/3 152/7 152/18 153/15 156/10

**admirals [5]** 35/14 37/16 73/24 86/18 144/12

**admitted [20]** 3/9 3/9 3/10 3/10 3/11 3/11 3/12 10/23 24/23 28/13 46/12 50/17 81/11 85/12 91/17 95/1 99/2 100/15 111/19 139/15

**admitting [1]** 91/15

**adopted [1]** 7/23

**adoption [1]** 31/3

**advance [2]** 11/14 144/8

**advantage [2]** 11/14 30/24

**advice [3]** 32/2 59/2 98/19

**advised [1]** 51/15

**advisers [1]** 99/14

**advisors [3]** 87/20 98/20 100/7

**advocate [1]** 142/20

**affair [2]** 135/15 147/11

**affect [2]** 10/14 10/15

**affirmative [1]** 151/17

**Africa [9]** 60/24 62/13 64/6 67/24 68/9 96/13 101/5 119/4 120/7

**after [41]** 13/14 14/2 15/8 18/15 18/18 25/6 26/6 36/1 37/14 37/15 38/5 44/6 45/14 48/3 50/1 51/1 56/15 57/8 58/13 60/12 65/9 67/8 71/3 76/11 82/16 83/21 84/18 86/18 86/21 92/8 93/19 95/24 103/10 104/9 105/4 109/12 115/19 126/5 127/20 146/8 146/18

**after -- so [1]** 83/21

**afternoon [4]** 1/7 8/20 8/21 14/11

**afterwards [7]** 9/13 37/14 75/11 117/22 123/11 126/11 137/17

**again [27]** 5/4 6/23 7/1 7/6 11/8 20/3 25/2 28/15 32/25 48/6 54/21 59/4 59/17 62/2 68/8 73/11 108/13 117/22 122/8 124/11 135/4 138/9 138/15 150/5 153/14 153/22 162/12

**against [1]** 153/12

**agent [3]** 81/25 136/21 146/4

**Agent Gardner [2]** 81/25 146/4

**aggressively [3]** 41/10 97/3 114/7

**ago [3]** 30/9 78/1 150/17

**agree [4]** 6/13 6/15 138/6 149/20

**agreeing [2]** 4/25 7/24

**agreement [3]** 7/12 7/15 7/18

**agrees [1]** 11/15

**ahead [10]** 18/17 43/5 45/7 45/14 53/14 69/10 73/22 104/9 113/17 121/4

**aide [1]** 62/18

**aided [1]** 2/7

**aides [3]** 62/17 122/10 130/4

**Air [1]** 96/25

**alive [1]** 21/8

**all [132]** 4/7 4/18 4/24 7/24 8/4 8/12 8/13 9/25 10/4 10/21 11/16 12/12 12/12 17/25 19/24 20/10 21/20 21/24 22/22 23/20 25/25 26/23 26/24 26/25 27/3 30/22 31/23 32/21 34/2 34/5 34/21 35/1 36/6 38/24 45/14 50/6 50/15 52/13 53/14 53/20 55/15 55/18 55/18 56/3 56/6 60/23 61/6 61/12 62/17 63/5 65/15 69/17 70/1 70/5 73/7 74/6 78/3 78/11 79/2 80/7 80/10 81/3 81/4 86/17 88/7 90/5 91/2 91/25 92/19 95/19 95/20 96/25 101/16 102/1 102/12 107/5 107/19 108/20 109/23 110/2 110/5 110/20 111/23 113/10 113/14 113/18 113/23 115/10 115/13 115/16 116/13 118/3 119/6 119/7 127/2 129/17 132/17 133/2 135/4 136/5 137/8 138/14 139/13 140/1 140/14 141/21 142/2 142/18 142/22 145/25 148/8 148/15 148/15 149/15 150/19 150/25 151/19 155/22 156/7 156/16 156/21 157/20 157/22 158/24 159/11 159/19 159/19 159/22 160/8 160/15 162/16 162/16

**all-Navy [15]** 21/20 21/24 23/20 26/23 26/24 26/25 27/3 35/1 36/6 45/14 50/6 61/6 65/15 107/5 110/2

**all-sailor [1]** 113/18

**allegation [1]** 4/22

**alleged [5]** 156/2 156/3 156/9 156/21 156/24

**alleging [5]** 4/22 5/1 5/20 148/25 152/20

**allotted [2]** 74/12

## A

**allotted... [1]** 74/13
**allow [2]** 90/10 153/2
**allowed [2]** 77/7 77/16
**allows [2]** 23/10 90/2
**almost [10]** 52/21
69/15 77/14 78/25 79/1
85/10 108/4 115/2
136/21 140/17
**alone [2]** 8/2 45/17
**along [1]** 8/25
**already [19]** 6/8 6/10
7/2 7/11 13/9 28/13
42/2 47/25 65/25 74/2
83/3 90/22 112/2 133/6
139/19 149/18 149/23
150/8 153/16
**also [31]** 6/16 17/12
27/14 28/8 34/13 40/16
48/2 62/14 67/23 70/7
81/15 88/15 101/6
101/9 101/15 102/17
103/24 105/18 105/18
114/19 115/21 119/14
131/21 138/23 138/24
140/5 141/3 143/2
149/4 153/4 161/17
**alternate [2]** 160/6
160/7
**always [15]** 12/11 27/5
29/16 32/14 70/9 73/20
73/21 85/11 106/10
108/4 115/21 125/15
142/17 143/1 143/4
**am [12]** 10/4 60/1
81/10 82/13 88/25
91/15 109/17 117/24
136/13 139/9 148/18
148/21
**amazing [4]** 77/19
79/11 109/19 115/20
**Amazon [5]** 78/17
78/18 134/13 134/14
134/20
**ambassador [18]** 24/3
76/23 76/25 77/6 77/12
77/13 77/18 77/23
77/24 78/22 83/13
83/22 86/13 93/23
97/13 101/9 107/23
108/2
**ambassador/custodia
n [1]** 97/13
**ambassador/custodia
n...to [1]** 93/23

**AMERICA [1]** 1/2
**Amy [1]** 66/18
**ancillary [1]** 156/23
**announced [2]** 30/9
30/16
**another [12]** 4/9 30/10
55/13 101/24 107/9
113/1 117/6 123/16
155/8 156/17 156/18
160/19
**another -- a [1]** 160/19
**answer [4]** 129/14
129/20 146/6 147/25
**answered [1]** 75/1
**answering [1]** 133/20
**anxiety [1]** 31/23
**anxious [1]** 104/10
**any [46]** 4/19 4/22 5/21
17/24 22/5 22/20 23/13
23/15 23/21 45/12
45/21 46/4 50/6 56/4
56/25 57/21 58/4 58/17
59/2 60/10 61/10 65/3
67/5 74/20 84/6 98/1
102/22 102/22 102/23
103/19 105/14 107/22
108/3 115/6 125/24
126/20 132/15 136/9
136/12 137/2 137/6
137/9 145/4 153/20
154/4 156/13
**anybody [1]** 161/18
**anyone [12]** 16/2 20/6
23/14 25/15 39/6 61/1
65/15 72/17 87/17
121/11 121/19 148/10
**anything [27]** 16/2
22/18 26/6 29/17 55/2
56/1 65/14 68/23 72/19
73/12 73/22 76/13
83/19 120/18 120/19
120/21 126/23 135/24
142/13 143/23 147/4
152/21 152/25 153/2
158/19 158/24 160/4
**anyway [2]** 149/12
161/8
**anywhere [3]** 115/3
134/20 143/8
**apart [3]** 55/22 152/22
153/4
**apologies [3]** 106/16
106/17 158/18
**apologize [2]** 74/17

**app [2]** 23/6 23/10
**APPEARANCES [1]**
1/10
**appears [2]** 116/25
153/21
**appetite [2]** 51/11 52/9
**applies [1]** 144/12
**apply [2]** 107/20
152/19
**appreciate [2]** 51/10
160/17
**approach [10]** 4/7 9/25
34/5 44/17 88/7 102/1
116/13 127/22 137/23
159/25
**appropriate [4]** 5/22
152/9 156/5 156/6
**approve [2]** 25/24
25/25
**approved [1]** 97/6
**approving [2]** 19/3
19/4
**apps [1]** 53/12
**April [37]** 65/24 66/9
66/25 79/20 80/3 81/17
82/3 82/5 83/8 85/16
92/6 94/4 95/7 98/7
99/8 100/25 103/3
103/16 104/6 104/10
104/11 105/3 106/20
112/6 112/9 112/23
113/5 115/7 116/7
118/6 118/20 118/21
119/14 119/23 120/11
120/24 121/18
**April 15 [1]** 103/16
**April 16 [1]** 105/3
**April 19 [1]** 103/3
**April 20th [7]** 106/20
112/9 112/23 118/6
118/20 118/21 119/14
**April 21 [1]** 113/5
**April 21st [1]** 112/6
**April 30th [1]** 116/7
**April 8th [15]** 65/24
66/9 66/25 80/3 81/17
82/3 82/5 83/8 85/16
94/4 98/7 104/6 104/10
104/11 120/11
**April 9th [4]** 92/6 95/7
99/8 100/25
**Arabic [1]** 136/19
**are [79]** 4/10 4/20 5/11

158/12 8/15
11/16 27/13 30/20 31/4
36/22 38/22 40/18
43/16 49/8 50/14 50/14
52/8 53/20 56/6 60/15
61/21 64/1 65/6 66/16
74/4 76/8 77/1 79/6
81/6 83/23 84/12 84/20
85/7 85/8 85/10 85/16
88/4 89/11 90/1 90/6
93/21 95/17 95/19
95/20 96/23 109/22
121/8 124/23 125/7
125/7 126/4 130/8
134/5 138/18 139/7
143/8 143/17 145/6
145/19 145/25 146/4
146/5 146/8 148/7
149/12 151/2 151/7
151/16 152/1 156/17
156/18 156/20 156/21
157/13 159/6 159/22
160/10
**area [1]** 124/24
**aren't [3]** 5/20 97/15
101/11
**argue [3]** 151/8 153/18
153/23
**arguing [3]** 5/17 5/18
5/20
**argument [2]** 149/18
155/9
**arguments [1]** 150/19
**Army [1]** 84/14
**around [18]** 12/12
17/17 25/7 26/21 51/5
68/11 69/16 70/1 70/5
84/14 86/19 97/16
97/17 107/25 112/10
113/17 119/3 126/25
**arrived [1]** 131/10
**as [159]** 7/6 8/24 11/2
11/15 11/23 14/3 14/12
16/6 16/6 16/10 16/20
16/21 17/2 17/3 17/10
17/13 17/14 17/23
17/23 18/22 19/9 19/17
20/1 20/1 22/20 24/5
24/6 26/3 28/14 29/11
30/21 30/25 31/25 32/1
32/4 32/13 32/15 36/2
36/10 36/24 37/4 37/19
39/9 40/25 42/2 44/5
45/7 45/7 45/7 45/9

**A**

**as... [109]** 45/9 45/21 46/4 46/13 47/17 48/24 49/6 49/18 49/19 50/18 51/7 51/13 52/19 53/15 54/5 55/10 57/3 57/19 57/19 61/13 62/11 62/12 62/20 62/20 64/1 64/9 66/1 70/23 70/23 71/7 71/21 73/6 75/5 78/18 78/18 81/11 82/10 82/10 84/5 84/13 84/16 85/7 85/10 85/13 85/13 86/12 87/6 87/6 87/21 89/11 89/18 89/19 93/22 94/13 97/13 97/13 97/15 97/15 98/12 99/10 99/24 100/10 101/10 101/10 101/11 101/11 101/12 103/1 103/8 107/18 108/3 108/13 109/11 109/11 110/25 117/13 118/23 118/24 119/10 120/12 124/4 125/16 127/19 131/8 132/2 132/21 133/25 134/7 141/5 142/23 142/23 142/25 142/25 143/15 144/14 148/8 148/8 148/24 150/19 152/7 153/8 154/22 155/7 156/4 156/6 156/7 158/1 158/20 159/13
**ASAP [1]** 140/17
**aside [2]** 45/12 158/5
**ask [21]** 4/23 21/11 25/13 34/13 34/15 55/5 59/2 67/9 68/10 80/8 86/21 100/17 111/16 117/3 118/13 147/3 148/2 149/7 150/3 150/11 152/17
**asked [19]** 16/7 21/14 23/5 28/5 38/11 70/14 74/25 79/8 79/12 83/22 86/14 94/12 96/20 97/12 101/9 108/1 120/14 135/6 136/6
**asking [13]** 5/6 8/23 41/1 52/7 58/17 85/21 95/21 95/22 96/3 104/24 114/12 125/19

**asks [1]** 93/18
**aspect [1]** 157/15
**assessment [1]** 52/5
**assistant [11]** 28/21 28/24 29/8 44/11 44/13 45/2 46/24 46/25 60/18 62/18 64/18
**assistants [3]** 45/4 62/17 130/4
**associated [1]** 7/25
**association [4]** 6/22 7/8 8/2 149/18
**assume [2]** 47/13 73/9
**assumed [2]** 130/17 132/4
**assuming [2]** 55/24 99/12
**assumption [1]** 56/5
**assured [2]** 56/21 114/22
**attached [2]** 51/8 52/5
**attempt [2]** 30/25 118/14
**attend [1]** 122/17
**attended [1]** 67/2
**attendee [2]** 66/21 67/2
**attendees [2]** 66/16 74/6
**attending [2]** 66/24 149/4
**attorney [1]** 161/20
**attorneys [2]** 159/20 159/25
**attract [1]** 143/18
**attributed [1]** 153/9
**auction [1]** 109/12
**audience [1]** 123/7
**August [8]** 1/5 9/8 9/21 11/5 18/9 30/16 48/19 163/9
**August 30th [2]** 9/21 11/5
**authority [1]** 89/20
**available [2]** 40/19 41/2
**Avenue [2]** 1/21 2/3
**average [1]** 78/9
**Avi [2]** 1/16 157/21
**aviation [1]** 52/13
**avoids [2]** 105/19 106/8
**aware [3]** 17/23 79/24

147/16 135/29 95/18 37/22

**awareness [2]** 52/4 52/6
**away [3]** 97/6 100/9 114/11
**awe [1]** 108/25
**AWS [1]** 134/17

**B**

**back [35]** 8/12 12/16 27/22 27/23 30/5 37/16 37/17 45/18 45/20 54/18 56/13 56/23 60/4 60/16 73/11 80/8 81/3 82/23 104/23 109/11 120/5 121/4 121/9 126/15 128/9 132/24 133/4 134/13 138/6 138/8 139/10 140/12 144/7 145/7 148/16
**background [3]** 34/3 34/7 36/5
**backing [1]** 44/16
**backlog [1]** 31/24
**backwards [1]** 30/13
**bad [3]** 7/25 29/16 125/15
**Baez [1]** 66/17
**baked [1]** 87/3
**balance [2]** 51/14 52/17
**Bankruptcy [1]** 2/2
**banquet [1]** 123/13
**banquet-style [1]** 123/13
**Barbara [7]** 63/21 63/23 63/24 64/7 65/5 136/1 136/7
**Barry [1]** 14/11
**based [7]** 29/22 67/12 90/15 107/13 121/5 121/6 151/10
**bases [2]** 119/6 120/8
**basically [4]** 34/9 47/22 84/13 130/22
**basis [1]** 34/2
**Bcc [1]** 95/15
**be [148]** 7/8 10/22 13/3 14/14 14/24 15/4 17/19 23/12 24/2 24/13 24/21 25/7 25/9 25/15 26/15 27/25 28/23 30/9 31/1 31/25 32/23 32/23 33/12 34/11 35/16

38/1 38/4 41/5 43/21 44/1 45/6 45/17 45/25 46/2 46/5 47/9 48/13 52/19 53/16 53/19 53/24 54/20 56/6 60/9 68/8 75/17 76/18 76/22 76/23 76/25 77/6 77/7 77/15 77/19 78/21 79/18 80/8 80/17 80/21 81/12 82/17 82/22 83/3 83/24 84/10 84/18 87/7 90/15 91/16 93/18 93/23 93/25 94/23 97/12 97/14 97/17 99/1 100/13 101/9 105/12 109/7 109/9 109/16 110/10 111/12 112/2 114/12 116/2 116/18 116/25 118/23 119/5 119/10 120/8 122/16 122/22 125/19 130/19 131/4 131/7 133/10 133/10 134/22 134/24 136/16 137/1 139/14 141/18 142/19 143/13 143/14 144/20 144/24 144/25 145/4 145/15 150/12 152/7 153/8 153/21 154/1 155/7 155/24 156/13 156/14 156/14 156/15 156/25 157/1 157/2 157/2 157/8 157/9 157/11 158/24 159/7 159/9 159/12 159/16 159/16 159/24 160/5 160/22 161/23 161/24 162/2
**be -- whoever [1]** 75/17
**became [8]** 28/23 28/24 31/17 31/17 32/17 49/14 58/12 60/24
**because [64]** 4/23 7/13 7/24 19/23 20/20 21/17 31/11 31/14 38/5 43/22 50/15 54/15 55/6 55/8 58/23 60/21 64/5 72/21 73/8 74/3 74/15 76/8 77/1 77/8 78/24 79/3 79/9 79/13 80/17 82/19 83/23 85/4 85/18 85/23 92/1 96/17 99/13 104/7 106/5 107/2

**B**

**because... [24]** 114/24 117/15 121/5 124/11 125/15 126/17 128/6 128/25 133/24 134/2 134/5 134/6 134/14 139/6 141/16 144/22 145/5 152/19 155/20 155/23 156/6 158/9 161/5 161/6

**because -- the [1]** 156/6

**become [1]** 26/1
**bedroom [2]** 64/6 64/6
**been [33]** 5/9 41/8 42/2 46/12 49/12 50/17 55/23 60/2 60/20 64/16 64/17 65/25 69/15 76/16 81/10 82/20 85/12 90/11 90/20 92/14 97/3 104/8 105/23 107/1 126/2 135/8 148/7 148/17 148/25 149/3 151/9 155/23 160/2

**been -- I [1]** 60/20
**before [42]** 1/9 8/22 11/8 14/20 18/15 18/18 18/19 18/20 30/6 31/16 40/6 40/22 41/15 45/13 48/20 48/21 49/14 57/19 58/16 59/13 60/25 63/25 68/20 69/18 75/14 79/24 80/2 82/11 83/4 83/7 83/12 93/18 94/13 104/1 107/23 110/15 121/17 132/25 133/6 155/23 159/21 162/11

**began [1]** 68/20
**beginning [4]** 42/7 101/7 105/24 142/17
**being [33]** 7/8 10/13 15/15 16/21 20/16 26/14 34/8 47/15 53/3 66/6 67/5 68/16 70/20 74/7 74/17 77/18 97/11 107/23 108/2 114/7 116/18 116/25 117/9 117/10 117/12 117/12 128/25 134/4 136/20 137/18 143/6 156/21 161/12

**being -- when [1]**

**Belga [5]** 131/4 131/6 141/19 156/10 157/4
**belief [2]** 45/6 155/3
**believe [27]** 4/25 7/3 14/20 15/19 20/10 30/8 30/15 36/12 40/16 40/23 58/16 67/20 68/7 77/23 78/17 110/19 115/24 120/4 147/13 147/16 147/19 147/22 149/23 150/20 151/22 157/7 160/12

**believer [2]** 73/20 142/22
**believers [1]** 142/23
**believes [2]** 155/1 155/2
**bella [1]** 65/6
**below [6]** 14/13 39/22 40/3 61/21 99/17 141/2
**Bench [20]** 4/8 8/9 10/1 10/17 34/6 34/20 88/8 91/1 102/2 102/11 110/13 111/22 116/14 118/2 127/23 129/16 137/24 139/12 160/1 162/15

**beside [1]** 150/18
**besides [1]** 19/6
**best [8]** 11/17 32/22 47/7 58/4 92/20 96/14 101/4 114/4
**better [4]** 30/22 131/20 133/6 161/12
**between [13]** 12/19 19/25 22/1 26/25 43/19 65/20 72/23 100/11 100/18 103/20 105/13 128/6 145/14
**Beyler [33]** 13/11 13/17 13/25 14/9 22/16 45/24 48/8 48/12 48/17 49/3 49/16 50/1 50/5 50/24 51/6 61/9 61/16 66/19 67/4 67/19 67/25 68/23 69/1 72/5 72/19 73/12 74/10 74/20 89/6 97/25 120/5 120/12 132/6

**Beyler's [1]** 90/22
**beyond [1]** 142/13
**big [5]** 26/8 47/19 76/9 109/14 144/6

**bigger [5]** 45/8 45/6 75/7 75/10 75/13
**biggest [2]** 31/20 142/20
**Bill [4]** 24/2 28/5 28/22 97/5
**billion [2]** 47/17 47/19
**bit [10]** 5/3 17/7 17/8 62/10 75/6 92/23 108/25 115/5 122/22 143/24
**blacked [1]** 110/20
**blackout [4]** 45/16 45/22 56/11 56/16
**blame [1]** 124/14
**blank [1]** 10/25
**Bless [3]** 21/7 61/4 61/5
**block [1]** 103/21
**blow [2]** 64/11 81/13
**blue [1]** 146/4
**BLUF [2]** 92/16 92/17
**board [2]** 100/21 134/12
**Bob [23]** 29/25 32/4 32/10 32/11 32/13 54/8 57/15 60/8 62/23 92/12 92/15 92/19 93/18 96/9 96/15 97/8 101/4 101/18 103/19 111/6 125/6 126/10 136/13
**Boeing [2]** 77/8 79/4
**bomb [1]** 99/24
**Book [16]** 6/10 6/17 7/3 7/7 7/11 7/16 8/5 150/1 150/4 150/7 150/11 153/20 153/23 154/4 154/6 154/8
**Book's [1]** 152/14
**Bordt [1]** 66/19
**boss [2]** 14/12 24/1
**Boston [1]** 136/8
**both [15]** 24/7 28/5 29/16 29/17 40/18 47/23 59/23 62/20 65/4 98/11 114/22 125/13 125/17 129/9 131/23
**bottom [31]** 11/7 12/23 13/21 25/10 27/7 27/8 27/12 42/20 48/1 50/23 51/23 57/12 57/25 60/3 61/22 86/1 92/17 93/16 93/17 100/24 103/13 103/15 105/2 111/3

**bigger [5]** 45/8 45/6 75/7 116/16 116/24 124/16 138/25 139/1 139/18
**bought [1]** 22/12
**box [3]** 72/4 72/6 72/10
**boxes [1]** 74/4
**bragged [1]** 136/25
**brainer [2]** 143/2 143/16
**break [7]** 6/5 80/5 80/8 80/16 83/12 84/8 162/3
**breaking [1]** 116/2
**Brett [10]** 1/16 28/18 28/21 44/10 44/12 44/25 46/20 47/21 48/2 81/15
**Brian [1]** 1/12
**bribe [2]** 5/18 135/2
**bribery [9]** 7/12 7/15 150/20 150/21 150/24 151/12 151/13 154/17 157/16
**bribing [1]** 157/16
**bridge [3]** 21/18 21/20 21/22
**brief [6]** 10/7 10/7 10/9 11/13 110/6 145/23
**briefing [1]** 33/6
**briefly [4]** 10/12 56/13 123/18 145/7
**bring [9]** 28/2 33/5 40/15 82/19 88/4 88/23 89/24 90/10 90/18
**bringing [2]** 27/15 28/9
**Broadus [1]** 66/18
**Brodsky [5]** 1/20 7/21 148/22 154/1 158/20
**broke [1]** 105/11
**brought [4]** 21/16 21/17 90/15 149/4
**brutal [1]** 23/11
**budget [13]** 12/17 12/20 13/6 14/3 15/18 15/19 15/20 15/21 20/25 21/1 47/17 47/18 140/18
**budgetary [1]** 47/15
**budgets [1]** 15/11
**build [2]** 69/13 121/9
**building [4]** 11/15 73/24 118/10 144/15
**built [8]** 32/17 35/15

**B**

**built... [6]** 69/18 69/20 73/23 87/2 96/25 133/2
**built -- by [1]** 73/23
**bulk [3]** 71/17 109/13 159/21
**bullet [1]** 26/7
**bunch [4]** 28/1 56/2 130/4 136/20
**Buongiorno [1]** 69/2
**Burck [12]** 1/15 3/4 34/21 81/7 91/3 102/13 108/21 111/24 128/8 129/21 161/19 162/9
**bureaucracy [1]** 17/5
**buried [1]** 55/16
**Burke [198]**
**Burke's [20]** 8/24 19/3 24/3 29/19 44/12 47/6 53/24 72/3 122/10 124/7 131/15 135/22 135/25 136/13 149/24 152/3 152/7 152/18 153/15 156/10
**Burke/Navy [2]** 85/25 92/15
**burkerobertp [1]** 29/1
**burned [1]** 79/22
**busier [1]** 63/14
**business [34]** 46/11 55/17 55/17 56/5 59/23 69/12 69/14 77/20 79/4 84/13 84/22 86/20 86/23 87/5 87/19 109/6 109/6 109/7 109/10 109/13 115/21 118/10 134/15 134/15 134/15 134/16 134/17 134/18 142/22 143/14 143/15 144/15 144/21 145/1
**Business 1 [6]** 55/17 59/23 69/12 109/13 134/15 134/15
**Business 2 [10]** 69/14 109/6 109/10 118/10 134/15 134/17 134/18 143/14 144/15 145/1
**busy [4]** 33/10 38/22 60/15 108/3
**busy...like [1]** 63/16
**buy [2]** 31/3 78/17
**buy-in [1]** 31/3
**buying [2]** 94/12 101/8

**C**

**Cafe [5]** 131/5 131/6 141/19 156/10 157/5
**calendar [1]** 38/23
**calendars [1]** 97/4
**call [78]** 9/12 12/17 15/8 15/10 21/18 24/4 27/25 32/11 32/13 51/7 51/25 52/1 53/3 53/6 56/16 63/12 67/6 67/10 68/13 69/5 70/11 70/12 70/16 73/1 74/7 74/11 81/20 82/11 83/7 83/17 85/1 85/5 85/17 86/21 87/7 87/9 87/12 87/16 87/17 87/23 91/8 92/8 94/4 94/18 95/24 98/6 103/24 104/11 104/19 105/6 105/20 106/6 106/12 106/14 106/18 106/23 106/25 106/25 107/2 107/4 107/11 107/13 107/22 108/1 109/23 110/21 115/6 115/24 117/5 118/6 118/15 118/20 118/21 119/13 119/17 119/18 120/11 131/1
**call -- I [2]** 9/12 108/1
**called [8]** 14/13 14/18 35/13 36/8 36/9 37/1 38/2 38/20
**calling [2]** 32/10 108/10
**calls [5]** 15/12 68/10 85/7 86/23 87/11
**came [7]** 20/19 31/22 37/13 37/19 124/4 124/5 136/2
**can [89]** 4/7 5/14 5/16 5/23 7/20 12/18 13/8 14/22 26/22 31/25 32/1 34/13 34/15 34/22 38/3 38/24 42/1 43/15 45/4 47/9 47/24 51/24 53/12 53/21 54/20 55/19 56/1 56/4 57/19 58/18 63/5 64/10 64/11 68/14 68/19 70/23 71/21 76/18 76/24 76/24 77/5 78/17 79/11 80/15 80/19 81/12 82/20 83/11 85/9 88/9 90/18 93/18 93/23 94/20

97/16 97/17 98/18 100/9 102/25 105/15 108/3 110/7 111/9 111/16 112/1 113/12 114/16 115/23 116/21 117/3 117/9 117/22 121/9 122/13 123/3 126/5 129/11 129/12 148/15 151/8 153/18 153/23 155/6 158/13 158/17 159/15 159/23 159/23 159/25
**can -- I [1]** 159/23
**can't [36]** 9/12 11/24 21/16 23/3 25/23 37/13 41/3 41/5 47/22 50/7 52/2 60/21 62/17 65/22 72/8 72/21 75/15 79/5 84/2 84/5 86/19 108/1 119/7 119/21 121/19 123/5 123/12 124/12 125/12 126/22 130/3 130/9 130/12 140/8 144/21 162/7
**can't -- so [1]** 130/3
**canceled [2]** 33/16 38/23
**Canedo [14]** 135/12 135/14 136/13 143/19 145/15 146/5 146/13 146/15 146/16 146/20 147/3 147/8 147/10 147/13
**cannot [6]** 89/13 131/7 153/8 156/14 156/15 157/8
**Cappelle [5]** 145/9 145/10 145/15 147/7 156/12
**captain [2]** 22/18 64/19
**capture [1]** 85/9
**careful [1]** 51/14
**carry [1]** 21/25
**case [27]** 7/23 7/24 49/8 84/18 89/22 144/19 144/22 148/8 148/10 148/24 149/1 149/2 150/24 151/11 152/18 153/3 154/17 154/17 154/19 154/20 154/22 154/25 154/25 156/1 156/15 157/3 159/7

**cases [1]** 90/6
**cash [1]** 20/17
**catch [1]** 140/23
**caught [2]** 86/10 162/5
**caution [2]** 51/14 52/17
**CCing [1]** 112/14
**center [1]** 38/11
**central [1]** 99/12
**CEOs [1]** 134/6
**ceremonies [1]** 136/4
**ceremony [11]** 122/14 122/17 123/7 123/9 125/3 125/20 126/17 129/23 129/24 131/1 140/7
**certain [3]** 20/7 29/14 150/25
**certainly [6]** 6/6 111/15 147/6 151/8 151/22 153/22
**certify [1]** 163/4
**cetera [3]** 63/17 93/23 141/5
**chain [9]** 24/16 25/2 25/3 29/24 48/2 54/19 110/20 111/5 124/16
**Chalan [1]** 8/6
**challenge [1]** 88/21
**challenges [5]** 30/2 92/25 94/10 107/19 142/21
**chambers [1]** 158/13
**champion [2]** 77/14 101/7
**chance [5]** 43/9 50/1 103/19 105/14 160/13
**chance -- I [1]** 160/13
**change [2]** 11/23 92/1
**changed [2]** 133/14 150/1
**changes [1]** 132/13
**changing [1]** 71/10
**charge [6]** 96/12 101/5 151/12 152/15 152/17 153/10
**charges [4]** 6/11 105/19 106/8 154/18
**CHARLIE [19]** 1/6 3/3 8/18 11/12 14/14 25/12 32/20 34/9 40/12 44/21 51/6 59/22 64/16 66/17 95/13 105/11 126/4 134/6 146/12

**C**

chart [1] 134/19
Chase [1] 145/1
Chases [1] 109/14
chat [2] 68/25 69/3
cheating [1] 156/18
chic [1] 64/2
chief [16] 24/13 26/3
26/12 26/15 28/22
28/24 29/21 36/12
47/17 47/20 60/19
60/23 109/9 133/25
143/1 149/2
Chief's [1] 36/13
chit [2] 68/25 69/3
chit-chat [2] 68/25
69/3
choose [1] 143/13
chose [1] 69/13
Christmas [7] 54/24
54/25 55/1 55/6 55/9
56/8 57/20
Christopher [1] 1/17
Circuit [7] 90/8 151/1
151/13 151/17 152/8
157/14 157/24
city [3] 18/9 35/10
141/4
civilian [7] 13/18 13/19
40/14 97/21 97/23
131/8 131/15
clarified [4] 76/22
83/21 83/23 86/13
clarify [1] 157/23
clarity [1] 157/10
class [11] 70/13 71/5
71/8 72/1 74/16 85/5
91/21 91/23 95/5 96/18
104/7
clear [5] 17/19 62/11
83/4 97/17 141/18
cleared [1] 27/14
clearly [5] 78/12 89/6
138/15 155/21 158/12
client [4] 109/12 158/7
158/19 162/10
clients [1] 109/14
Clore [1] 1/17
close [8] 14/2 19/17
26/4 31/11 35/11 49/22
134/20 136/2
closely [1] 49/6
closing [4] 153/19
153/23 159/21 159/24

closings [3] 151/8
159/7 159/10
cloth [1] 153/22
cloud [1] 134/17
cluttered [1] 125/15
CMP [12] 13/18 14/13
14/18 47/15 48/22
48/25 49/5 49/12 49/17
58/12 68/1 134/4
CMP/VCNO [1] 134/4
CNO [40] 8/25 9/8
11/13 12/7 13/22 14/11
18/8 24/3 26/23 27/24
28/23 30/5 30/10 30/11
30/12 30/14 30/16
30/17 30/25 31/14
31/15 32/22 32/25 33/1
33/4 33/5 38/17 38/19
39/4 39/4 41/8 41/17
41/23 41/24 43/5 43/23
43/24 104/9 132/24
133/5
CNO -- if [1] 31/14
CNO's [2] 28/4 44/15
CNOs [1] 38/22
CNP [1] 96/10
co [7] 134/6 152/16
153/13 156/2 156/17
156/21 156/24
co-CEOs [1] 134/6
co-conspirator [2]
152/16 156/2
co-conspirators [3]
153/13 156/17 156/24
co-criminals [1]
156/21
coaching [3] 28/6 41/9
122/13
coaling [1] 120/15
coaling-off [1] 120/15
cocaine [3] 156/25
157/1 157/2
codefendant [1]
152/22
colleague [4] 79/21
130/14 131/14 157/18
college [3] 35/21
35/21 36/14
COLUMBIA [1] 1/1
come [25] 15/22 20/9
21/1 32/23 33/13 45/18
45/20 54/16 64/7 64/9
65/19 82/16 90/2 108/7
109/1 109/9 109/21

113/10 114/1 127/20
130/7 138/11 138/13
141/4 143/12
comes [2] 36/22 79/5
comfortable [3] 70/3
151/16 157/14
coming [6] 12/19 13/6
64/1 89/1 126/4 129/2
command [4] 60/23
63/14 120/8 140/17
commander [4] 62/13
62/14 64/5 101/6
commanders [1]
96/11
commands [2] 31/13
63/13
comment [1] 76/17
commentary [1] 89/23
commenting [1]
138/14
commerce [2] 78/19
134/16
commit [3] 7/12 7/15
14/4
committee [8] 39/13
39/15 39/18 42/5 42/18
112/18 112/20 139/21
common [1] 7/14
communications [3]
34/25 54/9 102/17
communities [2] 51/12
52/11
community [3] 52/12
52/12 52/13
companies [2] 30/22
77/24
company [6] 77/19
84/6 84/13 84/22 98/18
109/17
competing [1] 31/4
complain [1] 46/7
complement [1] 54/7
complete [3] 54/7
155/1 155/4
completely [3] 6/15
156/21 158/8
compound [1] 102/5
computer [1] 2/7
computer-aided [1]
2/7
computing [1] 134/17
concept [2] 7/2 11/21
concerned [1] 161/2
concerns [4] 102/23

132/15 132/19 137/9
concluded [13] 8/9
10/17 25/6 34/20 76/11
91/1 102/11 111/22
118/2 129/16 139/12
162/15 162/19
conference [40] 4/8
8/9 10/1 10/17 34/6
34/20 36/13 36/20 37/1
37/5 37/7 37/9 37/10
37/21 38/9 41/15 41/20
42/15 42/25 43/1 43/4
44/7 51/2 57/9 65/10
78/2 88/8 91/1 102/2
102/11 110/13 111/22
116/14 118/2 127/23
129/16 137/24 139/12
160/1 162/15
confidently [1] 159/24
confirmation [4] 25/14
25/16 25/21 26/6
confirmed [1] 30/6
conflict [10] 77/15
79/8 79/9 79/12 83/14
83/25 86/15 86/17
93/25 97/14
conflicts [2] 101/11
120/15
confuse [1] 153/17
confused [2] 5/3 5/8
confusing [1] 152/14
confusion [2] 5/10
12/21
Congress [1] 143/9
connect [4] 58/3 58/10
58/20 103/23
connected [3] 16/12
31/5 47/23
connection [1] 137/5
consider [1] 87/7
considered [5] 32/18
46/2 54/7 55/8 154/19
considering [1] 6/2
consistent [8] 88/19
88/24 89/6 89/25 90/3
90/14 90/19 153/23
conspiracy [15] 6/23
7/3 149/19 150/13
152/12 153/6 153/8
153/12 153/14 153/24
155/13 156/10 156/14
156/19 157/12
conspirator [2] 152/16
156/2

# C

**conspirators [3]** 153/13 156/17 156/24
**constant [1]** 22/22
**Constitution [1]** 2/3
**consult [1]** 158/7
**contact [8]** 47/8 53/20 54/16 55/7 57/21 58/14 60/11 101/7
**contact/champion [1]** 101/7
**contacting [1]** 53/16
**contains [1]** 116/8
**content [1]** 119/17
**context [2]** 25/15 113/7
**continue [5]** 81/5 82/16 91/2 111/13 111/23
**continued [3]** 48/14 49/22 96/20
**continues [1]** 161/2
**contract [81]** 9/15 10/11 14/19 14/23 15/3 15/9 15/20 16/7 16/10 16/15 16/18 17/11 17/13 17/20 17/24 18/2 18/3 18/6 18/6 18/10 18/15 18/19 19/7 19/18 19/21 19/21 19/22 20/22 21/5 21/8 21/17 21/18 21/19 21/20 21/21 21/22 21/23 21/25 23/14 25/6 26/23 26/24 26/25 27/1 36/1 36/2 46/2 46/3 47/8 50/6 53/19 55/7 55/25 56/5 58/18 59/25 60/4 65/15 73/10 77/5 86/15 107/16 107/18 107/18 110/1 113/15 114/18 115/8 115/11 115/15 118/22 119/11 120/2 120/22 121/14 132/23 133/5 137/3 137/11 144/4 144/4
**contracting [8]** 47/7 53/9 58/3 58/11 58/21 58/23 61/10 61/11
**contractor [7]** 17/11 78/6 78/10 78/24 79/13 93/22 97/15
**contractors [5]** 77/2 77/9 79/4 83/24 101/12

**contracts [8]** 18/21 18/24 19/3 19/4 45/7 52/21 144/25 145/1
**contrary [1]** 89/21
**control [1]** 47/16
**conversation [15]** 26/2 41/19 50/12 53/1 56/13 83/13 83/19 87/25 91/7 114/25 128/6 133/13 133/14 137/10 140/22
**conversations [3]** 34/24 48/14 70/4
**convey [1]** 31/9
**conveying [1]** 116/20
**cool [1]** 133/2
**cooling [13]** 84/1 84/4 84/5 84/9 84/17 86/5 86/18 93/20 93/24 144/2 144/11 144/14 144/18
**cooling-off [10]** 84/1 84/4 84/5 84/9 86/18 93/20 144/2 144/11 144/14 144/18
**coordinate [1]** 33/9
**copied [2]** 45/2 140/5
**copies [3]** 48/8 105/7 112/17
**copy [2]** 44/24 147/3
**copying [4]** 11/4 42/4 44/9 64/18
**corner [1]** 86/1
**correct [20]** 5/13 66/19 95/10 97/19 99/15 100/5 100/18 101/1 101/19 102/8 102/20 106/2 106/12 116/8 135/12 135/15 135/19 148/19 150/20 163/4
**correctly [2]** 12/2 83/1
**corruptly [5]** 151/4 157/25 158/3 158/6 158/9
**cost [4]** 17/6 17/8 17/20 31/2
**Costanzo [1]** 154/16
**could [36]** 4/21 6/20 12/22 22/20 23/23 33/6 38/23 46/2 46/7 46/10 62/8 77/3 80/21 84/22 88/22 89/24 97/12 101/9 103/24 110/10 113/10 113/14 114/22

118/22 122/22 132/23 133/4 134/22 136/8 136/19 142/7 143/7 147/5 148/2 157/3 159/23
**couldn't [7]** 72/12 82/8 121/12 121/15 127/16 127/17 143/23
**count [1]** 96/12
**counterpart [2]** 97/21 97/23
**countries [4]** 101/6 119/7 119/8 119/12
**country [1]** 79/2
**course [16]** 23/24 38/3 72/14 77/19 79/16 79/17 80/4 87/8 96/19 114/22 115/19 116/3 121/24 133/8 148/9 159/8
**court [6]** 1/1 2/2 150/3 150/22 161/16 163/3
**courtroom [5]** 4/2 8/11 80/9 81/2 148/12
**Courts [1]** 2/2
**covered [1]** 7/2
**covers [3]** 6/10 150/2 153/16
**COVID [10]** 55/10 55/14 55/25 56/10 57/20 60/9 65/4 69/9 70/10 92/1
**crap [1]** 82/21
**crazy [3]** 138/18 139/7 139/25
**CRC [1]** 2/1
**create [1]** 27/25
**created [2]** 12/21 90/23
**creating [1]** 96/23
**creative [1]** 11/25
**cried [3]** 161/3 161/5 161/8
**crime [1]** 7/12
**Criminal [1]** 1/3
**criminals [1]** 156/21
**critical [6]** 11/21 11/24 22/9 22/11 22/24 154/22
**cross [5]** 80/22 89/19 89/20 117/21 159/6
**cross-examination [1]** 89/19
**cross-examine [1]**

**crushing [1]** 113/11
**CRUTCHER [1]** 1/21
**cry [2]** 161/2 162/10
**crying [1]** 161/1
**culture [6]** 11/15 11/22 22/9 33/7 85/8 87/2
**cultures [1]** 11/17
**cumulative [1]** 102/4
**current [2]** 6/3 157/10
**currently [1]** 151/2
**custodian [9]** 76/18 76/20 83/13 83/21 86/5 86/10 86/12 93/19 97/13
**custodian...to [1]** 93/23
**cut [1]** 148/17

# D

**D.C [12]** 1/19 32/23 33/14 35/11 35/11 104/23 122/4 122/5 122/15 122/23 124/24 140/9
**Dan [1]** 67/7
**Daniel [2]** 62/16 66/17
**Dano [1]** 14/11
**Darrell [5]** 45/1 45/2 47/3 48/11 54/17
**data [1]** 110/3
**date [11]** 27/13 53/25 65/22 96/15 101/4 106/19 113/9 113/13 122/19 145/17 163/10
**dated [11]** 33/20 39/11 40/5 48/2 50/24 57/5 57/12 92/6 99/8 116/7 124/16
**David [2]** 66/18 124/19
**day [32]** 9/13 11/8 14/20 17/1 37/24 40/1 40/6 42/14 44/6 46/17 48/12 52/21 69/12 80/18 81/19 82/11 83/8 85/22 87/5 87/19 88/12 92/8 95/7 95/24 99/10 104/23 133/21 134/22 139/25 146/8 159/11 159/13
**days [8]** 9/13 18/12 18/12 35/17 48/3 60/5 92/14 103/10
**DC [3]** 1/4 1/14 2/4

**D**

**dcd.uscourts.gov [1]** 2/4
**deal [7]** 27/13 27/21 61/6 114/13 140/17 144/6 159/14
**dealing [1]** 119/2
**dealings [1]** 48/17
**deals [1]** 114/21
**Dear [1]** 96/3
**deceived [1]** 156/4
**deceiving [1]** 156/12
**December [1]** 65/11
**deception [1]** 157/11
**decide [2]** 160/4 160/19
**decision [8]** 69/9 69/23 70/8 70/19 71/11 107/20 133/3 160/22
**decision-making [6]** 69/23 70/8 70/19 71/11 107/20 133/3
**decisions [1]** 70/7
**defendant [2]** 6/2 6/16
**defendant's [9]** 10/23 24/23 91/17 95/1 98/25 99/2 100/15 139/15 149/25
**Defendant's 174 [1]** 98/25
**defendants [11]** 1/7 6/7 6/11 7/17 150/25 151/23 153/3 153/7 153/9 153/18 156/4
**defense [25]** 9/17 13/8 77/2 77/9 78/6 78/10 78/24 79/4 79/13 83/23 91/13 93/22 94/21 97/15 101/11 101/23 144/23 148/19 149/16 150/23 151/10 151/12 154/20 155/1 155/4
**defense's [1]** 153/16
**definitely [4]** 6/24 11/13 22/17 64/1
**definition [1]** 157/25
**Deft [2]** 1/15 1/20
**demonstrate [1]** 23/2
**Denese [7]** 135/11 135/14 136/13 143/19 145/15 147/8 147/10
**Department [2]** 144/23 157/7
**departments [1]** 52/13

**Depending [1]** 160/21
**deputy [12]** 13/18 45/24 48/22 48/24 49/18 68/8 97/25 120/5 130/15 132/2 132/3 132/5
**describe [1]** 123/3
**described [1]** 14/12
**describes [2]** 116/17 138/9
**describing [1]** 126/16
**description [1]** 98/6
**designed [1]** 71/20
**desire [1]** 137/7
**destroyed [1]** 55/25
**detail [1]** 16/9
**details [6]** 50/15 85/2 97/17 97/18 131/23 146/17
**Dev [3]** 92/24 94/9 107/20
**develop [1]** 69/11
**development [1]** 51/16
**dialogue [1]** 72/23
**diapers [3]** 78/15 98/2 101/12
**did [153]** 9/3 9/7 12/2 12/3 12/8 12/16 14/23 14/25 15/3 16/2 16/6 16/10 17/2 17/8 17/23 17/23 18/14 19/2 19/20 20/3 20/6 20/9 22/5 22/20 23/5 23/14 23/15 23/22 25/17 26/12 26/16 30/13 33/15 33/23 36/10 36/16 36/24 37/6 38/8 38/13 38/15 38/18 39/5 39/5 40/25 41/14 43/2 44/24 45/12 45/21 46/4 47/11 49/16 51/19 53/5 53/15 54/9 55/6 55/13 55/18 58/14 58/19 60/25 62/15 65/19 68/23 70/16 70/25 71/2 71/23 72/3 72/25 73/18 74/20 76/13 76/19 77/11 77/15 77/23 78/8 78/14 79/14 83/1 84/9 84/16 86/6 87/7 87/22 87/25 89/10 91/10 98/16 100/4 107/10 107/22 108/2 115/7 115/8 115/11 115/14 115/24

116/2 116/14 119/17 120/17 120/22 121/11 121/22 122/1 122/17 122/23 123/24 124/1 125/24 126/16 126/19 127/7 127/11 128/6 129/24 131/3 131/13 132/7 132/8 132/15 132/20 133/12 134/24 135/24 136/9 136/12 137/3 137/6 137/9 137/13 138/12 138/13 140/4 141/8 142/12 144/1 147/3 147/7 147/10 147/13 147/16 147/19 147/22 152/21 152/22 153/4 153/8 154/11
**Did -- as [1]** 17/23
**didn't [36]** 9/5 14/25 15/6 20/7 20/20 22/3 22/21 31/23 41/4 43/21 43/23 43/25 44/2 54/16 58/25 62/7 63/8 63/10 70/22 75/20 77/6 80/3 117/6 120/6 121/22 125/13 128/10 128/22 138/11 140/23 142/4 142/7 143/21 152/17 161/16 161/18
**difference [1]** 26/25
**different [22]** 16/3 28/2 31/12 52/13 52/20 56/2 69/25 70/14 71/10 76/16 79/1 90/13 96/5 98/18 111/17 118/25 121/2 124/2 124/13 132/22 144/8 158/22
**differently [1]** 16/3
**differently -- different [1]** 16/3
**difficult [2]** 70/4 160/25
**digging [1]** 60/1
**digit [1]** 140/17
**Dina [22]** 131/7 131/8 131/10 131/14 131/23 131/25 132/13 132/16 133/14 135/4 135/11 135/21 136/10 136/12 136/15 137/9 137/14 143/19 145/10 145/15 147/7 156/11
**dinner [4]** 27/12 27/21

120/17 120/22 121/11 121/22 122/1 122/17
**direct [8]** 3/4 8/14 8/18 13/21 81/5 129/19 146/2 161/21
**directly [3]** 22/19 49/19 129/7
**director [1]** 130/15
**disagree [1]** 90/21
**disappointed [1]** 60/1
**discounted [2]** 78/15 98/2
**discuss [5]** 11/19 48/13 68/23 129/11 148/10
**discussed [4]** 21/20 22/24 27/1 27/5
**discussing [2]** 149/8 158/25
**discussion [15]** 27/14 28/8 84/1 103/24 107/8 110/2 114/18 114/25 115/22 119/9 127/6 133/7 134/23 140/12 141/10
**discussions [10]** 23/21 34/24 36/5 73/11 86/16 97/3 114/23 120/2 121/14 126/20
**dishonestly [1]** 151/4
**disparate [1]** 31/4
**dispute [2]** 153/19 155/6
**disqualified [3]** 45/25 46/2 46/5
**disregard [1]** 129/19
**distance [2]** 105/19 106/8
**distinctly [1]** 79/9
**DISTRICT [4]** 1/1 1/1 1/9 2/2
**DNA [2]** 82/23 87/2
**do [149]** 6/1 6/4 6/7 6/13 7/14 8/25 9/11 9/18 13/12 14/4 14/6 14/15 15/6 17/4 17/15 18/5 18/10 19/11 21/2 23/23 25/21 26/10 26/21 26/22 27/14 27/18 27/20 28/20 29/11 31/23 34/14 34/24 35/3 38/25 39/3 40/25 42/24 45/5 45/10 47/13 49/19 50/5 50/11 51/17 52/22 52/25 53/3

**do... [102]** 56/1 56/15 60/1 62/4 64/3 66/2 66/24 67/2 67/5 67/19 70/5 70/6 70/9 70/11 71/19 71/25 72/2 72/19 73/12 74/6 74/14 76/24 77/3 77/7 78/12 79/5 79/11 79/11 79/22 83/19 83/22 84/22 84/24 85/6 85/15 86/20 86/22 87/1 87/9 87/9 87/16 89/11 89/20 91/6 91/21 95/15 95/21 97/1 98/2 101/15 102/16 102/22 103/24 104/4 105/21 108/5 109/5 114/14 116/10 117/7 118/5 118/8 118/13 118/17 118/22 120/17 120/19 121/19 122/19 125/10 126/11 127/14 127/15 128/18 131/21 133/3 133/20 133/22 142/18 143/5 144/7 144/21 145/4 145/10 145/17 146/3 146/5 146/15 148/9 148/9 148/10 149/20 150/12 152/8 155/6 155/25 158/6 158/18 159/20 161/4 162/2 162/12

**document [11]** 12/22 27/7 34/18 34/22 64/11 88/4 88/23 89/1 94/6 110/25 111/19

**documents [2]** 89/11 89/12

**DoD [6]** 84/14 84/23 86/20 97/1 144/23 145/5

**does [9]** 7/14 24/8 66/11 69/24 85/24 86/1 114/21 117/3 159/5

**doesn't [8]** 31/1 66/11 101/11 124/3 152/19 155/9 155/23 155/24

**doing [16]** 15/9 20/2 26/4 62/12 72/11 72/12 72/12 73/21 74/23 75/21 76/6 84/13 115/25 133/10 138/18 139/8

**DOJ [1]** 1/13

**DOJ-USAO [1]** 1/13

**don't [71]** 4/16 5/18 6/9 20/20 25/14 27/22 27/23 29/14 34/14 34/22 35/8 37/20 40/20 45/25 49/21 50/15 53/20 54/15 55/3 60/20 62/16 62/18 63/9 73/14 73/16 75/24 76/20 77/16 78/12 78/17 82/22 86/3 89/22 95/3 97/8 98/1 99/23 102/5 107/11 110/25 111/13 112/8 115/3 117/18 120/18 120/20 124/1 124/3 125/12 125/14 126/1 127/10 129/12 130/7 142/1 144/10 144/13 148/5 148/15 149/7 149/19 150/19 151/18 155/5 159/16 159/18 160/4 161/3 161/7 161/13 161/15

**done [18]** 27/13 27/21 32/22 46/1 52/20 60/2 69/8 69/17 80/22 82/17 101/18 141/25 153/12 155/23 155/24 159/6 159/13 161/14

**door [1]** 89/1

**down [20]** 12/23 14/22 33/13 34/23 41/8 43/15 44/23 47/24 83/11 84/8 92/23 93/8 94/20 102/25 115/23 126/5 141/2 143/24 148/13 148/14

**draft [1]** 148/20

**dream [2]** 82/15 109/20

**drive [1]** 140/12

**dropped [1]** 56/21

**drove [2]** 123/2 140/9

**DUNN [1]** 1/21

**duplicative [1]** 7/9

**during [20]** 20/3 23/13 23/21 27/17 57/21 60/25 65/14 69/8 69/9 69/12 72/19 73/1 73/3 73/12 73/14 73/15 73/17 107/22 137/2 137/6

**DX [14]** 24/15 33/18 39/9 42/2 44/5 66/1 88/11 88/15 98/23 99/5 100/11 110/8 116/4 137/21

**DX-104 [1]** 110/8
**DX-170 [1]** 44/5
**DX-174 [2]** 98/23 99/5
**DX-30 [1]** 24/15
**DX-40 [1]** 33/18
**DX-42 [1]** 39/9
**DX-43 [1]** 42/2
**DX-49 [1]** 66/1
**DX-50 [1]** 88/11
**DX-51 [1]** 88/15
**DX-52 [1]** 100/11
**DX-59 [1]** 116/4
**DX-63 [1]** 137/21

# E

**e-commerce [2]** 78/19 134/16

**EA [3]** 47/21 47/21 54/16

**each [5]** 6/2 70/3 71/22 115/5 156/22

**ear [1]** 127/8

**earlier [19]** 12/7 16/15 18/2 41/18 54/14 64/4 74/8 79/20 82/5 82/7 82/9 98/9 99/13 106/21 119/13 120/10 143/6 148/6 158/21

**earliest [1]** 82/20

**early [5]** 18/22 55/10 97/3 144/14 149/16

**early-morning [1]** 149/16

**earned [1]** 46/1

**earth [1]** 56/21

**Easter [1]** 13/11

**eastern [2]** 82/2 82/5

**ed [2]** 53/12 126/10

**editing [1]** 98/11

**effect [3]** 10/2 119/15 128/3

**effective [1]** 33/12

**efficient [1]** 33/12

**effort [1]** 11/20

**efforts [3]** 11/14 11/23 14/5

**eggshell [2]** 113/11 114/6

**eight [6]** 59/13 59/15 64/6 82/7 82/9 108/4

**eight hours [2]** 82/7

**eight months [2]** 59/13 59/15

**eight weeks [1]** 108/4

**eight-bedroom [1]** 64/6

**either [4]** 50/8 72/9 74/8 152/21

**element [2]** 7/10 7/16

**elicit [1]** 89/9

**elicited [2]** 149/1 149/4

**eligible [2]** 53/19 144/24

**else [12]** 39/6 52/2 55/2 76/13 83/19 87/17 107/17 115/3 119/22 143/23 147/4 158/24

**email [136]** 9/20 10/6 11/3 11/3 11/3 11/7 11/8 12/5 13/10 13/11 13/21 14/1 14/8 24/16 25/2 25/10 25/11 27/8 27/9 27/24 28/15 28/25 29/12 29/24 32/20 33/3 33/19 35/3 35/5 39/10 39/16 39/19 39/20 39/25 40/5 40/6 40/21 41/3 42/3 42/9 42/20 44/5 44/25 45/1 46/14 46/17 48/1 48/3 49/24 50/23 51/22 53/25 54/14 57/4 57/12 57/19 57/20 57/24 59/8 59/10 59/21 60/12 61/13 62/7 62/7 62/8 63/9 64/4 64/11 64/13 64/14 64/15 65/1 79/21 79/24 81/14 81/15 82/10 83/4 87/6 88/12 88/16 91/20 93/16 93/18 95/4 95/7 95/12 96/2 98/9 99/5 99/10 99/18 100/11 100/17 100/24 100/25 101/16 101/21 101/24 102/16 103/3 103/15 104/4 104/5 104/12 104/22 112/6 112/12 112/22 112/23 113/4 116/6 116/7 116/10 116/16 117/15 122/7 122/9 123/19 124/16 125/2 125/5 125/14 126/2 126/9 137/16

**E**

**email... [9]** 138/9 139/18 139/19 140/5 142/6 142/12 146/25 147/1 158/13
**email -- it [1]** 57/4
**email -- page [1]** 27/8
**email...as [2]** 62/24 63/7
**emailed [2]** 52/6 87/19
**emails [14]** 13/20 41/4 50/19 54/8 55/9 61/21 79/25 102/8 103/10 116/8 124/6 124/13 125/13 125/16
**EMANUEL [1]** 1/18
**embarrassing [1]** 91/25
**employee [1]** 119/10
**employees [5]** 87/20 91/25 118/9 119/10 119/21
**encompassed [1]** 149/19
**encouraging [1]** 73/19
**end [24]** 21/23 25/5 25/7 25/9 30/16 41/7 63/20 74/7 80/18 80/22 83/16 83/16 83/20 85/1 93/18 96/17 98/11 113/25 137/13 141/13 148/3 154/25 159/13 159/13
**ended [6]** 29/16 30/5 75/4 86/21 106/12 134/10
**ended -- well [1]** 86/21
**endorse [1]** 77/17
**ends [1]** 15/18
**energy [2]** 51/10 52/8
**enforcement [4]** 149/21 150/2 154/3 154/5
**engage [3]** 23/3 96/9 133/5
**engaged [2]** 40/14 120/1
**engagement [6]** 27/6 58/1 70/1 96/16 97/6 107/5
**engagement/partnership [1]** 58/1
**engaging [1]** 87/14
**enjoy [1]** 10/9

**enjoyed [2]** 11/13 48/12
**enjoying [1]** 10/7
**enough [2]** 7/8 7/19
**ensure [1]** 14/4
**entered [3]** 4/2 8/11 81/2
**enthusiastic [1]** 74/1
**entire [4]** 65/14 144/15 157/25 159/20
**entitled [2]** 6/16 163/5
**environment [2]** 133/21 135/7
**equity [4]** 134/11 135/2 141/5 141/12
**errors [1]** 102/5
**especially [3]** 32/1 55/17 124/2
**espouse [1]** 11/16
**essentially [2]** 4/21 153/7
**establish [1]** 6/22
**established [1]** 27/16
**et [3]** 63/17 93/23 141/5
**et cetera [3]** 63/17 93/23 141/5
**ethics [1]** 35/21
**Europe [11]** 60/23 62/8 62/13 64/5 67/24 68/9 96/13 101/5 119/4 120/7 133/2
**Europe-Africa [2]** 67/24 119/4
**evaluate [1]** 131/24
**even [23]** 45/25 47/14 48/24 49/1 89/13 89/15 97/13 101/10 108/25 109/2 109/22 119/10 121/14 126/1 128/10 128/20 128/23 135/23 145/6 152/19 155/3 156/11 157/11
**evening [2]** 12/18 105/13
**evenings [1]** 69/13
**event [11]** 35/12 35/13 36/17 44/15 123/1 123/3 125/8 126/5 126/10 126/15 127/13
**eventually [3]** 35/6 65/23 109/8
**ever [17]** 18/24 20/6 21/14 22/2 23/15 33/15

58/24 61/1 83/8 96/4 109/2 115/11 115/14 120/17 121/19 143/11 150/23
**every [7]** 27/24 82/24 85/9 87/9 91/24 157/10 161/16
**everybody [1]** 56/7
**everyone [4]** 37/17 37/18 71/21 127/1
**everything [6]** 16/7 16/12 31/1 31/24 55/19 56/1
**evidence [41]** 3/9 3/9 3/10 3/10 3/11 3/11 3/12 5/21 13/9 19/8 28/14 39/9 42/2 44/5 46/13 47/25 50/18 57/3 61/13 66/1 79/20 81/11 85/13 98/23 100/10 103/1 110/17 110/24 110/24 111/2 111/12 111/18 112/2 123/19 139/19 145/13 149/1 149/3 151/9 152/21 159/8
**exact [1]** 31/15
**exactly [6]** 11/16 19/3 35/8 62/16 154/18 155/17
**exactly -- I [1]** 154/18
**examination [5]** 3/4 8/14 8/18 81/5 89/19
**examine [1]** 89/20
**excellent [1]** 40/18
**excess [1]** 140/9
**excited [19]** 23/19 31/14 31/18 39/3 44/3 44/15 50/14 50/16 52/8 73/2 73/8 76/15 77/20 109/24 137/14 140/11 141/5 141/14 141/22
**exciting [3]** 59/23 118/24 119/5
**exclude [1]** 153/11
**excluded [1]** 111/3
**excuse [6]** 16/3 27/8 39/9 58/10 92/24 115/7
**exec [3]** 40/17 40/19 41/1
**execs [1]** 40/14
**executive [14]** 28/21 28/23 29/8 38/21 39/1 40/9 44/10 44/12 45/2

94/5 46/24 46/25 64/18 82/22
**exhibit [27]** 3/8 9/17 10/23 13/8 24/23 28/14 46/13 47/25 50/18 57/4 61/13 81/11 85/13 88/9 91/14 91/17 94/21 95/1 99/2 100/15 101/23 103/2 112/1 123/19 139/15 145/11 146/3
**Exhibit 11 [1]** 46/13
**Exhibit 133 [1]** 9/17
**Exhibit 15 [1]** 50/18
**Exhibit 155C [1]** 85/13
**Exhibit 158 [1]** 28/14
**Exhibit 24 [1]** 57/4
**Exhibit 27 [1]** 61/13
**Exhibit 326 [1]** 13/8
**Exhibit 35 [1]** 103/2
**Exhibit 38A [1]** 112/1
**Exhibit 47 [1]** 123/19
**Exhibit 50 [1]** 94/21
**Exhibit 51 [1]** 91/14
**Exhibit 53 [1]** 101/23
**Exhibit 53B [1]** 145/11
**existed [1]** 150/24
**exists [1]** 7/15
**exited [2]** 80/9 148/12
**expansions [1]** 59/23
**expect [2]** 19/20 143/21
**expectation [1]** 19/16
**expected [2]** 26/3 109/23
**experience [1]** 162/7
**experimental [1]** 19/15
**expired [1]** 21/17
**explain [4]** 63/5 77/1 113/12 114/16
**explained [9]** 15/10 15/17 45/15 45/24 84/25 86/14 86/16 98/1 114/4
**explaining [4]** 52/16 113/8 116/19 138/10
**explanation [3]** 8/2 29/13 45/23
**exploration [1]** 144/8
**exploring [1]** 144/7
**expressed [2]** 117/13 161/6
**expressly [1]** 117/9
**extended [1]** 162/4
**extension [4]** 21/2

**E**

extension... [3]  21/11 21/14 36/4
extent [6]  56/20 58/20 69/2 73/5 77/4 127/14
eyesight [1]  116/23

**F**

fabrication [1]  90/23
face [5]  56/21 72/3 75/18 109/9 143/14
facilitate [1]  28/6
facing [2]  92/25 94/10
fact [14]  19/6 47/13 58/14 89/8 117/18 121/22 121/25 129/1 136/2 136/6 143/17 147/13 149/23 150/5
facts [2]  156/1 156/20
fair [7]  46/8 46/9 66/5 107/12 109/24 128/12 128/12
faith [10]  150/13 150/23 151/7 151/11 152/9 154/12 154/23 154/24 154/24 155/2
fall [1]  18/22
falls [1]  151/22
false [1]  88/22
families [2]  55/18 56/2
family [3]  123/8 123/15 127/3
fantastic [1]  65/5
far [13]  16/6 17/23 20/1 57/19 62/20 70/23 78/18 82/10 92/20 109/11 142/25 144/7 151/22
fascinating [1]  134/14
fast [2]  17/5 160/18
faster [1]  159/22
favorite [2]  151/19 151/20
federal [3]  18/25 154/17 155/21
FedRAMP [2]  53/12 53/21
FedRAMP-ed [1] 53/12
feedback [15]  16/14 19/17 22/5 22/9 22/10 22/11 22/15 22/22 22/23 23/6 23/6 23/7 23/10 26/8 70/2

feel [12]  6/23 55/21 55/21 60/16 74/15 77/6 120/20 133/15 137/17 143/15 144/5 158/6
feeling [1]  79/22
fell [1]  55/22
felt [15]  23/11 29/16 31/21 32/16 114/5 114/12 114/20 114/23 114/24 115/17 115/18 115/22 125/15 133/18 161/6
felt -- because [1] 161/6
few [17]  9/13 30/5 30/9 32/22 48/3 55/21 60/5 63/16 68/14 68/19 68/20 70/22 70/24 74/18 96/18 113/22 149/20
fifth [1]  82/13
fighting [3]  63/13 63/13 97/16
figure [1]  45/5
figured [2]  17/4 37/19
filing [3]  4/21 5/4 154/14
filings [1]  150/6
fill [2]  75/18 160/7
final [1]  4/10
finalizing [1]  11/19
finally [2]  96/9 157/13
financial [1]  96/7
financials [1]  94/13
financials/pricing [1] 94/13
find [4]  8/5 62/24 63/6 73/18
find -- was [1]  73/18
finds [1]  155/1
fine [10]  10/16 34/13 34/16 80/23 102/6 113/2 145/22 149/22 152/8 158/14
finish [3]  80/15 80/18 159/5
fire [2]  87/5 96/4
first [44]  7/10 12/15 13/21 15/9 18/3 18/24 20/19 20/24 31/14 31/17 36/6 44/14 54/22 62/23 63/5 63/6 63/6 63/8 64/11 65/22 68/7 69/6 69/25 70/22 76/16

87/13 88/20 88/21 89/25 92/21 105/1 106/22 109/4 109/12 114/13 118/19 127/12 130/3 130/11 141/6 142/14 149/20 159/20 160/6
first -- the [1]  18/3
fit [1]  155/20
five [3]  35/17 140/1 140/10
five days [1]  35/17
five hours [1]  140/10
fix [4]  12/11 16/11 19/18 115/4
fixing [2]  107/19 142/2
flat [1]  31/2
fleet [1]  96/11
floored [1]  109/4
focus [6]  46/13 48/1 50/23 71/21 74/20 112/22
focused [1]  158/3
Foggo [1]  123/16
folks [9]  27/16 28/10 29/18 62/6 80/7 124/12 148/5 148/11 162/14
follow [11]  51/8 52/3 53/8 60/2 85/1 97/21 104/10 104/19 107/5 120/14 120/22
follow-on [2]  51/8 52/3
follow-through [1] 60/2
followed [1]  31/15
following [5]  53/13 70/12 101/8 119/25 134/20
food [1]  130/11
foot [1]  32/3
footsteps [1]  31/15
Force [1]  96/25
foregoing [1]  163/4
forgotten [1]  56/22
form [1]  96/10
formal [4]  123/6 123/8 131/1 144/4
former [4]  31/18 96/10 97/5 109/18
forth [5]  120/5 120/9 121/4 121/8 121/9
Fortune [1]  78/3
forward [8]  14/19 25/13 43/20 48/13

forwarded [6]  54/14 54/15 54/17 54/17 59/1 125/10
found [4]  124/9 132/13 143/19 150/25
Founding [1]  100/21
four [32]  23/11 24/1 24/11 26/1 29/21 32/24 36/25 39/19 42/19 60/14 60/21 60/22 60/23 76/25 81/22 87/14 93/20 96/10 96/24 101/5 109/1 109/7 112/21 113/21 123/16 127/2 133/19 133/24 137/18 142/25 143/8 145/5
four hours [1]  32/24
four-star [20]  24/1 24/11 26/1 29/21 36/25 60/21 60/23 76/25 87/14 93/20 101/5 109/1 109/7 113/21 123/16 127/2 133/24 137/18 142/25 143/8
four-stars [2]  96/24 145/5
frankly [2]  152/10 153/19
free [11]  21/2 21/8 21/11 21/14 31/1 36/4 56/3 103/19 107/2 130/6 130/8
fresh [2]  15/21 87/5
Friday [4]  99/8 126/6 139/20 141/14
friend [4]  32/18 54/5 54/8 79/21
friendly [2]  32/17 68/25
friends [7]  32/16 54/7 55/8 55/9 123/8 127/2 130/8
front [3]  78/3 132/16 137/10
full [8]  27/4 33/6 45/23 47/18 47/18 69/10 87/3 141/17
Fuller [3]  42/4 42/17 42/21
fully [3]  16/6 30/6 79/2
fun [3]  60/8 60/9 119/8
fundamentally [1]

**F**

**fundamentally... [1]** 157/4
**further [4]** 23/15 43/13 94/8 106/11
**furtherance [5]** 153/12 156/13 156/14 157/8 157/12
**future [1]** 143/22

**G**

**Gardner [2]** 81/25 146/4
**gas [2]** 82/20 83/9
**gave [10]** 14/11 18/16 22/18 30/24 37/10 41/23 41/24 134/10 154/16 154/20
**Geier [3]** 99/6 99/14 100/4
**Gene [1]** 82/16
**general [6]** 16/9 16/9 22/7 69/19 84/12 156/20
**generally [3]** 16/19 18/11 118/17
**Genoble [1]** 81/15
**gentlemen [3]** 8/13 81/4 129/19
**get [55]** 7/13 9/14 11/24 11/25 12/18 14/23 15/3 19/17 21/20 22/5 30/13 31/14 32/22 33/6 34/12 35/14 35/16 36/5 38/23 43/23 43/24 44/16 45/9 46/2 46/10 53/10 53/11 56/23 58/18 60/4 60/15 60/25 62/6 63/8 63/21 69/10 82/22 84/22 93/24 97/4 97/8 98/12 119/6 120/1 120/8 125/14 126/5 129/11 129/12 131/19 138/7 142/7 143/7 148/7 159/9
**gets [4]** 15/21 75/7 98/12 117/21
**getting [10]** 8/5 70/2 75/13 77/5 101/18 107/8 115/15 137/7 144/9 162/5
**Geurts [4]** 38/6 130/17 130/19 132/11
**ghosted [1]** 63/9

**GIBSON [1]** 1/21
**gift [5]** 4/23 4/25 5/1 5/8 5/18
**gifts [6]** 4/18 5/7 148/18 148/21 148/25 149/2
**Gilday [13]** 30/5 30/10 30/11 30/12 30/17 30/25 31/6 33/1 33/5 40/9 104/9 132/25 133/5
**girlfriend [3]** 135/22 136/10 136/13
**gist [1]** 56/23
**give [26]** 6/17 10/11 16/14 17/10 22/13 71/5 79/3 96/7 99/22 113/7 118/14 134/21 138/6 139/10 141/24 142/5 147/25 151/3 152/2 152/6 154/7 157/3 158/1 160/13 160/19 162/6
**given [16]** 12/13 19/24 33/10 36/3 38/10 38/22 47/6 47/20 49/5 145/3 149/24 152/2 152/18 153/2 159/10 161/24
**gives [1]** 151/13
**giving [6]** 19/7 50/13 72/15 74/23 89/14 158/7
**globally [1]** 28/2
**glossary [1]** 49/11
**Gmail [17]** 29/4 29/12 29/15 62/2 62/4 104/15 105/7 123/22 123/25 124/4 124/7 124/10 124/14 125/11 125/14 125/15 125/25
**gmail.com [1]** 29/1
**go [58]** 11/7 11/21 12/23 17/20 17/21 18/17 19/16 21/24 40/4 43/5 45/7 45/14 45/16 53/14 55/4 57/12 57/19 57/25 60/21 64/10 69/10 71/16 71/23 74/17 75/25 78/17 82/20 84/15 86/19 92/23 103/13 103/14 104/9 104/22 105/1 105/2 106/11 109/16 110/22 113/17 119/6

**GIBSON [1]** 1/21
**go-ahead [8]** 18/17 43/5 45/7 45/14 53/14 69/10 104/9 121/4
**goal [1]** 132/24
**God [4]** 43/12 73/5 79/10 138/17
**goes [7]** 19/18 27/25 117/11 129/6 138/16 142/25 157/4
**going [65]** 4/14 10/11 13/3 15/2 15/19 23/3 24/10 24/12 26/8 28/13 30/1 39/8 43/19 43/20 45/9 46/12 46/13 48/1 50/14 50/17 50/23 52/19 53/9 53/11 55/5 56/13 56/20 57/3 61/2 61/12 68/10 71/4 81/10 82/13 85/12 88/25 89/8 92/11 94/21 96/2 96/4 101/23 102/12 103/1 104/24 105/12 109/11 110/5 110/22 112/22 125/19 126/15 128/2 128/13 130/22 144/7 145/7 146/2 153/17 155/11 156/25 157/1 157/9 160/13 160/15
**gone [2]** 45/20 149/17
**good [34]** 8/20 8/21 22/8 27/14 28/8 32/16 32/17 40/17 49/25 55/16 59/22 80/5 109/4 109/5 110/4 110/4 130/8 136/5 136/20 142/24 150/13 150/23 151/7 151/11 152/9 154/11 154/23 154/24 154/24 155/2 161/19 161/21 162/9 162/18
**good-faith [3]** 150/13 151/7 152/9
**goodwill [4]** 4/18 5/6 148/18 148/21
**Google [2]** 100/21 145/1
**Googles [1]** 109/14
**got [29]** 18/10 20/25

**GIBSON [1]** 1/21
22/10 22/16 23/11 23/25 24/2 24/6 30/19 33/16 38/16 40/22 41/3 41/15 43/5 43/22 45/7 45/23 54/19 67/7 74/1 77/25 80/23 121/3 122/7 122/9 139/6 143/22 161/11
**got -- actually [1]** 23/25
**gotten [2]** 68/25 104/9
**government [33]** 1/11 4/22 4/25 7/11 7/17 10/18 18/25 28/14 46/13 47/25 50/18 61/13 85/13 89/8 90/22 103/2 112/1 117/15 117/21 123/18 145/11 148/21 149/1 149/3 152/17 152/20 153/2 154/15 155/5 156/3 156/9 159/1 160/11
**government's [6]** 7/5 57/4 81/11 111/10 148/24 154/19
**GPS [3]** 92/24 94/9 107/21
**graduate [1]** 24/13
**gratuities [1]** 149/3
**gratuity [5]** 4/22 4/24 5/1 5/17 148/25
**great [11]** 44/14 44/21 48/12 69/2 80/25 88/18 94/1 102/9 104/11 128/8 142/19
**green [8]** 14/12 38/16 38/18 41/22 41/23 41/24 146/5 146/12
**Greg [4]** 42/4 112/12 112/14 138/20
**grilling [4]** 133/15 133/16 133/16 143/20
**ground [1]** 22/21
**grounds [1]** 139/3
**group [9]** 27/3 36/15 39/19 39/20 40/12 40/14 40/20 41/2 119/1
**grow [2]** 23/20 132/23
**guard [1]** 86/11
**guess [23]** 18/1 26/21 27/24 37/4 38/4 46/7 48/18 48/25 51/25 52/13 52/15 58/17 63/12 69/15 69/16 73/9

**G**

**guess... [7]** 95/22
112/1 128/1 136/18
143/18 148/18 150/18
**guess -- actually [1]**
148/18
**guests [1]** 64/9
**guidance [4]** 50/13
58/4 59/3 98/19
**guns [1]** 78/11
**guy [5]** 19/7 122/11
122/12 127/19 133/24
**guys [5]** 77/1 99/22
108/7 111/3 119/15

**H**

**had [136]** 6/8 9/12
12/7 12/13 12/16 12/18
15/18 18/8 18/15 18/21
18/24 19/23 20/1 20/7
21/17 26/21 27/5 27/14
28/5 28/8 30/7 30/8
30/23 31/15 33/4 33/11
36/3 37/18 38/20 40/16
41/16 41/19 43/9 43/18
43/23 43/24 45/16
45/22 47/13 47/15
48/17 48/17 49/12 50/1
50/5 52/1 53/1 54/14
55/23 56/15 57/21
57/21 58/10 58/16
58/23 59/1 59/4 59/17
59/17 60/10 60/18
60/20 63/24 65/14
67/25 68/21 68/25 69/8
69/17 69/18 69/20 70/1
70/9 70/12 71/10 72/11
73/24 74/8 74/17 79/21
80/2 83/7 83/8 83/21
85/4 85/4 87/12 87/17
87/22 87/25 91/7 92/19
95/25 96/3 96/17 98/7
101/3 101/15 102/7
102/17 102/23 104/6
104/7 104/9 104/11
104/20 106/21 107/19
113/15 113/16 118/6
120/4 120/14 123/13
125/16 125/16 127/6
130/3 130/4 130/11
130/20 132/10 132/25
133/5 134/12 134/12
136/4 136/16 137/17
140/7 140/12 140/22

142/20 148/17 159/20
162/10
**haha [1]** 146/21
**hair [1]** 96/4
**half [11]** 13/14 15/1
15/20 15/22 20/24
20/25 51/4 57/10 59/16
69/15 69/16
**halfway [1]** 107/25
**hand [11]** 13/19 48/22
49/1 49/3 55/19 68/8
86/1 130/18 131/8
132/5 132/13
**handling [1]** 4/10
**handwriting [1]** 85/20
**happen [5]** 43/19
43/24 43/25 44/2
114/21
**happened [11]** 14/17
20/22 23/25 34/10 35/3
40/22 83/16 99/23
106/22 118/15 130/1
**happened -- well [1]**
106/22
**happening [6]** 19/19
73/10 85/7 89/5 101/8
116/18
**happens [4]** 38/24
56/19 71/15 90/17
**happy [1]** 103/24
**hard [7]** 72/14 73/3
74/2 76/8 133/3 137/17
146/1
**hardly [1]** 156/22
**has [26]** 7/11 7/17
25/24 25/25 28/18 29/6
29/8 42/1 50/17 60/2
63/16 64/7 81/10 81/15
90/22 110/19 138/23
148/25 149/1 149/3
150/23 156/3 156/9
156/13 161/16 162/4
**hasn't [3]** 90/11 90/20
155/23
**hate [2]** 82/24 82/24
**have [148]** 4/3 5/9 5/12
6/1 6/9 8/2 8/13 9/3 9/7
12/8 17/2 17/10 17/15
18/5 19/2 19/11 23/22
25/15 25/21 26/16
27/13 27/20 29/11
33/13 33/15 36/10
36/16 36/24 37/9 38/1
38/1 38/3 41/4 41/10

41/14 42/24 44/21
44/24 45/17 45/17
45/21 46/1 46/4 46/10
47/8 47/11 47/22 51/19
52/6 52/17 53/15 54/9
55/7 55/23 57/1 58/2
58/4 58/14 58/20 59/18
59/25 60/2 60/15 60/17
62/7 62/17 63/21 64/22
65/5 67/7 71/19 74/20
76/6 76/21 77/11 79/1
81/4 81/19 82/17 82/20
84/16 85/6 86/22 87/1
88/21 88/21 89/19
89/20 89/22 96/19 97/3
102/3 103/20 106/18
107/1 107/2 108/12
109/7 109/14 110/3
110/25 114/6 114/22
117/1 120/6 124/12
125/24 126/1 126/20
127/13 132/15 132/19
134/15 135/11 137/13
137/16 140/1 140/13
140/14 142/1 143/1
143/4 143/25 144/3
145/21 146/6 148/15
148/20 149/21 150/10
150/25 152/20 154/15
155/9 155/12 156/2
156/13 156/17 157/11
159/25 160/2 160/6
160/15 161/14 161/18
161/19 162/7 162/18
**have -- I [1]** 108/12
**have -- if [1]** 38/1
**have -- it's [1]** 155/9
**haven't [7]** 5/20 43/9
56/22 58/3 71/3 110/15
131/18
**having [15]** 11/25
59/12 69/4 69/7 86/15
106/12 107/4 109/1
114/17 114/24 116/23
135/14 137/10 147/10
151/3
**he [346]**
**he -- he [1]** 77/20
**he -- or [1]** 68/7
**he's [21]** 47/3 47/17
63/2 64/5 73/22 76/16
94/13 100/23 108/2
115/20 117/18 118/23
128/21 130/5 130/22

133/24 142/25 144/22
161/6 161/12 161/24
**head [19]** 24/2 27/25
30/7 30/9 30/15 31/16
31/17 31/22 44/1 48/23
58/12 60/24 96/10
96/12 109/8 109/18
133/25 141/23 153/10
**headquarter [1]** 63/20
**headquarters [1]**
67/24
**heads [2]** 31/18 78/3
**hear [12]** 6/20 9/5
44/15 57/1 58/25 59/22
60/9 115/11 115/14
127/16 127/17 128/22
**heard [22]** 19/8 19/8
22/18 58/3 60/10 60/16
65/14 80/1 81/24 87/22
89/14 89/16 94/3 106/1
110/10 117/4 128/10
128/23 135/4 149/20
150/12 154/1
**heard -- the [1]** 19/8
**hearsay [21]** 9/24
15/13 34/1 88/3 101/25
108/9 108/10 108/16
110/9 111/8 116/12
127/21 127/24 128/15
128/19 128/21 128/24
137/22 137/25 138/23
139/4
**heels [1]** 133/20
**heightened [1]** 8/1
**held [1]** 150/23
**Hello [4]** 4/17 51/6
71/3 124/23
**help [15]** 12/11 16/11
28/6 33/8 35/17 53/9
53/11 53/21 53/22 56/2
56/4 69/22 131/23
142/18 143/3
**helped [2]** 67/7 109/20
**helpful [2]** 32/1 34/11
**helping [3]** 53/24
119/11 132/12
**her [17]** 48/18 49/7
52/1 52/6 63/24 73/16
85/2 120/14 130/21
136/2 136/25 137/10
137/17 160/5 160/7
160/13 160/19
**here [27]** 10/10 25/14
33/12 43/2 50/19 51/8

**H**

**here... [21]**  52/7 53/20 63/21 64/15 65/6 69/2 89/13 96/8 97/24 112/23 120/19 135/8 137/25 152/5 152/19 152/24 153/16 156/20 157/4 159/20 160/12
**here's [1]**  90/2
**herman [4]**  2/1 2/4 163/3 163/9
**Hi [1]**  60/8
**hide [2]**  106/6 125/18
**high [1]**  113/22
**high-stakes [1]**  113/22
**higher [2]**  60/21 84/15
**highest [2]**  113/9 113/13
**highly [1]**  151/23
**him [106]**  7/25 11/19 12/13 14/14 15/8 17/9 22/10 27/16 28/10 29/25 32/4 32/10 32/11 32/13 32/15 32/18 32/24 33/10 33/13 34/13 34/15 38/11 38/13 38/18 38/20 38/24 38/25 41/10 41/16 47/22 49/2 49/19 54/18 54/19 54/23 55/6 55/7 58/17 58/17 59/2 60/16 62/9 63/16 64/22 69/7 69/7 70/18 70/20 71/2 71/12 76/16 77/5 78/8 78/21 79/8 79/12 79/18 80/18 83/22 88/25 89/4 89/20 90/16 93/5 97/9 108/1 111/16 115/19 117/3 118/25 121/15 122/6 125/2 125/3 125/19 126/20 127/10 127/10 127/12 127/16 128/13 130/5 131/19 131/24 133/12 134/2 134/2 134/3 134/4 134/4 134/10 134/21 134/24 135/1 135/2 141/3 141/6 142/7 142/14 143/1 143/6 143/12 161/10 161/11 162/1 162/6
**him -- this [1]**  29/25
**himself [2]**  22/8 23/2
**hire [7]**  115/19 115/20

133/19 133/22 134/2 137/18 143/7
**hired [1]**  84/11
**hires [1]**  109/21
**his [71]**  12/16 23/8 24/1 25/19 26/4 26/8 29/6 29/8 29/13 37/2 37/3 38/23 45/24 47/15 47/21 53/5 60/22 62/2 62/4 62/7 63/14 63/24 64/9 64/9 68/8 75/9 79/21 88/16 88/16 96/16 97/7 97/21 97/23 100/22 104/15 104/17 105/7 105/9 108/11 108/16 115/8 115/12 115/14 119/3 120/5 122/14 123/15 123/16 123/22 124/9 125/11 125/14 125/15 125/25 126/2 126/23 127/2 127/3 127/7 127/7 128/3 129/4 130/3 130/5 133/2 134/24 136/1 137/7 140/16 145/3 159/13
**his -- I [1]**  130/3
**history [2]**  39/2 71/10
**hit [3]**  55/11 55/14 70/10
**hold [5]**  26/5 141/6 142/14 153/3 161/11
**Hondo [4]**  38/6 130/17 130/19 132/11
**honest [4]**  41/6 43/21 44/2 131/7
**honestly [3]**  41/3 72/21 124/1
**Honor [125]**  4/3 4/17 5/4 5/13 5/16 6/4 6/8 6/14 6/25 7/6 8/7 8/17 9/24 10/5 10/20 10/24 15/12 15/14 20/12 24/24 33/25 34/1 34/3 34/8 39/9 74/25 75/24 80/6 80/11 80/13 81/1 81/8 88/3 88/6 89/2 89/4 89/13 89/22 90/7 90/25 91/4 91/13 91/18 94/22 98/22 99/3 100/16 101/25 102/6 102/14 108/9 108/15 108/22 110/7 110/9 110/10 110/16 111/7

110/19 110/22 134/2 111/9 111/13 111/20 111/25 112/4 113/2 116/12 116/24 117/3 117/8 117/14 117/19 117/23 118/1 125/21 127/21 127/25 129/6 129/13 135/16 137/20 137/22 138/7 138/16 138/24 139/5 139/11 139/16 142/9 145/21 148/2 148/23 149/10 149/14 149/22 150/15 151/2 151/13 151/18 151/25 152/2 152/6 152/13 152/15 153/14 154/2 154/6 154/23 156/7 157/15 157/23 158/4 158/5 158/16 158/22 158/23 159/2 159/12 159/15 160/11 160/23 160/24 161/10 161/15 162/1 162/11 162/18
**HONORABLE [1]**  1/9
**hope [2]**  48/11 138/7
**hoped [2]**  43/23 43/24
**Hopefully [1]**  4/16
**hoping [3]**  44/16 58/23 73/25
**horrible [1]**  55/23
**host [1]**  61/18
**hosted [1]**  36/10
**hosting [2]**  36/17 65/4
**hosts [1]**  36/12
**hotel [3]**  78/15 98/2 105/12
**hour [6]**  71/5 72/2 74/15 92/20 96/17 158/13
**hours [8]**  32/24 82/7 82/9 105/14 133/21 135/7 140/1 140/10
**house [2]**  64/9 136/4
**housekeeping [1]**  159/3
**how [43]**  9/3 9/7 11/20 12/9 16/14 16/14 16/14 16/18 17/4 18/11 19/20 22/12 26/1 31/5 38/22 49/5 56/16 56/25 58/4 59/17 59/18 65/9 67/10 69/2 70/5 70/6 71/9 71/25 74/14 85/21 87/3 95/21 107/20 118/25

120/9 128/5 131/13 132/23 133/20 143/3 155/25 160/21 162/9
**however [3]**  21/19 97/7 97/15
**HR [13]**  12/19 13/6 31/16 31/18 48/23 58/12 78/3 96/10 96/16 109/8 109/13 109/18 133/25
**huge [1]**  43/12
**huh [7]**  22/25 30/3 31/8 56/14 63/22 114/2 125/9
**human [2]**  55/24 55/24
**hundred [5]**  13/5 21/25 27/5 96/18 134/21
**hundred million [1]**  27/5
**hundred-million-sized [1]**  21/25
**hungry [1]**  40/15
**hypotheticals [1]**  25/14

**I**

**I'd [2]**  145/12 159/9
**I'll [17]**  7/6 7/10 8/4 20/14 34/18 41/10 60/3 61/21 80/8 82/15 97/8 107/12 129/19 138/4 138/6 155/20 161/4
**I'm [78]**  5/3 8/5 11/19 11/21 11/25 12/15 25/8 28/12 28/13 30/13 34/7 39/8 46/12 46/13 48/1 50/17 50/23 51/14 55/5 55/24 57/3 59/12 59/12 61/12 64/13 64/18 66/11 68/10 75/24 76/1 80/23 82/8 82/19 82/20 85/12 85/21 90/24 92/11 93/17 94/21 95/21 95/22 96/2 99/12 101/23 102/6 103/1 104/23 105/18 106/16 108/12 108/16 108/17 108/18 110/5 110/22 112/8 112/22 114/7 116/23 117/20 121/18 123/1 128/13 128/18 129/17 130/7 134/2 136/13 146/2 147/16

Case 1:24-cr-00265-TNM   Document 394-1   Filed 04/14/26   Page 181 of 201

**I**

**I'm... [7]** 149/15 150/5 151/20 159/15 160/7 160/18 161/2
**I've [8]** 41/7 64/16 64/17 143/11 148/6 149/20 155/21 162/10
**Iceland [1]** 119/7
**idea [6]** 37/18 58/23 72/11 74/20 76/6 108/25
**idea -- let's [1]** 74/20
**ideas [1]** 82/18
**identify [1]** 85/21
**IFLEX [21]** 35/13 36/8 36/11 36/13 38/9 40/12 40/20 40/22 41/2 41/15 41/19 42/15 42/25 44/7 44/15 51/1 57/8 65/10 65/11 127/13 130/18
**imaginable [1]** 96/5
**imagine [1]** 55/20
**imagined [1]** 55/22
**immediately [1]** 26/8
**impeach [2]** 88/21 88/25
**impeached [2]** 89/4 89/25
**impeaches [1]** 90/16
**impeaching [1]** 90/9
**impliedly [1]** 90/23
**imply [1]** 90/1
**important [10]** 38/7 51/15 52/17 86/23 87/7 87/12 89/10 113/19 132/14 157/5
**impressed [1]** 146/24
**impression [5]** 9/3 9/7 73/18 136/15 137/13
**inaccurate [1]** 151/24
**inattentive [1]** 160/3
**Inaudible [1]** 116/15
**inbox [1]** 125/16
**inbox...want [1]** 99/24
**inclined [3]** 151/2 152/1 152/6
**inclined -- we [1]** 152/1
**include [3]** 4/21 87/25 91/10
**included [1]** 7/4
**including [4]** 13/24 64/11 90/7 152/25
**inconsistent [5]** 90/9

90/12 90/16 90/17 90/19
**increase [1]** 31/2
**indicated [4]** 12/11 92/24 94/9 118/22
**indisputably [1]** 156/3
**individual [2]** 130/20 134/7
**individuals [1]** 53/8
**industry [1]** 114/21
**info [1]** 93/24
**inform [1]** 89/10
**information [1]** 34/4
**informed [1]** 155/7
**informs [1]** 151/14
**initially [6]** 19/23 28/22 47/23 97/5 106/21 141/9
**innovation [1]** 70/8
**insane [2]** 92/14 92/14
**inside [1]** 77/25
**insights [2]** 58/4 59/25
**insisted [2]** 32/11 32/13
**instance [1]** 106/7
**instead [2]** 5/8 13/5
**instruct [1]** 159/23
**instructed [1]** 155/7
**instructing [1]** 159/21
**instruction [34]** 5/7 5/19 6/10 6/16 7/3 7/7 7/11 7/16 7/23 150/2 150/7 150/13 150/20 151/1 151/7 151/14 151/17 152/2 152/7 152/9 152/15 152/16 152/25 153/15 153/21 153/24 154/4 154/8 154/16 154/21 157/2 157/14 157/24 158/2
**instruction -- I [1]** 152/25
**instructions [8]** 4/10 6/9 7/5 148/16 149/19 150/8 156/8 157/10
**instructions -- I [1]** 6/9
**insufficient [1]** 8/3
**integration [1]** 11/23
**intelligence [4]** 136/17 136/21 136/24 137/1
**intend [2]** 38/25 154/23
**intended [1]** 36/6
**intending [1]** 56/11

**intention [1]** 72/21
**intentionally [2]** 7/18 10/25
**interest [5]** 8/1 115/8 115/12 115/14 126/24
**interested [1]** 107/7
**interests [1]** 7/14
**internal [2]** 79/25 139/23
**international [2]** 105/19 106/8
**interviewing [1]** 133/18
**introduce [1]** 131/13
**introduced [1]** 42/2
**introducing [1]** 23/5
**inverted [1]** 155/14
**investment [1]** 12/9
**investor [5]** 96/6 98/13 99/10 99/17 101/24
**investors [14]** 86/23 87/20 88/12 95/20 96/3 98/10 98/15 100/1 101/16 102/8 102/17 102/22 118/9 119/21
**invite [1]** 122/15
**invited [8]** 35/16 35/18 37/22 64/8 64/8 64/24 78/2 122/14
**inviting [2]** 64/7 125/2
**involved [2]** 16/25 46/6
**involving [1]** 50/19
**iron [1]** 131/22
**is [362]**
**is -- it's [1]** 89/6
**Island [1]** 35/22
**isn't [3]** 88/18 127/24 156/16
**issue [2]** 16/12 115/4
**it [351]**
**it's [153]** 5/18 6/10 10/15 11/20 11/22 12/15 12/22 12/23 13/9 13/11 13/21 13/22 15/14 17/17 19/15 22/9 25/2 25/10 25/11 25/11 25/24 26/21 28/3 28/25 34/3 34/8 34/9 35/13 36/13 37/2 38/21 39/11 39/13 39/19 39/20 40/6 42/22 46/20 46/22 48/2 48/6 51/5 52/17 52/19 54/6 57/5 57/12 57/13

57/15 58/3 60/8 61/16 62/2 64/12 64/13 66/1 66/3 66/3 66/9 67/22 69/15 70/7 70/8 72/4 72/14 73/3 75/19 76/8 78/16 79/1 84/12 84/15 85/10 85/13 85/20 85/23 87/2 87/5 87/13 89/5 89/6 90/12 91/25 95/10 95/23 99/5 99/8 99/23 103/13 103/16 104/8 104/12 105/6 105/9 106/15 108/4 110/19 111/11 112/1 112/17 112/25 115/2 116/18 116/19 117/9 117/10 117/12 117/12 119/1 121/4 123/8 123/22 124/15 124/19 124/21 125/6 127/25 128/1 128/2 128/15 128/19 128/21 128/25 129/2 130/8 130/10 131/1 131/8 132/3 134/14 138/10 138/10 138/13 138/15 138/16 138/22 144/6 148/5 151/6 151/19 151/20 151/21 152/4 153/11 155/8 155/9 155/24 156/6 156/11 156/25 158/8 161/8 161/17
**it's -- that [1]** 13/21
**Italian [1]** 64/2
**Italy [8]** 60/9 64/25 67/18 67/20 67/23 69/2 103/20 119/6
**its [5]** 10/13 10/14 79/2 116/25 153/10
**itself [1]** 22/6

**J**

**janitor [3]** 76/21 76/22 86/12
**Jeff [1]** 99/22
**Jeffrey [1]** 99/6
**jest [1]** 142/4
**jet [4]** 78/11 78/17 98/1 101/12
**Jim [1]** 22/17
**job [21]** 63/14 84/22 115/7 115/9 115/12 115/15 127/7 133/12 135/6 137/3 137/7

Case 1:24-cr-00265-TNM   Document 394-1   Filed 04/14/26   Page 182 of 201

**J**

**job... [10]** 137/10 142/7 142/25 143/1 143/4 143/7 144/5 144/8 144/9 157/6

**jobs [2]** 62/6 144/6

**John [4]** 1/17 13/22 59/1 60/4

**join [5]** 38/11 126/24 143/12 144/19 144/20

**joined [4]** 7/18 68/21 145/2 145/3

**joining [5]** 114/19 130/19 131/22 133/9 141/3

**joins [1]** 84/22

**joint [2]** 6/8 150/8

**joke [1]** 142/1

**Jonathan [1]** 66/18

**Joshua [1]** 1/12

**JP [1]** 145/1

**judge [5]** 1/9 154/16 154/19 155/22 157/3

**judgment [2]** 70/6 130/21

**Juliet [24]** 13/11 14/8 22/16 45/23 48/8 48/12 50/24 53/22 61/9 61/16 66/19 67/4 67/19 68/18 69/1 72/5 72/9 72/19 74/10 75/10 85/1 93/24 97/25 120/5

**July [14]** 26/22 27/17 30/14 63/21 122/20 123/4 124/17 124/24 126/3 126/15 139/20 141/3 141/11 145/18

**July 13 [1]** 124/17

**July 2022 [1]** 141/11

**July 23rd [3]** 123/4 139/20 145/18

**July 9th [1]** 27/17

**jump [49]** 11/14 12/10 14/12 17/21 20/23 23/16 23/23 39/19 39/20 42/18 42/19 43/6 43/7 43/19 45/1 47/7 48/13 53/1 76/14 76/15 76/18 76/22 76/23 91/11 92/3 93/19 97/13 98/16 100/5 100/22 100/23 101/7 101/10 104/6 107/24 108/24 112/13 112/21 114/19

115/4 124/23 133/11 134/6 137/15 139/23 141/4 143/12 143/22 149/2

**Jump's [2]** 8/25 22/14

**jumps [1]** 158/6

**juncture [4]** 32/11 43/21 75/3 108/6

**June [3]** 58/2 58/17 59/10

**junior [1]** 16/13

**juror [6]** 4/9 4/15 160/2 160/6 161/1 161/19

**jurors [2]** 151/14 153/17

**jury [31]** 1/8 4/2 4/10 5/19 6/9 7/3 7/5 8/10 8/11 10/22 24/22 75/12 80/9 81/2 85/13 89/9 91/16 94/24 99/1 100/14 110/19 112/2 117/9 139/14 148/12 148/16 155/1 155/6 156/8 157/9 157/14

**jury's [1]** 19/8

**just [154]** 4/9 5/7 5/12 7/6 7/10 7/13 8/22 9/16 10/11 11/2 11/23 15/9 15/14 16/25 17/4 17/19 17/25 21/5 22/12 22/23 23/18 26/5 27/1 27/3 27/13 28/11 30/8 31/12 31/21 32/21 33/17 34/9 34/13 34/15 35/23 39/5 40/6 41/18 44/3 45/24 48/3 49/2 49/8 50/13 50/16 51/7 52/2 52/5 52/16 53/22 53/23 55/16 55/16 55/22 55/24 55/25 56/6 56/22 62/10 63/5 67/7 68/19 69/10 69/25 70/2 70/8 70/9 71/4 71/6 71/9 71/9 71/12 74/10 75/10 75/12 75/24 77/6 77/19 77/21 80/18 80/22 82/13 83/3 85/2 86/9 87/9 89/9 89/14 89/15 92/14 98/9 99/11 99/20 99/25 102/7 102/16 102/18 102/23 103/11 103/24 104/19 106/25 107/18 110/7 110/23 111/4 111/9 111/13

113/18 113/22 114/20 115/22 116/4 116/17 116/19 118/6 123/18 126/10 127/6 131/1 131/14 133/21 134/2 134/6 136/20 138/10 144/13 145/7 149/25 150/3 150/10 150/15 150/22 151/11 153/17 153/21 155/8 155/8 155/14 155/17 155/20 155/22 157/23 157/24 157/24 158/9 159/3 160/2 160/8 160/24 161/2 161/15 161/23 162/5

**just -- I'm [1]** 134/2

**just -- it [1]** 69/25

**just -- she [1]** 52/5

**JV [1]** 96/23

**K**

**Kahn [1]** 90/8

**keep [6]** 21/5 21/8 41/10 89/9 99/24 155/11

**keeping [1]** 63/16

**Kelly [6]** 1/12 66/18 66/18 148/17 149/17 155/14

**kept [9]** 22/12 64/7 92/2 102/3 115/2 118/11 133/24 134/1 134/3

**key [2]** 111/3 132/12

**keynote [9]** 35/17 35/18 37/22 37/25 38/2 38/5 122/15 123/10 136/3

**keynotes [1]** 38/3

**kick [1]** 32/2

**kicked [1]** 40/12

**KIM [48]** 1/6 1/15 3/3 4/3 8/14 8/15 8/18 8/20 9/18 10/14 10/15 11/2 33/19 45/10 66/17 79/19 80/16 81/5 81/10 85/6 85/15 91/6 91/20 95/13 102/16 105/23 112/6 113/3 113/4 116/16 118/5 128/2 129/12 129/23 134/7 135/8 145/13 145/19 145/25 146/2 147/7

147/25 152/21 154/9 156/12 157/6 159/5 160/25

**Kim's [3]** 117/11 128/5 129/9

**kind [23]** 6/23 16/25 45/19 55/22 55/24 56/23 75/7 109/3 115/5 131/22 132/21 133/22 134/11 136/20 136/21 136/25 139/6 143/16 143/20 144/6 144/15 152/13 157/3

**Klein [2]** 35/19 35/19

**Klein's [1]** 36/15

**knew [7]** 27/23 29/16 113/20 128/5 142/21 142/21 142/21

**know [95]** 5/18 14/14 14/18 16/6 20/20 21/2 21/11 26/12 27/22 27/23 28/20 29/25 32/12 32/15 34/10 37/15 37/25 38/24 39/1 43/22 44/2 45/10 45/25 47/8 49/19 50/13 54/19 55/17 56/4 62/15 62/16 66/2 67/19 69/1 71/25 74/2 74/14 75/20 76/20 78/15 78/18 78/25 79/6 80/3 85/9 85/18 85/21 86/3 95/21 99/23 101/15 107/7 107/11 109/17 112/8 113/16 114/20 115/18 124/2 125/13 126/1 127/11 127/13 130/21 131/18 131/23 132/7 133/22 134/11 135/24 141/23 143/9 143/18 144/8 144/10 144/25 146/18 146/21 147/5 147/7 147/10 149/8 151/18 154/14 158/17 159/18 159/19 160/25 161/3 161/5 161/5 161/8 161/13 161/16 161/17

**know -- so [1]** 107/11

**knowingly [1]** 151/4

**knowledge [2]** 120/6 150/22

**known [1]** 19/9

**knows [3]** 7/6 30/22 154/23

**K**

**Kunkle [6]** 42/4 42/21 43/11 112/12 113/4 138/20

**L**

**Lacore [8]** 66/19 67/4 67/21 67/22 68/18 68/24 72/7 74/8
**ladies [3]** 8/12 81/3 129/19
**lands [1]** 31/1
**language [10]** 6/20 6/23 7/1 7/4 149/8 149/12 150/1 150/4 150/11 153/19
**languages [1]** 136/20
**laptops [1]** 78/16
**large [5]** 11/20 31/12 64/6 118/23 122/11
**largest [5]** 100/23 109/18 113/15 133/25 136/3
**last [27]** 5/4 7/7 9/5 19/21 40/13 45/7 48/3 51/7 52/20 56/17 60/10 64/25 67/10 73/6 83/18 89/3 89/24 94/6 102/4 103/10 103/23 105/11 129/20 131/7 142/14 143/24 149/20
**lasted [1]** 74/14
**late [11]** 11/12 18/9 32/21 43/16 64/16 68/15 70/24 74/17 104/24 105/11 108/19
**later [7]** 15/1 54/11 83/8 88/12 89/11 108/4 143/19
**later -- she [1]** 143/19
**Laughter [5]** 117/7 117/17 138/5 155/17 162/13
**launch [2]** 141/6 142/7
**launched [2]** 56/1 71/4
**law [17]** 116/2 149/21 150/2 151/6 151/11 151/15 151/22 151/24 152/4 152/5 154/3 154/5 155/5 155/6 155/7 155/10 155/25
**lawful [1]** 152/9
**lawfully [1]** 155/3
**Lawrence [1]** 66/22

**lawyer [1]** 128/9
**leader [3]** 30/1 33/11 143/10
**leaders [4]** 39/19 42/19 92/3 112/21
**leadership [10]** 16/13 70/13 71/8 74/16 79/6 85/5 91/24 96/18 109/7 134/18
**leading [5]** 20/12 75/23 125/21 135/16 142/9
**leagues [1]** 73/22
**leaned [2]** 38/16 108/6
**learn [2]** 14/25 45/13
**learned [3]** 135/11 135/14 155/21
**learning [1]** 11/15
**least [6]** 4/11 7/2 55/14 78/10 145/6 151/2
**leave [4]** 74/8 84/18 84/21 129/24
**leaves [2]** 115/20 131/22
**leaving [2]** 133/8 140/9
**led [3]** 35/5 35/6 111/5
**left [8]** 8/22 10/25 15/19 45/17 74/10 130/1 148/22 157/9
**legal [2]** 53/21 143/24
**legitimate [1]** 161/9
**Lenovo [1]** 78/16
**lesson [1]** 155/22
**let [19]** 14/14 14/18 21/11 28/20 40/21 47/8 56/4 67/9 77/21 86/21 97/17 100/17 105/20 115/7 117/6 118/13 149/7 158/17 159/18
**let's [14]** 32/2 40/4 44/4 57/25 74/20 80/7 84/8 84/8 103/14 115/4 116/4 131/22 146/11 148/6
**letter [1]** 144/9
**level [4]** 22/21 84/2 113/18 145/3
**levels [1]** 28/2
**lever [1]** 30/21
**liability [3]** 152/16 152/24 153/11
**liable [1]** 153/3
**liaison [1]** 49/6

**liberty [2]** 130/5 130/8
**licenses [1]** 20/1
**lie [2]** 79/18 157/5
**lied [1]** 156/24
**lieu [1]** 48/14
**light [7]** 14/12 22/10 38/16 38/19 41/22 41/23 41/24
**like [96]** 6/23 12/1 19/15 22/21 32/17 36/13 36/25 37/11 40/21 47/16 49/1 49/22 50/9 52/19 55/14 55/18 55/21 55/22 56/18 59/15 60/16 63/12 66/3 68/21 69/3 72/4 73/6 73/10 74/8 74/19 75/19 76/20 76/21 76/24 77/4 77/7 77/8 77/9 77/13 77/14 78/4 78/10 78/16 78/18 78/25 79/1 79/3 79/4 79/10 82/7 82/22 85/10 87/11 93/15 93/25 98/11 98/20 98/22 99/23 102/8 102/18 108/2 111/15 115/2 115/3 115/4 115/18 117/6 117/18 120/20 121/9 123/13 125/13 130/10 132/5 132/5 132/22 133/10 133/10 133/15 133/18 133/21 136/21 136/22 137/20 140/13 141/25 143/15 144/5 144/11 145/12 151/8 152/19 157/11 158/6 160/3
**liked [2]** 22/21 69/18
**likely [1]** 161/24
**likes [1]** 134/6
**line [16]** 6/17 10/25 11/17 12/14 12/22 27/8 27/12 44/14 64/12 92/12 92/17 95/12 95/15 95/17 104/12 134/8
**linear [1]** 11/25
**lines [2]** 59/24 93/8
**lineup [1]** 82/16
**link [6]** 115/7 115/8 115/11 115/14 137/4 137/7
**list [2]** 67/2 96/7
**listener [1]** 10/2

**listeners [1]** 72/16
**literally [3]** 34/3 74/16 78/11
**little [23]** 5/3 17/7 17/8 52/20 62/10 63/14 72/4 72/6 72/10 73/3 74/15 75/6 91/25 92/23 94/8 106/9 108/19 115/5 122/22 143/12 148/6 161/2 161/11
**live [1]** 65/6
**LLP [1]** 1/21
**lock [1]** 32/24
**lockdowns [1]** 55/15
**Lockheed [2]** 77/9 79/4
**Lokeya [2]** 138/20 140/5
**London [1]** 136/7
**long [19]** 18/11 19/20 21/19 56/16 56/25 59/18 59/19 65/9 67/10 71/25 74/14 97/15 105/19 106/8 132/3 133/20 142/23 159/13 159/16
**long-distance [2]** 105/19 106/8
**longer [8]** 60/18 60/22 63/11 73/10 75/4 113/21 144/24 149/12
**look [13]** 6/14 8/4 9/14 13/10 39/17 40/17 49/25 55/18 89/18 110/21 116/4 128/9 134/13
**looked [5]** 40/6 49/22 77/13 136/22 151/3
**looking [14]** 6/4 10/4 33/7 39/4 65/3 71/12 82/19 88/4 102/16 125/7 148/7 149/15 150/5 160/7
**looks [3]** 40/21 133/10 160/3
**lorraine [4]** 2/1 2/4 163/3 163/9
**lose [2]** 113/10 113/14
**lost [2]** 4/15 31/21
**lot [32]** 16/9 17/5 23/24 29/15 29/17 31/12 31/22 32/12 38/1 49/8 62/17 69/10 73/14 87/11 95/17 118/11

Case 1:24-cr-00265-TNM   Document 394-1   Filed 04/14/26   Page 184 of 201

## L

**lot... [16]** 120/6 121/4 121/8 122/12 124/11 127/18 130/11 130/14 132/12 133/14 133/20 134/22 135/6 136/16 151/9 162/7
**Lots [2]** 25/13 105/12
**loud [1]** 127/18
**love [1]** 119/11
**loved [1]** 146/14
**lunch [31]** 8/23 126/5 126/12 130/11 130/11 130/24 131/17 132/16 132/20 135/21 136/6 136/9 136/12 136/15 137/2 137/6 137/9 137/14 140/22 140/25 141/13 141/15 141/17 141/18 142/15 143/17 145/7 145/9 145/17 146/8 156/11
**lying [4]** 79/14 90/1 90/3 156/17

## M

**made [5]** 32/12 69/9 90/20 134/8 153/21
**main [9]** 22/17 37/4 37/17 38/11 101/6 123/10 123/14 127/19 132/24
**make [16]** 26/7 31/25 32/2 55/16 70/6 77/21 84/8 88/23 95/3 114/21 120/9 132/12 144/13 160/5 160/22 161/12
**makes [1]** 6/11
**making [8]** 40/19 69/23 70/8 70/19 71/11 88/22 107/20 133/3
**many [11]** 19/16 31/4 51/11 52/10 54/8 63/24 79/1 88/12 89/10 95/21 120/9
**March [7]** 55/14 60/17 61/14 62/12 64/16 65/9 69/20
**March 5th [1]** 64/16
**March 9th [1]** 61/14
**marital [1]** 135/25
**mark [1]** 74/9
**marketplace [1]** 78/19
**masks [1]** 55/19

**mass [2]** 11/24 11/24
**material [1]** 157/5
**materials [1]** 97/16
**matter [3]** 11/20 87/10 163/5
**mattered [1]** 147/6
**Matthew [1]** 66/18
**may [31]** 5/9 8/13 10/22 24/17 24/21 25/4 25/11 37/9 46/1 52/6 53/10 60/15 67/7 80/17 81/4 91/2 91/16 94/23 99/1 100/13 108/20 111/23 119/25 127/13 129/6 136/16 139/14 145/21 148/13 154/15 162/12
**May 20th [3]** 24/17 25/4 25/11
**maybe [23]** 18/12 20/19 27/22 30/8 37/14 38/24 47/18 52/19 54/23 58/22 64/8 66/8 69/16 74/9 74/9 74/18 82/9 117/21 117/21 126/5 130/19 133/25 156/18
**MCFADDEN [1]** 1/9
**me [55]** 11/16 12/1 16/3 21/11 27/8 27/16 28/10 28/20 39/7 39/9 40/21 51/9 52/8 58/10 63/2 63/11 67/9 77/21 78/10 82/16 82/23 86/7 86/10 86/21 88/9 89/19 89/23 92/24 97/17 100/17 105/20 110/4 112/14 113/8 114/5 114/7 115/7 115/7 117/6 118/13 130/7 134/6 134/9 146/12 147/6 149/7 158/4 158/6 158/7 158/8 158/17 159/18 160/3 160/5 161/18
**mean [45]** 15/6 17/9 20/17 24/9 38/18 42/6 43/2 69/24 78/8 79/8 86/6 93/19 108/2 108/25 109/5 109/6 110/1 112/25 115/20 117/20 118/9 121/2 127/1 136/5 136/6 140/4 140/11 141/8

**mean -- in [1]** 136/6
**meaning [1]** 71/7
**means [4]** 66/2 83/22 92/17 151/4
**meant [14]** 24/10 25/22 27/20 30/13 63/5 73/8 76/20 77/11 77/24 84/4 84/11 113/12 114/16 134/3
**meant -- so [1]** 73/8
**measurement [1]** 133/2
**mediocre [1]** 31/2
**meet [5]** 33/13 37/6 38/8 45/17 50/2
**meeting [46]** 9/14 12/7 18/8 23/4 33/4 33/9 33/15 34/11 38/22 47/22 50/1 50/5 51/25 60/15 64/21 65/19 65/23 66/5 66/25 69/6 71/14 71/14 92/15 92/20 92/24 93/6 94/9 96/14 96/17 96/20 101/4 104/7 104/10 108/4 109/16 113/8 113/9 113/13 113/19 113/23 114/5 114/18 122/6 122/24 131/4 134/12
**meetings [3]** 73/3 92/19 101/8
**MEGHAN [35]** 1/6 16/24 22/19 25/12 28/5 35/16 38/11 39/7 45/3 54/16 59/22 63/2 63/10 64/16 66/17 67/3 68/17 69/8 72/23 74/10 98/8 106/24 108/1 109/2 113/8 114/4 114/6 114/6 116/7 124/21 125/7 126/4 127/10 128/11 143/13
**Meghan's [1]** 103/25
**member [1]** 100/21
**members [1]** 123/8
**memories [1]** 98/12
**memory [9]** 12/17

37/10 19/23 37/10 56/18 87/5 95/3 98/10 107/1
**mens [1]** 150/20
**mentioned [9]** 11/2 36/19 51/13 58/8 84/24 98/14 127/11 131/23 143/6
**mentioned -- we've [1]** 98/14
**mentioning [1]** 80/17
**mentor [1]** 24/4
**mentoring [1]** 122/13
**mere [3]** 6/22 7/18 149/17
**Merry [7]** 54/23 54/25 55/1 55/6 55/9 56/8 57/20
**message [3]** 26/5 53/5 54/19
**messages [1]** 145/14
**MESSENGER [34]** 1/6 1/20 11/4 11/9 24/17 25/3 27/10 28/16 33/20 40/7 42/4 44/10 48/8 50/21 57/5 60/8 61/25 66/17 87/18 103/5 105/6 112/17 115/11 116/7 122/23 124/21 128/1 128/7 129/4 152/21 156/12 157/6 159/8 160/12
**Messenger's [2]** 47/1 129/10
**met [11]** 32/21 36/6 37/6 48/18 58/16 63/24 76/16 121/25 122/3 130/17 136/1
**Meta [1]** 106/17
**metadata [1]** 81/13
**Meyer [2]** 62/15 64/19
**micromanagement [1]** 82/23
**micromanagement/per fectionist [1]** 82/23
**Microsoft [5]** 66/3 66/4 81/19 120/11 144/25
**mid [1]** 55/14
**mid-March [1]** 55/14
**middle [10]** 25/5 37/13 43/1 44/5 46/14 50/10 51/23 59/21 112/22 125/5
**Mietus [13]** 28/18

**M**

**Mietus... [12]** 28/20 28/21 29/8 44/10 44/25 46/20 47/3 47/11 47/21 48/2 48/11 49/25

**might [13]** 23/12 46/5 56/17 59/18 76/21 82/17 107/1 111/12 116/2 126/1 137/16 147/5 160/5

**military [23]** 15/10 15/18 27/4 29/18 49/10 55/23 61/18 62/6 75/15 77/2 78/1 78/1 78/9 78/12 78/25 83/24 84/6 124/11 124/13 127/4 127/5 144/11 144/12

**million [30]** 12/12 12/19 13/3 13/5 14/4 14/13 14/19 14/24 15/4 16/15 18/3 18/6 19/21 20/22 21/24 21/25 23/14 25/6 26/25 27/5 36/1 97/2 97/2 97/6 113/16 113/17 118/22 121/3 121/4 140/17

**mind [13]** 40/20 117/11 117/15 128/3 128/4 129/7 129/8 129/9 138/17 138/20 138/20 138/22 139/7

**minus [1]** 17/18

**minute [6]** 74/9 74/13 75/4 80/8 103/21 144/3

**minutes [12]** 67/11 68/15 68/19 68/20 70/23 70/24 72/1 74/9 74/18 74/18 74/18 83/18

**misimpression [1]** 110/20

**missed [1]** 154/15

**missing [2]** 73/6 73/7

**mistake [3]** 13/1 158/12 158/18

**mistaken [1]** 155/3

**mobile [3]** 53/12 103/25 103/25

**modifying [1]** 5/7

**moment [4]** 74/21 145/21 162/5 162/6

**Monday [10]** 40/5 40/23 41/4 41/15 105/13 141/23 141/24

**money [5]** 11/24 15/18 20/10 20/21 106/9

**month [3]** 21/19 55/16 113/10

**months [22]** 19/25 20/4 21/9 30/5 33/11 56/19 57/2 57/8 57/10 57/10 58/22 59/13 59/15 59/16 59/20 65/12 87/13 97/6 104/8 113/17 119/25 150/17

**moot [1]** 6/12

**Moran [8]** 24/2 26/14 28/5 28/22 30/14 31/15 43/24 97/5

**Moran's [2]** 25/19 97/8

**more [39]** 8/2 16/8 21/9 22/13 29/15 33/12 43/9 43/10 45/11 47/14 55/3 55/8 63/14 66/20 68/25 69/10 70/6 74/15 78/16 84/6 87/6 87/11 88/16 95/18 96/4 96/5 96/20 97/4 98/12 113/7 124/15 124/15 133/7 142/4 143/17 145/6 146/17 146/17 160/24

**more -- if [1]** 143/17

**Morgan [1]** 145/1

**morning [12]** 40/13 80/16 123/3 140/8 148/11 149/16 150/7 150/16 151/2 158/17 158/21 159/7

**most [8]** 14/3 16/13 19/7 32/24 39/19 41/11 72/23 87/12

**mostly [2]** 64/17 75/8

**move [8]** 43/6 50/14 62/6 106/21 113/13 129/13 144/6 160/5

**moved [7]** 24/5 35/20 58/13 60/22 65/23 68/7 68/8

**movement [1]** 20/21

**movie [1]** 78/16

**moving [4]** 14/14 14/19 51/13 97/3

**Mr [5]** 3/4 4/24 8/15 129/21 129/23

**Mr. [93]** 4/3 7/21 8/14 8/20 9/18 10/14 10/15 11/2 28/20 33/19 34/21 42/21 42/21 43/11 45/10 46/22 46/24 47/3 47/4 47/11 48/6 48/11 49/24 49/25 56/16 59/4 59/4 59/7 59/18 79/19 80/16 80/17 81/5 81/7 81/10 85/6 85/15 91/3 91/6 91/20 99/14 99/14 100/4 100/4 101/1 101/15 102/13 102/16 102/18 103/6 105/23 108/21 111/24 112/6 113/3 113/4 113/4 116/16 116/17 117/11 117/13 118/5 128/2 128/2 128/5 128/8 128/11 129/9 129/12 135/8 145/13 145/19 145/25 146/2 147/7 147/25 148/17 148/22 149/17 152/21 154/1 154/9 154/10 155/14 156/12 157/6 157/22 158/20 159/5 159/10 160/25 161/19 162/9

**Mr. Brodsky [4]** 7/21 148/22 154/1 158/20

**Mr. Burck [9]** 34/21 81/7 91/3 102/13 108/21 111/24 128/8 161/19 162/9

**Mr. Fuller [1]** 42/21

**Mr. Geier [2]** 99/14 100/4

**Mr. Kelly [3]** 148/17 149/17 155/14

**Mr. Kim [39]** 4/3 8/14 8/20 9/18 10/14 10/15 11/2 33/19 45/10 79/19 80/16 81/5 81/10 85/6 85/15 91/6 91/20 102/16 105/23 112/6 113/3 113/4 116/16 118/5 128/2 129/12 135/8 145/13 145/19 145/25 146/2 147/7 147/25 152/21 154/9 156/12 157/6 159/5 160/25

**Mr. Kim's [3]** 117/11 128/5 129/9

**Mr. Kunkle [3]** 42/21 43/11 113/4

**Mr. Mietus [5]** 28/20

**Mr. Nowell [1]** 59/7

**Mr. Perry [2]** 154/10 157/22

**Mr. Platz [5]** 46/22 46/24 47/4 48/6 49/24

**Mr. Rideout [2]** 99/14 100/4

**Mr. Rolnick [1]** 103/6

**Mr. Ross [1]** 59/18

**Mr. Rothstein [2]** 80/17 159/10

**Mr. Shriram [5]** 101/1 101/15 102/18 116/17 117/13

**Mr. Thomas [2]** 128/2 128/11

**Mr. Tweed [1]** 56/16

**Mr. Tweed -- Mr. Ross [1]** 59/4

**Ms [3]** 8/6 60/8 66/1

**Ms. [56]** 11/4 11/9 13/17 13/25 24/17 25/3 27/10 28/16 33/20 40/7 42/4 44/10 47/1 48/8 48/12 48/17 49/3 49/16 50/1 50/5 50/21 51/6 57/5 61/25 67/21 67/25 68/23 73/12 74/20 87/18 89/6 90/22 103/5 105/6 112/17 115/11 120/12 122/23 128/1 128/7 129/4 129/10 132/6 145/9 146/5 146/13 146/15 146/16 146/20 147/3 147/13 152/21 156/12 157/6 159/8 160/12

**Ms. Beyler [14]** 13/17 13/25 48/17 49/3 49/16 50/1 50/5 67/25 68/23 73/12 74/20 89/6 120/12 132/6

**Ms. Beyler's [1]** 90/22

**Ms. Canedo [7]** 146/5 146/13 146/15 146/16 146/20 147/3 147/13

**Ms. Cappelle [1]** 145/9

**Ms. Juliet [1]** 48/12

**Ms. Lacore [1]** 67/21

**Ms. Messenger [28]** 11/4 11/9 24/17 25/3 27/10 28/16 33/20 40/7 42/4 44/10 48/8 50/21

**M**

**Ms. Messenger... [16]**
57/5 61/25 87/18 103/5
105/6 112/17 115/11
122/23 128/1 128/7
129/4 152/21 156/12
157/6 159/8 160/12
**Ms. Messenger's [2]**
47/1 129/10
**much [19]** 4/11 4/13
10/8 10/9 11/13 12/9
15/1 16/24 32/2 32/2
63/10 65/3 73/16 73/16
79/3 119/1 143/11
144/10 159/22
**multiple [5]** 6/11 6/11
38/3 53/13 53/23
**museum [1]** 123/6
**must [2]** 55/23 56/5
**MV [3]** 91/20 91/23
95/5
**my [42]** 5/21 12/17
13/1 17/17 19/23 26/2
37/10 43/11 51/8 52/5
56/5 56/18 64/18 73/5
76/24 77/16 79/10
80/21 82/15 82/23
85/16 85/20 89/23 90/4
98/9 98/10 102/5
105/15 107/1 108/15
116/23 130/8 130/8
134/4 136/10 138/17
141/23 157/18 158/12
159/16 159/21 161/21
**myself [9]** 22/19 45/3
67/3 72/23 74/11 82/21
82/25 106/24 108/1

**N**

**N-1 [1]** 24/12
**N1 [3]** 48/12 48/17
68/1
**name [5]** 53/10 122/11
123/12 131/3 131/7
**named [1]** 81/15
**names [3]** 30/13 30/19
31/15
**Nancy [7]** 66/19 67/4
67/22 68/18 68/24 72/7
74/8
**Naples [4]** 67/18 67/20
67/23 103/20
**Napoli [1]** 65/6
**NATO [2]** 62/14 101/6

**nature [1]** 31/5
**naval [3]** 24/14 26/15
36/14
**navigate [1]** 143/25
**Navy [151]** 11/18
12/12 14/9 16/2 16/11
17/2 17/20 19/24 20/6
20/10 20/16 21/15
21/20 21/24 22/12
23/14 23/20 23/23 24/3
26/23 26/24 26/25 27/3
27/3 28/2 29/13 29/21
30/6 30/7 30/9 30/15
31/12 31/17 31/18
31/19 31/23 32/6 33/8
33/10 35/1 35/9 35/21
36/6 36/17 36/18 38/6
38/25 39/3 43/20 44/1
45/14 45/17 45/22
46/11 50/6 51/15 52/14
52/18 53/16 53/18 58/2
58/13 59/25 61/1 61/6
61/19 62/8 62/12 62/13
62/24 63/7 63/15 64/5
65/15 68/8 69/10 70/1
77/17 77/24 79/25
84/14 84/19 84/21
85/25 86/16 86/20
92/12 92/15 93/13
93/14 93/15 96/9 96/10
96/11 96/13 96/24
101/5 101/8 103/6
104/17 107/5 107/21
108/6 109/1 109/8
109/19 109/20 110/2
113/15 114/19 115/20
115/21 119/3 119/6
119/11 120/2 121/1
121/10 121/12 123/6
124/4 125/18 126/2
126/21 127/19 127/20
130/16 131/1 131/9
131/15 131/20 132/1
132/2 132/4 132/13
132/22 133/9 134/4
137/19 141/10 142/2
142/20 142/23 143/1
143/3 143/8 144/16
144/22 145/4 147/23
157/7
**Navy's [2]** 47/17
130/15
**navy.mil [3]** 29/6
81/15 105/9

**Navy/Bob [1]** 92/12
**nearly [1]** 148/5
**necessarily [2]** 160/7
160/18
**necessary [1]** 7/23
**need [8]** 6/19 31/6
34/22 52/18 93/9 130/7
160/4 160/22
**needed [2]** 62/24 63/6
**needs [2]** 93/12 96/15
**negotiations [1]** 86/16
**Neither [1]** 16/24
**never [19]** 20/25 23/17
29/16 43/22 45/23
60/16 70/9 77/25 79/2
80/1 80/2 83/4 85/9
90/17 134/8 137/5
137/12 142/19 162/10
**new [32]** 1/22 1/22
13/15 18/9 24/2 26/15
26/23 27/24 28/4 30/1
30/9 30/16 30/20 30/25
31/22 33/6 33/10 58/12
60/18 62/6 62/7 62/24
63/7 63/20 69/18 69/19
107/20 110/3 122/24
136/7 141/4 141/12
**New York [8]** 13/15
18/9 33/6 33/10 122/24
136/7 141/4 141/12
**newer [3]** 71/11 73/23
133/1
**newest [2]** 70/18 72/22
**newly [2]** 35/14 41/5
**newly-promoted [2]**
35/14 41/5
**next [76]** 8/25 11/14
12/10 14/12 17/21
20/23 22/14 23/16
23/23 26/2 31/2 32/22
38/5 38/12 39/19 39/20
40/4 42/18 42/19 43/6
43/7 43/19 44/2 44/16
45/1 45/5 47/7 48/13
50/2 52/21 53/1 60/14
64/19 69/13 76/14
76/15 76/18 76/22
76/23 85/24 91/11 92/3
93/19 96/6 96/14 97/13
98/16 100/5 100/22
100/23 101/7 101/10
103/14 104/22 107/24
108/14 108/24 112/13
112/21 114/3 114/19

**Navy/Bob [1]** 92/12
127/10
130/22 133/11 134/6
137/14 139/23 141/4
141/6 143/12 143/22
146/16 149/2 155/12
**Next Jump [43]** 11/14
12/10 14/12 17/21
20/23 23/16 23/23
39/19 39/20 42/18
42/19 43/6 43/7 43/19
45/1 47/7 48/13 53/1
76/14 76/15 76/18
76/22 76/23 92/3 93/19
97/13 98/16 100/5
100/22 100/23 101/7
107/24 108/24 112/13
112/21 114/19 124/23
133/11 139/23 141/4
143/12 143/22 149/2
**Next Jump's [2]** 8/25
22/14
**nice [3]** 106/10 122/12
136/22
**night [10]** 5/5 7/8
40/13 51/7 89/3 89/24
105/12 140/1 140/14
162/18
**no [103]** 1/3 6/7 13/1
16/5 17/4 20/8 22/2
23/17 24/13 24/20 30/7
30/15 30/25 33/11
33/16 37/18 39/17 51/8
52/7 55/8 56/12 57/23
58/23 58/24 59/25
60/18 60/22 61/7 61/9
61/11 61/11 62/24 63/7
63/11 65/16 72/11 73/9
75/4 76/6 76/15 76/22
77/8 79/7 79/12 79/13
79/16 79/18 79/25 80/4
83/10 83/24 86/17
93/21 98/1 98/24 100/6
100/12 102/24 106/7
110/16 111/2 113/21
115/10 115/13 115/16
116/1 116/3 118/19
118/19 120/20 121/2
121/13 121/14 121/18
121/21 124/11 126/1
132/17 135/3 135/23
136/11 136/14 137/5
137/8 137/12 143/2
143/16 144/24 147/9
147/12 147/16 149/12

**N**

**no... [11]** 150/10 150/22 151/11 152/20 154/5 158/11 158/22 161/7 161/7 161/7 161/15

**no-brainer [2]** 143/2 143/16

**No. [4]** 47/25 81/11 160/2 160/6

**No. 1 [1]** 160/6

**No. 12 [1]** 47/25

**No. 30 [1]** 81/11

**No. 7 [1]** 160/2

**nobody [3]** 30/22 138/17 139/7

**Nodded [1]** 142/16

**noise [1]** 32/2

**non [1]** 78/9

**non-military [1]** 78/9

**none [2]** 138/19 138/20

**nonetheless [1]** 115/17

**nonsense [1]** 64/17

**Nope [1]** 155/11

**normal [1]** 106/25

**normally [1]** 117/15

**Northwest [1]** 1/18

**not [145]** 4/16 4/20 4/22 4/25 5/17 5/19 6/1 7/8 7/14 7/19 7/21 9/3 9/7 10/10 11/20 12/16 12/22 13/20 14/4 15/2 15/15 16/9 19/6 20/10 22/11 23/15 25/13 34/7 34/8 36/16 40/17 41/8 42/24 45/11 45/17 45/25 46/2 46/7 46/9 47/7 51/25 53/15 53/19 58/4 60/2 61/8 61/9 65/14 69/16 72/9 72/14 73/21 77/2 77/8 78/5 78/20 78/24 79/7 79/13 79/16 79/17 80/4 82/14 82/20 83/23 84/22 88/25 89/1 89/5 89/8 89/15 90/3 95/21 98/23 100/4 100/10 101/12 103/25 108/16 109/22 109/23 110/22 111/2 111/4 111/6 115/10 115/13 115/16 116/3 116/18 117/9 117/12

117/15 118/19 122/1 127/11 128/6 128/13 128/23 129/2 129/2 132/17 132/18 134/2 134/4 134/6 135/23 137/8 137/14 138/10 138/13 138/15 138/22 139/2 142/7 145/9 147/15 148/9 148/10 148/19 148/21 148/25 150/16 151/20 151/25 152/6 152/8 152/20 152/23 153/11 154/4 155/9 155/18 155/24 156/19 156/21 156/25 158/14 160/7 160/13 160/18 161/12 161/17 161/17 162/5

**not -- even [1]** 45/25

**not -- I [1]** 156/19

**not -- it's [1]** 138/10

**note [22]** 7/6 7/10 10/25 45/15 45/24 51/8 52/3 54/15 54/15 54/22 54/23 54/23 55/2 55/13 56/8 58/17 59/1 117/14 146/12 149/25 150/15 150/22

**note -- I [1]** 54/23

**notes [13]** 73/3 73/4 85/7 85/11 85/16 86/9 86/11 87/4 98/8 98/9 98/11 138/4 139/10

**notetaking [1]** 85/8

**nothing [5]** 61/7 78/18 158/6 158/22 159/1

**notice [4]** 117/8 123/24 141/24 142/5

**noticing [1]** 160/2

**notion [1]** 143/6

**November [26]** 33/20 34/25 35/23 39/11 39/11 40/5 42/11 42/22 44/6 46/15 48/3 50/9 50/10 50/24 51/5 54/1 54/2 54/10 59/5 65/10 65/11 69/7 69/20 87/15 104/8 131/19

**November 12th [1]** 48/3

**November 13 [1]** 50/9

**November 15 [1]** 50/24

**November 15th [1]**

**November 1st [1]** 33/20

**November 4th [1]** 40/5

**November 5th [2]** 39/11 39/11

**November 7th [2]** 42/11 42/22

**November 8th [7]** 44/6 46/15 51/5 65/11 69/7 87/15 131/19

**now [88]** 4/23 9/3 12/8 13/20 14/3 14/23 16/15 18/21 19/8 20/9 22/2 22/14 23/21 25/5 25/10 26/2 26/22 27/7 28/13 28/25 30/8 32/4 32/20 33/17 37/22 39/22 40/3 41/7 42/3 43/16 44/1 45/11 47/14 51/9 51/15 53/25 55/10 55/25 60/25 61/13 62/12 63/13 65/9 65/19 66/24 67/9 67/25 68/5 68/8 68/10 71/5 71/14 76/11 79/19 85/6 86/21 89/23 91/20 93/21 94/21 95/3 96/11 97/9 100/10 102/4 103/1 103/13 104/24 105/23 106/18 112/6 113/12 118/23 119/23 120/10 122/3 123/18 126/15 135/8 143/19 145/13 148/3 149/15 150/5 156/8 158/6 160/4 160/12

**now -- I [1]** 30/8

**Nowell [14]** 58/2 58/8 58/9 58/10 58/10 58/11 58/15 58/16 59/1 59/7 59/9 59/12 60/4 61/9

**nuclear [1]** 99/24

**number [16]** 13/24 14/9 24/5 24/6 30/21 32/6 41/8 47/19 90/6 91/6 102/20 105/15 105/19 120/7 121/6 124/6

**NW [2]** 1/14 2/3

**NxJ [1]** 43/7

**O**

**O'Connell [1]** 53/11

**oath [2]** 8/15 81/6

**object [2]** 138/24 139/3

**object -- the [1]** 138/24

**objection [37]** 9/24 10/19 10/21 15/12 20/12 24/20 24/21 34/1 74/25 75/23 76/2 88/3 90/24 91/15 94/23 98/24 98/25 100/12 100/13 101/25 108/9 110/9 116/12 117/20 117/25 118/3 125/21 127/21 128/18 129/15 129/18 135/16 137/22 139/9 139/13 142/9 150/10

**observed [2]** 48/25 49/22

**obvious [2]** 51/11 52/9

**obviously [9]** 31/11 38/6 38/10 45/8 85/9 110/1 127/18 131/18 160/25

**occasion [1]** 122/6

**occurred [2]** 45/14 55/15

**occurs [1]** 160/5

**Oetken [2]** 154/16 154/19

**off [35]** 8/22 26/5 28/3 32/2 40/12 53/13 54/8 56/21 67/7 84/1 84/4 84/5 84/9 84/17 86/5 86/10 86/18 87/6 90/15 93/20 93/24 97/7 98/9 99/24 104/6 120/15 122/22 141/6 142/14 144/2 144/11 144/14 144/18 148/17 151/10

**off-site [1]** 28/3

**offer [8]** 9/23 24/19 33/25 91/13 94/22 128/13 144/5 144/9

**offered [12]** 10/13 21/5 33/5 34/8 56/3 116/18 116/25 117/9 117/10 117/12 117/13 128/25

**offering [2]** 5/7 89/15

**office [9]** 58/3 58/11 58/21 58/24 130/15 136/7 141/4 141/12 147/23

**officer [3]** 136/17

**O**

**officer... [2]** 149/21 150/2
**officers [2]** 61/10 61/11
**offices [3]** 8/25 18/10 33/6
**official [11]** 2/2 18/19 49/21 56/5 75/3 144/9 147/1 147/22 157/7 157/17 163/3
**offline [1]** 5/25
**oftentimes [1]** 125/13
**oh [11]** 6/9 12/25 39/18 43/11 68/17 73/5 78/23 79/10 116/22 127/5 138/17
**okay [30]** 5/2 5/24 6/18 8/8 34/17 34/19 61/23 77/10 78/21 80/20 80/23 80/25 90/21 95/24 102/9 106/18 106/22 110/14 111/21 122/3 128/17 139/9 145/19 152/11 153/25 154/7 155/11 157/13 158/16 160/17
**old [1]** 124/14
**once [12]** 18/16 27/13 27/16 28/24 64/8 69/9 84/4 124/11 132/25 143/22 144/19 145/3
**one [58]** 6/17 17/1 17/18 19/24 22/2 23/10 24/5 30/21 31/2 35/14 35/17 39/17 39/18 42/19 43/18 61/22 62/18 62/18 66/20 69/8 75/7 87/4 87/19 88/12 92/20 92/20 94/6 95/4 96/11 102/4 102/4 102/18 104/15 104/17 109/21 110/25 112/14 112/25 117/6 117/6 117/7 121/15 122/9 125/10 130/20 132/11 134/22 136/3 141/18 143/10 149/23 152/13 152/18 155/12 156/17 156/18 156/24 160/24
**One-hour [1]** 92/20
**one-week [1]** 35/14
**one-year [1]** 19/24
**ones [2]** 23/11 87/9

**only [8]** 10/10 62/8 67/3 73/21 89/24 110/14 128/2 144/11
**only -- so [1]** 67/3
**opaque [1]** 45/19
**open [2]** 89/1 103/21
**opened [2]** 37/9 154/23
**opening [2]** 37/10 63/20
**operate [2]** 87/4 155/25
**operational [2]** 63/12 118/23
**operationalize [1]** 82/17
**Operations [2]** 24/14 26/15
**OPM [1]** 17/12
**opportunity [3]** 26/7 89/20 137/15
**opposed [2]** 32/13 71/22
**opposite [3]** 23/17 23/18 23/19
**optimistically [1]** 159/22
**option [1]** 32/22
**optional [1]** 66/21
**options [2]** 11/19 134/21
**order [1]** 20/19
**organization [2]** 109/18 134/1
**organizational [2]** 16/12 70/2
**organizers [1]** 66/14
**orient [3]** 8/22 35/23 55/10
**other [41]** 11/22 13/24 15/22 23/22 32/14 41/9 46/10 53/21 57/20 57/21 67/5 70/3 71/22 73/10 73/25 75/21 76/6 77/17 80/21 82/18 87/18 90/2 98/16 102/7 102/8 102/17 102/17 115/5 116/8 116/20 118/5 118/9 119/18 119/20 121/3 123/7 126/25 127/2 127/4 156/22 156/25
**others [6]** 42/21 48/9 50/21 86/24 117/10

**Otherwise [2]** 96/19 155/8
**ought [1]** 158/7
**our [92]** 7/1 11/14 11/18 14/2 14/5 15/9 18/16 21/17 22/9 33/6 33/6 33/7 33/7 33/13 37/14 37/15 39/1 39/2 40/12 44/17 45/6 46/25 47/21 53/18 54/16 55/16 55/17 58/1 58/18 63/20 68/18 69/14 70/12 72/1 72/22 74/16 77/17 77/18 77/20 78/19 87/2 91/24 92/15 95/20 96/4 96/7 96/16 97/4 97/6 98/11 98/12 99/24 99/25 101/6 107/20 109/6 109/10 109/11 109/12 109/13 109/13 109/22 113/23 114/21 118/11 119/9 121/5 125/7 131/20 132/25 133/1 133/19 134/16 136/3 136/7 139/5 141/13 142/21 143/14 144/3 144/14 144/14 145/1 149/23 150/19 150/22 151/19 152/1 154/22 158/7 159/6 160/6
**ours [1]** 87/21
**out [33]** 12/19 13/6 14/14 17/4 25/15 26/8 31/1 43/6 45/5 55/24 56/10 59/14 73/22 76/17 79/8 79/22 82/20 83/9 85/4 87/19 90/8 97/17 101/9 102/4 110/20 117/11 126/12 131/22 143/19 149/5 153/21 157/1 158/6
**outlined [1]** 39/1
**outside [8]** 38/5 77/17 77/24 77/24 78/1 87/20 98/18 100/7
**over [24]** 15/19 22/1 29/18 30/12 30/23 36/2 36/3 38/16 63/15 63/21 64/7 64/9 74/11 74/12 74/18 91/15 94/23 96/25 104/8 115/5 130/4 137/17 139/13

**overall [1]** 26/5
**overhear [1]** 128/6
**overheard [2]** 128/2 128/20
**overheard -- I [1]** 128/20
**overlapping [1]** 31/4
**overnight [1]** 148/10
**Overruled [3]** 15/16 75/2 135/17
**overruling [3]** 76/1 90/24 139/9
**overseeing [1]** 47/18
**owed [1]** 20/11
**own [4]** 79/2 106/17 148/9 161/16
**owner [1]** 37/4
**ownership [1]** 51/16
**owning [1]** 96/12

**P**

**p.m [11]** 1/6 42/11 42/22 80/12 80/12 95/10 105/13 105/14 112/24 160/14 162/19
**Pablo [1]** 66/17
**package [2]** 86/3 86/4
**packed [2]** 123/17 127/1
**page [16]** 3/2 3/8 11/7 13/21 27/8 40/4 42/20 64/10 64/13 64/14 100/24 103/14 105/1 145/12 146/2 146/11
**Page 1 [1]** 146/11
**Page 2 [1]** 146/2
**Page 4 [1]** 145/12
**paid [3]** 20/16 20/24 20/25
**painful [1]** 31/13
**panel [1]** 8/10
**paper [1]** 55/19
**paperwork [1]** 18/1
**par [1]** 161/23
**paraded [1]** 78/2
**paragraph [11]** 14/1 26/2 52/15 52/16 82/14 93/17 96/6 96/14 114/3 141/2 141/3
**parallel [2]** 24/7 24/8
**parenthetical [1]** 113/25
**Park [1]** 1/21

**part [31]** 9/5 16/10 27/23 27/24 53/23 75/4 96/2 109/17 110/14 110/16 110/24 110/24 111/2 111/3 111/4 111/16 116/24 119/5 128/6 138/12 139/1 139/3 139/19 140/21 140/24 141/7 142/12 142/14 143/25 153/8 158/3
**particular [4]** 4/19 8/2 125/24 156/1
**particularized [1]** 7/22
**particularly [1]** 51/15
**parties [9]** 4/7 9/25 34/5 88/7 102/1 116/13 127/22 137/23 148/7
**parties' [2]** 6/8 150/8
**partly [1]** 79/10
**partner [1]** 132/12
**partners [2]** 87/20 99/25
**partnership [4]** 30/1 49/23 58/1 96/24
**parts [6]** 78/11 78/17 92/11 93/22 98/2 101/12
**party [1]** 129/5
**passes [1]** 65/4
**passive [1]** 114/7
**past [1]** 136/25
**Pat [1]** 99/22
**Patrick [2]** 53/11 99/6
**pattern [2]** 157/14 157/24
**pause [4]** 55/25 56/6 110/6 145/23
**pay [3]** 15/2 15/6 15/20
**paying [1]** 20/10
**payment [3]** 20/17 20/23 149/5
**payments [1]** 16/4
**PB [1]** 14/3
**PB-19 [1]** 14/3
**PCNO [1]** 97/5
**Peg [1]** 35/19
**Pentagon [8]** 29/23 33/13 35/20 49/7 63/11 113/21 118/24 119/1
**people [43]** 7/13 13/24 14/9 24/7 30/20 31/19 33/7 53/21 53/23 56/2

61/18 67/3 70/2 71/16 73/25 74/3 77/17 89/10 91/6 91/10 91/11 92/4 95/17 95/19 96/3 96/19 98/16 98/17 98/18 103/5 114/21 116/20 118/5 118/11 119/3 119/18 119/20 126/25 127/4 127/18 132/11 138/14 144/5
**people's [2]** 70/6 138/19
**per [1]** 97/2
**percent [4]** 17/17 17/20 17/21 127/5
**percentage [4]** 17/11 17/13 17/15 17/18
**Perfect [1]** 80/6
**perfectionist [1]** 82/23
**perform [4]** 16/6 20/3 20/7 22/3
**performing [2]** 11/17 18/14
**perhaps [1]** 40/19
**period [31]** 23/13 31/13 45/10 45/13 45/16 45/16 45/22 56/11 56/16 57/22 59/16 69/9 73/9 84/2 84/4 84/5 84/9 84/17 86/18 87/13 93/20 93/25 107/8 120/15 120/24 121/16 144/2 144/11 144/14 144/18 161/25
**period' [1]** 97/7
**period/conflict [1]** 93/25
**Perks [1]** 134/16
**Perry [4]** 1/16 154/10 157/21 157/22
**person [26]** 22/17 35/6 35/7 50/7 50/8 58/24 69/8 75/20 75/21 76/5 76/6 76/9 78/9 127/12 130/17 131/3 131/11 132/5 132/8 132/9 132/14 132/14 132/16 136/22 155/2 157/5
**person's [2]** 75/18 89/25
**Personal [1]** 146/25
**personalities [1]** 136/16

**personnel [2]** 14/5 27/4
**perspective [2]** 131/16 144/3
**phase [2]** 70/5 142/8
**Phase 1 [1]** 142/8
**phases [1]** 132/22
**phone [1]** 9/12
**phones [1]** 124/2
**pick [1]** 136/8
**picking [1]** 109/12
**picture [2]** 71/16 75/5
**piece [2]** 73/6 158/10
**pilot [9]** 19/9 19/11 22/5 22/6 23/3 23/20 23/21 23/24 27/2
**Pinkerton [4]** 152/15 152/17 153/10 155/15
**place [6]** 80/5 82/17 127/1 127/5 127/17 130/13
**places [4]** 29/14 29/17 123/17 124/13
**Plaintiff [1]** 1/3
**plan [2]** 109/11 154/7
**plane [1]** 93/22
**planned [4]** 20/1 37/8 37/21 41/16
**planning [2]** 5/17 160/19
**plans [1]** 131/20
**Platz [8]** 45/1 45/2 46/22 46/24 47/4 48/6 49/24 54/17
**please [9]** 9/16 24/15 33/17 47/24 56/4 56/4 142/1 147/25 148/9
**plenty [1]** 89/5
**pluck [1]** 28/1
**plus [10]** 17/17 27/16 28/10 30/23 47/19 48/20 48/21 72/1 81/22 105/13
**point [55]** 13/2 18/8 20/9 23/13 27/6 29/19 30/8 32/16 32/18 35/20 36/4 42/25 43/16 43/19 43/22 44/13 45/11 45/12 45/18 47/12 49/4 52/18 53/17 53/18 54/4 54/8 55/9 55/13 60/20 62/9 64/8 65/19 71/2 73/9 89/10 89/23 92/3 95/23 98/10 102/22

104/8 107/12 110/3 113/16 113/20 115/19 121/1 121/11 125/17 129/24 139/5 143/20 144/24 150/18 160/14
**points [1]** 17/18
**policies [1]** 149/2
**politely [1]** 40/25
**portion [4]** 51/21 51/23 133/12 155/7
**portions [3]** 10/5 40/19 41/1
**position [3]** 7/1 97/14 101/10
**possibilities [2]** 109/3 109/22
**possible [7]** 38/21 45/9 87/6 97/13 101/10 142/23 148/8
**post [6]** 24/5 24/6 25/14 60/9 60/22 76/25
**post-confirmation [1]** 25/14
**Post-COVID [1]** 60/9
**potential [1]** 135/2
**potentially [1]** 132/22
**powerful [1]** 22/7
**PowerPoint [5]** 71/9 71/15 71/18 71/21 71/23
**PowerTrain [8]** 16/16 16/22 16/25 17/3 17/12 17/21 17/23 18/19
**practice [8]** 70/13 71/8 74/16 85/6 86/22 87/1 96/18 161/16
**prefer [1]** 105/20
**preferred [1]** 17/6
**prepared [2]** 113/8 114/5
**presence [1]** 7/19
**present [4]** 23/9 85/10 127/4 128/16
**presentation [21]** 23/8 27/12 27/21 37/14 37/15 71/4 71/6 71/7 71/13 71/18 72/13 72/15 72/20 73/1 73/13 73/14 73/15 73/19 74/3 74/24 76/11
**presented [2]** 5/21 79/20
**presenting [1]** 73/4
**presents [1]** 159/8

**P**

**President [2]** 25/24 143/9
**pressing [1]** 6/19
**presuming [1]** 25/16
**pretending [1]** 145/15
**pretty [5]** 16/23 105/11 109/24 144/7 159/15
**previously [1]** 139/20
**price [2]** 27/6 134/14
**pricing [5]** 39/2 73/6 94/13 107/6 121/6
**prime [1]** 17/11
**principles [1]** 11/16
**printout [1]** 134/12
**prior [13]** 26/22 46/17 48/17 88/18 88/24 89/6 89/24 90/14 90/19 95/4 101/16 136/18 149/12
**private [7]** 11/9 11/10 12/15 12/23 12/24 84/6 141/23
**privilege [1]** 65/6
**privileged [1]** 30/23
**probably [21]** 19/6 20/19 22/17 37/9 54/22 57/1 60/14 63/8 63/16 74/17 80/15 80/19 83/18 87/11 96/14 99/13 101/4 102/3 120/4 140/9 143/10
**problem [2]** 116/23 156/6
**problems [3]** 92/25 94/10 142/21
**proceed [4]** 14/12 23/15 58/5 108/20
**proceeding [1]** 152/23
**proceedings [3]** 2/7 162/19 163/5
**process [9]** 16/14 16/24 26/1 45/19 51/16 53/14 53/22 97/1 120/1
**processing [1]** 70/4
**produced [1]** 2/7
**product [3]** 66/4 96/15 107/6
**productive [1]** 34/12
**products [9]** 33/7 69/11 69/14 72/22 73/23 77/17 113/23 121/5 133/1
**program [12]** 19/9 19/12 19/15 22/14

22/15 23/3 23/5 23/20 23/24 27/2 35/14 35/15
**programs [7]** 14/5 69/11 69/14 69/22 70/19 133/6 133/7
**progress [1]** 118/12
**project [4]** 13/5 35/1 36/6 118/10
**promise [1]** 159/12
**promised [1]** 20/7
**promoted [6]** 24/2 26/14 35/14 36/22 41/5 60/21
**promotion [5]** 24/7 24/8 25/19 25/20 36/22
**proposal [18]** 5/12 6/12 7/7 12/13 14/13 35/6 38/20 39/3 41/16 120/9 121/9 149/23 149/25 150/13 150/14 153/6 153/7 153/17
**proposals [2]** 31/24 158/20
**propose [2]** 149/7 153/20
**proposed [8]** 6/8 6/9 7/5 150/8 150/16 150/17 151/1 153/16
**proposing [2]** 148/21 151/23
**proposition [1]** 156/20
**prosecutor [1]** 155/21
**prove [2]** 7/11 7/17
**provide [3]** 16/10 17/24 41/1
**provided [2]** 17/25 18/1
**providing [1]** 22/15
**public [1]** 157/16
**publish [1]** 13/8
**published [16]** 10/22 10/23 24/22 24/23 81/12 91/16 91/17 94/24 95/1 99/1 99/2 100/14 100/15 112/2 139/14 139/15
**pull [1]** 60/3
**pulled [1]** 24/6
**pulls [1]** 82/23
**purpose [7]** 69/4 70/11 70/16 104/5 107/4 131/16 151/5
**purposes [1]** 149/11
**pursuant [1]** 120/2

pursuing [1] 144/25
**put [15]** 4/24 12/9 14/4 14/22 32/16 45/3 47/24 51/10 52/9 100/9 115/7 136/17 138/13 152/20 160/8
**Putting [1]** 45/12

**Q**

**quality [2]** 22/6 22/15
**question [12]** 9/6 10/10 55/5 70/14 94/6 94/12 107/12 108/13 108/15 129/20 140/23 159/3
**questioning [1]** 134/8
**questions [7]** 8/23 51/9 52/7 52/8 101/8 133/20 135/6
**quick [3]** 92/15 96/7 139/25
**quickly [4]** 11/14 31/3 65/25 103/23
**quiet [10]** 45/10 45/13 45/16 59/16 69/9 72/17 73/9 87/13 107/8 121/16
**quiet-period [1]** 107/8
**quietly [1]** 36/4
**QUINN [1]** 1/18
**quite [6]** 44/2 73/8 77/7 131/7 134/2 150/25
**quote [3]** 7/12 7/17 151/3
**quotes [1]** 11/17

**R**

**radar [1]** 160/9
**radical [1]** 87/3
**Raffish [1]** 1/16
**Raimondo [1]** 22/18
**raise [2]** 107/23 137/9
**raising [2]** 83/13 102/23
**Rakoff [1]** 155/22
**Ram [4]** 100/11 100/18 100/20 101/3
**ran [4]** 74/11 74/12 74/18 133/25
**random [3]** 122/7 122/9 122/9
**range [1]** 134/11
**rank [1]** 29/19

date [1] 65/3
**rather [4]** 11/20 102/6 148/20 158/7
**re [4]** 8/22 87/14 96/16 133/5
**re-engage [1]** 133/5
**re-engaging [1]** 87/14
**re-orient [1]** 8/22
**re-up [1]** 96/16
**rea [1]** 150/21
**reach [2]** 56/10 62/9
**reach-out [1]** 56/10
**reached [2]** 55/23 59/14
**reaction [9]** 76/24 108/8 108/11 108/16 108/23 138/16 139/6 158/8 161/19
**read [10]** 7/20 12/2 82/13 82/15 83/1 92/11 96/2 99/20 146/1 158/4
**reading [2]** 12/15 89/23
**reads [1]** 11/12
**ready [6]** 8/5 8/6 8/13 48/13 81/4 160/22
**real [1]** 19/17
**real-time [1]** 19/17
**really [27]** 5/20 19/6 27/4 43/22 49/2 50/16 51/10 60/15 62/9 63/10 71/16 72/4 72/18 72/22 79/10 89/9 90/9 122/12 131/21 132/24 133/15 138/10 140/13 143/7 145/9 146/13 158/3
**realm [2]** 109/3 109/22
**reason [6]** 4/23 7/20 79/18 125/24 154/4 161/9
**Rebecca [2]** 1/11 111/11
**recall [49]** 9/1 18/11 34/24 35/3 50/5 50/11 52/22 52/25 53/3 54/13 56/15 57/20 62/4 64/3 66/24 67/2 67/5 70/23 72/19 73/12 74/6 75/17 79/19 83/19 84/24 85/2 87/16 91/6 93/5 98/18 102/16 102/22 104/6 108/1 118/5 118/8 118/13 118/17 120/17 121/19 122/19 124/3

# R

**recall... [7]** 125/10
131/13 145/10 145/13
145/17 146/3 146/6
**recall -- I [1]** 145/10
**recapping [1]** 12/6
**receive [2]** 16/14 61/1
**received [3]** 9/20
45/15 101/15
**reception [4]** 123/11
126/11 126/17 141/16
**Recess [1]** 80/12
**Recio [1]** 154/17
**recognition [1]** 136/3
**recognize [4]** 33/23
82/2 85/15 116/10
**recollection [6]** 14/17
17/15 18/5 42/24 44/25
107/13
**recommend [1]** 40/18
**record [2]** 162/11
163/5
**recorded [1]** 2/7
**recounts [1]** 88/13
**Red [17]** 6/10 6/17 7/2
7/7 7/10 7/16 8/5 150/1
150/4 150/7 150/11
152/14 153/20 153/23
154/4 154/6 154/7
**redirect [4]** 80/21
88/22 159/6 159/16
**Reed [1]** 1/20
**reengaged [1]** 73/11
**reengaging [2]** 107/7
113/18
**referencing [1]** 52/1
**referred [4]** 16/20
26/24 32/14 64/24
**referring [10]** 23/1
26/13 28/11 30/4 47/4
64/3 64/21 84/20 86/4
97/24
**refers [2]** 27/4 96/21
**reflect [1]** 117/4
**reflecting [2]** 89/15
140/21
**reflection [3]** 94/3
94/17 140/24
**regards [1]** 58/1
**regenerated [1]** 47/9
**regular [1]** 136/22
**rehabilitate [1]** 90/15
**rehabilitating [1]**
90/18

**rehash [1]** 150/19
**relating [1]** 149/2
**relation [1]** 132/23
**relationship [6]** 30/1
32/17 39/2 52/9 131/20
132/22
**relationship/partnersh
ip/leader [1]** 30/1
**relationships [2]**
96/25 109/13
**relevance [2]** 100/22
139/3
**relevant [2]** 138/21
139/2
**reliable [2]** 29/15
124/15
**remaining [1]** 158/20
**remember [48]** 9/12
12/14 21/16 23/4 25/24
30/14 35/8 35/19 37/13
41/3 41/5 50/7 50/9
50/15 52/2 55/3 56/24
62/18 62/19 65/22
68/14 68/19 72/8 72/21
73/2 73/16 74/7 75/9
79/9 79/22 79/23 84/3
118/25 119/7 119/21
120/12 120/18 120/19
123/5 123/12 125/12
125/12 126/22 130/9
130/12 131/7 140/8
155/20
**remember -- by [1]**
12/14
**remember -- sorry --
Admiral Burke [1]**
75/9
**remembering [3]**
124/4 148/19 148/22
**remind [3]** 8/15 81/6
88/9
**reminded [1]** 63/2
**reminding [1]** 63/11
**remotely [1]** 135/23
**repeatedly [1]** 11/22
**rephrase [2]** 20/14
102/13
**reply [1]** 64/17
**report [3]** 109/2
119/17 143/13
**Reported [2]** 2/1
163/10
**Reporter [2]** 2/2 163/3
**represented [1]** 31/19

**reputation [1]** 6/24
**request [1]** 152/1
**requesting [1]** 151/7
**requests [1]** 150/7
**required [2]** 22/3
66/16
**requirement [1]** 51/16
**requirements [1]** 46/7
**requires [1]** 51/14
**research [1]** 148/9
**researched [1]** 89/3
**reserved [1]** 123/12
**resign [6]** 141/6
141/22 141/24 141/25
142/1 142/5
**resignation [1]** 43/25
**resigned [3]** 30/11
30/14 31/21
**resigning [1]** 30/6
**respect [3]** 22/14
75/13 160/11
**respond [2]** 93/21
154/11
**responded [1]** 60/18
**responds [13]** 32/20
44/20 49/24 59/22 60/8
101/18 126/3 146/13
146/15 146/20 146/23
146/25 147/3
**response [10]** 11/12
43/11 62/25 63/7 63/8
74/1 111/5 126/9 134/5
160/8
**responses [2]** 32/21
43/13
**rest [8]** 56/21 110/21
110/22 111/5 125/2
144/22 145/5 159/6
**restaurant [6]** 123/12
123/13 130/10 131/4
131/10 140/11
**restricted [2]** 84/13
145/6
**result [3]** 17/13 125/16
144/14
**results [1]** 133/4
**resume [2]** 8/13 148/6
**retention [1]** 119/10
**retire [3]** 86/19 141/10
144/20
**retired [3]** 96/24
123/16 142/19
**retirement [5]** 122/14
123/6 123/8 125/19

**retires [2]** 126/24
133/9
**return [1]** 93/20
**revenues [1]** 97/3
**review [1]** 14/2
**reviewing [1]** 98/11
**reviews [1]** 22/8
**revisit [1]** 108/13
**Rhode [1]** 35/22
**Richardson [5]** 12/7
13/22 18/9 33/5 43/23
**Rideout [3]** 99/6 99/14
100/4
**right [296]**
**right-hand [5]** 13/19
48/22 68/8 86/1 132/5
**rise [1]** 82/21
**risk [2]** 14/5 70/8
**risk-taking [1]** 70/8
**Rivera [1]** 1/20
**Rob [7]** 122/11 123/9
123/14 124/19 124/20
127/3 127/18
**Robert [3]** 28/25 64/15
124/19
**Roger [3]** 62/15 62/16
64/19
**role [4]** 19/3 47/6
47/21 77/18
**rolled [1]** 31/1
**Rolnick [3]** 62/16
66/17 103/6
**room [3]** 2/3 72/8 72/9
**rooms [2]** 78/16 98/3
**Ross [7]** 1/11 50/19
52/22 56/13 59/4 59/5
59/18
**Rothstein [3]** 1/12
80/17 159/10
**roughly [9]** 51/1 57/8
59/10 59/13 65/9 65/12
74/14 95/21 103/10
**round [1]** 159/20
**route [1]** 17/6
**RPR [1]** 2/1
**RSVP [1]** 126/10
**RSVP-ed [1]** 126/10
**rule [1]** 90/4
**rules [4]** 79/1 79/3
88/20 144/11
**rules...to [1]** 93/25
**run [5]** 35/17 35/20
36/14 69/12 133/1

**R**

**running [4]**  23/14 28/6 31/19 36/4
**runs [2]**  60/23 63/15
**rush [1]**  85/4
**Russian [1]**  136/19

**S**

**SA [2]**  51/8 52/4
**said [82]**  4/21 12/16 12/18 13/1 15/1 17/4 17/6 30/11 32/15 36/8 36/12 37/22 38/16 38/21 38/23 41/22 43/5 46/24 47/16 54/25 56/18 56/19 70/22 73/21 76/17 76/21 77/4 77/8 77/23 78/5 78/5 79/7 79/13 85/1 86/10 86/12 92/23 93/8 93/9 93/21 93/24 94/14 94/17 94/18 97/8 97/15 97/21 106/7 108/7 108/23 114/11 119/3 119/14 122/15 124/14 127/14 127/16 127/17 128/9 128/10 128/21 130/19 131/8 132/8 132/10 132/25 133/6 134/25 136/22 140/24 141/9 141/10 141/22 142/13 147/14 147/17 147/19 150/23 151/2 154/15 158/20 158/23
**sailor [5]**  22/20 31/3 107/19 113/18 115/4
**sailors [25]**  12/12 16/13 23/5 27/3 27/5 28/1 30/20 32/12 32/14 73/7 73/24 93/15 96/12 96/16 109/20 119/2 119/2 119/11 120/7 120/9 121/6 121/7 123/7 133/2 142/18
**salary [5]**  134/11 134/24 135/1 141/5 141/12
**sales [2]**  97/1 97/2
**same [37]**  16/23 27/9 40/1 42/14 45/6 46/17 64/13 71/6 71/7 71/7 72/6 73/6 73/11 73/25 77/6 81/19 89/11 92/2 94/13 95/7 99/10

103/25 104/23 107/6 114/17 114/20 114/23 114/25 115/18 115/22 126/18 126/19 130/25 152/2 152/6 154/9 155/17
**sand [1]**  157/1
**sanitizer [1]**  55/19
**Santiago [1]**  1/13
**Sara [1]**  1/13
**sat [4]**  38/12 123/14 126/18 126/19
**Saturday [1]**  160/14
**save [1]**  106/9
**saw [17]**  46/17 48/4 48/25 48/25 49/7 51/7 54/5 54/18 69/7 73/23 99/11 101/16 102/18 103/11 132/21 156/4 161/1
**say [65]**  4/14 5/7 15/6 22/21 24/8 28/20 30/25 36/3 39/5 39/6 42/6 54/10 58/1 58/19 60/20 63/9 65/17 66/5 66/11 72/1 72/25 76/13 76/19 84/20 85/24 86/2 86/18 87/4 89/13 90/2 93/16 93/19 98/8 105/13 107/18 107/19 109/24 111/4 113/25 114/4 117/9 122/8 122/9 128/8 128/10 133/16 134/19 139/25 143/4 143/21 143/24 144/4 147/3 152/14 153/1 153/7 155/22 156/8 158/5 159/18 159/24 160/3 160/17 161/17 162/7
**say/ask [1]**  147/3
**saying [32]**  33/2 41/14 46/18 47/12 51/20 52/5 52/7 53/19 54/23 55/24 72/19 73/12 73/16 76/22 85/2 90/17 93/5 102/7 109/17 110/24 115/1 118/17 121/19 128/21 129/5 130/6 133/24 134/1 134/3 140/25 142/6 156/9
**says [46]**  7/13 7/18 7/19 10/10 10/11 11/9 12/23 14/11 25/11 26/2

27/8 34/11 40/9 40/12 40/16 41/7 51/6 60/3 64/12 64/18 66/1 66/14 66/16 66/21 85/18 86/3 89/18 90/8 92/21 93/8 94/9 99/13 103/19 105/18 117/1 124/23 125/6 128/10 128/13 146/14 146/16 146/18 146/20 147/5 151/3 151/11
**says -- it's [1]**  25/11
**says -- Ms. Beyler [1]**  51/6
**Scanlon [1]**  1/17
**scene [1]**  7/19
**schedule [4]**  45/4 50/1 80/19 108/3
**scheduled [3]**  33/16 38/22 106/21
**schedules [1]**  125/7
**scheme [1]**  117/16
**scope [3]**  150/13 153/6 155/13
**score [1]**  23/10
**screen [10]**  71/15 71/17 72/3 75/5 75/5 75/13 75/17 75/18 76/5 76/6
**screens [1]**  53/13
**seat [5]**  8/13 30/23 38/11 81/4 148/15
**second [22]**  7/16 14/1 19/21 20/25 27/24 29/24 52/15 52/15 52/16 54/22 64/10 64/14 64/25 70/5 86/11 90/8 114/11 130/10 130/13 141/2 141/13 141/15
**seconds [2]**  158/4 158/8
**secret [1]**  136/21
**secretary [5]**  38/6 130/18 132/2 132/3 132/11
**secretary's [1]**  147/23
**Section [2]**  150/21 150/24
**Section 201 [2]**  150/21 150/24
**sector [1]**  141/24
**see [29]**  9/18 12/16 13/12 14/6 14/15 26/10

27/16 29/4 31/18 38/24 51/17 72/3 72/12 73/25 74/3 76/8 91/21 95/15 101/11 105/21 108/3 114/14 116/21 124/9 126/13 126/16 133/19 148/11 162/16
**seeing [1]**  44/14
**seeking [4]**  4/20 5/11 148/19 149/12
**seem [4]**  82/22 132/7 132/8 152/19
**seem -- I [1]**  132/7
**seemed [1]**  74/1
**seems [3]**  7/8 151/8 155/19
**seen [15]**  11/22 16/15 71/3 73/22 80/2 83/4 94/13 98/14 110/15 124/6 127/12 131/19 138/2 139/19 140/7
**sees [2]**  11/13 26/3
**select [1]**  27/3
**selected [1]**  143/9
**sell [6]**  78/14 78/15 98/1 98/2 98/2 101/12
**selling [5]**  77/2 79/7 83/24 93/22 97/16
**sells [1]**  78/11
**Senate [2]**  25/23 25/25
**send [5]**  55/6 55/9 55/13 87/11 98/16
**sending [7]**  29/12 29/17 52/2 62/4 86/22 117/11 123/24
**sends [1]**  88/16
**senior [9]**  19/7 37/19 39/19 40/14 47/14 144/5 144/22 147/22 157/7
**seniority [1]**  47/20
**sense [7]**  114/17 120/8 131/20 134/8 134/10 137/13 160/5
**sensed [1]**  140/14
**sensitive [1]**  11/21
**Sensitivity [2]**  11/10 12/24
**sent [29]**  29/3 38/20 40/18 41/16 45/24 54/23 57/24 58/17 59/1 79/21 82/10 87/16 88/12 95/5 98/10 98/14 98/15 98/17 99/25

**sent... [10]** 102/23 117/10 120/18 120/20 122/15 125/12 125/25 137/16 139/6 146/12

**sentence [2]** 63/6 65/1

**sentences [2]** 26/18 31/10

**separate [5]** 5/19 6/7 6/16 152/22 153/4

**separately [1]** 6/2

**September [7]** 13/12 15/18 29/20 29/25 57/6 57/13 63/9

**September 23rd [2]** 57/6 57/13

**September 30th [1]** 15/18

**September 6th [2]** 13/12 29/25

**sequence [2]** 24/1 144/20

**series [4]** 50/18 69/13 92/14 116/8

**seriousness [1]** 156/7

**serves [1]** 37/11

**service [2]** 46/11 107/2

**services [10]** 16/10 17/24 17/25 18/15 20/3 20/7 22/3 56/3 109/19 113/24

**session [2]** 1/7 41/9

**set [8]** 27/13 28/4 64/19 65/19 66/6 67/7 67/8 123/17

**setting [1]** 158/5

**settling [1]** 158/15

**seven [2]** 64/6 82/9

**seven-bedroom [1]** 64/6

**several [6]** 33/11 49/7 96/3 98/17 102/7 150/6

**share [3]** 7/14 75/5 97/2

**shared [2]** 45/2 47/2

**shareholder [1]** 100/23

**sharing [2]** 75/4 99/25

**she [74]** 13/18 35/20 48/21 48/24 49/1 49/3 49/6 49/19 49/22 51/19 52/2 52/5 52/15 67/25 68/5 68/7 69/1 72/8

72/9 74/9 74/23 93/24 114/11 114/11 120/17 120/18 120/20 120/22 127/11 127/13 127/16 127/17 127/18 128/13 128/21 130/21 131/13 131/25 132/5 133/16 133/18 134/1 134/3 135/4 135/6 136/2 136/16 136/17 136/18 136/19 136/20 136/22 136/23 136/23 136/25 137/1 143/19 146/16 146/20 146/21 146/25 147/14 147/14 147/15 147/16 147/17 147/17 147/19 147/19 147/22 160/3 160/12 160/15 160/21

**she's [4]** 50/1 51/25 52/7 131/14

**ship [1]** 52/12

**shipping [2]** 156/25 157/1

**shocked [2]** 108/25 110/4

**short [3]** 43/7 140/16 151/22

**shorthand [3]** 2/7 88/16 98/9

**shortly [1]** 15/8

**shot [1]** 107/9

**should [18]** 4/3 6/6 25/7 25/9 53/16 55/4 65/17 102/3 108/12 144/20 149/21 155/6 155/25 158/24 160/3 161/14 162/2 162/6

**shouldn't [2]** 144/4 155/23

**show [34]** 7/14 9/16 12/22 24/15 28/13 33/17 39/4 39/8 42/1 44/4 46/12 50/17 57/3 61/12 65/25 69/17 70/22 70/25 71/12 71/15 81/10 85/12 88/23 94/21 98/22 100/10 101/23 103/1 110/5 110/8 123/18 124/3 137/20 145/10

**showcase [1]** 72/22

**showcased [1]** 71/11

**showed [4]** 17/1 37/21

**showing [2]** 71/9 90/3

**Shriram [8]** 100/11 100/18 100/20 101/1 101/15 102/18 116/17 117/13

**sic [2]** 56/16 105/18

**side [8]** 21/19 53/10 68/18 71/17 75/10 75/22 90/2 131/15

**sidebar [1]** 160/10

**signature [1]** 64/12

**signed [1]** 54/8

**silence [2]** 16/12 70/2

**silent [1]** 72/16

**similar [10]** 7/14 15/8 16/24 33/4 75/6 78/4 114/4 134/16 134/20 154/18

**Simone [1]** 1/20

**simply [2]** 7/24 117/3

**since [20]** 54/18 55/25 56/6 59/16 63/9 69/7 69/16 76/16 86/15 87/14 92/1 101/7 104/8 107/6 127/12 131/19 132/25 135/11 159/19 160/10

**single [2]** 140/17 142/20

**single-digit [1]** 140/17

**sir [4]** 36/21 81/6 85/2 148/13

**sit [3]** 37/16 37/16 41/8

**site [1]** 28/3

**sits [1]** 37/17

**sitting [6]** 76/25 120/19 127/9 127/9 127/10 160/12

**situated [1]** 155/9

**situational [2]** 52/4 52/4

**six [5]** 19/25 20/4 21/19 97/6 108/4

**six months [3]** 19/25 20/4 97/6

**six-month [1]** 21/19

**size [2]** 19/25 120/6

**sized [1]** 21/25

**skills [1]** 70/8

**skip [2]** 126/11 152/11

**slide [1]** 4/24

**slightest [2]** 114/5 114/6

**slightly [1]** 150/1

**slimy [7]** 113/10 114/1 114/7 114/12 114/16 114/17 115/17

**slot [1]** 160/7

**small [5]** 71/16 72/4 74/4 76/9 144/12

**smaller [3]** 75/22 119/1 140/17

**smart [2]** 137/1 143/25

**smartest [1]** 132/11

**sneeze [2]** 21/6 61/3

**so [298]**

**So -- I [2]** 23/3 123/5

**software [2]** 20/1 96/17

**sole [2]** 18/2 18/7

**sole-source [1]** 18/2

**solutions [1]** 107/20

**solves [2]** 92/24 94/9

**some [33]** 7/20 11/19 13/2 20/9 23/11 25/25 32/11 35/3 40/16 41/9 44/16 45/18 46/10 52/7 60/1 64/6 73/4 81/25 84/1 84/2 115/19 119/8 120/4 125/17 129/5 129/24 131/22 133/1 148/20 149/7 150/1 157/10 160/14

**somebody [3]** 52/1 117/19 156/8

**someone [7]** 4/11 37/19 46/7 78/11 81/14 84/5 130/14

**something [34]** 5/14 5/20 6/2 11/22 21/25 36/8 36/21 47/16 56/18 56/20 58/20 66/8 69/1 70/9 73/5 74/19 75/19 76/21 77/4 78/4 89/21 111/16 114/3 115/25 123/6 124/9 127/14 131/2 151/8 153/3 153/18 153/22 161/14 161/17

**sometime [1]** 27/16

**sometimes [4]** 29/14 124/1 124/12 125/14

**somewhat [1]** 160/3

**somewhere [6]** 12/19 19/25 50/9 50/9 55/21 60/16

**soon [5]** 45/7 45/9

**S**

**soon... [3]** 97/13 101/10 148/8
**sorry [34]** 9/5 11/12 12/25 25/8 30/11 30/13 32/20 42/8 59/12 64/13 64/16 66/12 68/17 70/15 75/9 76/4 78/23 82/8 93/17 104/24 106/16 108/12 108/18 111/20 112/8 112/15 122/8 123/1 132/3 140/23 141/15 145/20 146/7 147/24
**sorry -- well [1]** 93/17
**sort [18]** 21/23 22/10 24/3 31/19 49/22 53/23 54/6 73/11 75/4 78/2 86/10 108/6 110/3 115/18 133/18 142/1 148/20 162/4
**sorts [1]** 77/14
**sounded [3]** 73/10 79/3 144/11
**sounds [7]** 14/16 49/25 64/2 65/13 68/20 78/10 111/15
**source [2]** 18/2 18/7
**Spain [1]** 119/6
**speak [2]** 38/13 136/19
**speaker [9]** 35/18 37/23 37/25 38/2 38/5 75/19 122/16 123/10 136/3
**speakers [2]** 35/17 38/2
**speaking [9]** 37/12 70/3 75/9 75/18 75/20 76/5 76/9 76/10 118/17
**speaks [1]** 75/7
**specific [2]** 77/25 149/8
**specifically [2]** 7/13 143/22
**specifics [1]** 43/9
**speeches [1]** 126/22
**speed [3]** 51/14 52/17 70/7
**spending [1]** 140/10
**spent [3]** 40/13 122/12 143/11
**split [2]** 15/20 16/3
**spoke [6]** 32/14 37/9 40/23 59/7 72/18

**spoken [1]** 59/4
**spokesperson [2]** 77/14 109/9
**sponsor [1]** 37/5
**spot [2]** 96/15 107/6
**spot-on [2]** 96/15 107/6
**spread [1]** 25/15
**spring [1]** 65/20
**spy [1]** 136/21
**stable [1]** 55/17
**staff [3]** 23/4 88/16 91/10
**stake [1]** 113/13
**stakeholders [1]** 51/12
**stakes [2]** 113/9 113/22
**stand [6]** 4/4 4/6 26/8 161/1 161/24 162/11
**standard [3]** 7/2 153/14 153/23
**standing [1]** 152/1
**stands [2]** 14/3 66/7
**star [30]** 24/1 24/10 24/11 26/1 29/21 35/14 35/20 36/19 36/25 44/15 48/23 60/21 60/23 76/25 86/5 87/14 93/20 96/11 96/24 101/5 109/1 109/7 113/21 123/16 127/2 133/19 133/24 137/18 142/25 143/8
**stars [9]** 36/22 40/14 41/5 60/14 84/2 84/3 84/12 96/24 145/5
**stars -- I [1]** 84/2
**start [10]** 18/14 44/5 51/24 61/21 68/10 68/19 82/21 144/6 154/13 154/25
**started [8]** 15/9 18/17 35/5 45/8 52/21 56/10 68/13 80/16
**starting [6]** 25/12 80/23 82/14 140/8 140/16 161/1
**starts [8]** 39/10 42/3 42/6 57/4 74/16 84/17 123/19 162/6
**state [9]** 117/11 128/3 128/4 129/7 129/8 129/9 138/16 138/22

**statement [23]** 5/12 88/19 88/22 88/24 89/7 89/25 90/3 90/9 90/12 90/15 90/16 90/17 90/18 90/19 90/19 128/1 129/4 148/20 151/6 151/21 151/24 152/4 152/5
**states [8]** 1/1 1/2 1/9 67/15 68/3 90/7 138/19 138/20
**status [4]** 58/18 65/17 120/25 135/25
**stay [3]** 24/12 64/9 65/5
**stayed [5]** 48/24 74/7 140/1 140/1 140/14
**Staying [1]** 142/23
**Ste [1]** 1/18
**Steffanie [1]** 13/11
**stenotype [1]** 2/7
**step [1]** 148/13
**stepped [2]** 114/11 148/14
**stick [1]** 150/3
**sticks [1]** 159/13
**still [9]** 5/6 8/15 41/8 69/11 81/6 114/23 128/15 152/1 156/18
**stock [5]** 134/12 134/13 134/14 134/19 134/21
**stood [2]** 37/18 37/19
**stop [2]** 40/21 143/23
**stopped [1]** 86/11
**stops [1]** 144/15
**stories [2]** 126/21 126/21
**storm [1]** 65/4
**straight [3]** 71/4 79/8 101/9
**straight-out [2]** 79/8 101/9
**strategies [1]** 31/4
**strategy [9]** 30/21 39/13 39/15 39/18 42/5 42/18 112/18 112/20 139/21
**strawman [1]** 44/17
**strawman/walk [1]** 44/17
**streams [1]** 53/14
**Street [2]** 1/14 1/18

**stressful [1]** 63/14
**stricter [1]** 84/15
**strike [1]** 129/13
**strikes [1]** 89/19
**string [2]** 60/4 138/13
**strong [1]** 85/8
**stronger [1]** 119/10
**strongest [1]** 92/20
**strongly [1]** 6/17
**structured [1]** 16/18
**struggled [1]** 22/8
**stuff [4]** 55/18 69/18 69/20 86/17
**style [1]** 123/13
**subcontractor [2]** 16/16 17/10
**subject [7]** 11/11 12/14 12/22 13/1 41/9 89/18 92/12
**subjects [1]** 41/9
**submarine [1]** 52/12
**submission [4]** 149/13 149/16 154/19 154/20
**subsequently [1]** 14/13
**subset [1]** 144/12
**substance [1]** 50/11
**subtract [1]** 158/20
**success [2]** 9/14 12/6
**successful [1]** 9/10
**such [4]** 11/23 73/20 150/24 161/19
**sudden [1]** 43/25
**Suddenly [1]** 37/18
**sufficient [4]** 7/21 151/7 154/4 154/6
**suggesting [2]** 33/12 159/22
**suggestion [1]** 90/23
**SULLIVAN [1]** 1/18
**sum [1]** 154/23
**summaries [1]** 86/22
**summarize [1]** 87/22
**summary [8]** 38/21 39/1 40/9 40/18 40/19 41/1 69/19 87/16
**summer [6]** 8/24 120/1 120/24 121/19 121/25 131/2
**support [4]** 26/22 90/7 122/10 122/11
**supporting [1]** 49/2
**supposed [3]** 21/1 38/4 67/10

**S**

**sure [21]**  4/5 31/25 32/2 34/7 55/16 58/4 74/22 77/21 77/22 84/8 94/7 103/25 108/5 108/16 134/2 144/13 150/17 151/20 156/23 159/15 161/12
**surprise [1]**  37/8
**surprised [1]**  159/9
**surprising [1]**  124/9
**survive [1]**  56/6
**sustain [1]**  129/15
**sustained [4]**  20/13 118/3 125/22 142/10
**sustaining [4]**  117/20 117/24 128/18 129/17
**swamped [1]**  64/17
**synchronize [1]**  125/17
**Syria [1]**  63/16
**system [2]**  30/21 124/14
**systems [1]**  29/13

**T**

**table [7]**  37/17 38/12 123/14 126/18 126/19 126/19 126/23
**tables [1]**  123/14
**take [23]**  4/4 8/4 17/13 21/23 34/23 40/17 43/15 44/23 47/24 51/16 73/3 77/18 80/7 83/11 87/4 94/20 98/9 102/25 115/23 116/4 138/4 158/4 159/10
**taken [3]**  4/19 25/15 152/14
**takes [1]**  98/8
**taking [6]**  53/13 70/8 85/6 85/11 102/7 162/2
**talk [30]**  5/14 5/16 5/23 27/15 28/9 37/10 38/15 43/9 54/20 71/2 72/2 85/10 96/11 105/15 107/10 107/14 114/19 115/2 121/12 121/15 121/20 121/22 127/14 131/21 132/20 133/8 143/3 143/21 161/10 162/1
**talked [11]**  18/2 18/21 107/23 126/23 132/21

153/14 141/3 141/4 141/12 142/2 154/24
**talking [22]**  15/24 25/17 26/17 26/20 28/12 65/3 75/10 75/13 77/5 115/5 118/25 121/16 121/18 129/1 132/15 134/10 137/3 141/18 143/23 148/7 148/18 158/9
**taller [2]**  4/12 4/13
**Tamara [1]**  66/21
**targeted [1]**  159/17
**task [1]**  20/19
**teach [5]**  71/5 82/21 85/5 96/17 104/7
**team [24]**  15/9 18/16 27/15 28/1 28/9 33/13 36/14 39/13 39/15 39/18 42/5 53/24 88/17 91/20 91/23 91/24 92/2 95/5 98/15 112/18 112/20 122/11 139/21 139/23
**team's [2]**  51/8 52/6
**teams [9]**  66/1 66/3 71/14 75/6 75/14 75/16 81/20 120/11 122/11
**tearing [1]**  162/6
**technically [1]**  49/5
**technologies [1]**  70/18
**technology [7]**  53/12 53/22 69/22 71/11 71/19 73/21 133/1
**telecommunications [1]**  66/8
**tell [24]**  6/15 16/2 20/6 22/20 23/15 43/12 58/21 106/22 106/23 121/11 121/12 126/21 130/1 130/3 131/3 133/12 134/24 136/9 136/12 146/15 147/6 160/14 161/4 161/11
**telling [16]**  5/19 12/5 22/19 34/9 47/21 70/3 78/21 91/6 106/5 114/7 117/18 118/5 118/8 138/17 139/7 142/7
**ten [6]**  18/12 18/12 57/8 57/10 57/10 59/15
**Ten days [2]**  18/12 18/12

**ten months [2]**  57/8 57/10
**tend [1]**  144/6
**tenth [1]**  19/24
**term [1]**  52/11
**terms [2]**  20/23 80/18
**terrible [1]**  161/22
**test [1]**  95/4
**tested [1]**  73/24
**testified [14]**  22/2 41/18 50/19 52/22 52/25 54/4 62/10 74/2 83/3 83/12 119/13 120/10 127/7 132/7
**testify [4]**  34/13 34/15 160/13 160/16
**testifying [1]**  22/23
**testimony [8]**  81/25 90/10 90/22 106/1 146/3 149/21 150/3 154/3
**testing [1]**  74/1
**text [4]**  145/14 146/11 146/12 146/16
**texts [4]**  146/4 146/4 146/5 146/8
**than [20]**  30/23 52/20 55/3 57/20 60/21 69/25 74/15 76/16 80/21 82/5 87/11 87/18 96/4 96/5 102/6 121/3 144/9 158/7 158/23 159/22
**Thank [38]**  6/21 8/16 8/17 10/24 24/24 43/15 49/25 51/7 64/14 80/11 81/1 81/8 90/25 91/4 91/18 99/3 100/16 102/10 103/15 108/22 111/20 111/25 112/4 113/2 113/3 117/23 118/1 138/7 139/11 139/16 148/11 149/10 153/25 154/10 158/16 158/23 159/1 160/23
**thanks [10]**  8/8 11/11 32/21 44/20 46/18 47/3 104/24 157/23 162/14 162/17
**that [582]**
**that -- in [1]**  121/11
**that -- the [1]**  132/10
**that -- there's [1]**  151/10
**that's [156]**  8/1 11/6

153/6 13/16 13/23 14/10 15/21 19/1 19/10 24/18 26/14 28/12 28/17 29/2 29/7 29/10 33/22 34/13 34/15 37/20 39/12 40/2 40/8 42/11 42/23 43/7 43/14 44/8 44/19 46/7 46/16 46/21 47/10 48/5 48/10 48/16 49/15 50/4 50/20 50/22 50/25 55/12 56/23 57/7 57/16 58/7 58/25 59/6 59/11 60/7 61/17 62/3 63/19 64/25 65/8 66/10 66/15 66/23 67/12 67/14 71/11 76/15 79/10 79/25 81/18 81/21 81/23 82/1 82/4 82/12 82/15 83/2 83/6 85/20 86/12 86/12 88/2 90/4 90/12 91/12 91/22 91/24 91/24 92/5 92/7 92/13 92/18 92/22 93/2 93/5 93/7 93/10 94/19 95/6 95/9 95/14 96/1 96/22 98/5 99/7 99/10 99/16 99/21 100/3 100/8 100/19 101/2 101/14 101/17 101/20 102/21 103/4 103/7 103/12 104/14 104/18 105/5 105/8 105/17 106/3 106/13 107/12 108/16 110/20 112/2 112/8 112/19 113/2 113/6 114/4 116/9 119/16 119/24 120/16 123/21 124/18 125/1 128/5 128/12 128/12 130/5 131/6 132/3 135/13 139/19 140/21 145/22 148/23 149/14 149/18 150/18 151/6 152/15 155/6 158/14 162/9
**their [24]**  16/11 46/6 67/23 75/5 75/16 79/3 87/20 109/19 117/16 122/11 124/14 127/2 134/15 136/4 138/16 138/20 138/22 139/6 149/2 151/9 152/22 153/6 153/6 161/16
**them [33]**  16/20 16/21

**T**

**them... [31]** 17/14 28/3 31/6 31/13 35/4 36/3 40/13 45/18 47/23 57/1 70/6 79/5 90/10 99/17 102/20 102/23 110/25 113/22 125/17 129/3 130/4 130/7 131/2 134/17 136/4 138/6 138/8 138/17 139/7 146/23 160/14

**then [79]** 6/1 12/16 14/8 15/21 17/12 25/25 27/22 28/8 28/23 30/12 30/15 30/20 30/25 31/17 34/11 35/5 40/16 41/18 43/11 43/13 52/15 53/10 55/4 56/10 59/7 59/15 59/21 60/8 62/14 63/2 64/24 65/23 66/21 67/4 68/7 68/18 70/25 72/2 76/17 85/1 85/4 86/4 86/5 86/17 88/15 88/22 90/1 90/10 90/17 93/8 93/16 93/18 93/20 94/12 95/15 97/12 105/1 105/15 114/19 121/3 123/11 123/15 126/3 126/9 141/2 141/11 143/21 143/24 144/14 144/20 146/14 146/15 146/16 146/25 149/8 152/11 155/12 157/13 161/1

**then -- I [1]** 53/10
**then -- should [1]** 55/4
**theory [1]** 152/24
**there [87]** 5/1 5/8 7/20 11/7 11/24 15/1 22/17 22/22 23/1 24/7 25/18 29/6 29/9 29/17 30/7 30/14 30/15 31/3 31/22 34/7 36/21 36/25 39/25 40/21 43/11 43/23 43/24 45/15 49/8 50/10 52/7 53/12 56/3 58/17 58/24 60/23 61/21 63/15 64/3 65/19 65/22 68/18 72/17 73/22 74/7 79/18 79/19 82/17 83/24 84/1 86/14 86/15 86/17 87/18 90/6 90/11 92/2 95/17 97/10 102/20 113/22 119/9

121/8 123/11 123/15 123/15 126/11 126/16 126/22 127/2 127/4 130/5 131/4 131/11 135/4 137/5 145/13 146/3 146/12 148/25 149/3 149/18 152/4 154/13 156/20 156/24 157/5

**there's [35]** 6/19 8/1 10/5 14/8 17/5 17/12 17/12 25/25 26/7 42/20 49/11 51/11 52/9 52/12 56/1 63/12 64/6 69/10 78/1 78/18 79/5 79/7 79/8 79/12 84/3 86/18 88/15 90/23 95/15 95/18 113/1 125/5 144/21 151/9 151/10

**these [17]** 6/5 13/20 18/24 26/17 53/20 67/5 78/3 85/16 119/6 119/12 130/8 138/19 146/4 146/8 150/16 151/19 156/1

**they [99]** 4/23 5/6 7/25 14/18 15/1 15/1 15/6 17/4 17/13 17/25 20/24 21/16 22/21 23/15 23/19 24/4 27/25 27/25 28/1 28/2 30/8 30/16 31/14 31/21 31/23 33/9 35/15 36/12 37/1 38/1 45/18 49/6 52/8 52/11 52/18 62/6 62/17 62/20 63/12 72/11 72/12 72/17 76/8 79/1 79/3 79/5 85/7 86/18 86/19 86/19 88/22 89/11 90/1 90/18 93/9 93/14 95/20 97/1 100/7 106/17 107/2 107/19 117/18 119/7 121/8 123/12 123/13 124/14 124/14 126/21 129/1 131/1 134/15 136/8 136/8 136/22 139/5 139/6 144/5 144/6 144/19 144/20 144/20 146/14 146/20 147/3 147/5 149/4 150/17 151/7 151/8 152/14 153/1 153/20 153/22 155/2 156/18 157/7 160/15

**they'll [1]** 155/8
**they're [12]** 4/25 40/13 40/15 56/3 75/22 92/25 94/10 106/10 138/12 144/7 148/25 155/3
**they've [1]** 89/4
**thing [7]** 72/6 82/14 82/15 92/21 99/13 155/24 160/24
**things [17]** 7/14 17/5 19/16 23/25 31/23 56/2 63/16 69/8 71/10 79/5 124/3 153/8 153/11 156/23 159/21 160/18 160/21
**think [219]**
**think -- my [1]** 77/16
**think -- well [1]** 159/19
**thinker [1]** 12/1
**thinking [2]** 39/23 116/19
**thinks [1]** 111/11
**third [6]** 44/1 52/16 100/23 129/5 141/3 146/11
**third-largest [1]** 100/23
**this [392]**
**this -- the [1]** 104/12
**this -- these [1]** 26/17
**this -- well [1]** 67/9
**this/cooling [1]** 93/24
**Thomas [10]** 66/18 122/12 123/9 123/14 124/19 124/20 127/3 127/19 128/2 128/11
**thorough [1]** 87/6
**those [11]** 31/9 35/3 56/3 68/10 91/10 95/19 102/22 109/21 119/20 133/4 156/12
**though [6]** 46/1 48/24 121/14 124/5 138/23 156/11
**thought [25]** 4/14 5/6 11/15 14/25 36/2 53/16 54/1 54/6 58/21 62/24 63/6 77/16 77/19 78/3 89/14 89/16 97/14 107/8 114/6 131/21 133/4 133/6 136/5 146/19 158/9
**thousand [1]** 134/21
**thousands [1]** 109/14

**threatening [1]** 159/10
**three [14]** 19/25 20/4 23/11 24/10 26/17 32/24 48/23 56/19 57/2 58/22 59/20 63/12 96/11 96/24
**three months [3]** 56/19 57/2 58/22
**three-star [3]** 24/10 48/23 96/24
**threw [1]** 76/17
**through [18]** 6/5 30/1 38/25 41/17 44/17 53/24 60/2 71/6 71/12 71/23 75/25 107/25 118/10 119/25 120/24 121/18 133/1 149/17
**Thursday [7]** 12/18 14/21 37/11 38/4 40/24 42/11 66/9
**tickets [1]** 78/16
**tie [1]** 26/4
**tie-in [1]** 26/4
**ties [1]** 31/5
**tight [1]** 11/25
**till [1]** 60/16
**till -- I [1]** 60/16
**time [72]** 12/8 12/15 14/25 19/2 19/17 19/20 22/1 26/6 35/23 36/6 38/24 40/16 41/10 44/16 45/4 47/8 50/6 60/10 65/14 68/11 70/10 73/6 74/12 74/13 77/6 79/15 81/22 81/25 82/24 87/13 96/20 97/4 99/12 102/7 103/20 105/13 105/14 107/22 108/3 112/9 112/10 114/20 114/23 114/25 115/6 115/18 115/22 117/24 122/12 122/12 123/22 123/24 127/12 130/6 130/8 135/5 135/21 135/24 136/9 136/12 137/2 137/6 140/8 140/9 140/10 141/11 143/11 144/17 155/22 156/16 160/25 161/25
**time -- and [1]** 141/11
**times [5]** 8/1 22/9 49/7 63/24 121/3
**tiniest [2]** 113/9

**T**

**tiniest... [1]** 113/13
**tiny [3]** 72/4 72/6 72/9
**title [2]** 49/21 132/4
**today [8]** 11/11 30/22 103/19 120/19 124/6 155/24 156/4 160/12
**today's [1]** 149/11
**together [8]** 7/13 28/3 31/5 49/6 126/5 137/4 156/19 161/11
**toilet [1]** 55/19
**told [34]** 9/14 13/2 15/15 22/2 22/10 25/23 29/18 37/15 47/15 53/8 54/20 58/2 58/10 58/24 83/8 84/4 117/13 121/15 124/12 127/18 128/11 128/13 130/7 130/14 135/1 136/18 136/19 136/23 141/6 142/14 145/6 146/23 159/18 160/11
**Tom [2]** 42/4 42/17
**tomorrow [12]** 80/16 80/22 80/24 148/6 159/5 159/11 159/23 159/24 160/18 160/22 161/24 162/17
**tonight [3]** 158/15 158/25 160/8
**too [11]** 29/6 31/4 46/6 64/1 67/20 72/10 82/18 85/20 107/3 140/6 159/19
**took [8]** 4/6 18/11 21/19 30/12 31/16 71/25 73/4 130/10
**tools [1]** 133/3
**top [39]** 9/22 11/3 13/10 21/21 25/2 28/25 29/24 32/20 38/2 39/17 39/18 42/8 42/8 42/19 44/20 49/24 51/21 51/23 51/24 61/16 64/13 64/14 66/1 67/13 69/18 81/13 85/19 94/8 99/5 100/17 101/21 110/14 110/16 112/15 112/21 112/25 116/6 126/9 143/10
**totally [1]** 128/21
**touch [1]** 45/4
**Tough [1]** 11/25

**toward [1]** 83/16
**towards [1]** 25/5
**town [2]** 41/11 125/7
**track [1]** 20/20
**train [2]** 70/5 70/6
**trained [1]** 35/15
**training [7]** 16/13 22/12 35/16 36/23 79/7 121/5 134/18
**trajectory [1]** 134/20
**transcript [3]** 1/8 2/7 163/4
**transcription [1]** 2/7
**transformation [1]** 14/5
**transformational [2]** 109/21 143/14
**transition [4]** 27/15 28/1 28/9 30/2
**transitioned [1]** 28/23
**translated [1]** 77/9
**transparency [3]** 26/9 87/3 87/3
**transparent [1]** 118/11
**travel [2]** 119/8 122/23
**traveling [1]** 124/13
**trenches [1]** 82/24
**TREVOR [1]** 1/9
**trial [17]** 1/8 45/12 45/13 52/23 79/19 79/24 83/4 89/5 90/9 105/23 135/9 145/14 149/24 152/3 152/7 152/18 153/15
**tribal [1]** 11/17
**tried [2]** 46/10 60/15
**trigger [1]** 144/13
**trip [2]** 48/18 60/9
**trouble [1]** 59/12
**true [5]** 109/21 150/6 156/15 156/16 163/4
**truest [1]** 142/22
**truly [1]** 82/21
**trust [2]** 113/10 113/14
**trusted [3]** 98/19 132/8 132/9
**trusts [2]** 130/14 130/21
**truth [12]** 10/14 15/15 22/13 34/9 70/3 89/15 116/19 116/25 117/10 117/12 129/2 138/15
**try [14]** 28/3 28/4 59/2 69/13 72/2 89/8 108/3

117/6 117/7 117/22 125/14 128/13 153/3 161/12
**trying [22]** 16/11 31/9 33/9 36/5 55/7 55/16 56/6 75/24 89/9 97/4 104/4 106/5 106/9 114/18 120/1 120/7 121/4 121/7 121/7 125/18 135/2 138/12
**Tuesday [4]** 112/23 124/16 159/7 160/16
**Turkey [1]** 105/12
**turn [1]** 157/18
**turns [2]** 153/9 157/1
**Tweed [7]** 50/19 52/22 53/9 56/13 56/16 59/4 59/5
**two [46]** 5/14 17/18 18/12 18/13 18/21 23/10 24/6 28/3 28/7 31/18 32/6 35/14 35/20 36/19 36/22 40/14 41/5 44/15 45/3 45/7 52/20 53/8 56/19 57/2 59/20 61/21 64/20 84/3 84/4 84/7 84/12 84/14 84/23 86/19 93/8 93/20 103/5 104/12 114/20 125/16 137/4 141/24 142/5 144/21 145/3 156/24
**two weeks [2]** 18/12 18/13
**two years [6]** 84/7 84/14 84/23 86/19 93/20 145/3
**two-star [4]** 35/14 35/20 36/19 44/15
**two-stars [3]** 36/22 40/14 41/5
**two-week [2]** 28/3 28/7
**two-year [2]** 84/4 144/21
**type [3]** 18/5 27/6 89/11

**U**

**U.S [6]** 2/2 55/15 109/1 109/19 137/19 142/20
**Uber [2]** 130/10 130/13
**Uh [7]** 22/25 30/3 31/8 56/14 63/22 114/2 125/9

**Uh-huh [7]** 22/25 30/3 31/8 56/14 63/22 114/2 125/9
**ultimately [1]** 14/23
**um...would [1]** 93/25
**unannounced [1]** 37/21
**uncomfortable [1]** 32/12
**under [13]** 8/15 17/24 36/14 38/6 81/6 94/8 130/18 132/2 132/3 132/10 147/23 156/1 157/9
**Underneath [1]** 146/13
**undersecretary [4]** 130/15 130/16 131/9 132/4
**understand [25]** 10/18 17/9 25/17 31/5 38/18 53/5 53/22 76/1 77/21 78/8 81/24 82/10 84/9 84/9 110/23 121/5 121/7 121/8 128/20 148/24 148/24 149/6 149/11 153/1 156/19
**understanding [45]** 5/21 8/23 12/4 12/8 15/24 17/2 17/19 19/2 19/11 25/22 26/16 27/20 29/3 29/11 33/2 36/10 36/16 36/24 41/14 43/18 45/21 46/4 47/11 51/19 53/9 53/15 53/18 56/15 56/25 59/17 62/11 68/5 71/19 77/11 78/20 84/16 90/4 106/4 107/14 117/4 120/25 131/25 140/21 144/17 145/2
**understands [1]** 75/12
**understood [14]** 12/21 13/2 13/7 14/24 15/3 30/18 52/19 62/21 79/2 116/17 129/1 130/23 140/25 160/20
**undisputed [1]** 156/11
**unexpected [1]** 103/20
**unicorn [1]** 143/7
**uniform [1]** 130/25
**uniformed [1]** 119/2
**unique [1]** 156/20
**unit [1]** 118/23
**UNITED [6]** 1/1 1/2 1/9

**U**

**UNITED... [3]** 67/15 68/3 90/7

**United States [3]** 67/15 68/3 90/7

**unlawful [3]** 152/22 152/23 153/5

**unless [5]** 53/19 93/21 112/25 159/7 159/21

**unredacted [2]** 111/18 111/19

**until [9]** 15/1 21/19 26/6 54/10 67/12 67/14 70/10 74/7 83/4

**unusual [1]** 156/22

**up [57]** 16/13 17/1 21/16 21/17 22/22 24/5 24/6 24/13 29/16 30/5 37/18 37/19 37/21 43/4 43/13 47/24 53/8 58/13 64/11 64/19 65/20 66/6 67/7 67/8 70/3 70/22 70/25 74/3 81/13 82/19 84/3 84/12 84/15 85/1 94/8 96/16 97/22 98/11 101/8 104/10 104/19 105/18 106/2 106/5 106/11 106/12 106/14 107/5 120/14 120/22 123/17 134/10 148/5 153/21 154/24 162/5 162/6

**up -- there's [1]** 84/3

**upcoming [1]** 47/6

**update [15]** 58/18 61/1 70/18 87/6 92/15 96/4 96/7 96/8 98/10 98/13 99/23 113/23 118/18 118/19 139/25

**updated [2]** 99/25 118/11

**upfront [1]** 92/17

**upgrade [1]** 27/2

**URQUHART [1]** 1/18

**us [92]** 8/1 8/22 9/14 9/15 12/11 20/24 21/23 22/18 22/20 29/13 29/18 30/23 30/24 32/22 33/5 35/23 38/5 38/12 45/17 45/18 45/24 47/15 50/13 52/2 53/9 53/11 53/22 53/24 54/7 54/17 55/8 56/4 58/2 58/21 62/14 63/10 64/7 64/8 64/8 72/22 78/2 78/2 83/23 84/25 93/24 97/12 101/9 106/22 106/23 109/3 109/6 109/20 114/12 114/18 114/22 115/20 120/6 120/18 120/20 122/14 122/15 123/3 124/12 126/24 127/15 127/20 130/1 130/14 130/19 131/22 132/10 133/9 133/15 133/16 133/18 134/5 134/17 136/18 136/19 139/6 140/12 142/17 142/19 142/24 143/2 143/15 143/16 143/20 144/4 144/10 144/20 145/6

**us -- I [1]** 144/4

**USAO [1]** 1/13

**use [9]** 53/12 75/15 75/15 106/1 106/5 111/4 111/9 150/11 155/20

**used [9]** 16/23 23/12 52/11 75/14 109/19 134/19 136/25 153/15 155/22

**uses [1]** 78/12

**using [8]** 11/14 17/3 17/13 23/6 29/16 98/11 146/25 147/2

**usually [9]** 37/16 38/2 56/19 72/2 76/8 87/4 92/1 98/8 144/5

**UTC [1]** 81/25

**V**

**v. [1]** 90/8

**v. Kahn [1]** 90/8

**value [1]** 26/4

**various [1]** 7/25

**vastly [1]** 144/8

**Vatican [1]** 78/25

**VC [2]** 73/1 105/4

**VCNO [16]** 24/1 24/6 31/17 32/6 35/15 37/1 48/14 49/2 49/4 49/14 49/20 58/13 96/10 97/8 130/20 134/4

**vehicle [4]** 16/20 16/23 17/3 17/14

**vendor [2]** 46/10 79/6

**version [2]** 98/15

**versus [3]** 62/16 114/9 114/10

**very [71]** 9/10 9/22 10/7 10/9 10/11 11/13 15/8 16/24 17/5 22/7 22/7 22/8 22/10 23/19 31/3 31/11 31/13 31/14 31/18 34/11 38/7 40/13 42/8 42/8 44/3 45/19 50/14 52/21 60/1 65/3 69/1 69/25 72/14 73/2 73/19 74/1 74/2 76/8 76/9 76/15 76/17 85/8 87/12 103/15 104/10 106/10 107/7 110/4 112/15 113/18 113/22 118/11 118/24 119/8 122/11 123/6 123/8 132/14 133/3 136/2 136/20 137/1 140/11 141/5 142/17 142/22 144/12 155/20 157/4 157/5 160/25

**Veterans [1]** 48/12

**vetted [2]** 7/7 143/9

**vetting [1]** 157/6

**vicarious [2]** 152/23 153/10

**vice [15]** 24/13 26/3 26/12 28/22 28/24 29/21 36/12 36/13 47/17 47/20 60/19 60/22 109/9 133/25 143/1

**video [14]** 23/4 40/17 50/8 66/7 69/4 83/7 87/17 91/8 92/8 103/24 105/6 106/25 107/2 107/2

**videoconference [1]** 66/7

**view [3]** 75/19 132/25 142/19

**villa [4]** 64/2 64/7 64/25 65/5

**violate [1]** 56/11

**virtual [4]** 66/5 66/24 73/1 81/20

**visible [1]** 109/3

**vision [3]** 26/5 26/8 28/4

**visit [7]** 9/4 9/8 13/15 33/5 33/10 34/12 64/1

**visited [1]** 8/25

**vote [1]** 25/25

**voted [1]** 91/24

**vs [2]** 1/4 114/8

**VTC [3]** 66/2 66/7 104/23

**W**

**wait [3]** 57/1 59/18 97/7

**waited [3]** 58/22 87/12 113/16

**waiting [3]** 4/9 54/20 96/19

**walk [3]** 38/25 41/17 44/17

**walked [4]** 38/10 71/6 130/9 130/9

**walking [1]** 130/13

**want [42]** 13/20 14/3 23/15 25/14 43/12 45/25 53/19 60/20 63/9 70/17 71/15 72/1 75/25 76/21 76/23 79/11 95/3 100/10 102/5 107/10 108/7 109/1 115/3 117/7 126/11 127/14 127/15 130/21 133/22 134/1 134/3 141/25 145/10 150/12 150/19 154/11 154/13 160/8 160/13 161/16 161/23 162/12

**wanted [42]** 12/11 19/24 21/18 23/2 26/21 31/25 39/2 45/3 45/8 54/19 64/21 69/17 70/9 70/18 96/7 97/7 99/22 104/19 107/5 107/14 108/5 108/23 110/1 110/2 111/4 114/19 115/19 115/21 131/18 131/19 131/21 133/8 134/11 136/7 136/8 140/15 141/5 141/11 142/18 143/2 144/13 146/18

**wanting [1]** 115/2

**wants [9]** 26/5 96/16 114/12 119/15 127/19 134/3 134/5 141/4 141/22

**war [6]** 35/21 36/14 63/2 63/13 63/13 97/16

**W**

**war-fighting [3]** 63/13 63/13 97/16
**warfighting [1]** 96/12
**was [488]**
**was -- he [1]** 89/14
**was -- I [1]** 47/16
**was -- it [1]** 141/16
**was -- your [1]** 131/25
**Washington [5]** 1/4 1/14 1/19 2/4 122/4
**wasn't [5]** 37/8 54/18 108/5 109/2 152/18
**watch [1]** 40/17
**way [26]** 4/23 12/14 22/22 31/20 32/16 44/24 48/13 56/4 56/22 58/18 62/8 71/20 73/23 77/9 77/13 109/4 109/5 110/4 110/4 115/8 118/14 127/9 130/6 136/16 140/5 153/20
**way-forward [1]** 48/13
**ways [1]** 96/5
**we [424]**
**we -- I [1]** 118/21
**we'd [3]** 129/13 149/17 159/9
**we'll [6]** 14/14 47/8 54/20 129/11 149/8 150/15
**we're [35]** 4/9 5/17 5/18 5/19 7/24 10/11 10/16 26/4 28/9 32/16 44/15 45/20 54/20 62/11 63/20 73/7 73/11 77/5 81/4 86/15 87/14 114/12 115/4 119/23 121/2 141/18 149/8 149/22 150/16 150/24 152/23 155/8 156/25 157/1 158/14
**we're -- it's [1]** 155/8
**we've [18]** 11/22 16/15 18/21 19/8 30/23 52/20 70/9 92/19 96/3 96/25 98/14 124/6 127/12 136/4 138/2 139/19 142/20 154/24
**wean [1]** 31/3
**weaponry [1]** 78/12
**weapons [5]** 30/21 77/2 79/7 83/24 93/22
**wearing [2]** 130/23

130/25
**week [19]** 12/7 13/14 13/14 27/17 28/3 28/7 35/14 35/16 36/23 38/3 41/11 44/16 50/2 51/1 51/4 51/5 64/20 105/4 141/6
**week's [1]** 103/23
**weekend [3]** 44/21 160/15 160/19
**weekly [2]** 70/12 96/18
**weeks [7]** 18/12 18/13 30/9 32/23 55/21 108/4 150/17
**weeks' [2]** 141/24 142/5
**weird [1]** 76/17
**Weisberg's [1]** 4/24
**Welcome [2]** 8/12 81/3
**well [31]** 9/3 9/4 9/7 9/7 20/24 37/19 49/3 51/7 64/12 67/9 69/1 82/14 85/14 86/21 87/21 93/17 101/18 103/8 106/22 107/11 107/18 112/10 127/19 127/25 128/1 132/20 132/21 142/22 155/16 156/9 159/19
**went [13]** 9/4 9/8 26/3 27/2 54/16 77/1 86/14 86/17 99/13 99/24 130/12 130/13 130/24
**were [131]** 4/14 5/6 14/18 15/2 16/11 16/16 16/24 18/24 20/11 20/16 21/14 22/3 22/23 23/1 23/19 25/23 28/11 30/4 31/9 31/11 31/14 32/10 33/7 33/9 35/16 36/5 37/7 37/11 37/15 37/22 38/4 38/4 39/22 42/14 42/25 44/3 46/6 49/6 50/16 52/7 53/8 53/13 53/23 55/7 55/16 56/11 58/24 62/4 64/3 67/15 69/6 69/19 71/4 71/12 72/11 72/12 72/12 72/15 72/15 72/17 73/8 73/21 73/22 73/23 73/25 74/23 75/4 75/10 78/24 79/24 84/3 84/21 92/2 93/25 96/9 96/19 99/14 100/7

102/20 104/4 104/10 107/7 107/8 109/24 113/22 114/24 115/24 115/25 118/10 119/8 119/20 120/1 120/7 121/14 123/7 123/14 125/10 125/18 125/19 126/16 126/17 126/19 126/22 126/25 127/4 127/9 129/1 129/23 130/12 133/19 133/19 135/2 135/21 136/1 137/2 137/18 140/10 140/12 142/6 142/6 144/2 146/23 150/16 151/23 153/11 155/2 156/12 156/24 158/9 159/6 160/15
**were's [1]** 20/2
**weren't [2]** 23/8 150/17
**what [255]**
**what -- I [1]** 155/20
**what's [13]** 21/22 26/24 28/13 34/2 39/8 44/4 46/12 57/3 61/12 65/25 85/12 118/25 133/21
**whatever [1]** 24/4
**whatnot [4]** 29/14 109/15 126/22 141/13
**Whats [4]** 105/18 106/1 106/5 106/14
**WhatsApp [6]** 106/15 106/16 106/17 106/18 107/2 147/2
**when [77]** 8/24 10/10 15/6 18/10 18/14 24/8 28/22 28/23 31/21 31/22 32/14 36/3 37/6 37/7 37/11 37/20 38/1 38/10 42/6 47/8 47/15 48/22 49/1 49/16 54/20 55/10 55/15 56/10 58/25 58/25 60/10 62/6 65/4 67/12 68/13 68/20 69/7 71/14 72/15 73/3 73/22 75/3 75/20 76/5 77/23 79/5 79/7 84/16 84/20 86/9 86/12 86/12 86/14 87/4 108/23 111/19 114/11 115/24 118/24 124/13 126/24 127/6 130/1 130/20

130/23 131/10 131/22 133/9 133/16 135/1 137/2 143/4 143/6 143/8 144/5 155/21 161/1
**whenever [2]** 21/24 122/13
**where [38]** 8/22 14/2 15/21 27/8 29/22 30/7 30/15 31/13 35/7 35/8 35/14 41/22 45/16 52/21 67/17 67/19 68/5 78/2 84/2 86/19 87/2 88/12 94/8 96/18 97/1 116/17 120/8 121/8 124/4 124/6 130/10 130/22 136/6 136/17 138/9 144/21 148/22 156/1
**where -- it's [1]** 130/10
**wherever [2]** 86/19 136/8
**whether [10]** 36/16 42/24 53/15 70/7 78/20 111/16 129/2 129/11 137/14 161/17
**which [54]** 4/24 6/11 7/3 7/4 7/23 12/12 17/11 20/25 24/1 27/2 29/15 30/17 35/6 37/16 38/20 47/18 47/22 55/18 62/19 62/19 75/16 77/19 84/4 88/11 88/15 88/16 89/11 90/8 90/10 90/18 92/2 93/19 93/21 93/23 93/25 94/14 94/22 97/14 97/21 98/23 105/19 110/21 111/5 120/11 123/19 126/24 133/3 134/13 136/17 144/4 150/2 151/23 153/9 157/15
**while [16]** 19/18 27/23 65/6 68/1 71/3 72/12 74/3 74/23 76/25 78/22 87/5 97/14 101/10 108/5 114/21 129/23
**whisper [2]** 127/7 127/11
**whites [2]** 131/1 131/2
**who [57]** 13/17 13/22 16/21 22/14 26/12 26/14 28/20 32/25

**W**

**who... [49]** 35/12 35/18 35/19 36/10 38/6 42/17 44/10 46/10 50/19 52/2 53/21 58/11 58/21 58/23 62/15 63/23 64/12 67/2 68/13 68/16 72/17 78/11 81/15 84/20 84/24 87/18 91/11 93/11 95/19 97/5 97/8 97/10 97/23 100/20 101/5 106/23 109/8 112/12 118/8 119/20 119/22 125/10 127/1 147/13 147/16 147/19 156/17 157/6 160/6

**who's [1]** 156/3

**whoever [2]** 75/7 75/17

**whole [19]** 28/2 31/19 49/11 55/25 61/18 75/25 82/14 82/15 89/5 109/12 110/16 111/19 118/10 123/13 134/22 135/5 135/8 136/19 153/22

**whom [1]** 46/9

**Whose [2]** 128/4 129/8

**why [35]** 8/1 9/11 17/2 29/11 29/15 32/10 34/14 36/24 37/18 44/24 45/21 46/4 47/23 62/4 71/19 75/16 77/15 79/17 87/1 88/18 111/13 127/24 128/23 129/1 132/18 132/19 133/22 148/5 148/15 149/7 150/17 154/4 161/3 161/4 161/8

**widely [1]** 87/6

**wife [4]** 63/24 123/16 127/2 136/1

**will [42]** 6/14 6/15 17/6 17/8 19/16 30/25 31/2 31/3 31/6 32/23 44/5 45/20 48/13 49/25 56/22 59/25 64/19 65/25 81/6 85/1 87/5 89/1 89/19 93/24 105/12 108/12 123/18 126/4 128/8 139/10 150/22 154/7 158/4 158/5 158/18 159/12

159/16 159/16 160/17 161/10 161/12 162/1

**William [2]** 1/15 28/18

**willing [1]** 12/9

**win [2]** 114/18 137/17

**window [4]** 28/7 30/7 30/15 144/21

**wiser [1]** 4/11

**wish [1]** 154/1

**withdraw [3]** 5/11 34/18 107/12

**withdrawal [1]** 108/13

**withdrawing [2]** 10/19 108/17

**within [6]** 11/18 52/14 87/4 87/19 142/23 158/13

**without [7]** 10/21 11/24 24/21 95/3 98/25 100/13 157/10

**witness [13]** 3/2 4/6 9/16 24/15 33/17 42/1 44/4 98/23 110/7 116/5 137/21 148/14 162/3

**women [1]** 11/23

**won't [1]** 159/24

**wonder [1]** 157/9

**word [3]** 78/10 85/9 85/10

**words [2]** 23/12 119/14

**work [44]** 15/9 16/25 20/2 22/20 23/22 29/14 30/22 31/1 31/11 46/1 49/16 52/21 53/13 53/14 56/22 64/19 82/16 84/5 84/6 97/16 97/17 100/4 108/7 108/24 109/1 114/12 115/3 119/5 119/11 119/15 127/20 129/3 133/21 133/22 134/5 134/16 136/7 137/7 137/17 142/2 142/2 142/18 145/4 160/15

**worked [7]** 49/19 62/20 67/25 91/11 130/20 132/1 132/12

**working [6]** 41/10 45/8 49/6 68/6 96/23 127/15

**works [3]** 112/12 130/14 131/8

**world [6]** 43/12 55/11 55/22 71/9 109/18

**worried [1]** 144/2

**worry [1]** 97/8

**worth [1]** 134/22

**worthy [3]** 133/19 137/18 143/17

**would [101]** 9/14 9/23 14/3 15/22 17/20 17/21 19/17 19/17 21/25 22/21 24/13 24/19 25/13 27/2 30/9 32/23 33/12 34/11 38/1 44/2 45/6 45/17 45/18 53/24 58/2 58/21 60/2 60/9 69/12 75/17 75/18 77/7 77/15 77/19 79/18 83/24 84/18 90/10 90/15 91/13 92/1 96/19 97/1 97/2 97/14 97/21 98/8 98/22 107/19 113/10 113/14 114/6 117/14 117/15 119/5 119/6 119/10 119/11 120/8 122/16 125/13 130/19 130/21 131/3 131/23 132/19 133/10 133/10 134/21 134/24 136/17 137/20 140/1 140/14 141/9 141/10 142/5 142/19 143/1 143/4 143/14 144/24 144/25 148/2 149/25 150/3 150/10 150/25 152/7 152/19 153/2 153/7 156/8 157/2 157/18 158/1 159/7 160/14 160/21 161/18 161/19

**would/could [2]** 113/10 113/14

**wouldn't [3]** 118/23 145/4 160/15

**wow [3]** 43/12 119/9 146/20

**wrap [1]** 148/5

**write [19]** 29/25 30/20 42/22 44/14 52/18 62/23 63/10 63/15 63/20 92/23 93/9 96/6 99/22 101/3 103/23 113/7 114/3 124/2 140/16

**write -- it's [1]** 42/22

**writes [11]** 14/2 27/12

28/8 47/3 48/11 51/6 59/22 104/23 105/3 105/11 146/21

**writing [4]** 46/6 86/9 86/11 96/3

**written [2]** 156/7 156/7

**wrong [6]** 19/16 19/18 53/10 113/9 113/13 115/25

**wrong -- but [1]** 53/10

**wrongful [1]** 151/5

**wrote [5]** 27/9 43/2 64/5 86/8 94/12

**Y**

**yeah [27]** 4/5 6/9 48/21 77/2 85/16 88/14 98/8 98/17 110/1 110/3 111/15 115/2 115/21 117/2 123/2 123/5 124/20 126/21 127/5 129/15 132/2 134/25 142/4 143/16 154/13 161/13 161/23

**year [15]** 19/24 26/22 48/20 48/21 54/11 57/8 60/14 66/11 69/15 69/16 69/16 84/4 91/25 134/25 144/21

**year's [1]** 140/18

**year-plus [2]** 48/20 48/21

**years [14]** 29/18 30/24 60/17 78/1 84/7 84/14 84/23 86/19 92/2 93/20 97/1 134/13 134/14 145/3

**Yep [1]** 150/9

**yes [219]**

**Yes -- no [1]** 118/19

**yesterday [4]** 26/3 51/13 92/15 101/3

**yet [1]** 90/20

**YONGCHUL [3]** 1/6 3/3 8/18

**York [10]** 1/22 1/22 13/15 18/9 33/6 33/10 122/24 136/7 141/4 141/12

**you [763]**

**you -- or [1]** 118/13

**you -- this [1]** 127/12

**you'd [3]** 57/1 80/1 91/7

**Y**

you'll [1]  45/20
you're [21]  6/16 13/20
17/23 30/1 56/20 73/3
75/12 76/25 77/8 78/5
79/13 97/23 102/12
103/19 110/23 111/1
115/1 119/1 121/16
124/13 141/25
you've [11]  18/24 22/2
46/1 51/10 74/2 75/14
83/4 105/23 106/1
135/8 161/11
your [198]
Your Honor [107]  4/3
4/17 5/4 5/13 6/4 6/8
6/25 7/6 8/7 8/17 9/24
10/5 10/20 10/24 15/12
15/14 20/12 24/24 34/1
34/3 39/9 74/25 80/6
80/11 80/13 81/1 81/8
88/3 88/6 89/2 89/4
89/13 89/22 90/7 90/25
91/4 91/13 91/18 98/22
99/3 100/16 101/25
102/14 108/9 108/22
110/7 110/9 110/10
110/16 111/7 111/20
111/25 112/4 113/2
116/12 116/24 117/14
117/19 117/23 118/1
125/21 127/21 127/25
129/6 129/13 135/16
137/20 137/22 138/7
138/16 139/5 139/11
139/16 142/9 145/21
148/2 148/23 149/10
149/14 149/22 150/15
151/2 151/13 151/18
151/25 152/2 152/6
152/13 152/15 153/14
154/2 154/23 156/7
157/15 157/23 158/4
158/16 158/22 158/23
159/2 159/12 160/11
160/23 160/24 161/15
162/11 162/18
yourself [14]  11/4
24/17 25/3 28/16 33/19
40/7 42/4 48/8 50/21
65/20 95/13 100/11
100/18 131/13
yucky [4]  114/20
114/23 114/24 115/22

**Z**

zeros [1]  81/22
zone [1]  105/13
Zoom [6]  66/3 67/6
71/14 75/6 75/15 75/16