# EXHIBIT B

# FW: NextJump - Green Light

1:24-cr-00265-TNM

**DEFENSE EXHIBIT**

## DX 326

**From:** "Beyler, Juliet M SES N1, N1" <"/o=organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=juliet.beyler7db">

**To:** "Easter, Steffanie B SES OPNAV, DNS" <steffanie.easter@navy.mil>

**Date:** Thu, 06 Sep 2018 11:14:48 +0000

Steffanie,
Sharing below conversation re: NextJump for your SA.
CNO gave the green light Friday, VCNO circled with Bob yesterday to confirm we want to, and are, moving out.
OPNAV staff is absolutely part of the pilot, we're working the detailed "seat" plan now.
If you have specific thoughts or ideas you want incorporated in our thinking, please let me know.
Vr/J

-----Original Message-----
From: Beyler, Juliet M SES N1, N1
Sent: Friday, August 31, 2018 6:34 PM
To: Parel, Barrett L SES, Director N10 <barrett.parel@navy.mil>; Fillion, Daniel H RADM OPNAV N1, WASH DC, N10 <daniel.h.fillion@navy.mil>; James R CAPT N1 N12 Raimondo (james.raimondo@navy.mil) <james.raimondo@navy.mil>
Cc: Burke, Robert P VADM CNP, N1 <Robert.P.Burke@navy.mil>; Kountz, Sabra Dayan CAPT N1, N10 <sabra.d.kountz@navy.mil>; Ingram, Elena P CAPT N1, N100B <elena.ingram@navy.mil>; Renee J CAPT OPNAV N1 CAG Squier (renee.squier@navy.mil) <renee.squier@navy.mil>; Rotert, Allen W LT N1, N1B <allen.rotert@navy.mil>; Elaine CDR OPNAV N1 N1 EA Collins (elaine.collins@navy.mil) <elaine.collins@navy.mil>; Collins, Clifford JR CDR OPNAV N1, N1 COS <clifford.collins@navy.mil>; Genoble, Brett J, SL N1 Flag Matters <brett.genoble@navy.mil>
Subject: NextJump - Green Light

Barry, Dano,
This afternoon CNO gave the boss green light to proceed with NextJump as described below ($10M proposal).
CNP subsequently called Charlie and let him know we'll be moving out.

Please start with any FY18 sweep-up funds we may have available and then get started on the rest.
This is a one-time only spend (not to be shared outside the family).
Additionally, boss' strong preference is to ride on the existing contract we have with NxJ, expand the scope if need be.

For Jim- Please put together 2-3 detailed COAs for the breakdown/location of exact seats.

We have DivDirs on Wednesday morning, so please be prepared to give an initial status check then.
Vr/J

-----Original Message-----
From: Burke, Robert P VADM CNP, N1
Sent: Thursday, August 30, 2018 3:36 PM
To: Richardson, John M ADM CNO <john.m.richardson@navy.mil>
Cc: Moran, William F ADM, OPNAV, VCNO <william.moran@navy.mil>; Beyler, Juliet M SES N1, N1 <juliet.beyler@navy.mil>; Nowell, John RADM OPNAV N1, WASH DC, N13 <john.nowell@navy.mil>; Williams, Thomas R II CAPT OPNAV, N00 <thomas.r.williams@navy.mil>; Renshaw, Curt CAPT OPNAV, VCNO <curt.renshaw@navy.mil>; Raimondo, James R CAPT N1, N12 <james.raimondo@navy.mil>; Squier, Renee J CAPT, OPNAV N1, CAG <renee.squier@navy.mil>; Collins, Elaine CDR, OPNAV N1, N1 EA <elaine.collins@navy.mil>
Subject: NextJump Follow Up

CNO,

As follow up to our discussion on Tuesday with NextJump, I wanted to get back with you with preliminary cost estimates on what we could do within our (N1) means.

After a close review of where our PB-19 budget stands as of now, the most I would want to commit to is $10M to ensure I do not put personnel programs or our transformation efforts at risk.   With that money, we would be able to provide approximately 115,000 personnel (primarily active duty but also including a significant number of reservists and civilians) with the Feedback app (which gives each associated command the analytics tools), and with personnel in each of those units also receiving the 10X app and at least one facilitated 10X session, which I view as essential to kick off each local effort.  As a notional example of how many and what types of units we would be able to cover for that money:

Special Operations Forces (10 Platoons) Aviation Forces (25 Squadrons) Surface forces (35 Surface Combatants) Submarine forces (15 Submarines) Expeditionary forces (10 Squadrons) OPNAV staff (Military and Navy Civilians) NAVSEA HQ (Military and Navy Civilians) NOSCs (5) A-Schools (5)(Staffs - Military and Navy Civilians) Learning Centers (2)(Staffs - Military and Navy Civilians)

We would have much work to do to identify exactly the right mix of units, and we would work closely with TYCOMs to ensure we did just that.

DOJ-0002155409

On your comment this afternoon about the methods and apps being more suited to an office environment, I would offer that they could easily be applied to anything a command wants to use them for - a pre or post evolution brief, the evolution itself, training, qualification events, quarters, mentoring sessions, chart/navigation preps, sonar or weapons employment plan preps, etc.

The overall number is less than the 25% of the total Navy Active Duty, Civilian, and Reserve personnel that Charlie Kim and Meghan Messenger talked about on Tuesday, but I believe that this investment would provide a significant "booster shot" to the Green Line of Effort and is in alignment with NLDF 2.0.  This effort would complement and be synchronized with grassroots work already underway in creating a learning culture, including what NLEC and many others have been driving towards.  I believe that the injection of these tools, done in close coordination with TYCOMs, could move us down the path, and would put some tangible tools in the hands of the Fleet to get the needed conversations started.   In parallel, I would embark on an effort to develop our own home-grown tools for deployment to the rest of the Fleet, assuming we find this "pilot" effort to be productive for the units we test it on.

To get to 25% of the total Navy active duty, civilian, and reserve personnel would require another $44 million, which I consider to be cost prohibitive.

I also had a short email exchange with Charlie last night - he knows the cost is an issue for Navy, considers Next Jump to be a partner, and wants to work on that with us.   I know you have some other questions you'd like us to explore as well - so I will standby to get those and work answers before reengaging.

V/r, Bob

DOJ-0002155410