# EXHIBIT C

# FW: Next Jump

**From:**   "Beyler, Juliet M SES N1, N1" <juliet.beyler@navy.mil>
**To:**   "Ingram, Elena P CAPT N1, N100B" <elena.ingram@navy.mil>, "Rotert, Allen W LT N1, N1B" <allen.rotert@navy.mil>
**Date:**   Tue, 28 Aug 2018 12:37:07 -0400

From: Burke, Robert P VADM CNP, N1
Sent: Tuesday, August 28, 2018 12:35:33 PM
To: Parel, Barrett L SES, Director N10
Cc: Fillion, Daniel H RADM OPNAV N1, WASH DC, N10; Beyler, Juliet M SES N1, N1; Squier, Renee J CAPT, OPNAV N1, CAG
Subject: Next Jump

Barry,

I need an estimate of how much of an unfunded FY-19 execution year bill we could weather to cover a contract with Next Jump. CNO has directed us to execute the maximum capacity we can reasonably afford. Renee will get you some calculations to work with - I'd like to reach a "critical mass" level of coverage of the Navy - something in the neighborhood of 20-25%, which I expect will run into the hundreds of millions of dollars - I know, it's a big ask.

Let me know what's in the art of the possible. I won't commit before we can talk.

I'll be back later today - around 1700 or so. Thanks.

V/r, Bob



1:24-cr-00265-TNM

DEFENSE EXHIBIT

DX 322