# EXHIBIT D

Message

| | |
|---|---|
| **From:** | Charlie Kim [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CFB01DBA9F31422391C7FF8AC8197022-CHARLIE KIM] |
| **Sent:** | 11/5/2019 10:57:26 AM |
| **To:** | Team Strategy Committee [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6b8c0caac81c40c888bc27c496ccac12-Team Strate] |
| **Subject:** | FW: Exec Summary for Gilday |



1:24-cr-00265-TNM
DEFENSE EXHIBIT
**DX 42**

fyi

-----Original Message-----
From: Charlie Kim
Sent: Tuesday, November 5, 2019 10:57 AM
To: 'Burke, Robert P ADM USN VCNO (USA)' <Robert.P.Burke@navy.mil>; Meghan Messenger
<mmessenger@nextjump.com>
Subject: RE: Exec Summary for Gilday

Bob,

Related to this point in your note:
"I've still not been able to sit down with CNO on this - or a number of other subjects (a subject for a
"coaching" session  some time). "

Effective "managing up" has many components/strategies...few top of mind thoughts discussing with Meghan
this morning (in no particular order):

) Safe vs Danger - Gilday being the one that is ultimately responsible for the decisions made for the
Navy, needs to find "SAFE" places to explore/discuss/ask his dumb questions/etc. My sense is he doesn't
have that which means everywhere feels "Dangerous" - which often leads people to hold cards close to
their chest and also leads to non-decisions.
) Ideally, as VCNO, you would be/provide the "Safe" space for him to talk more freely, share what he is
thinking (his ladders of inference): note the different speeds:
        1/ Typing - 60-70 Words Per Minute (WPM)
        2/ Talking - 300-400 WPM
        3/ Thinking - 3000-4000 WPM
* There's a lot that is unsaid, there is a lot he is thinking about but not sharing and
creating/investing in the space to close the gap between talking and thinking. Messy/unfiltered/un-
pc/not-judged space (this is the "Safe" space that most leaders need today). It should be built as a
ritual (consistent blocks of time) vs scheduled intensely (i.e. offsites only) - for instance weekly
rituals: Monday evenings...when times get tough, this is when it will matter most...as most people go
silent/ go more in their heads and struggle to find the time to connect/talk things out (think out loud).
) From your end, being able to create regularized reviews - my thinking is ideally monthly as it may give
you the battle rhythm to go "do stuff" before giving him a proper update to react to (can talk more on
this at another time)...great updates are easy to react to. Bad updates require too much from the
receiver of the info.
* NOTE: if you over "informate", update in too much detail too often, it leads quickly to a relationship
where you will be micromanaged. They say when there is micromanagement, now 2 people aren't doing their
jobs. Highly inefficient and yet happens too often - it builds to that place.
) Giving a well balanced POV...will require 3 things almost always showing up:
        1/ Your POV - what you think we should do
        2/ 10th Man Rule - if you watched "World War Z", what would the polar opposite POV be
        3/ Unknown unknowns - even directionally what we don't know...demonstrating the humility to be
open minded that there is always information we're not seeing, unknown options and choices

Many more directions we could go but hoping this adds some value.

Regards,
Charlie

-----Original Message-----
From: Burke, Robert P ADM USN VCNO (USA) <Robert.P.Burke@navy.mil>
Sent: Monday, November 4, 2019 6:34 PM
To: Meghan Messenger <mmessenger@nextjump.com>; Charlie Kim <ckim@nextjump.com>
Subject: RE: Exec Summary for Gilday

Thanks Meghan -

I had planned to be there the entire time you and Charlie were presenting, but looks like I'm going to
get sucked into OSD meetings here at the Pentagon.

will keep you posted on availability - with the move going on, and one of my most challenging weekly
schedules so far, I'm not entirely optimistic.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP

DOJ-NXJ-00625459
DOJ-0003229661

V/r, Bob

Robert Burke
Admiral, U.S.  Navy
Vice Chief of Naval Operations
703-697-8347


-----Original Message-----
From: Meghan Messenger <mmessenger@nextjump.com>
Sent: Monday, November 4, 2019 6:30 PM
To: Burke, Robert P ADM USN VCNO (USA) <Robert.P.Burke@navy.mil>; Charlie Kim <ckim@nextjump.com>
Subject: [Non-DoD Source] RE: Exec Summary for Gilday

Bob,

Thanks for the update and yes we will include portions of the exec summary for the IFLEX group on
Thursday.

We will be there this week in time to observe the Wednesday 3:15pm session
(application: strategic imperative), and there until Friday.  Are you there the whole week?

We have a meeting at the Pentagon at 4pm.  If it helps in any way, we can make ourselves available any
time before that if it makes sense to connect.

Best,
Meghan

-----Original Message-----
From: Burke, Robert P ADM USN VCNO (USA) <Robert.P.Burke@navy.mil>
Sent: Monday, November 4, 2019 2:15 PM
To: Charlie Kim <ckim@nextjump.com>
Cc: Meghan Messenger <mmessenger@nextjump.com>
Subject: RE: Exec Summary for Gilday

Charlie,

Kicked off our IFLEX group last night and spent the morning with them - they are a very engaged group of
young 2-stars and Senior Civilian Execs - think they are hungry for what you bring.

I also had some time (believe it or not) to watch the video and take a good
look at the Exec Summary you sent.   Both are excellent.   I recommend
perhaps making portions of the Exec Summary available to the IFLEX group, if you don't mind.

I've still not been able to sit down with CNO on this - or a number of other
subjects (a subject for a "coaching" session  some time).   I'll keep
working this aggressively - I have him in town most of this week.

V/r, Bob


V/r, Bob

Robert Burke
Admiral, U.S.  Navy
Vice Chief of Naval Operations
703-697-8347


-----Original Message-----
From: Charlie Kim <ckim@nextjump.com>
Sent: Friday, November 1, 2019 3:24 PM
To: Burke, Robert P ADM USN VCNO (USA) <Robert.P.Burke@navy.mil>; Bob Burke
- Navy (burkerobertp@gmail.com) <burkerobertp@gmail.com>
Cc: Meghan Messenger <mmessenger@nextjump.com>
Subject: [Non-DoD Source] Exec Summary for Gilday

Bob,


Attached is an Executive Summary which we believe will serve as a "good primer" for Gilday.


We met Admiral Cozad and his Chief yesterday for a half day in NYC. Before he came, KC watched the
reflection video below (20 min.) - hearing directly from Sailors and Airmen - and said "how do we bottle

FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP

DOJ-NXJ-00625460
DOJ-0003229662

up this culture". We walked him through what we shared with you and Juliet - "HOW: the application". They left excited.


Think it would be worthwhile - even if just 5 min - for you and possibly Gilday to watch:
https://youtu.be/byP4UCibz2E


Regards,

Charlie & Meghan

FOIA CONFIDENTIAL TREATMENT REQUESTED BY NEXT JUMP

DOJ-NXJ-00625461
DOJ-0003229663