# EXHIBIT E

## Meghan Messenger

| | |
|---|---|
| **From:** | Charlie Kim |
| **Sent:** | Thursday, July 12, 2018 6:30 PM |
| **To:** | Burke, Robert P VADM CNP, N1 |
| **Cc:** | Meghan Messenger; Raimondo, James R CAPT N1, N12; Roofner, Brian A LT N1, Flag Aide; Hughes, Jeffrey W RADM NPC, DCNP/CNPC; Greg Kunkel; Tom Fuller |
| **Subject:** | for tomorrow |
| **Attachments:** | Pricing.Proposal.NAVY.FINAL.draft.pdf |

Bob,

We are looking to seeing you and your team tomorrow morning.

Just finished reviewing what our team put together. Wanted to send over a pre-read (don't feel obligated to read tonight, we can walk you through it tomorrow).

Here is the high level Executive Summary:

## EXECUTIVE SUMMARY

| SECTIONS | SUMMARY |
|---|---|
| 1/ SCIENCE (research) | • 20th → 21st century transformation (competitive advantage: machines → people)<br>• #1 driver of high performance: LEARNING<br>• Root cause of how learning fails: ORG SILENCE |
| 2/ METRICS (results) | • Attract Talent [OLD metric – 20th century]<br>• Retain Talent [OLD metric – 20th century]<br>• Develop Talent (measuring: LEARNING + ORG SILENCE) [+NEW metric – 21st century] |
| 3/ SCALE | 4 Levers to Scale<br>• Technology – "The Missing Machine"<br>• Education – curriculum integrated into Navy schools<br>• Coaching Pyramid – build everyone-coaching-everyone (coaching community) [95%]<br>• Consultants – onsite experts [5%] |
| 4/ RISK FACTORS | • Negative/Critical feedback<br>• Data privacy/security<br>• Contract w/ DoD – sole source vs RFP [2 Harvard sources concluded NxJ as sole service provider] |
| 5/ PRICING | • Phase 1: FEEDBACK gets 51% of 21st century transformation<br>• Full Navy (phase 1): $214MM annual SaaS fees<br>• Min 25% of Navy: $53MM annual SaaS fees [research shows 25% is enough to reach critical mass] |
| 6/ BACKUP | • Science/Research papers<br>• Risk Factors backup<br>• Technology<br>• 3 year DoD/NxJ history, etc. |

nextjump

I hope you have a good trip up to NYC. We are flexible in how we use the 3 hours to best "informate" you and your team.

Regards,
Charlie



DRAFT
FOR DISCUSSION PURPOSES



# [Operation 10X]

*July 13, 2018*



"To win in this environment, our leaders must personally learn, and improve their teams, faster than our adversaries. We must create opportunities to become better leaders and make our teams stronger. We must have engaged leaders who are laser-focused on building winning teams." ~ J.M. Richardson, CNO

Charlie Kim
Co-CEO Next Jump, Inc.
charlie@nextjump.com

Meghan Messenger
Co-CEO Next Jump, Inc.
meghan@nextjump.com

## EXECUTIVE SUMMARY

| SECTIONS | SUMMARY |
|---|---|
| 1/ SCIENCE (research) | ▪ $20^{th} \rightarrow 21^{st}$ century transformation (competitive advantage: machines $\rightarrow$ people)<br>▪ #1 driver of high performance: LEARNING<br>▪ Root cause of how learning fails: ORG SILENCE |
| 2/ METRICS (results) | ▪ Attract Talent [OLD metric – 20th century]<br>▪ Retain Talent [OLD metric – 20th century]<br>▪ Develop Talent (measuring: LEARNING + ORG SILENCE) [+NEW metric – 21st century] |
| 3/ SCALE | 4 Levers to Scale<br>▪ Technology – "The Missing Machine"<br>▪ Education – curriculum integrated into Navy schools<br>▪ Coaching Pyramid – build everyone-coaching-everyone (coaching community) [95%]<br>▪ Consultants – onsite experts [5%] |
| 4/ RISK FACTORS | ▪ Negative/Critical feedback<br>▪ Data privacy/security<br>▪ Contract w/ DoD – sole source vs RFP [2 Harvard sources concluded NxJ as sole service provider] |
| 5/ PRICING | ▪ Phase 1: FEEDBACK gets 51% of 21st century transformation<br>▪ Full Navy (phase 1): $214MM annual SaaS fees<br>▪ Min 25% of Navy: $53MM annual SaaS fees [research shows 25% is enough to reach critical mass] |
| 6/ BACKUP | ▪ Science/Research papers<br>▪ Risk Factors backup<br>▪ Technology<br>▪ 3 year DoD/NxJ history, etc. |

1

# 1/ SCIENCE (research)

## The Problem: DISRUPTION

443 of original Fortune 500 are now off the list

Any company designed for success in the 20th century is doomed to failure in the 21st

- David Rose

ALL THESE COMPANIES WENT BANKRUPT

**CIA HEAD OF STRATEGY:**
"The greatest challenge we are facing as a business, frankly, is that our business environment is changing much more rapidly than our ability to adapt. In nature, this sort of thing leads to extinction." [we need ADAPTIVE LEARNING TEAMS]

20th Century Competitive Advantage:
HIGH PERFORMING **MACHINES**

Vs

21st Century Competitive Advantage:
HIGH PERFORMING **TEAMS**



## 20th → 21st Century TRANSFORMATION

**IS NOT:**
"Because silence is so common in organizations, voice may become forgotten as part of an employee's behavioral repertoire."
~ Morrison & Milliken (2000)

**IS:**
"'Voice contagion' - the idea that voice can spread amongst co-workers - seeing someone express voice can have a ripple effect."
~ Romney (2016)





6

3

## How to Succeed: LEARNING #1 leading indicator to future performance



"Organizations that create an environment where **learning** is at the heart of the corporate culture are shown to be higher performing than their peers."



"Every organization wants to be high performing. Ironically, the most robust way to higher performance is to NOT have a performance mindset but a **LEARNING** MINDSET."



*Prof. Robert Kegan, Harvard University*



7

## IS NOT LEARNING (examples)

### OLD Learning Methods:



Speakers/ Lectures (passive listening) + Individual

### NEW Learning Methods:

**Team Learning (collaboration)**
*Everyone teaching everyone accelerates learning*

Few teachers, few coaches, few managers/leaders to make all the corrections/adjustments vs. everyone making real time adjustments

Problem solving in complex times requires diversity of thinking.  However the more diverse they are, the less likely they are to speak up.



Growth as Work (Skills for Work)

**Growth as Person** (Skills for Life)

Taking care of your people is taking care of business. Example of top issues: Health, Raising Kids
*You is You.*

"Research suggests that integration at the group level provides significant knowledge absorption benefits. Teams are more likely than individuals to generate more innovative outcomes."  ~ Amy Edmondson, Harvard HBS professor

8

4

## **IS** Organizations Designed for LEARNING

A team of Harvard professors did a 3-year global study looking for "The Future of Work". After interviewing over 1000 companies, they only found 3 companies who put learning at the heart of their corporate culture and strategy. They called these companies: "DDO's" (Deliberately Developmental Organizations).

Work is the new school. Education is the new currency (in the 21st century).



|  |  | THE DECURION CORPORATION |
|---|---|---|
| Technology | #1 Hedge Fund | Holding Company: Movie Theaters, Real Estate, Senior Living |



2016 HBR published "An Everyone Culture" featuring the 3 DDO companies



9

## How it Fails: ORG SILENCE (LHF) #1 impediment to learning (root cause)

**What does LHF feel like?**

Like you can't say what you really feel.
Like people are not telling you things.
Like it's not safe to disagree.
Like it's not safe to be honest.

It feels like walking on egg shells.

Poor performing teams are surrounded by eggs shells.

And poor performing teams destroy value.

*In research, this is called "Organizational Silence"*



Nothing is more hostile than walking into a room and everyone is afraid to speak up



10

## ORG DESIGN 8 phases for 21st century transformation

Strategy can no longer be divorced from execution.

In the Industrial Age (1900-2000), 80% of the work was in getting the strategy right, 20% was on implementation.

In the 21st Century (2000-2100), this has flipped where 80% of the work is in the "adoption design".

In biology, when changing any living organism, 98% of the original DNA must remain, changing only 2% at a time. If you change too much, too fast, the organism will reject it.

**SEQUENCE MATTERS**





11

# 2/ METRICS (results)

12

## Companies have always been what they measure



Companies with higher
**rates of learning** outperform



20th Century KPI's created
organizations designed for
**financial performance**



21st Century KPI's will create
organizations designed for
**financial performance** AND
**human performance** (learning)

13

## HUMAN CAPITAL METRICS old + new

**OLD metrics (20th century)**

2015 presentation



**+ NEW metrics (21st century)**

14

7

## Learning Impacts HIRING education is the new currency



**ATTRACTING ENGINEERS** (10K applicants/year)

nextjump

15

## Learning Impacts RETENTION work is the new school

**EDUCATION is the NEW CURRENCY:**
They found from research in seven Fortune 1000 companies that the more an employee viewed their organization as endorsing a fixed versus a growth) mindset, the less they perceived their organization to have a culture of collaboration, innovation, and integrity, and the less they trusted and were **committed to their company**.
~ Carol Dweck & Associates



**VS**



nextjump

16

## How to Succeed: Learning

#1 leading indicator of success is learning

Increases in rate-of-learning can be seen first in individuals, then team, then organization



| 3 **Company** | 2 **Team** | 1 **Individual** |
| --- | --- | --- |
| [5 – 10 years] | [1 – 5 years] | [3 – 9 months] |

 nextjump

17

## Three Main Findings In Our Data

1. Individuals and Teams that "invest in loss" (i.e. oscillate between 1's and 4's) are correlated with **HIGH PERFORMANCE**

2. Individuals and Teams that are NOT giving each other feedback **(silence)** are *highly* correlated with **LOW PERFORMANCE**

3. Individuals and Teams that have fixed vs growth mindset **expectations** are correlated with **LOW PERFORMANCE**

 nextjump

18

9

## Measuring Learning

Leaders who are "hiding" lead the worst performing teams

Investment in loss that leads to success. There is a strong correlation between Investment in Loss (1) and Far Exceeds (4) … the 1's lead to the 4s



> "Growth occurs in levels however, you do worse before you get better.
> Investment in loss, failing is an investment."
>
> **Josh Waitzkin**
> #1 World Ranked Chess Player
> #1 World Martial Artist

nextjump

19

## Examples of Learning Individuals



nextjump

20

10

## HOW IT FAILS: Organizational Silence is the Root Cause

**① PARTICIPATION – are people speaking up?**

Nothing is more hostile then walking into a room
and everyone is afraid to speak up

**② EXPECTATION SCORE – team mindset**

Fixed Mindset no room for improvement
vs
Growth Mindset *ways to get better*

 nextjump

21

## Bad Feedback Culture: Low Participation

Teams (or individuals) that are not giving each other feedback (silent) are highly correlated to low performance

Participation can often drop like this when feedback giving rituals (i.e. 10x) are not introduced, relying only on willpower


**Participation Rate**
UU giving Feedback / month

Company:



Org Silence Increasing

| | Nov 2017 | Dec 2017 | Jan 2018 | Feb 2018 | Mar 2018 | Apr 2018 | May 2018 |

 nextjump

22

11

## Healthy Feedback Culture: Increasing Participation

As leaders setup an environment of rituals to give feedback, we see participation rates increase.





**Participation Rate**
UU giving Feedback / month

Company:

Org Silence Decreasing

23

## Participation Sources

10x Rituals that leverage the Feedback app have demonstrated impact on participation





Company: Next Jump          Company:

24

12

## How it Fails?
## Low Expectations:
## (Fixed Mindset)

Teams that have fixed (vs growth mindset) **expectations** are correlated with low performance





## Bad Feedback Culture: Fixed Mindset

Fixed mindset teams often have a "low expectation spiral"

Teams (or individuals) that are not giving each other feedback (silence) are highly correlated to low performance



13

## Healthy Feedback Culture: Growth Mindset

We have found that teams that deliberate training via 10x are quickly able to shift from a fixed to growth mindset in their expectations

Related research has shown that "observing another person dissent exerts a powerful freeing effect on observers." Put differently, if I see someone express a challenging voice, somehow going against group norm of silence, it reduces the inherent conflict I feel between my actual views and desire to fit within the group norms. ~ Romney (2016)

**nextjump**




27

## 10x Training

Comparing first 30 days with most recent 30 days is striking with those that are deliberately practicing



**nextjump**




28

14

## Measuring Leading Metrics of High Performance

First, decrease ORGANIZATIONAL SILENCE

Then, increase RATE OF LEARNING:
- Reduce "hiding"
- Reduce "playing it safe"



nextjump



29

# 3/ SCALE

30

15

## SCALE creating a movement

Researchers sought to determine what percentage of total population a minority needs to reach the critical mass necessary to reverse a majority viewpoint.

The magic number, the tipping point, turned out to be **25 percent**.



nextjump

31

## THE MISSING MACHINE system 1

"All too often, behind failed products, broken processes, and **mistaken decisions** are people who chose to hold their tongues rather than to speak up."

~ Perlow and Williams (2003)



nextjump

32

16









## EDUCATION

❷ EDUCATION



### Next Jump EDUCATION:

A) NxJ Leadership Academy
- 101: FEEDBACK Leadership Academy
- 201: COACHING Leadership Academy
- 301: HIRING & ONBOARDING…
- 302: RECOGNITION…

B) NxJ EDUCATION dept
→ Research/Think Tank for Learning & Org Development (led by Stuti Shukla – Harvard PhD)
→ Curriculum being developed in partnership with Harvard's Education School

[AF example]

**Air Force EDUCATION:**
- integrated into curriculum
- "Train the trainers" by NxJ

**Navy EDUCATION:**

DRAFT

* Peg Klein (observed NxJ Leadership Academy)

* Pete Mantz (observed NxJ Leadership Academy)

nextjump

37

## COACHING PYRAMID [AF example]

❸ COACHING PYRAMID

| 95% Build a "Coaching Community" | 5% Outside Experts |
|---|---|



56 FW LUKE AFB

Wing Commander: Tank    Senior Enlisted: Chief K    Top Sq. Commander: Juice    Leadership Officer: Ice

* Top 10% of Wings: 4 attendees to NxJ's Leadership Academy/ Wing = 100 Attendees

* 25% required to reach critical mass (to create a movement)

38

19









# 4/ RISK FACTORS

20

# NEGATIVE / CRITICAL FEEDBACK

| RISKS | SOLUTIONS / COMMENTS |
|---|---|
| Will app be used for bullying? | • Analysis of all feedback using linguistic AI tools (from DoD pilots) showed 0.08% of comments characterized as "ridicule".  (Vs at Next Jump <0.01% of language conveyed ridicule)<br>• The open-internet enables cyber-bullying Vs systems where attribution can be determined.<br>Ex: reddit<br>• See backup: Bullying Analysis |
| What happens if comments are against rules? | • Our system is design with privacy from the ground up, to ensure the psychological safety required for successful feedback programs. Our own employees cannot access this data<br>• If comments are a clear violation to health & safety (ex: threat to harm/kill someone) or a law has been broken – then it is possible to unencrypt the feedback-giver data.  This requires three keys from our Co-CEO's and Chief of Engineering. |
| Will face-face feedback be replaced by anonymous technology? | • The reality, is most organizations, there is very little / no critical feedback.<br>• We see the opposite with the The Enterprise Feedback Suite.  It promotes MORE face-to-face feedback. |
| Fear of getting a "1" – will it be used against me? | • A team can move from a FIXED to a GROWTH mindset in months.  See: EXPECTATION SCORE data<br>• It is important, when launching 10x (or other feedback programs) to clearly state the intentions of the program & to separate this developmental feedback from evaluations. |
| Can we just keep feedback so only my team can see it? | • If feedback is not transparent, a significant team benefit is lost.<br>• Research: Romney (2016), Morrison & Milliken (2000), Perlow and Williams (2003)<br>    • "Voice contagion" - the idea that voice can spread amongst co-workers - seeing someone express voice can have a ripple effect of sorts, and influence others who maybe a silent third party in that situation, or just heard about it through storytelling.<br>    • "Because silence is so common in organizations, voice may become forgotten as part of an employee's behavioral repertoire. However, by observing the voice behavior of others, voice can be brought back to an individual's attention as a potential behavior to engage in. In this manner, observing the voice behavior of others may help employees perceive more clearly how voice could [facilitate] worthy ends in [their] organization" |

41

# DATA / SECURITY





42

21

# 5/ PRICING

43

## PRICING TECHNOLOGY





**Pricing (Full Navy)**
Phase 1 – Enterprise Feedback Suite

Next Jump, Inc.
ENTERPRISE FEEDBACK SUITE PRICING CALCULATOR

FULL SUITE    $214,000,000

Feedback App

Employees    640,000    @    $100    paid annually
(or $10 per month)
TOTAL    $64,000,000

10X App

Teams    6,000    @    $25,000    paid annually
(or $2,500 per month)
TOTAL    $150,000,000

Feedback Analytics App

Included with the Enterprise Feedback Suite

*notes:*
1) Feedback App pricing as follows: $100 per employee per year (paid annually) or $10 per employee per month (paid monthly)
2) 10x App pricing as follows: $25,000 per team per year (paid annually) or $2,500 per team per month (paid monthly)

**Pricing (25% minimum)**
Phase 1 – Enterprise Feedback Suite

* 25% required to reach critical mass (to create a movement)

Next Jump, Inc.
ENTERPRISE FEEDBACK SUITE PRICING CALCULATOR

FULL SUITE    $53,500,000

Feedback App

Employees    160,000    @    $100    paid annually
(or $10 per month)
TOTAL    $16,000,000

10X App

Teams    1,500    @    $25,000    paid annually
(or $2,500 per month)
TOTAL    $37,500,000

Feedback Analytics App

Included with the Enterprise Feedback Suite

*notes:*
1) Feedback App pricing as follows: $100 per employee per year (paid annually) or $10 per employee per month (paid monthly)
2) 10x App pricing as follows: $25,000 per team per year (paid annually) or $2,500 per team per month (paid monthly)

44

22

## WHAT YOU GET FROM NxJ EDUCATION | PRODUCTS & TECHNOLOGY | CONSULTING

### 3-Year relationship with DoD (sample history)

- Pentagon Task Force, SecDef Hagel (June, 2015)
- NxJ Leadership Academies (8, 100's of DoD Leaders)
- Hiring Day "Super Saturday" (5 observations)
- Recognition Ceremony "Avengers" (3 observations)
- NxJ Observations
  - Army, West Point
  - Marines, Parris Island
  - NAVY, Whidbey Island
  - NAVY, Millington TN
  - AirForce, San Antonio TX
  - AirForce, Air University
- Red Team Panel: "Revitalize the Squadron" invited by SecAF (Nov, 2017)
- Dozens of workshops, speaking engagements

| | |
|---|---|
| Harvard Business Review | Next Jump was named 1 of 3 Deliberately Developmental Organizations by HBR |
| JOHNS HOPKINS BLOOMBERG SCHOOL of PUBLIC HEALTH | Next Jump was featured as 1 of 9 healthiest workplaces in US |
| | Next Jump became famous in Simon Sinek's TED Talk as the company who doesn't fire employees |



45

# 6/ BACKUP

- Science/ Research Papers
- Technology (i.e. Tutorial Guides)
- Risk Factor back up
- 3 year DoD/ NxJ History
- …

46

23