# EXHIBIT F

# FW: [Non-DoD Source] Pricing Proposal for Navy

| | |
|---|---|
| **From:** | "Burke, Robert P ADM USN CNE-CNA-C6F NAPLES" <robert.p.burke@eu.navy.mil> |
| **To:** | "Beyler, Juliet M SES USN CNE-CNA-C6F NAPLES" <juliet.beyler@eu.navy.mil> |
| **Date:** | Thu, 16 Dec 2021 06:04:43 +0000 |
| **Attachments:** | smime.p7m (1.67 MB) |

Juliet - last page has costing data as I outlined our use to Charlie/Meghan.  Would like to get this in place to support kick off events in Early Jan if possible.  Thanks.

V/r, Bob


**From:** Charlie Kim ckim@nextjump.com>
**Date:** Thursday, 16 Dec 2021, 3:27 AM
**To:** Burke, Robert P ADM USN CNE-CNA-C6F NAPLES Robert.P.Burke@eu.navy.mil>, Bob Burke - Navy (burkerobertp@gmail.com) burkerobertp@gmail.com>
**Cc:** Meghan Messenger mmessenger@nextjump.com>
**Subject:** [Non-DoD Source] Pricing Proposal for Navy

Bob – 2 files attached here:
1/ Proposal with more details on the programs by level. [7 pages including title slide]
2/ Pricing Worksheet – this allows you to toggle/ change inputs and either add more sailors per command, more commands, more level training (move around the variables to whatever budgetary or program needs by command)

We think it should be fairly straightforward and a good summary of the discussions we've had. Let us know any questions and what else you need. We're excited to get started.

Regards,
Charlie & Meghan



1:24-cr-00265-TNM
DEFENSE EXHIBIT
**DX 126**

## UNIT COSTS

| | | |
|---|---|---|
| DevGPS Assessment | $100 | per person, per year |

**Level 3: RISK TAKING**

| | | |
|---|---|---|
| OMM App | $100 | per person, per year |
| OMM Coaching | $500 | per week, team size ~4 |
| *"Train The Trainer" begins day 1 | | |

**Level 2: HABITS**

| | | |
|---|---|---|
| Habit Coaching (3 sessions | $500 | per session, team size ~10 |
| *3 sessions (beginning, middle, end) | | |
| *"Train The Trainer" after 13 week program completion | | |

**Level 1: TRUTH vs OPTICS**

| | | |
|---|---|---|
| Feedback App | $100 | per person, per year |
| PRT Coaching | $500 | per week, team size ~10 |
| *"Train The Trainer" after 13 week program completion | | |

| | | |
|---|---|---|
| On-Site Kickoff Training | $100,000 | event per location |

## PRICING

For each participating command, enter the blue fields: name, size (number of sailors), level of training (1,2,3 or combo) and weeks of training.

| Command | Size (People) | Level 3 | Level 2 | Level 1 | Weeks | All Sailors DevGPS | Level 3 OMM App | Level 3 OMM Coaching weekly, team size ~4 | Level 2 Habit Coaching 3 sessions, team size ~10 | Level 1 Feedback App | Level 1 PRT Coaching weekly, team size ~10 | Total | Groups of 10 for Level 1 & 2 training |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JT | 30 | 1 | | | 13 | $3,000 | $3,000 | $6,500 | | | | $12,500 | 3 |
| Kyle | 600 | | 1 | | 13 | $60,000 | | | $90,000 | | | $150,000 | 60 |
| Ben | 30 | | | 1 | 13 | $3,000 | | | | $3,000 | $19,500 | $25,500 | 3 |
| Cameron | 30 | | | 1 | 13 | $3,000 | | | | $3,000 | $19,500 | $25,500 | 3 |
| Command 5 | | | | | | $0 | | | | | | $0 | 0 |
| Command 6 | | | | | | $0 | | | | | | $0 | 0 |
| Command 7 | | | | | | $0 | | | | | | $0 | 0 |
| Command 8 | | | | | | $0 | | | | | | $0 | 0 |
| Command 9 | | | | | | $0 | | | | | | $0 | 0 |
| Command 10 | | | | | | $0 | | | | | | $0 | 0 |
| Command 11 | | | | | | $0 | | | | | | $0 | 0 |
| Command 12 | | | | | | $0 | | | | | | $0 | 0 |
| Command 13 | | | | | | $0 | | | | | | $0 | 0 |
| Command 14 | | | | | | $0 | | | | | | $0 | 0 |
| Command 15 | | | | | | $0 | | | | | | $0 | 0 |
| Command 16 | | | | | | $0 | | | | | | $0 | 0 |
| Command 17 | | | | | | $0 | | | | | | $0 | 0 |
| Command 18 | | | | | | $0 | | | | | | $0 | 0 |
| Command 19 | | | | | | $0 | | | | | | $0 | 0 |
| Command 20 | | | | | | $0 | | | | | | $0 | 0 |

Total                                                                    $213,500

**On-Site Kickoff Training**      No. of Locations   2
                                  Total             $200,000

**Summary**      Training: Levels 1,2,3   $213,500
                 On-Site Kickoff          $200,000

                 GRAND TOTAL              $413,500



# U.S. NAVAL FORCES EUROPE & AFRICA

# PILOT ENGAGEMENT TO:

## 1/ SPEED UP DECISION MAKING

## 2/ INCREASE CREATIVE & INNOVATIVE DECISION MAKING

*WITH PRIMARY & SECONDARY MEASUREMENT*

December 15, 2021



DOJ-0000687027

## KEY NOTABLES:

- **TRAIN THE TRAINERS** – Every program is built to train Sailors to become Master Coaches. Many programs, Sailors will begin Master Coach Training as of day 1 in parallel. All training materials will be provided so that any workshop can be run independent of Next Jump

- **TECHNOLOGY/ APPS** – All tech solutions have a "no-tech" alternative. The primary benefit of tech is the ability to capture and view real-time analytics, accessible by the leadership as well as the individual Sailor

## PROGRAM HIGHLIGHTS:

- **START** – Rapid Decision Making Assessment (Develop-Mental GPS…aka: DevGPS) Segment Decision Making Training into 3 Levels (specific programs tailored for each Navy command to optimize greatest return for the least effort):

- **LEVEL 3: RISK TAKING** – Highest correlation to creativity and innovation in teams. Program to address and train the greatest weakness in most leaders when taking risk…connected to past trauma, accumulated fear of past mistakes and negative experiences turned into "baggage" and "broken mental models" vs lessons learned, used to take smarter risks (better decisions) in the future.
  **INTENSITY:** Narrative Imbalance Workshop [on-site training done by Next Jump]
  **CONSISTENCY:** 2x/week, On My Mind (OMM App) reflective journaling to Master Coaches (4 Sailors to 1 Master Coach, who in turn OMM Coach 4 others each)

- **LEVEL 2: HABITS** – Dial down tactical productivity, in order to dial up strategic/ creative thinking/ "use your head" space baked into weekly battle rhythms. Habits are small decisions, done so often, they become as important as big decisions ("my system"). There are windows (days of week, times in the day) that make it easier or harder to be strategic/ be creative & innovative.
  **INTENSITY:** Habit Mapping Workshop [on-site training done by Next Jump]
  **CONSISTENCY:** 3x review over 3 months (beginning, middle, end) by Master Coaches (10 Sailors to 1 Master Coach)

- **LEVEL 1: TRUTH vs OPTICS** – Train down organizational silence
  **INTENSITY:** Truth Reps Workshop [on-site training done by Next Jump]
  **CONSISTENCY:** Pre-Resiliency Training (PRT) to dial down "Red-Arrow-Behaviors" (RABS) that prevent truth in teams (10 Sailors to 1 Master Coach)

- **ON-SITE KICKOFF TRAINING** – Team of 6 Master Coaches spending 2 days each in Naples, Italy and Rota, Spain to kickoff "INTENSITY" workshops

 nextjump

2

DOJ-0000687028



PILOT PROGRAM: TO:
① SPEED UP DECISION MAKING
② INCREASE CREATIVE & INNOVATIVE DECISION MAKING

LEVEL Ø : ENERGY (Full Engagement)
↳ HESITANCY ——→ FULL ENGAGEMENT
↳ MULTI-TASKING ——→ FOCUS (Pay Attention To Details)

LEVEL 1: TRUTH → OPTICS      DevGPS #5

FB App
To Train:
GIVING → TRUTH
RECEIVING

AWARENESS ——→ ACTION
(Self, Team, Situation)   (Reaction Time/Correcting/Adjustments)

A) OBLIVIOUS     (Distorted Truth)

B) AWARE + NOT ADJUSTING (Truth but no Correction)

C) AWARE + ADJUSTING

LEVEL 2: HABITS      DevGPS # 3

BUILD APP?
SET-UP of
WEEK

TACTICAL PRODUCTIVITY ——→ STRATEGIC (Thinking)
(FAST TWITCH)              (SLOW TWITCH)

LEVEL 3: RISK TAKING      DevGPS #1-2▷4
                                    opp.

Omn APP
To Train
2x Reflecting

PLANNING ——→ REFLECTING

nextjump

3

DOJ-0000687029

# PILOT PROGRAM TO:

① SPEED UP DECISION MAKING

② INCREASE CREATIVE & INNOVATIVE DECISION MAKING

## TOP 2 COMMON MISTAKES ORGANIZATIONS MAKE:
[FOCUS ON JOB 2 BEFORE SUCCESS IN JOB 1]





DOJ-0000687030

# PROGRAM MEASUREMENT

## EACH LEVEL CAN BE MEASURED via DevGPS:

- **[LEVEL 3: RISK TAKING] DevGPS #1-2-4** – Measures the key pillars to Risk Taking (creative and innovative decision making). Per example below [James Merchant], the most common shortfall is in DevGPS #2. Success shows up in 2 ways: (1) Reduction in "GAPS in AWARENESS" (self/peer/coach eval) + (2) Higher Score.

- **[LEVEL 2: HABITS] DevGPS #3** – similar to Level 3, success shows up in reduction in gaps in awareness + higher scores

- **[LEVEL 1: TRUTH vs OPTICS] DevGPS #5** – similar to Level 3, success shows up in reduction in gaps in awareness + higher scores

Develop-Mental GPS [DevGPS] was created using the accumulated knowledge of over 10 years of research, onsite studies/ visits/ coaching in 1000s of different industries. It combines 5 dimensions needed for optimal decision making. It measures the strength and weakness in each dimension at any given time. Assessments will be run no more than every 3 months and is a rapid 15-20 min exercise.





DOJ-0000687031

- **PRICING DETAIL BY LEVEL of TRAINING** – each level includes Master Coaches from the Next Jump Community who over time will "Train The Trainers" so that the Navy can be self sufficient to pyramid downstream the training of all Sailors.

- **TECHNOLOGY APPS** – all technology solutions also have a "no-tech" solution; however, the added benefit of app use will be analytics and measurement metrics viewable in real-time by individual, team, enterprise. Technology is integrated into each level of training. Initial DevGPS assessment will allow for optimal (most efficient) use of budgets to create the highest return/ impact in the shortest amount of time.

## UNIT COSTS

| | | |
|---|---|---|
| DevGPS Assessment | $100 | per person, per year |

### Level 3: RISK TAKING

| | | |
|---|---|---|
| OMM App | $100 | per person, per year |
| OMM Coaching | $500 | per week, team size ~4 |

*"Train The Trainer" begins day 1

### Level 2: HABITS

| | | |
|---|---|---|
| Habit Coaching (3 sessions) | $500 | per session, team size ~10 |

*3 sessions (beginning, middle, end)

*"Train The Trainer" after 13 week program completion

### Level 1: TRUTH vs OPTICS

| | | |
|---|---|---|
| Feedback App | $100 | per person, per year |
| PRT Coaching | $500 | per week, team size ~10 |

*"Train The Trainer" after 13 week program completion

| | | |
|---|---|---|
| On-Site Kickoff Training | $100,000 | event per location |

 nextjump

6

DOJ-0000687032

# PRICING WORKSHEET

- **[COMMAND] TRAINING GROUPS** – initial DevGPS assessment will segment decision making training into 1 of 3 levels. Specific programs are tailored to address the development area of highest return for the least effort. We find cultures exist by Command, resulting in "clustering" of similar groupings and segmentation/ training needs.

- **[SIZE/PEOPLE] LEADERS TRAINED** – training the best "A-Players" first has a dual effect of increasing performance for the entire Command + increasing the motivation for "B/C-Players" to improve [OPERATION THIRSTY], wanting to grow like the best "A-Players"

- **[LEVEL] SELECT TRAINING LEVEL** – the DevGPS assessment will inform which training level the Command/ Team should start with. Higher performing teams have the ability to run more than 1 program in parallel.

- **[#WEEKS] DURATION OF TRAINING** – optimal training leads to an upgraded Sailor in 13 weeks (3 months). However, many trainees given work/home constraints often take up to 26 weeks (6 months) to complete the training.

The attached pricing worksheet allows for any [blue cells] to be adjusted to explore pricing based on available budgets and needs of the organization.

## PRICING

For each participating command, enter the blue fields: name, size (number of sailors), level of training (1,2,3 or combo) and weeks of training.

| Command | Size (People) | Level 3 | Level 2 | Level 1 | Weeks | All Sailors DevGPS | Level 3 OMM App | Level 3 OMM Coaching weekly, team size ~4 | Level 2 Habit Coaching 3 sessions, team size ~10 | Level 1 Feedback App | Level 1 PRT Coaching weekly, team size ~10 | Total | Groups of 10 for Level 1 & 2 training |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JT | 30 | 1 | | | 13 | $3,000 | $3,000 | $6,500 | | | | $12,500 | 3 |
| Kyle | 600 | | 1 | | 13 | $60,000 | | | $90,000 | | | $150,000 | 60 |
| Ben | 30 | | | 1 | 13 | $3,000 | | | | $3,000 | $19,500 | $25,500 | 3 |
| Cameron | 30 | | | 1 | 13 | $3,000 | | | | $3,000 | $19,500 | $25,500 | 3 |
| Command 5 | | | | | | $0 | | | | | | $0 | 0 |
| Command 6 | | | | | | $0 | | | | | | $0 | 0 |
| Command 7 | | | | | | $0 | | | | | | $0 | 0 |
| Command 8 | | | | | | $0 | | | | | | $0 | 0 |
| Command 9 | | | | | | $0 | | | | | | $0 | 0 |
| Command 10 | | | | | | $0 | | | | | | $0 | 0 |
| Command 11 | | | | | | $0 | | | | | | $0 | 0 |
| Command 12 | | | | | | $0 | | | | | | $0 | 0 |
| Command 13 | | | | | | $0 | | | | | | $0 | 0 |
| Command 14 | | | | | | $0 | | | | | | $0 | 0 |
| Command 15 | | | | | | $0 | | | | | | $0 | 0 |
| Command 16 | | | | | | $0 | | | | | | $0 | 0 |
| Command 17 | | | | | | $0 | | | | | | $0 | 0 |
| Command 18 | | | | | | $0 | | | | | | $0 | 0 |
| Command 19 | | | | | | $0 | | | | | | $0 | 0 |
| Command 20 | | | | | | $0 | | | | | | $0 | 0 |
| **Total** | | | | | | | | | | | | **$213,500** | |

| On-Site Kickoff Training | No. of Locations | 2 |
|---|---|---|
| | Total | $200,000 |

| Summary | | |
|---|---|---|
| | Training: Levels 1,2,3 | $213,500 |
| | On-Site Kickoff | $200,000 |
| | **GRAND TOTAL** | **$413,500** |


nextjump

DOJ-0000687033