# EXHIBIT H

# Meeting with CNO

| | |
|---|---|
| **From:** | "Burke, Robert P VADM CNP, N1" <robert.p.burke@navy.mil> |
| **To:** | Charlie Kim <ckim@nextjump.com>; Meghan Messenger <mmessenger@nextjump.com> |
| **Cc:** | "Hughes, Jeffrey W RADM NPC, DCNP/CNPC" <jeffrey.w.hughes4@navy.mil>; "Raimondo, James R CAPT N1, N12" <james.raimondo@navy.mil>; "Squier, Renee J CAPT, OPNAV N1, N1 EA" <renee.squier@navy.mil>; "Collins, Elaine CDR N1, N1" <elaine.collins@navy.mil>; "Nowell, John RADM OPNAV N1, WASH DC, N13" <john.nowell@navy.mil>; "Beyler, Juliet M SES N1, N1" <juliet.beyler@navy.mil> |
| **Date:** | Fri, 20 Jul 2018 02:54:59 +0000 |

Charlie, Meghan,

Sorry so long to get back to you.

Fantastic meeting with CNO this evening.   He agrees with me that your program could be just what we need to jump start Navy to becoming a learning organization.   CNO and Vice Chief are excited to meet with you - I've encouraged him to come up to your office to free him of the Pentagon distractions, which may be a pipe dream.   Will work with his scheduling team to see what is in the art of the possible.

We owe you a few items to round out exactly how we would shape our next steps.   I will work with Jim and Renee on that, as well as Pete.   I'm very much looking forward to moving forward quickly on this.

Thanks for your teamwork on this!   I'm going to ask Renee to work with CNO's team to set this up - I'll try to be there as well.   More to follow.

V/r, Bob

Robert Burke
Vice Admiral, USN
Chief of Naval Personnel
703.604.2734



1:24-cr-00265-TNM

DEFENSE EXHIBIT

**DX 1310**