UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      Plaintiff,

      v.

YONGCHUL "CHARLIE" KIM, and
MEGHAN MESSENGER,

      Defendants.

Case No. 1:24-cr-00265-TNM

## STIPULATION OF THE PARTIES

The United States of America, by and through counsel, and defendants Yongchul "Charlie" Kim and Meghan Messenger, by and through counsel, hereby stipulate and agree to the following fact, which the parties agree may be read to the jury and treated as evidence at trial:

Vice Admiral Eugene Black did not attend or otherwise participate in a video conference call with Mr. Kim and Ms. Messenger on April 8, 2021.

The parties agree that this stipulation constitutes evidence and may be considered by the jury along with all other evidence.

SO STIPULATED.

1

Respectfully submitted,

DATED April 16, 2026

Brian P. Kelly
Rebecca G. Ross
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
Office: (202) 252-4490

*Counsel for the United States of America*

William A. Burck (DC Bar No. 979677)
Avi Perry (DC Bar No. 90023480)
Rachel G. Frank (DC Bar No. 1659649)
Brett Raffish (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
aviperry@quinnemanuel.com
rachelfrank@quinnemanuel.com
brettraffish@quinnemanuel.com

Christopher Clore (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-8100
christopherclore@quinnemanuel.com

*Counsel for Defendant Yongchul "Charlie" Kim*

Reed Brodsky (*pro hac vice*)
Francesca Broggini (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Work: (212) 351-5334
Mobile: (917) 574-8200
rbrodsky@gibsondunn.com
fbroggini@gibsondunn.com

*Counsel for Defendant Meghan Messenger*

2