**From:** Charlie Kim <ckim@nextjump.com>
**Sent:** Wed 11/17/2021 2:29:44 AM (UTC)
**To:** Mike Collette <mike@prototypetraining.com>
**Cc:** OMM - Perks At Work <cs@perksatwork.com>, Coach Macky <mackybc@gmail.com>, Meghan Messenger <mmessenger@nextjump.com>
**Subject:** Re: OMM from Michael Collette (WORLD) : OMM - Tue, November 16th 2021

Academy is kickoff into an accelerated pilot program to build success to scale to all navy

Within one week of academy these 4 leaders are going to be tasked with how and what they need our help with. Contract signed before Xmas and then we're off to the races, ideally tangible success by March. Present April/ may for all navy deal to 640k sailors and 5000 commands globally. Then Burke ideally leaves navy joins NxJ somewhere between July-oct next year in nyc.

Get Outlook for iOS

---

**From:** Mike Collette <mike@prototypetraining.com>
**Sent:** Tuesday, November 16, 2021 9:26:54 PM
**To:** Charlie Kim <ckim@nextjump.com>
**Cc:** OMM - Perks At Work <cs@perksatwork.com>; Coach Macky <mackybc@gmail.com>; Meghan Messenger <mmessenger@nextjump.com>
**Subject:** Re: OMM from Michael Collette (WORLD) : OMM - Tue, November 16th 2021

I saw it and it looks incredible. I printed out the PDFs you sent for the 4 leaders that are coming from there. I want to make sure I know them before I meet them. I won't lie and say that I'm not a little nervous, but excited nervous if that makes sense?
How did your meeting go with the admiral? What are your initial impressions/thoughts?

If I'm invited I'll do whatever I can to make it happen, sounds awesome!

--

**Prototype Training is a values-driven company. Our team's core values are: Relationships, Humility, Integrity, Team, and Stewardship**
>>>>>>>>>>
Michael Collette B.S
Owner of Prototype Training
50 East Main St, unit 1 Westborough, MA 01581
+1 (774) 275-0403
Schedule a Call or Meeting

GOVERNMENT
EXHIBIT
080

DOJ-0000581884



Please note that I only check emails on Monday's, Tuesday's and Thursday's. I will respond as soon as I can on those days, thank you.

On Nov 16, 2021, at 9:21 PM, Charlie Kim <ckim@nextjump.com> wrote:

You saw the academy invite dec 1 and 2. It will be wild crazy and fun. You'll get all of boston and us plus uk plus these amazing leaders

We spent almost 5 hours today with the navy four star admiral. We're about to go full force to upgrade his top commodores and their group. Lots to come. We may have you come with us - it's Naples Italy and rota Spain

Get Outlook for iOS

