# RE: [Non-DoD Source] Pricing Proposal for Navy

| | |
|---|---|
| **From:** | robert.p.burke@eu.navy.mil |
| **To:** | ckim@nextjump.com; burkerobertp@gmail.com |
| **Cc:** | mmessenger@nextjump.com |
| **Date:** | Thu, 16 Dec 2021 11:48:38 +0000 |
| **Attachments:** | smime.p7s (4.38 kB) |

Charlie,

Let me work dates with rest of team to make sure the right people will be here.   Also, I would feel much better if we had the contract in place before you travel - I never trust the US government to do anything elegantly, so this is worst case planning, so I recommend book changeable/refundable if you can.

V/r, Bob

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Charlie Kim ckim@nextjump.com>
**Date:** Thursday, Dec 16, 2021, 12:40 PM
**To:** Burke, Robert P ADM USN CNE-CNA-C6F NAPLES Robert.P.Burke@eu.navy.mil>, burkerobertp@gmail.com burkerobertp@gmail.com>
**Cc:** Meghan Messenger mmessenger@nextjump.com>
**Subject:** Re: [Non-DoD Source] Pricing Proposal for Navy

We're looking at leave nyc Jan 8 (sat) and arrive on the 9th overnight flight.

Then spend:
Jan 10 and 11 (mon/tues) full days in Naples.

Wed Jan 12 travel day to rota

Spend Jan 13 and 14 full days in rota

Jan15 travel back.

Also - uk Royal Navy, would you be ok if their head of HR came to Naples to join/ observe. I'll forward you note we sent to them and said we'd have to get your ok.

Get Outlook for iOS

---

**From:** Robert.P.Burke@eu.navy.mil <Robert.P.Burke@eu.navy.mil>
**Sent:** Thursday, December 16, 2021 1:06 AM
**To:** Charlie Kim; burkerobertp@gmail.com
**Cc:** Meghan Messenger
**Subject:** RE: [Non-DoD Source] Pricing Proposal for Navy

Charlie - thanks.  Very well laid out.  Have turned over to my contracting/fiscal team to move out as you have laid out on last page.

I will keep you advised on progress.

Thanks very much for putting this together.

V/r, Bob

---

**From:** Charlie Kim <ckim@nextjump.com>
**Date:** Thursday, 16 Dec 2021, 3:27 AM
**To:** Burke, Robert P ADM USN CNE-CNA-C6F NAPLES <Robert.P.Burke@eu.navy.mil>, Bob Burke - Navy (burkerobertp@gmail.com) <burkerobertp@gmail.com>
**Cc:** Meghan Messenger <mmessenger@nextjump.com>
**Subject:** [Non-DoD Source] Pricing Proposal for Navy

Bob – 2 files attached here:
1/ Proposal with more details on the programs by level. [7 pages including title slide]

GOVERNMENT
EXHIBIT

**095**

2/ Pricing Worksheet – this allows you to toggle/ change inputs and either add more sailors per command, more commands, more level training (move around the variables to whatever budgetary or program needs by command)

We think it should be fairly straightforward and a good summary of the discussions we've had. Let us know any questions and what else you need. We're excited to get started.

Regards,
Charlie & Meghan

DOJ-0000680800