# RE: Pricing Proposal for Navy

| | |
|---|---|
| **From:** | robert.p.burke@eu.navy.mil |
| **To:** | ckim@nextjump.com; burkerobertp@gmail.com |
| **Cc:** | mmessenger@nextjump.com |
| **Date:** | Tue, 21 Dec 2021 06:50:16 +0000 |
| **Attachments:** | smime.p7s (6.62 kB) |

Charlie - will do.   Not sure why my team was steered to SDMSOMA first....

Will follow up when I have more.

V/r, Bob

-----Original Message-----
From: Charlie Kim <ckim@nextjump.com>
Sent: Monday, December 20, 2021 6:20 PM
To: Burke, Robert P ADM USN CNE-CNA-C6F NAPLES <Robert.P.Burke@eu.navy.mil>; burkerobertp@gmail.com
Cc: Meghan Messenger <mmessenger@nextjump.com>
Subject: [Non-DoD Source] RE: Pricing Proposal for Navy

Bob - PowerTrain is the other contracting vehicle. It's the one we used before, we've been in touch with them. We liked this group/vehicle more but for the sake of speed, should we consider PowerTrain?

-----Original Message-----
From: Robert.P.Burke@eu.navy.mil <Robert.P.Burke@eu.navy.mil>
Sent: Monday, December 20, 2021 12:05 PM
To: Charlie Kim <ckim@nextjump.com>; burkerobertp@gmail.com
Cc: Meghan Messenger <mmessenger@nextjump.com>
Subject: RE: Pricing Proposal for Navy

Charlie,

Our teams have been talking.   Some challenges ahead on the contracting due to your proprietary contracting partner SDMSOMA:

- They have not yet executed a contract with DoD, so there is no existing DoD contract we can just add a "task" to - this is the normal "fast-track" method.
- They are an IT company, we are contracting for training.   This means I have to go through an additional process to get an approved "exception" to contract for training
- Because they are a small-business association, we have to go to big Navy contracting officers to do this, I can't do it locally.

None of the above are show-stoppers, but they will add time.   Add to this the holidays bringing a lot of things to a halt.   Maybe weeks, not months.   But 10 January is likely a no-go.   End of January more likely.   We're still much better off than the situation we had with N1.

A statement of work is ready, and it goes into the process tomorrow.   I'll keep you posted.

V/r, Bob

-----Original Message-----
From: Charlie Kim <ckim@nextjump.com>
Sent: Thursday, December 16, 2021 3:26 AM
To: Burke, Robert P ADM USN CNE-CNA-C6F NAPLES <Robert.P.Burke@eu.navy.mil>; Bob Burke - Navy (burkerobertp@gmail.com) <burkerobertp@gmail.com>
Cc: Meghan Messenger <mmessenger@nextjump.com>
Subject: [Non-DoD Source] Pricing Proposal for Navy

Bob - 2 files attached here:

1/ Proposal with more details on the programs by level. [7 pages including title slide]

2/ Pricing Worksheet - this allows you to toggle/ change inputs and either add more sailors per command, more commands, more level training (move around the variables to whatever budgetary or program needs by command)

We think it should be fairly straightforward and a good summary of the discussions we've had. Let us know any questions and what else you need. We're excited to get started.

Regards,

**GOVERNMENT EXHIBIT**

**100**

DOJ-0000682524

Charlie & Meghan

DOJ-0000682525