

Q.   And you testified ███████ that you were asked to delete two messages, right?

A.   That's right.

Q.   One WhatsApp and one text message?

A.   Yes.

Q.   And when you testified that that's what you deleted, was that accurate?

A.   That was accurate.

Q.   And when you testified that was all you deleted, was that accurate?

A.   That was accurate.

GOVERNMENT
EXHIBIT

**227**

Q.    To your recollection, is there anything else in that WhatsApp that you deleted other than asking Admiral Burke, "Is this you, Admiral Burke?"

A.    No.   That was it.

GOVERNMENT
EXHIBIT
228

A.   Right?  And so the setting on my phone had very little storage.  And my Apple account is shared with my daughter Olivia who probably at that time was 9.  And so -- I don't know if you have young children right now, but she literally records videos, like, all the time on her iPad.  So she would leave it on and just hit record to see who's visiting her room.  And the amount of storage she would take up is just immense.

So maybe I was too cheap, but I had the lowest tier iCloud setting, so I was running out of space all the time.  So all my texts and WhatsApp -- I think it has an option of saving only for a year.  So my guess, if you have nothing, it could be because when you took it, if you dial one year back, I mean, that's probably what you're going to see.

GOVERNMENT
EXHIBIT
229