| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☒ Kim |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

ROBERT P. BURKE, ET AL

Civil/Criminal No.    1 :24-cr-00265-TNM

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| DX 1 | July 12, 2017 Email from H. Shelanski to J. Richardson and M. McCartney | | | | 5-15-2026 |
| DX 2 | July 2017 Email Exchange between H. Shelanski, C. Kim, and others | | | | |
| DX 3 | October 2019 Email Exchange between G. Kunkel, T. Fuller, and J. Raimondo [with attachment] | | | | |
| DX 4 | August 2017 Email Exchange between D. Cooper, C. Kim, and others | | | | |
| DX 5 | August 29, 2017 Email from R. Burke to W. Moran, J. Richardson, and others | | | | |
| DX 6 | August 2017 Email Exchange between C. Kim, D. Platz, and others | | | | |
| DX 7 | September 2017 Email Exchange between M. Brown, K. Toney, and others | | | | |
| DX 8 | September 2017 Email Exchange between C. Engdahl, M. Messenger, and others | | | | |
| DX 9 | July 24, 2018 PowerTrain Proposal | | | | |
| DX 10 | September 2019 Email Exchange between M. Messenger, G. Kunkel, and others | | | | |
| DX 11 | July 31, 2018 Task Order | 5-5-26 | 05/05/26 | GARDNER, Sebastian | |

| | | | | | |
|---|---|---|---|---|---|
| DX 12 | August 1, 2018 PowerTrain Purchase Order | | | | |
| DX 13 | August 2018 Email Exchange between R. Burke and others | | | | |
| DX 14 | August 2018 Email Exchange between J. Beyler, E. Ingram, and others | | | | |
| DX 15 | September 2018 Email Exchange between J. Beyler, S. Easter, and others | 5-12-26 | 5-12-26 | Juliet Beyler | |
| DX 16 | September 21, 2018 Task Order | 5-5-26 | 05/05/26 | GARDNER | |
| DX 17 | September 26, 2018 Next Jump Invoice | | | | |
| DX 18 | December 2018 Email Exchange between R. Burke and others [with attachment] | | | | |
| DX 19 | September 22, 2018 Email from R. Burke to T. Moore, L. McCollum, and others [with attachment] | | | | |
| DX 20 | October 2018 Email Exchange between R. Burke, C. Kim, and others | | | | |
| DX 21 | October 25, 2018 Document Entitled, "Next Jump CEOs Introduction" | | | | |
| DX 22 | December 1, 2018 PowerTrain Purchase Order | | | | |
| DX 23 | January 18, 2019 Next Jump Invoice | | | | |
| DX 24 | March 2019 Email Exchange between J. Beyler, J. Ludovici, and others | | | | |
| DX 25 | February 12, 2019 Email from M. Klein to R. Burke, K. Cozad, and others | | | | |
| DX 26 | April 2019 Email Exchange between R. Burke, J. Beyler, and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 27 | April 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| DX 28 | April 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| DX 29 | May 2019 Email Exchange between J. Beyler, J. Raimondo, and others | | | | |
| DX 30 | May 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| DX 31 | July 2019 Email Exchange between R. Burke, J. Nowell, and J. Beyler | 5-12-26 | 5-12-26 | Juliet Beyler | |
| DX 32 | August 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| DX 33 | August 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| DX 34 | August 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| DX 35 | September 2019 Email Exchange between C. Kim, J. Hilliard, and others | | | | |
| DX 36 | September 2019 Email Exchange between R. Burke, J. Raimondo, and B. Mietus | | | | |
| DX 37 | October 2, 2019 Email from C. Kim to others [with attachments] | | | | |
| DX 38 | October 2019 Email Exchange between T. Fuller, C. Kim, and others | | | | |
| DX 39 | October 2019 Email Exchange between C. Kim, B. Mietus, and others | | | | |
| DX 40 | November 2019 Email Exchange between C. Kim, R. Burke, and M. Messenger | | | | |
| DX 41 | November 2019 Email Exchange between C. Kim and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 42 | November 2019 Email Exchange between C. Kim and others | 05/05/26 | — | GARDNER | |
| DX 43 | November 2019 Email Exchange between M. Messenger, T. Fuller, and others | 05/05/26 | — | GARDNER | |
| DX 44 | November 2019 Email Exchange between T. Ross, J. Beyler, and others | | | | |
| DX 45 | May 2020 Email Exchange between G. Kunkel and others | | | | |
| DX 46 | September 2020 Email Exchange between M. Messenger, C. Kim, and R. Burke | | | | |
| DX 47 | March 2021 Email Exchange between J. Beyler, E. Black, and others | | | | |
| DX 48 | April 2021 Email Exchange between D. Rolnick, C. Kim, and M. Messenger | 5-5-26 | 05/05/26 | GARDNER | |
| DX 49 | April 8, 2021 Meeting Invitation | 5-13-26 | 5-13-26 | Meghan Messenger | |
| DX 50 | April 9, 2021 Email from C. Kim to M. Messenger and others | | | | |
| DX 51 | April 9, 2021 Email from C. Kim to others | 05/05/26 | 5-13-26 | GARDNER  Meghan Messenger | |
| DX 52 | April 2021 Email Exchange between R. Shriram, C. Kim, and others | 5-13-26 | — | Meghan Messenger | |
| DX 53 | April 2021 Email Exchange between C. Kim, K. Parker, and others | 5-13-26 | — | Meghan Messenger | |
| DX 54 | April 2021 Email Exchange between C. Kim, R. Dunn, and others | 5-13-26 | — | Meghan Messenger | |
| DX 55 | April 13, 2021 Email from C. Kim to M. Messenger and others | | | | |
| DX 56 | April 20, 2021 Email from M. Messenger to others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 57 | April 2021 Email Exchange between K. McCoy, M. Messenger and others | | | | |
| DX 58 | April 2021 Email Exchange between T. Gidoomal, M. Messenger, and others | | | | |
| DX 59 | April 2021 Email Exchange between M. Messenger and others | 5-12-26 | 5-13-26 | Greg Kunkel Meghan Messenger | |
| DX 60 | June 2021 Email Exchange between J. Beyler, R. Burke, and others | | | | |
| DX 61 | July 2021 Email Exchange between M. Messenger, J. Beyler, and others | | | | |
| DX 62 | July 2021 Email Exchange between G. Kunkel, C. Kim, and others | | | | |
| DX 63 | July 2021 Email Exchange between L. Venkatachalam, G. Kunkel, and others | 5-12-26 | 5-12-26 | Greg Kunkel | |
| DX 64 | July 2021 Email Exchange between M. Messenger, E. Cignetti, and others | 5-13-26 | 5-13-26 | Meghan Messenger | |
| DX 65 | July 28, 2021 Email from C. Kim to others | | | | |
| DX 66 | August 2021 Email Exchange between T, Fuller, G. Kunkel, and others | | | | |
| DX 67 | September 2021 Email Exchange between J. Beyler, T. Fuller, and others | | | | |
| DX 68 | November 7, 2021 Email from G. Winegeart to B. Appleman and others | | | | |
| DX 69 | August 2022 Email Exchange between B. Appleman, J. Raines, and others [with attachment] | | | | |
| DX 70 | November 2021 Email Exchange between T. Fuller, B. Appleman, and others | 5-14-26 | — | Meghan Messenger | |
| DX 71 | November 2021 Email Exchange between B. Appleman, R. Burke, and others | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX 72 | December 2021 Email Exchange between R. Burke, J. Beyler, and others | | | 5-11-26 | Juliet Beyler | |
| DX 73 | December 2021 Email Exchange between T. Fuller, C. Kim, and others [with attachment] | | | | | |
| DX 74 | December 2021 Email Exchange between T. Fuller, C. Kim, and others [with attachment] | | | | | |
| DX 75 | December 2021 Email Exchange between J. English, J. Beyler, and others | | | | | |
| DX 76 | December 2021 Email Exchange between B. Appleman, A. Wann, and others | | | | | |
| DX 77 | January 2022 Email Exchange between R. Burke, P. Beattie, and others | | | | | |
| DX 78 | January 2022 Email Exchange between R. Burke, T. Lawrence, and others | | | | | |
| DX 79 | May 2022 Email Exchange between R. Burke, C. Kim, and others [with attachments] | | | | | |
| DX 80 | May 2022 Email Exchange between R. Burke, C. Kim, and others | | | | | |
| DX 81 | May 2022 Email Exchange between C. Kim, M. Collette, and others | | | | | |
| DX 82 R | July 28, 2022 Email from C. Kim to M. Messenger and others  - redacted | | 5-13-26 | 5-13-26 | Meghan Messenger | |
| DX 83 R | September 2022 Email Exchange between R. Burke, C. Kim, and others - redacted | | 5-13-26 | 5-13-26 | Meghan Messenger | |
| DX 84 | September 2022 Email Exchange between T. Fuller, C. Kim, and others | | | | | |
| DX 85 | October 17, 2022 Next Jump Facebook Post | | | | | |
| DX 86 | January 17, 2023 Email from R. Burke to C. Kim and M. Messenger [with attachment] | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 87 | January 4, 2022 PowerTrain Proposal | | | | |
| DX 88 | January 5, 2022 Task Order | 4-30-26 | 04/30/26 | ROSS, Tweed | |
| DX 89 | May 19, 2022 Next Jump Invoice | | | | |
| DX 90 | December 2021 Email Exchange between C. Kim, R. Burke, and others | | | | |
| DX 91 | December 2021 Email Exchange between C. Kim and others | | | | |
| DX 92 | December 2021 Email Exchange between C. Kim, R. Burke, and others | | | | |
| DX 93 | December 2021 Email Exchange between B. Reynolds, C. Kim, and others | 5-12-26 | 5/13/26 | Juliet Beyler M. Messenger | |
| DX 94 | November 2021 Email Exchange between B. Reynolds, C. Kim, and others | | | | |
| DX 95 | January 2022 Email Exchange between C. Kim, B. Reynolds, and others | | | | |
| DX 96 | July 2018 Email Exchange between J. Raimondo, R. Burke, and others | | | | |
| DX 97 | June 2019 Email Exchange between J. Beyler, J. Raimondo, and others | | | | |
| DX 98 | July 2020 Email Exchange between T. Fuller, M. Messenger, and others | | | | |
| DX 99 | August 2020 Email Exchange between C. Kim and others [with attachment] | | | | |
| DX 100 | September 2020 Email Exchange between G. Kunkel and others | | | | |
| DX 101 | September 2020 Email Exchange between G. Kunkel, C. Kim, and others | 5-12-26 | 5-12-26 | Greg Kunkel | |

| | | | | | |
|---|---|---|---|---|---|
| DX 102 | April 2021 Email Exchange between C. Kim, M. Bergman, and others | | | | |
| DX 103 | April 2021 Email Exchange between M. Messenger and others | | | | |
| DX 104 | April 2021 Email Exchange between G. Kunkel, C. Kim, and others | 5-12-26 | 5-12-26 | Greg Kunkel | |
| DX 105 | December 2021 Email Exchange between R. Burke, B. Reynolds, and others | | | | |
| DX 106 | December 2021 Email Exchange between R. Burke, J. Beyler, and B. Reynolds | | | | |
| DX 107 | January 2022 Email Exchange between R. Burke, J. Beyler, and others | | | | |
| DX 108 | March 21, 2019 Email from J. Raimondo to R. Burke, J. Beyler, and others | | | | |
| DX 109 | November 4, 2019 YouTube Video Entitled "Attendee Reflections \| Leadership Academy (October 2019)" | | | | |
| DX 110 | March 2021 Email Exchange between C. Kim, G. Kunkel, and others | | | | |
| DX 111 | [Intentionally Blank] | | | | |
| DX 112 | November 2021 Email Exchange between C. Kim, R. Burke, and others | | | | |
| DX 113 | November 29, 2018 Email from R. Burke to others | | | | |
| DX 114 | October 25, 2018 Document Entitled, "Next Jump CEOs Introduction" | 5-11-26 | 5-11-26 | Juliet Beyler | |
| DX 115 | May 2019 Email Exchange between C. Collins and J. Beyler | | | | |
| DX 116 | December 17, 2018 Email from J. Beyler to R. Woods and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 117 | March 6, 2019 Email from S. Easter to R. Smith and others [with attachment] | | | | |
| DX 118 | August 2019 Email Exchange between C. Kim, E. Ingram, and others | | | | |
| DX 119 | November 2019 Email Exchange between J. Nowell, K. Cozad, and others | 5-12-26 | 5-12-26 | Juliet Beyler | |
| DX 120 | February 2020 Email Exchange between J. Beyler, J. Skillman, and others | | | | |
| DX 121 | March 2020 Email Exchange between K. Cozad, J. Beyler, and others | | | | |
| DX 122 | May 2021 Email Exchange between R. Burke, D. Mackenzie, and others | | | | |
| DX 123 | August 13, 2021 Email from M. Messenger to J. Beyler and C. Kim [with attachment] | | | | |
| DX 124 | October 2021 Email Exchange between R. Burke, J. Beyler, and others | | | | |
| DX 125 | November 2019 Email Exchange between A. Cassidy, J. Beyler, and others [with attachment] | | | | |
| DX 126 | December 2021 Email Exchange between R. Burke, J. Beyler, and others [with attachments] | | | | |
| DX 127 | October 2019 Email Exchange between M. Messenger, C. Kim, and others | | | | |
| DX 128 | November 2019 Email Exchange between G. Kunkel and others [with attachment] | | | | |
| DX 129 | November 2019 Email Exchange between G. Kunkel, D. Leary, and others | 5-12-26 | — | Greg Kunkel | |
| DX 130 | March 2021 Email Exchange between M. Messenger, M. Wettlaufer, and C. Kim | | | | |
| DX 131 | January 31, 2023 Work Order | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 132 | October 20, 2023 Work Order | | | | |
| DX 133 | August 2018 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |
| DX 134 | January 2022 Email Exchange between P. Beattie, J. Higham, and others | | | | |
| DX 135 | October 2021 Email Exchange between J. Higham, C. Kim, and others | | | | |
| DX 136 | December 2021 Email Exchange between J. Higham, C. Kim, and others | | | | |
| DX 137 | March 2022 Email Exchange between C. Kim, M. Collette, and others | | | | |
| DX 138 | May 2022 Email Exchange between K. McCoy and others | | | | |
| DX 139 | [Intentionally Blank] | | | | |
| DX 140 | September 20, 2018 PowerTrain Proposal | | | | |
| DX 141 | February 2, 2023 PowerTrain Invoice | | | | |
| DX 142 | Presentation Entitled, "Perks at Work Overview" | | | | |
| DX 143 | September 2019 Email Exchange between D. Walker, R. Burke, and others | 4-30-26 | 04/30/26 | MIETUS, Brett | |
| DX 144 | June 2019 Email Exchange between B. Mietus, R. Burke, and others | | | | |
| DX 145 | June 2, 2020 Email from G. Kunkel to others [with attachments] | | | | |
| DX 146 | April 2020 Email Exchange between C. Kim and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 147 | May 2021 Email Exchange between R. Burke, T. Lawrence, and others | | | | |
| DX 148 | Text Message Exchange between C. Kim and M. Messenger | | | | |
| DX 148A | Redacted Text Message Exchange between C. Kim and M. Messenger | | | | |
| DX 148B | Redacted Text Message Exchange between C. Kim and M. Messenger | | | | |
| DX 149 | January 2023 Email Exchange between C. Kim and M. Messenger | | | | |
| DX 150 | October 5, 2021 Email from M. MacNicholl to R. Burke and others [with attachments] | | | | |
| DX 151 | June 2020 Email Exchange between G. Kunkel, C. Kim, and others | | | | |
| DX 152 | September 2021 Email Exchange between G. Kunkel, C. Kim, and others | 5-12-26 | — | Greg Kunkel | |
| DX 153 | July 2020 Email Exchange between M. Messenger, K. Parker, and others | | | | |
| DX 154 | May 2021 Email Exchange between C. Kim, G. Kunkel, and others | | | | |
| DX 155 | May 2021 Email Exchange between M. Messenger and others | | | | |
| DX 156 | September 2021 Email Exchange between C. Kim, T. Fuller, and others | | | | |
| DX 157 | November 2021 Email Exchange between C. Kim and others | | | | |
| DX 158 | May 13, 2022 Email from R. Burke to C. Kim and others [with attachments] | | | | |
| DX 159 | May 2022 Email Exchange between R. Burke, C. Kim, and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 160 | May 2022 Email Exchange between R. Burke, M. Messenger, and C. Kim [with attachment] | | | | |
| DX 161 | May 2022 Email Exchange between R. Burke, C. Kim, and M. Messenger [with attachment] | | | | |
| DX 162 | May 2022 Email Exchange between R. Burke, C. Kim, and others [with attachment] | | | | |
| DX 163 | C. Kim Notes | | | | |
| DX 163A | June 23, 2022 Notes from C. Kim | | | | |
| DX 164 | November 24, 2021 Email Exchange between C. Kim and others [with attachments] | | | | |
| DX 165 | February 2023 Email Exchange between T. Fuller, D. Chavez-Bello, and others | | | | |
| DX 166 | March 2023 Email Exchange between M. Collette, C. Kim, and M. Messenger | | | | |
| DX 167 | November 12, 2019 Email from B. Mietus to D. Platz and others | | | | |
| DX 168 | November 2019 Email Exchange between C. Kim, R. Burke, and others | | | | |
| DX 169 R | November 1, 2019 Email from C. Kim to R. Burke and M. Messenger [with attachment] — Redacted | 5-11-26 | 5-11-26 | Juliet Beyler | |
| DX 170 | November 2019 Email Exchange between R. Burke, C. Kim, and others | | | | |
| DX 171 | November 26, 2018 Email from J. Beyler to others [with attachment] | | | | |
| DX 172 | September 2017 Email Exchange between J. Nauman, R. Burke, and others | | | | |
| DX 173 | July 20, 2018 Email from R. Burke to C. Kim, J. Hughes, and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 174 R | April 2021 Email Exchange between C. Kim, P. Rideout, and others | 5-13-26 | 5-13-26 | Meghan Messenger | |
| DX 175 | December 2021 Email Exchange between R. Burke, J. Beyler, and others | | 5-11-26 | Juliet Beyler | |
| DX 176 | December 2021 Email Exchange between R. Burke, J. Beyler, and others | | | | |
| DX 177 | December 2021 Email Exchange between R. Burke, J. Beyler, and others | | 5-11-26 | Juliet Beyler | |
| DX 178 | February 2020 Email Exchange between J. Beyler, A. Cassidy, and others | | | | |
| DX 179 | April 2021 Email Exchange between C. Kim and others | | | | |
| DX 180 | May 2021 Email Exchange between C. Kim, R. Burke, and others | | | | |
| DX 181 | May 2021 Email Exchange between M. Messenger, R. Burke, and others | | | | |
| DX 182 | July 23, 2021 Receipt | | | | |
| DX 183 | July 2021 Email Exchange between C. Kim and others [with attachments] | 5-12-26 | 5-12-26 | Greg Kunkel | |
| DX 184 | November 2021 Email Exchange between M. Messenger and C. Kim | | | | |
| DX 185 | April 2022 Email Exchange between C. Kim, D. Caudle, and others | | | | |
| DX 186 | May 2022 Email Exchange between R. Burke, C. Kim, and others | | | | |
| DX 187 | May 2022 Email Exchange between C. Kim and others | | | | |
| DX 188 R2 | July 2022 Email Exchange between C. Kim, E. Kim, and others  – redacted | 5-13-26 | 5-13-26 | Meghan Messenger | |

| | | | | | |
|---|---|---|---|---|---|
| DX 189 | February 2016 Email Exchange between H. Shelanski, C. Kim, and others | | | | |
| DX 190 | May 2016 Email Exchange between C. Kim, C. Chessick, and others | | | | |
| DX 191 | January 2019 Email Exchange between H. Shelanski, C. Kim, and others | | | | |
| DX 192 | Next Jump Slide Deck | | | | |
| DX 193 | December 2021 Email Exchange between R. Burke, C. Kim, and others | | | | |
| DX 194 | December 2021 Email Exchange between J. Richardson, W. Moran, and others | | | | |
| DX 195 | July 13, 2018 Slide Deck | | | | |
| DX 196 | WhatsApp Exchange between D. Canedo and R. Burke | 5-6-26 demonstrative | — | Sebastian Gardner | |
| DX 196A | Excerpt of WhatsApp Exchange between D. Canedo and R. Burke  — redacted | 05/06/26 | 05/06/26 | GARDNER | |
| DX 196B | Excerpt of WhatsApp Exchange between D. Canedo and R. Burke | | | | |
| DX 197 | December 10, 2022 YouTube Video Entitled "Community Online Academy #134 Leadership in Practice #130 – the World is Sick and Getting Sicker…" | | | | |
| DX 198 | November 26, 2018 YouTube Video Entitled "Deliberately Developmental (DDO) Feedback Navy Pilot" | | | | |
| DX 199 | November 2021 Email Exchange between C. Kim, M. Collette, and others | | | | |
| DX 200 | April 2021 Email Exchange between C. Kim, J. Warner, and M. Messenger | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 201 | July 2021 Email Exchange between C. Kim, M. Messenger, and others | | | | |
| DX 202 | July 27, 2021 Email from G. Laming to C. Kim and M. Messenger | 5/13/26 | | M. Messenger- | |
| DX 203 | July 2021 Email Exchange between C. Kim, E. Kim, and others | 5-6-26 | 05/06/26 | GARDNER | |
| DX 204 | June 2017 Email Exchange between C. Kim, B. Leonard, and others | | | | |
| DX 205 | June 2017 Email Exchange between C. Kim, B. Leonard, and others | | | | |
| DX 206 | March 2023 Email Exchange between C. Kim, B. Leonard, and others | | | | |
| DX 207 | July 2017 Email Exchange between C. Kim, B. Leonard, and others | | | | |
| DX 208 | April 2021 Email Exchange between M. Messenger, D. Rolnick, and others | | | | |
| DX 209 | August 2017 Email Exchange between D. Platz, K. Toney, and others | | | | |
| DX 210 | August 28, 2018 Document Entitled "Next Jump Visit" | | | | |
| DX 211 | September 24, 2019 Document Entitled, "Chief of Naval Personnel Meeting Read-Ahead" | | | | |
| DX 212 | 2018 Next Jump Consolidated Financial Statements | | | | |
| DX 213 | 2019 Next Jump Consolidated Financial Statements | | | | |
| DX 214 | 2020 Next Jump Consolidated Financial Statements | | | | |
| DX 215 | 2021 Next Jump Consolidated Financial Statements | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 216 | 2022 Next Jump Consolidated Financial Statements | | | | |
| DX 217 | 2021 Next Jump EPP Client List | | | | |
| DX 218 | September 2021 Email Exchange between J. Beyler, E. Black, and others | | | | |
| DX 219 | Photo of Tom Fuller and others | | | | |
| DX 220 | Photo of Training Attendees | | | | |
| DX 221 | January 2022 Email Exchange between R. Burke, C. Chen, and others | | | | |
| DX 222 | May 2022 Email Exchange between R. Burke and others | | | | |
| DX 223 | September 2020 Email Exchange between M. Messenger, C. Kim, and R. Burke [with attachments to earlier-in-time email] | | | | |
| DX 224 | January 2022 Email Exchange between R. Burke, P. Beattie, and others | | | | |
| DX 225 | April 2021 Email Exchange between C. Kim and others | 5-12-26 | 5-12-26 | Greg Kunkel | |
| DX 226 | [Intentionally Blank] | | | | |
| DX 227 | Screenshot of Text Exchange | 5-13-26 | 5-13-26 | Meghan Messenger | |
| DX 228 | WhatsApp Exchange | | | | |
| DX 229 | WhatsApp Exchange | | | | |
| DX 230 | December 2019 Email Exchange between R. Burke, C. Kim, and M. Messenger | | | | |

| DX 231 | April 8, 2021 Email from J. Beyler | | | | |
|---|---|---|---|---|---|
| DX 232 | Photo of Café Belga | 5-6-26 | 05/06/26 | GARDNER | |
| DX 233 | Photo of Adm. Burke | 5-6-26 | 05/06/26 | GARDNER | |
| DX 234 | August 2021 Email Exchange between R. Burke, M. Noonan, and others | 5-6-26 | — | Gardner | |
| DX 235 | September 2019 Email Exchange between T. Ross, J. Beyler, and others | 04/30/26 | — | MIETUS | |
| DX 236 | [Intentionally Blank] | | | | |
| DX 237 | [Intentionally Blank] | | | | |
| DX 238 | Document entitled, "Attendee Reflections: Next Jump Leadership Academy October 2019, NYC" | | | | |
| DX 239 | July 12, 2018 Email from C. Kim to R. Burke and others [with attachment] | 05/05/26 | — | GARDNER | |
| DX 240 | November 2021 Email Exchange between H. Shelanski and R. Burke | | | | |
| DX 241 | September 2021 Email Exchange between R. Thomas and R. Burke | | | | |
| DX 242 | July 13, 2021 Email from R. Thomas to C. Kim and M. Messenger | | | | |
| DX 243 | December 2021 Email Exchange between R. Burke, R. Meyer, and others | | | | |
| DX 244 | July 26, 2021 Email from A. Camodeo | | | | |
| DX 245 | July 2019 Email Exchange between L. Robertson and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX 246 | Excerpt of Trial Testimony (P. Hooker) — redacted | 5-7-26 | 05/07/26 | HOOKER, Pamela | |
| DX 247 | September 2022 Email Exchange between C. Kim and others | | | | |
| DX 248 | Next Jump Leadership Academy Document | | | | |
| CX 1 | June 17, 2022 Interview Transcript | | | | |
| CX 2 | WhatsApp Exchange between D. Canedo and R. Burke | | | | |
| CX 3 | May 14, 2024 Grand Jury Transcript | | | | |
| CX 4 | April 4, 2024 Interview Memorandum | | | | |
| CX 5 | October 24, 2022 Interview Memorandum | | | | |
| CX 6 | Personnel Records | | | | |
| CX 7 | [Intentionally Blank] | | | | |
| CX 8 | [Intentionally Blank] | | | | |
| CX 9 | [Intentionally Blank] | | | | |
| CX 10 | June 25, 2024 Interview Memorandum | | | | |
| CX 11 | Phone Records | | | | |
| CX 12 | June 16, 2022 Activity Report | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CX 13 | September 2022 Email Exchange between D. Canedo and J. Raines | | | | |
| CX 14 | September 22, 2022 Interview Transcript | | | | |
| CX 15 | January 3, 2022 Email from R. Burke | | | | |
| CX 16 | November 2021 Email Exchange between R. Burke and others | | | | |
| CX 17 | October 2021 Email Exchange between R. Burke and others | | | | |
| CX 18 | December 16, 2021 Memorandum | | | | |
| CX 19 | December 22, 2021 Email from D. Canedo to P. Wetmore and others | | | | |
| CX 20 | January 3, 2022 Email from R. Burke | | | | |
| CX 21 | July 5, 2022 Email Exchange between D. Canedo and others | | | | |
| CX 22 | February 2022 Email Exchange between R. Meyer and D. Canedo | | | | |
| CX 23 | February 15, 2022 Memorandum | | | | |
| CX 24 | April 2022 Email Exchange between J. Shorey and others | | | | |
| CX 25 | April 2, 2022 Report | | | | |
| CX 26 | November 8, 2022 Report | | | | |
| CX 27 | Transcript of Recorded Conversation | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CX 28 | April 15, 2022 Interview of R. Burke | | | | |
| CX 29 | June 16, 2022 Activity Report | | | | |
| CX 30 | DOD Case Referral | | | | |
| CX 31 | September 2022 Email Exchange between D. Canedo and others | | | | |
| CX 32 | March 2025 Email Exchange between D. Canedo and others | | | | |
| CX 33 | March 21, 2025 Interview Memorandum | | | | |
| CX 34 | August 1, 2011 Letter | | | | |
| CX 35 | November 8, 2024 Memorandum | | | | |
| CX 36 | January 6, 2012 Order | | | | |
| CX 37 | January 25, 2024 Report | | | | |
| CX 38 | April 21, 2025 Interview Memorandum | | | | |
| CX 39 | January 7, 2022 Memorandum | | | | |
| CX 40 | August 8, 2022 Interview Transcript | | | | |
| CX 41 | December 2021 Email Exchange between T. Fuller and others | | | | |
| CX 42 | January 15, 2025 Interview Memorandum | 5-4-26 | — | Amanda Kraus | |

| | | | | | |
|---|---|---|---|---|---|
| CX 43 | December 2021 Email Exchange between P. Hooker and others | | | | |
| CX 44 | December 2021 Email Exchange between P. Hooker and others | | | | |
| CX 45 | January 2022 Email Exchange between C. Kim and others | | | | |
| CX 46 | February 2022 Email Exchange between J. Beyler and others | | | | |
| CX 47 | May 7, 2025 Trial Transcript | | | | |
| CX 48 | May 13, 2025 Trial Transcript | | | | |
| CX 49 | [Intentionally Blank] | | | | |
| CX 50 | [Intentionally Blank] | | | | |
| CX 51 | [Intentionally Blank] | | | | |
| CX 52 | [Intentionally Blank] | | | | |
| CX 53 | [Intentionally Blank] | | | | |
| CX 54 | November 2019 Email Exchange between J. Beyler and others | | | | |
| CX 55 | December 19, 2023 Interview Memorandum | | | | |
| CX 56 | Photo of Adm. Burke | | | | |
| CX 57 | Photo of Belga Café | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CX 58 | May 30, 2024 Grand Jury Transcript | | | | |
| CX 59 | August 26, 2022 Interview Transcript | | | | |
| CX 60 | July 6, 2022 Interview Transcript | | | | |
| CX 61 | August 13, 2021 Email from M. Messenger to J. Beyler and others | | | | |
| CX 62 | September 2021 Email Exchange between J. Beyler and others | | | | |
| CX 63 | September 2021 Email Exchange between J. Beyler and others | | | | |
| CX 64 | September 2021 Email Exchange between J. Beyler and others | | | | |
| CX 65 | Defense Organizational Climate Survey | | | | |
| CX 66 | October 5, 2021 Email from M. MacNicholl to R. Burke and others | | | | |
| CX 67 | December 2021 Email Exchange between R. Burke and others | | | | |
| CX 68 | August 2018 Email Exchange between R. Burke and others | | | | |
| CX 69 | November 2019 Email Exchange between J. Beyler and others | | | | |
| CX 70 | September 2021 Email Exchange between J. Beyler and others | | | | |
| CX 71 | September 2021 Email Exchange between J. Beyler and others | | | | |
| CX 72 | September 2021 Email Exchange between J. Beyler and others | | | | |

| CX 73 | September 2021 Email Exchange between J. Beyler and others | | | | |
|---|---|---|---|---|---|
| CX 74 | [Intentionally Blank] | | | | |
| CX 75 | December 2019 Email Exchange between R. Burke and others | | | | |
| CX 76 | July 28, 2025 Interview Memorandum | | | | |
| CX 77 | December 19, 2023 Interview Memorandum | | | | |
| CX 78 | March 28, 2024 Grand Jury Transcript | | | | |
| CX 79 | March 11, 2025 Interview Memorandum | | | | |
| CX 80 | May 6, 2025 Trial Transcript | | | | |
| CX 81 | May 7, 2025 Trial Transcript | | | | |
| CX 82 | May 7, 2025 Trial Transcript | | | | |
| CX 83 | [Intentionally Blank] | | | | |
| CX 84 | [Intentionally Blank] | | | | |
| CX 85 | [Intentionally Blank] | | | | |
| CX 86 | [Intentionally Blank] | | | | |
| CX 87 | [Intentionally Blank] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CX 88 | [Intentionally Blank] | | | | |
| CX 89 | [Intentionally Blank] | | | | |
| CX 90 | [Intentionally Blank] | | | | |
| CX 91 | [Intentionally Blank] | | | | |
| CX 92 | [Intentionally Blank] | | | | |
| CX 93 | [Intentionally Blank] | | | | |
| CX 94 | [Intentionally Blank] | | | | |
| CX 95 | [Intentionally Blank] | | | | |
| CX 96 | [Intentionally Blank] | | | | |
| CX 97 | [Intentionally Blank] | | | | |
| CX 98 | [Intentionally Blank] | | | | |
| CX 99 | September 2019 Email Exchange between T. Ross and others | | | | |
| CX 100 | PowerPoint Presentation | | | | |
| CX 101 | October 2019 Email Exchange between C. Kim and others | | | | |
| CX 102 | October Academy Reflections Video | | | | |

| CX 103 | July 17, 2025 Interview Memorandum | | | | |
|---|---|---|---|---|---|
| CX 104 | April 5, 2024 Interview Memorandum | | | | |
| CX 105 | [Intentionally Blank] | | | | |
| CX 106 | [Intentionally Blank] | | | | |
| CX 107 | [Intentionally Blank] | | | | |
| CX 108 | [Intentionally Blank] | | | | |
| CX 109 | [Intentionally Blank] | | | | |
| CX 110 | [Intentionally Blank] | | | | |
| CX 111 | [Intentionally Blank] | | | | |
| CX 112 | Performance Work Statement | | | | |
| CX 113 | December 23, 2021 Proposal | | | | |
| CX 114 | December 2021 Email Exchange between M. MacNicholl and others | | | | |
| CX 115 | December 2021 Email Exchange between A. Kraus and others | | | | |
| CX 116 | May 11, 2022 Email from A. Kraus to others | | | | |
| CX 117 | [Intentionally Blank] | | | | |

| CX 118 | [Intentionally Blank] | | | | |
|---|---|---|---|---|---|
| CX 119 | [Intentionally Blank] | | | | |
| CX 120 | [Intentionally Blank] | | | | |
| CX 121 | [Intentionally Blank] | | | | |
| CX 122 | [Intentionally Blank] | | | | |
| CX 123 | [Intentionally Blank] | | | | |
| CX 124 | [Intentionally Blank] | | | | |
| CX 125 | [Intentionally Blank] | | | | |
| CX 126 | August 2020 Email Exchange between R. Burke and others | | | | |
| CX 127 | September 2022 Email Exchange between D. Canedo and others | | | | |
| CX 128 | [Intentionally Blank] | | | | |
| CX 129 | December 27, 2021 Military Interdepartmental Purchase Request | | | | |
| CX 130 | October 2020 Email Exchange between A. Cavallaro and others | | | | |
| CX 131 | Anti-Bribery and Corruption Policy | | | | |
| CX 132 | August 2020 Email Exchange between A. Annam and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CX 133 | July 2, 2025 Interview Memorandum | | | | |
| CX 134 | September 2020 Email Exchange between K. Hay and others | | | | |
| CX 135 | September 2019 Email Exchange between J. Nowell and others | | | | |
| CX 136 | September 2019 Email Exchange between T. Ross and others | | | | |
| CX 137 | July 30, 2019 Meeting Invitation | | | | |
| CX 138 | October 19, 2021 Email from J. Beyler to others | | | | |
| CX 139 | September 2021 Email Exchange between J. Beyler and others | | | | |
| CX 140 | September 6, 2019 Email from M. Klein to others | | | | |
| CX 141 | August 2019 Email Exchange between P. Reed and others | | | | |
| CX 142 | [Intentionally Blank] | | | | |
| CX 143 | September 21, 2021 Email from N. Nicasio to others | | | | |
| CX 144 | January 4, 2022 Email Exchange between N. Nicasio and others | | | | |
| CX 145 | January 4, 2022 Email Exchange between A. Kraus and others | | | | |
| CX 146 | January 4, 2022 Email Exchange between D. Banschbach and others | | | | |
| CX 147 | April 14, 2016 Article | | | | |

| CX 148 | August 8, 2025 Interview Memorandum | | | | |
|---|---|---|---|---|---|
| CX 149 | August 11, 2025 Interview Memorandum | | | | |
| CX 150 | August 13, 2025 Interview Memorandum | | | | |
| CX 151 | August 4, 2025 Interview Memorandum | | | | |
| CX 152 | August 6, 2025 Interview Memorandum | | | | |
| CX 153 | December 29, 2021 Complaint | | | | |
| CX 154 | Life Cycle Closure Report | | | | |
| CX 155 | August 6, 2025 Interview Memorandum | | | | |
| CX 156 | April 8, 2021 Email from J. Beyler | | | | |
| CX 157 | May 2, 2025 Interview Memorandum | | | | |
| CX 158 | May 11, 2025 Interview Memorandum | | | | |
| CX 159 | March 15, 2024 Report | | | | |
| CX 160 | August 29, 2024 Interview Memorandum | | | | |
| CX 161 | September 24, 2024 Interview Memorandum | | | | |
| CX 162 | October 2, 2024 Interview Memorandum | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CX 163 | December 4, 2024 Memorandum | | | | |
| CX 164 | December 10, 2024 Report | | | | |
| CX 165 | January 10, 2025 Memorandum | | | | |
| CX 166 | January 30, 2025 Memorandum | | | | |
| CX 167 | March 6, 2025 Memorandum | | | | |
| CX 168 | May 1, 2025 Memorandum | | | | |
| CX 169 | July 30, 2025 Interview Memorandum | | | | |
| CX 170 | September 23, 2024 Interview Memorandum | | | | |
| CX 171 | January 15, 2025 Interview Memorandum | | | | |
| CX 172 | April 7, 2025 Interview Memorandum | | | | |
| CX 173 | May 11, 2025 Interview Memorandum | | | | |
| CX 174 | October 20, 2023 Interview Memorandum | | | | |
| CX 175 | April 21, 2025 Interview Memorandum | | | | |
| CX 176 | May 22, 2024 Interview Memorandum | | | | |
| CX 177 | May 11, 2025 Interview Memorandum | | | | |

| CX 178 | March 28, 2024 Grand Jury Transcript | | | | |
|---|---|---|---|---|---|
| CX 179 | February 9, 2024 Interview Memorandum | | | | |
| CX 180 | April 4, 2024 Interview Memorandum | | | | |
| CX 181 | July 21, 2025 Interview Memorandum | | | | |
| CX 182 | August 17, 2025 Interview Notes | | | | |
| CX 183 | August 17, 2025 Interview Memorandum | | | | |
| CX 184 | December 23, 2021 Proposal | | | | |
| CX 185 | December 2021 Email Exchange between R. Meyer and B. Appleman | | | | |
| CX 186 | April 17, 2025 Advisement | | | | |
| CX 187 | April 2022 Email Exchange between A. Kraus and others | | | | |
| CX 188 | [Intentionally Blank] | | | | |
| CX 189 | November 6, 2022 Authorization | | | | |
| CX 190 | January 10, 2023 Report | 5-6-26 | — | Sebastian Gardner | |
| CX 191 | April 25, 2019 Form | | | | |
| CX 192 | April 26, 2019 Form | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CX 193 | April 23, 2019 Form | | | | |
| CX 194 | April 24, 2019 Form | | | | |
| CX 195 | April 14, 2019 Form | | | | |
| CX 196 | April 19, 2019 Form | | | | |
| CX 197 | April 26, 2019 Form | | | | |
| CX 198 | April 30, 2019 Form | | | | |
| CX 199 | April 30, 2019 Form | | | | |
| CX 200 | April 19, 2019 Form | | | | |
| CX 201 | April 26, 2019 Form | | | | |
| CX 202 | [Intentionally Blank] | | | | |
| CX 203 | August 24, 2025 Email from A. Camodeo | | | | |
| CX 204 | August 25, 2025 Interview Memorandum | | | | |
| CX 205 | August 25, 2025 Interview Memorandum | | | | |
| CX 206 | April 6, 2016 Article | | | | |
| CX 207 | December 2021 Email Exchange between J. Beyler and others | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CX 208 | August 20, 2025 Trial Transcript | | | | |
| CX 209 | August 25, 2025 Trial Transcript | | | | |
| CX 210 | August 21, 2025 Trial Transcript | | | | |
| CX 211 | August 22, 2025 Trial Transcript | | | | |
| CX 212 | August 22, 2025 Trial Transcript | | | | |
| CX 213 | August 25, 2025 Trial Transcript | 5-5-26 | — | sebastian Gardner | |
| CX 214 | August 25, 2025 Trial Transcript | | | | |
| CX 215 | September 2, 2025 Trial Transcript | | | | |
| CX 216 | August 26, 2025 Trial Transcript | 5-7-26 | — | AnJanie Camodeo | |
| CX 217 | August 21, 2025 Trial Transcript | | | | |
| CX 218 | April 6, 2016 Article | | | | |
| CX 219 | Screenshot of CV | | | | |
| CX 220 | July 16, 2018 Article | | | | |
| CX 221 | January 30, 2019 Article | | | | |
| CX 222 | August 16, 2018 Clip of YouTube Video | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CX 223 | November 4, 2019 Clip of YouTube Video | | | | |
| CX 224 | November 6, 2017 Clip of YouTube Video | | | | |
| CX 225 | Soeka Report | | | | |
| CX 226 | Screenshot of WhatsApp Message | | | | |
| CX 227 | August 19, 2025 Trial Transcript | | | | |
| CX 228 | August 19, 2025 Trial Transcript | 5-12-26 | — | Juliet Beyler | |
| CX 229 | August 20, 2025 Trial Transcript | | | | |
| CX 230 | August 20, 2025 Trial Transcript | | | | |
| CX 231 | August 26, 2025 Trial Transcript | 5-7-26 | — | Anjanie Camodeo | |
| CX 232 | December 30, 2024 Interview Memorandum | | | | |
| CX 233 | July 15, 2025 Interview Memorandum | | | | |
| CX 234 | April 15, 2026 Interview Memorandum | | | | |
| CX 235 | Screenshot of Webpage | | | | |

CX 3851   Email                              5-5-26        —        Sebastian Gardner
DX 6000   Transcript (Cx 228)        5-12-26      5-12-26   Juliet Beyler