Government ☐

Plaintiff ☐

Defendant ☒ Messenger

Joint ☐

**Court** ☐

UNITED STATES OF AMERICA

VS.

ROBERT P. BURKE, ET AL

Civil/Criminal No.    1 :24-cr-00265-TNM

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 300 | February 27, 2015 IDIQ Contract between OPM and Powertrain | | | | 5-15-2026 |
| 301 | January 26, 2017 Email from M. Messenger to R. Burke | | | | |
| 302 | [INTENTIONALLY LEFT BLANK] | | | | |
| 303 | [INTENTIONALLY LEFT BLANK] | | | | |
| 304 | [INTENTIONALLY LEFT BLANK] | | | | |
| 305 | [INTENTIONALLY LEFT BLANK] | | | | |
| 306 | September 7, 2017 Email from J. Nauman to S. Thomson et al. | | | | |
| 307 | September 12, 2017 Email from J. Nauman to R. Burke et al. | | | | |
| 308 | [INTENTIONALLY LEFT BLANK] | | | | |
| 309 | [INTENTIONALLY LEFT BLANK] | | | | |
| 310 | September 20, 2017 Email from M. Messenger to J. Naumen et al. | | | | |
| 311 | September 28, 2017 Email from C. Engdahl to D. Lofnik et al. | | | | |
| 312 | May 22, 2018 USA Learning Proposal to Develop a Prototype Multisource | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Assessment and Feedback Tool for Navy Personnel Command | | | | |
| 313 | June 21, 2018 USA Learning Proposal to Develop a Prototype Multisource Assessment and Feedback Tool for Navy Personnel Command | | | | |
| 314 | July 13, 2018 America's Navy Operation 10x | | | | |
| 315 | July 13, 2018 Deputy Chief of Naval Personnel, Commander Navy Personnel Command Next Jump Site Visit, NYC 12-13 July 2018 | | | | |
| 316 | July 19, 2018 Email from M. Messenger to R. Burke | | | | |
| 317 | [INTENTIONALLY LEFT BLANK] | | | | |
| 318 | July 24, 2018 Memorandum re CNP Personal Ethics Training | | | | |
| 319 | July 31, 2018 Email from J. Shelanski to J. Richardson | | | | |
| 320 | July 31, 2018 Task Order between OMP and Powertrain | | | | |
| 321 | August 8, 2018 Purchase Order from Powertrain to Next Jump | | | | |
| 322 | August 28, 2018 Email from J. Beyler to E. Ingram | | | | |
| 323 | August 30, 2018 Email from R. Burke to J. Richardson et al. | | | | |
| 324 | [INTENTIONALLY LEFT BLANK] | | | | |
| 325 | August 31, 2018 Email from J. Beyler to B. Parel et al. | | | | |
| 326 | [INTENTIONALLY LEFT BLANK] | | | | |
| 327 | September 14, 2018 Deliverables Receipt Form from Next Jump to J. Tanner | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 328 | [INTENTIONALLY LEFT BLANK] | | | | |
| 329 | September 21, 2018 Task Order between OPM and Powertrain | | | | |
| 330 | September 21, 2018 Task Order between OPM and Powertrain | | | | |
| 331 | [INTENTIONALLY LEFT BLANK] | | | | |
| 332 | [INTENTIONALLY LEFT BLANK] | | | | |
| 333 | [INTENTIONALLY LEFT BLANK] | | | | |
| 334 | [INTENTIONALLY LEFT BLANK] | | | | |
| 335 | November 18, 2018 Next Jump Leadership Academy | | | | |
| 336 | November 26, 2018 Next Jump Leadership Academy | | | | |
| 337 | November 26, 2018 OPNAV Synch Input | | | | |
| 338 | November 26, 2018 Email from J. Beyler to R. Burke et al. | | | | |
| 339 | November 27, 2018 Meeting Invite from B. Harris to R. Burke et al. | | | | |
| 340 | November 27, 2018 Email from R. Burke to C. Kim | | | | |
| 341 | November 29, 2018 B. Parel CV | | | | |
| 342 | November 29, 2018 Email from R. Burke to I. Aardahl et al. | | | | |
| 343 | December 1, 2018 Purchase Order from PowerTrain to Next Jump | | | | |
| 344 | December 1, 2018 Purchase Order from PowerTrain to Next Jump | | | | |
| 345 | December 12, 2018 Feedback Tool | | | | |
| 346 | December 12, 2018 Calendar Invite from W. Moran to R. Burke et al. | | | | |
| 347 | December 12, 2018 Email from R. Burke to T. Moore et al. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 348 | December 17, 2018 Email from J. Beyler to R. Woods | | | | |
| 349 | January 4, 2019 Deliverable Receipt Form from Next Jump to J. Tanner | | | | |
| 350 | January 9, 2019 Calendar Invite from R. Thomas to R. Burke et al. | | | | |
| 351 | [INTENTIONALLY LEFT BLANK] | | | | |
| 352 | January 18, 2019 Invoice from Next Jump to PowerTrain | | | | |
| 353 | January 24, 2019 Email from C. Kim to R. Burke, M. Messenger | | | | |
| 354 | January 28, 2019 Letter from J. Beyler to Admirals | | | | |
| 355 | January 28, 2019 Email from R to Joe | | | | |
| 356 | [INTENTIONALLY LEFT BLANK] | | | | |
| 357 | [INTENTIONALLY LEFT BLANK] | | | | |
| 358 | March 21, 2019 Email from J. Hughes to 99 | | | | |
| 359 | April 4, 2019 Calendar Invite from R. Thomas to R. Burke et al. | | | | |
| 360 | April 5, 2019 Deliverable Receipt Form from Next Jump to J. Tanner | | | | |
| 361 | [INTENTIONALLY LEFT BLANK] | | | | |
| 362 | April 8, 2019 Next Jump 10x Training | | | | |
| 363 | [INTENTIONALLY LEFT BLANK] | | | | |
| 364 | April 18, 2019 Email from C. Kim to R. Burke cc M. Messenger | | | | |
| 365 | April 18, 2019 Email from G. Carrillo to R. Burke, cc R. Thomas | | | | |
| 366 | [INTENTIONALLY LEFT BLANK] | | | | |
| 367 | May 13, 2019 Email from R. Burke to C. Kim, cc M. Messenger | | | | |

| 368 | May 13, 2019 Email from R. Thomas to R. Burke et al. | | | | |
| 369 | May 20, 2019 Email from R. Burke to C. Kim, cc M. Messenger | | | | |
| 370 | [INTENTIONALLY LEFT BLANK] | | | | |
| 371 | [INTENTIONALLY LEFT BLANK] | | | | |
| 372 | June 7, 2019 Calendar Invite from R. Thomas to R. Burke et al. | | | | |
| 373 | June 28, 2019 Email from C. Kim to R. Burke, cc M. Messenger | | | | |
| 374 | June 28, 2019 NOSC Little Rock Presentation | | | | |
| 375 | [INTENTIONALLY LEFT BLANK] | | | | |
| 376 | August 14, 2019 Email from C. Kim to R. Burke, cc M. Messenger | | | | |
| 377 | [INTENTIONALLY LEFT BLANK] | | | | |
| 378 | August 18, 2019 Email from John to J. | | | | |
| 379 | [INTENTIONALLY LEFT BLANK] | | | | |
| 380 | September 5, 2019 M. Messenger Handwritten Notes | | | | |
| 381 | [INTENTIONALLY LEFT BLANK] | | | | |
| 382 | September 9, 2019 Email from R. Burke to C. Kim, cc M. Messenger, B. Mietus | | | | |
| 383 | [INTENTIONALLY LEFT BLANK] | | | | |
| 384 | September 25, 2019 C. Kim Handwritten Notes | | | | |
| 385 | September 25, 2019 M. Messenger Handwritten Notes | | | | |
| 386 | [INTENTIONALLY LEFT BLANK] | | | | |
| 387 | October 2, 2019 Email from C. Kim to M. Messenger, D. Jacobs, R. Kadyan | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 388 | October 28, 2019 Attendee Reflections: Next Jump Leadership Academy October 2019 NYC | | | | |
| 389 | October 28, 2019 Email from T. Ross to J. Skillman et al. | | | | |
| 390 | October 28, 2019 Email from C. Kim to B. Mietus et al. | | | | |
| 391 | October 30, 2019 Email from T Fuller to G. Kunkel et al. | | | | |
| 392 | October 30, 2019 Email attachment, Navy and Next Jump Partnership Summary of Back-up Data and Materials | | | | |
| 393 | November 1, 2019 Email from C. Kim to R. Burke cc M. Messenger | | | | |
| 394 | November 1, 2019 America's Navy Building a new Competitive Advantage, Executive Summary | | | | |
| 395 | November 2, 2019 America's Navy Building a new Competitive Advantage, Executive Summary | | | | |
| 396 | November 5, 2019 Email from C. Kim to R. Burke, cc M. Messenger | | | | |
| 397 | November 8, 2019 Email from C. Kim to R. Burke, cc M. Messenger, B. Mietus, D. Platz | | | | |
| 398 | November 9, 2019 Email from C. Kim to R. Burke, cc M. Messenger | | | | |
| 399 | November 10, 2019 America's Navy Building a new Competitive Advantage, Executive Summary | | | | |
| 400 | [INTENTIONALLY LEFT BLANK] | | | | |
| 401 | November 14, 2019 C. Kim Handwritten Notes | | | | |
| 402 | May 27, 2020 Email from M. Messenger to N. Busa et al. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 403 | May 28, 2020 Email from G. Kunkel to R. McClain | | | | |
| 404 | July 15, 2020 Email from T. Fuller to M. Messenger et al. | | | | |
| 405 | August 11, 2020 C. Kim Handwritten Notes | | | | |
| 406 | August 11, 2020 M. Messenger Handwritten Notes | | | | |
| 407 | August 14, 2020 Email from C. Kim to Team Strategy Committee | | | | |
| 408 | September 23, 2020 Email from G. Kunkel to Team Strategy Committee | | | | |
| 409 | September 23, 2020 Email from G. Kunkel to C. Kim, Team MV Class of 2020 | | | | |
| 410 | September 23, 2020 Email from M. Messenger to R. Burke, C. Kim | | | | |
| 411 | September 25, 2020 Email from T. Gidoomal to C. Kim, Team MV Class of 2020 | | | | |
| 412 | February 16, 2021 Email from J. Beyler to E. Black | | | | |
| 413 | February 20, 2021 Email from C. Kim to R. Burke, cc M. Messenger | | | | |
| 414 | March 5, 2021 Email from D. Rolnick to M. Messenger, R. Meyer, cc C. Kim | | | | |
| 415 | March 5, 2021 Email from M. Messenger to D. Rolnick, R. Meyer, cc C. Kim | | | | |
| 416 | March 5, 2021 Email from R. Burke to J. Raimondo, cc B. Burke | | | | |
| 417 | March 8, 2021 Email from R. Burke to J. Beyler | | | | |
| 418 | [INTENTIONALLY LEFT BLANK] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 419 | March 11, 2021 Email from M. Messenger to R. Burke, C. Kim | | | | |
| 420 | March 16, 2021 C. Kim Handwritten Notes | | | | |
| 421 | March 16, 2021 M. Messenger Handwritten Notes | | | | |
| 422 | March 18, 2021 C. Kim Handwritten Notes | | | | |
| 423 | March 18, 2021 M. Messenger Handwritten Notes | | | | |
| 424 | March 20, 2021 Email from R. Burke to C. Kim cc M. Messenger | | | | |
| 425 | March 22, 2021 Email from M. Messenger to R. Burke, C. Kim, cc R. Meyer | | | | |
| 426 | March 31, 2021 Modification of Contract between OPM and PowerTrain | | | | |
| 427 | April 1, 2021 Email from R. Burke to C. Kim et al. | | | | |
| 428 | April 6, 2021 Email from D. Rolnick to C. Kim, M. Messenger et al. | | | | |
| 429 | April 8, 2021 Who will be the next trillion $ company deck | | | | |
| 429a | April 8, 2021 Email from C. Kim to D. Rolnick and M. Messenger | | | | |
| 430 | [INTENTIONALLY LEFT BLANK] | | | | |
| 431 | April 8, 2021 Calendar Invite from R. Burke to C. Kim, M. Messenger, D. Rolnick | | | | |
| 432 | April 9, 2021 Email from R. Shriram to C. Kim, cc M. Messenger | | | | |
| 433 | April 9, 2021 Email from C. Kim to Team MV Class of 2020 | | | | |
| 434 | April 9, 2021 Email from C. Kim to P. Rideout, J. Geier, cc M. Messenger | | | | |
| 435 | April 9, 2021 Email from C. Kim to Investors, M. Messenger | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 436 | [INTENTIONALLY LEFT BLANK] | | | | |
| 437 | April 9, 2021 Email from D. Coutant to M. Messenger, L. Culver, C. Kim | | | | |
| 438 | [INTENTIONALLY LEFT BLANK] | | | | |
| 439 | [INTENTIONALLY LEFT BLANK] | | | | |
| 440 | April 10, 2021 Email from G. Kunkel to C. Kim, Team Strategy Committee | | | | |
| 441 | April 13, 2021 Email from C. Kim to M. Messenger | | | | |
| 442R | April 14, 2021 REDACTED Email from C. Kim to P. Rideout | | | | |
| 443 | April 15, 2021 Email from M. Messenger to Team MV Class of 2020 | | | | |
| 444R | 4/16/2021 REDACTED Email from C. Kim to P. Rideout | | | | |
| 445 | April 16, 2021 Email from M. Messenger to Team MV Class of 2020 | | | | |
| 446 | April 17, 2021 Email from R. Burke to M. Messenger, C. Kim | | | | |
| 447 | April 19, 2021 Email from M. Messenger to D. Rolnick, D. Kim, cc R. Burke | | | | |
| 448 | April 20, 2021 C. Kim Handwritten Notes | | | | |
| 449 | April 20, 2021 Email from C. Kim to M. Messenger, G. Kunkel, team Strategy Committee | | | | |
| 450 | April 20, 2021 Email from C. Kim to C. Macky et al. | | | | |
| 451 | [INTENTIONALLY LEFT BLANK] | | | | |
| 452 | [INTENTIONALLY LEFT BLANK] | | | | |
| 453 | April 20, 2021 WhatsApp between C. Kim and R. Burke | | | | |
| 454 | April 26, 2021 Email from R. Burke to M. Messenger, cc C. Kim | 5-11-26 | 5-11-26 | Juliet Beyler | |

| | | | | | |
|---|---|---|---|---|---|
| 455 | April 28, 2021 Email from J. Beyler to R. Burke, cc T. Lawrence | | | | |
| 456R | April 28, 2021 REDACTED Denese Canedo CV | 5-11-26 | — | Juliet Beyler | |
| 457 | April 30, 2021 Email from R. Shriram to C. Kim, cc M. Messenger | | | | |
| 458 | April 30, 2021 Email from M. Messenger to team MV Class of 2020 | | | | |
| 459 | [INTENTIONALLY LEFT BLANK] | | | | |
| 460 | [INTENTIONALLY LEFT BLANK] | | | | |
| 461 | [INTENTIONALLY LEFT BLANK] | | | | |
| 462 | May 11, 2021 WhatsApp between B. Burke and D. Canedo | | | | |
| 463 | May 11, 2021 WhatsApp between B. Burke and D. Canedo | | | | |
| 464 | May 12, 2021 WhatsApp between B. Burke and D. Canedo | | | | |
| 465 | May 13, 2021 WhatsApp between B. Burke and D. Canedo | | | | |
| 466 | May 14, 2021 WhatsApp between B. Burke and D. Canedo | | | | |
| 467 | May 15, 2021 WhatsApp between B. Burke and D. Canedo | | | | |
| 468 | May 16, 2021 WhatsApp between B. Burke and D. Canedo | | | | |
| 469 | May 17, 2021 WhatsApp between B. Burke and D. Canedo | | | | |
| 470 | May 18, 2021 WhatsApp between B. Burke and D. Canedo | | | | |
| 471 | May 19, 2021 WhatsApp between B. Burke and D. Canedo | | | | |
| 472 | May 20, 2021 WhatsApp between B. Burke and D. Canedo | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 473 | May 24, 2021 Standards of Conduct Review Memorandum | | | | |
| 474 | May 27, 2021 Standards of Conduct Review Memo | | | | |
| 475 | May 27, 2021 Email from M. Messenger to L. Culver, D. Coutant, C. Kim | | | | |
| 476 | May 27, 2021 Email Exchange between M. Messenger, Team MV Class of 2020 and others | | | | |
| 477 | July 12, 2021 M. Messenger Handwritten notes | | | | |
| 478 | July 12, 2021 M. Messenger Handwritten notes | | | | |
| 479 | July 16-25, 2021 Trip Book, Washington, DC by Admiral R. P. Burke | | | | |
| 480 | July 22, 2021 WhatsApp text conversation between D. Capelle and B. Burke | | | | |
| 481 | July 23, 2021 WhatsApp text conversation between D. Capelle and B. Burke re lunch plans | | | | |
| 482 | July 23, 2021 C. Kim's Marriott Bonvoy Business Amex Card Statement, M. Messenger card transaction at Belga Café, Redacted | | | | |
| 483 | July 23, 2021 Email from G. Kunkel to C. Kim, T. Fuller, Team Strategy Committee, L. Venkatachalam | | | | |
| 484 | July 23, 2021 Belga Café Receipt | | | | |
| 485 | July 23, 2021 WhatsApp text conversation between D. Capelle and B. Burke | | | | |
| 486 | July 24, 2021 WhatsApp text conversation between D. Capelle and B. Burke | | | | |
| 487 | July 26, 2021 WhatsApp text conversation between D. Capelle and B. Burke | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 488 | July 28, 2021 Email from M. Messenger to C. Kim | | | | |
| 489 | July 28, 2021, Email from C. Kim to Team MV Class of 2020, FW: Next Jump Investor Update: Q1 2021 | | | | |
| 490 | [INTENTIONALLY LEFT BLANK] | | | | |
| 491 | August 02, 2021 Email from M. Messenger to J. Beyler, C. Kim et al. | | | | |
| 492 | August 05, 2021 C. Kim's handwritten notes, blue pen | | | | |
| 493 | August 06, 2021 Email from M. Messenger to J. Beyler, C. Kim et al. | | | | |
| 494 | August 10, 2021 C. Kim's handwritten notes, black pen | | | | |
| 495 | August 11, 2021 C. Kim's handwritten notes, blue pen and highlighting | | | | |
| 496 | August 12, 2021 Email from Robert P Burke to J. Beyler, R. Meyer et al. | | | | |
| 497 | August 13, 2021 Email from M. Messenger to J. Beyler, C. Kim et al. | | | | |
| 498 | August 13, 2021 America's Navy Gate 1: Pilot Engagement U.S. Naval Forces Europe & Africa, Upgrading Leadership & Decision Making Skills for the 21st Century Sailor | | | | |
| 499 | August 14, 2021 M. Messenger handwritten notes, blue pen | | | | |
| 500 | August 26, 2021 Letter from Admiral Robert P. Burke to Secretary of the Navy, Subj: REQUEST FOR VOLUNTARY RETIREMENT | | | | |
| 501 | August 31, 2021 Email from T. Fuller to J. Beyler, C. Kim, M. Messenger, L. Venkatachalam, A. Younger et al. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 502 | September 02, 2021 Email from J. Beyler to T. Fuller, C. Kim, M. Messenger, L. Venkatachalam, A. Younger et al. | | | | |
| 503 | September 13, 2021 WhatsApp text conversation between R. Burke and D. Capelle | | | | |
| 504 | September 14, 2021 WhatsApp conversation between D. Capelle and R. Burke | | | | |
| 505 | September 14, 2021 Email from J. Beyler to T. Fuller, L. Venkatachalam, A. Younger et al. | | | | |
| 506 | September 15, 2021 WhatsApp text conversation between R. Burke and D. Capelle | | | | |
| 507 | September 17, 2021 WhatsApp text conversation between R. Burke and D. Capelle | | | | |
| 508 | September 18, 2021 WhatsApp text conversation between R. Burke and D. Capelle | | | | |
| 509 | September 22, 2021 Email from C. Kim to Team NxJ Partners et al. | | | | |
| 510 | September 22, 2021 Email from R. Burke to C. Kim and Megan Messenger et al. | | | | |
| 511 | September 22, 2021 Email from G. Kunkel to C. Kim and M. Messenger and J. Hilliard et al. | | | | |
| 512 | September 23, 2021 Email from R. Burke to J. Beyler, re FW: Develop-Mental-GPS Feedback | | | | |
| 513 | September 23, 2021 Email from C. Kim to Team NxJ Partners et al. | | | | |

| | | | | |
|---|---|---|---|---|
| 514 | U.S. Dept of Defense, Defense Organizational Climate Survey (DEOCS) v. 5.0, Unit/Organization Leader: R. Burke, Survey Dates: 09/01/2021 - 09/30/2021 | | | |
| 515 | U.S. Dept of Defense, Defense Organizational Climate Survey (DEOCS) v. 5.0, Unit/Organization Leader: R. Burke, Survey Dates: 09/01/2021 - 09/30/2021 | | | |
| 516 | October 05, 2021 Email from Michael MacNicholl to Robert P Burke, Eugene Black, J. Beyler, N. Lacore et al. | | | |
| 517 | October 05, 2021 Plan of Action and Milestones (POA&M) Table, CNE-CNA-C6F Annual Command Assessment 2021 | | | |
| 518 | [INTENTIONALLY LEFT BLANK] | | | |
| 519 | October 12, 2021 Email from C. Kim to M. Messenger et al. | | | |
| 520 | October 13, 2021 Email from R. Burke to Tamara Lawrence et al. | | | |
| 521 | [INTENTIONALLY LEFT BLANK] | | | |
| 522 | [INTENTIONALLY LEFT BLANK] | | | |
| 523 | November 02, 2021 C. Kim's handwritten notes, blue pen | | | |
| 524 | November 02, 2021 Email from C. Kim to Team NxJ Partners | | | |
| 525 | November 02, 2021 Email from C. Kim to R. Burke, M. Messenger | | | |
| 526 | November 02, 2021 Email from C. Kim to Coach Macky, Mike Collette | | | |
| 527 | November 02, 2021 Email from C. Kim to R. Burke, M. Messenger et al. | | | |
| 528 | November 03, 2021 Email from Robert P. Burke to Eugene Black et al. | | | |

| 529 | November 03, 2021 Email from Robert P. Burke to J. Beyler et al. | | | | |
|---|---|---|---|---|---|
| 530 | November 04, 2021 Email from C. Kim to Team NxJ Partners et al. | | | | |
| 531 | November 04, 2021 Email from M. Messenger to M. Wettlaufer, C. Kim et al. | | | | |
| 532 | November 04, 2021 Email from M. Wettlaufer to M. Messenger et al. | | | | |
| 533 | [INTENTIONALLY LEFT BLANK] | | | | |
| 534 | November 10, 2021 Email from B. Reynolds to C. Kim et al. | | | | |
| 535 | November 16, 2021 MEMORANDUM FOR THE RECORD from Force Judge Advocate, NA VEUR/NAVAF/SIXTHFLT, Subj: LEGAL REVIEW OF MILAIR REQUEST FOR OFFICAL TRAVEL FROM NAPLES, ITALY TO MONS, BELGIUM ON 22 NOVEMBER 2021, RETURNING TO NAPLES ON 24 NOVEMBER 2021 | | | | |
| 536 | November 17, 2021 WhatsApp text conversation between R. Burke and D. Capelle | | | | |
| 537 | November 18, 2021 WhatsApp text conversation between R. Burke and D. Capelle | | | | |
| 538 | November 18, 2021 CHINFO NEWS CLIPS Navy and Marine Corps Daily Media Report Thursday | | | | |
| 539 | November 20, 2021 WhatsApp text conversation between R. Burke and D. Capelle | | | | |
| 540 | November 20, 2021 WhatsApp text conversation between R. Burke and D. Capelle | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 541 | [INTENTIONALLY LEFT BLANK] | | | | |
| 542 | November 24, 2021 Email from B. Appleman to Eugene Black et al | | | | |
| 543 | November 24, 2021 Email from J. Beyler to B. Appleman,  et al. | | | | |
| 544 | November 24, 2021 Email from B. Appleman to T. Fuller, et al. | | | | |
| 545 | November 24, 2021 Email from K. Ackerman to C. Kim, et al. | | | | |
| 546R | November 24, 2021 Email from T. Fuller to C. Kim, M. Messenger, L. Venkatachalam, et al. | | | | |
| 547 | November 25, 2021 Email from B. Appleman to J. Beyler, N. Lacore, et al. | | | | |
| 548 | [INTENTIONALLY LEFT BLANK] | | | | |
| 549 | November 29, 2021 Email from R. Burke to B. Appleman, et al. | | | | |
| 550 | November 30, 2021 Email from Alenxander Wann to B. Appleman et al. | | | | |
| 551 | November 30, 2021 NXJ LEADERSHIP ACADEMY: How to Build Innovation Teams Schedule for December 1 and December 2, Attachment to DOJ-0000006324  Email | | | | |
| 552 | November 30, 2021 Email from C. Kim to Laura Culver et al. | | | | |
| 553 | November 30, 2021 Memorandum from Force Judge Advocate, U.S. Naval Forces Europe and Africa to Commander, U.S. Naval Forces Europe and Africa, Subj: GIFT OF FREE ATTENDANCE TO NEXT JUMP LEADERSHIP ACADEMY, 1-2 DECEMBER 2021 | | | | |
| 554 | December 01, 2021 Email from R. Meyer to B. Appleman et al. | | | | |

| 555 | December 02, 2021 WhatsApp text messages between R. Burke and D. Capelle | | | | |
| 556 | December 02, 2021 Email from C. Kim to James Merchant, et al. | | | | |
| 557 | December 03, 2021 Email from R. Burke to M. Messenger, et al. | | | | |
| 558 | December 03, 2021 Email from R. Burke to R. Meyer, et al. | | | | |
| 559 | [INTENTIONALLY LEFT BLANK] | | | | |
| 560 | [INTENTIONALLY LEFT BLANK] | | | | |
| 561 | December 04, 2021 WhatsApp text conversation between D. Capelle and R. Burke | | | | |
| 562 | December 04, 2021 Email from C. Kim to R. Burke | | | | |
| 563 | [INTENTIONALLY LEFT BLANK] | | | | |
| 564 | December 04, 2021 Email from C. Kim to R. Burke | | | | |
| 565 | [INTENTIONALLY LEFT BLANK] | | | | |
| 566 | December 06, 2021 Email from R. Burke to C. Kim, B. Burke, M. Messenger | | | | |
| 567 | [INTENTIONALLY LEFT BLANK] | | | | |
| 568 | [INTENTIONALLY LEFT BLANK] | | | | |
| 569 | December 07, 2021 Email from P. Hally to C. Kim, J. Merchant, C. Chen, B. Reynolds, K. Gantt, B. Bishop, A. Walker, et al | | | | |
| 570 | December 10, 2021 Email from R. Burke to C. Kim and M. Messenger | | | | |
| 571 | December 14, 2021 C. Kim's handwritten notes in blue pen | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 572 | December 15, 2021 Email from C. Kim to R. Burke, B. Burke and M. Messenger | | | | |
| 573 | Navy Pricing Model v02 | | | | |
| 574 | America's Navy, U.S. Naval Forces Europe & Africa, Pilot Engagement To: 1/ Speed Decision Making 2/ Increase Creative & Innovative Decision Making with Primary & Secondary Measurement | | | | |
| 575 | December 16, 2021 Email from R. Meyer to R. Burke | | | | |
| 576 | December 16, 2021 Department of the Navy Letter of Endorsement from Commander, U.S. Naval Forces, Europe to Commander, Navy Personnel Command (Attention: PERS-9) via D. Canedo | | | | |
| 577 | December 16, 2021 Email from R. Burke to C. Kim, B. Burke, and M. Messenger | | | | |
| 578 | December 21, 2021 Email from R. Burke to C. Kim | | | | |
| 579 | December 20, 2021 Email from C. Kim to R. Burke and M. Messenger | | | | |
| 580 | [INTENTIONALLY LEFT BLANK] | | | | |
| 581 | December 22, 2021 Email from C. Kim to E. Kim | | | | |
| 582 | December 27, 2021 Email from CFMS Access Support to A. Blanco | | | | |
| 583 | January 03, 2022 C. Kim's handwritten notes | | | | |
| 584 | January 03, 2022 Email from R. Burke to smithamtd@state.gov | | | | |
| 585 | January 03, 2022 Email from R. Burke to C. Kim, M. Messenger, J. Beyler, J. Naman and M. Calarasu | | | | |

| 586 | January 04, 2022 Email from R. Burke, B. Burke to M. Messenger | | | | |
|---|---|---|---|---|---|
| 587 | Day 1 Agenda: Naples (Jan 10) Rotas Schedule, DRAFT Jan4 - NxJ | | | | |
| 588 | January 04, 2022 Department of the Navy Letter from Commander, U.S. Naval Forces Europe, Commander, U.S. Naval Forces Africa, Commander, U.S. SIXTH Fleet to All Hands | | | | |
| 589 | January 04, 2022 PowerTrain Proposal to Provide Leadership Development Training to U.S. Naval Forces Europe & Africa | | | | |
| 590 | January 05, 2022 Order for Supplies or Services | | | | |
| 591 | January 05, 2022 Amendment of Solicitation/Modification of Contract | | | | |
| 592 | January 05, 2022 Email from R. Burke to C. Kim and M. Messenger | | | | |
| 593 | [INTENTIONALLY LEFT BLANK] | | | | |
| 594 | January 05, 2022 Email from R. Burke to R. Meyer | | | | |
| 595 | January 06, 2022 Email from V. Feemster to A. Kraus, and R. Johansmejer and P. Jesuklewlcz | | | | |
| 596 | January 06, 2022 Email from D. Platz to A. Bello, C. Kim, M. Messenger, Team Strategy Committee, M. Collette and C. Macky | | | | |
| 597 | [INTENTIONALLY LEFT BLANK] | | | | |
| 598 | January 10, 2022 Email from mmessenger@nextjump.com to Team NxJ Partners | | | | |
| 599 | January 12, 2022 Email from M. Messenger to B. Burke and C. Kim | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 600 | January 12, 2022 Email from J. Higham to C. Kim, M. Messenger, P, Beattie and P. Hally | | | | |
| 601 | January 13, 2022 Email from P. Beattie to J. Higham, C. Kim, M. Messenger and P. Hally | | | | |
| 602 | January 26, 2022 Email from K. McCoy to C. Kim, M. Messenger and G. Lanning | | | | |
| 603 | January 20, 2022 Email from J. Beyler to C. Kim | | | | |
| 604 | January 21, 2022 Email from R. Burke to C. Kim, B. Burke and M. Messenger | | | | |
| 605 | [INTENTIONALLY LEFT BLANK] | | | | |
| 606 | [INTENTIONALLY LEFT BLANK] | | | | |
| 607 | January 28, 2022 Email from R. Burke to B. Reynolds, J. Merchant, C. Cameron and Kyle Gantt | | | | |
| 608 | February 01, 2022 Email from R. Meyer to D. Canedo | | | | |
| 609 | March 12, 2022 Email from R. Burke to C. Kim | | | | |
| 610 | March 29, 2022 Email from R. Burke to mmessenger@nextjump.com | | | | |
| 611 | April 05, 2022 Email from R. Burke to T. Lawrence | | | | |
| 612 | April 28, 2022 Post-Government Employment Advice Opinion Request | | | | |
| 613 | May 05, 2022 Email from R. Burke to A. Bradley | | | | |
| 614 | May 09, 2022 Department of The Navy Memorandum for the Chief of Naval Operations, Subj: Disqualification Statement (Employment) from R. Burke | | | | |

| | | | | |
|---|---|---|---|---|
| 615 | May 09, 2022 Email from R. Burke to A. Bradley and A. Broadus | | | |
| 616 | May 09, 2022 Email from R. Burke to A. Bradley and A. Broadus | | | |
| 617 | May 11, 2022 Email from K. McCoy to teamseniorpartners@nextjump.com | | | |
| 618 | May 12, 2022 Post-Government Employment Advice Opinion Request | | | |
| 619 | Department of The Navy Memorandum from Force Judge Advocate to ADM Robert P. Burke, U. S. Navy | | | |
| 620 | May 13, 2022 Email from C. Kim to R. Burke, M. Messenger and B. Burke | | | |
| 621R | May 17, 2022 REDACTED Email from S. Haejin to C. Kim and M. Messenger | | | |
| 622 | [INTENTIONALLY LEFT BLANK] | | | |
| 623 | May 19, 2022 Email from K. McCoy to C. Kim and M. Messenger | | | |
| 624 | May 19, 2022 Email from R. Burke to C. Kim and M. Messenger | | | |
| 625 | May 24, 2022 Email from C. Kim to Team NxJ Partners | | | |
| 626 | May 24, 2022 Email from C. Kim to K. McCoy and eamstrategycommittee@nextjump.com | | | |
| 627 | May 25, 2022 Email from C. Kim to teamstrategycommittee@nextjump.com | | | |
| 628 | May 25, 2022 Email from C. Kim to teamstrategycommittee@nextjump.com | | | |
| 629 | May 26, 2022 Email from R. Burke to B. Appleman | | | |
| 630 | July 28, 2022 Email from C. Kim to M. Messenger, Kevin McCoy et al. | | | |

| 631 | September 09, 2022 Email from R. Burke to C. Kim | | | | |
| 632 | [INTENTIONALLY LEFT BLANK] | | | | |
| 633 | October 03, 2022 Email from R. Burke to C. Kim and M. Messenger | | | | |
| 634 | October 04, 2022 Email from R. Burke to C. Kim and M. Messenger | | | | |
| 635 | October 04, 2022 Email from M. Messenger to R. Burke and C. Kim | | | | |
| 636 | October 04, 2022 Email from C. Kim to R. Burke and M. Messenger | | | | |
| 637 | October 04, 2022 Email from R. Burke to C. Kim and M. Messenger | | | | |
| 638 | October 04, 2022 Email from R. Burke to C. Kim and M. Messenger | | | | |
| 639 | October 05, 2022 Email from R. Burke to C. Kim and M. Messenger | | | | |
| 640 | October 07, 2022 Email from J. Nauman to R. Roberts and P. Chockley | | | | |
| 641 | December 04, 2022 Email from R. Burke to C. Kim and M. Messenger | | | | |
| 642 | January 13, 2023 Capita Work Order Ref: CL016331 Title Leadership Development and Decision-Making Training | | | | |
| 643 | February 02, 2023 PowerTrain Invoice to US Office of Personnel Management | | | | |
| 644 | February 02, 2023 Perks at Work Overview Presentation | | | | |
| 645 | Photo of Panel | | | | |
| 646 | Photo holding phone | | | | |
| 647 | Photo holding phone laughing | | | | |
| 648 | Photo of group | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 649 | Photo pointing at sign | | | | |
| 650 | Photo saluting | | | | |
| 651 | Photo of group | | | | |
| 652 | Photo giving speech | | | | |
| 653 | Photo giving speech | | | | |
| 654 | Photo of slide regarding U.S. Naval Forces Europe & Africa - Improve Decision Making Skills in Teams | | | | |
| 655 | Unites States Navy Team Slide | 5-12-26 | 5-12-26 | Juliet Beyler | |
| 656 | January 17, 2023 Email from R. Burke to C. Kim and M. Messenger re Resignation | | | | |
| 657 | April 8, 2021 C. Kim Handwritten Notes | | | | |
| 658 | April 8, 2021 M. Messenger Handwritten Notes | | | | |
| 659 | July 2019 Email Exchange between M. Evans, J. Beyler and others | | | | |
| 660 | April 29, 2021 Email from C. Kim to R. Shiram, with M. Messenger in cc | | | | |
| 661 | September 2019 Email Exchange between R. Burke, J. Lerner, J. Beyler and others | 04/30/2026 | 04/30/2026 | ROSS | |
| 662 | October 2019 Email Exchange between J. Lerner, R. Burke and others | 4-30-26 | — | Brett Mietus | |
| 663 | February 2020 Email Exchange between J. Beyler, K. Cozad, T. Ross and others | 5-12-26 | — | Juliet Beyler | |
| 664R | September 13, 2021 Email from D. Canedo to R. Burke | | | | |
| 665 | June 2020 Email Exchange between J. Nowell, R. Wirth, and others | 5-12-26 | — | Juliet Beyler | |
| 666 | November 4, 2021 Email from R. Burke to C. Kim and M. Messenger, et al. | | | | |
| 667 | April 29, 2021 Email from T. Lawrence to B. Weigelt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 668 | Photo of ship crash | | | | |
| 669 | Photo of ship crash | | | | |
| 670 | September 21, 2021 Email from N. Nicasio to K. Hedge et al. | 05/04/2026 | 05/04/2026 | KRAUS, Amanda | |
| 671 | October 5, 2021 Email from M. MacNicholl to R. Burke et al. re 2021 DEOCS annual assessment | | | | |
| 672 | January 17, 2023 Email from R. Burke to C. Kim & M. Messenger re Background info | | | | |
| 673 | January 18, 2023 Email from C. Kim to Team Everyone NxJ re Bob Burke | | | | |
| 674 | December 9, 2019 Email from T. Ross to C. Lynch et al. | | | | |
| 675 | Photo of battleship | | | | |
| 676 | Photo of Speech | | | | |
| 677 | Photo of panel talking on USS Harry Truman | | | | |
| 678 | Photo saluting | | | | |
| 679 | Photo of slide "Essential Elements of Leader Development" | | | | |
| 680 | Photo of slide re Enlisted Leader Development Framework | | | | |
| 681 | Photo of slide re Navy's Dual Bottom Line | | | | |
| 682 | Photo giving speech | | | | |
| 683 | Photo giving speech | | | | |
| 684 | Photo of slide "Leadership vs. Management" | | | | |
| 685 | May 20-22, 2019 Joint Council Meeting Agenda | | | | |
| 686 | July 26, 2021 Email re All hands meeting notes 07.26.2021 | | | | |
| 687 | Photo of C. Kim in Next Jump office | 5-7-26 | 5-7-26 | Ansanie Camodeo | |
| 688 | Photo of group in front of bus | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 689 | October 19, 2021 Email from B. Burke to J. Gaydash et al. | | | | |
| 1302 | June 2016 Email Exchange between D. Names, J. Beyler and others | | | | |
| 1311 | July 25, 2018 email from T. Frederick to R. Burk and J. Sedlock | | | | |
| 1312 | Task Order for Supplies or Survices | | | | |
| 1317 | August 30, 2018 email from J. Raimondo to J. Beyler and others | | | | |
| 1321 | U.S. Navy Initiatives with Next Jump, Inc. - Performance Evaluation Transformation Phase III and Deliveratley Developmental Organization Feedback Pilot | | | | |
| 1325 | October 25, 2018 Next Jump CEOs Introduction | | | | |
| 1328 | Next Jump Leadership Academy slides | | | | |
| 1335 | February 2019 Email Exchange between J. Hughes, R. Burke and others | | | | |
| 1341 | April 20, 2019 Email from BWC PTGN to J. Richardson and others | | | | |
| 1343 | May 3, 2019 email from J. Raimondo to J. Beyler | | | | |
| 1345 | May 7, 2019 email from C. Collins to J. Beyler | | | | |
| 1347 | June 5, 2019 email from J. Beyler to D. Vestal. J. Raimando, et al. | | | | |
| 1349 | June 2019 Email Exchange between J. Jablon, J. Nowell, J. Beyler and others | | | | |
| 1351 | July 2019 Email Exchange between J. Nowell, R. Burke and J. Beyler | | | | |
| 1352 | July 1, 2021 Email Exchange between R. Burk, J. Nowell and J. Beyler | | | | |
| 1354 | July 18, 2019 Amendment of Solicitation/Modification of Contract | | | | |

| | | | | |
|---|---|---|---|---|
| 1356 | July 2019 Email Exchange between L. Robertson, C. Kim, M. Messenger and others | | | |
| 1357 | August 2019 Email Exchange between K. Kabadian, M. Klein, J. Beyler and others | | | |
| 1359 | August 2019 Email Exchange between M. Alper, M. Klien, J. Beyler and others | | | |
| 1362 | August 2019 Email Exchange between M. Klein, R. Burke, J. Beyler and others | | | |
| 1364 | August 29, 2019 Email Exchange between S. Wilson, R. Burke and W. Roper | | | |
| 1369 | September 13, 2019 email from R. Burke to J. Lerner, A. Cassidy and B. Mietus | | | |
| 1371 | September 2019 Email Exchange between R. Burke, J. Lerner, J. Beyler and others | | | |
| 1374 | October 2019 Email Exchange between T. Ross, J. Beyler and others | | | |
| 1375 | October 2019 Email Exchange between J. Nowell, J. Beyler and others | | | |
| 1378 | October 2019 Email Exchange between D. Hahn and R. Burke | | | |
| 1379 | October 18, 2019 Email Exchange between R. Burke, D. Hahn and others | | | |
| 1385 | November 2019 Email Exchange between C. Kim, R. Burke and M. Messenger | | | |
| 1389 | November 8, 2019 email from M. Messenger to J. Beyler | | | |
| 1390 | November 2019 Email Exchange between B. Mietus, J. Beyler and others | | | |
| 1391 | November 8, 2019 email from M. Messenger to J. Beyler | | | |
| 1405 | February 2020 Email Exchange betweek K. Cozad, D. Granger, T. Ross and others | 5-12-26 | — | Juliet Beyler |
| 1407 | March 2020 Email Exchange between D. Granger, K. Cozad and others | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1408 | March 12, 2020 Email Exchange between R. Burke, D. Hahn and others | | | | |
| 1409 | March 2020 Email Exchange between K. Cozad, J. Beyler, and others | | | | |
| 1413 | April 23, 2020 Email from S. Brennan to R. Burke and others | | | | |
| 1420 | June 2020 Email Exchange between J. Nowell, C. Kim, M. Messenger and others | | | | |
| 1422 | July 2020 Email Exchange between G. Black and J. Beyler | | | | |
| 1423 | September 14, 2020 Email Exchange between N. Lacore, J. Beyler and others | | | | |
| 1424 | September 14, 2020 email from R. Burke to J. Beyler and G. Black | | | | |
| 1428 | October 2020 Email Exchange between A. Camodeo, C. Kim, M. Messenger and others | 5-6-26 | 5-7-26 | Sebastian Gardner Anjanie Camodeo | |
| 1429 | November 2020 Email Exchange between S. Kushner, A. Camodeo and others | | | | |
| 1430 | December 2020 Email Exchange between G. Black, J. Beyler and others | | | | |
| 1431 | February 8, 2021 Email Exchange between J. Beyler, N, Lacore and G. Black | | | | |
| 1433 | February 2021 Email Exchange between R. Burke, J. Beyler and others | | | | |
| 1457 | April 30, 2021 meeting invitation for Candeo interview | | | | |
| 1460 | May 7, 2021 Email Exchange between R. Burke, J. Beyler and others | | | | |
| 1469 | May 2021 Email Exchange between A. Younger, J. Beyer and others | | | | |
| 1477 | July 2020 Email Exchange between J. Beyler, R. Burke and others | | | | |
| 1482 | July 2021 Email Exchange between M. Messenger, E. Cignetti, and others | | | | |
| 1415 | Email | | 4-30-26 | 4-30-26 | Brett Mietus |
| 1417 | Email | | 4-30-26 | 4-30-26 | Brett Mietus |

| | | | | |
|---|---|---|---|---|
| 1486 | July 2021 Email Exchange between J. Beyler, C. Kim, M. Messenger and A. Younger | | | |
| 1514 | October 2021 Email Exchange between J. Beyler, R. Burke and others | | | |
| 1531 | November 23, 2021 Email Exchange between J. Beyler, G. Black and others | | | |
| 1547 | December 6, 2021 Email Exchange between J. Beyler, G. Black and others | | | |
| 1563 | December 2021 Email Exchange between M. MacNicholl, P. Hooker and others | | | |
| 1568 | December 2021 Email Exchange between N. Nicasio, A. Kraus and others | | | |
| 1593 | December 23, 2021 Email Exchange between J. Beyler, R. Burke and others | | | |
| 1598 | January 3, 2022 Email Exchange between C. Kim, R. Burke, J. Beyler and M. Messenger | | | |
| 1601 | January 2022 Email Exchange between J. Beyler, C. Kim, M. Messenger and others | | | |
| 1626 | February 2022 Email Exchange between J. Beyler, T. Lawrence and others | | | |
| 1641 | May 2022 Email Exchange between R. Burke, C. Kim, M. Messenger and others | | | |
| 1654 | May 27, 2022 Email Exchange between P. Rideout, C. Kim and M. Messenger | | | |
| 1723 | Amanda Kraus LinkedIn Page | | | |
| 1724 | Anjanie Camodeo LinkedIn Page | | | |
| 1730 | Burke Navy bio | | | |
| 3829 | August 26, 2022 Email from R. Roberts to A. Jones | 5-6-26 | — | Sebastian Gardner |
| 3835 | WhatsApp chat between T. DeLaPena and D. Canedo | | | |
| 3836 | December 7, 2023 Email from K. Packer to C. DeLaPena | 5-6-26 | — | Sebastian Gardner |

| | | | | | |
|---|---|---|---|---|---|
| 3844 | Permissive Authorization for Search and Seizure - Canedo | | | | |
| 3857 | Area Orientation Documents - Naples, Italy | 05/06/2026 | 05/06/2026 | GARDNER | |
| 3871 | October 27, 2022 Investigative Activity Report: Receipt of Information from Swiss Federal Police | 5-6-26 | 5-14-26 | Sebastian Gardner | |
| 3872 | October 26, 2022 Email from E. Saurer to T. Tampubolon | 5-6-26 | — | Sebastian Gardner | |
| 3881 | Department of the Navy 0 Records Management Program | | | | |
| 3886 | May 10, 2021 Email from Red Star One to D. Canedo | | | | |
| 3886R | May 10, 2021 Email from Red Star One to D. Canedo [Redacted] | 5-6-26 | — | Sebastian Gardner | |
| 3887 | June 18, 2022 Email from D. Canedo to J. Raines | 5-6-26 | — | Sebastian Gardner | |
| 3888 | January 27, 2023 Email exchange between R. Burke and B. Burke | 5-6-26 | — | Sebastian Gardner | |
| 3889 | Next Jump Coaching Academy Jan / Feb 2019 | 5-7-26 | 5-7-26 | AnJanie Camodeo | |
| 3890 | Next Jump Leadership Academy Coaching 201 Packet | 5-7-26 | — | AnJanie Camodeo | |
| 3891 | Next Jump Leadership Academy New York July / August 2019 | | | | |
| 6-000 | 2019.07.23 - Email from Robertson to Kim, Messenger RE Tweed Call Update | | | | |
| 23-000 | 2020.07.03 - Email from Messenger to Parker RE Invstr | | | | |
| 109-000 | 2022.03.14 - Email from Kim to Burke RE Uk navy Fwd Thank You | | | | |
| CX 3878 | DoD Report | 5-6-26 | — | Sebastian Gardner | |
| 3895 | Email | 5-11-26 | — | Juliet Beyler | |
| 3896 | Email | 5-11-26 | — | Juliet Beyler | |
| DX 156D000 | Notes | 5-14-26 | — | Meghan Messenger | |

| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

United States of America

VS.

Burke et al

Civil/Criminal No. __24-cr-265-2,3__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3887R | Email | 5/14/2026 | 5/14/2026 | Jessica Raines | |
| 3886R | Email | 5/14/2026 | 5/14/2026 | Jessica Raines | |
| DX 690 | Stipulation Re: CX 3871 | | 5-14-26 | stipulated | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |