# UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**
    Plaintiff,

vs.
                                      Case No.: **24-CR-265-2, 3 (TNM)**

**BURKE et al**
    Defendant.

## COUNSELS' ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

_____
COUNSEL FOR GOVERNMENT

05/15/2026
DATE

_____
COUNSEL FOR DEFENDANT (2)

05/15/26
DATE

_____
COUNSEL FOR DEFENDANT (3)

05/15/2026
DATE