CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                     )         Civil/Criminal No.: ___24-CR-265 (TNM)___
)
)
KIM, MESSENGER          )
)

### NOTE FROM JURY

Clarification under illegal gratuity #2
- Clause " ... and that this was not
provided by law for proper discharge.
Of Durkes official duty."

Date: 5/18/26

Time: 11:47 AM

FOREPERSON