UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

                     :

        v.               :

                     :        **CRIMINAL NO. 24–265 (TNM)**

YONGCHUL "CHARLIE" KIM and    :

MEGHAN MESSENGER,        :

                     :

      Defendants.        :

## VERDICT FORM

### Defendant Yongchul "Charlie" Kim

1.      As to Count One of the Indictment (Conspiracy), we the jury unanimously find the Defendant, Yongchul "Charlie" Kim [check one]:

          _____              _____✓_____

              GUILTY                    NOT GUILTY

2.      As to Count Two of the Indictment (Bribery), we the jury unanimously find the Defendant, Yongchul "Charlie" Kim [check one]:

          _____              _____✓_____

              GUILTY                    NOT GUILTY

3.      If you find the Defendant, Yongchul "Charlie" Kim, guilty of Bribery, do not go on to consider Illegal Gratuity below.   If you find the Defendant, Yongchul "Charlie" Kim, not guilty of Bribery, go on to consider Illegal Gratuity.

      As to Illegal Gratuity, we the jury unanimously find the Defendant, Yongchul "Charlie" Kim [check one]:

          _____              _____✓_____

              GUILTY                    NOT GUILTY

**Defendant Meghan Messenger**

    1.      As to Count One of the Indictment (Conspiracy), we the jury unanimously find the Defendant, Meghan Messenger [check one]:

                GUILTY                         ✓ NOT GUILTY

    2.      As to Count Two of the Indictment (Bribery), we the jury unanimously find the Defendant, Meghan Messenger [check one]:

                GUILTY                         ✓ NOT GUILTY

    3.      If you find the Defendant, Meghan Messenger, guilty of Bribery, do not go on to consider Illegal Gratuity below.   If you find the Defendant, Meghan Messenger, not guilty of Bribery, go on to consider Illegal Gratuity.

        As to Illegal Gratuity, we the jury unanimously find the Defendant, Meghan Messenger [check one]:

                GUILTY                         ✓ NOT GUILTY

So say we all.

_5/18/26_                  ( _____
DATE                               FOREPERSON SIGNATURE