AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ COLUMBIA

UNITED STATES OF AMERICA

V.

MEGHAN MESSENGER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 24-265-3 (TNM)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Trevor N. McFadden                U.S. District Judge
Name of Judge                     Title of Judge

5/19/26
Date